# EXHIBIT A

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA**

| | |
|---|---|
| ADRIENNE FRAZIER, *on behalf of herself and all others similarly situated*,<br><br>     Plaintiff,<br><br>v.<br><br>SAINT LEO UNIVERSITY, INC.,<br><br>     Defendant. | Case No.: _____<br><br>**CLASS REPRESENATION**<br><br>**JURY TRIAL DEMANDED** |

### CLASS ACTION COMPLAINT

     Plaintiff Adrienne Frazier brings this action on behalf of herself and all others similarly situated against Defendant Saint Leo University, Inc. ("Saint Leo University", "Defendant", or the "University"). Plaintiff alleges as follows based on her own personal knowledge as to the facts specifically pertaining to herself and based upon information and belief, pursuant to the investigation of her counsel, as to the remaining allegations.  Plaintiff believes that a reasonable period of discovery will reveal substantial evidentiary support for the facts alleged herein.

### NATURE OF THE ACTION

     1.     Ms. Frazier brings this class representation on behalf of herself and all other similarly situated students (the "Class") who contracted with the University for live, in-person, on-campus instruction and meaningful access to professors and on-campus facilities and events – none of which the University provided to them for approximately half of the Spring 2020 academic term. Specifically, after Plaintiff and the Class paid tuition and fees for the Spring 2020 academic term in exchange for Defendant's provision of these material in-person components of their educational experience,   Defendant responded to the Coronavirus ("COVID-19") pandemic by shutting the campus down and shifting entirely to online "remote" learning – depriving Plaintiff and all other Class members of the in-person classes, services, and on-campus college experiences for which they had bargained and, egregiously, without refunding any of the tuition or fees they had paid (in advance) to receive those benefits for the entirety of the semester. Simply put: Plaintiff and the members of the

Class did not agree, and never would have agreed, to pay over $12,000 in tuition and fees for a semester of "virtual" college – and yet that is exactly what the University provided them, without refunding any of the tuition or fees they had paid for the in-person classes, services, and experiences that they never received.

2.     Saint Leo University is a private university with a total enrollment of more than 11,808 students. Saint Leo University offers undergraduate major concentrations in 45 academic areas, as well as a number of graduate-level degree programs.

3.     Plaintiff and Defendant entered into a contractual agreement whereby Plaintiff would provide payment in the form of tuition and fees and Defendant, in exchange, would provide in-person educational services, experiences, opportunities and other related services.

4.     The terms of the contractual agreement were set forth in publications from Saint Leo University, including in the Saint Leo University Academic Catalog (the "Academic Catalog"), a copy of which is attached hereto as Exhibit A. The Academic Catalog is directed at students, including Plaintiff and Class Members.

5.     When Plaintiff and Class Members sought to enter into a contractual agreement with Defendant for the provision of educational services for the Spring 2020 Semester, Plaintiff and Class Members viewed the Academic Catalog to make specific course selections prior to registering and paying for selected courses.

6.     The Academic Catalog provided Plaintiff and Class Members with information regarding the courses offered, the relevant departments, credit hours, classroom activities and the manner in which each course is to be held.  The Academic Catalog clearly implied that the courses described therein would be conducted in-person.  The Academic Catalog also touts the many resources and facilities available to students on-campus, which also implies in-person participation.

7.     Defendant's other publications, including brochures, marketing materials as well as its website, also make representations about in-person instruction, on-campus experiences, internships and facilities; all of which created an obligation on the part of Defendant to provide in-person educational services for Plaintiff and the class members.

8.      On March 11, 2020, Defendant announced that, because of the COVID-19 pandemic, all previously live classes would be conducted remotely beginning March 23, 2020.  It was later announced that remote learning would continue through the remainder of the Spring 2020 semester.

9.      As a result of the closure of its facilities, Defendant did not deliver the educational services, facilities, access and/or opportunities for which Plaintiff and the Class Members contracted and paid.  The online learning options offered to Saint Leo University students were subpar in practically every aspect, from the lack of facilities, materials and access to faculty. Students were deprived of the opportunity for collaborative learning and in-person dialogue, feedback and critique. The remote learning options were in no way the equivalent of the in-person education for which Plaintiff and Class Members contracted and paid.

10.     Nonetheless, Defendant has *not* refunded *any* tuition or fees for the Spring 2020 Semester.

11.     Defendant did not provide in-person education, experiences or related services for approximately 50% of the Spring 2020 Semester. Plaintiff did not enter into an agreement with Defendant for online education, but rather sought an in-person education from Defendant's institution.  Plaintiff and the Class Members are therefore entitled to a refund of tuition and fees for in-person educational services, facilities, access and/or opportunities that Defendant has not provided. Even if Defendant claims it did not have a choice in cancelling in-person classes, it nevertheless has improperly retained funds for services it did not provide.

12.     By this lawsuit Plaintiff seeks, for herself and Class Members, Defendant's disgorgement of the pro-rated portion of tuition and fees, proportionate to the amount of time that remained in the Spring 2020 Semester when classes moved online and campus services ceased being provided. Plaintiff seeks a return of these amounts on behalf of herself and the Class as defined below.

## THE PARTIES

13.     Plaintiff Adrienne Frazier is a citizen and resident of Savannah, Georgia. During the Spring 2020 Semester, Plaintiff was an undergraduate student at Saint Leo University majoring in criminal justice.

14.     Defendant Saint Leo University Inc. is a Florida non-profit corporation ity with its principal place of business in Saint Leo, Florida.

## VENUE AND JURISDICTION

15.     This Court has personal jurisdiction over Saint Leo University because it is located in Saint Leo, Florida, it is headquartered and regularly conducts business in Florida and otherwise has sufficient minimum contacts with Florida to justify the exercise of jurisdiction.

16.     Venue is appropriate in Pasco County, Florida, and this court has subject matter jurisdiction, because Defendant is located within Pasco County, Florida, the amount in controversy exceeds $30,000, exclusive of interest, attorneys' fees, and costs, and on information and belief, events and transactions causing the claims herein, including Defendant's decision-making regarding its refund policy challenged in this lawsuit, has occurred within Pasco County, Florida.

## FACTUAL ALLEGATIONS

### I.     Plaintiff and Class Members Paid Tuition and Fees for the Spring 2020 Semester

17.     Plaintiffs and Class Members are individuals who paid the cost of tuition and other mandatory fees for the Spring 2020 Semester at St. Leo University.

18.     Spring 2020 Semester classes at Saint Leo University began in or about January 2020, and final exams for the Semester were scheduled to conclude in April 2020.

19.     Approximate tuition costs at Saint Leo University for the Spring 2020 Semester are $11,995 for full-time undergraduate students.

20.     Saint Leo University students who elect to attend in-person also pay mandatory fees for the Spring 2020 Semester. By way of example, undergraduate students at Saint Leo University's paid a mandatory technology fee of approximately $250 for Spring Semester 2020.[1]

21.     Plaintiff paid approximately $11,995 to Defendant for tuition for the Spring 2020 Semester. Plaintiff also paid various fees to Defendant for the Spring 2020 Semester. Plaintiff has not

---

[1]     The tuition and fees described herein are provided by way of example; total damage amounts – which may include other fees not listed herein but that were not refunded – will be proven at trial.

been provided a refund of any of the tuition or fees that she paid for the Spring 2020 Semester, despite the fact that in-person classes were not held after March 23, 2020.

## II.   The Academic Catalog for the Spring 2020 Semester is Replete with Promises and Representations Regarding In-Person Instruction and Activities

22.    The Academic Catalog for the Spring 2020 Semester at Saint Leo University contains numerous promises and representations relating to in-person instruction and activities.

23.    For example, the Academic Catalog touts the "recreation and resources on campus," representing that "[t]he campus recreation programs enrich the educational experience and promote student/staff/faculty wellness by providing high-quality, satisfying recreational experiences":[2]

> The campus recreation programs enrich the educational experience and promote student/staff/faculty wellness by providing high-quality, satisfying recreational experiences:
>
> 1. **Intramurals:** Structured tournaments and leagues are offered in a wide variety of sports. Some of the sports offered are softball, flag football, street hockey, basketball, soccer, volleyball, and tennis. Intramural sports are a great way to make new friends, develop your mind and body, and learn new skills.
> 2. **Fitness Center:** The Fitness Center has all the latest cardio, weightlifting equipment and tons of group classes. Group exercise classes are offered at the Fitness Center and at various areas on campus. It is open to students, faculty, and staff on a daily basis.

24.    The Academic Catalog also makes representations about the benefits of living on-campus:[3]

25.    The Academic Catalog also promises students access to internships and field placements, touting the educational benefits of both:[4]

> Internships can be an important part of the Saint Leo academic experience. Many Saint Leo majors offer students the opportunity to apply theories and principles learned in the classroom to a real-world, real-work setting. Internships provide practical learning experiences that can be a valuable asset in the workplace and can greatly enhance one's chances when seeking employment or admission to graduate programs following graduation.

---

[2]      http://saintleo.catalog.acalog.com/mime/media/38/944/2019-2020+Undergraduate+Academic+Catalog.pdf at 33-34

[3]      http://saintleo.catalog.acalog.com/mime/media/38/944/2019-2020+Undergraduate+Academic+Catalog.pdf at 45

[4]      http://saintleo.catalog.acalog.com/mime/media/38/944/2019-2020+Undergraduate+Academic+Catalog.pdf at 49-50, 268

26.     The course descriptions likewise make representations about in-person classroom instruction.  For example, in "CRM 425 - Field Placement in Criminal Justice" for the Spring 2020 Semester – a course in Plaintiff's major field of study – Saint Leo University promises that "this field placement is designed to give criminal justice majors without professional experience in the criminal justice system some direct exposure to the daily workings of a criminal justice agency." It further states:

> Seniors without prior experience are urged to pursue an intensive professional 6 to 15 credit hours of field placement in criminal justice. The field placement course, CRM 425, serves as an elective course. Student attending the University Campus as majors may elect to attend the Pasco-Hernando Police Academy as their field placement for up to 15 semester hours of credit.

27.     The Academic Catalog contains many additional examples of promises relating to in-person instruction and activities. Including Defendant's explicit representation that *"[t]he education of full-time, University College undergraduate students is best accomplished through classroom experiences*."[5]

28.     Plaintiff hereby incorporates the Academic Catalog into the Complaint by reference.

29.     Consistent with the various other academic concentrations offered at Saint Leo University, Plaintiff's field of study at Saint Leo University relies extensively on in-person instruction, feedback and a high level of collaboration, which is made more feasible through in-class instruction. In-person classes are critical to Plaintiff's degree program because it is necessary for students in the program to access labs and computer equipment and to engage in dialogue during class and access professors outside of class in order to adequately learn and fully engage with the material.

## III.    In Response to COVID-19, Saint Leo University Was Closed and all In-Person Classes were Cancelled

30.     On or about March 11, 2020, Saint Leo University announced that, because of the global COVID-19 pandemic, effective March 23, 2020, all in-person classes would be suspended and

---

[5]     http://saintleo.catalog.acalog.com/mime/media/38/944/2019-2020+Undergraduate+Academic+Catalog.pdf at 56

that all classes would continue to be held in online/remote format through the end of the Spring 2020 Semester.

31.     As a result of the closure of its campus and facilities, Defendant has not delivered the educational services, facilities access and/or opportunities for which Plaintiff and the Class Members contracted and paid.

32.     Plaintiff and the Class Members are therefore entitled to a refund of all tuition and fees for services, facilities access and/or opportunities that Defendant has not provided.

33.     Even if Defendant claims it did not have a choice in cancelling in-person classes, it nevertheless has improperly retained funds for services it did not provide.

34.     Plaintiff and the Class Members did not choose to attend an online institution of higher learning, but instead chose to attend Defendant's institution and enroll and/or pay for enrollment on an in-person basis.

35.     Notably, Defendant offers both in-person and online learning options. These options are not interchangeable. Instead, Defendant's entire academic structure and its students' educational experiences are built around the distinction between Defendant's in-person and its online program.

36.     Students are given the option of which program they choose to enroll and, at the time of application, students make clear that they are seeking to contract with Defendant for an in-person educational experience.

37.     The online and the in-person programs also, not surprisingly, charge different tuition amounts.  Undergraduate and graduate students attending the in-person program pay significantly more for live classroom instruction and for access to on-campus facilities and services.

38.     The cost of attending Defendant's in person program is almost three times more than the cost of taking courses on-line.  Defendant's tuition and fee structure demonstrate that in-person learning and on-campus experiences have a greater value than the on-line, remote learning experience that Defendant offered beginning Spring Semester 2020.

39.     Defendant markets the on-campus experience at Saint Leo University as a benefit of enrollment on Defendant's website[6], an example of which is depicted below:



40.     Defendant specifically markets the benefits of classroom learning and access to resources and technology as a benefit of the on-campus learning experience:[7]



---

6       https://www.saintleo.edu/campus-life

7       https://www.saintleo.edu/university-campus-experience

41.     Defendant acknowledges the value of community, connections with other students and faculty and the on-campus experience as a benefit that students will receive if they choose to attend in-person:[8]

> ## Experience University Campus Life
> ### Check out our Student Activities and More!
> Discover the sense of home that comes from a tight-knit community, and the connections created by over 2,000 students from all 50 states and more than 100 countries around the world.

42.     In fact, Defendant markets the campus to prospective students by claiming that "[r]esearch shows that students who live on campus achieve higher academically"[9] and by touting the following "perks" in the marketing literature it provides to prospective students:

> ## The Perks
>
> - **It's Gorgeous**: Breathtaking views of Lake Jovita. Spanish Mission architecture. Rolling hills. Sunshine.
> - **Better Grades**: Research shows that students who live on campus achieve higher academically.
> - **Friendly Neighbors**: Out of printer paper or need advice on what outfit looks better for tonight's date? Your friend down the hall has got both.
> - **24/7 Support**: Residence hall floors and apartments have resident assistants to make your health and happiness a priority.
> - **No Excuse for Boredom**. Play foosball or Madden in the Lion's Den. Hit the gym. Take in a choral performance. Cheer on the Lions on the lacrosse field. Sign up for that $5 trip to Busch Gardens. Squeeze in a tutoring session before your accounting exam. There are never enough hours in the day.

---

[8]     https://www.saintleo.edu/campus-life

[9]     https://www.saintleo.edu/saint-leo-living

9

43.     Defendant also represents that access to on-campus activities and facilities are a part of the in-person educational "experience":[10]



44.     Plaintiff specifically bargained to receive these and other educational benefits and in fact paid higher costs for the benefits of an in-person education.

45.     The online learning options being offered to Saint Leo University students are subpar in practically every aspect and a shadow of what they once were, from the lack of facilities, materials and access to faculty, among other things.

---

[10]     https://www.saintleo.edu/campus-life

46.     This is particularly true for students like Plaintiff, who is pursuing a degree in criminal justice, because she is unable receive in-person instruction, feedback or critique. Plaintiff is a hands-on learner and asking questions is easier for her in-person; she learns better in person and had difficulty transitioning to on-line lectures. After all classes at Saint Leo University went online, however, Plaintiff was unable to collaborate or to use on-campus resources in the manner necessary for success in her field of study, and was unable to receive and/or benefit from the one-on-one evaluations and critiques with professors and guest lecturers that she was promised and had expected at the time of enrollment for the Spring 2020 Semester. Moreover, office hours for professors are essentially non-existent given that professors are unable to see their students to provide in-person assistance.

47.     The remote learning options are in no way the equivalent of the in-person education for which Plaintiff and Class Members contracted and paid. The remote education provided was worth nowhere close to the amount charged to Plaintiff and Class Members for Spring 2020 Semester tuition. The tuition and fees for in-person instruction at Saint Leo University are higher than tuition and fees for other online institutions because such costs cover not only the academic instruction at Saint Leo University, but encompass an entirely different experience which includes but is not limited to:

- Face to face interaction with professors, mentors, and peers;
- Access to facilities such as libraries, laboratories, and study rooms;
- Student governance and student unions;
- Extra-curricular activities, groups, intramural sports, etc.;
- Student art, cultural, and other activities;
- Social development and independence;
- Hands on learning and experimentation;
- Networking and mentorship opportunities.

48.     Through this lawsuit Plaintiff seeks, for herself and on behalf of the Class Members, disgorgement of the pro-rated portion of tuition and fees paid to Defendant, proportionate to the

amount of time that remained in the Spring 2020 Semester when classes moved online and campus services ceased being provided. Plaintiff seeks return of these amounts on behalf of herself and the Class as defined below.

## CLASS REPRESENTATION ALLEGATIONS

49.     Plaintiff brings this action on behalf of herself and a Class defined as follows:

> All persons who paid Defendant, in whole or in part, tuition, fees, and/or room and board, for the Spring 2020 semester, for in-person educational services which Defendant failed to provide, and whose tuition, fees, and/or room and board were not refunded.

Excluded from the Class is Defendant, any entity in which Defendant has a controlling interest, and Defendant's legal representatives, predecessors, successors, assigns and employees. Further excluded from the Class is this Court and its employees. Also excluded from the class are students who enrolled in education programs that Defendant completely and exclusively offered online prior to the closure of in-person classes. Plaintiff reserves the right to modify or amend the Class definition including through the creation of sub-classes if necessary, as appropriate, during this litigation.

50.     The definition of the Class is unambiguous. Plaintiff is a member of the Class she seeks to represent. Class Members can be notified of the class action through contact information and/or address lists maintained in the usual course of business by Defendant.

51.     Class Members are so numerous and geographically dispersed that their individual joinder of all Class Members is impracticable. The precise number of Class Members is unknown to Plaintiff but may be ascertained from Defendant's records. However, given the thousands of students enrolled at Defendant in a given year, that number greatly exceeds the number to make joinder possible. Class Members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice.

52.     Defendant has acted or refused to act on grounds generally applicable to Plaintiff and the Class Members, making final injunctive relief and declaratory relief regarding the Class appropriate.

53.     Defendant engaged in a common course of conduct giving rise to the legal rights sought to be enforced by the Class Members. Similar or identical legal violations are involved. Individual questions pale by comparison to the numerous common questions that predominate. The injuries sustained by the Class Members flow, in each instance, from a common nucleus of operative facts—Defendant's campus closure and student evictions, its complete transition to online classes, and Defendant's refusal to fully refund tuition, fees and/or room and board charges.

54.     Additionally, common questions of law and fact predominate over the questions affecting only individual Class Members. Some of the common legal and factual questions include:

a.  Whether Defendant engaged in the conduct alleged;

b.  Whether Defendant's actions deprived Plaintiff and the Class Members of benefits for which they already paid, including the benefit of in-person instruction, housing, meals, and student activities;

c.  Whether Defendant has a policy and/or procedure of denying refunds, in whole or in part, to Plaintiff and the Class Members;

d.  Whether Defendant breached identical contracts with Plaintiff and the Class Members;

e.  Whether Defendant violated the common law of unjust enrichment;

f.  Whether Defendant converted Plaintiff's and the Class Members' refunds and/or rights to refunds; and

g.  The nature and extent of damages and other remedies to which the conduct of Defendant entitles Class Members.

55.     Class Members have been damaged by Defendant through its practice of denying refunds to Class Members.

56.     Plaintiff's claims are typical of the claims of the other Class Members in that, among other things, all Class Members were similarly situated and were comparably injured through Defendant's wrongful conduct as set forth herein. Plaintiff was a student enrolled at Saint Leo University in the Spring 2020 term, and Plaintiff paid Defendant the cost of tuition and fees for her education at Saint Leo University. Like other Class Members, Plaintiff was deprived of the benefit of her bargain when students were required to leave Defendant's campus, forced to take online classes, and were completely or partially denied a refund for tuition, fees and/or room and board. Further, there are no defenses available to Defendant that are unique to Plaintiff.

57.     Plaintiff and Plaintiff's counsel will fairly and adequately protect the interests of the Class. Plaintiff is very familiar with the facts that form the bases of the Class Members' claims. Plaintiff's interests do not conflict with the interests of the other Class Members that she seeks to represent. Plaintiff has retained counsel competent and experienced in class action litigation and Plaintiff and her counsel intend to prosecute this action vigorously. Plaintiff's counsel has successfully prosecuted complex class actions, including consumer protection class actions. Plaintiff and Plaintiff's counsel will fairly and adequately protect the interests of the Class Members.

58.     The class action device is superior to other available means for the fair and efficient adjudication of the claims of Plaintiff and the Class Members. The relief sought per individual members of the Class is small given the burden and expense of individual prosecution of the potentially extensive litigation necessitated by the conduct of Defendant. It would be virtually impossible for the Class Members to seek redress individually. Even if the Class Members themselves could afford such individual litigation, the court system could not.

59.     In addition, individual litigation of the legal and factual issues raised by the conduct of Defendant would increase delay and expense to all parties and to the court system. The class action device presents far fewer management difficulties and provides the benefits of a single, uniform adjudication, economies of scale, and comprehensive supervision by a single court.

60.     It is desirable to concentrate the litigation of the aims of Plaintiff and Class Members in this forum given that Defendant is located within this judicial district and discovery of relevant evidence will occur within this district.

61.     Given the similar nature of Class Members' claims and the absence of material differences in the state statutes and common laws upon which the Class Members' claims are based, a nationwide Class will be easily managed by the Court and the parties.

## CLAIMS FOR RELIEF

### CLAIM I
### Breach of Contract
### (By Plaintiff, Individually and on Behalf of the Class, Against Defendant)

62.     Plaintiff restates and re-alleges, and incorporates herein by reference, the preceding paragraphs as if fully set forth herein.

63.     Plaintiff and Class Members entered into identical, binding contracts with Defendant.

64.     When Plaintiff and Class Members sought to enter into a contractual agreement with Defendant for the provision of educational services for the Spring 2020 Semester, Plaintiff and Class Members viewed the Academic Catalog to make specific course selections prior to registering and paying for selected courses.

65.     Defendant's Academic Catalog constitutes an offer to enter a contractual agreement.

66.     The Academic Catalog provided Plaintiff and Class Members with information regarding the courses offered, the relevant department, credit hours, classroom activities and the manner in which each course is to be held.

67.     Plaintiff's and Class Members' payment of tuition and fees were intended to cover in-person education, experiences and services for the entirety of the Spring 2020 Semester.

68.     As part of the contract, and in exchange for the aforementioned consideration, Defendant promised to provide certain services, all as set forth above.

69.     Plaintiff and members of the Class fulfilled their end of the bargain when they paid monies due for Spring 2020 Semester tuition. Tuition for Spring 2020 Semester was intended to cover in-person educational services from January through April 2020. In exchange for tuition monies paid,

Plaintiff and members of the Class were entitled to in-person educational services through the end of the Spring 2020 Semester.

70.     Defendant materially breached the parties' contractual agreement by failing to provide in-person educational services for the entirety of the Spring 2020 Semester. The provisions of the contract breached by Defendant include, but are not limited to the provision setting forth the details of in-person educational services as described in the Academic Catalog for the Spring 2020 Semester. The Spring 2020 Semester Academic Catalog indicated classes would be administered in an in-person, on-campus setting.  The Academic Catalog did not make any reference to the administration of courses in an online format.

71.     Defendant has failed to provide the contracted for services and has otherwise not performed under the contract as set forth above by failing to provide in-person educational services.

72.     Defendant has retained monies paid by Plaintiff and the Class for their Spring 2020 Semester tuition and fees, without providing them the benefit of their bargain.

73.     Plaintiff and the Class Members have suffered damage as a direct and proximate result of Defendant's breach, including, but not limited to, being deprived of the education, experience and services to which they were promised and for which they have already paid.

74.     As a direct and proximate result of Defendant's breach, Plaintiff and the Class Members are entitled to damages, to be decided by the trier of fact in this action, to include but not be limited to reimbursement of certain tuition, fees and other expenses that were collected by Defendant for services that it did not provide.

75.     Defendant's performance under the contract is not excused due to COVID-19, and all conditions precedent to bringing this action, if any, have been satisfied or waived.

76.     Indeed, Defendant should return the pro-rated portion of any Spring 2020 Semester tuition and fees for education services not provided since Saint Leo University shut down on March 23, 2020.

77.     Even if performance was excused or impossible, Defendant would nevertheless be required to return the funds received for services it will not provide.

78.     Therefore, Defendant should return a pro-rata share of the tuition and fees paid by Plaintiff and Class Members that relate to those in-person educational services that were not provided after Saint Leo University shut down on or about March 23, 2020.

79.     In-person educational services were not provided for approximately approximately 50% of the Spring 2020 Semester.

**CLAIM II**
**Unjust Enrichment**
**(By Plaintiff, Individually and on Behalf of the Class,**
**Against Defendant in the Alternative to Claim I)**

80.     Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 to 61 of this complaint.

81.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class against Defendant in the alternative to Claim I, to the extent there is no contract governing the subject matter of this dispute.

82.     Plaintiff and the Class Members conferred a benefit on Defendant in the form of monies paid for Spring 2020 Semester tuition and other fees in exchange for certain services, experiences and activities.

83.     Tuition for Spring 2020 Semester was intended to cover in-person educational services from January through April 2020. In exchange for tuition monies paid, Class Members were entitled to in-person educational services through the end of the Spring Semester.

84.     Defendant voluntarily accepted and retained this benefit by accepting payment.

85.     Defendant has retained this benefit even though Defendant has failed to provide the education, experience and services for which the tuition and fees were collected, making Defendant's retention unjust under the circumstances.

86.     Accordingly, Defendant should return the pro-rated portion of any Spring 2020 Semester tuition and fees for education services not provided since Saint Leo University shut down on March 23, 2020.

87.     It would be unjust and inequitable for Defendant to retain the benefit and Defendant should be required to disgorge this unjust enrichment.

88.     Defendant should be required to disgorge all profits resulting from such overpayments and establishment of a constructive trust from which Plaintiff and Class Members may seek restitution.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendant, as follows:

a. For an order certifying the Class and naming Plaintiff as representatives of the Class and Plaintiff's attorneys as Class Counsel to represent the Class;

b. For an order finding in favor of Plaintiff and the Class on all counts asserted herein;

c. For compensatory damages in amounts to be determined by the Court and/or jury;[11]

d. For prejudgment interest on all amounts awarded;

e. For an order of restitution and all other forms of equitable monetary relief;

f. For injunctive relief as pleaded or as the Court may deem proper;

g. For an order awarding Plaintiff and the Class reasonable attorneys' fees and expenses and costs of suit and

h. For any other relief the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

On behalf of herself and members of the Class, Plaintiff demands a trial by jury on any and all issues in this action so triable.

---

[11] Plaintiff reserves the right to seek punitive damages, and pursuant to Fla. Stat. § 768.72(1), to seek leave to amend her Complaint as necessary.

Dated: March 15, 2021                    Respectfully submitted,


                                         /s/ Frank S. Hedin

                                         **HEDIN HALL LLP**
                                         Frank S. Hedin
                                         1395 Brickell Avenue, Ste 1140
                                         Miami, Florida 33131
                                         Tel: (305) 357-2107
                                         Fax: (305) 200-8801
                                         E-mail: fhedin@hedinhall.com

                                         ***Counsel for Plaintiff and the Putative Class***



Filing # 123130307 E-Filed 03/15/2021 05:38:06 PM

# EXHIBIT A



SAINT LEO UNIVERSITY

# Academic Catalog
## 2019-2020

UNDERGRADUATE

Saint Leo University   Undergraduate   2019-2020

# Saint Leo University

# Undergraduate Academic Catalog

# 2019-2020

# Catalog Home

Announcements contained in this publication are subject to change without notice and may not be regarded in the nature of binding obligations to the University. The University reserves the right to change any provisions or requirements.

When students matriculate with Saint Leo University, they come under the academic requirements of the edition of the University catalog at that time. Students may graduate under these academic requirements within a period of seven years even though subsequent catalogs may change. Academic requirements include curriculum matters. Grading practices, tuition, fees, and other matters are subject to change at the discretion of the University and are not considered to be "academic requirements."

Should new changes be to their advantage, students may graduate under the conditions of the newer catalog. However, because academic programs are subject to requirements imposed by outside accrediting or certifying agencies, such outside requirements shall supersede prior conditions.

Saint Leo University is committed to policies that ensure that there is no discrimination on the basis of age, gender, race, color, creed, religion, national origin, or disability.

Saint Leo University complies with the Family Educational Rights and Privacy Act of 1974 (as amended).

Saint Leo University has a strong commitment to principles of equal employment opportunity and equal access to education. Saint Leo University does not discriminate on the basis of age, color, disability, ethnic origin, genetic information, sex, gender, nationality, race, religion, or veteran status, or any other category protected by federal, state, or local law in its educational programs, admissions policies, financial aid, employment, or other school administered programs.

The policy is enforced by Saint Leo University and by applicable laws such as Title IX of the Education Amendments of 1972, Title VI and Title IX of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Americans with Disabilities Act, Age Discrimination Act of 1975, and Florida Civil Rights Act of 1992.

The Title IX coordinator, Beverley DiGiacobbe, may be contacted at titleixcoordinator@saintleo.edu

Archived undergraduate catalogs are available in pdf format for the 2006-2007 academic year to the present at Academic Catalogs PDF Version.

The office of academic affairs handles requests for older catalogs and has access to both a hard copy archive and the electronic archive.

For earlier catalogs, students may contact Academic Affairs at catalog.academic@saintleo.edu.

# President's Message



We are so very pleased you are pursuing a Saint Leo University degree or program. Your decision to improve your knowledge, experience, values, and skills is by completing one is a significant decision. The University catalog details the curriculum and academic policies and procedures developed over many years to ensure that our degree programs meet the standards of quality, integrity, fairness, and completeness that assure you a university degree that meets the highest standards of academic excellence.

I want to emphasize, however; Saint Leo University is not just about policies and procedures. While these are necessary, our university is, most of all, about people. We have a mission to educate and prepare people so they can make a good living and a better life for themselves and their communities. So please do not hesitate to speak with your advisor, faculty or deans if you have a creative academic idea or plan.  I am certain they will do their best to help you achieve your goals.

Benedictine monks and sisters founded Saint Leo University more than 130 years ago. We continue to emphasize the core values of community, respect for all, and responsible stewardship, along with the values of excellence, personal development, and integrity. My colleagues and I work diligently at all of our many university locations to fulfill our mission and to make certain these values are upheld.

Saint Leo University is a larger and more complicated university than people generally realize. Indeed, enrollment ranks us as the second largest Catholic university in the United States in unduplicated student head counts. In addition, we rank near the top in the nation for the number of African Americans graduating with bachelor's degrees in business, management, or marketing. We serve more than 24,000 students at University Campus, online throughout the nation and the world, and at more than 30 locations from California, to locations in Florida, Georgia, South Carolina, Mississippi, Texas, and Virginia. We do so with the same commitment to our Catholic heritage, to the liberal arts as the basis of all learning, to student learning and development, and to our values. The University - your University - and my colleagues work to put students first in all of our considerations. You have my assurance as well that the university promises a commitment to quality in all of its programs.  We fully expect students to embrace our university values and commitment to our learning community.

Last, I know you will find that the catalog details many of the opportunities available to students within and outside the classroom that will make your experiences with us more impactful and enriching. Please review this catalog carefully with your faculty or academic advisors, who are critical components of our student-first practices.

Welcome to Saint Leo University. We are so very pleased you are here. God bless you.

Jeffrey D. Senese, Ph.D.
President, Saint Leo University

# Table of Contents

CATALOG HOME ........................................................................................................................ III

PRESIDENT'S MESSAGE .......................................................................................................... IV

TABLE OF CONTENTS ............................................................................................................... V

CHAPTER 1:  THE UNIVERSITY ................................................................................................. 1

Mission Statement .................................................................................................................... 1

Values Statements .................................................................................................................... 1

Commitment to Academic Excellence ..................................................................................... 1

History of the University .......................................................................................................... 2

Accreditation and Affiliation Statement ................................................................................. 2

Academic Organization and Locations .................................................................................... 6

Colleges and Programs ............................................................................................................. 8

College of Arts and Sciences ................................................................................................... 8

Tapia College of Business ........................................................................................................ 9

College of Education and Social Services ............................................................................. 10

GRADUATE DEGREE PROGRAMS ......................................................................................... 11
College of Arts and Sciences ................................................................................................. 11
Tapia College of Business ...................................................................................................... 11
College of Education and Social Services ............................................................................. 12

Educational and Learning Goals ........................................................................................... 13
Academic Freedom Policy for Students ................................................................................ 14
Academic Honor Code ........................................................................................................... 14
Appellate Process .................................................................................................................. 16
Grade Point Average ............................................................................................................. 17
Grade Changes ....................................................................................................................... 17
Grade Appeal Procedures ...................................................................................................... 17
Grade Reports and Permanent Records ................................................................................ 18
External Complaint Procedures by State .............................................................................. 19

SARA Procedures for Complaints ......................................................................................... 20
State Procedures for Complaints .......................................................................................... 20
Department of Veteran Affairs: .......................................................................................... 20
Students are also welcome to use the links provided below.................................................. 20
Transcript Requests ............................................................................................................ 21
Course Audit ...................................................................................................................... 21
Academic Residence Requirements ...................................................................................... 22
Student Honor Societies ...................................................................................................... 22
Servicemembers Opportunity Colleges ................................................................................. 25
Accessibility Services .......................................................................................................... 25
Equal Employment Opportunity (EEO) Statement................................................................. 25
University Library Services ................................................................................................... 26
Computer Usage Guidelines ................................................................................................ 27
Computer Specifications ...................................................................................................... 28

**Application for Graduation** ................................................................................................. **28**
Commencement Exercises .................................................................................................... 29

**Admissions Policies and Procedures** ................................................................................... **29**
Appeal of Admission Decision............................................................................................... 29
Student Financial Assistance ................................................................................................ 29

**Student Affairs** .................................................................................................................... **30**
Student Life ........................................................................................................................ 30
Code of Conduct ................................................................................................................. 30
Admission to Class .............................................................................................................. 31
Student Misconduct............................................................................................................. 31
Personal Abuse ................................................................................................................... 31

**Office of University Ministry** ............................................................................................... **31**
Mission and Purpose........................................................................................................... 31
University Ministry Services ................................................................................................. 32

**Center for Catholic-Jewish Studies** ...................................................................................... **32**

**Intercollegiate Athletics** ..................................................................................................... **33**
Recreation .......................................................................................................................... 33

**Alumni Association** ............................................................................................................. **35**

**ACADEMIC CALENDAR 2019-2020** ..................................................................................... **36**

**Fall 2019 Semester** ............................................................................................................. **36**

**Spring 2020 Semester** ......................................................................................................... **37**

ACADEMIC MODIFIED CLASS & FINAL EXAM SCHEDULES.................................................. 38

**Modified Class Schedules** ...................................................................................................... 38

**Final Exam Schedules** .......................................................................................................... 38
   Modified Class Schedule ..................................................................................................... 39
   Saint Leo Abbey Church (11 a.m.) ..................................................................................... 39
   Modified Class Schedule ..................................................................................................... 40
   Saint Leo Abbey Church (10 a.m.) ..................................................................................... 40

2019FA1:  PRESIDENTIAL INAUGURATION ............................................................................ 41
   Modified Class Schedule ..................................................................................................... 41

2019 FALL I:  FINAL EXAM SCHEDULE.................................................................................... 42
   University College .............................................................................................................. 42

2020SP1:  A CELEBRATION OF ACADEMIC EXCELLENCE .................................................... 43
   Modified Class Schedule ..................................................................................................... 43

2020 SPRING I:  FINAL EXAM SCHEDULE ............................................................................. 44
   University College .............................................................................................................. 44

CHAPTER 2:  CAMPUSES, CENTERS, AND DEGREE PROGRAMS.......................................... 45

**University Campus** ................................................................................................................ 45
   Campus Description ........................................................................................................... 45
   Special Academic Areas of Study ....................................................................................... 46
   3+1 Accelerated Degree Programs ..................................................................................... 49
   International Education/Study Abroad ................................................................................ 49
   Internships ........................................................................................................................ 49
   The University English Bridge Program Academic Requirements........................................ 50
   Pre-Professional Preparation ............................................................................................. 53
   Pre-Health Professional Advising ....................................................................................... 53
   Pre-Law Professional Advising ........................................................................................... 53
   Military Science ................................................................................................................. 54
   Other Academic Issues ...................................................................................................... 55
   Online Learning (OL) Internet-Based Courses.................................................................... 55
   Final Examinations ............................................................................................................ 56
   Graduation Awards ............................................................................................................ 56
   Student Affairs .................................................................................................................. 56
   Accessibility Services......................................................................................................... 57
   Center for Academic Vision & Excellence ........................................................................... 57
   Career Planning................................................................................................................. 58
   Counseling Services........................................................................................................... 58

Disability Services ................................................................................................. 59

Health and Wellness Center ................................................................................. 59

Orientation ........................................................................................................... 60

Residence Life ...................................................................................................... 60

Student Activities ................................................................................................. 61

Meal Plans ............................................................................................................ 61

**University Ministry** ..................................................................................................... **61**

**Division of Saint Leo University WorldWide** .............................................................. **62**

**Majors/Minors/Specializations** .................................................................................. **64**

**Saint Leo University** .................................................................................................... **64**

College of Arts and Sciences ................................................................................ 64

Tapia College of Business ..................................................................................... 66

College of Education and Social Services ............................................................. 68

Graduate Degree Programs ................................................................................. 69

**Online Learning Degree Programs** ............................................................................. **70**

**Saint Leo University WorldWide Centers and Their Degree Programs** ....................... **70**

**CHAPTER 3:  SAINT LEO UNIVERSITY WORLDWIDE** ....................................................... **71**

**California** .................................................................................................................... **71**

**Florida** ........................................................................................................................ **72**

**Georgia** ...................................................................................................................... **83**

**Mississippi** .................................................................................................................. **86**

**South Carolina** ........................................................................................................... **86**

**Texas** .......................................................................................................................... **88**

**Virginia** ...................................................................................................................... **89**

Virginia Peninsula ................................................................................................ 94

**CHAPTER 4:  CENTER FOR ONLINE LEARNING** ............................................................. **97**

**Online Learning Degree Programs** ............................................................................. **97**

**Academic Regulations and Definitions** ...................................................................... **98**

Library ................................................................................................................... 99

Computer Specifications ....................................................................................... 99

University Assessment Exams ................................................................................................ 99
Foundation Courses ............................................................................................................. 100

**Student Services and Student Advising** ............................................................................ **100**
portal.saintleo.edu .............................................................................................................. 100
eLion ................................................................................................................................... 100
Student Advising ................................................................................................................. 100
Honor Societies ................................................................................................................... 101
Academic Resources ........................................................................................................... 101

**CHAPTER 5:  STUDENT AFFAIRS** ..................................................................................... **102**
Student Affairs ..................................................................................................................... 102
Accessibility Services ........................................................................................................... 102
Campus Security & Safety .................................................................................................... 102
Career Planning ................................................................................................................... 102
Counseling Services ............................................................................................................. 103
Dining Services .................................................................................................................... 103
Employer Relations .............................................................................................................. 104
First Year Experience ........................................................................................................... 104
Leadership Development ...................................................................................................... 104
Lions Care ............................................................................................................................ 104
Meal Plans ........................................................................................................................... 105
Multicultural and International Services Office (MISO) ......................................................... 105
Office of Military Affairs and Services .................................................................................. 105
Orientation .......................................................................................................................... 105
Residence Life ...................................................................................................................... 105
Student Affairs ..................................................................................................................... 106
Student Activities ................................................................................................................ 106
Student Life ......................................................................................................................... 106
Student Success ................................................................................................................... 107

**CHAPTER 6:  UNDERGRADUATE POLICIES AND PROCEDURES** .......................................... **108**

**Majors** ............................................................................................................................... **108**

**Minors** ............................................................................................................................... **109**

**Specializations** .................................................................................................................. **109**

**Electives** ............................................................................................................................. **110**
Technology-Assisted Learning .............................................................................................. 110

**Degree Requirements** ........................................................................................................ **110**
Class Attendance ................................................................................................................. 113
Attendance Policy for Student-Athletes ............................................................................... 114
Classification of Undergraduate Students ............................................................................ 114

Grading for Certificate, Associate, and Bachelor Degree Courses ................................................ 115
Standard Undergraduate Grading Scale ................................................ 115
Incomplete Work ................................................ 116
Repeated Courses ................................................ 116
Academic Sanctions Policy for All Undergraduate Students................................................ 117

**Academic Term** ................................................ **120**

**Academic Advising** ................................................ **120**
Registration................................................ 120
Course Challenge Examination ................................................ 121
Gordon Rule ................................................ 121
Directed Study ................................................ 121
Outcomes Assessment ................................................ 122
Dean's List ................................................ 122
Graduation with Honors ................................................ 122
Transfer Credit Policies ................................................ 123
Traditional Transfer Credit ................................................ 123
Nontraditional Transfer Credit................................................ 124
International Students ................................................ 126
Special/Transient Students ................................................ 126
Appeal of Admission Decision................................................ 127
Readmission Policy................................................ 127

**Student Financial Assistance** ................................................ **127**
Federal Financial Aid Sources ................................................ 127
Institutional Scholarship and Grant Aid ................................................ 127
Additional Sources ................................................ 128
Financial Aid for International Students ................................................ 128
How Financial Aid Awards and Amounts Are Determined ................................................ 128
Financial Aid Application Process ................................................ 129
Disbursement of Funds ................................................ 130
Satisfactory Academic Progress (SAP) ................................................ 131
Withdrawal from the University ................................................ 131

**Other Financial Information** ................................................ **131**
Finance and Accounting Office Policies ................................................ 131
Questions Concerning Charges and Payments ................................................ 132
Financial Responsibility ................................................ 132
Late Fees ................................................ 132
Past-Due Accounts................................................ 132
Personal Property ................................................ 132
Refunds ................................................ 133
Application Timetable ................................................ 133

**Application Procedures for Freshmen** ................................................ **134**
Test-Optional Policy ................................................ 135

*Admission Requirements* ........................................................................................... 135
3 + 1 Accelerated Degree Program ............................................................................ 137
Early Admission ........................................................................................................... 137
Advanced Placement ................................................................................................... 138
International Baccalaureate ......................................................................................... 138
Home-Schooled Applicants ......................................................................................... 138
Readmission ................................................................................................................. 139
Deferred Admission ..................................................................................................... 139
Transfer Student Admission Requirements ............................................................... 139
Evaluation of Transfer Applicants .............................................................................. 140
International Student Admission Policies ................................................................... 140
The University Campus English Bridge Program ........................................................ 141
Enrollment Deposit ...................................................................................................... 142

**Student Financial Assistance for University College Undergraduate Students** ....................................... **142**

**2019-2020 University Campus Tuition and Fees - Undergraduate** ......................................... **144**
Late Fees ...................................................................................................................... 149
Past-Due Accounts ...................................................................................................... 149
Methods of Payment for University College Students .............................................. 149
Refunds ........................................................................................................................ 149
Drops, Adds, and Withdrawals for University College .............................................. 150
Withdrawal from the University .................................................................................. 151
First Time in College (FTIC) ......................................................................................... 152
Criminal Record ........................................................................................................... 152
Transfer ........................................................................................................................ 153
Non-Degree Seeking .................................................................................................... 153
Military Base Education Centers ................................................................................. 154
Re-Admission Policy .................................................................................................... 154
Admission Documents ................................................................................................. 154
Veterans Requirements ............................................................................................... 155
Residency Requirements ............................................................................................. 155
Military Tuition Discount Rate .................................................................................... 155
International Students Admission Policies .................................................................. 155

**Learning Options for Education Center Students** ....................................................... **157**
Online Learning ........................................................................................................... 157
Synchronous Learning ................................................................................................. 157

**Registration, Drop/Add, and Withdrawal Policies** ..................................................... **157**

**Financial Information** ................................................................................................... **158**
Tuition and Fees .......................................................................................................... 158
Method of Payment ..................................................................................................... 159
Late Fees ...................................................................................................................... 160
Past-Due Accounts ...................................................................................................... 160
Refunds of Tuition and Course Fees .......................................................................... 160

Refunds of Tuition and Course Fees (Georgia) ........................................................................... 160
Refunds of Tuition and Course Fees (Maryland)....................................................................... 161
Refunds of Tuition and Course Fees (South Carolina) ............................................................. 162
Refunds of Tuition and Course Fees (Wisconsin)..................................................................... 162
Add/Drop/Withdrawal ............................................................................................................. 163
Military Refunds of Online Tuition and Course Fees (Iowa) .................................................... 163
Financial Aid Office .................................................................................................................. 164
Textbooks and Course Materials Fees ...................................................................................... 164
Free Application for Federal Student Aid (FAFSA) .................................................................... 165
Satisfactory Academic Progress (SAP) ..................................................................................... 165
Late Fees .................................................................................................................................. 165
Past-Due Accounts ................................................................................................................... 165
Loan Deferment/Verification ................................................................................................... 165
Financial Responsibility ............................................................................................................ 166
Non-Degree Seeking ................................................................................................................ 167
Admission Procedure ............................................................................................................... 167
International Students Admission Policies ................................................................................ 168

**Change of Residency** .................................................................................................................. 169
Enrollment and Registration .................................................................................................... 169

**Financial Information** ................................................................................................................. 169

**2019-2020 WorldWide Tuition and Fees** ................................................................................... 170
Textbooks and Materials Fees .................................................................................................. 172
Withdrawal and Refund Policies .............................................................................................. 172
Refunds of Tuition and Course Fees ......................................................................................... 172
Refunds of Tuition and Course Fees (Georgia) ......................................................................... 173
Refunds of Tuition and Course Fees (Maryland)....................................................................... 174
Refunds of Tuition and Course Fees (South Carolina) ............................................................. 174
Refunds of Tuition and Course Fees (Wisconsin)..................................................................... 175
Add/Drop/Withdrawal ............................................................................................................. 175
Withdrawal with an Excuse ...................................................................................................... 176
Military Refunds of Online Tuition and Course Fees (Iowa) .................................................... 176

**Financial Aid Office** ..................................................................................................................... 176
Free Application for Federal Student Aid (FAFSA) .................................................................... 177
Satisfactory Academic Progress (SAP) ..................................................................................... 177
Late Fees .................................................................................................................................. 178
Past-Due Accounts ................................................................................................................... 178
Loan Deferment/Verification ................................................................................................... 178

# CHAPTER 8:  COLLEGES AND THEIR DEGREE PROGRAMS ................................................. 184
Dr. Heather Parker, Interim Dean ............................................................................................ 184
Dr. Robyn Parker, Dean. ........................................................................................................... 229
Common Body of Knowledge ................................................................................................... 231

Dr. Susan Kinsella, Dean.................................................................................................. 264

**Board of Trustees**............................................................................................................. **394**
Officers............................................................................................................................ 394
Trustees .......................................................................................................................... 394
Trustees Emeriti ............................................................................................................. 395

**Administration** ................................................................................................................. **395**
President's Office ............................................................................................................ 395
Academic Affairs ............................................................................................................ 396
Athletics ......................................................................................................................... 399

**Admissions & Center for Global Engagement** ................................................................ **402**

**Business Affairs** ................................................................................................................ **403**
Center for Catholic/Jewish Studies ................................................................................ 405
Enrollment ..................................................................................................................... 406
Marketing ....................................................................................................................... 406
Saint Leo University WorldWide Operations .................................................................. 407

**Saint Leo University WorldWide Education Centers** ....................................................... **407**
East Pasco Education Center .......................................................................................... 407
Atlanta Education Centers, Georgia  (includes the Atlanta and Gwinnett Education Centers) .............. 407
Columbus Education Center, Mississippi ........................................................................ 408
Corpus Christi Education Center, Texas .......................................................................... 408
Fort Lee Education Center, Virginia ................................................................................ 408
Gainesville Education Center, Florida ............................................................................. 409
Key West Education Center, Florida ................................................................................ 409
Lake City Education Center, Florida ................................................................................ 409
Lakeland Education Center, Florida ................................................................................ 409
Las Vegas Office, Nevada ............................................................................................... 409
Madison Education Center, Florida ................................................................................ 409
North Charleston Education Center, South Carolina ....................................................... 410
Northeast Florida Education Center, Florida  (includes Palatka, Orange Park, and Mayport Offices) ... 410
Ocala Education Center, Florida ..................................................................................... 410
Online Learning Center .................................................................................................. 410
San Diego Center, California ........................................................................................... 410
Savannah Education Center, Georgia ............................................................................. 410
Shaw Education Center, South Carolina (includes Sumter Office)................................... 411
South Hampton Roads Education Center, Virginia  (includes Chesapeake, NS Norfolk, & NAS Oceana Offices)................................................................................................................................ 411
Special Programs............................................................................................................ 412
Tallahassee Education Center, Florida ............................................................................ 412
Tampa Education Center, Florida (includes MacDill Office) ............................................ 412
Virginia Peninsula Education Centers (includes Fort Eustis, Langley, and Newport News Centers)....... 413
Student Affairs ............................................................................................................... 414
Technology Innovation Institute with Initiatives - TI³ (formerly UTS)............................ 416

University Advancement, Communications & Development ................................................... 416
University Ministry ........................................................................................................ 417

**Faculty** .......................................................................................................................... **417**

**University Campus** ........................................................................................................ **420**
Full-Time Faculty ........................................................................................................ 420

**Education Center Faculty** ............................................................................................. **428**
Full-Time Faculty ........................................................................................................ 428

**Administrators** ............................................................................................................... **432**

**Saint Leo University (University Campus)** ...................................................................... **440**

**Education Centers** .......................................................................................................... **444**

# Chapter 1:  The University

## Mission Statement

Saint Leo University is a Catholic, liberal arts-based university serving people of all faiths. Rooted in the 1,500-year-old Benedictine tradition, the university seeks balanced growth in mind, body, and spirit for all members of its community. At University Campus, at education centers, and through the Center for Online Learning, Saint Leo University offers a practical, effective model for life and leadership in a challenging world; a model based on a steadfast moral consciousness that recognizes the dignity, value, and gifts of all people.

To accomplish its mission, the university community creates a student-centered environment in which the love of learning is of prime importance. Members of the community are expected to examine and express their own values, listen respectfully to and respond to the opinions of others, serve the community in which they live, welcome others into their lives, and care for all of God's creations.

## Values Statements

**Excellence**—Saint Leo University is an educational enterprise. All of us, individually and collectively, work hard to ensure that our students develop the character, learn the skills, and assimilate the knowledge essential to become morally responsible leaders. The success of our University depends upon a conscientious commitment to our mission, vision, and goals.

**Community**—Saint Leo University develops hospitable Christian learning communities everywhere we serve. We foster a spirit of belonging, unity, and interdependence based on mutual trust and respect to create socially responsible environments that challenge all of us to listen, to learn, to change, and to serve.

**Respect**—Animated in the spirit of Jesus Christ, we value all individuals' unique talents, respect their dignity, and strive to foster their commitment to excellence in our work. Our community's strength depends on the unity and diversity of our people, on the free exchange of ideas, and on learning, living, and working harmoniously.

**Personal Development**—Saint Leo University stresses the development of every person's mind, spirit, and body for a balanced life. All members of the Saint Leo University community must demonstrate their commitment to personal development to help strengthen the character of our community.

**Responsible Stewardship**—Our Creator blesses us with an abundance of resources. We foster a spirit of service to employ our resources for University and community development. We must be resourceful. We must optimize and apply all of the resources of our community to fulfill Saint Leo University's mission and goals.

**Integrity**—The commitment of Saint Leo University to excellence demands that its members live its mission and deliver on its promise. The faculty, staff, and students pledge to be honest, just, and consistent in word and deed.

## Commitment to Academic Excellence

Academic excellence is an achievement of balance and growth in mind, body, and spirit that develops a more effective and creative culture for students, faculty, and staff. It promotes integrity, honesty, personal responsibility, fairness, and collaboration at all levels of the university. At the level of the university, excellence means offering courses of study in varied intellectual and practical disciplines which successfully encourage students to grow in understanding, skills, and virtue through a supportive learning environment that fosters student success. At the level of faculty, staff, and administration, excellence means establishing a community which is highly proficient in all the tasks associated with

1

teaching, working, and living well together. At the level of students, excellence means achieving mastery of the specific intellectual content, critical thinking, and practical skills that develop reflective, globally conscious, and informed citizens ready to meet the challenges of a complex world. Academic excellence is clearly reflected in the university's assessment of its curriculum, development of its faculty, and execution of its policies, procedures, and practices.

# History of the University

Saint Leo University is a Catholic, coeducational liberal arts university offering the associate, bachelor's, master's, and doctoral degrees.

The University was chartered on June 4, 1889, when the Florida legislature authorized the Order of Saint Benedict of Florida to "have and possess the right and power of conferring the usual academic and other degrees granted by any college in this state." Saint Leo University was the first Catholic college in Florida and opened with the dedication of its main building on September 14, 1890.

Established initially by monks from Saint Vincent Archabbey in Latrobe, Pennsylvania, the Benedictine mission in what was formerly called the "Catholic Colony of San Antonio, FL." was transferred to the jurisdiction of Mary Help of Christians Abbey (now called Belmont) in North Carolina in 1888. Saint Leo University and Abbey are named for their first abbot, Leo Haid, the principal founder and first president of the University.

There were 32 students in the pioneer year of 1890-1891. The basic curriculum was a mix of liberal arts and commercial courses leading to the degree of Master of Accounts. Periodically, the University went through a military phase, with uniforms and required drilling, to instill discipline and order. The first Master of Accounts degrees were conferred on the pioneer graduating class of five students on June 20, 1893.

In 1920 the college was phased out as the faculty decided to focus on becoming what one longtime Benedictine called "a serious English-style prep school." It was accredited by the Southern Educational Association in 1921. After a variety of name changes (including Saint Leo Academy and Benedictine High School), the institution settled on Saint Leo College Preparatory School in 1929 and continued as such until 1964.

Reaching for a larger mission, Saint Leo opened as a college again in 1959. Its efforts were assisted by the neighboring community of Benedictine sisters at Holy Name Priory. Operating first on the associate level, the college moved quickly to a four-year program and began to again confer bachelor's degrees on April 23, 1967. It was accredited by the Southern Association of Colleges and Schools on November 29, 1967, retroactive to include the charter bachelor of arts class. In 1969 the University was reorganized when the Order of Saint Benedict of Florida transferred title and control to an independent board of trustees.

In a noteworthy broadening of its purpose, which echoed its military roots, Saint Leo responded in 1974 to requests from the armed services to offer degree programs on military bases. In 1994 the University further expanded its service to working adults as it responded to the needs of Florida residents by taking its degree programs to the campuses of community colleges. More recently, in 1998, Saint Leo began offering degree programs via the Internet.

In December 1994, the University was accredited by the Southern Association of Colleges and Universities to offer the master's degree, retroactive to January 1, 1994. In August 1999, Saint Leo College changed its name to Saint Leo University. The eleventh change in the institution's name recognizes the broad reach of Saint Leo today.

# Accreditation and Affiliation Statement

Saint Leo University is accredited by the Southern Association of Colleges and Schools Commission on Colleges to award the associate, bachelor's, master's, specialist, and doctoral degrees. Contact the Southern Association of Colleges

2

and Schools Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Saint Leo University.

Saint Leo University has received specialized accreditation for its business programs through ACBSP. ACBSP— located in Overland Park, Kansas— promotes continuous improvement and recognizes excellence in the accreditation of business education programs around the world. Its philosophy of accreditation is centered on institutional leadership, strategic planning processes, relationships with the community, quality of academic programs, faculty credentials and services, and educational support.

The following programs at Saint Leo University's Tapia College of Business are accredited by ACBSP: Associate of Arts: Business Administration, (AA.BA), Business Administration: Logistics (BA.BUSAD.LOG), Business Administration: Management (BA.BUSAD.MGT), Business Administration: Marketing (BA.BUSAD.MKT), Business Administration: Project Management (BA.BUSAD.PM), Business Administration: Technology Management (BA.BUSAD.TEC), Accounting (BA.ACC), Communication Management (BA.CMM), Human Resource Management (BA.HRA), International Hospitality, Event and Hotel Management: Event Management (BA.IH.EM), International Hospitality, Event and Hotel Management: Hotel and Resort Management (BA.IH.HRM), Management (BA.MGT), Marketing (BA.MKT), Sport Business (BA.SPB), Computer Information System (BS.CIS), Health Care Administration (BS.HCA), Master of Business Administration (MBA), MBA: Accounting Concentration, MBA: Health Care Management Concentration, MBA: Human Resource Management Concentration, MBA: Cybersecurity Management Concentration, MBA: Marketing Concentration, MBA: Project Management Concentration, and MBA: Sport Business Concentration. Saint Leo's undergraduate Sport Business program is accredited by the Commission on Sport Management Accreditation (COSMA).

Saint Leo University's bachelor's and master's degree programs in social work are accredited by the Commission on Accreditation of the Council on Social Work Education (BSW level).). Saint Leo University has Teacher Education Programs approval by the State of Florida Department of Education. Saint Leo University holds membership in the American Council on Education (ACE), the Association of Governing Boards of Universities and Colleges, Independent Colleges and Universities of Florida (ICUF), the American Association of Adult and Continuing Education, the National Collegiate Honor Society, the National Association of Independent Colleges and Universities, the University Continuing Education Association (UCEA), the National Association of Institutions for Military Education Services (NAIMES), Servicemembers Opportunity Colleges, the National Catholic Education Association, and the Association of Catholic Colleges and Universities.

Saint Leo University is licensed by the Nonpublic Postsecondary Education Commission organized under the Georgia Department of Education. Address: 2082 East Exchange Place, Suite 220, Tucker, GA 30084-5305; telephone 770/414-3300.

Saint Leo University North Charleston and Sumter Education Centers, South Carolina, are licensed by the South Carolina Commission on Higher Education. Address: 1122 Lady Street, Suite 300, Columbia, SC 29201; telephone 803/737-2260. (Licensure indicates only that minimum standards have been met; it is not equal to or synonymous with accreditation by an accrediting agency recognized by the U.S. Department of Education.) If a complaint cannot be resolved at the school level through its complaint procedure, students may file a complaint with the South Carolina Commission on Higher Education. The complaint form is available at the following link. http://www.che.sc.gov/CHE_Docs/AcademicAffairs/License/Complaint_procedures_and_form.pdf

The State Council of Higher Education in Virginia (SCHEV) has certified Saint Leo University (33701 State Road 52, P.O. Box 6665, Saint Leo, FL 33574-6665) to operate in Virginia (Chesapeake Education Center, 1434 Crossways Boulevard, Chesapeake, VA 23320, Fort Eustis Education Center, U.S. Army Education Center, 1500 Madison Avenue, P.O. Box 4326, Fort Eustis, VA 23604; Fort Lee Education Center, 700 Quarters Road, Bldg 12400, P.O. Box 5220, Fort Lee, VA 23801-0220; Langley Education Center, 450 Weyland Road, Bldg 1027, Langley AFB, VA 23665; Newport News, Education Center, One BayPort Way, Suite 160, Newport News, VA 23606 and South Hampton Roads Education Center, 1481 D. Street, Bldg. 3016, JEB Little Creek-Ft Story, Virginia Beach, VA 23459).

**Alaska**

All Saint Leo University programs are exempt from authorization under AS 14.48 because the program is online or distance delivered and does not have a physical presence in the state.

**California**

Saint Leo University WorldWide 2019-2020 Academic Year

Summer II
June 24 - August 18

Fall I
August 19 - October 13

Fall II
October 14 - December 8

Spring I
January 13 - March 8

Spring II
March 9 - May 3

Summer I
May 4 - June 28

Saint Leo University offers classrooms that are ventilated and well lit. Classrooms are equipped with video teaching and teleconferencing, internet and Wi-Fi capabilities. Faculty and students are provided convenient digital access to the Saint Leo University Daniel A. Cannon Memorial Library. Faculty and students also have access to LionsShare. LionsShare is a learning ecosystem, which includes access to a variety educational platform combined with a social environment allowing students and faculty to connect across the University.

Student Tuition Recovery Fund Disclosures

The State of California established the Student Tuition Recovery Fund (STRF) to relieve or mitigate economic loss suffered by a student in an educational program at a qualifying institution, who is or was a California resident while enrolled, or was enrolled in a residency program, if the student enrolled in the institution, prepaid tuition, and suffered an economic loss. Unless relieved of the obligation to do so, you must pay the state-imposed assessment for the STRF, or it must be paid on your behalf, if you are a student in an educational program, who is a California resident, or are enrolled in a residency program, and prepay all or part of your tuition. You are not eligible for protection from the STRF and you are not required to pay the STRF assessment, if you are not a California resident, or are not enrolled in a residency program. It is important that you keep copies of your enrollment agreement, financial aid documents, receipts, or any other information that documents the amount paid to the school. Questions regarding the STRF may be directed to the Bureau for Private Postsecondary Education, 2535 Capitol Oaks Drive, Suite 400, Sacramento, CA 95833, (916) 431-6959 or (888) 370-7589.

To be eligible for STRF, you must be a California resident or are enrolled in a residency program, prepaid tuition, paid or deemed to have paid the STRF assessment, and suffered an economic loss as a result of any of the following:

1. The institution, a location of the institution, or an educational program offered by the institution was closed or discontinued, and you did not choose to participate in a teach-out plan approved by the Bureau or did not complete a chosen teach-out plan approved by the Bureau.
2. You were enrolled at an institution or a location of the institution within the 120 day period before the closure of the institution or location of the institution, or were enrolled in an educational program within the 120 day period before the program was discontinued.
3. You were enrolled at an institution or a location of the institution more than 120 days before the closure of the institution or location of the institution, in an educational program offered by the institution as to which

4

the Bureau determined there was a significant decline in the quality or value of the program more than 120 days before closure.

4. The institution has been ordered to pay a refund by the Bureau but has failed to do so.
5. The institution has failed to pay or reimburse loan proceeds under a federal student loan program as required by law, or has failed to pay or reimburse proceeds received by the institution in excess of tuition and other costs.
6. You have been awarded restitution, a refund, or other monetary award by an arbitrator or court, based on a violation of this chapter by an institution or representative of an institution, but have been unable to collect the award from the institution.
7. You sought legal counsel that resulted in the cancellation of one or more of your student loans and have an invoice for services rendered and evidence of the cancellation of the student loan or loans.

To qualify for STRF reimbursement, the application must be received within four (4) years from the date of the action or event that made the student eligible for recovery from STRF.

A student whose loan is revived by a loan holder or debt collector after a period of non-collection may, at any time, file a written application for recovery from STRF for the debt that would have otherwise been eligible for recovery. If it has been more than four (4) years since the action or event that made the student eligible, the student must have filed a written application for recovery within the original four (4) year period, unless the period has been extended by another act of law. However, no claim can be paid to any student without a social security number or a taxpayer identification number.

Note: Authority cited Sections 94803, 94877 and 94923, Education Code. Reference: Section 94923, 94924 and 94925, Education Code

Saint Leo University is a Private Institution.

Saint Leo University is not pending a petition in bankruptcy or operating as a debtor in possession. Saint Leo University has not filed a petition with the preceding five years nor has a petition in bankruptcy filed against Saint Leo University within the past five years that resulted in reorganization under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. Sec. 1101 et seq.)

As a prospective student, you are encouraged to review this catalog prior to signing an enrolment agreement. You are also encouraged to review the School Performance Fact Sheet, which must be provided to you prior to signing an enrollment agreement.

Any questions a student may have regarding this catalog that have not been satisfactorily answered by the institution may be directed to the Bureau of Private Postsecondary Education at:

Bureau of Private Postsecondary Education
2535 Capitol Oaks Drive, Suite 400,
Sacramento, CA 98533 P.O. Bo 98018,
West Sacramento, CA 95978-0818
Web site:  www.bppe.ca.gov

Telephone: (888) 370-7589 or (916) 431-6959
Fax:         (916) 263-1897  or (916) 263-1897

A student or any member of the public may file a complaint about this institution with the Bureau for Private Postsecondary Education by calling:  Toll-free (888) 370-7589 or by completing a complaint form, which can be obtained on the bureau's internet Web site www.bppe.ca.gov

The Statement of Expected Pedagogy outlines the university's expectations for developing and delivering courses. Guidelines pertaining to all delivery modes are included here:

- Understand who your students are (e.g., adult learners who may not have taken courses for many years, adult learners earning a second degree, traditional-aged students, etc.).

5

- Communicate high expectations. Describe for your students the knowledge, skills, and values they will master during the course.
- Provide students with clear grading requirements during your first class. Describe your expectations for class attendance and discussion participation in the course syllabus.
- Discuss with your students the Academic Honor Code in its entirety during the first class period. Report all incidences of suspected plagiarism following the process described in Undergraduate and Graduate Academic Catalogs.
- State clear goals and objectives for each class or instructional session.
- Use multiple methods to deliver content (e.g., visual, textual, kinesthetic, and/or auditory). For online courses this is covered as a design standard.
- Augment assigned readings with your experience and expertise during class, rather than repeat material you assign from the textbook.
- Ensure that discussions and assignments require critical thinking, core values, and decision making on the part of your students.
- Implement activities that encourage your students to apply, analyze, synthesize, and evaluate course material.
- Use assessment methods that measure students' progress in applying, analyzing, synthesizing, and evaluating course material.
- Formal writing assignments should be submitted to Turnitin.com.
- Encourage active reading, reading to write, and writing across the curriculum activities in your class.
- Summarize the main points of your lesson at the close of each class or instructional session.
- Provide timely and substantive feedback to your students and require their feedback as well.
- Respond to all student messages within 36 hours both during the workweek and on weekends.
- Offer extra credit opportunities sparingly and if offered to the entire class.
- Replace missed presentations with only comparable alternative assignments and only in the event of a documented emergency.
- Record all grades in eLion no later than three days after the last day of the term.

Assign Incomplete as a grade only in accordance with university policy as written in the academic catalog

**Early Admission - California residents:** California Education Code (CEC) §94811 mandates that early admission applicants shall take an independently administered ability-to-benefit (ABT) examination. California Education Code (CEC) §94811 defines an ability-to-benefit (ATB) student as a student who does not have a certificate of graduation from a school providing secondary education, or a recognized equivalent of that certificate. Under CEC §94904 (a), an institution is required, prior to executing an enrollment agreement with an ATB student, to have the student take and pass an independently administered examination from the list of examinations prescribed by the United States Department of Education (USDE). A list of approved ATB examinations can be found here https://www.bppe.ca.gov/schools/usde_tests.pdf

# Academic Organization and Locations

The Saint Leo University academic degree programs are organized under the Division for Academic Affairs, Vice President for Academic Affairs. Three Deans for the College of Arts and Sciences, Tapia College of Business, and College of Education and Social Services, along with the Directors of Graduate Programs, the Registrar Office, Learning Design, and Library Services, report to the Vice President for Academic Affairs.

Senior Vice President for WorldWide Student Services supervises the Vice President, Marketing & Enrollment; Vice President, University Campus Admissions and Center for Global Engagement; Associate Vice President, Office of Military Affairs & Services; Associate Vice President of Student Affairs; Associate Vice President Success; Associate Vice President of Facilities Management; Associate Vice President of WorldWide Operations-COL; Assistant Vice Presidents of the Central, Florida, Tampa, and Coastal regions; and the Executive Director of University Public Safety.

Saint Leo University's central campus is University College, located in Saint Leo, Florida, and serves traditional-age students.

The Online Learning Center provides adults an opportunity to earn associate and bachelor's degrees completely online.

Degree programs are offered to adult students at the following regional Education Centers:

**California**

San Diego Education Center

**Florida**

University Campus Education Office

Brooksville PHSC Education Office
New Port Richey PHSC Education Office
Spring Hill PHSC Education Office

Gainesville Education Center

Key West Education Center

Lake City Education Center

Lakeland Education Center

Jacksonville Education Center

Madison Education Center

Ocala Education Center

Tallahassee Education Center

Tampa Education Center

Channelside Education Office
MacDill AFB Education Office

**Georgia**

Atlanta Education Center

Gwinnett Education Center

Savannah Education Center

**Mississippi**

Columbus Education Center

**South Carolina**

North Charleston Education Center

Shaw Education Center

7

Sumter Education Office

**Texas**

NAS Corpus Christi Education Center

**Virginia**

Fort Lee Education Center

South Hampton Roads Education Center

Chesapeake Education Center
JEB Little Creek-Fort Story Education Center
NS Norfolk Education Office
NAS Oceana Education Office

Virginia Peninsula Education Center

Fort Eustis Education Center
Langley Education Center

Newport News Education Center

These education centers offer the associate, bachelor's, and master's degree through both live instruction and Internet-based learning opportunities at times and locations convenient to adults. In addition to classes at each site, the education centers offer instruction in some workplace locations. See Campuses, Centers, and Degree Programs for a breakdown of programs and degrees offered at each center, and see Directory for Correspondence for a directory of address, telephone, and e-mail information.

# Colleges and Programs

# College of Arts and Sciences

**Associate of Arts**

- Liberal Arts, A.A.

**Bachelor of Arts**

- English with Education Minor, B.A.
- English, B.A.
- Global Studies, B.A.
- History with Education Minor, B.A.
- History, B.A.
- Liberal Studies, B.A.
- Mathematics with Data Science Specialization, B.A.
- Mathematics with Education Minor, B.A.
- Mathematics, B.A.
- Medical Humanities, B.A. B.A.
- Political Science, B.A.
- Psychology, B.A

8

- Religion, B.A.
- Sociology, B.A.

**Bachelor of Science**

- Biology with Minor in Education, B.S.
- Biology, B.S.

**Minor**

- American Politics Minor
- Anthropology Minor
- Art Minor
- Biology Minor
- Chemistry Minor
- Creative Writing Minor
- English Minor
- Environmental Studies Minor
- Ethics and Social Responsibility Minor
- Global Studies Minor
- History Minor
- Interdisciplinary Inquiry in the Arts Minor
- International Studies Minor
- Journalism Minor
- Legal Studies Minor
- Literature Minor
- Mathematics Minor
- Music Ministry Minor
- Music Minor
- Philosophy Minor
- Psychology Minor
- Religion Minor
- Sociology Minor
- Spanish Minor
- Theatre Minor
- World Politics Minor

# Tapia College of Business

**Associate of Arts**

- Business Administration, A.A.
- Cybersecurity, A.A.
- Information Technology, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide) with specializations in Logistics, Management, Marketing, Project Management, Technology Management
- Communication Management, B.A. (Offered only at University Campus)

9

- Economics, B.A. (Offered only at University Campus)
- Human Resource Management, B.A. (Offered only through WorldWide)
- International Hospitality, Events, and Hotel Management, B.A.
- Management, B.A. (Offered only at University Campus)  (Offered only at University Campus)
- Marketing, B.A. (Offered only at University Campus)
- Multimedia Management, B.A. (Offered only at University Campus)
- Sport Business, B.A.

**Bachelor of Science**

- Computer Information Systems, B.S.
- Computer Science, B.S.
- Cybersecurity, B.S.
- Health Care Administration, B.S.
- Software Engineering, B.S.

**Minor**

- Accounting Minor
- Communication Management Minor (Offered only at University Campus)
- Computer Programming Minor
- Economics Minor (Offered only at University Campus)
- Health Care Administration Minor
- Hospitality Management Minor (Offered only at University Campus)
- Human Resource Management Minor (Offered only through WorldWide)
- Information Security Minor
- Information Systems Minor
- International Business Minor
- International Financial Studies Minor (Offered only at University Campus)
- Management Minor
- Marketing and Sales in Sport Minor (offered only at University Campus)
- Marketing Minor
- Multimedia Management Minor (Offered only at University Campus)
- Risk Management in Sport Minor (Offered only at University Campus)
- Sport Hospitality Minor (Offered only at University Campus)

# College of Education and Social Services

**Associate of Arts**

- Criminal Justice, A.A.

**Bachelor of Arts**

- Criminal Justice, B.A.
- Educational Studies, B.A. (Online and On Ground)
- Elementary Education, B.A.
- Human Services, B.A.
- Middle Grades Education, B.A.
- Secondary Education, B.A.

**Bachelor of Social Work**

- Social Work, B.S.W.

**Endorsement**

- Florida Coaching Endorsement

**Minor**

- Criminal Justice Minor
- Education Minor

**Command Office Management School**

- Command Office Management School (COMS)

**Other Programs**

- Education - Bachelor's to Master's Five Year

# Graduate Degree Programs

(Please reference graduate academic catalog for further information)

## College of Arts and Sciences

## Graduate Studies in Creative Writing

- Master of Arts Creative Writing

## Graduate Studies in Psychology

- Master of Science in Psychology

## Graduate Studies in Theology

- Master of Arts in Theology

## Tapia College of Business

## Graduate Studies in Business

- Doctor of Business Administration in Management (DBA)

- Accounting Specialization (Online Only)
- Cybersecurity Management Specialization (Online Only)
- Data Analytics Specialization (Online Only)
- Health Care Management Specialization (Online Only)
- Human Resource Management Specialization (Online Only)
- Marketing Specialization (Online Only)

11

- Master of Accounting (MAcc)
- Master of Business (MBA) On Ground and Online
- Master of Business Administration One-Year International & Experiential (Online Only)
- Master of Science in Cybersecurity
- Master of Science in Software Engineering (Online Only)
- Project Management Specialization (Online Only)
- Social Media Marketing Specialization (Online Only)
- Sport Business Specialization (Online Only)
- Supply Chain Global Integration Management Specialization (Online Only)

# College of Education and Social Services

## Graduate Studies in Education

- Doctor of Education Ed.D.

- Educational Leadership Catholic School Administrators
- Educational Leadership Specialization
- Exceptional Student Education Five-Year Bachelor to Master Degree Program
- Exceptional Student Education Specialization
- Instructional Leadership and ESE Specialization
- Instructional Leadership and Reading Specialization
- Instructional Leadership Specialization
- Master of Science in Instructional Design
- Reading Specialization

- Education Specialist: School Leadership Specialization

## Graduate Studies in Human Services

- Master of Science in Human Services Administration

## Graduate Studies in Public Safety Administration

- Doctor of Criminal Justice

- Behavioral Studies Specialization (Online Only)
- Corrections Specialization (Online Only)
- Criminal Investigations Specialization (Online Only)
- Emergency and Disaster Management Specialization (Online Only)
- Fire Science Administration Specialization (Online Only)
- Forensic Science Specialization (Online Only)
- Legal Studies Specialization (Blended/Web-Enhanced/Online Curriculum)
- Master of Science in Criminal Justice Program (Blended/Web-Enhanced/Online Curriculum)
- Master of Science in Emergency and Disaster Management (Online Only)

## Graduate Studies in Social Work

- Advanced Clinical Practice Specialization, MSW
- Master of Social Work Three-Year Program
- Master of Social Work Two-Year Program

# Educational and Learning Goals

1. We expect students to demonstrate **intellectual growth:**
   - Think critically and independently
   - Make informed decisions
   - Commit to lifelong learning
   - Engage in problem solving
   - Exercise reasoned judgment
   - Develop quantitative skills
   - Learn experientially
   - Understand how living things and physical systems operate
   - Prepare for graduate study
2. We expect students to demonstrate **effective communication skills:**
   - Speak thoughtfully and respectfully
   - Listen carefully
   - Read critically
   - Write clearly
   - Present information well
3. We expect students to demonstrate **deepened spiritual values:**
   - Understand Catholic and Benedictine values and traditions
   - Commit to act in concert with one's values
   - Respect differences in belief systems and values
   - Show compassion and empathy
   - Understand the relationships among humans, living things, the universe, and God
   - Balance one's life
4. We expect students to **respond aesthetically:**
   - Appreciate the beauty and balance in nature
   - Develop creativity
   - Demonstrate sensitivity
   - Visualize creative potential
5. We expect students to prepare for an occupation:
   - Strive for excellence
   - Develop an international perspective
   - Become competent in managing people/tasks, responding to change, planning innovation, collaborating, applying technology, and acting fiscally responsible
6. We expect students to demonstrate **social responsibility:**
   - Act with integrity
   - Exercise personal responsibility
   - Respect all living things
   - Work for diversity both locally and globally
   - Build community
   - Commit to resource stewardship
7. We expect students to demonstrate **personal growth and development:**
   - Develop self-understanding

13

- o   Learn to manage self
- o   Deal with ambiguity
- o   Exercise flexibility
- o   Strengthen confidence and self-esteem
- o   Learn persistence
- o   Care for self and physical and spiritual well-being
- o   Develop leadership
- o   Foster a work ethic
8.   We expect students to demonstrate **effective interpersonal skills:**
- o   Value successful relationships
- o   Participate effectively in group work
- o   Cooperate
- o   Engage in philanthropy
- o   Volunteer

# Academic Freedom Policy for Students

Academic freedom is the right of reasonable exercise of civil liberties and responsibilities in an academic setting.

It is the policy of Saint Leo University to give its students the freedom, within the bounds of collegial behavior, to pursue what seems to them productive avenues of inquiry, to learn unhindered by external or nonacademic constraints, and to engage in full and unrestricted consideration of any opinion. All members of the University must recognize this fundamental principle and must share responsibility for supporting, safeguarding, and preserving this freedom.

In order to preserve the rights and freedoms of the students, the University has a formal process for adjudication of student grievances and cases of violations of the Academic Honor Code.

# Academic Honor Code

Saint Leo University holds all students to the highest standards of honesty and personal integrity in every phase of their academic life. All students have a responsibility to uphold the Academic Honor Code by refraining from any form of academic misconduct, presenting only work that is genuinely their own, and reporting any observed instance of academic dishonesty to a faculty member.

**ACADEMIC MISCONDUCT**

Academic misconduct includes but is not limited to the following categories:

A. Cheating:

- Providing or receiving academic work to or from another student without the permission of the instructor/professor.
- Buying or selling academic work.
- Violating test conditions.
- Forging academic documents.
- Copying computer programs.

B. Plagiarism:

- Stealing and passing off the ideas and words of another as one's own or using the work of another without crediting the source whether that source is authored by a professional or a peer.
- Submitting an article or quoted material from a periodical or the internet as one's own.

14

- Retyping or re-titling another student's paper and handing it in as one's own.
- Intentionally or unintentionally failing to cite a source.

C. Complicity:

- Helping another student commit an act of academic dishonesty.

D. Misrepresentation:

- Resubmitting previous work, in whole or in part, for a current assignment without the written consent of the current instructor(s).
- Having another student complete one's own assignments, quizzes, or exams.
- Lying to a professor.
- Fabricating a source.

**ADJUDICATION**

It is the responsibility of every member of the faculty and student body to cooperate in supporting the honor system. Any member of the University community suspecting an Academic Honor Code violation should immediately refer the matter directly to the faculty member teaching the course in which the possible violation took place. For any suspected violation that occurs within a course, the faculty member must discuss the evidence in private with the student and tell the student to continue in the class. If, during the course of an Academic Honor Code violation investigation, the committee determines that other violations of the Academic Honor Code have potentially occurred, the committee may pursue investigating the new violations.

All faculty teaching courses at University Campus, any education center, and online including Center for Online Learning, Distance Learning, and Graduate Programs must follow the procedure below to report either an in-class sanction or to request a hearing.

**REPORTING PROCESS**

Faculty must report any in-class sanction issued to a student using the Academic Honor Code Reporting System in eLion. Sanctions should be levied according to the seriousness of the offense. An instructor may issue an in-class sanction of either 1) assigning a zero for the assignment or 2) allowing a resubmission of the assignment with a reduced grade. An instructor may not issue an F for the course. If the instructor believes the violation warrants a sanction of failure for the course, the appropriate Academic Standards Committee will hold a hearing.

The student will have the opportunity to appeal the allegation and/or the in-class sanction within 5 days of receipt of the notification. If the student appeals the allegation and/or sanction, a hearing will be scheduled with the appropriate Academic Standards Committee.

Once a faculty member submits the report to the Academic Honor Code Reporting System, the system will automatically send a notice to the student, the faculty member and the Registrar. If a submission to the Online Academic Honor Code Reporting System results in a second offense for a student, the appropriate Academic Standards Committee will be notified and a hearing will be scheduled.

**If the instructor of record would prefer to have the committee hear the case instead of imposing an in-class sanction, a request for a hearing must be submitted using the Online Academic Honor Code Reporting System in eLion. (See Required Documentation for a Hearing)**

**REQUIRED DOCUMENTATION FOR A HEARING**

If a faculty member wants to request a hearing, the faculty member must provide the following information to either the current Chair of the Undergraduate Academic Standards Committee, the Chair of the Graduate Academic Standards Committee (emailed to gasc@saintleo.edu), or the appropriate Center or COL Director/Assistant Director:

1. The faculty member's charge against the student.
2. A copy of the course syllabus.

3. The dates of the events as they occurred.
4. Any supporting evidence such as a copy of the assignment or exam in question as well as a copy of the Turnitin.com originality report associated with the assignment or exam.
5. A summary of the discussion or copies of emails between the student and the faculty member, including any admission or denial of guilt by the student.
6. Statement from another student to corroborate suspected violation and other evidence if necessary.
7. A statement addressing the extent to which the Academic Honor Code policy is covered in class.

Upon receipt of the faculty member's report, the Academic Standards Committee or an ad hoc committee appointed by the Center Director will schedule a hearing and inform the student, in writing, of the date and time of the hearing and include a copy of the faculty member's report. A student cannot avoid a sanction by withdrawing from the course and is not permitted to withdraw from a course while the allegation is under investigation. The Committee will hold the hearing whether or not the student chooses to attend. After reviewing the evidence, the Committee will render a decision on the charge and determine any sanctions that are appropriate.

The student may appeal the Committee's decision to the Office Academic Affairs within 5 days of receipt of the notification of the official report, who may issue an appellate decision on behalf of the University. The final authority rests with the Office of Academic Affairs.

## SANCTIONS

The sanction for a first violation of the Academic Honor Code could range from zero for the assignment to dismissal from the university, depending on the nature of the violation, but the usual sanction is failure of the course. The minimum sanction for a subsequent offense is failure of the course, but the usual sanction is suspension or dismissal from the university.

For additional information, faculty members should contact either the Committee Chair or the appropriate Center or OL Director/Assistant Director.

# Appellate Process

One of the five key elements of Saint Leo University's mission statement is a commitment to practice a student-centered philosophy of service. The University's objective is to courteously and consistently respond to students' questions and appeals in a timely manner.

Generally, the most effective resolution of a student's question will come from the University administrator or staff member most directly involved in the area of the student's concern. Thus, the first step in answering the student's question is to contact the appropriate office and individual. A departmental listing of individuals to contact regarding specific concerns may be obtained in the School offices, Education Center offices, the Office of Student Affairs, or the Office of Finance and Accounting. Students attending Education Centers make their initial contact with their Student Advisor or the Center Director, who will provide any needed coordination with the Assistant/Associate Vice President and/or University Campus offices.

The University's first objective is to accommodate a student's request if so doing does not violate University policy or undermine academic or disciplinary standards. If this is not possible, the next objective is to provide the student enough information so that the student understands the reason for the decision. If the student wishes to appeal the decision, the student must do so **in writing** to the next level of appeal as shown on the departmental listing.

Appeals that are not resolved or explained to the student's satisfaction after the initial appeal(s) must be appealed in writing to the Vice President or their designee identified in each area within 15 days of the last contact with a University employee. The Vice President or their designee will review the student's appeal and render a final decision **in writing** within 10 days.

For students who are enrolled in an Education Center in Virginia, after all appeals are completed with the University, a student not satisfied with the University's decision may forward an appeal to the State Council of Higher Education for

Virginia (SCHEV). The appeal must be in writing and sent to The Director, Private and Out-of-State Postsecondary Education, James Monroe Building, 101 North Fourteenth, Richmond, Virginia 23219. The appeal must be submitted no later than 30 days following the decision by the appropriate University Vice President or their designee.

Should a student file a complaint with a state or accrediting body, the student will not be subjected to adverse actions by any school official as a result of initiating a complaint.

# Grade Point Average

The grade point average (GPA) is determined by first multiplying the credit hours attempted by the quality points earned and then dividing the total quality points earned by the total hours attempted. For example:

| Course | Hours Attempted | Grade | QualityPoints | Total Quality Points |
|--------|-----------------|-------|----------------|-----------------------|
| FAS 101 | 3 | A | (4.00) | 12.00 (3 × 4) |
| SPA 111 | 3 | B- | (2.67) | 8.01 (3 × 2.67) |
| CHE 121 | 3 | D | (1.00) | 3.00 (3 × 1) |
| HTY 121 | 3 | F | (0.00) | 0.00 (3 × 0) |
| ENG 121 | 3 | C+ | (2.33) | 6.99 (3 × 2.33) |
| | 15 | | | 30.00 |

*Grade Point Average: 30.00/15 = 2.0 GPA.*

*Note: Quality points are awarded only for courses taken in residence.*

# Grade Changes

A grade may be changed only by the faculty member administering the course. Changes in grades are permitted only when a computational or input error has been made. A grade change will not be made when a student turns in missing or late work after the last day of the semester/term unless an Incomplete was arranged. When a student elects to appeal a course grade that he or she believes to be improper, the student shall notify the course instructor within thirty (30) calendar days from the date that the grade is recorded. All grades are final three months after they are posted unless a grade appeal, as determined by the appropriate College Dean or Division for Academic Affairs, is still in process.

# Grade Appeal Procedures

The following procedures shall be adhered to reference grade appeals:

1. When a student elects to appeal a course grade that he or she believes to be improper, the student shall notify the course instructor within thirty (30) days from the date that the grade is recorded. If the issue is not resolved between the student and the instructor, the student may proceed to the next step.
2. The appeal must be submitted in writing to the instructor's Dean if for a University Campus student or to the Center or Graduate Director if for an off-campus, online student, or graduate student. The written appeal shall include all originals or copies of the work upon which the grade was based, a syllabus for the course, and a listing of all materials that were to have been graded for the course. The written appeal must also include the course grade the student believes he or she earned and the basis for such belief.

17

3. Upon receipt of the written appeal and corresponding materials upon which the grade was based, the following action will be taken:
    1. for appeals filed by University Campus students, the instructor's Dean will assign a full-time faculty member in the appropriate discipline to conduct an assessment of the appeal.
    2. for appeals filed by off-campus and online students, the student's Center Director will forward the appeal packet to the University Campus Dean who is responsible for the course discipline. The Dean will handle the appeal as noted in sub-section a above.
4. The assigned full-time faculty member will conduct a thorough assessment of the appeal, including communication with the student if deemed necessary. The list of all materials that were to have been graded for the course must be submitted to the original faculty member for review. If the reviewing faculty member determines there is clear and convincing evidence to support a grade change, the recommendation will be forwarded to the Division for Academic Affairs. Although the student filed the appeal for the purpose of being awarded a higher grade, the reviewing faculty member could determine that the instructor's original grade was in fact liberal; therefore, the recommendation would be to lower the grade. Should the reviewing faculty member find no clear and convincing evidence to support a grade change, he or she will forward the finding to the Dean, who will in turn notify the student in writing with copies to the Division for Academic Affairs and the Dean or Center Director who initiated the faculty review.
5. Upon receipt of a recommendation for a grade change from a reviewing faculty member, the Division for Academic Affairs will evaluate the recommendation and make a final determination concerning the student's grade. The student and the instructor will be notified in writing. Once a final decision has been made at this level, the student shall not have any further appeals. Any change of grade will be initiated by the Division for Academic Affairs through the Registrar's office.

    All written grade appeals will be completed within sixty days from the date of receipt unless the Division for Academic Affairs grants an extension.
6. In those cases where the reviewing faculty finds no evidence to justify a change in grade, the student may appeal to the Division for Academic Affairs. Upon reviewing the appeal and faculty review, the Division for Academic Affairs will make a final, non-appealable decision. The student and instructor will be notified of the decision in writing.
7. All grades are final three months after they are posted unless a grade appeal, as determined by the appropriate College Dean or the Division for Academic Affairs, is still in process.

# Grade Reports and Permanent Records

All official grade reports are available on the University's online student information system, known as eLion.

Permanent academic records of all students are maintained by the Registrar. Disciplinary records of are maintained by Student Affairs. Disciplinary records of Graduate Program students are maintained by Graduate Programs.

The Family Educational Rights and Privacy Act of 1974, as amended (FERPA), is a federal law which requires that the University maintain the confidentiality of students' educational records and establish a policy for annually notifying students of their rights under the law and how they may exercise those rights.

In accordance with FERPA, Saint Leo University allows access to a student's educational records to all University officials who have a legitimate educational interest in the student's records. The University does not disclose or allow access to any information from students' educational records to anyone outside the University except (a) to officials of another institution in which the student intends to enroll; (b) to authorized representatives of the comptroller general of the United States, the secretary of the United States, or state educational authorities; (c) to determine eligibility or for enforcement of financial aid programs; (d) to state agencies that require disclosure under state laws existing before November 19, 1974; (e) to organizations conducting certain studies for or on behalf of the University; (f) to accrediting organizations to carry out their functions; (g) to parents of a dependent student, as defined in Section 152 of the Internal Revenue Code of 1954; (h) to comply with a judicial order or lawful subpoena; (i) to appropriate parties in a health or safety emergency; (j) directory information as designated by the University; (k) as otherwise allowed by law; or (l) when the student has provided written consent.

For all outside disclosures of information that are made without the written consent of the student, the University maintains a record in the student's file of the name of the party who obtained the information and the legitimate interest that the person had in obtaining the information.

The University has designated the following as directory information: student name, address, telephone number, university assigned e-mail address, date and place of birth, major field of study, dates of attendance, degrees, awards and honors received, photographs, enrollment status (e.g. undergraduate or graduate; full-time or part-time), anticipated graduate date, the most recent educational institution attended, participation in recognized activities, and height and weight of members of athletic teams. As stated above, directory information may be released without the student's prior written consent unless the student has requested that directory information be withheld by completing a Request to Withhold Directory Information Form, which may be obtained in the Office of the Registrar. The request will remain on file until withdrawn by the student.

Students are notified of their rights under the act by accessing the FERPA information on the eLion online system. Students have the right to inspect and review information contained in their educational records, to challenge the contents of their educational records, to have a hearing if the outcome of the challenge is not satisfactory, and to submit explanatory statements for inclusion in their files if the decision of the hearing is unsatisfactory. Students wishing to review their educational records must make written requests to the Registrar listing the items of interest. The records will be provided within 30 days of the request. Students may request that copies be made of their records, with charges being assessed at the prevailing rate set by the Registrar.

Educational records do not include records of instructional, administrative, and staff personnel, which are the sole possession of the maker and are not accessible or revealed to any individual; records of the security department as they pertain to law enforcement; student health or psychological records; and employment records or alumni records that do not relate to the person as a student. A licensed physician selected by the student may review health records. In addition, students do not have the right to inspect or review the financial information submitted by their parents, confidential letters and recommendations to which the right of inspection has been waived, and educational records containing information about more than one student, in which case students will be permitted access only to the parts of the record that pertain to them.

Students who believe that their educational records as maintained by the University contain information that is inaccurate, misleading, or otherwise in violation of their privacy or other rights may request that the Registrar amend the records. The Registrar will review the request and render a written decision within 30 days of the request. If the student's request is denied, the student may request a formal hearing in writing. The hearing panel will be designated by the Division for Academic Affairs and will schedule a hearing within 30 days of the student's request. The student will be provided with a reasonable notice of the date, place, and time of the hearing. At the hearing, the student may present evidence relevant to the issues and may be assisted by persons of his or her choice, including attorneys, but at his or her own expense. The decision of the hearing panel is final and will be based solely on the evidence presented at the hearing. The decision will include a summary of the evidence and the reasons for the decision and will be forwarded to the student and all interested parties. If the decision requires that the student's record be amended, the appropriate University official responsible for maintaining the record will correct the record. If the student is dissatisfied with the decision of the panel, he or she may place a statement in his or her educational record commenting on the information in the record. Such statement will be released whenever the record is disclosed.

# External Complaint Procedures by State

Students should attempt to resolve complaints with the university itself. Applicable university policies usually describe the appropriate procedures such as contacting your academic advisor or dean. Policies can be found in the Code of Conduct. Should a student file a complaint with a state or accrediting body, the student will not be subjected to adverse actions by any school official as a result of initiating a complaint.

Filing a complaint with the State of Florida, another state, or an accrediting body does not excuse a student from following any applicable university policies for appeals or challenges to actions taken or toll any time frames for the filing of such internal appeals.

# SARA Procedures for Complaints

Online Education students, who have completed the internal institutional grievance process and the applicable state grievance process, may appeal non-instructional complaints to the Florida SARA PRDEC Council. For additional information on the complaint process, please visit the Florida SARA Complaint Process page or the website at www.flsara.org

# State Procedures for Complaints

In Florida

The Florida Department of Education (FDOE) serves as the single repository of education data from school districts, community colleges, universities, and independent postsecondary institutions. While the FDOE's Commission for Independent Education has statutory responsibilities in matters relating to nonpublic, postsecondary, educational institutions, Saint Leo University is not under the jurisdiction or purview of the Commission except as otherwise provided in law, and is not required to obtain licensure. See §1005.06, Florida Statutes. The FDOE Office of Articulation is the office available to assist students with complaints. For information on how to file a complaint with the Florida Department of Education, Office of Articulation, please call 850/245-0427 or send an email to articulation@fldoe.org.

In Other States

Under U.S. Department of Education regulations, each state is required to have a process to handle complaints for all institutions in the State, except certain Federally-run institutions and tribal institutions such as tribally controlled community colleges. For purposes of HEA eligibility under these regulations, the State remains responsible for responding to complaints about institutions in the State regardless of what body or entity actually manages complaints. Information on the State of Florida and the University's accrediting bodies has been described above. For other states, the State Higher Education Executive Officers (SHEEO) has compiled a list of Student Complaint Procedures by State and Agency.

# Department of Veteran Affairs:

**GI Bill® School Feedback Tool**:  https://www.benefits.va.gov/GIBILL/Feedback.asp

If you have an issue or complaint about a school or training facility that's eligible to receive **GI Bill benefits**, you can submit feedback to the **Department of Veteran Affairs**. You may submit a complaint if your school or employer is failing to follow the Principles of Excellence guidelines or if you have any other concerns or issues you'd like to raise.

The **Mississippi** State Approving Agency (SAA), is the approving authority of education and training programs for Mississippi. Our office investigates complaints of **GI Bill beneficiaries**. While most complaints should initially follow the school grievance policy, if the situation cannot be resolved at the school, the beneficiary should contact our office via email at saa@msva.ms.gov.

# Students are also welcome to use the links provided below.

For California, contact the Bureau for Private Postsecondary Education (of California) : http://www.bppe.ca.gov/forms_pubs/complaint.pdf

For California residents enrolled in a Saint Leo online program, contact the California Department of Consumer Affairs, Consumer Information Center: https://www.dca.ca.gov/consumers/complaints/oos_students.shtml

For Florida, contact the Florida Department of Education: http://www.fldoe.org/policy/cie/file-a-complaint.stml

For Georgia, contact the State of Georgia Nonpublic Postsecondary Education Commission : https://gnpec.georgia.gov/student-complaint-forms

For Maryland, please contact the Maryland Higher Education Commission : http://mhec.maryland.gov/institutions_training/Pages/career/pcs/complaint.aspx

For Mississippi, contact the Mississippi Commission on College Accreditation : http://www.mississippi.edu/mcca/downloads/studentcomplaintform.pdf

For South Carolina, contact the South Carolina Commission on Higher Education : https://www.che.sc.gov/CHE_Docs/AcademicAffairs/License/Complaint_procedures_and_form.pdf

For Virginia, contact the State Council of Higher Education for Virginia:  http://www.schev.edu/index/students-and-parents/resources/student-complaints

Complaints related to the university's regional accreditation should be referred following the procedures found at http://www.sacscoc.org.

# Transcript Requests

Official transcripts of the permanent record may be released to a student or to others with the student's written permission. Requests for transcripts must bear the student's signature (required by the Family Rights and Privacy Act of 1974). Each request must contain the student's Social Security number, number of transcripts required, and the complete mailing address to which each transcript is to be sent. The University will provide a transcript upon request and upon completion of at least one course with Saint Leo University.

Transcripts should not be requested until the grade report for the preceding term has been received. All incomplete work (I) must be completed by the conferral date. Transcript requests may be delayed until degree conferral has been completed. There is a $15.00 fee for each paper transcript requested.  eTranscript service is available providing a secure certified PDF transcript.  Electronic transcript requests are $10.00 for each transcript requested.

Students requesting transcripts must be financially cleared at the time the request is received by the Registrar for processing. If a student is clearing a financial obligation at the time of the request, clearance to release the transcript could take up to ten working days. If a student is financially cleared at the time the request is received, processing will be completed within two working days. All transcript paper requests should be ordered directly from the Registrar, MC 2278, P.O. Box 6665, Saint Leo, FL 33574. Transcripts can also be ordered on eLion.

Rush requests may be faxed to 352/588-8656 and must be paid by credit card only. To order using a credit card, the following information must be provided: type of credit card, account number, and expiration date. Rush and overnight delivery is available for an additional charge of $32.00.

Saint Leo University students who transfer the University's credits or degree programs to other colleges or universities are advised to contact the receiving College concerning recognition. The receiving College will make the decision on transferability.

# Course Audit

Students sometimes choose to audit courses to expand their knowledge and enrich their education. Auditing students are expected to attend class regularly and to prepare all materials for the class. No tests or examinations are required, no credit is registered, and no grade is given.

Full-time students may register to audit a course only on a space-available basis during the add/drop period and only with the permission of the faculty member teaching the course. Part-time students or visitors may audit a course if space is available and if the faculty member approves. Veterans receiving VA educational training benefits are not eligible to audit courses. Visitors and part-time students are assessed an audit fee of $235 per course. Full-time University College students do not pay a fee for audited courses.

# Academic Residence Requirements

To satisfy the academic residence requirements for a degree, students must complete a minimum of 25 percent of the total required credits for the degree program with Saint Leo University. Half of the residence requirement credits must be taken in the major coursework.

Students with a bachelor's degree awarded from another accredited institution must complete academic residence requirements and all other degree requirements. Students may not earn two bachelor's degrees unless the student fulfills the requirements of two majors for which two different types of bachelor's degrees are awarded, such as a bachelor of arts for a major in accounting and a bachelor of science for a major in biology.

# Student Honor Societies

The *Alpha Alpha Alpha* chapter of Sigma Tau Delta, the international English Honor Society, was chartered in 1990 to brevet distinction upon undergraduates, graduates, and scholars in academia, as well as upon professional writers who have recognized accomplishments in linguistic or literary realms of the English language. To be eligible for membership, a student must have earned at least 45 hours of University credit, completed a minimum of two University courses in English language or literature beyond the usual requirements in first-year composition, and earned a GPA of 3.50 or better overall and in English.

*Alpha Mu Alpha* is the national marketing honor society for qualified marketing students and marketing faculty. Since its inception in 1937, the American Marketing Association (AMA) has remained committed to the advancement of excellence in the field. It was this commitment that fostered the establishment of Alpha Mu Alpha in the spring of 1981. All marketing students who are members of the AMA and hold a minimum overall GPA of 3.25 are eligible.

*Alpha Phi Sigma* is the only national criminal justice honor society for criminal justice majors. The society recognizes academic excellence of undergraduate and graduate students of criminal justice, as well as juris doctorate. The Association of College Honor Societies was organized on October 2, 1925, by a group of college and university teachers, administrators, and representatives of a few well-established honor societies. Its object was then and is now to consider problems of mutual interest such as those arising from the confusion prevailing on college campuses concerning the character, function, standards of membership, multiplicity, and undesirable duplication of honor societies; to recommend action leading to appropriate classification or elimination; and to promote the highest interest of honor societies. Alpha Phi Sigma was granted membership by the Association of College Honor Societies in 1980.

*Beta Beta Beta* is the national honor society for the biological sciences. The Saint Leo University chapter, Sigma Omega, was chartered in 2003. The society is dedicated to improving the understanding and appreciation of biological study and extending the boundaries of human knowledge through scientific research. Members pledge themselves to promote scholarship in the biological sciences, to promote the dissemination of biological knowledge, and to encourage research. Since its founding in 1922, more than 175,000 individuals have been accepted into lifetime membership in the society, and more than 430 chapters have been established throughout the United States and Puerto Rico. Individuals seeking undergraduate membership in the society must be majors in the biological sciences; are normally at least in the

second semester of their sophomore year; have completed at least three courses in the biological sciences, at least one of which is beyond the introductory level; and have maintained a GPA of "B" or better in their major.

The Saint Leo University student honor society *Delta Nu* is a member of the Delta Epsilon Sigma National Scholastic Honor Society, which was founded in 1940 for students, faculty, and alumni of colleges and universities with a Catholic tradition. The purposes of the society are to recognize academic accomplishments, to foster scholarly activities, and to encourage a sense of intellectual community among its members. To be eligible for membership, a student must have acquired 60 credit hours, be able to demonstrate leadership and service to others, and maintain a GPA of 3.50.

The *Iota Gamma* is a chapter of the Phi Alpha Honor Society, which is a national honor society for social work students. The society was chartered in 1962 for the purposes of providing a closer bond among students of social work and promoting humanitarian goals and ideals. Phi Alpha fosters high standards of education for social workers. The requirements for membership are social work as a major, sophomore status, completion of eight semester hours or twelve quarter hours of required social work courses, an overall GPA of 3.0, and a 3.25 GPA in required social work courses. A graduate student is eligible for membership if he or she has completed one semester of coursework and achieved a minimum GPA of 3.5.

*Kappa Delta Pi* is the international honor society in education. Founded in 1911, the purpose of the society is to recognize excellence and foster mutual cooperation, support, and professional growth for educational professionals. Membership has included such exceptional educators as John Dewey, Jean Piaget, Howard Gardner, Eleanor Roosevelt, Alfie Kohn, and Albert Einstein. Over 50,000 of the brightest scholars and practitioners are members today. The Saint Leo chapter, Alpha Delta Alpha, was chartered in 2007. To be eligible for membership, students must have a minimum GPA of 3.4 and be recognized for excellence not only in academics but also in service and in educational practice. The motto of KDP is "*So to teach* that our words inspire a will to learn; *So to serve* that each day may enhance the growth of exploring minds; *So to live*, that we may guide young and old to know the truth and love the right."

*Lambda Pi Eta* is the official communication studies honor society of the National Communication Association. Founded in 1985, the society now has more than 400 active chapters at four-year colleges and universities worldwide. The Saint Leo University chapter, Omega Chi, was chartered in 2011. The name Lambda Pi Eta is represented by the Greek letters L (Lambda), P (Pi), and H (Eta), symbolizing what Aristotle described in his book *Rhetoric* as the three ingredients of persuasion: Logos (Lambda) meaning logic, Pathos (Pi) relating to emotion, and Ethos (Eta) defined as character credibility and ethics. The society's goals are to recognize, foster, and reward outstanding scholastic achievement in communication studies; stimulate interest in the field of communication; promote and encourage professional development among communication majors; provide an opportunity to discuss and exchange ideas in the field of communication; establish and maintain closer relationships between faculty and students; and explore options for graduate education in communication studies.

*Omicron Sigma Sigma* (The Order of the Sword and Shield) was established in 2010 at the campuses of St. John's University in New York. The Society has grown steadily since that time. As outlined on their Website, the Society is the first and only academic and professional honor society dedicated exclusively to homeland security, intelligence, emergency management, and all protective security disciplines. The mission of the Society is to promote critical thinking, high scholarship and professional development; to further enhance the ethical standards of the protective security professions; and to cultivate a high order of personal living. In addition to its academic purpose, the Society is strongly committed to helping communities prepare for safety and emergency conditions and sponsors many types of informational events throughout the year. The Saint Leo University Chapter was started in May of 2019. Membership criteria includes: completion of ½ of the total number of credits required for their overall program, including completion of ½ of all credits in the Homeland Security, Intelligence, Emergency Management, or Protective Studies A.S., B.S., Minor, Master's, Doctoral, or Certificate Program. In addition, students must have achieved an overall 3.25 (undergraduate) or a 3.50 (graduate) cumulative GPA or higher (on a scale of 4.0) for all credits, including transfer credits, or be in the top 20% of their class standing.   http://www.securityhonorsociety.org/home.html

*Phi Alpha* is the national honor society for undergraduate and graduate social work students. Established in 1960, there are currently 106 chapters in the United States. The purposes of Phi Alpha are to provide a closer bond among students of social work and promote humanitarian goals and ideals. Phi Alpha fosters high standards of education for social

workers and invites into membership those who have attained excellence in scholarships and achievement in social work. To be eligible for membership, one must declare social work as a major, have achieved sophomore status, complete nine semester hours of required social work courses, achieve an overall GPA of 3.0 (on a 4.0 scale), and achieve a 3.25 GPA in required social work courses.

For community college transfer students, Saint Leo has an alumni chapter of *Phi Theta Kappa* (PTK), the international honor society of two-year colleges.

*Pi Gamma Mu* is the International Honor Society in the Social Sciences. Pi Gamma Mu was founded in 1924, and the Florida Lambda Chapter was established at Saint Leo University in 2011. This honor society is open to students at all locations who meet the eligibility requirements. Membership is open to juniors, seniors, or graduate students in the upper 35 percent of the class, with at least 20 semester hours in social sciences and an average grade therein of "B" or better. Pi Gamma Mu's constitution defines the social sciences to include the disciplines of history, political science, sociology, anthropology, economics, international relations, criminal justice, social work, psychology, social philosophy, history of education, and human geography

*Pi Sigma Alpha* is the national honor society for undergraduate and graduate political science students. There are currently more than 500 established chapters at American colleges and universities. The Saint Leo University chapter is Omega Epsilon. The society contributes to University life through sponsored campus visits by political leaders, community forums on political issues, and student site visits. In 2002, Omega Epsilon received a national award as one of three outstanding chapters of Pi Sigma Alpha. To be eligible for undergraduate membership, an individual must have completed at least ten semester hours of work in political science, including at least one course at the upper-division level; maintained a GPA of "B" or higher in all political science courses; maintained general scholarship sufficient to be placed within the upper third of one's class; and fulfilled any additional requirements prescribed by the local chapter. Associate memberships are also available to students wishing to participate in chapter activities who do not as yet meet the national requirements.

*Psi Chi* is the national honor society in psychology, founded in 1929 for the purpose of encouraging, stimulating, and maintaining excellence in scholarship and advancing the science of psychology. Psi Chi is a member of the Association of College Honor Societies and is an affiliate of the American Psychological Association and American Psychological Society. Psi Chi functions as a federation of chapters located at more than 875 senior colleges and universities in the United States. The Saint Leo Psi Chi chapter was founded in 1997. The national organization's requirements for membership are completion of at least three semesters of college, completion of nine semester hours of psychology courses, registration for a major or minor in psychology, and undergraduate overall cumulative GPA of 3.00 and rank in upper 35 percent of their class (sophomore, junior, or senior) in general scholarship. Students also must have a 3.00 GPA in psychology courses.

The National Society of Leadership and Success—*Sigma Alpha Pi*—began with a vision of its founder, Gary Tuerack, who wanted to build a community to truly impact lives in a positive and lasting way. He teamed together a nationwide effort of professional speakers and staff members at universities who believed in the mission of making a long-term positive impact in people's lives and began creating a program designed to offer continual motivation and support, with accountability steps to help people take the necessary actions to achieve their goals. The vision was to create a community where like-minded success-oriented individuals could come together to learn from and support one another. The vision included a supportive group dynamic with presentations from the nation's top presenters along with proven useful tools and strategies for achieving goals. The society began with 131 members at 16 chapters in the first year. As word of mouth spread and the offering improved, the society rapidly continued to grow, and still continues today. The society was chartered at Saint Leo University on April 23, 2008.

*Theta Alpha Kappa* (TAK), national honor society for religion studies and theology, exists to encourage, recognize, and help maintain excellence within the academic study of religion and theology. It does this primarily by recruiting and chartering local chapters in appropriate, qualified institutions of higher learning—which chapters, in turn, exist to pursue these same purposes in a local context through their various activities and induction of qualified students. Secondly, through its *Journal* and other programs, TAK seeks to pursue these purposes within a national and (hopefully in future) an international context. TAK is held to high standards in supporting and recognizing these scholarly pursuits by its status as a member society in the Association of College Honor Societies, as a related scholarly

organization of the American Academy of Religion, as an affiliated society of the Council of Societies for the Study of Religion, and as a nonprofit, educational corporation in the State of New York, In each case TAK has committed itself—through its incorporation papers and constitution—to these purposes and high standards.

*Upsilon Pi Epsilon* (UPE) is the first, and only, existing international honor society established to recognize academic excellence at both the undergraduate and graduate levels in the Computing and Information Disciplines.  Organized at Texas A&M University, College Station, Texas, in 1967, the society now consists of chapters in various colleges and universities throughout North America and overseas.  Saint Leo University's Omicron Chapter was established in fall, 2015. Its membership consists of outstanding scholars, chosen not only for their academic achievement in a computing science program, but also for distinguishing themselves as true professionals by meeting the standards and achieving the goals of the society, which include: The recognition of outstanding talent in the field of computing science; The promotion of high scholarship in computing science; The establishment and maintenance of high standards in computing science; The representation of computing science in interdisciplinary communications, and The encouragement of individual contributions to society through computing science. UPE is a member of the Association of College Honor Societies and has received endorsements from the two largest computer organizations in the world, the Association for Computing Machinery (ACM) and the IEEE Computer Society (IEEE-CS).

# Servicemembers Opportunity Colleges

Saint Leo University is a current member of the Servicemembers Opportunity Colleges Degree Network System (DNS). The DNS is a group of institutions selected to provide servicemembers and their eligible family members the opportunity to complete college degrees without losing credit because of frequent changes in duty station. For example, many courses offered by member institutions have two-way guaranteed transferability to provide more flexibility and options in order to satisfy degree requirements. The SOC DNS Student Agreement issued to all eligible students at member institutions provides a complete evaluation of servicemember's prior learning, including courses from other colleges and universities, military training courses, military occupational experience, nationally-recognized exams, and other non-traditional credits, as well as clearly identifying requirements for completing the degree. Current SOC Degree Network System membership and participating degree information is available at http://www.soc.aascu.org/.

Although Saint Leo University is currently a member of the SOC Degree Network System, membership or participating degrees may change at any time.

# Accessibility Services

Saint Leo University is committed to a policy that provides an equal opportunity for full participation of all qualified individuals with disabilities in accordance with the ADA-AA. The University prohibits discrimination on the basis of disability in admission or access to its educational programs and associated activities. Appropriate academic accommodations and services are coordinated through the Office of Accessibility Services, which is located in the Kirk Hall. In accordance with federal regulations, the Office of Accessibility Services is the only authority in the University that may determine and approve accommodations under ADA-AA. Students with disabilities who require accommodation should contact the office as soon as possible. Students seeking accommodations are responsible for providing the University with recent documentation of their disabilities at the time they are requesting services. Students may access the Policy and Procedure Manual through the Saint Leo website or visit the Office of Accessibility Services for a copy of the manual. The Office of Accessibility Services can be reached by phone:  352-588-8464 or email:  adaoffice@saintleo.edu

# Equal Employment Opportunity (EEO) Statement

Saint Leo University has a strong commitment to principles of equal employment opportunity and equal access to education. Saint Leo University does not discriminate on the basis of age, color, disability, ethnic origin, genetic

information, sex, gender, national origin, race, religion, or veteran status, or any other category protected by federal, state, or local law in its educational programs, admissions policies, financial aid, employment, or other school administered programs.

The policy is enforced by Saint Leo University and by applicable laws such as Title IX of the Education Amendments of 1972, Title VI and Title IX of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Americans with Disabilities Act, Age Discrimination Act of 1975, and Florida Civil Rights Act of 1992.

The Title IX coordinator, Beverley DiGiacobbe, may be contacted at titleixcoordinator@saintleo.edu or beverley.digiacobbe@saintleo.edu

The Director of Accessibility Services and the Section 504 Coordinator, Michael Bailey, may be contacted at michael.bailey02@saintleo.edu

# University Library Services

University Library Services provides instruction, information resources, and services needed by students pursuing their education and seeking an understanding of themselves, their world, and their Creator. The Daniel A. Cannon Memorial Library faculty and support staff offer direct personal assistance to all our students and faculty, at all locations and online. Library acquisitions are carefully selected to support the curriculum and to provide information resources in a variety of formats.

Located on the University Campus and overlooking Lake Jovita, the Daniel A. Cannon Memorial Library provides a welcoming environment for individual and group study and research. The three-level library building houses book print collections, eBook, electronic, audiovisual, and instructional materials collections, as well as an extensive periodicals collection. The electronic

resources complement and enhance traditional print and non-print information resources. Computer workstations for accessing the library's online catalog and multiple research databases are located throughout the building. Additionally, the library houses a student computer lab with a full suite of software for courses, a small makerspace; and The Hugh Culverhouse Computer Instruction Center classrooms (CCIC1 and CCIC2), which are equipped with computers and resources that can be used for group projects or as computer labs when not being used for instruction. The library also houses three other flexible classroom spaces with video teleconferencing capabilities, and several group study rooms with glass white boards. The University Archives and Special Collections are also housed in the library building.

Library faculty regularly conduct classes in information retrieval and library research skills to promote Information Literacy and lifelong learning. Because many students will use the library's resources from a distance, an online orientation to the library and its resources, as well as a large selection of help videos are is available to all students wherever they are located. The online orientation includes tutorials on the use of OCLC discovery search, research databases, Internet search engines, and other selected reference sources, as well as general information literacy issues.

The library web page offers remote access to the library's resources and services no matter your location. For off-campus students enrolled at Saint Leo University WorldWide Education Centers. This resource provides easy access to the library's resources and services, including reference and research help, writing assistance, the information retrieval system, approximately 500,000 eBooks, and multiple research databases that include many thousands of full-text journal, newspaper, and magazine articles.

In addition to serving as the gateway to academic research for both distance learners and University Campus students, the library website also includes a calendar students can use to schedule on-site, online, or telephone writing support, the ability to call, email or text using for research assistance, and the website also features course specific LibGuides and links to selected reference sources available on the Internet. Online request forms are available to further aid students with document delivery and interlibrary loan services, while a toll-free number to the reference desk (800) 359-5945 affords direct person-to-person communication with a librarian concerning reference, database research, bibliographic search, circulation, interlibrary loan, document delivery, and course reserve services.

Besides the personnel and resources of the Daniel A. Cannon Memorial Library, University Library Services also provides regional librarians for the Saint Leo University WorldWide Education Centers students and faculty not located at University Campus, serving students in all of the University's undergraduate and graduate online programs. Even if you are taking courses at a distance, the library can support your research, writing, and information needs.

The library is dedicated to serving all students and faculty, at all locations. There are even two faculty writing instructors available in the library and they work with the regional librarians as well as other writing support personnel to providing assistance with all aspects of the writing process, from the first idea to the bibliography support for students as well. Additionally, the Daniel A. Cannon Memorial Library establishes cooperative agreements with local libraries and host institutions for use of library resources by students enrolled in Saint Leo University Education Centers; students can also get reimbursed for obtaining a local library card at another academic library that does not have a cooperative agreement with the University.

University Library Services is further strengthened by participation in networks and cooperatives for interlibrary loan exchanges throughout the United States and globally. The Cannon Memorial Library is a charter member of the Tampa Bay Library Consortium and a participant in Ask-A-Librarian, Florida's largest collaborative online reference service. The library is also an active member of the Florida Library Information Network, ICUF Libraries, OCLC, and LYRASIS.

# Computer Usage Guidelines

University-owned or -operated computing resources are provided for use to faculty, students, staff, and authorized associates of Saint Leo University. All faculty, students, staff, and associates are responsible for use of Saint Leo University computing resources in an effective, efficient, ethical, and lawful manner. The following guidelines relate to the use of these computing resources:

1.  Computing resources and accounts are owned by the University and are to be used for University-related activities. All access to computer systems managed by University Technology Services, including the issuing of passwords, must have prior approval.
2.  Computing resources and accounts are to be used only for the purpose for which they were assigned and are not to be used for commercial purposes or non-University related activities. The continued use of an account after the student enrollment or faculty/staff/associate employment ends is considered a non-University related activity, except for e-mail accounts used by alumni.
3.  Individuals must not use an account assigned to another individual, including student accounts, without written permission from either University Technology Services or the division that granted the account. Faculty, students, staff, and associates are individually responsible for the proper use of their accounts, including proper password protection and appropriate use of Internet resources. Allowing friends or non-authorized individuals to use accounts, either locally or through the Internet, is a violation of these guidelines. It is recommended that account holder change the account password at least once per semester.
4.  Data files are confidential. Computing Services or departmental staff may access others' files when necessary for the maintenance of University records, the maintenance of computing systems, validation of online coursework, or during investigation of serious incidents. The latter would require the approval by the appropriate institutional official, or as required by local, state, or federal law.
5.  University computing resources may not be used to intimidate or create an atmosphere of harassment based upon gender, race, religion, ethnic origin, creed, or sexual orientation. Fraudulent, threatening, or obscene e-mail or graphical displays used to harass or intimidate others are prohibited. Chain letters, mass mailings, and repeated sending of e-mail after being requested to stop are also examples of inappropriate uses of University electronic communications resources. Users will abide by applicable federal and state laws.
6.  No one should deliberately attempt to degrade the performance of a computer system, including network resources, or to deprive authorized users of resources or access to any University computer system in any way, including the intentional distribution of spam or malware.
7.  It is a violation of these guidelines to use unauthorized knowledge of a password to damage any computing systems, obtain extra computing resources, take resources from another user, gain access to computing

systems, or use computing systems for which proper authorization has not been given—either on campus or off campus.

8. Software use must conform to copyright laws and licensing agreements.
9. For the protection of all Saint Leo University computer users, an individual's computer use privileges may be suspended or restricted immediately upon the discovery of a possible violation of these guidelines or other campus policies. Whenever possible, users whose computer access has been restricted or suspended will be notified of the restrictions and the means for resolving the matter. Individuals who violate these guidelines will be subject to sanctions as outlined in the University's Employee Handbook, Student Handbook, or Academic Honor Code. All such cases will be forwarded to the appropriate officer of the University for action.

# Computer Specifications

Saint Leo University highly recommends that all students have:

# Hardware Requirements

- Pentium 4 or higher PC
- Windows XP or Windows 7
- Internet Explorer 7.0 or higher
- Video display 800 x 600 or greater
- 2 gigabyte of RAM or higher
- wired or wireless Ethernet
- Internet service provider (broadband recommended)
- Sound card and speakers
- CD/DVD-ROM

# Software Requirements

- Microsoft Word 2010, Excel 2010, Access 2010, and PowerPoint 2010
- Adobe PDF 9.0
- Adobe Flash Player 10.0
- Java
- Alternate web browser in addition to Internet Explorer such as Firefox

Please note that there may be software components accompanying textbook materials that are not MAC compatible. Students may experience problems using these tools as a result. Saint Leo University cannot be held responsible for students experiencing difficulty with software components that are not MAC compatible.

# Application for Graduation

Students must make formal application for graduation through the Degree Conferral application system located in the student portal - eLion.  A fee is required for graduation, even if the student chooses not to participate in the Commencement exercises.

In order to provide time for a thorough research of the applicant's record, the application must be submitted two semesters/terms prior to the anticipated graduation date in order to allow a degree audit.

The conferral date is determined upon completion of all requirements listed under **degree requirements**, including the completion of all incomplete work and receipt and posting of all transfer credit. The conferral date will be the day after the last day that all requirements are completed.

# Commencement Exercises

Each year at the completion of the spring semester, the University holds commencement ceremonies with academic regalia at the University Campus and at the Education Centers. University College, Graduate Programs, Online Learning Center, and Adult Education Program students who have met all the requirements of Saint Leo University for receipt of the master's or bachelor's degree and have met all financial obligations may participate in commencement ceremonies on University Campus. Students who have a maximum of two courses left for degree completion at the end of the spring semester may request permission from their College Dean or Center Director to participate in the commencement ceremonies if they can provide evidence that all remaining coursework will be completed by September 1 following graduation exercises.

The Education Centers have separate commencement ceremonies. Applications must be submitted through the student portal - eForm - Commencement Application system. The system displays the dates of the commencement events and the deadlines to apply to be able to participate.

# Admissions Policies and Procedures

Saint Leo University is committed to policies that ensure there is no discrimination on the basis of age, gender, race, color, creed, religion, national origin, or disability. The University prohibits discrimination on the basis of disability in admission or access to its educational programs and associated activities.

Students with disabilities requiring special services should identify themselves and their needs to the Office of Accessibility Services, the Office of Admissions, Education Center, or the Graduate Studies Office as soon as possible after receiving notification of their admission to the University.

Students interested in attending Saint Leo University's traditional, residential undergraduate areas of study should refer to Admissions Policies and Procedures of this catalog for admission information for University College.

Students interested in attending Saint Leo University at one of our Education Centers or through the Online Learning Center (OL) should refer to Undergraduate Policies and Procedures, "Saint Leo University WorldWide ," and "Online Learning Center" of this catalog. Saint Leo University is committed to providing the best education for all its students. We believe that education is a developmental process and that a critical element in learning comes from peer-to-peer connections. As a result, the Education Center enrollment is designed to serve the needs of adult learners and members of the military.

## Appeal of Admission Decision

Applicants denied admission to Saint Leo University may appeal the decision by filing a written request for review to the Vice President for Enrollment within 30 days of the decision. The applicant may submit additional documentation, which will be reviewed along with all previously submitted credentials. The applicant will be informed of the decision within 30 days of the receipt of the request for review.

## Student Financial Assistance

For information about financial assistance, see Admissions Policies and Procedures.

# Student Affairs

The Division of Student Affairs assists, nurtures, and supports students and their peer communities through programs and services that encourage intellectual, interpersonal, and spiritual development. The staff is strongly committed to the total development—mind, body, and spirit—of each student within our University community. This is accomplished through the development of a healthy and positive community that enables each student to develop social and interpersonal skills, foster leadership skills, explore career opportunities, cultivate sound ethical and moral principles, deepen spiritual commitments, and formulate a philosophy of life that embraces our Benedictine-inspired values of community, respect, excellence, personal development, responsible stewardship, and integrity.

Departments within the Division of Student Affairs are designed to assist a student's growth and development as a whole person by assisting all students in becoming more involved with campus activities and organizations. Saint Leo University recognizes that working with others through out-of-classroom projects, activities, and events develops leadership, promotes community on the University campus and at the Division of WorldWide locations, creates a vibrant student life experience, and generates strong school spirit for all.

# Student Life

As active members of the University community, students are encouraged, individually and collectively, to express their views on institutional policy and matters of general interest to the student body. University College students can participate in the formulation and application of institutional policy, affecting both academic affairs and student services, through standing committees, the Student Government Union, and numerous ad hoc committees and organizations. Any students concerned with an academic issue should contact the department director, College Dean, or Center Director. All issues concerning student life should be directed to the Associate Vice President for Student Affairs.

# Code of Conduct

## Students' Rights and Responsibilities

As members of the Saint Leo University community, students can expect to be afforded certain basic rights and can also expect to be held accountable for certain basic responsibilities. Therefore, to maintain standards that contribute to the intellectual, spiritual, and moral development of students and ensure the welfare of the University community, Saint Leo University has established its Code of Conduct, part of which appears below.

Saint Leo University is an educational environment dedicated to fostering intellectual achievement, personal development, and social responsibility. The disciplinary system is an integral part of our educational process. While a university education is primarily academic and intellectual in nature, it also includes the development of Core Values that translate into responsible behavior. Students are expected to display respect for individuals and their rights within the Saint Leo University community setting. Persons at Saint Leo University locations are expected to express themselves through conduct which does not deny other individuals the freedom to express their own individuality socially, emotionally, intellectually, and spiritually, and does not deny other individuals their rights. Saint Leo University maintains the right to dismiss or suspend or otherwise take action related to any student for reasons that the administration deems to be in the best interest of the University.

For the full text of the Code of Conduct, please go to https://cdn2.hubspot.net/hubfs/206683/Resource%20PDFs%20and%20DOCs/Safety/code_of_conduct_2017-2018.pdf?t=1529511255717.

## Admission to Class

Faculty are required to admit to class only those students with appropriate documentation as directed by the Registrar.

## Student Misconduct

As members of our community, Saint Leo University students are expected to conduct themselves at all times in accord with good taste and respect for others. In addition, they must observe the regulations of the University and all local, state, and federal laws. All University community members—faculty, staff, employees, students—have the right and obligation to report violations of civil or University regulations to the appropriate University Vice President or Associate Vice President.  Special note on Center and Online Students:  Center Directors serve as designees of the Associate Vice President for Student Services with respect to Center students.  The Director of COL Student Services for the Center for Online Learning serves as the designee for students enrolled wholly online.

Should a University community member encounter a disruptive student, the student shall be asked politely, but firmly, to leave the classroom (or wherever the locus of disruption). A University community member has the authority to do this if the student is acting in a disruptive manner. If the student refuses, the appropriate office shall be notified.

Additionally, if a student demonstrates a lack of respect for a faculty or staff member by raising his/her voice, using profanity, and/or being aggressively argumentative, the student may be found in violation of the University's core values and placed on conduct probation, suspended, or dismissed from the University.

## Personal Abuse

All members of the University community and guests are entitled to be free from harassment, coercion, sexual harassment, threat, disrespect, and intimidation. Any statement or action that damages or threatens the personal and/or psychological well-being of a person will not be tolerated.

Personal abuse not only occurs when directed to the individual but can also occur in the presence of the individual.

Students who feel that they have been subject to personal abuse by a faculty member, staff member, or another student should report the incident to the Associate Vice President for Student Affairs, College Dean, or Center Director.

# Office of University Ministry

## Mission and Purpose

University Ministry serves the religious and spiritual development, as well as the personal and social justice concerns, of all the students, faculty, and staff of Saint Leo University. From the wisdom tradition of our Benedictine-inspired heritage, we emphasize the spiritual and religious importance of learning and learning well. From the world-engaging spirit of the Second Vatican Council, we encourage a spirituality where people claim and develop their natural and human gifts for the service of others, especially for the poor and forgotten. Because we are a Catholic university, we give special attention to nurturing the Catholic identity and self-understanding of Catholics in our community, as well as offering joyful and meaningful worship.

All members of the Saint Leo Community are always welcome to join any specifically "Catholic" activity that University Ministry offers. In actual fact, the majority of our activities, such as retreats, and mission/ service trips, are

open to all—that is, open and welcoming to all Christians as well as to our brothers and sisters of the Jewish, Muslim, and other faith traditions.

As part of the larger mission of Saint Leo University, University Ministry supports and educates for our core Benedictine-inspired values of excellence, community, respect, personal development, responsible stewardship, and integrity. University Ministry especially promotes the Benedictine-inspired values of community building and hospitality on campus and in our residence halls. We emphasize in a positive way wherever we can that we truly are "our brothers' and sisters' keepers" (Genesis 5). We are called to hold one another in sacred trust and never to violate that sacred bond. Thus, we affirm and call forth the best of one another as well as challenge any behavior or attitudes that destroy human dignity and community and our sense of joy of being part of the Saint Leo family.

This spirit of community building and cooperation leads University Ministry, Student Services, and Residence Life to share programs and to support one another's endeavors. University Ministry works with the President's Office and Academic Affairs in introducing new faculty and staff to our Catholic and Benedictine heritage. In terms of outreach to the larger community, University Ministry works very closely with our own Center for Catholic-Jewish Studies and with University Advancement and Alumni Relations to involve our friends and neighbors in the mission and activities of Saint Leo University.

# University Ministry Services

- Ensures the worship and ritual life for the University Community—Catholic Mass, memorials, and special events of a religious and patriotic nature.
- Trains and mentors young adults for lay leadership in the Catholic Church or in other Christian Churches through the Ministry Mentor Program.
- Offers retreats and other experientially based opportunities for spiritual and personal growth—deeper awareness of God, self, and others and integrating the mind-body-spirit connection.
- Provides and encourages Bible study, lectio divina, prayer groups, and faith communities.
- Trains and educates liturgical ministers (readers, Eucharistic ministers, ministers of hospitality) to take an active role in Sunday Liturgy and at other schools' Masses.
- Trains and educates student singers and musicians through student choir and band, to make Campus Liturgies and "Praise and Worship Nights" a joyful expression of faith.
- Invites speakers to talk about contemporary issues in religion and/or in social justice.
- Offers sacramental confession, spiritual direction, and pastoral counseling.
- Provides sacramental preparation for marriage and for the other sacraments through the Rite of Christian Initiation for Adults (RCIA), including Baptism, Confirmation, and First Holy Communion.
- Offers pastoral care in cases such as times of illness (including hospital visits), during personal crises and other traumatic events, on the occasion of a divorce or death in the family, and in the case of serious illness or death of a friend.
- Offers the Invocation at all "home" athletic events and provides special retreats and prayers for the various athletic teams.
- Supports efforts to affirm and protect life from conception to natural death with our pro-life "Imago Dei" group.
- Through "Project Rachel," provides support and guidance for those who are suffering remorse after having had an abortion.
- Collaborates with Counseling Services, to provide emotional support as needed.

For further information and updates, consult our website: www.saintleo.edu/umin.

# Center for Catholic-Jewish Studies

It is the mission of the Center for Catholic-Jewish Studies to build mutual respect, understanding, and appreciation among Jews, Catholics, and all people of good will by providing opportunities for interfaith education and dialogue.

Established at Saint Leo University in 1998, the Center concentrates its efforts to promote interfaith dialogue on contemporary problems and to address historical conflicts, as well as to educate the wider communities on the philosophical and theological understandings for the two faiths and their impact on modern society. The Center is open to all members of the community.

# Intercollegiate Athletics

The Intercollegiate Athletic Program is conducted under the auspices of Saint Leo University, the Sunshine State Conference, and the National Collegiate Athletic Association (NCAA), Division II. The University offers competition for men in cross-country, track, soccer, basketball, baseball, tennis, lacrosse, swimming, and golf. The University offers competition for women in cross-country, track, soccer, indoor volleyball, beach volleyball, basketball, softball, tennis, swimming, golf, lacrosse, and acrobatics and tumbling.

In order to participate in intercollegiate athletics, students must be free from academic or disciplinary probation. Athletes must earn at least 9 credit hours per term and earn a minimum of 24 credits per year. All student-athletes must maintain a 2.0 grade point average. Students must ensure that professors are informed in advance of their scheduled absences (see Academic Procedures and Definitions ). Freshman students must qualify for athletic participation under the NCAA Initial Eligibility Standards as follows: successfully complete a high school core curriculum of at least 16 academic courses including at least three years in English, two years in mathematics, two years in social science, and two years in natural or physical science (including at least one laboratory class if offered by the high school), three years of additional core classes (english, math, or natural or physical science), four additional years of English, Math, Natural or Physical Science, Social Science, foreign language, comparative Religion or Philosophy as well as a minimum combined score on the SAT verbal/critical reasoning and math sections or a minimum sum score on the ACT as specified in Bylaw 14.3.1.1.3 of the NCAA Division II Manual (DII Sliding Scale). The required combined SAT or sum ACT score, respectively, must be achieved under national testing conditions on a national, state or district testing date [i.e., no residual (campus) testing. The minimum combined SAT score of 820 applies to tests taken prior to March 1, 2016. The minimum combined SAT score required for tests taken on or after March 1, 2016, will be evaluated based on the concordance established by the College Board. The compliance coordinator at the University will handle transfers on a case-by-case basis.

To provide each University Campus student the opportunity for physical activity, the Marion Bowman Activities Center features a gymnasium with two basketball courts and three volleyball courts, and a fitness center and pool.

In addition to the Marion Bowman Activities Center, there are outdoor tennis courts, lighted baseball and softball fields, a soccer field, a synthetic turf lacrosse field, and an out outdoor basketball court.  There is an intramural/practice field which houses the beach volleyball courts.  Three commercial 18-hole golf courses are adjacent to the University Campus.

# Recreation

The campus recreation programs enrich the educational experience and promote student/ staff/faculty wellness by providing high-quality, satisfying recreational experiences:

1. **Intramurals:** Structured tournaments and leagues are offered in a wide variety of sports. Some of the sports offered are softball, flag football, street hockey, basketball, soccer, volleyball, and tennis. Intramural sports are a great way to make new friends, develop your mind and body, and learn new skills.
2. **Fitness Center:** The Fitness Center has all the latest cardio, weightlifting equipment and tons of group classes. Group exercise classes are offered at the Fitness Center and at various areas on campus. It is open to students, faculty, and staff on a daily basis.

3. **Ropes Course:** The low and high ropes course is designed to promote effective communication, leadership and teamwork in a group setting, while encouraging individuals to challenge themselves in a safe and friendly environment. Groups of 12 or more can reserve a time for a certified instructor to take them through the low or high ropes course.

4. **Lakefront:** Saint Leo University is located directly on Lake Jovita. Canoes, kayaks, and stand-up paddle boards are available for student, faculty, and staff use. Take advantage of the picturesque view and enjoy a little peace and quiet. There are also picnic facilities and a sand volleyball court available.

5. **Pool:** The outdoor swimming pool is open year-round, weather permitting. The Marion Bowman Center Pool is perfect for doing laps, napping in the sunshine and student get-togethers.

6. **Open Recreation:** Open Recreation is the supervised, but not structured, use of Saint Leo athletic facilities.

# Alumni Association

The mission of the Saint Leo University Alumni Association is to foster a mutually beneficial relationship between Saint Leo University and its alumni by promoting active alumni participation and involvement through on-campus and regional programs; serving as an advocate for the University's mission, plans, and purpose; identifying and encouraging the enrollment of quality and diverse students; assisting in gathering philanthropic support; and recognizing University alumni and friends who are distinguished by their loyalty, professional achievement, and community service. In fulfilling this mission, the Saint Leo University Alumni Association will ensure that all of its efforts and activities are consistent with the University's values, strategic objectives, policies, and procedures.

# Academic Calendar 2019-2020

## Fall 2019 Semester

### August

| | | |
|---|---|---|
| M | 12 | Opening School Year Mass (Abbey Church:  10:00 a.m.) |
| T | 13 | International Students - Arrival |
| W | 14 | International Students - Orientation |
| TH | 15 | Holy Day of Obligation: Assumption of Mary Mass (Abbey Church:  10:00 a.m.) |
| TH | 15 | New Students - Arrival (a.m.) |
| TH | 15 | Welcome to the Pride! (3 p.m. Marion Bowman Activities Center) |
| TH - M | 15 - 19 | New Student Orientation |
| F | 16 | Convocation (2:30 p.m. Marion Bowman Activities Center) |
| SU | 18 | Residence Halls open for returning students |
| M | 19 | Academic Affairs Student Advising and Registration  (Fall 2019) |
| T | 20 | Classes Begin - Mandatory attendance* |
| M | 26 | Last Day to Add/Drop Courses |
| TH | 29 | Holy Spirit/Convocation Mass (Abbey Church 11 a.m. **(Classes will follow a modified schedule)** |

### September

| | | |
|---|---|---|
| M | 2 | Labor Day **(No Classes / University Offices Closed)** |

### October

| | | |
|---|---|---|
| M | 7 | Mid-Term Grades Due |
| F | 11 | Presidential Inauguration **(Classes will follow a modified schedule)** |
| F - SU | 11 - 13 | Fall Family Festival |
| SA | 26 | Community Service Day/Make a Difference |
| M | 28 | Registration for Spring 2020 |

### November

| | | |
|---|---|---|
| F | 1 | Holy Day of Obligation: All Saints Day Mass (Abbey Church 10 a.m.; Chapel:  11:30 a.m. and 5:00 p.m.) |
| F | 1 | Graduation applications due for participation in May 2020 Commencement |
| F - SU | 1 - 3 | Homecoming |
| M | 4 | Last Day to Withdraw from Courses without failure |
| TH | 7 | Feast of Saint Leo / Mass (Abbey Church 10 a.m.) **(Classes will follow a modified schedule)** |
| M | 11 | Veterans Day Observation **(No Classes / University Service Day)** |
| F | 22 | Last Day of Regular Class Schedule |
| M - F | 25 - 29 | Thanksgiving Break **(No Classes / University Offices Closed 11/27 - 11/29 only)** |

### December

| | | |
|---|---|---|
| M | 2 | Students Return / Study Day for Final Exams |
| T - F | 3 - 6 | Final Exam Schedule |
| TH | 5 | Last Day to Withdraw from University without failure |
| TH | 5 | Last Day to Remove Incompletes from Spring/Summer 2019 |
| SA | 7 | Residence Halls Close at (11 a.m.) |
| M | 9 | Observed:  Immaculate Conception Mass (Abbey Church 10 a.m.) |
| M | 9 | Final Grades Due |
| M - T | 23 - 31 | Christmas Break **(University Closed)** |

## Spring 2020 Semester

### January

| | | |
|---|---|---|
| W | 1 | New Year's Day **(University Closed)** |
| W | 1 | Holy Day of Obligation: Solemnity of the Blessed Virgin Mary, Mother of God |
| SA | 11 | New Students - Arrival and Orientation |
| SU | 12 | Returning Students - Arrival |
| M | 13 | Academic Affairs Student Advising and Registration |
| T | 14 | Classes Begin - Mandatory Attendance* |
| M | 20 | Martin Luther King Jr. Day **(No Classes / University Service Day)** |
| T | 21 | Last Day to Add/Drop Courses |

### February

| | | |
|---|---|---|
| M | 17 | President's Day **(No Classes / University Offices Closed)** |
| W | 26 | Ash Wednesday Mass (Abbey Church 12 p.m.; Chapel:  11:30 a.m. and 5:00 p.m.) |
| F - SA | 28 - 29 | Spring Fling |
| SA | 29 | Anniversary of the Abbey Church consecration, Mass (Abbey Church 10 a.m.) |

### March

| | | |
|---|---|---|
| M | 2 | Mid-Term Grades Due |
| W | 4 | Advance Registration for Summer and Fall 2020 |
| M - F | 9 - 13 | Spring Break |
| M | 16 | Classes Resume |
| SA | 21 | Solemnity of the Death of Saint Benedict, Mass (Abbey Church 10 a.m.) |

### April

| | | |
|---|---|---|
| TH | 2 | Celebration of Academic Excellence **(Classes will follow a modified schedule)** |
| SU | 5 | Palm Sunday - Mass (Chapel:  7:00 p.m.) |
| M | 6 | Last Day to Withdraw from Courses without failure |
| TH | 9 | Holy Thursday - Mass (7:00 p.m.) |
| F | 10 | Good Friday - Liturgy:  The Celebration of The Passions of The Lord (3:00 p.m.) **(No Classes / University Offices Closed)** |
| SA | 11 | Holy Saturday - Mass (8:30 p.m.) |
| SU | 12 | Easter Sunday |
| M | 20 | Last Day to Remove Incompletes from Fall 2019 |
| M | 20 | Last Day to Withdraw from University without failure |
| W | 22 | Last Day of Regular Class Schedule |
| TH - F | 23 - 24 | Final Exam Schedule |
| M - T | 27 - 28 | Final Exam Schedule |
| W | 29 | Residence Halls Close for Non-Graduates (11 a.m.) |
| W - TH | 29 - 30 | Senior Days |

### May

| | | |
|---|---|---|
| F | 1 | Senior Days |
| F | 1 | Final Grades Due |
| F | 1 | Baccalaureate Mass |
| F | 1 | Saint Leo Under the Stars |
| SA | 3 | Commencement |
| SU | 3 | Residence Halls Close for Graduates |
| M | 25 | Memorial Day **(University Offices Closed)** |

*Attendance at your first class meeting in each course is mandatory.
The Academic Calendar is subject to change.
 The updated version is posted on the Saint Leo University website at:
http://www.saintleo.edu/resources/academic-catalogs-schedules-calendars.aspx

# Academic Modified Class & Final Exam Schedules

## Modified Class Schedules

2019 Fall 1: Mass of the Holy Spirit - Thursday, August 29, 2019
2019 Fall 1: Presidential Inauguration Day - Friday, October 11, 2019
2019 Fall 1: Feast of Saint Leo - Thursday, November 7, 2019
2020 Spring 1: A Celebration of Academic Excellence - Thursday, April 2, 2020

## Final Exam Schedules

2019 Fall 1: Final Exam Schedule - Tuesday, December 4, 2019 - Friday, December 7, 2019
2020 Spring 1: Final Exam Schedule - Wednesday, April 17, 2020 - Tuesday, April 23, 2020

Rev. 06-06/2019  |  Reference: SCHMOD

# Mass of the Holy Spirit
## 2019FA1:  Mass of the Holy Spirit
## Modified Class Schedule
## Saint Leo Abbey Church (11 a.m.)
Thursday, August 29, 2019 | 11:00am - 12:00pm

| Original Start Time | Original End Time | New Start Time | New End Time |
|---|---|---|---|
| 8:00 AM | 9:20 AM | 8:00 AM | 8:50 AM |
| 9:30 AM | 10:50 AM | 9:00 AM | 9:50 AM |
| 11:00 AM | 12:20 PM | 10:00 AM | 10:50 AM |
| Mass of the Holy Spirit - Abbey Church | | 11:00 AM | 12:00 PM |
| 12:30 PM | 1:50 PM | 1:15 PM | 2:05 PM |
| 2:00 PM | 3:20 PM | 2:15 PM | 3:05 PM |
| 3:30 PM | 4:50 PM | 3:15 PM | 4:05 PM |
| Classes will be 50 minutes in length. | | | |

Rev. 06/06/19

# Feast of Saint Leo Mass
## 2019FA1:  Feast of Saint Leo Mass
## Modified Class Schedule
## Saint Leo Abbey Church (10 a.m.)
Thursday, November 7, 2019 | 10:00am - 12:00pm

| Original Start Time | Original End Time | New Start Time | New End Time |
|---|---|---|---|
| 8:00 AM | 9:20 AM | 8:00 AM | 8:50 AM |
| 9:30 AM | 10:50 AM | 9:00 AM | 9:50 AM |
| Feast of Saint Leo Mass - Abbey Church | | 10:00 AM | 12:00 PM |
| 11:00 AM | 12:20 PM | 12:10 PM | 1:00 PM |
| 12:30 PM | 1:50 PM | 1:10 PM | 2:00 PM |
| 2:00 PM | 3:20 PM | 2:10 PM | 3:00 PM |
| 3:30 PM | 4:50 PM | 3:10 PM | 4:00 PM |
| Classes will be **50** minutes in length. | | | |

*Rev. 06/06/19*

40

# Presidential Inauguration
# 2019FA1:  Presidential Inauguration
## Modified Class Schedule
### Friday, October 11, 2019 | 1:00pm - 5:00pm

| Original Start Time | Original End Time | New Start Time | New End Time |
|---|---|---|---|
| 8:00/8:30 AM | 8:50/9:20 AM | 8:00 AM | 8:25 AM |
| 9:30 AM | 10:20 AM | 8:35 AM | 9:00 AM |
| 10:30 AM | 11:20 AM | 9:10 AM | 9:35 AM |
| 1130: AM | 12:20 PM | 9:45 AM | 10:10 AM |
| 12:30 PM | 1:20 PM | 10:20 AM | 10:45 AM |
| 1:30 PM | 2:20 PM | 10:55 AM | 11:20 AM |
| 2:30 PM | 3:20 PM | 11:30 AM | 11:55 AM |
| 3:30 PM | 4:20 PM | 12:05 PM | 12:30 PM |
| Classes will be **25** minutes in length. | | | |

*Rev. 6/27/19*

41

# Fall Final Exam Schedule

# 2019 Fall I:  Final Exam Schedule

## University College

Tuesday, December 3, 2019 - Friday, December 6, 2019

| Normal Day & Time | Final Exam Day & Time |
|---|---|
| MWF - 08:00am/08:30am | Wednesday, December 4 - 08:00am - 10:00am |
| MWF - 09:30am | Friday, December 6 - 08:00am - 10:00am |
| MWF - 10:30am | Wednesday, December 4 - 10:10am - 12:10pm |
| MWF - 11:30am | Friday, December 6 - 10:10am - 12:10pm |
| MWF - 12:30pm | Wednesday, December 4 - 01:10pm - 03:10pm |
| MWF - 01:30pm | Friday, December 6 - 01:10pm - 03:10pm |
| MWF - 02:30pm | Wednesday, December 4 - 03:20pm - 05:20pm |
| MWF - 03:30pm | Friday, December 6 - 03:20pm - 05:20pm |

| Normal Day & Time | Final Exam Day & Time |
|---|---|
| TR - 08:00am | Tuesday, December 3 - 08:00am - 10:00am |
| TR - 09:30am | Thursday, December 5 - 08:00am - 10:00am |
| TR - 11:00am | Tuesday, December 3 - 10:10am - 12:10pm |
| TR - 12:30pm | Thursday, December 5 - 10:10am - 12:10pm |
| TR - 02:00pm | Tuesday, December 3 - 01:10pm - 03:10pm |
| TR - 03:30pm | Thursday, December 5 - 01:10pm - 03:10pm |

*Any classes meeting after 3:30pm are considered evening classes with exams held during the last regularly scheduled class time period prior to the first day of finals.*

Rev. 06/06/19

42

# A Celebration of Academic Excellence
# 2020SP1:  A Celebration of Academic Excellence
## Modified Class Schedule
Thursday, April 02, 2020 | 1:00pm - 5:00pm

| Original Start Time | Original End Time | New Start Time | New End Time |
|---|---|---|---|
| 8:00 AM | 9:20 AM | 8:00 AM | 8:30 AM |
| 9:30 AM | 10:50 AM | 8:40 AM | 9:10 AM |
| 11:00 AM | 12:20 PM | 9:20 AM | 9:50 AM |
| 12:30 PM | 1:50 PM | 10:00 AM | 10:30 AM |
| 2:00 PM | 3:20 PM | 10:40 AM | 11:10 AM |
| 3:30 PM | 4:50 PM | 11:20 AM | 11:50 AM |

Classes will be **30** minutes in length.

*Rev 06/06/19*

## Spring Final Exam Schedule

# 2020 Spring I:  Final Exam Schedule
## University College
Thursday, April 23, 2020 - Tuesday, April 28, 2020

| Normal Day & Time | Final Exam Day & Time |
|---|---|
| MWF - 8:00 am/8:30 am | Friday, April 24 - 8:00 am - 10:00 am |
| MWF  - 9:30 am | Monday, April 27 - 8:00 am - 10:00 am |
| MWF - 10:30 am | Friday, April 24 - 10:10 am - 12:10 pm |
| MWF - 11:30 am | Monday, April 27 - 10:10 am - 12:10 pm |
| MWF - 12:30 pm | Friday, April 24 - 1:10 pm - 3:10 pm |
| MWF  - 1:30 pm | Monday, April 27 - 1:10 pm - 3:10 pm |
| MWF  - 2:30 pm | Friday, April 24 - 3:20 pm - 5:20 pm |
| MWF  - 3:30 pm | Monday, April 27 - 3:20 pm - 5:20 pm |

| Normal Day & Time | Final Exam Day & Time |
|---|---|
| TR  - 8:00 am | Thursday, April 23 - 8:00 am - 10:00 am |
| TR  - 9:30 am | Tuesday, April 28 - 8:00 am - 10:00 am |
| TR - 11:00 am | Thursday, April 23 - 10:10 am - 12:10 pm |
| TR - 12:30 pm | Tuesday, April 28 - 10:10 am - 12:10 pm |
| TR  - 2:00 pm | Thursday, April 23 - 1:10 pm - 3:10 pm |
| TR  - 3:30 pm | Tuesday, April 28 - 1:10 pm - 3:10 pm |

*Any classes meeting after 3:30pm are considered evening classes with exams held during the last regularly scheduled class time period prior to the first day of finals.*

Rev. 08/13/19

44

# Chapter 2:  Campuses, Centers, and Degree Programs

## University Campus

University College offers Saint Leo University students associate's and bachelor's degree programs in a traditional campus-based environment at University Campus, Saint Leo, Florida.

This section contains information that applies only to University Campus students and supplements The University section. Online Learning students and Division Saint Leo University WorldWide students should also consult Undergraduate Policies and Procedures, University Explorations, , and Online Learning Center .

## Campus Description

The campus of Saint Leo University, known as University Campus, is approximately 35 miles north of downtown Tampa, Florida. Its rolling hills and richly wooded grounds edge on beautiful Lake Jovita. The central Florida location offers many natural advantages that attract people to live, work, and study in the Sunshine State. This pleasing pastoral atmosphere can be exchanged in an hour or so for beaches or two metropolitan areas—Tampa/St. Petersburg and Orlando.

Campus buildings unite the tradition of the past with the objectives of modern education through a combination of Spanish Florida baroque and contemporary architecture.

Saint Francis Hall houses the offices of the President, Academic Affairs, Business Affairs, Human Resources, University Advancement (Alumni Engagement and Sustained Giving, Development, University Communications), and Assessment and Institutional.

Across from Saint Francis Hall is Saint Edward Hall. The offices of Graduate Studies in Public Safety Administration, Graduate Studies in Education, the Registrar's Office, and the University's Student Financial Support Center are located on the first floor. The rest of the building houses faculty offices and classrooms.

Life on the Saint Leo University campus is sunny Florida skies, palm trees, and plenty of green space across our 215-acre campus. You'll enjoy the breathtaking views of Lake Jovita and the open green spaces throughout our campus that can be seen from many of our residence halls. Classrooms, laboratories, and other essential facilities are all within a short walking distance from the residence halls via landscaped, oak tree-lined paths.

Located on the west side of the campus is the Marmion (first-year male students) and Snyder (first-year female students) residence hall complex. Marmion/Snyder Halls house the Lion's Den. In this large lounge are recreation and cardiovascular equipment, and a large-screen television. On the east side of campus are eleven residence halls. Benoit Hall and Henderson Hall are traditional style residence halls located between Apartment 6 and the Turf Stadium/Parking Garage and house first-year students. Alumni Hall houses our Honors eligible, and 3+1 Accelerated Degree Program students who are identified at the time of admission and accepted into the Academic Excellence Housing community. Our upper-class students are located in Roderick Hall, Apartments 1 - 6, and East Campus. Roderick Hall offers suite-style living for both men and women. All rooms have a private bathroom and a private entrance. Apartments 1 - 4 are located down by the lake and have either four singles or two doubles with two bathrooms, a common living room, and either a full kitchen or kitchenette. These facilities also have a common lounge, conference room, cardio fitness room, and laundry room. Our newest residence halls Apartments 5 and 6 are located next to the Student Community Center and offer suite-style living. Each suite has four single bedrooms, two bathrooms, a common room closet, and living area which features a 46" flat screen television. Apartment 5 community space features a 2,100 gallon saltwater aquarium, relaxation room with state of the art Energy Pods, fitness room,

conference room, and game room with pool tables, air hockey, arcade racing, pinball, ski ball, foosball, and dome-hockey.  Apartment 6 hosts the Residence Life Office suite and a multi-media room.  Apartment 5 and Apartment 6 are our newest residence halls which opened in Fall 2012 and Fall 2013.  East Campus is located four miles from main campus.  Residents living in East Campus must have their own transportation to and from campus.  East Campus apartments have two bedrooms, two baths, a full kitchen, a common living room, washer and dryer, and a balcony.

Julia Deal Lewis Hall of Science is a three-story building occupied by the Department of Mathematics and Sciences, which includes biology, chemistry, physics, and research laboratories. The William G. and Marie Selby Auditorium, adjoining Lewis Hall at the ground and second-floor levels, is a teaching auditorium with tiered seating. Nearby Crawford Hall provides general classrooms.

The Daniel A. Cannon Memorial Library is named in honor of longtime trustees and donors Daniel A. and Elizabeth T. Cannon. The three-level building overlooking Lake Jovita houses the library's collections, research stations, several student computer labs, classrooms, a small makerspace, and the University's Special Collections and Archives. The Hugh Culverhouse Computer Instruction Center classrooms and the Video Teleconferencing Classroom are located on the lower level.

University Ministry, Counseling Services, and Health Services are located in deChantal Hall. There are also a number of faculty offices in this building.

The Campus Security & Safety Office is found at the main entrance of University Campus.

The Career Planning Office is located on the first floor of Kirk hall.

The Office of Residence Life is located on the first floor of Apartment Building 6.

The Office of Admissions building is adjacent to the Marmion/Snyder residence hall complex on the west end of campus and overlooks picturesque Lake Jovita. This building serves as the Visit Center where prospective students interested in attending University College may attend information sessions and participate in campus tours.

The Student Community Center is the hub and focal point for campus social activities and provides dining and recreational spaces for students, faculty, staff, and community members for meeting, eating, and socializing. On the ground floor of the Student Community Center is the dining room, with its open-air ceiling into the first floor, which houses the campus bookstore, Lions' Lair snack shop, convenience store, large lounge area, and a series of meeting rooms. The Student Activity Building houses the offices of Student Affairs, Student Involvement, Greek Life, Multicultural and International Student Services Affairs Office, and Student Government as well as other student organizations on the first floor. The second floor hosts the Center for Student Success (Leadership Development, Veteran Student Support Services, Multicultural and International Student Services Affairs Office, and the Center for Values, Leadership and Service) and the Career Planning Department. The Clock Tower houses a small multifunctional room used for small-group liturgies. Connecting these three buildings is a beautiful open-air plaza.

The Marion Bowman Activities Center is a facility for teaching and recreation as well as the location of the Department of Intercollegiate Athletics. The main gymnasium is used for intercollegiate sports, recreation, lectures, and other educational and social activities. Academic classrooms, an athletic training room, a fitness center with cardio, weight equipment, and a group fitness room are also located in the facility.  The Recreation Department operates a large heated outdoor swimming pool and sunning deck adjacent to the Activities Center.

Athletic fields provide venues for soccer, baseball, lacrosse, and softball. Numerous courts are also available for tennis, beach volleyball, outdoor basketball, and ropes course.

The lakefront at Lake Jovita provides opportunities for canoeing, kayaking, paddle boarding, and rowing which is coordinated through the Recreation Office. The pavilion, cookouts, beach volleyball court, and bonfires can be coordinated through the Student Activities Office.

# Special Academic Areas of Study

# The University Honors Program

The Saint Leo University Honors Program serves the needs and interests of highly motivated and academically talented students who attend University College, providing them with an opportunity to reach their potential as independent, self-actuated learners and community leaders. Within the Honors Program, students representing a wide variety of intellectual perspectives meet on common ground, frequently debating controversial subjects and exploring personal concerns and interests. For more than twenty-five years, our graduates have relied upon the flexible minds and adaptable skills they developed in the Honors Program to succeed at highly rewarding careers in business, law, medicine, education, professional sports, the fine arts, and the various areas of public service.

The Honors Program consists of an integrated sequence of six interdisciplinary courses, spread over the first three years of college, and an extensive senior year honors project carried out under the nurturing supervision of a distinguished faculty mentor. Because honors core courses substitute for many of the required University Exploration (general education) courses, the Honors Program may be viewed as an alternative means of satisfying the University Explorations requirements. As a complement to the honors core courses, the Department of English, Fine Arts, and Humanities provides special honors sections of the freshman composition courses ENG 121H and ENG 122H.

Honors courses feature a great-readings, great-discussions strategy for intellectual development that advocates careful attention to the text, shared inquiry through intelligent conversation, critical reflection through writing, and a heightened awareness of the learning process. Informed absorption of great ideas, rather than mere acquaintance with them, is the overall goal. The Honors Program seeks neither to provide a comprehensive treatment of world intellectual achievement nor to undertake a general survey of Western civilization; its purpose is to probe in depth the original minds of a few significant thinkers, doers, and dreamers.

Each Honors course exhibits its own theme or focus, but the entire sequence of core courses is structured and integrated so that knowledge builds over time and academic skills taught in one course are applied directly in the next. The Honors Program strives to reinforce Cardinal Newman's notion that a liberal arts education furnishes a coherent body of knowledge that serves the whole human being and nourishes a "philosophic habit of mind."

The Senior Honors Project offers each senior Honors student the opportunity to design an independent course of study mapped to his or her personal life goals and to pursue that study for a full year under the close personal supervision of a chosen faculty mentor. The results are defended before a panel of experts and then presented to the public, usually during Academic Excellence Day. Completion of the Senior Honors Project provides incontrovertible proof of the student's arrival as a truly independent and self-authoring scholar, and the project itself has frequently proved to be a springboard for success in graduate or professional school.

Through HON 101 - Honors Freshman Apprenticeship, first-year Honors students are awarded the opportunity to enter into a faculty-student apprenticeship experience that provides curious students with a behind-the-curtains view of the work and rewards of academic life. Highly motivated sophomore Honors students may participate in the Honors Peer-Mentoring Council, which assists in providing stimulating activities for the Honors Program and smoothing the transition from high school to university for first-year Honors students. Service learning is expected of every Honors student.

The full Honors curriculum consists of an integrated sequence of six courses plus two research courses:

| | |
|---|---|
| HON 150 - The Classical World View | (3) |
| HON 151 - The Christian Vision | (3) |
| HON 250 - The Humanistic Tradition | (3) |
| HON 251 - Scientific Revolutions | (3) |

HON 350 - The Human Condition Re-examined  (3)

HON 351 - The Contemporary World View        (3)

HON 498 - Honors Research Methods            (1)

HON 499 - Senior Honors Project              (3)

Honors courses may be substituted for University Explorations requirements as follows:

HON 150   Reflective & Spiritual - Philosophy

HON 151   Reflective & Spiritual - Religion

HON 250   Creative Life

HON 251   Science in a Changing World

HON 350   Human Adventure

HON 351   Human Mosaic

Moreover, with the appropriate academic Dean's approval, the Senior Honors Project may be used to satisfy upper-level major requirements.

The minimum requirements for admission to the Honors Program are a high school cumulative GPA of 3.5 and an SAT score of 1260 or the ACT equivalent of 26. If a student, international or domestic, has the equivalent GPA but does not meet the SAT or ACT requirement, he or she may petition to apply to the Honors Program by writing an essay of why they should be in the program, and submitting a letter of recommendation to the Honors Director. The letter of recommendation should confirm their aptitude for independent and collaborative work. Students who complete the first semester or freshman year at University Campus with a minimum cumulative GPA of 3.5 may seek a recommendation by a faculty member to join the Honors Program, but they must double up on Honors core courses during their sophomore year.

Students who transfer from another National Collegiate Honors Council (NCHC) recognized Honors program with a minimum cumulative GPA of 3.5 are automatically eligible for admission.

Junior transfer students holding an A.A. or A.S. degree who have a minimum cumulative GPA of 3.5 are invited to join the Honors Program for the final two years. The two-year Honors curriculum for qualified junior transfers consists of the following courses: HON 350, HON 351, HON 498, and HON 499.

To graduate from the Honors Program, a student must meet all University graduation requirements with a minimum cumulative GPA of 3.25, must also achieve a minimum cumulative GPA of 3.25 in Honors classes, and must complete the Senior Honors Project with a grade of B- or better.

Any student who receives a grade of less than a B- in any two Honors core courses (excluding English Honors courses) may no longer register for Honors courses or receive further Honors benefits.

The Saint Leo University Honors Program is affiliated with the National Collegiate Honors Council, an organization of more than 700 colleges and universities that serves as the national organization for Honors programs. In addition, Saint Leo University participates in the Southern Regional Honors Council, which is an affiliate of the National Collegiate Honors Council.

For further information and application forms, contact the Director of the Honors Program, MC 2127, P.O. Box 6665, Saint Leo University, Saint Leo, FL 33574-6665.

# 3+1 Accelerated Degree Programs

Saint Leo University is pleased to offer highly motivated and well qualified students the opportunity to accelerate their education. Students undertake an aggressive academic schedule that permits them to earn both their undergraduate and graduate degrees in an abbreviated time frame. Students' progress through the program at an accelerated pace by taking additional courses throughout the year including on-ground, online and summer course options. Students are required to maintain a minimum GPA of 2.5 in order to remain eligible for the program.

Programs offered include:

- B.A. Management + One Year International & Experiential M.B.A.
- B.A. Marketing + One Year International & Experiential M.B.A.
- B.S. Computer Science + M.S. Cybersecurity

Students who are eligible for the Saint Leo Honors Program or are already in the program qualify for admission into the 3+1 accelerated degree program. Honors Program eligibility requires a minimum 3.5 GPA and SAT score of 1260+ or ACT score of 26+ for first-year students. Students who transfer from another National Collegiate Honors Council (NCHC)-recognized Honors program with a minimum cumulative GPA of 3.5 are also eligible. Transfer students with an A.A. or A.S. and a minimum GPA of 3.5 also qualify.

Students whose credentials fall just below the minimum eligibility requirements and are interested in being considered by the Admissions Committee for admission into a 3+1 accelerated degree program should alert their Saint Leo admission counselor.

Visit www.saintleo.edu/accelprograms for more information on how to apply. Students should apply for admission to their graduate program of choice at the completion of their second year.

Students enrolled in a 3+1 Accelerated Degree Program may enroll in up to 21 credit hours during the fall and spring semesters at the same full time (12-18 hour) tuition rate, beginning in their first semester of enrollment at Saint Leo.

# International Education/Study Abroad

Saint Leo University is a global university. We believe that all students can improve their education by gaining an international perspective. The best way for students to understand cultural differences and gain a global perspective is by studying abroad. For those interested in international business or international relations, a study abroad experience is particularly important.

To assist students in finding opportunities abroad that fit their individual academic programs, the University offers students the opportunity to study in Italy, Spain, France, England, Ireland, Scotland, Germany, Brazil, Japan, Australia, India, China or a Semester at Sea.

For further information regarding study abroad opportunities, students should contact their academic advisor or the Director for Multicultural and International Student Services Office in Student Affairs.

# Internships

Internships can be an important part of the Saint Leo academic experience. Many Saint Leo majors offer students the opportunity to apply theories and principles learned in the classroom to a real-world, real-work setting. Internships provide practical learning experiences that can be a valuable asset in the workplace and can greatly enhance one's chances when seeking employment or admission to graduate programs following graduation.

Students must follow a prescribed series of steps in order to obtain an internship. These procedures may vary depending on the major but must always begin with a discussion with the student's academic advisor, who will guide the student through this process. Procedures ensure that the student is properly prepared to derive the most benefit from this experience and require a written agreement negotiated between the student, his or her internship advisor, and the work-site supervisor. This agreement must be completed before the internship can begin. It represents a plan describing the learning objectives for the internship, how those objectives can be achieved, and how the student's success in achieving those objectives is to be assessed.

Depending on the major, internships may be offered fall, spring, and/or summer semesters. Students have pursued internships in the greater Tampa area; Orlando; Miami; New York; Washington, D.C.; London; and Switzerland. Questions about internships can be directed to the student's academic advisor or the Career Planning Department.

# The University English Bridge Program Academic Requirements

The primary goal of the Bridge Program is to increase students' potential for success in the new academic culture. The credits earned through the successful completion of the courses offered in the Program will be counted towards the total graduation credits as general electives. A maximum of 30 credit hours may be earned within this program (23 credits from Bridge Program courses and 7 credits from courses offered to all degree-pursuing students). Note: each University major requires a different number of electives.

The courses offered in the Bridge Program are designed to help students master their academic communication skills, advance their learning skills, and become familiar with the academic culture in the United States. Additionally, these specialized courses serve as an orientation of University expectations, regulations, and resources. Students must pass all courses in the program with a minimum of a C- in order to matriculate into their chosen majors.

The Program offers two tracks:

(1) Fast-Track: The students whose scores indicate advanced-intermediate level of proficiency (65-78 iBT, 5.5- 6.0 IELTS, 44-52 PTE A) (65-77 - iBT, band score 6 (with one or more section scores 5.5 or lower) - IELTS, 70-84 - MTELP) will be enrolled in the fast one-semester track and will follow the second-semester Bridge Program curriculum as described in the Academic Catalog. Their schedule might be individually modified based on the test scores;

(2) Regular Track: The students whose scores show intermediate proficiency level proficiency (45-64 iBT, 5.0-5.5 IELTS, 35-43 PTE A (45-64 - iBT, band score 5.0 (with one or more section scores 5.5) - band score 5.5 - IELTS, 58-69 - MTELP) will be enrolled in the regular two-semester track and will follow the full Bridge curriculum.

Students may be exempt from the Bridge program if English proficiency scores meet or exceeds one of the following: TOEFL 79 iBT, IELTS 6.5, PTE A 53, ELS Level 112

**Required Courses for the Undergraduate Bridge Program Courses**

Students will take the following courses to complete The Bridge Program in the order listed in the student schedule below. In their second semester, students will take two university explorations courses from an approved list. Students will meet with The Bridge Program Director for the selection of these courses.

**Courses for International Students Only**

ENG 114 - Composition and Grammar for Speakers of Other Languages.

Prerequisite: Admission into the Bridge Program.

50

A course designed to remedy the special problems of non-native speakers. Emphasis is on spoken as well as written academic English (three credits).

ENG 118 - Composition for Speakers of Other Languages.

Prerequisite: Admission into the Bridge Program.

A course designed to help non-native speakers improve their critical thinking, reasoning, and academic writing skills. Increased emphasis is on English idiomatic usage and academic text structure (three credits).

ENG 115: College Reading I

Prerequisite: Admission into the Bridge Program.

This course is designed to improve the critical reading and academic vocabulary skills of non-native speakers of English. Emphasis is on using effective reading strategies to aid in the comprehension of general academic texts. (three credits)

ENG 117: College Reading II

Prerequisite: Admission into the Bridge Program.

This course aims to support the mastery of key academic reading skills and the application of effective critical reading strategies. During the course, the students will involve in active reading of college-level texts, critical examination of text organization patterns, identification of main and supporting ideas, and analysis of the connections of ideas presented in the texts (three credits).

ENG 120 - Listening, Lecture Note-Taking, and Speaking

Prerequisite: Admission into the Bridge Program.

This course is designed to improve the academic listening and speaking skills of non-native speakers of English. Emphasis is on lecture note-taking, academic communication in various settings, and presentation skills (three credits).

SLU 105 - Introduction to American Culture and University Life.

Prerequisite: Admission into the Bridge Program.

This course is intended for international students who are entering a US college. It focuses on improving international students' cross-cultural competence and granting opportunities for analyzing complex social, moral, and academic issues that students will have to face while studying in the US (three credits).

SLU: 110 Academic Learning Lab I

Prerequisite: Admission into the Bridge Program.

This course is designed to improve the academic skills of non-native speakers of English. Emphasis is on access and evaluation of informational resources, on gaining familiarity with university expectations, regulations, and resources, as well as on developing oral and written academic presentation skills (two credits).

SLU: 112 Academic Learning Lab II

Prerequisite: Admission into the Bridge Program.

This course is designed to improve the academic skills of non-native speakers of English. Emphasis is on mastery of active and critical use of informational resources in students' academic work, critical reading, logical thinking, and academic writing (two credits).

**Courses for Bridge Students and All Degree-Pursuing Students**

SLU 101: Introduction to the University Experience

This course provides a unique, collective, intellectual experience that helps to establish familiar and cooperative bonds among the student, the instructor, and the academic advisor. It provides a framework of effective academic and personal strategies to help the student succeed both in and out of the classroom. Students are engaged in reflective writing assignments, group and class discussions, individual and group presentations, and various Internet activities. The course is supplemented with convocations and guest speakers from many disciplines, including career development, majors, campus support services, personal finance, Saint Leo history, and our Benedictine-inspired values. The student also becomes an active member of a support group by examining problems and issues common to the freshman experience (one credit).

SLU 200: Learning Lab

This course is offered to emphasize positive change and enhance student academic skills, confidence, and potential for academic success (one credit).

Two selected General Education courses

\* The Bridge Program students will be closely monitored and provided with proactive support when taking their first general education courses in order to assure their academic success.

\*\* Students enrolled in the Bridge Program cannot earn credits through course challenge examination.

**Course Sequence - Regular Track (two semesters - 30 credit hours)\***

Semester 1 (15 credit hours)
ENG 114 - Composition and Grammar for Speakers of Other Languages (3 credits)
ENG 115 - College Reading I (3 credits)
ENG 120 - Listening, Lecture Note-Taking, and Speaking (3 credits)
SLU 105 - Introduction to American Culture and University Life (3 credits)
SLU 110 - Academic Learning Laboratory I (2 credits)
SLU 101 - Introduction to University Experience (1 credit)

Semester 2 (15 credit hours)
ENG 118 - Composition for Speakers of Other Languages (3 credits)
ENG 117 - College Reading II (3 credits)
SLU 112 - Academic Learning Laboratory II (2 credits)
SLU 200 - Learning Laboratory (1 credit)
Approved University Explorations course (3 credits)
Approved University Explorations course (3 credits)

**Course Sequence - Fast Track (one semester - 15 credits hours)\***

ENG 118 - Composition for Speakers of Other Languages (3 credits)
ENG117 - College Reading II (3 credits)
SLU 105 - Introduction to American Culture and University Life (3 credits)
SLU 112 - Academic Learning Laboratory II (2 credits)
SLU 101 - Learning Laboratory (1 credit)
Approved University Explorations course (3 credits)

\* Possible modifications of the course sequence can be made based on individual learning needs of the student.

*Approved University Explorations Courses
MAT 003 - Basic Algebra (remedial MAT course)
MAT 128 - Intermediate Algebra (after placement test) - 3 credits
MAT 131 - College Mathematics (after placement test) - 3 credits
MAT 141 - Business Mathematics (after placement test) - 3 credits
COM 140 - Basic Computer Skills - 3 credits
HUM 110CL - Giants of the Arts
HUM 110HM - Revolution Now! Democracy in Troubled Times
HTY/SSC110HM - Native American History and Life: More than Tee Pees and Tomahawks
PSY 110HA - Psychological Well Being: How to be Sane in an Insane World
SOC 110HA - The McDonaldization of Society

# Pre-Professional Preparation

Basic pre-professional courses leading to graduate study or to entrance into professional schools are offered in a number of fields, including law, medicine, dentistry, osteopathy, nursing, social work, and veterinary science. Pre-professional faculty advisors work closely with students to explore opportunities in professional schools and to select courses that will help students reach their goals.

Students should plan to use the liberal arts as the foundation for more specialized study at another institution and are advised to consult an advisor in their special field of interest for a suggested outline of required subjects as soon in their academic degree program as possible. Students should also consult the catalog of the institution where they intend to continue their studies. Requirements are fairly uniform within a given field but do vary somewhat among professional and graduate schools.

# Pre-Health Professional Advising

Students interested in pursuing careers in medicine, dentistry, osteopathy (including the 4+4 medical school and 3+4 dental school partnerships with Nova Southeastern University, for which there are additional application and admission requirements), nursing, and veterinary science are encouraged to obtain the bachelor's degree with a major in biology and a minor in chemistry; however, health profession graduate programs do not require the biology major. Students with an interest in optometry, pharmacy, or other pre-professional medical programs should consult with the pre-health professions advisor. All students interested in careers in the health professions should meet with the pre-health professions advisor during their first semester.

# Pre-Law Professional Advising

Law schools do not require any particular undergraduate major. Instead, law schools look for students who can write well, think clearly, and solve complex problems. A strong liberal-arts-based program of study that develops critical-thinking skills is the best preparation for law school.

At Saint Leo, our pre-law advisor works with students to select a major; choose electives that will enrich their understanding of the humanities, social sciences, and natural sciences; and prepare for law school selection.

Areas of study that develop analytical skills are particularly valuable, such as philosophy, logic, mathematics, communication, criminal justice, history, and political science. In addition, pre-law students are encouraged to enroll in POL 326 - United States Constitutional Law I, POL 327 - United States Constitutional Law II, and GBA 231 - Business Law I. All pre-law students are also encouraged to enroll in an internship experience to help them explore the many dimensions of the legal profession.

Students who are considering a career in law should meet with their academic advisor before the end of their junior year.

# Military Science

## Army Reserve Officers' Training Corps (ROTC)

Location/Phone: BEH 336 (USF), 813/974-4065
Office Hours: 8 a.m.-5 p.m., Monday through Friday
Website: http://web.usf.edu/~usfarotc
E-mail: armyrotc@arotc.usf.edu
or at Saint Leo University: 352/588-8610

The Department of Military Science for Army Reserve Officers' Training Corps (ROTC) was established to select and prepare students to serve as Commissioned Officers in the United States Army. The curriculum is designed to develop students' leadership potential and improve students' planning, organizational, and managerial skills.

Army ROTC training is divided into two phases: The first two years constitute the Basic Course, the last two the Advanced Course. The department offers both a four- and a two-year program, each leading to a commission as a Second Lieutenant in the United States Army. The four-year program requires completion of the Basic Course, a five-week field training course, and the Advanced Course. Students with prior active military service or previous training at military schools may be exempt from some or all of the Basic Course. Students with questions concerning the various options should contact the Professor of Military Science (PMS) for more information. Enrollment is open to qualified students at all levels, including graduate students. Offerings are published each semester.

Army ROTC training provides scholarships, uniforms, a monthly stipend and an allowance each semester for textbooks. Scholarships are awarded on a competitive basis in all academic majors. The scholarship pays full tuition, books, lab and other mandatory fees, and certain other academic expenses. All Advanced Course and scholarship students receive a monthly subsistence payment of $420. This is in addition to the pay of approximately $700 while attending the five-week field training course at the Cadet Summer Training (CST) - Advance Camp at Fort Knox, Kentucky.

Additional skills training at the Airborne School, Air Assault School, and the Mountain Warfare School is available to both Basic and Advanced Course students during semester breaks. Additional skills training is also available during the academic year, to include first aid, rappelling, orienteering, etc.

**Basic Course:** The Basic Course consists of four semesters of classroom instruction of one hour each week and a leadership lab. Students incur no military commitment by participating in the Basic Course. In lieu of attending the basic course classroom instruction, a student may attend the four-week CST - Basic Camp at Fort Knox, Kentucky, during the summer of the student's sophomore year.

**Advanced Course:** The Advanced Course consists of four semesters of classroom instruction of three hours each week, leadership lab, physical fitness, field training exercises, and CST - Advance Camp. This course is designed to prepare the student to be a leader within the Army, stationed at one of the many US-based or overseas installations around the world.

**Job Opportunities:** The newly commissioned officer competes for a commission in the Active Component, Reserve Component, or National Guard. Prior to commissioning, the student may request to serve in a number of career fields, including aviation, engineering, medical, infantry, law enforcement, logistics, and personnel administration.

**Requirements for an ROTC Commission:** Students who desire to earn a commission as a Second Lieutenant in the United States Army must meet the following requirements: four semesters of the ROTC Advanced Course, successful completion of the Professional Military Education Courses (written communication skills, computer literacy, and

54

military history), attendance at CST - Advance Camp, maintaining and graduating with a minimum of a 2.0 GPA, successful completion of the Army Physical Fitness Test (APFT), remaining in compliance with the Army height and weight standards, and other requirements of the United States Army.

## Air Force ROTC

The Air Force Reserve Officers Training Corps (AFROTC) curriculum includes instruction by active-duty Air Force officers over a three- to four-year period. A cadet who successfully completes the AFROTC program will receive an Air Force commission as a Second Lieutenant and, based on the needs of the Air Force, will be offered a position in the active duty Air Force at a starting salary of approximately $45,000 per year.

AFROTC is routinely offered as a three- or four-year program. The three- and four-year programs normally require a student to successfully complete all degree requirements for award of a bachelor's degree, 14 or 16 course hours of AFROTC classes respectively, and a four-week field-training encampment between his or her sophomore and junior years.

AFROTC students take a 1.8-hour non-credit leadership laboratory in addition to the academic classes. Students wear the Air Force uniform during these periods and are taught the customs and courtesies of the Air Force. Leadership Laboratory is open to students who are members of AFROTC or are eligible to pursue a commission as determined by the professor of aerospace studies. There is also a mandatory weekly physical training program with specific weight and physical standards that must be upheld throughout the entire program.

AFROTC 4-, 3-, and 2-year scholarships may be available for eligible highly qualified applicants. Depending on student qualifications, these scholarships may pay for all tuition, fees, and books, and provide a $250-$500 per month tax-free stipend. Those interested in more information about scholarship criteria should contact the AFROTC Department.

Students interested in enrolling in the programs can begin registration procedures through the AFROTC office at the University of South Florida, Tampa campus, in CWY 407 one semester prior to registering for the appropriate "AFR" course through Saint Leo University's registration process. Veterans and active-duty personnel are encouraged to inquire about special accelerated programs that may be available based upon the needs of the Air Force. The AFROTC phone number is (813) 974-3367.

# Other Academic Issues

## Course Load and Overload

The typical full-time course load is 5 courses or 15 credits, but full-time University College students may enroll in 12 to 18 credits during the fall and spring semesters.

Students who wish to enroll in 19 or more credits during any term must be in their junior year, have completed a minimum of 15 credits at Saint Leo, have a minimum 2.50 grade point average, and have the written approval of their academic advisor and academic Dean. A tuition fee is charged at the rate of $310 per credit for 18 or more credits taken during any semester.

Students enrolled in a 3+1 Accelerated Degree Program may enroll in up to 21 credit hours during the fall and spring semesters at the same full time tuition rate, beginning in their first semester of enrollment at Saint Leo. Students must maintain a minimum GPA of 3.5 in order to remain in the accelerated degree program.

# Online Learning (OL) Internet-Based Courses

Saint Leo offers Internet-based courses through the Online Learning (OL) Center. Online courses must be taken in conjunction with on-ground courses. These courses are designed primarily to meet the needs of adult learners. A Saint Leo University WorldWide student is permitted to take up to two OL courses in a given term. A Saint Leo University World-Wide student may take three OL courses in a given term only by exception, with the permission of the Center Director, and if the student's GPA is 3.0 or higher.

The education of full-time, University College undergraduate students is best accomplished through classroom experiences. At the same time, it is recognized that some University College students have specific needs that can be best met by enrolling in a OL course. University College undergraduate students who have not yet completed 30 credits are not allowed to enroll in OL courses. University College undergraduate students who have completed 30-59 credits and wish to enroll in a OL course must have the written approval of their School Dean. University College undergraduate students may not enroll in more than one OL course per 15-week semester and no more than two OL courses per 8-week summer term. To enroll in a OL course, students should first meet with their academic advisor.

Students enrolled in a 3+1 Accelerated Degree Program must enroll in a minimum of 12 on ground (University College) credits per semester. They are eligible to take up to 9 additional credit hours per semester via on ground, online, East Pasco Education Center (formerly Adult Education), or some combination of these.

Students are eligible to begin supplemental non-traditional courses beginning in the first semester, although the preference is that they wait until the second semester of enrollment before doing so.

Students who elect to accelerate their curriculum with summer courses will charged the regular summer program rate and are not eligible to do so until the first summer session following their initial enrollment at Saint Leo.

# Final Examinations

For courses offered in the University College program, final examinations are scheduled at the end of each semester. Students will not be required to complete four or more final exams on the same day. Students with more than three exams scheduled for a single day will be allowed to reschedule at least one exam. University College students should not plan to leave campus until after the scheduled last day of classes for the fall and spring semesters. The Academic Calendar is located on the Saint Leo website at www.saintleo.edu/resources/academic-catalogs-schedules-calendars.aspx

# Graduation Awards

The following awards are given to distinguished members of the graduating class from University College:

- The **Clara McDonald Olson Scholastic Excellence Award** to the graduating student earning the highest scholastic average. Students receiving this award must have received all of their University credits from Saint Leo University.
- The **John I. Leonard General Excellence Award** to the member of the graduating class who best embodies the qualities of character, scholarship, service, leadership, and general excellence for which Saint Leo University stands.
- The **Abbot Marion Bowman Activities Award** to the member of the graduating class whose participation and leadership in extracurricular activities has been of the highest order.
- The **Thomas B. Southard Leadership Award Sabre** is awarded to the Army ROTC graduate who best demonstrates leadership achievement in both CST - Advance Camp at Fort Knox, KY and Saint Leo University ROTC classes and labs. The military sabre is donated by the Alumni Office.

# Student Affairs

The office of the Associate Vice President for Student Affairs is located in the Student Activities Building. Students with personal and campus concerns and questions should contact this office for assistance and information. The Associate Vice President for Student Affairs and Student Affairs staff practice a student-centered education and student-first philosophy of service. The Student Code of Conduct, which is in place for the safety and well-being of our University campus community, is enforced by the Associate Vice President for Student Affairs. The Student Affairs staff is further involved in student life by sponsoring numerous programs and activities, planning and coordinating new student orientation, and providing leadership training and opportunities for student involvement in campus governance.

# Accessibility Services

Saint Leo University is committed to a policy that provides an equal opportunity for full participation of all qualified individuals with disabilities in accordance with the ADA-AA. The University prohibits discrimination on the basis of disability in admission or access to its educational programs and associated activities. Appropriate academic accommodations and services are coordinated through the Office of Accessibility Services, which is located in the Kirk Hall. In accordance with federal regulations, the Office of Accessibility Services is the only authority in the University that may determine and approve accommodations under ADA-AA. Students with disabilities who require accommodations should contact the office as soon as possible. Students seeking accommodations are responsible for providing the Office of Accessibility Services with recent documentation of their disabilities at the time they are requesting services. Students may access the Policy and Procedure Manual through the Saint Leo website or visit the Office of Accessibility Services for a copy of the manual.  The Office of Accessibility Services can be reached by phone:  352-588-8464 or email:  adaoffice@saintleo.edu

# Center for Academic Vision & Excellence

**Tutoring Services**

The Center for Academic Vision & Excellence (the CAVE), located on the first floor of Kirk Hall, is staffed by both professional and student tutors and provides academic support for any student who matriculates at Saint Leo University. The Center provides tutoring in most subject areas, and students are encouraged to make arrangements for tutoring early in the semester. The CAVE uses Tutortrac, an online tutor scheduling system, which allows students to make tutoring appointments from any computer with Internet access. Students may access Tutortrac using a link on the Learning Resource Center web page. Tutoring is voluntary, and the student may request ongoing appointments for the entire semester, request short-term or weekly appointments, or may visit the Center as a drop-in. Tutors are available first to those students who have made appointments, and drop-ins will be seen on a first-come-first-served basis.

The Center also supports student writing whether in the freshman writing classes or in any other course. Tutoring is designed to help students improve the quality of their writing regardless of class standing and rank. Students are encouraged to visit the Learning Resource Center at all stages of the writing process: prewriting, writing, rewriting, and editing.

In addition to writing support, the CAVE also provides tutoring in mathematics, accounting, economics, the sciences, business and hospitality, psychology, philosophy and most other SLE campus courses.

**Collaborative Learning Programs - Supplemental Instruction (SI) and Peer Learning/Team Learning (PLTL)**

Supplemental Instruction offers additional opportunities for students to ask questions and clarify concepts in workshops conducted by student SI coaches.  In collaboration with professors, the SI coach attends all classes, takes notes, and schedules one or two workshops per week.  In these workshops the SI coach will respond to student questions, provide suggestions for improving study skills specifically relevant to the course, provide practice test opportunities, and encourage group discussion and interaction on the class materials and concepts.  PLTL workshops are also offered on a weekly basis and are conducted by students specially trained and working under the direction of the faculty of the course.  The workshops are problem-based and students, with the help of the coach, actively solve problems

constructed by the instructor that deepen the students' understanding of the concepts. In both cases, students who participate in the weekly workshops have higher grades in their courses than students who do not participate.

**Computer Lab**

The Center for Academic Vision & Excellence has a computer laboratory with sixteen PCs for student use. All computers have Internet capability, and printers are available for use with student laptops. The Center has a variety of software and video programs that students may use to increase skills in writing, grammar, and mathematics. The Center also has a multimedia projection area, where workshops on study skills, reading, and organizational skills can be scheduled. The Center is open Monday through Thursday from 7:30 a.m. to 10:00 p.m. On Friday the Center is open from 7:30 a.m. to 5:00 p.m., and on Sunday the Center is open from 1:00 p.m. to 10:00 p.m.

**Individual Study**

The CAVE also provides an area for individual study and a lounge area for relaxation. We provide coffee, tea, popcorn, and other munchies for students in need between classes.

# Career Planning

The Office of Career Planning Department assists students with all phases of career development from career guidance and job search training to resume advice, interview skills, and professional networking. Our department provides career counseling and job search resources to assist students and alumni with making informed career development decisions both face-to-face and aided by technology. One of our strongest technology platforms is LionsLINK. LionsLINK is the new career management interface provided by the University for all students, recent graduates, and alumni. Not only does LionsLINK bring employers with internships and employment opportunities within reach, but the program also supports our emerging Professional Mentor Network. This initiative is being supported by Career Planning and our Alumni Relations Department and it seeks to connect alumni to alumni and, importantly, alumni and other professionals to our current students. Please contact the Career Planning Office for more information about the Professional Mentor Network.

In addition to direct services we provide to students and alumni, the Career Planning staff maintains active participation in various regional and national professional associations. This activity enables us to better support the work of our faculty and academic advisors with labor market research insights, innovative educational programming, and best practices in transitioning successfully into the world of work.

For further information, please access the Career Planning Department website, http://www.saintleo.edu or call 352-588-8247.

Saint Leo University sponsors on-campus career fairs, held throughout the academic year. These networking events are open to all students and alumni. Enrollment in the institution or completion of a program does not guarantee employment.

# Counseling Services

Counseling Services is located in deChantal Hall, Ext. TALK (8255). The Center is open Monday through Friday, 8:00 a.m. to 5:00 p.m., with evening hours available on an individual, as-needed basis.

Counseling Services offers confidential, short-term professional counseling to individuals as well as groups and couples. Counseling staff work closely with faculty and staff members in a consulting capacity to address mental health and developmental issues as they occur among members of the student body.

Self-help resources are available to all University students on the Counseling Services website. Whereas the campus community affords a wide variety of resources to help students adjust to university life, the Counseling Center's

primary purpose is to provide psychological and developmental support as students pursue academic and personal goals, and to enhance the quality of their experience at Saint Leo University.

# Disability Services

(See "Accessibility Services ".)

# Health and Wellness Center

The Health and Wellness Center is located in deChantal Hall, room 125. The phone number is 352/588-8347. Health and Wellness Center services for routine medical matters and referrals are available to all students Monday through Friday from 9 a.m. to 5 p.m. Students with unusual health records or special needs are urged to maintain the services of their own physicians. In the event the Health and Wellness Center is closed, please go to the nearest Urgent Care and then follow up with us during working hours. For emergencies, contact Security at 8333.

**Health Insurance.** Saint Leo University mandates that all traditional, full-time, undergraduate students attending University Campus carry health insurance. To that end, all full-time, traditional students at University Campus are automatically enrolled in the student health insurance policy for a fee. The health insurance and fee can be waived if the student completes the online waiver process prior to the appropriate waiver deadline. Students wishing to waive must provide documentation of comparable insurance coverage through a United States-based insurance carrier. Travel medical policies will not be sufficient to waive coverage. Waivers take effect only when information is verified and student coverage is found to be comparable to University coverage. Regardless of coverage, students are encouraged to review the policy documents related to their health insurance coverage. The University is not responsible for any medical bills incurred by the student. Students using both the University insurance and private insurance should consult both companies prior to submitting a claim to ease processing.  Additional information including waiver deadlines and premium information may be found at www.saintleo.edu/insurance.

**Absences.** When a student is treated in the Health and Wellness Center or referred to outside specialists, he or she is offered a Verification of Health and Wellness Center Visit slip. This is not intended as an excuse for missing class. Responsibility for class attendance and completion of assignments rests with the student. Students are encouraged to communicate directly with their instructors in matters of absences from class. Verification of Health and Wellness Center Visit slips will not be issued at any time other than during the Health and Wellness Center visit. The Health and Wellness Center may recommend nonparticipation in certain activities for health reasons without the release of privileged information. Extended absences due to health or emergency situations should be brought to the attention of the Associate Vice President for Student Affairs, ext. 8992.

**Health Screening and Immunization Requirement.** Saint Leo University is vitally concerned with the promotion of good health for our students. To this end, the University requires all students to complete a Health History Report and a Student Immunization Form. The Health History Report and the Student Immunization Form are available online, at Trane Stop, and at the Health and Wellness Center. Both forms must be complete with appropriate signatures. Parents/guardians must sign on behalf of minor children.

Saint Leo University requires students attending the University to provide documentation that they have received the following vaccinations:

1. Measles and rubella immunizations required for **everyone** born after December 31, 1956. Any combination of two doses of measles vaccine and one dose of rubella vaccine within the following parameters will satisfy this requirement.
    1. MMR. This combination vaccine is often given as a protection against measles, mumps, and rubella. Two doses are required for entry into Saint Leo University. One must have been received at 12 months of age or later and in 1971 or later. The second dose must have been received at least 28 days after the first dose.

OR

2. Measles (rubeola). Two doses are required for entry into Saint Leo University. One must have been received at 12 months of age or later and in 1968 or later. The second dose must have been received at least 28 days after the first dose.
   1. Immunity may also be verified by a copy of laboratory (serologic) test known as a titer (IgGrubeola titer). The date of the laboratory test should be noted in the box marked titer, and a copy of the lab report must be attached.
   2. Immunity may also be verified by a written, dated statement signed by a physician on his or her stationery that specifies the date seen and stating that the person has had an illness characterized by a generalized rash lasting three (3) or more days, a fever of 101° Fahrenheit or greater, a cough, and conjunctivitis, and in the physician's opinion is diagnosed to have had the 10-day measles (rubeola).

AND

3. Rubella (German measles).
   1. One dose of rubella vaccine is required, given at age 12 months or later and in 1969 or later.
   2. Immunity may also be verified by a copy of laboratory (serologic) test known as a titer (IgG rubella titer). The date of the laboratory test should be noted in the box marked titer, and a copy of the lab report must be attached.
2. Diphtheria, tetanus, and pertussis booster.
3. International Students Only: tuberculosis skin test (PPD).
   1. Documentation of a PPD skin test for tuberculosis administered within six months prior to starting at Saint Leo University. If the PPD is positive, documentation of a negative chest X-ray (CXR) as part of the initial evaluation of the PPD. No further chest X-rays are required unless symptoms develop that could be attributed to TB.

4. Hepatitis B and Meningitis Vaccination Requirements for Student Housing. Students must provide documentation in accordance with Florida Statute 1006.69 in regards to hepatitis B and meningitis vaccinations.

# Orientation

All first-year and transfer students in the University College are required to attend orientation programs. These programs are designed to acquaint students with University Campus, academic programs, Student Affairs offices and services, University policies, and the faculty, staff, administration, and other members of the student body. Participation in the orientation program sets students on a path toward academic and personal success at Saint Leo University.

# Residence Life

The purpose of the Residence Life program is to work collaboratively with students, staff, and faculty in the creation of a caring living-learning environment. At Saint Leo University, resident students have the unique opportunity for personal growth within a supportive and safe environment. Residence hall living offers new personal freedoms and therefore new and challenging responsibilities. Through the creation of residence hall communities, University Campus students are encouraged to appreciate and respect the rights and privileges of others while simultaneously living within the established policies of the University. In addition to this greater sense of community and personal responsibility, the University encourages the individual choice of personal lifestyle and behavior, with the realization that all students will be treated as mature adults and held accountable for their respective actions.

Saint Leo University considers the residential experience to be an integral aspect of the University College student's holistic education and personal development. Given this philosophy, all full-time University College students (12 or

more credit hours) are required to live on University Campus. Exceptions are allowed for those students living at and commuting from family-owned property, married students, veterans, nontraditional students, or senior students who have earned over 90 credit hours. Saint Leo's residence halls are designed for traditional-age students no older than 28 years of age. All requests for housing made by a student 28 years of age at the time of the request are reviewed by the Associate Vice President for Student Affairs or designee. The residence halls are staffed by live-in professional staff members who are specifically trained and dedicated to the service of students and the promotion of their growth as individuals. Assisting the professional staff are undergraduate Resident Assistants (RAs) and Resident Assistant Directors (RADs), who also provide a valuable resource to the University Campus community. Together, the Residence Life staff provides a wide variety of events, programs, and activities designed to suit the diverse needs and interests of our residents. The staff is accessible and available to assist and challenge residents as they work to create a strong community of contributors and leaders in each residence hall. A Residence Life professional staff person is on duty at the University Campus 24 hours a day while the University is in session.

More-detailed information concerning Residence Life and its services, policies, and programming can be found in the Code of Conduct, which is available electronically to students each academic year on the Saint Leo University web page (www.saintleo.edu/codeofconduct). Please note, that Saint Leo University has no responsibility to find or assist a student in finding housing.

# Student Activities

The Office of Student Activities strives to create meaningful learning opportunities that teach and challenge students to be life-long learners; value excellence within themselves and others; seek out their personal best; live life with a sense of integrity; respect and celebrate the uniqueness and commonalities of all individuals; and foster community and stewardship. The Office of Student Activities oversees the areas of Student Government Union (SGU), Campus Activities Board (CAB), Clubs and Organizations, Greek Life, and Community Engagement. Co-curricular activities sponsored by the Office of Student Activities are open to all University College students paying the activities fee at the main campus. For more information please visit our website at http://saintleostudentactivities.com/

# Meal Plans

The University provides food service on University Campus during the fall and spring semesters, and resident students enrolled in University College are required to be on a meal plan as determined by their housing assignment. Students living in Apartments 1 - 4 may choose either a five-meal-per-week plan or a ten-meal-per-week plan. East Campus residents may choose either of the meal plan options or choose not to purchase a meal plan. All other students are required to have an unlimited meal plan.

# University Ministry

The following programs and activities are provided to University College students:

The Ministry Mentor Program selects students with a proven track record of responsible involvement in the Christian community and who desire to make a difference in the religious and human dimension of community life here at Saint Leo. The program offers them leadership training and ongoing mentoring in the areas of faith formation, spirituality, listening skills, community building, and peer ministry.

Along with their ministry to commuters, athletes, and others Ministry Mentors expend their energies in the residence halls where they live. One of their key responsibilities is offering mediation and conflict resolution between their residents as well as spiritual and human support in other life concerns. To support their involvement on the University Ministry Team, each Ministry Mentor receives a stipend.

The Rite of Christian Initiation for Adults (RCIA) is a process of learning more about the Catholic faith and practice. The group meets weekly when school is in session throughout most of the school year. Some come with the intent to be baptized and become a Catholic. Others come to complete their adult faith formation, culminating in their First Holy Communion and/or Confirmation. Since reception of the Sacrament of Confirmation is usually a prerequisite for the Sacrament of Marriage in the Catholic Church, some participate in RCIA as part of the preparation for their marriage. The Ritual itself, on the first Sunday after Easter, remains a great event in the school year as fellow students, faculty, and friends come out to support and celebrate the faith journey and adult faith commitment of their friends. Past participants have often found that their college years provide the right time to join the RCIA program, re-examine at their Catholic faith, and make an adult faith commitment.

Our student choir and band, gives students the opportunity to share and develop their choral and instrumental skills at Sunday Eucharist, "Praise and Worship" evenings, and other University events. Imago Dei, our pro-life group, affirms and supports efforts to promote and protect life from birth to natural death. Students, faculty, and staff from all faiths gather for prayer and to plan educational events to celebrate the Catholic Church's affirmation of life and its prohibition of abortion and capital punishment.

The Chapel, located in the new Student Center, provides a quiet place for prayer and personal reflection. Weekday Masses and the night prayer are celebrated here, while the Sunday Student Liturgy continues to be offered in the Benedictine Abbey Church.

# Division of Saint Leo University WorldWide

Degree programs are offered to adult students through the Division of Saint Leo University WorldWide at the following Regional Education Centers. The section after this one lists minors, majors, and specializations offered by the University. The final section lists the Regional Education Centers and outlines the academic programs offered at each one.

* Affiliated Teaching Locations

**California**
Naval Base San Diego Education Center

**Florida**
East Pasco Centers
- University Campus Education Center
- Brooksville PHSC Education Office
  * Hernando County School District
  * Pasco County Sheriff's Office
- New Port Richey PHSC Education Office
- Spring Hill PHSC Education Office

Gainesville Education Center

Key West Education Center

Lake City Education Center
* Columbia County School District
* Suwannee County School District
* Union County School District

Lakeland Education Center

Jacksonville Education Center
* Clay County School District
* Putnam County School District
- Mayport Education Office

Madison Education Center

Ocala Education Center
* Citrus County School District
* Levy County School District

Tallahassee Education Center

Tampa Education Center
* Tech Data Corporation
• MacDill Education Office

Additional Florida Affiliated Teaching Locations:
* Diocese of Orlando (San Pedro Center)
* Saint Petersburg Catholic High School
* Tampa Catholic High School

**Georgia**

Atlanta Education Center

Gwinnett Education Center

Savannah Education Center

**Mississippi**
Columbus Education Office

**South Carolina**

Charleston Education Center
* North Charleston Police Department

Shaw AFB Education Center
• Sumter Education Center

**Texas**
NAS Corpus Christi Education Center

**Virginia**

Fort Lee Education Center

South Hampton Roads Area

JEB Little Creek-Fort Story Education Center

Chesapeake Education Center

NAS Oceana Education Office

NS Norfolk Education Office
* Norfolk Sheriff's Office

Virginia Peninsula Area
• Fort Eustis Education Office
• Langley Education Office
• Newport News Education Center

These Education Centers offer the associate's and bachelor's degree through both live instruction and Internet-based learning opportunities at times and locations convenient to adults. In addition to classes at each site, many Centers also offer instruction in affiliated teaching locations. See Directory for Correspondence for a directory of address, telephone, and e-mail information.

# Majors/Minors/Specializations

# Saint Leo University

## College of Arts and Sciences

**Associate of Arts**

- Liberal Arts, A.A.

## Engineering

## Interdisciplinary Studies

**Bachelor of Arts**

- Global Studies, B.A.
- Liberal Studies, B.A.
- Medical Humanities, B.A.

**Minor**

- Environmental Studies Minor
- Global Studies Minor
- Interdisciplinary Inquiry in the Arts Minor

## Language Studies and the Arts

**Bachelor of Arts**

- English with Education Minor, B.A.
- English, B.A.
- Theatre, B.A.

**Minor**

- Art Minor
- Creative Writing Minor
- English Minor
- Journalism Minor
- Literature Minor
- Music Ministry Minor
- Music Minor
- Spanish Minor
- Theatre Minor

# Mathematics and Sciences

**Bachelor of Arts**

- Mathematics with Data Science Specialization, B.A.
- Mathematics with Education Minor, B.A.
- Mathematics, B.A.

**Bachelor of Science**

- Biology with Minor in Education, B.S.
- Biology, B.S.
- Data Science, B.S.

**Minor**

- Biology Minor
- Chemistry Minor
- Mathematics Minor

# Philosophy and Religion

**Bachelor of Arts**

- Religion, B.A.

**Minor**

- Ethics and Social Responsibility Minor
- Philosophy Minor
- Religion Minor

# Social Sciences

**Bachelor of Arts**

- History with Education Minor, B.A.
- History, B.A.
- Political Science, B.A.
- Psychology, B.A
- Sociology, B.A.

**Minor**

- American Politics Minor
- Anthropology Minor
- History Minor
- International Studies Minor
- Legal Studies Minor
- Psychology Minor
- Sociology Minor
- World Politics Minor

# Tapia College of Business

## Accounting, Economics and Finance

### Bachelor of Arts

- Accounting, B.A.
- Economics, B.A. (Offered only at University Campus)

### Minor

- Accounting Minor
- Economics Minor (Offered only at University Campus)
- International Financial Studies Minor (Offered only at University Campus)

## Communication and Marketing

### Bachelor of Arts

- Communication Management, B.A. (Offered only at University Campus)
- Marketing, B.A. (Offered only at University Campus)
- Multimedia Management, B.A. (Offered only at University Campus)

### Minor

- Communication Management Minor (Offered only at University Campus)
- Marketing Minor
- Multimedia Management Minor (Offered only at University Campus)

## Computer Science and Information Systems

### Associate of Arts

- Cybersecurity, A.A.
- Information Technology, A.A.

### Bachelor of Science

- Computer Information Systems, B.S.
- Computer Science, B.S.
- Cybersecurity, B.S.
- Software Engineering, B.S.

### Minor

- Computer Programming Minor
- Information Security Minor
- Information Systems Minor

66

# Health Care Management

**Bachelor of Science**

- Health Care Administration, B.S.

**Minor**

- Health Care Minor

# Management and Business Administration

**Associate of Arts**

- • Business Administration, A.A.

**Bachelor of Arts**

- • Business Administration, B.A. (Offered only through WorldWide)
- • Human Resource Management, B.A. (Offered only through WorldWide)
- • Management, B.A. (Offered only at University Campus)

**Minor**

- • Human Resource Management Minor (Offered only through WorldWide)
- • International Business Minor
- • Management Minor

# Sport Business, International Hospitality Management

**Bachelor of Arts**

- • International Hospitality, Events, and Hotel Management, B.A.
- • Sport Business, B.A.

**Minor**

- • Hospitality Management Minor (Offered only at University Campus)
- • Marketing and Sales in Sport Minor (offered only at University Campus)
- • Risk Management in Sport Minor (Offered only at University Campus)
- • Sport Hospitality Minor (Offered only at University Campus)

# College of Education and Social Services

## Criminal Justice

**Associate of Arts**

- Criminal Justice, A.A.

**Bachelor of Arts**

- Criminal Justice, B.A.
- Emergency Management & Planning Preparedness, B.A.

**Minor**

- Criminal Justice Minor

**Command Office Management School**

- Command Office Management School (COMS)

## Education

**Bachelor of Arts**

- Educational Studies, B.A.
- Elementary Education, B.A.
- Middle Grades Education, B.A.
- Secondary Education, B.A.

**Endorsement**

- Florida Coaching Endorsement

**Minor**

- Education Minor

**Other Programs**

- Education - Bachelor's to Master's Five Year

## Human Services

**Bachelor of Arts**

- Human Services, B.A.

## Social Work

**Bachelor of Social Work**

- Social Work, B.S.W.

# Saint Leo University > Programs

**Requirements**

- • University Explorations

**Graduate Degree Programs**

*Master of Accounting*

*Master of Business Administration*

Accounting Specialization

Health Care Management Specialization

Human Resource Management Specialization

Information Security Management Specialization

Marketing Specialization

Sport Business Specialization

*Master of Science in Criminal Justice*

Critical Incident Specialization
Forensic Science Specialization
Behavioral Studies Specialization
Corrections Specialization
Legal Specialization
Criminal Investigations Specialization

*Master of Science in Emergency and Disaster Management*

Fire Science Administration Specialization

*Master of Education*

Educational Leadership Specialization
Exceptional Student Education Specialization
Instructional Leadership Specialization
Reading Specialization

*Master of Science in Instructional Design*

*Education Specialist (Ed.S.)*

Educational Leadership
Higher Education Leadership

*Master of Social Work*

Advanced Clinical Practice Specialization

*Master of Arts in Theology*

Undergraduate Certificate in Theology

For more information on the University's graduate programs, see the Graduate Academic Catalog.

# Online Learning Degree Programs

The Online Learning Center provides adults an opportunity to earn associate's and bachelor's degrees completely online. The section after this one lists minors, majors, and specializations offered by the University. The final section outlines the academic programs offered by the University, including those offered for Online Learning. For a list of Online Learning Degree Programs, please see Online Learning Center.

# Saint Leo University WorldWide Centers and Their Degree Programs

For a list of Education Centers and their degree programs, please see the Saint Leo University WorldWide.

# Chapter 3:  Saint Leo University WorldWide

Saint Leo University's WorldWide provides undergraduate and graduate degree programs for adult students. The University emphasizes providing accessible academic and administrative support services for students pursuing degrees in the Division of Saint Leo University WorldWide. Degree programs are provided at Education Centers located in the states of California, Florida, Georgia, Mississippi, South Carolina, Texas, and Virginia.

Students enrolled in degree programs within the Division of Saint Leo University WorldWide find the course schedules are developed to serve the needs of adult learners. They are able to enroll at Education Centers close to their place of residence or place of employment, or take courses over the Internet, allowing them to work toward their degrees in a timely and convenient manner.

Saint Leo University is committed to the delivery of high-quality academic degree programs and to personal attention to meet the needs of all students. Support services and degree program characteristics at the Education Centers include the following:

1. Professionally staffed Education Centers;
2. Clear, concise degree evaluations;
3. Emphasis on complete degree programs;
4. Individualized, goal-directed educational counseling; and
5. Flexible and reliable scheduling of classes.

# California

# Naval Base San Diego Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    o   Logistics
    o   Management
    o   Marketing
    o   Technology Management
- Criminal Justice, B.A.
  with specializations in:
    o   Criminalistics
    o   Homeland Security

**Bachelor of Science Degree**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.

# Florida

# East Pasco Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.
- Information Technology, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - Management
  - Marketing
  - Technology Management
- Criminal Justice, B.A.
  with specializations in:
  - Criminalistics
  - Homeland Security
- Elementary Education, B.A.
- Educational Studies, B.A.
  - Education and Children
  - Education and Adolescents
- Human Resource Management, B.A. (Offered only through WorldWide)
- Middle Grades Education, B.A.
  - English
  - Social Sciences
- Psychology, B.A
  with specializations in:
  - General
  - Clinical/Counseling
  - Developmental
  - Experimental
- Religion, B.A.

**Bachelor of Science**

- Computer Information Systems, B.S.
- Cybersecurity, B.S.
- Health Care Administration, B.S.

**Bachelor of Social Work**

Social Work, B.S.W.

**Master of Science**

- Criminal Justice, M.S.
  with specializations in:
  - Behavioral Studies
  - Corrections
  - Criminal Investigations
  - Critical Incident Management
  - Forensic Science
  - Legal Studies

The East Pasco Education Center offers associate, bachelor, and master degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the East Pasco Education Center (EastPasco@Saintleo.edu) for additional details.

Affiliated Teaching Locations:

- \* Pasco County Sheriff's Office
- \* Hernando County School District

# Brooksville PHSC Education Office

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide) with specializations in:
  - Management
- Criminal Justice, B.A.
- Human Services, B.A.

The Brooksville (PHSC) Education Office offers bachelor degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the Brooksville (PHSC) Education Office (PHSC@saintleo.edu) for additional details.

Affiliated Teaching Locations:

- \* Pasco County Sheriff's Office
- \* Hernando County School District

# New Port Richey PHSC Education Office

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide) with specializations in:
  - Management
  - Marketing
  - Technology Management
- Criminal Justice, B.A.
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.
- Middle Grades Education, B.A.
- Psychology, B.A with specializations in:
  - General

- o   Clinical/Counseling
- o   Developmental
- o   Experimental

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.

**Bachelor in Social Work**

- Social Work, B.S.W.

The New Port Richey (PHSC) Education Office offers bachelor degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the New Port Richey (PHSC) Education Office (PHSC@saintleo.edu) for additional details.

# Spring Hill PHSC Education Office

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide) with specializations in:
  - o   Management
  - o   Marketing
- Criminal Justice, B.A.
- Elementary Education, B.A.
- Middle Grades Education, B.A. with specializations in:
  - o   English
  - o   Social Studies
- Psychology, B.A with specializations in:
  - o   General
  - o   Clinical/Counseling
  - o   Developmental
  - o   Experimental

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.

**Bachelor of Social Work**

- Social Work, B.S.W.

The Spring Hill (PHSC) Education Office offers bachelor degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the Spring Hill (PHSC) Education Office (PHSC@saintleo.edu) for additional details.

# Gainesville Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    o Logistics
    o Management
    o Marketing
    o Project Management
    o Technology Management
- Criminal Justice, B.A.
  with specializations in:
    o Criminalistics
    o Homeland Security
- Educational Studies, B.A.
- Elementary Education, B.A.
- Human Resource Management, B.A.(Offered only through WorldWide)
- Human Services, B.A.
-
- Middle Grades Education, B.A.
    o English
    o Social Science
- Psychology, B.A
  with specializations in:
    o General
    o Clinical/Counseling
    o Developmental
    o Experimental

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.


**Bachelor of Social Work, B.S.W.**


**Master of Business Administration with online specializations in:**

- Accounting
- Cybersecurity Management
- Data Analytics
- Health Care Management
- Human Resource Management
- Marketing
- Project Management

- Social Media Marketing
- Sport Business
- Supply Chain Global Integration Management

**Master of Education Educational Leadership**

# Key West Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide) .
  with specializations in:
    - Management
    - Marketing
    - Technology Management
- Criminal Justice, B.A.
  with specializations in:
    - Criminalistics
    - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)

**Bachelor of Science**

- Computer Information Systems, B.S.

# Lake City Education Center

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in
    - Logistics
    - Management
    - Marketing
- Criminal Justice, B.A.
  with specializations in
    - Criminalistics
    - Homeland Security
- Educational Studies, B.A.
- Elementary Education, B.A.
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.

- Psychology, B.A
    - Clinical/Counseling
    - Developmental
    - General

**Bachelor of Science**

- Health Care Administration, B.S.

**Master of Education with specializations in:**

- Educational Leadership
- Reading

The Lake City Education Center offers associate, bachelor, and master degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the Lake City Education Center for additional details.

Affiliated Teaching Location:

- Columbia County School District

- Suwanee County School District

- Union County School District

# Lakeland Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specialization in:
    - Management
- Criminal Justice, B.A.
  with specializations in:
    - Criminalistics
    - Homeland Security
- Psychology, B.A
  with specializations in:
    - General
    - Clinical/Counseling
    - Developmental
    - Experimental

**Bachelor of Science**

- Health Care Administration, B.S.

**Master of Business Administration**

77

**Master of Science in Criminal Justice**

The Lake City Education Center offers associate, bachelor, and master degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the Lake city Education Center for additional details.

Affiliated Teaching Locations:

- Suwanee County School District, FL
- Union County School District,  FL

# MacDill Education Office

**Associate of Arts**

- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - Logistics
  - Management
  - Marketing
  - Project Management
  - Technology Management
- Criminal Justice, B.A.
  - Criminalistics
  - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Psychology, B.A with specializations in:
  - Clinical/Counseling
  - General

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.

# Madison Education Center

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide)
  with specialization in:
  - Management
- Criminal Justice, B.A. with specializations in:
  - Criminalistics
  - Homeland Security
- Educational Studies, B.A.

- Elementary Education, B.A.
- Human Services, B.A.
- Psychology, B.A
  with specialization in:
  - Developmental
  - General

**Bachelor of Science**

# Jacksonville Education Center

**Associate of Arts**

- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - Management
- Criminal Justice, B.A.
  with specializations in:
  - Criminalistics
  - Homeland Security
- Educational Studies, B.A.
- Elementary Education, B.A.
- Human Services, B.A.
- Middle Grades Education, B.A.
  - English
  - Social Science
- Psychology, B.A
  with specializations in:
  - General
  - Clinical/Counseling
  - Developmental

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.


**Master of Education Educational Leadership**


The Jacksonville Education Center offers associate, bachelor, and master degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the Jacksonville Education Center for additional details.

Affiliated Teaching Locations:

- Clay County School District
- Putnam County School District

79

- Health Care Administration, B.S.

# Mayport Education Office

**Associate of Arts**

- Business Administration, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - Logistics
  - Management
  - Technology Management
- Criminal Justice, B.A.
  with specializations in:
  - Criminalistics
  - Homeland Security

**Bachelor of Science**

- Computer Information Systems, B.S.

# Ocala Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in
  - Logistics
  - Management
  - Marketing
- Criminal Justice, B.A.
  - Criminalistics
- Educational Studies, B.A.
- Elementary Education, B.A.
- Human Services, B.A.
- Middle Grades Education, B.A.
  - English
  - Social Science
- Psychology, B.A
  with specializations in
  - General

80

- o   Clinical/Counseling
- o   Developmental

**Bachelor of Science**

- Computer Information Systems, B.S.

**Master of Education** with specializations in:

- Educational Leadership

**Master of Science** with specializations in:

- Human Services Administration

The Ocala Education Center offers associate, bachelor, and master degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the Ocala Education Center for additional details.

Affiliated Teaching Locations:

- Citrus County School District, FL
- Levy County School District, FL
- Lake Technical Institute of Public Safety, FL
- Trinity Catholic High School, FL

# Tallahassee Education Center

**Bachelor of Arts**

- Criminal Justice, B.A.
  with specializations in:
  - o   Criminalistics
  - o   Homeland Security
- Psychology, B.A
  - o   General
  - o   Clinical/Counseling
  - o   Developmental
  - o   Experimental

# Tampa Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Information Technology, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    - Logistics
    - Management
    - Marketing
    - Project Management
- Criminal Justice, B.A.
- Elementary Education, B.A.
- Human Resource Management, B.A. (Offered only through WorldWide)
- Psychology, B.A
  with specializations in:
    - General
    - Clinical/Counseling
- Social Work, B.S.W.

**Bachelor of Science**

- Computer Information Systems, B.S.
- Computer Science, B.S.
- Health Care Administration, B.S.

**Master of Accounting**

**Master of Arts in Theology (cohort)**

**Master of Business Administration with online specializations in:**

- Accounting
- Cybersecurity Management
- Data Analytics
- Health Care Management
- Human Resource Management
- Marketing
- Project Management
- Social Media Marketing
- Sport Business
- Supply Chain Global Integration Management

**Master of Science in Criminal Justice with specialization in:**

- Legal Studies

**Master of Science in Cybersecurity**

The Tampa Education Center offers associate, bachelor, and master degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the Tampa Education Center (tampa@saintleo.edu) for additional details.

<u>Affiliated Teaching Location:</u>

- # Tech Data Corporation

# Georgia

## Atlanta Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide) with specializations in:
  - Management
  - Project Management
- Human Services, B.A.
- Psychology, B.A with specializations in
  - Clinical/Counseling
  - Developmental
  - General
- Criminal Justice, B.A.
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.
- Psychology, B.A with specializations in
  - Clinical/Counseling
  - Developmental
  - General
- Sociology, B.A. with specializations in:
  - Applied & Clinical
  - Diversity & Inequality

**Bachelor of Science**

- Computer Information Systems, B.S.
- Cybersecurity, B.S.
- Health Care Administration, B.S.

**Master of Science in Criminal Justice with online specializations in:**

- Corrections
- Critical Incident Management
- Forensic Science
- Legal Studies

**Master of Science in Human Services Administration**

## Gwinnett Education Center

## Associate of Arts

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

## Bachelor of Arts

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide) with specializations in:
    - Management
    - Project Management
- Criminal Justice, B.A. with specializations in:
    - Criminalistics
    - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)   with specialization in:
    - Human Services, B.A.
- Psychology, B.A with specializations in:
    - Developmental
    - General
- Sociology, B.A. with specializations in:
    - Diversity & Inequality

## Bachelor of Science

- Health Care Administration, B.S.

## Master of Science in Criminal Justice with online specializations in:

- Corrections
- Critical Incident Management
- Forensic Science
- Legal Studies

## Master of Business Administration with online specializations in:

- Accounting
- Cybersecurity Management
- Health Care Management
- Human Resource Management
- Marketing
- Project Management

84

- Social Media Marketing
- Sport Business

## Master of Science

- Human Services Administration, M.S.

# Savannah Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - Logistics
  - Management
- Criminal Justice, B.A.
  with specializations in:
  - Criminalistics
  - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.
- Psychology, B.A
  with specializations in:
  - Clinical/Counseling
  - Developmental
  - General
- Religion, B.A.

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.

**Master of Business Administration with online specializations in:**

- Accounting
- Cybersecurity Management
- Data Analytics
- Health Care Management
- Human Resource Management
- Marketing
- Project Management
- Social Media Marketing

- Sport Business
- Supply Chain Global Integration Management

**Master of Science in Criminal Justice with online specializations in:**

- Corrections
- Critical Incident Management
- Forensic Science
- Legal Studies

**Master of Science in Human Services Administration**

# Mississippi

## Columbus AFB Education Center

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - o Management
  - o Technology Management
- Criminal Justice, B.A.
  with specializations in:
  - o Criminalistics
  - o Homeland Security
- Psychology, B.A
  with specializations in:
  - o General
  - o Clinical/Counseling

**Master of Business Administration, M.B.A.**

# South Carolina

## Shaw AFB Education Center

**Associate of Arts**

- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - o Management
  - o Technology Management
- Criminal Justice, B.A.
  with specializations in:
  - o Criminalistics

        o    Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.

# Charleston Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    - o    Logistics
    - o    Management
- Criminal Justice, B.A.
  with specializations in:
    - o    Criminalistics
    - o    Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.
- Psychology, B.A
  with specializations in:
    - o    General
    - o    Clinical/Counseling
    - o    Development
- Religion, B.A.

**Bachelor of Science**

- Health Care Administration, B.S.

**Master of Business Administration with online specializations in:**

- Project Management
- Social Media Marketing
- Supply Chain Global Integration Management

**Master of Arts in Theology (cohort)**

The Charleston Education Center offers associate, bachelor, and master degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the Charleston Education Center for additional details.

Affiliated Teaching Location:

- Charleston NWS Education Center
- North Charleston Police Department

# Sumter Education Center

**Associate of Arts**

- Liberal Arts, A.A.
- Business Administration, A.A.

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - Management
  - Technology Management
- Criminal Justice, B.A.
  with specializations in:
  - Criminalistics
  - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.

# Texas

# Corpus Christi Education Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - Logistics
  - Management
- Criminal Justice, B.A.
  with specializations in:
  - Criminalistics
  - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)

**Bachelor of Science**

- Computer Information Systems, B.S.
- Health Care Administration, B.S.

# Virginia

# Fort Lee Education Center

**Associate of Arts**

- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
  - o Logistics
  - o Management
  - o Technology Management
- Criminal Justice, B.A.
  with specializations in:
  - o Criminalistics
  - o Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)

**Bachelor of Science**

- Computer Information Systems, B.S.

# South Hampton Roads Center

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide)
  with a specialization in:
  - o Logistics
  - o Management
  - o Marketing
  - o Technology Management
- Criminal Justice, B.A.
  with specializations in:
  - o Criminalistics
  - o Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Psychology, B.A
  with specializations in:

89

- o   General
- o   Clinical/Counseling
- o   Development
- Religion, B.A.
- Sociology, B.A.
  with specializations in:
  - o   Applied & Clinical
  - o   Diversity & Inequality

**Bachelor of Science**

- Computer Information Systems, B.S.
- Computer Science, B.S.
- Health Care Administration, B.S.

**Master of Business Administration with online specializations in:**

- Accounting
- Cybersecurity Management
- Health Care Management
- Human Resource Management
- Marketing
- Project Management
- Social Media Marketing
- Sport Business
- Supply Chain Global Integration Management

**Master of Science in Criminal Justice with online specializations in:**

- Behavioral Studies
- Corrections
- Criminal Investigations
- Critical Incident Management
- Forensic Science
- Legal Studies

The South Hampton Roads Education Center offers associate, bachelor, and master degrees through both live instruction and Internet based learning opportunities. In addition to on-site classes, instruction may be offered at affiliated teaching locations. Please contact the South Hampton Roads Education Center for additional details.

Affiliated Teaching Location:

- Norfolk Sheriff's Office

# Chesapeake Education Center

**Associate of Arts**

- Business Administration, A.A.

- Criminal Justice, A.A.
- Information Technology, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    - Management
    - Marketing
    - Technology Management
- Criminal Justice, B.A.
    - Criminalistics
    - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.

**Bachelor of Science**

- Computer Information Systems, B.S.
- Computer Science, B.S.
- Cybersecurity, B.S.
- Health Care Administration, B.S.

**Master of Business Administration with specializations in:**

- Accounting
- Cybersecurity Management
- Health Care Management
- Human Resource Management
- Marketing
- Project Management
- Social Media Marketing
- Sport Business
- Supply Chain Global Integration Management

**Master of Arts in Theology (Cohort)**

**Master of Science in Criminal Justice with specializations in:**

- Behavioral Studies
- Corrections
- Criminal Investigations
- Critical Incident Management
- Forensic Science
- Legal Studies

**Master of Science in Cybersecurity**

**Master of Science in Human Services Administration**

# Oceana NAS Education Office

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide) with specializations in:
  - Logistics
  - Management
  - Marketing
  - Technology Management
- Criminal Justice, B.A. with specializations in:
  - Criminalistics
  - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Psychology, B.A with specializations in:
  - Clinical/Counseling
  - Developmental
  - General
- Religion, B.A.
- Sociology, B.A. with specializations in:
  - Applied & Clinical
  - Diversity & Inequality

**Bachelor of Science**

- Computer Information Systems, B.S.
- Computer Science, B.S.
- Health Care Administration, B.S.

**Master of Business Administration with online specializations in:**

- Accounting
- Cybersecurity Management
- Health Care Management
- Human Resource Management
- Marketing
- Project Management
- Social Media Marketing
- Sport Business
- Supply Chain Global Integration Management

**Master of Science in Criminal Justice with specializations in:**

- Behavioral Studies
- Corrections
- Criminal Investigations
- Critical Incident Management
- Forensic Science
- Legal Studies

# Norfolk Naval Station Education Office

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide) with specializations in:
  - Logistics
  - Management
  - Marketing
  - Technology Management
- Criminal Justice, B.A. with specializations in:
  - Criminalistics
  - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Psychology, B.A with specializations in:
  - Clinical/Counseling
  - Developmental
  - General
- Religion, B.A.
- Sociology, B.A. with specializations in:
  - Applied & Clinical
  - Diversity & Inequality

**Bachelor of Science**

- Computer Information Systems, B.S.
- Computer Science, B.S.
- Health Care Administration, B.S.

**Master of Business Administration with online specializations in:**

- Accounting
- Cybersecurity Management
- Health Care Management
- Human Resource Management
- Marketing
- Project Management
- Social Media Marketing
- Sport Business
- Supply Chain Global Integration Management

**Master of Criminal Justice with specializations in:**

- Behavioral Studies
- Corrections

93

- Critical Incident Management
- Forensic Science
- Legal Studies

# Virginia Peninsula

# Fort Eustis Education Office

**Associate of Arts**

- Criminal Justice, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    - Logistics
    - Management
    - Technology Management
- Criminal Justice, B.A.
  with specializations in:
    - Criminalistics
    - Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Psychology, B.A
  with specializations in:
    - Clinical/Counseling
    - General
- Sociology, B.A.
  with specialization in:
    - Applied & Clinical
    - Diversity & Inequality

**Bachelor of Science**

- Computer Information Systems, B.S.

# Langley Education Office

**Associate of Arts**

- Business Administration, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    - Management

94

- o   Marketing
- o   Project Management
- o   Technology Management
- Criminal Justice, B.A.
  with specializations in:
    - o   Criminalistics
    - o   Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Psychology, B.A
  with specializations in:
    - o   General
    - o   Clinical/Counseling
- Sociology, B.A.
  with specializations in:
    - o   Applied & Clinical
    - o   Diversity & Inequality

**Bachelor of Science**

- Computer Information Systems, B.S.
- Computer Science, B.S.
- Health Care Administration, B.S.

# Newport News Education Office

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Information Technology, A.A.
- Liberal Arts, A.A.

**Bachelor of Arts**

- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    - o   Logistics
    - o   Management
    - o   Project Management
    - o   Technology Management
- Criminal Justice, B.A.
  with specializations in:
    - o   Criminalistics
    - o   Homeland Security
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A.
- Sociology, B.A.
  with specialization in:
    - o   Applied & Clinical
    - o   Diversity & Inequality

**Bachelor of Science**

- Computer Information Systems, B.S.

95

- Computer Science, B.S.
- Cybersecurity, B.S.
- Health Care Administration, B.S.

**Master of Business Administration with online specializations in:**

- Accounting
- Cybersecurity Management
- Data Analytics
- Health Care Management
- Human Resource Management
- Marketing
- Project Management
- Social Media Marketing
- Sport Business
- Supply Chain Global Integration Management

**Master of Science Criminal Justice with specializations in:**

- Behavioral Studies
- Corrections
- Criminal Investigations
- Critical Incident Management
- Forensic Science
- Legal Studies

**Master of Science Cybersecurity**

**Masters of Science in Human Services Administration**

# Chapter 4:  Center for Online Learning

Saint Leo University's Online Learning (OL) Center was established in October 1998 to meet the needs of adult students and offer the best attributes of traditional classroom education along with today's cutting-edge computer technology. OL offers busy working adults the opportunity to earn an associate's or bachelor's degree entirely online at http://online.saintleo.edu. No conventional classroom attendance is required. OL provides students with the benefit of advancing their education without having to travel to a campus. Saint Leo's OL students receive the same associate's and bachelor's degrees as do their campus-based counterparts. The administrative staff, student services coordinators, enrollment counselors, and undergraduate student advisors can be reached at the Saint Leo University, Online Learning Center, 1120 E. Kennedy Blvd., Suite 214, Tampa, FL 33602. **Undergraduate Advising Toll-free: (877) 856-2144 and Graduate Advising Toll-free:(877) 882-3612**. You may also e-mail your questions to the following addresses:

Application: http://saintleo.edu

Admission: coladmission@saintleo.edu

Help Desk (eLion: my.Saintleo.edu and Windows Live mail: helpdesk@saintleo.edu

Student ID: id.cards@saintleo.edu

Update contact information: http://my.saintleo.edu.
Log in. **Click** *eLion*. **Click** *Students*. **Click** *Information Change Screen*.

# Online Learning Degree Programs

**Associate of Arts**

- Business Administration, A.A.
- Criminal Justice, A.A.
- Cybersecurity, A.A.
- Liberal Arts, A.A.
- Information Technology, A.A.

**Bachelor of Arts**

- Accounting, B.A.
- Business Administration, B.A. (Offered only through WorldWide)
  with specializations in:
    - Logistics
    - Project Management
    - Management
    - Marketing
- Criminal Justice, B.A.  with specializations in:
    - Criminalistics
    - Homeland Security
- Educational Studies, B.A.  with specializations in:
    - Early Childhood Development
    - Education
- Elementary Education, B.A.
- Human Resource Management, B.A. (Offered only through WorldWide)
- Human Services, B.A. (Offered only through WorldWide Centers and Online)
- Liberal Studies, B.A.

- Psychology, B.A   with specializations in:
  - Clinical/Counseling
- Religion, B.A.
- Sociology, B.A. with specializations in:
  - Applied and Clinical Sociology
  - Diversity and Inequality

**Bachelor of Science**

- Computer Information Systems, B.S.
- Computer Science, B.S.  - Information Assurance
- Health Care Administration, B.S.
- Cybersecurity, B.S.
- Software Engineering, B.S.

**Minors**

- Accounting Minor
- Computer Programming Minor
- Human Resource Management Minor (Offered only through WorldWide)
- Criminal Justice Minor
- Management Minor
- Marketing Minor
- Psychology Minor
- Religion Minor
- Sociology Minor

# Academic Regulations and Definitions

Each online course uses a standard textbook and an online learning system. Participating online, students are expected to complete reading and homework assignments; submit assigned papers, projects, and essays; and take online quizzes and examinations. Conversations with classmates and professors use an asynchronous message board. All professors have office hours via chat sessions and are available by e-mail and telephone.

To register for online classes, new students may call **(877) 856-2144** and speak with any available student advisor. Returning students can register via eLion through the University's website as well as speak with a student advisor.

One course is considered part time, two or more courses full time. Students must apply for admission prior to taking classes. Financial aid is available only to those students who have been admitted and have matriculated.

All students are required to take the same comprehensive examinations for graduation as on-campus and Saint Leo University WorldWide students, and may choose to attend the on-campus commencement ceremonies.

In addition to courses that constitute the student's major, all students must take the University Explorations (General Education) curriculum. The goal of the University Explorations core curriculum is to provide undergraduate students with an understanding of the University's Benedictine-inspired values and Catholic traditions while focusing on the liberal arts and sciences and introducing undergraduate students to an understanding of the knowledge needed to succeed in college and in lifelong learning. Saint Leo University seeks to graduate students

- who exhibit skills in learning, writing, reading, critical thinking, technology applications, numerical applications, and well-adjusted to life;
- who exhibit skills in dealing with fundamental human questions regarding the nature of human reality, the ways in which human beings come to know the world, and issues of human morality;

- who have learned to love learning, who understand the importance of the liberal arts as the basis for all learning, who find the curriculum relevant, and who are prepared to become lifelong learners; and
- whose employers will indicate a positive satisfaction level with these graduates and their preparation level for suitable employment and/or graduate studies.

# Library

Extensive information resources and support are available to all students through the Daniel A. Cannon Memorial Library. For online students, the library website, Ask-a-Librarian, and LibAnswers as well as the (800) phone number are designed to aid students' academic efforts and support access to the library's resources and services. Online students may call the reference desk at (800) 359-5945 for personalized research and writing support, search the FAQs and submit a help request using http://saintleo.libanswers.com, or email the library at reference.desk@saintleo.edu.

# Computer Specifications

Saint Leo University highly recommends that all students have:

- Pentium 4 or higher PC
- Windows XP or Windows 7
- Internet Explorer 7.0 or higher
- Video display 800 x 600 or greater
- 2 gigabyte of RAM or higher
- wired or wireless Ethernet
- Internet service provider (broadband recommended)
- Sound card and speakers
- CD/DVD-ROM

# Software Requirements

- Microsoft Word 2010, Excel 2010, Access 2010, and PowerPoint 2010
- Adobe PDF 9.0
- Adobe Flash Player 10.0
- Java
- Alternate web browser in addition to Internet Explorer such as Firefox or Google Chrome

Please note that there may be software components accompanying textbook materials that are not Mac compatible. Students may experience problems using these tools as a result. Saint Leo University cannot be held responsible for students experiencing difficulty with software components that are not Mac compatible.

**Online Technical Support can be reached at (866) 501-1636, 24 hours per day, 7 days per week.**

# University Assessment Exams

All new students will be placed in MAT 003 and ENG 002 unless the prerequisites for placement into higher courses are met. Prerequisites for placement into higher courses can be met through transfer credit or Assessment scores. It is highly recommended that all new students take the English and Math Assessment exams. English assessment is required for students without transfer credit.

The Assessment exam process is critical in determining students' abilities and knowledge. Assessment exams are designed to gauge students' aptitude and skill level in the given subject areas. Saint Leo University wants students to succeed in their academic pursuit. By accurately placing students in the appropriate courses, Saint Leo University is assisting in the achievement of that goal. College work requires a certain proficiency in English and Math necessary for further study in higher-level courses.

# Foundation Courses

Foundation courses are designed to provide students with the basic academic and personal skills needed to complete a college education. These courses provide a practical orientation to collegiate life, and they prepare students for the challenges and opportunities associated with completing a four-year college education. Additionally, these courses provide basic instruction in such areas as learning, writing, reading, critical thinking, computer science, and mathematics. Generally, these Foundation courses are completed during a student's first year of college.

ENG 002 - Basic Composition Skills

This course does not satisfy a University Explorations (general education) requirement in English or elective credit for the associate's or bachelor's degree. This course is designed to remedy the special problems of students whose English preparation reveals marked deficiencies in verbal skills. To ensure competence in oral communications, a speech component is included. Course fee may apply. Offered every term.

MAT 003 - Basic Algebra

This course does not satisfy a University Explorations (general education) requirement in mathematics or elective credit for the associate's or bachelor's degree. This course is designed to help students build a foundation for algebra. Topics include algebraic expressions, order of operations, linear equations, inequalities, introduction to graphing, polynomials, exponents, and factoring. Offered every term.

# Student Services and Student Advising

## portal.saintleo.edu

Online Learning students have access to the portal.saintleo.edu portal. With a single login, students will be able to access eLion, e-mail, and the Daniel A. Cannon Memorial Library. The portal also offers access to the Learning Management System classroom portal.saintleo.edu features a personal calendar, contacts list, briefcase, and much more portal.saintleo.edu is located at https://portal.saintleo.edu

## eLion

The University provides online registration services through the eLion system. Students will receive a login and password to the eLion system and are also provided an e-mail account that will be the formal mode of communication between the University and the student. Access to eLion is available through http://portal.saintleo.edu.

## Student Advising

Saint Leo University Online Learning (OL) students can count on their personal student advisor to provide them with the guidance they need to achieve their educational goals. Online Learning has professional student advisors charged with the responsibility of advising students and reviewing programs and courses. All are available to assist and support

by telephone: **Undergraduate at (877) 856-2144 and Graduate at (877) 882-3612,** by e-mail, or by Live chat. See https://www.saintleo.edu/WorldWide-student-advisors

# Honor Societies

## Delta Epsilon Sigma

Delta Epsilon Sigma is a national scholastic honor society for students, faculty, and alumni of colleges and universities with a Catholic tradition. It was founded in 1939 to recognize academic accomplishments, to foster scholarly activities, and to encourage a sense of intellectual community among its members. More than 100 colleges and universities have received charters to establish chapters of Delta Epsilon Sigma. Delta Nu is the local chapter of Delta Epsilon Sigma.

## Omicron Sigma Sigma

The Order of the Sword and Shield was established in 2010 at the campuses of St. John's University in New York. The Society has grown steadily since that time. As outlined on their Website, the Society is the first and only academic and professional honor society dedicated exclusively to homeland security, intelligence, emergency management, and all protective security disciplines. The mission of the Society is to promote critical thinking, high scholarship and professional development; to further enhance the ethical standards of the protective security professions; and to cultivate a high order of personal living. In addition to its academic purpose, the Society is strongly committed to helping communities prepare for safety and emergency conditions and sponsors many types of informational events throughout the year. The Saint Leo University Chapter was started in May of 2019. Membership criteria includes: completion of ½ of the total number of credits required for their overall program, including completion of ½ of all credits in the Homeland Security, Intelligence, Emergency Management, or Protective Studies A.S., B.S., Minor, Master's, Doctoral, or Certificate Program. In addition, students must have achieved an overall 3.25 (undergraduate) or a 3.50 (graduate) cumulative GPA or higher (on a scale of 4.0) for all credits, including transfer credits, or be in the top 20% of their class standing. http://www.securityhonorsociety.org/home.html

## Sigma Beta Delta

Sigma Beta Delta, the international honor society in business, management, and administration, was founded in 1994. The Saint Leo chapter was established in 1994 as one of the founding chapters. Sigma Beta Delta was established to encourage and recognize scholarship and accomplishment among students of business, management, and administration and to encourage and promote aspirations toward personal and professional improvement and a life distinguished by honorable service to humankind. Sigma Beta Delta espouses three principles: wisdom, honor, and meaningful aspirations. Sigma Beta Delta members are challenged to pursue wisdom throughout their lives, to accept honor as a constant companion throughout their lives, and to aspire to goals that will chart them on the path of wisdom and honor throughout their lives. Sigma Beta Delta inducts eligible students and qualified faculty based on their sustained scholastic and personal achievement in business, management, and administration and a dedication to the principles of wisdom, honor, and meaningful aspirations.

# Academic Resources

Online tutorial services are available 24/7/365 for all OL courses via a licensing agreement with Tutor.com. Online access information to Tutor.com is located in each OL classroom.

# Student Affairs

# Chapter 5:  Student Affairs

## Student Affairs

The Division of Student Affairs is a collaborative team of professional educators and staff fully integrated within the University, enabling students to experience a seamless educational program and graduate with a clearer understanding of the world and themselves, guiding them successfully through life.

Student Affairs is charged with providing guidance, support services, and a variety of intentional and purposeful programs/activities intended to complement the academic pursuits of students and to promote a students' development. Throughout the Division of Student Affairs, you will encounter caring professionals who are not only trained and skilled in their own specialties, but are professional educators dedicated to assisting students in developing to their full potential.

The role of our staff is to assist the student in reaching true maturity. When coupled with a challenging academic experience, these services and opportunities facilitate a student's total development so that they attain their educational goals as individuals prepared to function successfully as leaders within a global society

## Accessibility Services

Saint Leo University is committed to a policy that provides an equal opportunity for full participation of all qualified individuals with disabilities in accordance with the ADA-AA. The University prohibits discrimination on the basis of disability in admission or access to its educational programs and associated activities. Appropriate academic accommodations and services are coordinated through the Office of Accessibility Services, which is located in the Kirk Hall. In accordance with federal regulations, the Office of Accessibility Services is the only authority in the University that may determine and approve accommodations under ADA-AA. Students with disabilities who require accommodations should contact the office as soon as possible. Students seeking accommodations are responsible for providing the Office of Accessibility Services with recent documentation of their disabilities at the time they are requesting services. Students may access the Policy and Procedure Manual through the Saint Leo website or visit the Office of Accessibility Services for a copy of the manual.  The Office of Accessibility Services can be reached by phone:  352-588-8464 or email:  adaoffice@saintleo.edu

## Campus Security & Safety

At Saint Leo University our mission statement is simple: Provide a safe and secure environment for our students, faculty, staff, and visitors. Our Campus Security and Safety Department takes that statement seriously. We are staffed with trained and professional officers who are certified in their field by the State of Florida. They patrol the campus twenty four hours a day, seven days a week, on foot, mountain bikes, patrol car, and golf carts.

We are proud of the fact that Saint Leo University has an extremely low crime rate which allows our students to focus on their top priority: Being a student!

Please stop by and visit our office or stop one of the officers for a chat. We believe that you will find our Campus Security and Safety personnel to be friendly, caring, and attentive to your concerns. If we can be of assistance please do not hesitate to call upon us. Visit the Campus Safety web site: https://www.saintleo.edu/campus-security-safety  or call: 352/588-8432.

## Career Planning

The Career Planning and Employer Relations & Experiential Learning Departments assist students with all phases of career development from career guidance and job search training to resume advice, interview skills, and professional networking. Our departments provides career counseling and job search resources to assist students and alumni with making informed career development decisions both face-to-face and aided by technology. One of our strongest technology platforms is LionsLINK. LionsLINK is the career management interface provided by the University for all students, recent graduates, and alumni. LionsLINK brings employers with internships and employment opportunities within reach for our students and alumni.

In addition to direct services we provide to students and alumni, the Career Planning staff maintains active participation in various regional and national professional associations. This activity enables us to better support the work of our faculty and academic advisors with labor market research insights, innovative educational programming, and best practices in transitioning successfully into the world of work.  The Employer Relations & Experiential Learning Department works to strengthen partnerships with employers, enabling Saint Leo to showcase the talent that our students and alumni possess to help in building our partners' teams and to grow internship possibilities.

For further information, please access the Career Planning Department website, http://www.saintleo.edu or call 352-588-8442.

Saint Leo University sponsors on-campus career fairs, held throughout the academic year.  These networking events are open to all students and alumni.

In addition to what is provided through this department, information on the specific student services offered at each Education Center can be obtained from the Center Director or academic advisor. This may include student chapters of professional organizations, services available through the University's website, and/or referral services to local agencies.

Saint Leo University does not guarantee employment upon degree completion, it provides career counseling, job search advising, and career management support to all Saint Leo University students and alumni.

# Counseling Services

Counseling Services is located in deChantal Hall, Ext. TALK (8255). The Center is open Monday through Friday, 8:00 a.m. to 5:00 p.m., with evening hours available on an individual, as-needed basis.

Counseling Services offers confidential, short-term professional counseling to individuals as well as groups and couples. Counseling staff work closely with faculty and staff members in a consulting capacity to address mental health and developmental issues as they occur among members of the student body.

The Counseling Services website can be accessed at https://www.saintleo.edu/counseling-services  Self-help resources are available to all University students on the Counseling Services website. Whereas the campus community affords a wide variety of resources to help students adjust to university life, the Counseling Center's primary purpose is to provide psychological and developmental support as students pursue academic and personal goals, and to enhance the quality of their experience at Saint Leo University

# Dining Services

Dining services works hard to design meal programs to meet individual needs. Our goal is to make sure that you will not have to worry about finding something great to eat at convenient times. Dining on campus provides a social experience essential to campus life. It provides opportunities to gather with friends, take study breaks, hang out, relax and unwind after a hard day of classes and activities.

# Employer Relations

The Office of Employer Relations facilitates the recruitment strategies of local, national and multinational organizations by connecting talent acquisition staff and hiring managers with students, alumni, and the broader Saint Leo University community. The team partners with key internal and external community stakeholders to showcase Saint Leo's talent pool of students and alumni, enhance student learning through internships and other experiential learning opportunities, and increase post-baccalaureate career placement as part of the institution's retention efforts.

For more information, please contact the Director of Employer Development and Experiential Learning at (352) 588-8822.

# First Year Experience

The Office of First Year Experience is geared towards ensuring the success of all first year students. Our Mission is to help students integrate the learning that takes place through the academic mission of the University and engage students fully in the campus community. First Year Experience is located in Student Activities Building, suite 203, room 209.

# Leadership Development

The L.E.A.D. Scholars program is committed to the leadership development of incoming freshman students. Incoming freshmen apply for the scholarship and then are selected based on their leadership involvement both in high school and in their respective communities. This scholarship program is a four year process in which students are involved until they graduate. The program exists to support and stimulate leadership development throughout a student's career at Saint Leo University. By embracing the Benedictine values held by the University, the program strives to foster an environment that encourages excellence, personal development, self-respect, respect for others, community, integrity, and responsible stewardship, as well as to develop well-rounded students. By taking advantage of the leadership opportunities offered, such as taking courses, attending workshops, and getting involved on campus, students will develop leadership skills that they can utilize for the rest of their lives.

# Lions Care

Lions Care is a university-wide initiative that embraces our institutional Core Values, especially the values of Respect and Community. Sponsored by the Division of Student Affairs, this website provides resources for individuals who may need assistance. Lions Care is an umbrella for care-related resources for the University community. Through this site you may access many resources and reporting avenues so that appropriate follow-up action can be taken by members of the staff. The intent of the website is to proactively:

1. Foster a caring and safer University community
2. Engage University community members as active participants, not as idle bystanders, in assisting other community members.
3. Provide campus based and community resources, and
4. Provide appropriate referral and reporting mechanisms to address concerns.

The Division of Student Affairs is committed to promoting greater awareness of high risk behaviors and their impact on individuals and the community; providing prevention education opportunities for University community members and creating an environment that empowers survivors to access resources on and off-campus. From role modeling and training others on appropriate bystander actions to advocating for and supporting those impacted by high risk behaviors, the members of the Student Affairs staff are here to help

## Meal Plans

The University provides food service on University Campus during the fall and spring semesters, and resident students enrolled in University College are required to be on a meal plan as required by their housing assignment. Students living in Apartments 1 - 4 may choose either a five-meal-per-week plan or a ten-meal-per-week plan. East Campus residents may choose either of the meal plan options or choose not to purchase a meal plan.

# Multicultural and International Services Office (MISO)

In support of the Saint Leo University mission statement, the mission of the International Services Office (ISO) is to assist, nurture, and support the International and study abroad students and their peer communities through planning, developing, implementing, and evaluating programs and services that facilitate intellectual, interpersonal, and spiritual development. The ultimate mission of the ISO is to assist the university in achieving its goal to be a university of international consequence.

## Office of Military Affairs and Services

Saint Leo University has a long and proud history of educating our nation's men and women in uniform. Since 1973, we have been a leading institution of higher education for military members, veterans, and military spouses for both traditional and online programs to help them attain a college degree and find gainful employment following their military service. As a university, we understand that you have many choices when it comes to attending college during and after your military service. We are honored to assist in your transition to the civilian workforce and meet your goals for higher education.

We also understand that balancing college life, military, career, family, and personal responsibilities can be extremely challenging; therefore, Saint Leo University would like to assist you in achieving your personal, educational and career goals. It is a proud heritage in which we all share, as one university community, committed to continuing to serve those who currently serve or have served our nation.

# Orientation

All first-year and transfer students in the University College are required to attend orientation programs. These programs are designed to acquaint students with University Campus, academic programs, Student Affairs offices and services, University policies, and the faculty, staff, administration, and other members of the student body. Participation in the orientation program sets students on a path toward academic and personal success at Saint Leo University.

# Residence Life

The purpose of the Residence Life program is to work collaboratively with students, staff, and faculty in the creation of a caring living and learning environment. At Saint Leo University, resident students have the unique opportunity for personal growth within a supportive and safe environment. Residence hall living offers new personal freedoms and therefore new and challenging responsibilities. Through the creation of residence hall communities, University Campus students are encouraged to appreciate and respect the rights and privileges of others while simultaneously living within the established policies of the University. In addition to this greater sense of community and personal responsibility, the University encourages the individual choice of personal lifestyle and behavior, with the realization that all students will be treated as mature adults and held accountable for their respective actions.

Saint Leo University considers the residential experience to be an integral aspect of the University College student's holistic education and personal development. Given this philosophy, all full-time University College students (12 or more credit hours) are required to live on University Campus. Exceptions are allowed for those students living at and commuting from family-owned property, married students, veterans, nontraditional students, or senior students who have earned over 90 credit hours. Saint Leo's residence halls are designed for traditional-age students no older than 28 years of age. All requests for housing made by a student 28 years of age at the time of the request are reviewed by the Associate Vice President for Student Affairs or designee. The residence halls are staffed by live-in professional staff members who are specifically trained and dedicated to the service of students and the promotion of their growth as individuals. Assisting the professional staff are undergraduate Resident Assistants (RAs) and Resident Assistant Directors (RADs), who also provide a valuable resource to the University Campus community. Together, the Residence Life staff provides a wide variety of events, programs, and activities designed to suit the diverse needs and interests of our residents. The staff is accessible and available to assist and challenge residents as they work to create a strong community of contributors and leaders in each residence hall. A Residence Life professional staff person is on duty at the University Campus 24 hours a day while the University is in session.

More-detailed information concerning Residence Life and its services, policies, and programming can be found in the Code of Conduct, which is available electronically to students each academic year.

# Student Affairs

The office of the Associate Vice President for Student Affairs is located in the Student Activities Building. Students, parents, and families with personal and campus concerns and questions should contact this office for assistance and information. The Associate Vice President for Student Affairs and Student Affairs staff practice a student-centered education and student-first philosophy of service. The Student Code of Conduct, which is in place for the safety and well-being of our University campus community, is enforced by the Associate Vice President for Student Affairs. The Student Affairs staff is further involved in student life by sponsoring numerous programs and activities, planning and coordinating new student orientation, and providing leadership training and opportunities for student involvement in campus governance.

# Student Activities

The Office of Student Activities strives to create meaningful learning opportunities that teach and challenge students to be life-long learners; value excellence within themselves and others; seek out their personal best; live life with a sense of integrity; respect and celebrate the uniqueness and commonalities of all individuals; and foster community and stewardship. The Office of Student Activities oversees the areas of Student Government Union (SGU), Campus Activities Board (CAB), Clubs and Organizations, Greek Life, and Community Engagement. Co-curricular activities sponsored by the Office of Student Activities are open to all University College students paying the activities fee at the main campus. For more information please visit our website at http://saintleostudentactivities.com/

# Student Life

As active members of the University community, students are encouraged, individually and collectively, to express their views on institutional policy and matters of general interest to the student body. University College students can participate in the formulation and application of institutional policy, affecting both academic affairs and student services, through standing committees, the Student Government Union, and numerous ad hoc committees and organizations. Any students concerned with an academic issue should contact the department director, School Dean, or Center Director. All issues concerning student life should be directed to the Associate Vice President for Student Affairs

# Student Success

### Academic Case Management/Coaching

Student Success supports all students from matriculation through graduation, promoting academic excellence and personal development.   Student Success provides educational guidance, support, and assistance using a variety of advocate and coaching techniques to create personalized interventions, coaching, and support services (both academic and non-academic) for all students. Student Success partners with many other departments on campus to identify and resolve system level issues that may create barriers to student retention, persistence and graduation. All University Campus students are assigned a Student Success Coach based on their College.

### Academic Advising Online Learning

Saint Leo University Online Learning (OL) students can count on their personal student advisor to provide them with the guidance they need to achieve their educational goals. Online Learning has professional student advisors charged with the responsibility of advising students and reviewing programs and courses. All are available to assist and support by telephone: Undergraduate at (877) 856-2144 and Graduate at (877) 882-3612, by e-mail, or by Live chat.  See https://www.saintleo.edu/WorldWide-student-advisors

### Academic Vision & Excellence

The center for Academic Vision & Excellence provides free academic support programs and services to equip students with the tools necessary to achieve academic success.  Services include content tutoring, Supplemental Instruction (SI), Peer-Assisted Learning (PAL) Coaching, Placement Testing, and test proctoring for students registered through the Office of Accessibility Services.  Programs include academic success workshops, midterm and final exam programming, and other programs hosted by student staff throughout the semester.  The center for Academic Vision & Excellence works closely with Faculty to supplement classroom learning.  There is also a computer lab and study area for student use.  Visit the center for Academic Vision & Excellence in LionsShare courses for more information.

# Chapter 6:  Undergraduate Policies and Procedures

- **Section 1:  Academic Procedures and Definitions**
  - Majors
  - Minors
  - Specializations
  - Electives
  - Technology-Assisted Learning
  - Degree Requirements
  - Academic Term
  - Academic Advising
  - Specializations
- **Section 2:  Admissions Policies and Procedures**
  - Financial Information
  - Student Financial Assistance
- **Section 3:  Admission Procedures and Requirements for Saint Leo University College**
  - Application Procedures for Freshmen
  - Student Financial Assistance for Saint Leo University College
  - Tuition and Fees
- **Section 4:  Admission Procedures for Saint Leo University WorldWide**
  - Financial Information
  - Registration, Drop/Add, and Withdrawal Policies
  - Student Financial Assistance for Saint Leo University WorldWide
- **Section 5:  Admission to Saint Leo University WorldWide Online Learning**
  - Financial Information
  - Student Financial Assistance for Saint Leo University WorldWide'Online

# Section 1:  Academic Procedures and Definitions

A Saint Leo University education is grounded in the liberal arts. The Saint Leo liberal arts curriculum acquaints students with the primary areas of human knowledge—the humanities, natural sciences, and social sciences—and with the religious and philosophical foundations of civilization, and it allows them to pursue a major in a discipline of their interest and talent. An academic program consists of all of these elements and leads to a degree in a specific discipline. Through an integrated program of study, faculty members encourage students to relate knowledge gained from other disciplines with the principles of their chosen major. The liberal arts curriculum offers students the opportunity to gain greater knowledge of themselves, to develop a concern for others, and ultimately to acquire insight into their responsibilities in the world.

Through the liberal arts, students learn to think critically, write effectively, and solve problems individually and in groups. By integrating new technologies in courses in all disciplines, students learn to use those technologies to expand their knowledge and their academic performance.

There are four core features of the Saint Leo University curriculum: general education, majors and minors, specializations, and electives. With guidance from an academic advisor, each student takes courses within each facet of the program.

Saint Leo University provides small class sizes averaging 16 students on University Campus, 10 in education centers, and 17 in the Center for Online Learning.

# Majors

A major is a group of courses clustered in an area of intellectual inquiry. Students in a major study a particular field of knowledge in depth so that they can read and interpret the literature of that field and perform the work of that field in an effective manner.

Some students enter the University with a clear idea of what they want to study. However, most students are undecided about which major they should choose, and national studies show that even those who enter college with majors already chosen often change their minds. To help students select a major that meets their interests and their talents, students work closely with their academic advisor. With their advisor, students select their major before they register for courses for their junior year.

Many students will begin their major as early as the first semester of their freshman year if they are certain about their educational and vocational goals. In fact, if they expect to enter a graduate or professional school upon graduation from Saint Leo University, students should decide on a major early. If they plan to teach, they should not delay their decision beyond the first semester of their sophomore year in order to complete the required professional courses in education in a four-year period.

Intensive study in a major usually begins in the first semester of the junior year. To declare or change to another major, students should consult with their academic advisor or department chair of the desired major. Only one degree may be pursued at a time.

For the bachelor's degree, students may seek concurrently up to two majors or a major and a minor. After conferral of a Saint Leo University bachelor's degree, a student may take courses at Saint Leo University to earn a different bachelor's degree, second major, second specialization, or a minor. For example, if a student earns a Bachelor of Arts degree, he or she may return and earn a Bachelor of Science degree. A student may apply to obtain a second degree in a major different from that of the first degree. If a student has already earned a baccalaureate or graduate degree and wishes to obtain a second degree, he or she must meet the admission criteria for that second degree and go through the admission process again. Saint Leo University will not award an associate's degree if the student has already completed the requirements for a bachelor's degree.

In order to earn a second undergraduate degree, a minimum of 30 additional credit hours in residence that do not apply to the other degrees earned are required.

Students cannot earn a degree with Saint Leo University in the same subject area in which they earned a degree at another institution.

If the student returns and pursues a new major under his or her existing degree program, he or she does not earn another bachelor's degree and is not degree-seeking.  Financial Aid is only available to students that are active in a degree-seeking programs.  Additional transfer credit will not be accepted after the initial conferral of the bachelor's degree; all unfulfilled requirements must be completed with Saint Leo University. Students wishing to pursue an additional degree must reapply.

Students who plan to teach at the middle or secondary level must complete the professional courses in education along with all courses required in their major.

# Minors

Minors are a series of linked courses and learning opportunities that allow students to explore an area of intellectual interest. Programs of study leading to a minor are offered in some areas. No more than half of a minor's requirements can be satisfied by transfer or standardized testing credit. Students wishing to minor in a field may use no more than two courses they have taken in their major to apply toward the requirements for their minor. A minor is not required for graduation and can only be included in the bachelor degree.

# Specializations

To ensure a complete education, some majors provide students with the opportunity to study specific areas in depth. The University offers specializations in a variety of areas. These specializations integrate the University Explorations (general education) core of the University with a core of courses in a discipline and the specialized courses that prepare the student in a particular area of interest.

# Electives

Students at University College must complete enough elective hours to fulfill the minimum 120 academic credits required for graduation.

In consultation with their academic advisors, students may choose electives from the courses listed in "Courses of Instruction," provided that the prerequisites for the courses have been met.

# Technology-Assisted Learning

The University community understands that its twenty-first-century graduates will enter an ever-changing world where online learning will be essential to achieving its goal of educating lifelong learners. As a result, all students, regardless of location and/or degree program are expected to take at least one (1) online course before graduation. The University offers an online library tutorial, online courses, video teleconferencing courses, hybrid courses that blend traditional in-class experiences with technology-enhanced elements, and full online degree programs. Online degree programs of study are designed to meet the needs of working adults. Please see the Online Learning Center section for a description of undergraduate online programs of study.

# Degree Requirements

Students come under the academic requirements of the catalog in effect at the time of matriculation. These requirements must be completed within seven years from the date of being admitted as a degree-seeking student. Requests to extend this seven-year time period must be submitted to the School Dean or Center Director for consideration on a case-by-case basis.

Coursework at the graduate level is held to a higher caliber than undergraduate work. Graduate work requires more research skills, more in-depth and applied knowledge, and mastery of a field or discipline. Therefore, Saint Leo University will not apply undergraduate coursework towards graduate coursework. In addition, to be admitted into a graduate degree program, a student must have earned a four-year bachelor's degree; therefore, no graduate-level work may be applied toward an undergraduate degree.

In addition to time spent in class, Saint Leo University courses are designed to require at least 30 hours of work to be completed outside of class time per credit hour earned. This work includes reading, homework, and completing papers and other assignments. For a three credit hour course, students should expect to commit 90 hours of time outside of class in order to be prepared and meet course expectations.

The conferral or completion date is based on the completion of all required items listed below.   Saint Leo University will not release a diploma, certificate, transcript or confirm completion of a degree/certificate until all financial obligations are paid in full.

All associate degrees require at least 60 semester credit hours; all baccalaureate degrees require at least 120 semester credit hours.  The following are the requirements that students must complete to earn a degree in their discipline.

# Associate of Arts Degree in Business Administration

To earn the associate of arts degree in business administration, students must meet the following requirements:

1. Complete all academic credits required.
2. Complete SLU-125 Choosing Wellness
3. Complete the required Associate of Arts in Business Administration general education program. See Business Administration, A.A.
4. Complete all the requirements of the Business Administration major for the associate degree. See Business Administration, A.A.
5. Attain a minimum cumulative grade point average of 2.00.
6. Attain a minimum cumulative grade point average of 2.00 in major courses.
7. Complete such comprehensive examinations as may be required by the University.
8. Demonstrate competence in reading, writing, oral communications, and fundamental mathematical skills.
9. Fulfill academic residence requirements of a minimum of 25 percent of the total required credit hours to be taken at Saint Leo University with at least half of those hours taken in the major
10. All transfer credits must be received and posted.
11. Apply for degree.

## Associate of Arts Degree in Cybersecurity

To earn the associate of arts degree in cybersecurity, students must meet the following requirements:

1. Complete all academic credits required.
2. Complete SLU-125 Choosing Wellness
3. Complete the required Associate of Arts in Cybersecurity general education program. See Cybersecurity, A.A.  .
4. Complete all the requirements of the Cybersecurity major for the associate degree. See Cybersecurity, A.A.  .
5. Attain a minimum cumulative grade point average of 2.00.
6. Attain a minimum cumulative grade point average of 2.00 in major courses.
7. Complete such comprehensive examinations as may be required by the University.
8. Demonstrate competence in reading, writing, oral communications, and fundamental mathematical skills.
9. Fulfill academic residence requirements of a minimum of 25 percent of the total required credit hours to be taken at Saint Leo University with at least half of those hours taken in the major
10. All transfer credits must be received and posted.
11. Apply for degree.

## Associate of Arts Degree in Information Technology

To earn the associate of arts degree in information technology, students must meet the following requirements:

1. Complete all academic credits required.
2. Complete SLU-125 Choosing Wellness
3. Complete the required Associate of Arts in Information Technology general education program. See Information Technology, A.A.
4. Complete all the requirements of the Information Technology major for the associate degree.  See Information Technology, A.A.
5. Attain a minimum cumulative grade point average of 2.00.
6. Attain a minimum cumulative grade point average of 2.00 in major courses.
7. Complete such comprehensive examinations as may be required by the University.
8. Demonstrate competence in reading, writing, oral communications, and fundamental mathematical skills.

9.  Fulfill academic residence requirements of a minimum of 25 percent of the total required credit hours to be taken at Saint Leo University with at least half of those hours taken in the major
10. All transfer credits must be received and posted.
11. Apply for degree.

# Associate of Arts Degree in Liberal Arts

The Saint Leo University associate of arts degree in the liberal arts has the following objectives:

1.  Provide learners with a broad introduction to the liberal arts with a selection of courses from the natural sciences, the humanities, the social sciences, the arts, religion, and philosophy;
2.  Enable learners to understand and relate intellectually and emotionally to the world around them;
3.  Prepare learners to select appropriate courses for further self-improvement and growth;
4.  Introduce learners who are unsure of a major to a broad array of disciplines;
5.  Allow learners to supplement this initial broad background in the liberal arts with a brief exploration of a concentration of further and limited intellectual interest;
6.  Provide learners with the basic, foundational, intellectual tools needed to complete a bachelor's degree sometime in the future.

To earn the associate's degree in liberal arts, students must meet the following requirements:

1.  Complete a minimum of 60 academic credits.
2.  Complete SLU-125 Choosing Wellness.
3.  Complete the required Associate of Arts general education program. See Liberal Arts, A.A. .
4.  Attain a minimum cumulative grade point average of 2.00.
5.  Complete such comprehensive examinations as may be required by the University.
6.  Demonstrate competence in reading, writing, oral communications, and fundamental mathematical skills.
7.  Fulfill academic residence requirements of a minimum of 25 percent of the total required credit hours to be taken at Saint Leo University with at least half of those hours taken in the major
8.  All transfer credit must be received and posted.
9.  Apply for degree.

# Associate of Arts Degree in Criminal Justice

The associate degree in criminal justice is currently offered at select Centers as well as at University Campus. Check with your advisor for information. To earn the associate's degree in criminal justice, students must meet the following requirements:

1.  Complete a minimum of 60 academic credits.
2.  Complete SLU-125 Choosing Wellness
3.  Complete the required Associate of Arts general education program. See Criminal Justice, A.A.
4.  Attain a minimum cumulative grade point average of 2.00.
5.  Attain a minimum cumulative grade point average of 2.00 in major courses.
6.  Complete such comprehensive examinations as may be required by the University.
7.  Demonstrate competence in reading, writing, oral communications, and fundamental mathematical skills.
8.  Fulfill academic residence requirements of a minimum of 25 percent of the total required credit hours to be taken at Saint Leo University with at least half of those hours taken in the major
9.  All transfer credit must be received and posted.
10. Apply for degree.

# Bachelor of Arts, Bachelor of Science, and Bachelor of Social Work Degrees

To earn the bachelor's degree, students must meet the following requirements:

1. Complete a minimum of 120 academic credits.
2. Complete SLU-125 Choosing Wellness
3. Complete the required University Explorations (general education) curriculum.
4. Complete a minimum of 39 hours of coursework at the 300-400 level for the Bachelor of Arts, Bachelor of Science, and Bachelor of Social Work degrees.
5. Attain a minimum cumulative grade point average of 2.00, excepting certain majors that require a higher minimum GPA—for example, all education majors (2.5).
6. Demonstrate competence in reading, writing, oral communications, and fundamental mathematical skills..
7. Complete all the requirements of the student's academic school and major.
8. Attain a minimum cumulative grade point average of 2.00 in the major.
9. Complete such comprehensive examinations as may be required by the University.
10. Fulfill academic residence requirements of a minimum of 25 percent of the total required credit hours to be taken at Saint Leo University with at least half of those hours taken in the major.
11. All transfer credit must be received and posted.
12. Apply for degree.

# Certificate Programs

To earn a certificate of completion, students must meet the following requirements:

1. Complete all academic credits. There are different credit hours depending on the certificate.
2. Attain a minimum cumulative grade point average of 2.00.
3. Complete such comprehensive examinations as may be required by the University.
4. Fulfill the academic residence requirement of a minimum of three-quarters of the credit hours required to be taken at Saint Leo University.
5. Satisfy all financial obligations.
6. Apply for the certificate.

# Class Attendance

All faculty members in all courses must take official class attendance at least through the end of the official add/drop period each term. Attendance at all courses is strongly encouraged as attendance is an important part of learning. Note that failure to attend class **does not** constitute an official withdrawal from that class. Class attendance is a prerogative of each individual faculty member.

1. Faculty members must include a course attendance policy in their syllabi.
2. Students are expected to be present at regularly scheduled class meetings, particularly their scheduled classes immediately preceding and following the Thanksgiving, Christmas, and spring breaks.
3. Student absences are cleared through the Office of Academic Advising. Due to federal regulations, medical or legal documentation is accepted by the Office of Academic Advising, and documentation should not be presented to or discussed by instructors. Once the documentation has been accepted, it is thoroughly verified, and notification is issued to faculty members. Unless otherwise directed, excusal of absences is granted solely at the discretion of the individual instructor.
4. The Office of Academic Advising works closely with Student Affairs, the Health and Counseling Centers, and the Center for Sport Medicine regarding student absences. If a student is required to be absent for an extended period of time, either voluntarily or involuntarily, the Office of Academic Advising notifies instructors. In addition, students must adhere to the establish clearance procedures as outlined by Student Affairs in order to return to classes.
5. Minor children of faculty or students are not permitted in the classroom during regularly scheduled class meetings.

6. Unless communication from the Office of Academic Advising states otherwise, students are required to communicate with their instructors regarding any missed coursework or exams. Students are always responsible for missed coursework.

7. Failure to attend class does not constitute a course withdrawal.

8. All faculty members are required to keep attendance records during the official add/drop period. Student absences may have a deleterious effect on the student's grades or continuing eligibility for financial assistance. Students whose attendance becomes unsatisfactory to the extent of adversely affecting their course performance may incur academic penalties as applied by the faculty member.

9. Attendance is taken during the add/drop period in every course offered in every location at Saint Leo University. Attendance is taken for the purpose of establishing a student's enrollment in a specific course so that Title IV funds may be disbursed to the student. No Title IV funds are given to a student who has not attended class during the add/drop period. Students who do not attend at least one meeting of the course during the add/drop period will have their registration for that course canceled and the record of their registration in that course deleted. A deleted record due to a student's failure to attend the class during the add/drop period may have an adverse effect on the student's financial aid.

10. In the case of absences caused by University-sponsored activities, students are allowed to make up such portions of work missed, including examinations, as the faculty member deems necessary. **Students are expected to make necessary arrangements before the planned absence from class and are responsible for all material covered during their absence.**

# Attendance Policy for Student-Athletes

Student-athletes are excused from classes when representing the University in an official athletic contest. Student-athletes cannot be penalized and will be allowed to make up any and all work missed due to representing the University; however, student-athletes are expected to make necessary arrangements beforehand and are responsible for all material covered during their absence.

For a home contest, student-athletes will be excused no more than 2 hours prior to the start of the contest. Student-athletes may not miss class for practices, scrimmages, or non-championship segment contests with the exception of golf, tennis, and cross country.

# Notification of Missed Class

It will be the responsibility of the head coach or his or her designee of each sport to notify the student-athlete's professors, via e-mail, **one week in advance** of the missed class. The e-mail will be titled "Student-Athlete Absence" and include the following: date, departure time, return date, and travel roster. If there is any adjustment to a travel roster, the coach will notify the professors before departing. The coach will copy the student-athlete on the e-mails. It will still be the responsibility of the student-athlete to meet with the professor prior to the absence and turn in all required work and reschedule any missed assignments.

# Classification of Undergraduate Students

Students are classified according to the number of credits earned. Listed below are the requirements for the respective classifications:

**Freshman**—a student with fewer than 30 earned credits.
**Sophomore**—a student with at least 30 and fewer than 60 earned credits.
**Junior**—a student with at least 60 and fewer than 90 earned credits.
**Senior**—a student with at least 90 earned credits.
**Special**—a non-degree-seeking student.

# Grading for Certificate, Associate, and Bachelor Degree Courses

|     |                    | Quality Points Per Credit Hour |
| --- | ------------------ | --- |
| A   | Exceptional        | 4.00 |
| A-  | Superior           | 3.67 |
| B+  | Excellent          | 3.33 |
| B   | Very Good          | 3.00 |
| B-  | Good               | 2.67 |
| C+  | Above Average      | 2.33 |
| C   | Average            | 2.00 |
| C-  | Below Average      | 1.67 |
| D+  | Marginal           | 1.33 |
| D   | Poor               | 1.00 |
| F   | Failure            | 0.00 |
| FA* | Failure Absences   | 0.00 |
| I   | Incomplete         | 0.00 |
| P   | Pass               | 0.00 |
| W   | Withdrawn          | 0.00 |
| WE**| Withdrawn Excused  | 0.00 |
| AU  | Audit              | 0.00 |

*The FA grade is issued to students who did not complete the course, did not officially withdraw, and failed to participate in course activities through the end of the enrollment period. The FA grade earns no credit and counts in the same manner as an F in tabulating the student grade point average.

**Given due to extended temporary duty assignment of active-duty students at Education Centers located on military bases only. A copy of official TDY orders must accompany the request for WE and the tuition paid in full by Tuition Assistance funding.

# Standard Undergraduate Grading Scale

In order to provide consistent grading standards, all undergraduate sections will follow a standard grading scale. A grading scale is used to translate letter grades into point values, and vice versa, when calculating final grades.

A   94-100%

A-  90-93%

B+ 87-89%

B   84-86%

B-  80-83%

C+ 77-79%

C   74-76%

C-  70-73%

D+ 67-69%

D   60-66%

F   <60%

This standard grading scale helps in maintaining the highest standard while at the same time preserving the autonomy of the professor in evaluating and assigning grades. The standard scale does not take away the faculty ability to assign grades as they determine. How the instructor arrives at the grade or average and weights assignments is up to the individual professor.

# Incomplete Work

When a student is doing satisfactory work and has completed a majority of the work but has been unable to complete the required work and the reasons given are acceptable to the faculty member, a grade of incomplete (I) is given.

An incomplete (I) is agreed upon between the student and the faculty member. When a grade of incomplete (I) is assigned, there will be no penalty for lateness. Incomplete work is counted as a failure (F) if the work is not made up by the deadline the instructor has assigned, but in no event later than the end of the following semester or term.

An incomplete grade (I), once completed, will reflect the same term date the course was originally taken; however, degree conferral date will be determined by the actual date that the incomplete coursework was completed.

# Repeated Courses

Students are encouraged to repeat all failed courses in order to raise their cumulative grade point average. Students are permitted to repeat any other course that they wish in order to earn a higher grade than originally earned.

Veterans receiving VA educational training benefits can repeat a grade of F only in a course that is required to fulfill degree requirements. Prior VA approval is not required. No other grades may be repeated without prior VA approval.

**Previously passed courses repeated more than one time do not count toward enrollment when determining financial aid eligibility.**

**The following policies apply to repeated courses, including those taken at other institutions:**

**Duplication of Credit at the Time of Initial Evaluation.** If a student completed a course at another institution that is directly equivalent to a Saint Leo University course he or she has already completed with a passing grade, the student receives no transfer credit. The course will not be listed on the transcript.

**Duplication of Credit after Initial Evaluation.** If a student receives credit for a course taken at another institution and subsequently completes the equivalent course at Saint Leo University with a passing grade, the earned hours granted for the transferred course will be removed, resulting in a decrease in the cumulative hours. The grade listed for the transferred course will not be removed from the transcript.

**Repeat of a Failed Course.** If a student fails a course at Saint Leo University and subsequently repeats the same course with a passing grade, the attempted hours are removed from the first attempt, but the F grade remains on the transcript. The attempted hours and quality points for the second attempt are applied toward the student's cumulative totals, with a resulting increase in the student's grade point average.

**Repeat of a Course in Which a D or Higher Was Earned.** If a student completes a course at Saint Leo University with a D or higher grade and subsequently repeats the same course with a higher grade, the attempted hours, earned hours, and quality points are removed from the first attempt, but the original grade earned remains listed on the transcript. The attempted hours and quality points for the second attempt are applied toward the student's cumulative totals, with a resulting increase in the grade point average.

**Failure of a Course That Is Subsequently Deleted from the Catalog.** If a student fails a course at Saint Leo University that is deleted from the University Catalog before the student repeats it with a passing grade, the student's academic advisor may submit a request to the Registrar requesting approval for a substitute course to be treated as the course failed for the purposes of the repeat.

**Repeat of a Course Failed at Saint Leo University and retaken at another institution.** If a student fails a course at Saint Leo University and subsequently repeats the equivalent course at another institution with a passing grade, the attempted hours are removed from the Saint Leo course, but the F remains listed on the transcript. The appropriate number of earned hours is granted for the transferred course. However, no quality points are awarded for the transferred course. The removal of the attempted hours on the original failed course increases the student's overall grade point average. Generally, it is recommended that failed courses be repeated at Saint Leo University. However, the student's academic advisor may approve the completion of the course at another institution.

# Academic Sanctions Policy for All Undergraduate Students

In order to continue in good standing, a student must maintain a minimum grade point average of 2.0. The system of academic sanctions is designed to identify and help, as well as warn, those students who are in danger of not qualifying for degrees at the end of their senior year.

The University reserves the right to require remedial action on behalf of students who are placed on academic warning or probation or are sanctioned due to a violation of the Academic Honor Code. Such action may include, but is not limited to, requiring students to repeat failed courses and receive a grade of C or higher, take a reduced course load, attend monitored study assistance programs, accept tutoring, change their program of study, or lose their eligibility to participate in intercollegiate athletics. The Academic Standards Committee sets these regulations and conditions.

Academic sanctions contained herein conform to NCAA eligibility standards. Members of varsity sports programs and students receiving financial aid must inform themselves of additional eligibility requirements of these programs.

117

# Academic Honesty Violations

(See also "Academic Honor Code ")

1. The sanction for a first violation of the Academic Honor Code could range from zero on the assignment to dismissal from the university, depending on the nature of the violation, but the usual sanction is failure of the course.
2. The minimum sanction for a subsequent offense is an F in the course, but the usual sanction is suspension or dismissal of the student from Saint Leo University.

No provision will be made for the student to receive a W.

# Academic Sanctions

Sanctions are issued annually for University Campus students. Education Center students will be reviewed for academic sanctions after they have 12 attempted hours at Saint Leo University. Academic sanctions are issued as follows:

| 12-30 hours attempted | GPA |
| --- | --- |
| Warning | 1.80-1.99 |
| Probation | 1.50-1.79 |
| Suspension | Below 1.50 |

| 31-59 hours attempted | GPA |
| --- | --- |
| Warning | 1.90-1.99 |
| Probation | 1.70-1.89 |
| Suspension | Below 1.70 |

| 60-89 hours attempted | GPA |
| --- | --- |
| Probation | 1.90-1.99 |
| Suspension | Below 1.90 |

| 90 plus hours attempted | GPA |
| --- | --- |
| Suspension | Below 2.00 |

# Academic Warning

Students who are placed on academic warning are encouraged to meet with their academic advisor to develop a plan to avoid further academic sanctions.

## Academic Probation

Students who are on academic probation cannot hold or run for an office; cannot participate in selected activities; cannot pledge a Greek organization; cannot be a candidate for any kind of honor, including participation in the graduation ceremony; must repeat failed courses in the next term or semester offered, receiving a grade of C or higher; and possibly take a reduced course load, attend monitored study assistance programs, accept tutoring, or change their program of study. Students who are on academic probation are also ineligible to participate in intercollegiate athletics. Students on academic probation must register for classes with their advisor.

## Academic Suspension

Students whose cumulative grade point averages are deficient for their academic levels are subject to academic suspension. The criteria for determining academic suspension are (1) semester hours attempted at Saint Leo University and (2) student classification, based on total earned hours, including hours in residence and hours in transfer.

## Appeals

Students have the right to appeal academic suspensions. If students wish to appeal for immediate reinstatement, they must do so within two weeks of the official notification by the University. A successful appeal lifts suspension, but students are placed on academic probation.

For University College students, appeals from academic suspensions must be made in writing to the Registrar within 10 days of receipt of the suspension notice. Education Center students should appeal to their Center Director. Online Learning Center students should appeal to the Associate Vice President of Enrollment and Support Services or their designee.

The petition must include students' personal assessments regarding the factors that led to their suspension and what they would do positively to alter their academic status. The Center Director, with their recommendations, will submit the appeal to the Division for Academic Affairs. The Division for Academic Affairs will render a final, non-appealable decision.

## Reinstatement

Students suspended from Saint Leo University may apply for readmission after one year. The petition for reinstatement must be submitted to the Registrar at least one month before the intended date of reentry to the University for University College students. Education Center students petition through their Center Director. Online Learning students petition through the Associate Vice President of Undergraduate Admissions and Academic Advising. The petition must include students' personal assessments regarding the factors that led to their suspension and what they would do positively to alter their academic status. Fulfilling these conditions does not guarantee reinstatement, and a student who is reinstated remains on academic probation.

The Division for Academic Affairs determines whether to deny or grant a request for reinstatement and determines the conditions of reinstatement. Conditions for reinstatement of housing may be specified by the Associate Vice President of Enrollment and Support Services or their designee.

## Veterans Benefits and Academic Progress

The law requires that educational assistance benefits to veterans and other eligible persons be discontinued when the student ceases to make satisfactory progress toward completion of his or her training objective. Accredited schools are required by law to have and enforce standards of progress for their programs to be approved for VA benefits. These standards are stated under the Academic Sanctions Policy.

## Academic Dismissal

Undergraduate students whose academic standings are very poor will be academically dismissed if, in the judgment of the Division for Academic Affairs, improvement of their grade point average to 2.00 is unlikely. Dismissal is permanent termination of student status from Saint Leo University. Students who have been dismissed may not be readmitted to the institution under any circumstances.

## Academic Term

The University operates under the following academic terms:

- For University College, the academic terms follow the traditional 15-week semester term for fall and spring.

- For Education Center students, the academic term is six 8- week terms, with the exception of the Education program offered at our Gainesville, Lake City, Madison, Northeast Florida, Ocala, Tampa, Spring Hill, East Pasco and Weekend/Evening locations, which follow the traditional 15-week semester term for fall, spring, and summer.

- For the Online Learning Center, there are six 8-week terms per year, with the exception of select Education programs which follow the traditional 15-week semester term

## Academic Advising

Each first-time freshman student is assigned an academic advisor who assists the student in selecting courses, learning about the resources available to assist the student in his or her studies, and selecting a major that meets the student's interests and needs. Freshman advisors assist students in the following:

- Assessing and responding to the personal and social issues associated with adjustment to University life
- Developing an appreciation for and a constructive orientation toward the character and rigors of academic work
- Accessing and using academic student support services
- Understanding and using academic assessment results
- Becoming familiar with academic and student life policies and procedures
- Exploring career options and interests, in conjunction with the Career Planning Department
- Making informed decisions concerning their academic program and course schedules

All degree-seeking transfer students are provided with a formal evaluation recognizing transfer of credit and specifying associate's degree requirements. When a student declares an associate or baccalaureate degree major, the University prepares a degree audit specifying the degree requirements. Every student is assigned to an academic advisor who is responsible for working with the student to plan a program of study. Advisors work closely with students, but students remain responsible for meeting all of the graduation requirements.

## Registration

During each academic term, continuing students are expected to meet with their advisors to select courses and register for the next semester or term. In some cases, time is set aside to enable students to plan schedules effectively and to provide students with intensive personalized advising. All new students, except those matriculating through Education Centers or the Online Learning Center, register during orientation periods.

The University provides Internet online registration services through the eLion system. Students will receive a login and password to the eLion system and are also provided an e-mail account that will be the formal mode of communication between the University and the student.

The University offers degree programs on its University Campus, externally through Education Centers, and online through the Online Learning Center. Students enrolled in any one of these degree programs may formally request permission to enroll in courses in either of the other degree programs. The request should be directed to an academic advisor in the degree program in which the student is enrolled. Enrollment across programs may affect tuition.

The University reserves the right to cancel a course for which there are insufficient enrollments. Students will be notified via e-mail or telephone, and any tuition and fees paid for a course that has been canceled will be refunded if the student does not register in a replacement course.

At education centers with 15 week semesters, a full-time course load is four courses (12 credit hours) per semester. At education centers with 8 week terms, a full-time course load is two courses (6 credit hours) per term.

# Course Challenge Examination

Full-time students with a cumulative grade point average of at least 2.50 may seek to earn credit for a course through examination. Permission to take an examination is granted by the Dean in the school in which the course is taught. The student will be charged the usual tuition rate for the course in addition to an eighty-dollar administration fee, which must be paid in advance and is nonrefundable.

To receive credit, the student must achieve a grade of C or above on the course challenge exam. If the student does not achieve a grade of C or above, no entry will be made on the permanent transcript record and no tuition will be charged.

# Gordon Rule

Saint Leo University actively promotes writing across the curriculum. Consequently, its students fulfill the requirements of the state of Florida's Gordon Rule. The following courses fulfill the Gordon Rule: ENG 121, ENG 122, ENG 210CL , ENG 215CL , ENG 220CL , AND ENG 225CL .

# Directed Study

We believe that traditional students learn best in regular classroom settings where a group of students and a faculty member engage in interactive dialogue. The classroom serves as a small learning community that encourages students to expand their own perspectives. This is particularly true in some courses, such as the senior seminar or capstone course. In some cases, however, it is appropriate to deliver a course as a directed study. In these cases, the student will meet with the faculty member on an individual basis, usually once a week, to complete the course requirements.

A request from a student for directed study is approved by the School Dean only when resources are available to accommodate the request. Generally, students pursuing directed studies meet the following criteria:

- The student is in his or her last term of three or fewer courses, and a required course is not being offered in that term at an accessible Saint Leo University location.

- The student is enrolled in his or her last term of three or fewer courses, and a scheduled required course is canceled because of inadequate enrollments.
- The student has a physical disability that prevents him or her from attending a required course held in an inaccessible classroom, and the class cannot be moved to an accessible classroom.

The faculty member develops a course that parallels an already existing course in the catalog. The faculty member shall assess student learning using the same standards for grading and assessment as are used in a classroom course. The course is recorded by title followed by the initials DS. Students using VA benefits or some other types of financial aid may not receive full benefits or aid for courses with a DS designation.

# Outcomes Assessment

In keeping with the University's commitment to program improvement, and in accordance with the criteria regarding institutional effectiveness established by the University's accrediting agency, the Southern Association of Colleges and Schools, the University has established several measures to assess its effectiveness in meeting its stated educational goals.

# Dean's List

The Dean's List is issued at the end of January, May, and August. Those students who have earned at least 12 new credits with a term grade point average of 3.65 or higher are recognized by placement on the Dean's List. Passing grades are excluded from the calculation.

# Graduation with Honors

Each year, academic honors (Latin Praise) are awarded upon graduation to students who have demonstrated high academic achievement, measured by their cumulative grade point averages:

Summa cum laude 3.95 and above

Magna cum laude  3.85 and above

Cum laude        3.65 and above

These awards are based on what standards are in effect at the point of graduation and not based on catalog year of matriculation.

Students must have a minimum of 30 hours of academic credit at Saint Leo University to be eligible to be graduated with academic honors. Grades transferred from another institution are not included in cumulative grade point averages.

Although honors designations in the commencement program are based on the cumulative grade point average earned at the end of the prior term/semester as notified in commencement instructions, final honors calculations are based on all graded Saint Leo University courses taken to fulfill bachelor's degree requirements. Honors are not awarded for the associate of arts degree or for graduate degrees.

# Section 2:  Admissions Policies and Procedures

Saint Leo University is committed to policies that ensure there is no discrimination on the basis of age, gender, race, color, creed, religion, national origin, or disability. The University prohibits discrimination on the basis of disability in admission or access to its educational programs and associated activities.

Students with disabilities requiring special services should identify themselves and their needs to the Office of Accessibility Services, Office of Admissions, Education Center, or Graduate Studies Office as soon as possible after receiving notification of their admission to the University.

Students interested in attending Saint Leo University's traditional, residential undergraduate areas of study should refer to the section outlining admission information for University College.

Students interested in attending Saint Leo University at one of our regional Education Centers should refer to the section outlining those procedures.

Students interested in attending Saint Leo University by taking their entire classwork online through the Online Learning Center should refer to the section outlining those procedures.

# Transfer Credit Policies

Students are classified as transfer students if they have previously registered at any other college or university as a matriculated student, regardless of the amount of time spent in attendance or credit earned. To receive individualized information regarding the evaluation of transfer credits, students must first apply for admission and submit the application fee.

The Registrar's Office is responsible for the awarding of transfer credit and completes course-by-course transfer credit evaluations for all new transfer students. All students are provided with a formal evaluation recognizing transfer of credit, if applicable.  When a student declares a degree program, the University prepares a Program Evaluation specifying the degree requirements needed to fulfill that degree program.

Upon completion of the Registrar's evaluation, students will have access to their Program Evaluation and a Transfer Equivalency Report online via the Saint Leo Portal and eLion. The Transfer Equivalency Report shows all transfer work and non-coursework credit accepted from each school or organization.   The Program Evaluation shows the specific degree requirements needed, what transfer work is applied, and courses left for degree completion.

Students have 7 years to complete the degree requirements for an associate or bachelor degree and 5 years for a graduate degree in effect in the catalog year they matriculated under.

The University does not provide an official Saint Leo University transcript of transfer credit until successful completion of at least one course at Saint Leo University. A student must be currently enrolled or have completed 30 credit hours at Saint Leo University in order to continue to have transfer credit from other regionally accredited institutions added to his or her Saint Leo University transcript. No quality points are awarded for transfer credit.

Saint Leo University is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools (1866 Southern Lane, Decatur, Georgia 30033-4097; telephone 404/679-4501) to award the associate's, bachelor's, master's, specialist's, and doctoral degrees. Saint Leo credits should transfer to other regionally and nationally accredited institutions, but the final decision on acceptance of transfer credits and degrees earned at Saint Leo will be determined by the receiving institution.

# Traditional Transfer Credit

Saint Leo University recognizes transfer credit from regionally accredited institutions. Non-regionally accredited coursework may be considered on a case-by-case basis. Transfer credit is assessed on the educational quality of the learning experience; the comparability of the nature, content, and level of the learning experience; and the applicability of the learning experience in light of the student's educational goals.

Credit earned more than 10 years prior to the date of application to Saint Leo University is subject to review when the transfer evaluation is done and may not be applicable to a current degree program.

The maximum number of credits that can be transferred and accepted from community or junior colleges by Saint Leo University is 64 hours.

Credit will be granted only for courses in which the student received a D or higher at a regionally accredited postsecondary institution.

The associate of arts degree holder may earn a bachelor's degree by electing one of Saint Leo University's majors, satisfying all degree requirements, and completing a minimum of 25 percent of the total required credit at Saint Leo University, half of which must be in the major.

Students who transfer to the University are not expected to complete the entire University Exploration (general education) courses for we recognize that other colleges and universities have legitimate alternative means of providing students with a basis in the liberal arts. Students transferring to Saint Leo University with an associate of arts degree in liberal arts will have University Explorations requirements met with the exception of the University Exploration Foundation courses and a religion course.

Students who hold a bachelor's degree from a regionally accredited college or university will be considered to have satisfied all University Exploration (general education) requirements except a religion course for a degree from Saint Leo University. Such students may earn a bachelor's degree by electing one of Saint Leo University's majors, satisfying all degree requirements, and completing a minimum of a minimum of 25 percent of the total required credit at Saint Leo University, half of which must be in the major.

No quality points are awarded for transfer credit.

Permission to enroll in courses at another institution of higher education will be granted to students only in one of the following situations: (a) if the course the student wishes to take is not offered by Saint Leo University, (b) if the student is in senior status and is required to take a particular course for graduation that is not scheduled to be offered during that student's senior year, or (c) if the student has met residency requirements but no longer has access to a Saint Leo University Center. Prior approval to take courses elsewhere must be sought by the student in order to ensure that the course credits will be acceptable to the University and, where appropriate, would be applicable to the student's degree requirements. The student must meet with his or her academic Dean, Regional Education Center Director, or OL Director, as appropriate, to request such an approval. Upon completion of a course taken elsewhere, the student must have an official transcript forwarded from the other institution to his or her Center at Saint Leo University.

# Nontraditional Transfer Credit

Saint Leo University recognizes nontraditional transfer credit earned or validated through the methods listed below.

## Military Service Courses and Training

Credit for military courses and training may be granted, based on formal evaluation by the Registrar and credit recommendations in the guides to the evaluation of military credit published by the American Council on Education (ACE). The maximum limit upon this category of transcript credit is 39 semester hours.  In addition to the University's Program Evaluation/Degree Audit, a Student Agreement (SA) is also completed, which shows previous college courses, nontraditional learning, MOS and military training courses, and national exams.

## Criminal Justice Training Experience

Elective course credit for training may be awarded based upon individual evaluations of official criminal justice training certificates and/or transcripts. A total of 15 elective credits may be awarded for the Basic Police and/or Corrections Academy training where that training has received State approval. The Basic Police and/or Corrections

Academy training will be calculated in the following manner: 1 to 200 training hours may be considered for 3 elective credit hours, 200 to 400 training hours may be considered for up to 6 elective credit hours, and 400 or more training hours may be considered for a maximum of 15 elective credit hours. Basic Police and/or Corrections Academy training hours cannot be used for anything other than elective credit.

Additional elective credit may be awarded for other criminal justice training. This elective training is calculated in the following format: For every 100 hours of criminal justice documented training, submitted simultaneously, 3 elective credit hours may be awarded up to a maximum of 6 elective credit hours. In order to receive consideration for elective credit, students must submit a copy of the training certificate with the number of hours clearly identified by the training institution or an official transcript from a Regionally Accredited Educational Institution to their academic advisor and complete the necessary documentation for submission. No in-service or mandatory re-training hours will be accepted for elective credit. Any certificate without the documented training hours will not be considered.

A maximum of 21 elective credit hours may be awarded.

# Non-collegiate Sponsored Instruction

The University recognizes credit recommendations established by the American Council on Education and published in *The National Guide to Educational Credit for Training Programs*. Credit is also recognized from the National College Credit Recommendation Service (NCCRS). A maximum of 33 hours may be awarded.

# Online Prior Learning Assessment Course for Undergraduates

**Prior Learning** is a term used by educators to describe learning acquired outside a traditional academic environment. This may have been through work experience, employer training programs, military training and experience, independent study, non-credit courses, volunteer or community service, and so on.

**What is Prior Learning Assessment (PLA)?**
Prior Learning Assessment (PLA) describes the evaluation of an individual's learning for college credit, certification, or advance standing toward further education or training. The Council for Adult and Experiential Learning (CAEL) defines PLA as follows: "The recognition of learning gained from experiences that may be granted credit or otherwise certified. The assessment of learning attained through experiences irrespective of the time and place in which they occurred" (Fiddler, Marienau, & Whitaker, 2010, p. 12).
Fiddler, M. Marienau, C., & Whitaker, U. (2010). Assessing learning: Standards, principles, and procedures (2nd ed.), Chicago, IL: The Council for Adult and Experiential Learning.

In order to apply for experiential learning credits, students must enroll in the Prior Learning Assessment course that is offered each term in order to learn how and what to submit for review and consideration to receive Prior Learning credits. Faculty from colleges and universities across the country in each content area will evaluate prior learning portfolios and recommend credit awards. These recommendations will be recorded on a National College Credit Recommendation Service (NCCRS) transcript.

**The maximum number of credits** for experiential learning which may be awarded to a student is 15 credits. Some types of experiential learning for which credit will be awarded include: Management and Computer Information Systems experiential learning gained through certificate programs or self-taught learning. Learners successfully completing the Prior Learning Theory and Practice course will receive 3 elective credits.

**Fees**

**PLA 100 Prior Learning Theory and Practice**
Tuition for PLA 100 is $750. This can be covered through Financial Aid, if eligible.

**Portfolio Evaluation**
An additional $125 will be charged directly to the student for portfolio review and evaluation of up to 12 credits. For more information about the Prior Learning Assessment course and program offered by the Council for Adult and Experiential Learning (CAEL), please contact your Academic Advisor. Your Academic Advisor will be able to enroll you in this course.

# Standardized Examinations

The University recognizes the following standardized examinations at the credit levels recommended by the respective testing services:

- Excelsior College Examinations (formerly ACT PEP: Regents)
- College Level Examination Program (CLEP) general examinations and specific subtests. Up to 40 credits may be earned through the general examinations.
- Advanced Placement Exams
  - o  Information on CLEP or Advanced Placement Exams may be obtained by contacting www.collegeboard.org.
- Defense Activity for Non-Traditional Education Support (DANTES). Information on DANTES may be obtained by contacting www.getcollegecredit.com.

In most cases, transfer credit is granted in accordance with scores recommended by the American Council of Education. However, there are specific exceptions in which the University requires a higher score than the recommended score in order to fulfill degree requirements. Students should meet with their academic advisor prior to taking any standardized tests.

The maximum limit on standardized examination transfer credit is 40 semester hours. All such credit will be listed on the student's transcript and will not be removed once it has been added to the transcript.

# Transferability Guidelines

Advanced Placement Exam
CLEP Standardized Tests
DANTES Subject Standardized Tests

# International Students

Saint Leo University accepts international students in all programs except for those offered at Education Centers located at military installations. Interested applicants should refer to "International Student Admission Policies".

# Special/Transient Students

The University is prepared to enroll a limited number of students who wish to take selected courses for credit but who do not wish to study for a degree. These students must complete a short application, which can be obtained from the Admissions Office at University Campus or from the Education Center where they wish to attend. Special/transient students need not provide transcripts from previous institutions except in cases where the course(s) the student wishes to take require prerequisites. In that case, a transcript showing successful completion of the prerequisite courses at a regionally accredited postsecondary institution must be submitted. Veterans eligible for VA educational training benefits must be in a degree-seeking status in order to be certified for VA benefits.

A special student is subject to the same academic regulations and discipline as other students. Application for degree-seeking status should be made upon completion of 12 semester hours at Saint Leo University.

# Appeal of Admission Decision

Applicants denied admission to Saint Leo University may appeal the decision by filing a written request for review to the Assistant Vice President for Enrollment within 30 days of the decision. The applicant may submit additional documentation, which will be reviewed along with all previously submitted credentials. The applicant will be informed of the decision within 30 days of the receipt of the request for review.

# Readmission Policy

If it has been more than five years since your last registration at Saint Leo University, you must be readmitted. You will NOT be required to pay an application fee.  For further information on the Department of Education's policy on re-admission for service members, please see www2.ed.gov/policy/highered/guid/readmission.html.

# Student Financial Assistance

Saint Leo University awards institutional, federal, and various state financial aid to eligible students who are enrolled in a degree program and attending at least half time.

Financial aid is any form of assistance that helps to pay college education expenses. Scholarships, grants, loans, and student employment programs are all classified as financial aid. Scholarships are awards based on academic achievement, personal accomplishment, or community service. Scholarships do not require repayment. Grants are awards based on financial need and also do not require repayment. Student employment programs provide part-time employment opportunities to students. Loans are funds borrowed to help pay educational costs and do require repayment of principal and interest after a student is no longer enrolled at least half time.

The upcoming sections describe the various types of available financial assistance, followed by the procedures used to apply for them. It should be noted that the information in the catalog is not all inclusive. It is the student's responsibility to review all of the relevant information on the Financial Aid web section at www.saintleo.edu/finaid for detailed information.

# Federal Financial Aid Sources

- **Direct Loan Program.** All eligible students may receive a Direct Unsubsidized Loan regardless of financial need. Interest accrues on unsubsidized loans while a student is enrolled in school and during grace periods. When a borrower of any Direct Loan ceases to be enrolled on at least a half-time basis, a six-month grace period begins; then the loan goes into repayment on principal and interest.

- **Graduate PLUS Loan.** To help meet educational expenses, graduate students may borrow through the Federal Graduate PLUS Loan. This is a low-interest, long-term loan that is approved based on creditworthiness. Graduate students may borrow up to the difference between educational costs and the student's financial aid.

# Institutional Scholarship and Grant Aid

A Free Application for Federal Student Aid (FAFSA) must be filed annually to receive any of these awards:

- **Saint Leo Endowed Scholarships and Donor Scholarships.** Saint Leo is fortunate to offer scholarships made possible through the generosity of various donors. These scholarships are awarded by the Financial Aid Office based on specified criteria. Students receiving endowed scholarships are requested to acknowledge this assistance by communicating appreciation to the donor. Endowed and donor scholarships may be used to replace previously awarded Saint Leo grant funds.

- **Saint Leo Merit and Other Institutional Scholarships and Grants.** Saint Leo extends scholarship and grant aid to students who meet specific criteria on the basis of academic merit, leadership, or other accomplishments. Students who are awarded institutional aid of any kind must maintain full-time academic status (12 credit hour minimum per semester) and meet standards of satisfactory academic progress in order to remain eligible to maintain any aid deemed renewable.

## Additional Sources

- **State Scholarships.** Applicants who are not Florida residents should check with their state scholarship agency regarding their eligibility for state aid.
- **Alternative Loans.** The Financial Aid Office encourages all students eligible for federal loans to maximize their eligibility before borrowing any alternative loans. However, if you must borrow an alternative loan, we recommend that you review many alternative loan lenders and research their policies and loan terms to decide which lender is best for you. Students interested in comparing private loans are encouraged to visit Saint Leo University's FASTChoice web tool to view a list of preferred lenders (www.saintleo.edu/privateloans). FASTChoice is not a lender; it is an independent, online loan comparison program. This interactive program provides loan counseling and basic information about borrowing for students interested in private lender options. Students can apply online for loans directly from this site. Students are free to select any lender they choose, including those not presented through FASTChoice.

## Financial Aid for International Students

Institutional financial aid for international students is limited. Academic scholarships are available to international students on the basis of academic qualifications and will be determined at the time that the student's application for admission is reviewed.

Generally, international students must show evidence of ability to pay all direct and indirect costs of attendance. Indirect costs include expenses not covered by tuition, including room/board, books, fee charges, travel, personal living expenses, and living expenses when school is not in session and the student is unable to return home. United States immigration law requires non-U.S. citizens who are not permanent residents to submit a Declaration and Certification of Finances form as proof that assets are available to cover all costs of attendance.

Educational loans are available to international students through a variety of lending institutions. Virtually all require the signature of a U.S. co-signer. For more information, call, write, or e-mail the Financial Aid Office.

**Note:** Financial aid (including scholarships) for U.S. citizens living overseas will be determined as for other U.S. citizens, that is, by academic qualifications and the results of the Free Application for Federal Student Aid (FAFSA).

## How Financial Aid Awards and Amounts Are Determined

Financial aid is awarded on the basis of financial need, program requirements, and fund availability. Financial need is calculated using the Free Application for Federal Student Aid (FAFSA). Using the income and asset information reported, a measurement of the family's financial strength is calculated. This calculation is the estimated family contribution (EFC). The estimated family contribution is subtracted from the cost of education to determine the student's financial need. The cost of education is made up of direct and indirect costs. Direct costs include tuition and fees. Indirect costs include estimates for books, transportation, and personal and miscellaneous costs.

# Financial Aid Application Process

Complete instructions are also available at www.saintleo.edu/finaid - click "The Financial Aid Process and How to Apply" link.

*New University Campus Students:*

1. Apply for admission. Admission to the University is required in order to receive a financial aid award. Also, students must also be enrolled in a degree-seeking program in order to receive financial aid.

*All Students:*

1. Apply for financial aid each year after October 1 at the FAFSA website (www.fafsa.ed.gov). Filing for federal aid is free—it is unnecessary to pay for assistance with filing the FAFSA. Accurate income tax information should be used and is accessible on the FAFSA website through the IRS data retrieval tool.

   Apply early! Financial aid funds are limited. Filing your FAFSA after October 1 but before January 1 increases the opportunity to receive scholarships and grant funds. The FAFSA can be filed before official admission notification. Filing for financial aid does not affect admission to the University. Estimated tax information is acceptable. Financial aid advisors are available to assist in the completion of the FAFSA.

*Contacting the Student Financial Services Office:*

By phone: 800/240-7658
By e-mail: sfs@saintleo.edu

Students can "sign" the Free Application for Federal Student Aid (FAFSA) electronically by requesting a FSA ID at the FAFSA website.

- The an FSA ID will be sent to the student, usually within 24-48 hours, depending on whether the PIN is sent electronically or via mail.
- Use 2016 tax information for the 2017-2018 year.
- Use 001526 on the FAFSA as the Saint Leo Federal School ID.

After the FAFSA is submitted, the applicant will receive a Student Aid Report or SAR. The applicant should review the SAR for accuracy. Corrections can be made online at www.fafsa.ed.gov or by calling the Department of Education at (800) 433-3243. The SAR will indicate if the student has been selected for "verification" by CPS. The student will be notified via email of what documentation is required to complete verification. Additional information is located at www.saintleo.edu/verification.

Generally, financial aid cannot be awarded or disbursed after the end of the award year; therefore, timely submission of requested documents is imperative.

New University Campus Students:  All required documentation must be submitted prior to the last two weeks of your first term/semester. If you fail to submit the required documentation prior to the deadline, your financial aid package will be canceled and may result in a balance owed to the University.  Any balance owed must be paid in full prior to subsequent registration, transcript release, or graduation.

All Students: All required documents must be submitted prior to the last two weeks of your first term/semester. If you fail to submit the required documents prior to the deadline, you may not be eligible for financial aid.

After the SAR has been received and reviewed by the Student Financial Services Office, eligible students will receive an award package. A student's award package is available for viewing via eLion.

The award package indicates what aid the student may receive if all requirements are met. Requirements to receive aid include the following:

**Enrollment:** All financial aid requires enrollment. Pell and FSEOG grants are adjusted according to enrollment. Both grants requires at least half-time enrollment.

**Eligibility:** Any changes in eligibility may result in a reduction or elimination of award. To receive financial aid, a student must meet fundamental eligibility requirements:

- be a citizen of the United States or permanent resident for federal and state funds
- be enrolled as a degree-seeking student
- be making satisfactory progress toward a degree
- be registered with the Selective Service, if required
- be a high school graduate or possess a high school equivalency
- not be in default on a federal student loan*
- not owe a repayment on a federal grant*
- not have exceeded the annual or aggregate federal loan limits

*The National Student Loan Data System (NSLDS) must indicate that a student is not in default or owe a repayment of a federal grant before Saint Leo will award and/or disburse any federal or state funds to the student.

**Fund availability:** Funding may change during the course of the year because some funds, have a limited amount of funds available.

To apply for Direct loans:

Saint Leo University participates in the Direct Loan Program. To receive a Direct Loan, you must complete a master promissory note (MPN) and Entrance Counseling. Instructions for completing the MPN and Entrance Counseling can be found at www.studentaid.ed.gov

*Students who have already received a loan at Saint Leo:*

In order to accept the Direct loans offered on your award letter in estimated status, you must go to eLion at https://elion.saintleo.edu. Under the heading Financial Aid, click on Accept) My Financial Aid Awards.

**Deadlines:** There are federal, state, and other deadlines that must be met in order to receive financial aid. Student Aid Reports (SARs) must be received prior to the last day of attendance in order to be considered for eligibility. However, students should apply as early as possible, as applications are processed based on the current volume. Students applying for a student loan must accept the loan at least two weeks before the end of the requested loan period in order to be considered for eligibility.

# Disbursement of Funds

Financial aid is disbursed assuming all requirements are met, within 10 days of the beginning of the term (8 week class) for term based students and 10 days of the beginning of the semester for semester based students. Requirements can include verification completion, enrollment, and program specific requirements. A change in your status pertaining to any of these requirements can impact your eligibility for financial aid funds.

Financial aid is disbursed directly to a student's eLion account. The funds are used to pay tuition and required fees, along with room and board, if applicable. Refunds are issued within 14 days from the date a credit balance is created. Refunds are issued in one of three ways as selected by the student: bank ACH transfer, paper check, or BankMobile debit card.

This complete policy is located at www.saintleo.edu/finaid.

The Student Accounts Office is responsible for vouchering any financial aid funds in excess of tuition, fees, and other costs.

# Satisfactory Academic Progress (SAP)

All students receiving Federal Title IV financial aid, state aid or Saint Leo institutional aid must adhere to the university's published policy on satisfactory academic progress. The Higher Education Act as amended by Congress mandates that higher education institutions establish minimum standards of "satisfactory academic progress" for students receiving financial aid.

In order to maintain financial aid eligibility, recipients must meet all of the following SAP Policy requirements:

- Earn a minimum cumulative GPA (please see the policy for specifics)
- Successfully complete at least 67-percent of all attempted credit hours; and
- Complete program of study within the maximum timeframe of 150-percent

SAP is evaluated at the end of each academic semester or after each set of two 8-week linked terms when grades are posted. The evaluation normally occurs two weeks after the end of the semester/term. For full details regarding Saint Leo University's SAP policy, details concerning the requirements listed above, and the complete appeal process, visit www.saintleo.edu/sap.

# Withdrawal from the University

- In accordance with Federal Title IV regulations, federal financial aid is earned based upon the length of time that a student is enrolled. When a student withdraws from Saint Leo University before 60 percent of the term or semester has been completed, a portion of any federal loans or grants will be refunded to the federal aid program. This applies to students who withdraw, officially or unofficially, from all of their classes. The Federal Title IV refund regulations are separate and distinct from Saint Leo University tuition refund policies. For further information, please contact the Financial Aid Office.

# Other Financial Information

# Finance and Accounting Office Policies

1. The advance payment for each semester is nonrefundable unless the student becomes academically ineligible. After classes begin, laboratory and special fees are nonrefundable.
2. All regular charges are payable as billed.
3. Students eligible for VA educational benefits may, under special circumstances, arrange for a deferment of tuition payments. Such deferment may be granted for one term at a time. It is the responsibility of the student to fulfill financial obligations to the University. Failure to do so may result in the student not being allowed to register in a subsequent term. Further information may be obtained from the University VA-certifying officials at University Campus or a regional Education Center.
4. Grants and loans administered by the University are credited to the student's account in an amount prorated by semester or term.
5. **Outside scholarships:** A student receiving an outside scholarship or other type of monetary award must present written evidence of the amount and conditions of the award to the University's Student Financial Services Office. When the award is presented to the University, the Student Financial Services Office will credit that amount to the student's account. In certain cases these awards may be posted to the student's

131

account as "pending financial aid." If the award is not received by the University, it will be removed. In these cases the student is responsible for all charges.

6. Students on the Work Study Program are paid semi-monthly by payroll check for hours worked. A portion of a paycheck may be applied toward their tuition or fees; these funds are not automatically applied to student financial indebtedness.

7. For reasons of nonpayment, the Student Financial Services Office may at times place a student on financial hold. Financial hold could consist of prohibiting registration, campus housing, class attendance, meal plan privileges, and all other student privileges. No transcripts, diplomas, certificates of attendance, or certain other official documents will be released if a student has financial indebtedness to the University. If a student is put on financial hold, the student should immediately contact the Student Financial Services Office at (800) 240-7658.

8. **Errors:** The University reserves the right to adjust clerical or computational errors in the aid award.

9. **Unavailability of funds:** Awards are made subject to available funds. The University reserves the right to cancel or modify awards if funds are ultimately determined to be unavailable to the University.

# Questions Concerning Charges and Payments

All questions from Education Center students relating to charges and payments should be directed to the Education Center. Questions or concerns that cannot be resolved at the Education Center should be addressed to the Student Account Advising Department. All questions from Center for Online Learning students relating to charges and payments should be directed to the Student Account Advising Office.

# Financial Responsibility

The University will not release transcripts, diplomas, certificates of attendance, or certain other official documents if a student has financial indebtedness. The balance on the student account must be zero for the student to be permitted the privilege of participating in Commencement and Baccalaureate exercises.

By enrolling in and attending University courses, students acknowledge and agree that they are responsible for all charges incurred as a result of their matriculation and enrollment in the University. This includes late charges, collection agency costs, and attorney's fees imposed on delinquent student accounts. In many instances, some of the charges may be settled by a student's sponsor, employer, or other interested party; however, the student is ultimately responsible for his or her account.

# Late Fees

Unpaid balances are subject to a late fee of 1-percent monthly (12-percent annually).  Late fees are assessed 60 days after term start.

# Past-Due Accounts

When a student leaves the University owing money, his or her receivable balance is placed in collection status. These accounts may be assigned to an external collection agency after 90 days past due. Transcripts and diplomas will not be released until the account balance is zero.

# Personal Property

The University is not responsible for loss or for damage to the personal property of students. In some cases, a homeowner's insurance policy carried by a parent/guardian may provide coverage for this purpose or can be extended to cover the student's personal belongings while living in the residence halls. Students are encouraged to examine their current policy or to secure personal property/rental insurance. Students are also encouraged to establish bank accounts at a local bank so they do not have large amounts of money in their rooms. An ATM is available on University Campus.

## Refunds

Refunds due students who have credit balances on their tuition account should expect funds to be issued within 14 days. Questions regarding refunds should be addressed to Student Accounts at studentaccounts@saintleo.edu.

# Section 3:  Admission Procedures and Requirements for University College

Students intending to enroll for undergraduate study at University College may obtain an application from the Office of Undergraduate Admissions, Saint Leo University, P.O. Box 6665, MC 2008, Saint Leo, FL 33574-6665 or by calling 352/588-8283 or 800/334-5532. The application is available at the University's website, www.saintleo.edu. The University also accepts The Common Application.

The Office of Undergraduate Admissions reviews and admits students based on evidence of satisfactory academic performance, including transcripts of high school and college work, standardized test scores (SAT or ACT), community service, leadership, work experience, special talents, and evidence of good character as demonstrated in letters of reference. Students offered admission are expected to offer a positive contribution to the University community.

## Application Timetable

## Priority Application

|  | Term | Priority Application Due Date | Candidate Reply and Deposit Deadline |
|---|---|---|---|
| First-Year Candidates | Fall | Jan. 1* | May 1 |
|  | Spring | Nov. 1* | Dec. 15 |
| Transfer Candidates | Fall | March 1* | Within 2 weeks of notification of admission |
|  | Spring | Nov. 1* |  |
| International Candidates | Fall | Jan. 1* | Within 2 weeks of notification of admission |
|  | Spring | Nov. 1* |  |

*Applications for admission are accepted and admission decisions are made on a rolling basis. The application due dates are priority dates only.*

# Application Procedures for Freshmen

In order for applicants to be considered for admission to Saint Leo University, the following documents must be received in the Office of Admissions:

1.  **Application form.** Applications submitted according to the priority deadlines outlined in the application timetable will receive priority consideration, but all applications will be processed as quickly as possible regardless of date received. Applications may be obtained from the Office of Admissions or from www.saintleo.edu. The Common Application is also accepted.
2.  **Official high school transcript.** Students may request high school transcripts be faxed or mailed from their high school guidance office for Admissions Committee review. On initial application for admission students may also self-report standardized test scores and GPA. Transcripts may be requested at any time to monitor an applicant's academic progress during the senior year. Official and final transcripts are required of all admitted students at the end of the senior year. Official and final transcripts reflecting the award of a diploma must be mailed directly from the institution to the Office of Admissions in a sealed envelope and are subject to verification. The Office of Admissions will confirm that all students' final transcripts arrive from a high school with a CEEB code, as well as with the high school seal and/or signature. If a transcript is from a high school that lacks a CEEB code or seal/signature, the Office of Admissions will investigate to confirm the school is recognized by the state department of education or home school association. If the award of a diploma is determined to be invalid, a GED may be required for admission consideration.
3.  **High school guidance counselor recommendation.** The recommendation must be sent to the Office of Admissions directly from the secondary school counselor. A recommendation letter from a teacher is an acceptable substitute for the guidance counselor recommendation form. Recommendations may be waived by the Assistant Vice President of Enrollment.
4.  **Application fee of $40 (nonrefundable).** The fee should be sent in the form of a check or money order made payable to Saint Leo University. Guidance counselors may submit a College Board fee waiver or letter outlining unique circumstances if the application fee presents a financial hardship to the applicant. The application fee may be waived at the discretion of the Office of Admissions.
5.  **Scores from the Scholastic Assessment Test (SAT) or American College Testing Program (ACT).** These scores may be submitted directly from either the appropriate testing agency or from the high school guidance counselor. SAT or ACT scores appearing on the official high school transcript will be deemed official. The University considers all portions of the standardized tests, the critical reading and math components of the SAT and the writing score. The writing portion of the test may be used for placement purposes. Students may elect to pursue admission under the test-optional policy (see www.saintleo.edu/testoptional). Students may also self-report scores upon initial application for admission, however official scores as noted above will be required.
6.  **High school athletes** who wish to participate in University athletics must receive eligibility clearance from the NCAA Eligibility Center Certifications Processing, P.O. Box 7136, Indianapolis, Indiana 46207-7136.

Students are strongly encouraged to visit the campus. Interviews are not required, but a visit enables the candidate to talk with an admission counselor, tour the campus, visit classes, talk to coaches, and meet faculty and students. Arrangements for visits may be made by calling the Office of Admissions at (800) 334-5532 or (352) 588-8283, by online request at www.saintleo.edu/visit, or by e-mailing admissions@saintleo.edu.

The Admissions Committee recommends, as a minimum, the following distribution of 16 college preparatory academic units:

English                     4

| Mathematics | 3* |
| History and Social Sciences | 3 |
| Natural Sciences | 2** |
| Foreign Language | 2 |
| Electives | 2 |

*It is strongly recommended that students successfully complete Algebra I and II and Geometry to be considered for admission to full-time undergraduate study.*

**In addition to the science requirements listed above, it is strongly recommended that students choosing to major in science complete a course in biology and chemistry in order to be considered for admission to full-time undergraduate study.*

# Test-Optional Policy

Saint Leo University emphasizes a holistic review of students' credentials for admission, and we believe that factors other than test scores are stronger predictors of a student's potential to succeed in college. In fact, our research confirms that the best indicators of academic success at Saint Leo are a student's performance inside and outside the high school classroom and the rigor of the high school curriculum.

As a result, Saint Leo University has developed a test-optional policy that no longer requires undergraduate applicants to submit SAT or ACT scores as part of the admissions process. Prospective students who choose not to submit standardized test scores for review will receive full consideration, without penalty, for admission.

Once an applicant identifies they wish to be considered 'test optional' or if they choose to have their test scores considered, they will not be able to change their choice or decision at a later point. Students may only apply once and the choice submitted first will be recorded.

Competitive candidates desiring admission under the test-optional policy should have a minimum high school GPA of 3.2 and demonstrate above average performance in the core academic areas: English, math, science, and social science. The Office of Admissions focuses on individual grades in each core academic class. We are very interested in consistently strong academic performance throughout a student's four-year high school record. In cases where initial high school performance is not strong, special attention is given to steady and substantial improvement throughout the sophomore, junior, and senior years. Students with a GPA below 3.2 may be referred to the Admissions Committee for consideration at the request of their admissions counselor as an exception.

*Admission Requirements*

In addition to the minimum high school GPA of 3.2, each student must submit at least three options from the lists below. Two of the three supplements must come from the academic options list. Further explanation of these options follows the lists.

*Academic Options*          *Non-Academic Options*

1. Academic Recommendations   1. Community Involvement

2. Academic Writing Ability    2. Extracurricular Activities

3. AP or Honors, IB courses      3. Personal or Group Achievements

4. Standardized Test Scores      4. ZeeMee.com - College Application Platform

5. Class Rank

All international candidates for admission must prove English language proficiency in at least one of the following:

- Test of English as a Foreign Language (**TOEFL**) - minimum score of 79 iBT
- International English Language Testing system (**IELTS**) - minimum score of 6.5
- Pearson Test of English Academics (**PTE A**) - minimum score of 53
- **For transfer students,** two semesters with grades of B or higher in English composition courses at regionally accredited post-secondary institutions in the United States
- Successful completion of a **NAFSA-recognized ESL program**

*Academic Recommendations*

Applicants must submit at least two letters of recommendation from teachers who can attest to their academic abilities. Additional recommendations received will not factor into our decision-making process.

*Academic Writing Ability*

Applicants should submit a recent, graded writing sample with a high school teacher's comments. This writing sample will preferably be at least 500 words and written within the last two years. Research papers, position papers, and literary analysis are all acceptable examples of graded writing samples.

*AP or Honors, International Baccalaureate courses*

When assessing grade point average, consideration is given to the strength and frequency of Advanced Placement, Honors, and International Baccalaureate coursework in a student's curriculum.

*Standardized Test Scores*

Students who feel that their SAT or ACT scores are a good indicator of their abilities may submit their results and request that they be reviewed in their admission decision. If, however, the student does not feel that their test scores accurately represent their academic abilities, they do not need to submit them.

*Class Rank*

Class rank, like GPA, indicates a student's performance in the classroom. Although class rank is not the ultimate indicator of academic performance, it provides us with a more precise understanding of where each applicant falls on the academic spectrum.

*Community Involvement*

Community service and volunteer experience highlight students who have a genuine concern for people and their community. Such activities are aligned with Saint Leo University's core values.

*Extracurricular Activities*

Saint Leo University desires to admit students who participate in quality involvement in their high school. Students must demonstrate the type of involvement they have in particular clubs, organizations, or sports teams, with leadership positions preferred over general membership.

*Personal or Group Achievements*

Outstanding achievements are just that—they stand out. Students may submit résumés, YouTube videos, DVDs, PowerPoint presentations, or slide shows that demonstrate their backgrounds, athletic or artistic talents, interests, or accomplishments. This achievement summary gives the student the opportunity to highlight special skills or talents, interesting experiences, and personal accomplishments. When reviewing candidates for admission, Saint Leo University is looking for those experiences that might suggest high potential for leadership and involvement on campus.

*ZeeMee - College Application Platform*

Saint Leo is excited to partner with ZeeMee, a free service that helps students bring their applications to life. We are committed to reviewing every applicant as a unique individual. Students may create their profile at ZeeMee.com and then simply provide their ZeeMee link to their Saint Leo admissions counselor via email.

# 3 + 1 Accelerated Degree Program

Eligible prospective students interested in a 3+1 accelerated degree program should simply select the program of their choice when completing their online application or The Common Application. Students using our paper application should write in the program of choice in the line provided for their intended major.

Current Saint Leo students who meet the eligibility criteria and are interested in changing to one of the 3+1 programs should contact their academic advisor for assistance.

Students will need to complete the application for admission to the graduate program of choice at the completion of their second year.

# Early Admission

Saint Leo University welcomes accelerated students to apply for early admission. The University also encourages exceptionally gifted and motivated students to apply whenever it is appropriate.

Generally speaking, early-admission applicants who have accelerated their high school program are eligible to seek admission after completion of their third year in high school. Early-admission applicants must have earned a high school diploma or its equivalent, or have arranged with their high school to be awarded a high school diploma after a freshman year in college, and have completed all of the prerequisite coursework, or the equivalent, as required by Saint Leo University. In special circumstances, well-qualified students may substitute test results, portfolios, or other work products for prerequisite coursework.

An early-admission candidate must meet the general admission criteria established for all freshman students. In addition, early admission candidates must

1. submit a strong letter of recommendation from a high school counselor, psychologist, faculty member, or other professional person familiar with the student's qualifications;
2. submit a letter of support from their parent(s) or guardian(s); and
3. interview with a counselor from the Office of Admissions. Interviews with other administrators and/or faculty members may also be required.

In addition, unique students who have superior SAT/ACT test scores, outstanding grade point averages, and/or who have been identified as exceptionally gifted or talented may be considered for early admission at any time after completing the eighth grade. These special students must demonstrate the prerequisite skills and knowledge levels predictive of success through documented performance, an independent study portfolio, and/or test scores.

To be admitted, these extraordinary students must also demonstrate the intellectual, social, and emotional maturity to benefit from higher education, and must be deemed developmentally ready for a college learning experience. Saint Leo University is dedicated to developing a cohort of exceptionally gifted, young students and offering them the

opportunity for advanced study in a nurturing, stimulating environment with individualized attention. Admission is granted to such students on a case-by-case basis.

**California residents only:** California Education Code (CEC) §94811 mandates that early admission candidates shall take an independently administered ability-to-benefit (ABT) examination. California Education Code (CEC) §94811 defines an ability-to-benefit (ATB) student as a student who does not have a certificate of graduation from a school providing secondary education, or a recognized equivalent of that certificate. Under CEC §94904 (a), an institution is required, prior to executing an enrollment agreement with an ATB student, to have the student take and pass an independently administered examination from the list of examinations prescribed by the United States Department of Education (USDE). A list of approved ATB examinations can be found here https://www.bppe.ca.gov/schools/usde_tests.pdf

# Advanced Placement

University credit for advanced placement examinations will normally be given in those subjects in which a candidate achieves a score of 3 or higher. Students may receive credits in American history, American government, European history, biology, calculus, computer science, chemistry, English, mathematics, physics, Spanish, and music.

The University Entrance Examination Board advanced placement tests are given during the month of May. Information about schedules, subjects, test sites, and fees may be obtained from high school guidance counselors or from AP Services, P.O. Box 6671, Princeton, NJ 08541-6671. The applicant should request to have the test scores sent directly to the Office of Admissions from the testing agency. See the "Advanced Placement Exam " chart for a complete description of advanced placement credit.

# International Baccalaureate

Saint Leo University recognizes the academic rigor and attendant motivation inherent in the International Baccalaureate. Successful completion of the International Baccalaureate Program is received most favorably by the Admissions Office. Students earning International Baccalaureate diplomas may be considered for admission as sophomores.

Saint Leo University awards 30 semester hours of credit to students who have completed the IB diploma and have obtained a 4, 5, 6, or 7 in their higher-level subjects. Students who do not complete the full diploma will receive six semester hours of credit for higher-level examinations results of 5, 6, or 7 on a case-by-case basis.

# Home-Schooled Applicants

Saint Leo University recognizes that a growing number of students and families may choose a home-schooling alternative in place of a traditional secondary school experience. In order to assess a home-schooled applicant's likelihood of success at the University, the Office of Admissions requires several forms of documentation **in addition to** the standard application materials.

Applicants for admission who have completed some or all of their secondary education in a home-schooling environment will be required to submit the following:

1. **Application form.** Applications submitted according to the application deadlines outlined in the application timetable will receive priority consideration, but all applications will be processed as quickly as possible regardless of date received. Applications may be obtained from the Office of Admissions or on our web page: www.saintleo.edu.
2. **Official high school transcript along with a bibliography of all reading material throughout high school, including textbooks.** Official final transcripts are required of all admitted students at the end of the

senior year, and transcripts may be requested earlier to monitor an applicant's progress. Transcripts should be sent directly from the institution to the Office of Admissions. Official final transcripts reflecting the award of a diploma must also be sent directly from the institution in a sealed envelope and are subject to verification. The Office of Admissions will confirm that all students' transcripts arrive from a high school with a CEEB code, as well as with the high school seal and/or signature. If a transcript is from a high school that lacks a CEEB code or seal/signature, the Office of Admissions will investigate to confirm the school is recognized by the state department of education or home school association. If the award of a diploma is determined to be invalid, a GED may be required for admission consideration.

3. **Two letters of recommendation** (with at least one of these from an individual outside the applicant's home). The recommendation letters must be sent directly to the Office of Admissions. Recommendations may be waived by the Assistant Vice President of Enrollment.

4. **Application fee of $45 (nonrefundable).** The fee should be sent in the form of a check or money order made payable to Saint Leo University. The application fee may be waived at the discretion of the Office of Admissions.

5. **Scores from the Scholastic Assessment Test (SAT) or American College Testing Program (ACT).** These scores may be submitted directly from either the appropriate testing agency or from the high school guidance counselor. SAT or ACT scores must be reported directly to the University from the testing agencies. Scores appearing on transcripts will be deemed official. Students may elect to pursue admission under the test-optional policy (see www.saintleo.edu/testoptional).

6. **Portfolio of sample work completed.** The portfolio should contain representative writing samples as well as samples of work done for various courses.

7. **Personal interview.** Home-schooled applicants should interview in person or by telephone with an admissions counselor.

# Readmission

University College students who voluntarily or involuntarily withdraw from the University for one or more full semesters lose degree-seeking status. Students who wish to return to University College are required to submit an application for readmission to the Registrar's Office at least one month before the intended date of their reentry to the University. Students who have attended another institution during their absence from Saint Leo University are required to have all academic transcripts sent to the Registrar's Office, MC 2278, P.O. Box 6665, Saint Leo, FL 33574.

Students who have been suspended for academic deficiencies or for disciplinary reasons for one or more semesters are required to submit a written appeal and append it to their application for readmission to the Registrar. Conditions for readmission may be specified.

# Deferred Admission

An admitted candidate may choose to defer admission for up to one academic year in order to pursue other personal interests. An admitted candidate who wishes to defer admission may not attend any other educational institution during the time period in which he or she is deferring enrollment at Saint Leo University.

To defer admission, a written letter of request must be submitted to the Assistant Vice President for Enrollment. A nonrefundable tuition deposit of $500 must be submitted at the time the request for deferment is made. All deferment requests must be received 30 days prior to the commencement of the term for which the student was originally admitted.

# Transfer Student Admission Requirements

Students transferring to the University's undergraduate program are required to submit the following materials in accordance with the schedule that appears in the application procedures for undergraduate students:

1. Completed application with nonrefundable $45 application fee. The application fee may be waived at the discretion of the Office of Admissions.
2. **An official transcript** from **each** postsecondary institution attended, regardless of the number of credits attempted or completed. The transcript must be sent directly from the institution to the Office of Admissions.
3. **From the most recent institution attended, a recommendation form** must be completed by the Dean of Students or other college/university official who has access to the applicant's disciplinary record attesting to the student's standing. Recommendations may be waived by the Assistant Vice President of Enrollment.
4. If the candidate has fewer than 24 academic credits* at a postsecondary institution, he or she will be required to submit official copies of the high school transcripts with date of graduation (or GED) and standardized test scores.

*Credit will be granted only for courses in which the student received a D or higher at a regionally accredited postsecondary institution.*

To be admitted as a transfer student to Saint Leo University, a student must be in good standing at the institution most recently attended.

# Evaluation of Transfer Applicants

Once the application forms and other required records of the applicant are complete and in proper order, the application will be submitted to the Admissions Committee for evaluation. Admission of each applicant will be determined by the Transfer Coordinator and the Director of Undergraduate Admissions.

# International Student Admission Policies

International students are required to have all documents and credentials submitted in accordance with the schedule in the application timetable for University Campus Admissions and Center for Global Engagement.

Saint Leo University recognizes all international diplomas and credits taken at accredited secondary and postsecondary institutions once all appropriate official documentation and credentials are received and translated (where necessary). Credit is granted in accordance with the Association of International Educators (NAFSA) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO). Students presenting diplomas indicating academic work beyond the high school level may receive up to one year of University credit. The Registrar and the academic divisions will determine the exact number and nature of courses granted once course syllabi, catalogs, and credential translations are complete.

# English Language Proficiency

All international candidates for admission must prove English language proficiency in **at least one** of the following:

- Test of English as a Foreign Language (**TOEFL**) - minimum score of 79 iBT
- International English Language Testing system (**IELTS**) - minimum score of 6.5
- Pearson Test of English Academics (**PTE A**) - minimum score of 53
- Successful completion of ELS Level 1112
- **For transfer students,** two semesters with grades of B or higher in English composition courses at regionally accredited post-secondary institutions in the United States
- Successful completion of a **NAFSA-recognized ESL program**

Students who may not satisfy the language proficiency requirements for general admission may still meet the minimum English language proficiency requirements for University admission through the University Campus Bridge program.

The Office of Admissions may require international students to take a placement test upon arrival at the University to determine appropriate placement.

# Application Procedure for International Students- University Campus

International students are required to submit the following items to complete an application for admission:

1. Complete **free online application**
2. **Submit Official transcripts,** mark sheets, diplomas or certificates from all post-secondary institutions attended, along with course descriptions and credit values. Students may also submit an official evaluation from a NACES approved agency.
3. **Standardized test scores** from either the SAT or the ACT are highly recommended but are not required. The results of these tests will be used in determining scholarship eligibility.
4. **Proof of English Language Proficiency.** English proficiency may be demonstrated by submitting qualifying English proficiency scores as outlined below. (See Bridge Program Section)
5. **Letter of recommendation** from a teacher, headmaster, or school counselor.
6. **Completed Declaration and Certificate of Finances** indicating there are sufficient monetary resources available to the student to satisfy the costs of attendance at Saint Leo University. The financial documents cannot be older than six months at the time of submission to Saint Leo University in order to be considered valid. These financial documents include, but are not limited to, bank statements and letters, government or organization scholarships.
7. **Submit color copy of biographical section of passport**
8. **For students transferring from another US institution** completed Visa Clearance Form filled out by the international student advisor at your current US institution.

# The University Campus English Bridge Program

Students who are not English proficient may be considered for admission to The University Campus Bridge Program, an intensive language program designed to help international students improve their English language skills and transition to the regular university curriculum. Students must pass all courses in the program with a C- in order to matriculate into their chosen majors.  (See The University Bridge Program Academic Requirements for specific courses and sequences.)

## Admissions Requirements for Bridge Program

The Saint Leo University Bridge Program is an academic program designed to provide qualified students with the opportunity to adjust smoothly to the US academic environment and strengthen their academic English language proficiency. The Program serves the needs and the interests of international students who meet the minimum English language proficiency requirements for University admission. Students will be admitted to the program based on one of the following criteria:

- Test of English as a Foreign Language (TOEFL) - minimum score of 45 iBT
- International English Language Testing system (IELTS) - minimum score of 5.0
- Pearson Test of English Academics (PTE A) - minimum score of 35
- Successful completion of ELS Level 109

*The English proficiency test should be taken within the last two years.*

*The official score reports must be sent to the University Admissions Office directly by the testing center.*

Successful completion of the highest intermediate level in a NAFSA-recognized ESL Program with a GPA 3.00 or higher and a recommendation letter from an English language instructor from the program. The program should be completed within the last two years.

*All students admitted to the Bridge program will be required to take a diagnostic test in the beginning of their first semester.*

*The university reserves the right to make adjustments to the noted admission criteria.*

## Enrollment Deposit

Students offered admission to the University must submit a **nonrefundable** $500 enrollment deposit to reserve their place in the entering class. The deposit will appear as a credit toward tuition costs for the student's first term of enrollment. Saint Leo University adheres to the National Association for College Admissions Counseling (NACAC) guidelines regarding enrollment deposit deadlines.

For students entering in the fall semester, the enrollment deposit is due by May 1. For students admitted after that date, and for students wishing to enroll for the spring semester, the deposit is due within two weeks of the notification of admission.

Deposits can be paid by check or money order, made payable to Saint Leo University. The University also accepts all major credit cards. International students may pay their deposit by international money order or wire transfer.

Once the deposit is received, the University will provide information regarding residence life, on-campus housing, registration procedures, and orientation.

# Student Financial Assistance for University College Undergraduate Students

## Financial Aid Office

The Financial Aid Office administers federal, state, private and university financial assistance programs, including student employment.

It is the purpose of the Financial Aid Office to administer financial aid in the form of scholarships, grants, loans and work programs to the extent that resources are available. In order to make the best use of limited funds, awards often consist of a combination of resources. Professional staff are ready to help all students plan for the most efficient use of their financial resources for education.

The Financial Aid Office's primary means of communication to students is through email. It is the student's responsibility to frequently check their Saint Leo University email for important messages from the Financial Aid Office.

It should be noted that the information in the catalog is not all inclusive. It is the student's responsibility to review all of the relevant information. Please visit the Financial Aid web section at www.saintleo.edu/financial-aid for detailed information about the following:

- Tuition and costs

142

- Tuition refunds and returns of Title IV funds
- Refund disbursements
- Financial aid process
- Financial aid eligibility requirements
- Determining financial need
- Accepting awards
- Verification process
- Satisfactory academic progress (SAP)
- Financial aid appeal process
- Types of financial aid
- Student employment
- Book vouchers
- Student borrower resources

**Contacting the Financial Aid Office**
Students with questions are encouraged to contact the Financial Aid Office. Financial Aid Support is available to take calls Monday thru Friday, 9:00 am - 5:00 pm eastern standard time.

**Financial Aid Support**
(800) 240-7658
finaid@saintleo.edu
www.saintleo.edu/finaid

**Free Application for Federal Student Aid (FAFSA)**
Students should apply for assistance each academic year. The U.S. Department of Education's Free Application for Federal Student Aid (FAFSA) on the web (www.fafsa.ed.gov) is used to determine eligibility for assistance based on need.

The FAFSA must be completed for each academic year. Students should submit their regular or renewal FAFSA so that it is received by the federal processor by the January 1 priority date. The FAFSA is available annually by October 1. When completing the FAFSA, applicants must enter Saint Leo University's federal school code - 001526.

**Disbursement of Funds**

Financial aid begins to be disbursed assuming all requirements are met, within 10 days of the beginning of the term (8 week class) for term based students and 10 days of the beginning of the semester for semester based students. Requirements can include verification completion, enrollment and program specific requirements (example: half-time enrollment). Changes you make to the requirements can change your eligibility for financial aid funds. A change in your status pertaining to any of these requirements can impact your eligibility for financial aid funds.

Financial aid is disbursed directly to a student's eLion account. The funds are used to pay tuition and required fees, along with room and board, if applicable. Refunds are issued within 14 days from the date a credit balance is created.  Refunds are issued in one of three ways as selected by the student: bank ACH transfer, paper check, or BankMobile debit card.

This complete policy is located at www.saintleo.edu/finaid.

**Satisfactory Academic Progress (SAP)**
All students receiving Federal Title IV financial aid, state aid or Saint Leo institutional aid must adhere to the university's published policy on satisfactory academic progress. The Higher Education Act as amended by Congress mandates that higher education institutions establish minimum standards of "satisfactory academic progress" for students receiving financial aid.

In order to maintain financial aid eligibility, recipients must meet all of the following SAP Policy requirements:

- Earn a minimum cumulative GPA (please see the policy for specifics)
- Successfully complete at least 67% of all attempted credit hours
- Complete program of study within the maximum timeframe of 150%

SAP is evaluated at the end of each academic semester or after each set of two 8-week linked terms when grades are posted. The evaluation normally occurs two weeks after the end of the semester/term.

For full details regarding Saint Leo University's SAP policy, details concerning the requirements listed above, and the appeal process, visit www.saintleo.edu/sap-policy.

Students who are awarded institutional aid of any kind must maintain full-time academic status (12 credit hour minimum per semester) and meet standards of satisfactory academic progress in order to remain eligible to maintain any aid deemed renewable.

# 2019-2020 University Campus Tuition and Fees – Undergraduate

### Direct Costs (for students living on campus)

| Full Time (12-18 credit hours per semester) | Per Semester | Per Year |
|---|---|---|
| Tuition* | $11,550 | $23,100 |
| Average Room (see Residence Hall Room Rates) | $3,930 | $7,860 |
| Meal Plan (Unlimited) | $2,635 | $5,250 |
| Student Activity & Technology Fee | $325 | $650 |
| **Total Direct Cost** | **$18,430** | **$36,860** |

* Tuition increases annually
1-11 credit hours per semester = $600.00 per credit hour
19 or more credit hours per semester (excluding 3+1 students) = $320.00 per credit hour

| Indirect Costs* (for students living on campus) | Per Semester | Per Year |
|---|---|---|
| Books | $528 | $1,056 |
| Personal | $936 | $1,872 |
| Travel | $404 | $808 |
| **Total Cost of Attendance (Direct & Indirect)** | | **$40,346** |

* The indirect costs listed here are estimates; actual costs will vary from student to student

| Meal Plans - All resident students are required* to be on one of the following meal plans | Per Semester | Per Year |
|---|---|---|

144

| | | |
|---|---|---|
| Unlimited Meal Plan | $2,625 | $5,250 |
| 10 Meal Plan | $1,750 | $3,500 |
| 5 Meal Plan | $880 | $1,760 |
| Commuter Meal Plan (Block of 10 meals) | $115 | $230 |

**\* Requirements:**

- Residence halls (excluding 1-4) are required to be on the unlimited plan
- Apartment buildings 1-4 can choose from the 5, 10 or unlimited plan
- Students residing at East Campus (located 4 miles from University Campus) can choose from the 5, 10, unlimited, or no meal plan

| Additional Fees (if applicable) | Per Year |
|---|---|
| Student Health Insurance\* | TBA |
| Parking Decal (Resident Student) | $60 |
| Parking Decal (Non-Resident Student) | $30 |
| Admission / Application Fee | $45 |
| Orientation fee (New Students Only) \*$155 for Spring Start | $310 |

\* May be waived with appropriate proof of family or individual health insurance

| Residence Hall Room Rates | Per Semester | Per Year |
|---|---|---|
| Alumni Double | $3,300 | $6,600 |
| Alumni Double Single | $4,950 | $9,900 |
| Snyder Garden Level Triple | $3,000 | $6,000 |
| Benoit/Henderson Room | $3,000 | $6,000 |
| Benoit/Henderson Double Single | $4,500 | $9,000 |
| Benoit/Henderson Physical Single | $3,615 | $7,230 |
| Benoit/Henderson Triple | $2,910 | $5,820 |
| East Campus Apartments | $4,030 | $8,060 |
| Roderick Physical Single | $3,600 | $7,200 |
| Marmion/Snyder Room | $3,000 | $6,000 |

145

| | | |
|---|---|---|
| Marmion/Snyder Double Single | $4,500 | $9,000 |
| Snyder Garden Level | $3,300 | $6,600 |
| Marmion Physical Single | $3,600 | $7,200 |
| Apartment 1 - 4 Single with Kitchen | $4,935 | $9,870 |
| Apartment 1 - 2 Hallway Double with Kitchenette | $3,300 | $6,600 |
| Apartment 1 - 2 Single with Kitchenette | $4,100 | $8,200 |
| Apartment 1 - 2 Double Room with Kitchen | $4,560 | $9,120 |
| Apartment 1 - 2 Hallway Double Single with Kitchenette | $4,960 | $9,920 |
| Apartment 1 - 2 Double Room with Kitchenette | $3,770 | $7,540 |
| Buildings 5 & 6 Single | $3,740 | $7,480 |
| Buildings 5 & 6 Apt. Double Single | $5,610 | $11,220 |
| Buildings 5 & 6 Apt. Double | $3,480 | $6,960 |
| Villas | $3,000 | $6,000 |
| East Campus Apartments Double Single | $6,045 | $12,090 |

**Other Fees & Deposits**

| | |
|---|---|
| International Credential Evaluation Fee | $235 |
| Audit Fee (Visitors & Part-Time Students) | $235 |
| Graduation Fee | $65 |
| Certificate Fee | $125 |
| ID or Food Card Replacement | $25 |
| Official Transcripts - Electronic | $10 |
| Official Transcripts - Paper | $15 |
| Rush / Overnight Delivery | $32 |
| Tuition Deposit Reservation (non-refundable) | $500 |
| Private Music Instruction (average) | $300 |

| | |
|---|---|
| Course Challenge Examination | $80 |
| Resident Parking Decal (includes $4.25 sales tax) | $60 |
| Non-Resident Parking Decal (includes $2.29 sales tax) | $30 |
| Research fee (per hour-accounts over 5 years old) | Max by state |
| Returned Check Fee (varies depending on amount) | Max by state |
| Replacement Diploma | $30 |
| Technology Fee | $250 |

| Class Specific Fees | Course | Fee |
|---|---|---|
| Art Studio | ART-100; ART-200; ART-221; ART-223; ART-226; ART-300 | $45 |
| Assessment Test | ACC-498, CRM-499; ECO-201; GBA-298; GBA-398; GBA-498; HCA-498; IHT-498; MKT-498; MMM-498; SOC-496; SPB-449 | $50 |
| Assessment Test | HUS-498 | $155 |
| Criminal Justice Command School - Grad Fee | CRM-300 | $65 |
| Laboratory | BIO-100; BIO-125; BIO-125L; BIO-126L; BIO-200; BIO-223L; BIO-300; BIO-311L; BIO-312L; BIO-324L; BIO-325L; BIO-327L; BIO-328L; BIO-330L; BIO-400; BIO-425L; BIO-429; BIO-430L; BIO-498; CHE-123L; CHE-124L; CHE-311L; CHE-312L; PHY-221L; PHY-222L | $65 |
| Private Music Instruction | MUS-120; MUS-220; MUS-320; MUS-420 | $300 |
| Proctor Fee | Proctoring Placement Exams | $35 |

| Cost of Attendance - New Undergraduate - Per Year | Off Campus | With Parent |
|---|---|---|

| | | |
|---|---|---|
| Tuition (12 - 18 credits) | $23,100 | $23,100 |
| Fees (Orientation, Technology, & Student Activity)** | $480 | $480 |
| Books | $1,056 | $1,056 |
| Room | $4,644 | $1,316 |
| Food | $2,196 | $1,760 |
| Personal | $1,810 | $1,810 |
| Travel | $1,062 | $1,062 |
| Total | $34,348 | $30,584 |

*  Returning students do not have to pay an Orientation fee, only a Student Activity fee
** Returning students do not have to pay an Orientation fee, only a Student Activity fee of $200 a semester, or $400 a year

| Cost of Attendance*  New Undergraduate - Per Semester | Off Campus | With Parent |
|---|---|---|
| Tuition (12 - 18 credits) | $11,550 | $11,550 |
| Fees (Orientation, Technology & Student Activity)** | $480 | $480 |
| Books | $528 | $528 |
| Room | $2,322 | $658 |
| Food | $1,098 | $880 |
| Personal | $905 | $905 |
| Travel | $531 | $531 |
| Total | $17,414 | $15,532 |

*  The Cost of Attendance budget is based on federal guidelines and is used to determine financial aid eligibility
** Returning students do not have to pay an Orientation fee, only a Student Activity fee of $200 a semester, or $400 a year
2019 tuition and fees are effective as of June 24, 2019

All tuition and fee rates are subject to change without notice.

Students enrolled through University College may, with the permission of their academic advisor, take courses offered at Education Centers or the Online Learning Center. When

they take courses offered through the Online Learning Center, they will be charged the Center rate.

In accordance with Title 38 US Code 3679 subsection (e), this school adopts the following additional provisions for any students using U.S. Department of Veterans Affairs (VA) Post 9/11 G.I. Bill® (Ch. 33) or Vocational Rehabilitation & Employment (Ch. 31) benefits, while payment to the institution is pending from the VA. This school will not:

- Prevent the student's enrollment;
- Assess a late penalty fee to the student;
- Require the student to secure alternative or additional funding;
- Deny the student access to any resources (access to classes, libraries, or other institutional facilities) available to other students who have satisfied their tuition and fee bills to the institution.

## Late Fees

Unpaid balances are subject to a late fee of 1 percent monthly (12 percent annually). Late fees are assessed on all terms with balances past 60 days.
Students using CH 33 Post 9/11 GI Bill or CH 31 Vocational Rehabilitation benefits, whose impending VA benefits have not been applied to his or her tuition and/or fees, will not be subject to late fees.

## Past-Due Accounts

When a student leaves the University owing money, his or her receivable balance is placed in collection status. These accounts may be assigned to an external collection agency after 90 days past due. Students are responsible for all late fees, collection agency fees, and attorney's fees imposed on delinquent accounts. Transcripts and diplomas will not be released until the account balance is zero.

## Methods of Payment for University College Students

All students must pay their tuition and fees in full at the time of registration. The following payment methods may be used:

1. Checks, cash, or debit/credit cards are accepted at the University Campus. Do not mail cash. Payments may also be made via eLion through the University's website. Payment may also be made via the Student Account Advising Department at (352) 588-6600.
2. Financial aid grants or loans administered by Saint Leo University.
3. Financial assistance from an outside third-party source. To receive credit for this form of aid, students should present written documentation at the time of registration of the amount of the award and the manner in which it is to be paid.
4. Students may also use the Saint Leo University deferred payment plan. Payment plan enrollment is available for the current semester only. Students can enroll in the payment plan via their eLion account under Financial Information. Enrollment is required each semester, and a $35 nonrefundable fee applies for each plan. All tuition and fees for the semester must be paid in full before registration for the next semester will be accepted. The deferred payment plan is subject to late fees, as noted below.

## Refunds

In case of withdrawal from University College, it is the responsibility of the student to make formal application through the Office of Academic Student Support Services, located in the Student Activities Building, before any refunds will be made. Refunds are calculated on the basis of the amount payable, not on the amount actually paid.

Refunds of tuition as a result of complete withdrawal from University College are made on the following schedule after deductions for nonrefundable amounts:

# Tuition

Within drop/add period    100 percent

After the drop/add period no refund

Note that these figures are for University College students only. WorldWide and Online Learning Center students should consult Refunds of Tuition and Course Fees.

Each student has the prerogative of dropping a course(s) during the drop/add period as published for each term. After the drop/add period and until the published last date for withdrawal, a letter grade of W will be assigned for each course that is dropped. **Caution:** Students who fall below full-time status, as defined by their degree program and course of study, will be considered part time and may cause their financial aid status to be reexamined. Failure to attend class or merely giving notice to a faculty member will not be regarded as an official notice of withdrawal. Failure to properly withdraw will result in a grade of F. Deadlines for withdrawal from courses are reflected on the published schedule. Course withdrawal does not cancel any student indebtedness to the University.

Refunds of meal plans are calculated as a pro rata amount of the meals not used after the effective date of complete withdrawal from the University.

Laboratory and special course fees are 100% refundable if course is dropped before the end of the drop/add period. After the drop/add period, laboratory and special course fees are nonrefundable.

Other nonrefundable amounts are as follows:

$500 Enrollment Deposit

$310 Orientation Fee

$35   Payment Plan Registration Fee

# All Housing Costs

Refunds for first-time-in-university students who withdraw before 60 percent of the semester has been completed shall be calculated on a pro rata basis as defined by federal regulations.

# Drops, Adds, and Withdrawals for University College

During the drop/add period, students may change courses without a fee. Drops and adds can be done through the online eLion system. Withdrawals must be done through a student's advisor.

Attendance is taken during the add/drop period in every course offered in every location at Saint Leo University. Attendance is taken for the purpose of establishing a student's enrollment in a specific course. Students who do not attend at least one meeting of the course during the add/drop period will have their registration for that course canceled

and the record of their registration in that course deleted. A deleted record due to a student's failure to attend the class during the add/drop period may have an adverse effect on the student's financial aid. In a distance education context, documenting that a student has logged into the online class is not sufficient. A student must engage in an academically related activity.

Each student has the prerogative of dropping a course(s) during the drop/add period as published for each term. After the drop/add period and until the published last date for withdrawal, a letter grade of W will be assigned for each course that is dropped. **Caution:** Students who fall below full-time status, as defined by their degree program and course of study, will be considered part time and may cause their financial aid status to be reexamined. Failure to attend class or merely giving notice to a faculty member will not be regarded as an official notice of withdrawal. Failure to properly withdraw will result in a grade of F. Deadlines for withdrawal from courses are reflected on the published schedule. Course withdrawal does not cancel any student indebtedness to the University.

Saint Leo University reserves the right to cancel the registration of any student who fails to conform to the rules and regulations of the University.

Any student who stops attending any course for which he or she is registered without following the appropriate withdrawal procedures will be counted as an unofficial withdrawal. As a result of unofficially withdrawing, the student will receive a grade of FA—Failure Due to Absences. The Financial Aid Office will reduce the student's aid eligibility and refund a portion of the student's financial aid to the original funding source. The midpoint of the enrollment period will be used for the purpose of calculating the return of Title IV funds. The student will be responsible for repayment of all outstanding loans to any lender and will be responsible for payment of the tuition and fees associated with the course. A student who earns an FA grade earns no credit, and the FA is counted in the same manner as an F grade on the student's grade report.

Saint Leo University does not recognize an unofficial withdrawal for purposes of determining an institutional refund or a change of grade to W—Withdrawn. If the review of the unofficial withdrawal determines that the student did not begin the withdrawal process or otherwise notify the school of the intent to withdraw due to illness, accident, deployment, or other circumstances beyond the student's control, the school will determine a withdrawal date from its consideration of the circumstances.

# Withdrawal from the University

If University College students find it necessary to withdraw from the University for any reason, they must do so officially through the Academic Advising Office, located in room 322 of St. Edward Hall, to obtain voluntary academic withdrawal.

Education Center Students should contact their academic advisor to withdraw from the University. Students who fail to carry out the specified procedures will be considered to be continuing students and may receive a failure (F) in all courses for the semester in which they registered.

Because early withdrawal cannot be officially recognized until the student completes the procedures for withdrawal, there can be no refund, if any applies, until the form is filed and receipted. The effective date of withdrawal will be the date the completed form is submitted.

# Section 4:  Admission Procedures for Saint Leo University WorldWide

Applicants looking to attend Saint Leo University as either at a WorldWide Education Center or as a fully Online student must meet the below admissions requirements.

# First Time in College (FTIC)

Applicants with less than 12 credit hours of earned undergraduate postsecondary education who wish to qualify for admission as a fully matriculated, degree-seeking student at the Saint Leo University WorldWide Online Learning Center must submit an application package including a completed application form and one of the following:

**First Time in College (FTIC)** must submit one of the following by the application deadline:

- An official, regionally accredited, secondary school transcript
- An official GED score report

FTIC students who complete the application form but fail to submit all supporting documentation prior to the application deadline for a given term may be provisionally admitted for that semester. In order for the student to re-enroll for a subsequent term, all required documents must be received by the registration deadline for that term.

Students transferring to the Saint Leo University WorldWide Online Learning Center, who have at least 12 credit hours of earned undergraduate postsecondary education may also qualify for admission as a fully matriculated, degree-seeking student in the absence of any of the documents required above. Applicants must submit an application package including the following:

- A completed application form
- Official transcripts from all postsecondary education institutions attended showing at least 12 credit hours of postsecondary academic earned credit with a cumulative grade point average (GPA) of 2.0 or above from regionally accredited two- or four-year postsecondary institutions.

Coursework qualifying as academic credit must be courses normally acceptable for admission as a matriculated transfer student and may not be vocational or remedial in nature. No experiential learning, including time-in-grade, time-in-service credit, or other certificate or training programs, will meet the standard of qualification for admission, high school or GED requirements, or for transfer credit unless such work is recognized in the American Council of Education (ACE) Guidebook.

Transfer students must submit Official Transcript Release Authorization form(s) in order to be provisionally admitted for two consecutive terms. Transfer students also must submit unofficial transcripts prior to initial course registration. In order to re-enroll for a subsequent term, all official transcripts must be received by the registration deadline for that term.

Students who do not meet the 2.0 GPA requirement may still be considered for provisional admission into Saint Leo University, however in order to maintain their status they must meet the below criteria::

- Attain a 2.0 GPA with no grades lower than a "D"
- May only withdraw from one class during this enrollment period
- Must contact your Student Advisor to enroll each term

If applicants meet none of the criteria for admission, they may enroll in courses as non-degree-seeking students. Upon completion of 18 credit hours of non-remedial coursework with Saint Leo University, the applicant may reapply for admission to the University.

# Criminal Record

Applicants who have previously been convicted of a felony or that has a pending felony conviction may be asked to submit additional documentation including a personal statement describing each incident, documentation of the charge, and proof of final adjudication. Saint Leo University will review the information provided by the applicant and make a determination as to whether or not to offer admission to the applicant, assuming all other application requirements are satisfied. Admission may be denied to an applicant based on prior criminal convictions, including but not limited to

instances where admission creates a risk to the safety or welfare of the University community, to specific individuals or to the public.

Any issues related to a felony conviction or pending felony charge that was not reflected on the initial application must be reported in writing to the Admission Operations.

For privacy and consistency, documentation and questions involving criminal history should be sent to WWAdmission@saintleo.edu and not to individual University Center locations.

# Transfer

Applicants who have 12 or more credit hours of earned undergraduate postsecondary education from a regionally accredited institution are considered Transfer applicants. All transfer applicants must submit a legible and clear copy of a valid government issued photo ID prior to initial course registration.

Full Admit Policy - Transfer applicants who wish to qualify for admission as a fully matriculated, degree-seeking student must submit an application package including a completed application form and official transcripts from all regionally accredited, postsecondary education institutions attended showing:

- At least 12 credit hours of earned credit from a regionally accredited two or four-year postsecondary institution
- A cumulative grade point average (GPA) of 2.0 or above

Coursework qualifying as academic credit must be courses normally acceptable for admission as a matriculated transfer student and may not be vocational or remedial in nature. No experiential learning, including time-in-grade, time-in-service credit, or other certificate or training programs, will meet the standard of qualification for admission, high school or GED requirements, or for transfer credit unless such work is recognized in the American Council of Education (ACE) Guidebook.

Admissions Provisional Admit Policy - Transfer applicants who complete the application form but fail to submit all supporting documentation prior to the application deadline for a given term may be provisionally admitted for two consecutive terms (one semester) provided that they submit Transcript Release Authorization form(s). In order for the student to re-enroll for a subsequent term, all required documents that meet admissions criteria must be received by the registration deadline for that term.

Academic Provisional Admit Policy - Transfer applicants who do not meet the 2.0 GPA requirement may be provisionally admitted for up to 12 credit hours based on Director approval.  To maintain their provisional admit status they must meet the below criteria throughout their provisional period:

- Attain a 2.0 GPA with no grades lower than a "D"
- May only withdraw from one class during this enrollment period
- May not sit out more than 2 terms during this enrollment period
- Must contact your Student Advisor to enroll each term

# Non-Degree Seeking

Education Centers and Online Learning enroll a limited number of students who wish to take selected courses for credit but who do not want to study for a degree. These students must complete an application and indicate that they are not degree seeking. Non-degree-seeking students are limited to 18 credit hours with Saint Leo University.

Veterans eligible for Veterans Administration (VA) educational training benefits must be in a degree-seeking status in order to qualify for VA benefits. Admission requirements may also be imposed by providers of financial aid or military tuition assistance.

# Military Base Education Centers

The military, Veterans Administration, or state approving agency regulations may limit enrollment at specific Education Centers. Subject to local restrictions, individuals who may enroll in the University Education Centers at military bases include active and retired military members, military Reserve and National Guard members, veterans separated from military service, military family members, civilian employees of the military installation, and other civilians residing in the locale.

The University will not enroll or admit foreign nationals to the Education Centers located on military bases foreign nationals unless they are U.S. citizens, are active-duty military members, or have permanent resident status. Foreign nationals may apply for admission to all other Education Centers or Online and must meet with an Enrollment Counselor for information regarding immigration and admission requirements (see the admission requirements for international students).

# Re-Admission Policy

If it has been more than five years since your last registration at Saint Leo University, you must be readmitted. You will NOT be required to pay an application fee.  For further information on the Department of Education's policy on re-admission for service members, please see www2.ed.gov/policy/highered/guid/readmission.html.

# Admission Documents

Individuals interested in applying for degree-seeking status should apply online at http://online.saintleo.edu or inquire at the local Saint Leo University Education Center. A qualified applicant will be considered to be matriculated (classified as degree seeking) when the following materials are submitted and approved by the Center Director, Director of Admissions Operations and Decision Support or designee:

1.  Completed application form.
2.  Application fee (nonrefundable).
3.  Documentation of high school or GED completion. For transfer students, this may be documented by the transcript of the previously attended university.
4.  Official transcripts from all previously attended colleges/universities.

Other transfer credits can be granted with the receipt of all appropriate documents, including:

Documentation to support the granting of university credit from such sources as:

- CLEP, DANTES, GED college-level examinations, USAFI examinations, or advanced placement (AP) examinations.
- Documentation for evaluation of nontraditional transfer credit (including military training on a Joint Services Transcript, a validated DD Form 295, or Community College of the Air Force (CCAF) Transcript).
- Other relevant documentation as needed (veterans/retirees should include a DD Form 214 and DD 2586).
- Licensure documentation to support the granting of University credit for some occupational courses. University credit is available to members of the military services upon presentation of proof of completion of service-related courses and/or training schools and to law enforcement officers who have completed coursework in the FBI National Academy, local law enforcement academies or other training, police institutes, and certified polygraph schools. Verification of coursework is obligatory in order to obtain credit. Nontraditional sources of credit have specific limits (see Nontraditional Transfer Credit).
- For all education majors: achievement of current State of Florida requirements.

Once all of a required admissions documents are received, the Director or designee will review the application file and the student will be notified of the admission decision. Upon completion of the Registrar's evaluation, students will have

access to their program evaluations online via the Saint Leo Portal and eLion. This evaluation will include courses for which transfer credit has been granted and courses left for degree completion.

# Veterans Requirements

In order to file for veterans' benefits or to be eligible for most other types of financial aid, a student must first be admitted to Saint Leo University. Service members using tuition assistance have a reimbursement limit of 15 semester hours, unless they become degree seeking and obtain a Servicemembers Opportunity Colleges Agreement.

# Residency Requirements

For Bachelor degree programs, there is a minimum residency requirement of at least 25% of the total required credit hours with half of those hours being in the major coursework.  All credit may be earned online.

For Associate degree programs, there is a minimum residency requirements of 25% of the total required credit hours with half of those hours being in the major coursework. All credit may be earned online.

# Military Tuition Discount Rate

Active Duty, Reserve, Guard, and their spouses are eligible to receive the discounted tuition rate for all undergraduate WorldWide programs. To qualify for the discounted tuition rate, the student must be an eligible military status type, enrolled in a participating program and submit the below required document(s).

**Required Documents**

**If Active Duty Military, Guard or Reserve - one of the following:**

- Leave and Earnings Statement (LES)
- Enlistment Contract/Re-enlistment Contract
- TA form

**If Discount Eligible Spouse**

- DEERS form 1172

OR

A copy of marriage certificate **AND** one of the following:

- Leave and Earnings Statement (LES)
- Enlistment Contract/Re-enlistment Contract
- TA form

Documents should be submitted to the student's designated Education Center or to the Director of Admissions Operation.

# International Students Admission Policies

International students are required to have all documents and credentials submitted in accordance with the schedule in the application timetable for University Campus Admissions and Center for Global Engagement.

Saint Leo University recognizes all international diplomas and credits taken at accredited secondary and postsecondary institutions once all appropriate official documentation and credentials are received and translated (where necessary). Credit is granted in accordance with the Association of International Educators (NAFSA) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO). Students presenting diplomas indicating academic work beyond the high school level may receive up to one year of University credit. The Registrar and the academic divisions will determine the exact number and nature of courses granted once course syllabi, catalogs, and credential translations are complete.

**English Language Proficiency**

All international candidates for admission must prove English language proficiency in at least one of the following:

- Test of English as a Foreign Language **(TOEFL)** - minimum score of 79 iBT
- International English Language Testing system **(IELTS)** - minimum score of 6.5
- Pearson Test of English Academics **(PTE A)** - minimum score of 53
- **For transfer students**, two semesters with grades of B or higher in English composition courses at regionally accredited post-secondary institutions in the United States
- Successful completion of a **NAFSA-recognized ESL program**
- Students who do not meet these requirements may still be eligible for admission to Saint Leo University through the University Campus **Bridge Program**.
- The Office of Admissions may require international students to take a placement test upon arrival at the University to determine appropriate placement.

**Application Procedure for International Students**

International students are required to submit the following items to complete an application for admission:

- Complete **free online application**
- **Submit Official transcripts**, mark sheets, diplomas or certificates from all post-secondary institutions attended, along with course descriptions and credit values. Students may also submit an official evaluation from a NACES approved agency.
- **Standardized test scores** from either the SAT or the ACT are highly recommended but are not required. The results of these tests will be used in determining scholarship eligibility.
- **Proof of English Language Proficiency**. English proficiency may be demonstrated by submitting qualifying English proficiency scores as outlined below. (See Bridge Program Section)
- **Letter of recommendation** from a teacher, headmaster, or school counselor.
- **Completed Certificate of Finances** indicating there are sufficient monetary resources available to the student to satisfy the costs of attendance at Saint Leo University. The financial documents cannot be older than six months at the time of submission to Saint Leo University in order to be considered valid. These financial documents include, but are not limited to, bank statements and letters, government or organization scholarships.
- **Submit color copy of biographical section of passport**
- **Students transferring from another US institution** completed Visa Clearance Form filled out by the international student advisor at your current US institution.

**Change of Residency**

A student wishing to enroll in courses at another University center or campus must apply for a change of residency. To complete an application for a change of residency, please log into https://mysaintleo.edu. Click on the "UTS Help Desk" link in the left-hand navigation bar. Follow the posted instructions to fill out the form. Please note that a change in residency may result in a change of tuition rates. Consequently, a student should not complete the application until his or her student account at the prior resident center or campus is settled. Saint Leo University reserves the right to deny a student's application for change of residency if the student violates any University policy or fails to stay current on his or her student account.

Changes of residency requests are not automatically granted and are made at the discretion of the Associate Vice President for Enrollment and Support Services, or designee.

**Registration**

Current students can re-enroll by using Saint Leo University's online registration system, eLion, at https://elion.saintleo.edu or contact their student advisor.

Before official registrations are completed, course selections are checked to make sure that the necessary prerequisites are met. Obtaining academic advisement and early registration is highly encouraged because many course selections close out early. WorldWide students are not considered registered until they have paid for their courses (their share and documentation for any third-party payment of the remainder). Active-duty military tuition assistance requests normally take at least 24 hours to be processed and approved.

Students carrying a course load of two courses (six semester credit hours) are considered full time; those taking one course (three semester credit hours) are considered part time. A course load of three courses requires approval and a 3.0 GPA or higher. To take four courses, students must obtain permission from a Center for Online Learning administrator. A four-course load is approved only under unusual circumstances.

# Learning Options for Education Center Students

## Online Learning

Saint Leo offers Internet-based courses through Online Learning (OL). OL provides Education Center students at an Education Center with a convenient opportunity to supplement the courses they take in traditional on-ground classrooms with Internet-based courses. OL courses are offered through a student's Education Center and must be taken in conjunction with on-ground courses. A Education Center student is permitted to take up to two OL courses in a given term. A Education Center student may take three OL courses in a given term only by exception, with the permission of the Center Director, and if the student's GPA is 3.0 or higher.

Students interested in earning their degree completely online should enroll as an Online student.

## Synchronous Learning

Saint Leo offers synchronous learning courses through Video Teaching Y Teleconferencing (VTT) and Internet Connected Classrooms (ICC). These are additional delivery options for completion of coursework, besides traditional and online options.  VTT courses connect you with instructors and students at University Campus and other Centers.  In a VTT classroom, you will actively participate in the classroom at one of our locations in "real-time" through video teleconferencing.  ICC courses provide students with unique limitations in attending a traditional or VTT class the opportunity to participate in a live, active learning environment from any location where they have high speed internet access and a web cam.  Whether students take ICC courses from their home or hotel, on board a Navy ship, or from an international location, so long as they have the internet connection and web cam these courses can meet some of the unique needs of the adult learner

# Registration, Drop/Add, and Withdrawal Policies

Each Education Center publishes a schedule specifying course offerings, locations, regulations, and time periods of registration. Students should register for selected courses at their Education Center, with the exception of locations

offering multi-site registration. Consult the local Education Center for details. This information is also published on Saint Leo University's website (uts.saintleo.edu/schedule/).

The University reserves the right to cancel a course for which there are insufficient enrollments. Students will be notified via e-mail or telephone, and any tuition and fees paid for a course that has been canceled will be refunded if the student does not register in a replacement course.

The drop/add period for changing course registrations is published within the Education Center's course registration material for each term. Attendance is taken during the add/drop period in every course offered in every location at Saint Leo University. Attendance is taken for the purpose of establishing a student's enrollment in a specific course so that Title IV funds may be disbursed to the student. No Title IV funds are given to a student who has not attended class during the add/drop period. Students who do not attend at least one meeting of the course during the add/drop period will have their registration for that course canceled and the record of their registration in that course deleted. A deleted record due to a student's failure to attend the class during the add/drop period may have an adverse effect on the student's financial aid.

Students who find it necessary to withdraw from any courses must contact their Education Center office to obtain academic withdrawal with a grade of W.

Any student who stops attending any course for which he or she is registered without following the appropriate withdrawal procedures will be counted as an unofficial withdrawal. As a result of unofficially withdrawing, he or she will receive a grade of FA—Failure Due to Absences. The Financial Aid Office will reduce the student's aid eligibility and refund a portion of the student's financial aid to the original funding source. The midpoint of the enrollment period will be used for the purpose of calculating the return of Title IV funds. The student will be responsible for repayment of all outstanding loans to any lender and will be responsible for payment of the tuition and fees associated with the course. A student who earns an FA grade earns no credit, and the FA is counted in the same manner as an F grade on the student's grade report.

Saint Leo University does not recognize an unofficial withdrawal for purposes of determining an institutional refund or a change of grade to W—Withdrawn. If it is determined that the student did not begin the withdrawal process or otherwise notify the school of the intent to withdraw due to illness, accident, deployment, or other circumstances beyond the student's control, the school will determine a withdrawal date from its consideration of the circumstances.

At education centers with 15 week semesters, a full-time course load is four courses (12 credit hours) per semester. At education centers with 8 week terms, a full-time course load is two courses (6 credit hours) per term.

Students who fall below full-time status, as defined by their degree program and course of study, will be considered part time and may cause their financial aid status to be reexamined. Failure to attend class or merely giving notice to a faculty member will not be regarded as an official notice of withdrawal. Failure to properly withdraw will result in a grade of F. Deadlines for withdrawal from courses are reflected on the published schedule. Course withdrawal does not cancel any student indebtedness to the University.

Saint Leo University reserves the right to cancel the registration of any student who fails to conform to the rules and regulations of the University.

# Financial Information

**Saint Leo University WorldWide Education Centers and Offices:**

# Tuition and Fees

All tuition and fee rates are subject to changes without notice

| | |
|---|---|
| Tuition (per credit hour) | $370* |
| Application Fee | $45 |
| Application Fee - Graduate | $80 |
| International Credential Evaluation | $235 |
| Certificate Fee | $65 |
| COL Late Registration Fee | $30 |
| Graduation Fee - A.A. | $125 |
| Graduation Fee - B.A., B.S. | $125 |
| Replacement Diploma | $30 |
| Official Transcript Fee | $7 |
| Electronic Transcript Fee | $10 |
| Rush or Overnight Transcript Fee | $32 |
| I.D. Card Replacement | $25 |
| Parking Decal (as required by host institution) | $30 |
| Parking Decal - Resident | $60 |
| Capstone Course Assessment Fee | $50-$175** |

*Tuition for Active Duty Military (per credit hour) - $250*

**Varies by capstone course.*

Other course fees may be charged based on Center facilities. Students should consult the course schedule published each term.

Enrolled students may, with the permission of their academic advisor, take courses offered at University Campus or Online Learning. When they do, the per-credit-hour charge associated with the course location will apply.

# Method of Payment

All students must pay their tuition and fees in full at the time of registration. The following payment methods may be used:

1. Checks or credit cards are accepted at the Saint Leo University WorldWide Center or the University Campus. Do not mail cash. Payments may also be made via eLion through the University's website. Payment may also be made via Student Account Advising at (352) 588-6600 or Trane Stop at (352) 588-7496.
2. Financial aid grants or loans administered by Saint Leo University.
3. Financial assistance from an outside third-party source. To receive credit for this form of aid, students should present written documentation at the time of registration of the amount of the award and the manner in which it is to be paid.

4.   Students may also use the Saint Leo University deferred payment plan. Payment plan enrollment is available for the current term/semester only. Students can enroll in the payment plan via their eLion account under Financial Information. Enrollment is required each term/semester, and a $35 nonrefundable fee applies for each plan. All tuition and fees for the term/semester must be paid in full before registration for the next term/semester will be accepted. The deferred payment plan is subject to late fees, as noted below.

# Late Fees

Unpaid balances are subject to a late fee of 1% monthly (12% annually). Late fees accrue 60 days after term start.

# Past-Due Accounts

When a student leaves the University owing money, his or her receivable balance is placed in collection status. These accounts may be assigned to an external collection agency after 90 days past due. Students are responsible for all late fees, collection agency costs, and attorney's fees imposed on delinquent accounts. Transcripts and diplomas will not be released until the account balance is zero.

# Refunds of Tuition and Course Fees

Refunds for students who withdraw shall be calculated on a pro rata basis as defined by federal regulations.

*If you are contemplating a withdrawal from the University, it is highly recommended that you contact the Financial Aid office prior to withdrawing to discuss the impact your withdrawal may have on your current and future financial aid packages*

Refunds of tuition for withdrawal from courses are given according to the following schedule. *Note that if you are enrolled at a Saint Leo University Education Center and/or Online Program in Georgia, Maryland, South Carolina or Wisconsin, please proceed to the applicable schedule.*

## Tuition:

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

75% tuition refund if course withdrawal occurs after add/drop and before the end of week two.

No refund for any course with withdrawal after the end of week two.*

*\*Policy does not apply to students enrolled at a Saint Leo University Education Center and/or Online Programs in Georgia, Maryland, South Carolina and Wisconsin*

Laboratory and special course fees are 100% refundable if course is dropped before the end of the drop/add period. After the drop/add period, laboratory and special course fees are nonrefundable.

Refunds due students who have credit balances in their tuition account will automatically be issued within 14 days, unless funds are held due to administrative review regarding fraud or eligibility. Appeals regarding refunds shall be submitted **in writing** to the Business Office, MC 2097, Saint Leo University, P.O. Box 6665, Saint Leo, FL 33574-6665.

# Refunds of Tuition and Course Fees (Georgia)

*Refund policy for students enrolled in courses at Saint Leo University Education Centers and/or online programs in Georgia.*

Refunds of tuition for withdrawal from courses are given on the following schedule:

**Tuition:**

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

75% tuition refund if course withdrawal occurs after add/drop and before less than 25% of the course term is completed.

50% tuition refund if course withdrawal occurs after more than 25% and less than 50% of the course term is completed.

No refund for any course with withdrawal after 50% of the term is completed.

Laboratory and special course fees are 100% refundable if course is dropped before the end of the drop/add period. After the drop/add period, laboratory and special course fees are nonrefundable.

Refunds due students who have credit balances in their tuition account will automatically be issued within 14 days, unless funds are held due to administrative review regarding fraud or eligibility. Appeals regarding refunds shall be submitted **in writing** to the Business Office, MC 2097, Saint Leo University, P.O. Box 6665, Saint Leo, FL 33574-6665.

# Refunds of Tuition and Course Fees (Maryland)

*Refund policy for students enrolled in courses at Saint Leo University Education Centers and/or online programs in Maryland.*

Refunds of tuition for withdrawal from courses are given on the following schedule:

**Tuition:**

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

90% tuition refund if course withdrawal occurs after add/drop and before 10% of the course is completed.

80% tuition refund if course withdrawal occurs after 10% of the course is completed but before 20% of the course has been completed.

60% tuition refund if course withdrawal occurs after 20% of the course has been completed but before 30% of the course has been completed.

40% tuition refund if course withdrawal occurs after 30% of the course has been completed but before 40% of the course has been completed.

20% tuition refund if course withdrawal occurs after 40% of the course has been completed but before 60% of the course has been completed.

No refund for any course with withdrawal after 60% of the course has been completed.

Refunds due students who have credit balances in their tuition account will automatically be issued within 14 days, unless funds are held due to administrative review regarding fraud or eligibility. Appeals regarding refunds shall be submitted **in writing** to the Business Office, MC 2097, Saint Leo University, P.O. Box 6665, Saint Leo, FL 33574-6665.

# Refunds of Tuition and Course Fees (South Carolina)

*Refund policy for students enrolled in courses at Saint Leo University Education Centers and/or online programs in South Carolina.*

*Refunds of tuition for withdrawal from courses are given on the following schedule:*

**Tuition:**

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

75% tuition refund if course withdrawal occurs after add/drop and before 25% of the course is completed.

60% tuition refund if course withdrawal occurs after 25% of the course is completed but before 38% of the course has been completed.

50% tuition refund if course withdrawal occurs after 38% of the course is completed but before 50% of the course has been completed.

30% tuition refund if course withdrawal occurs after 50% of the course is completed but before 60% of the course has been completed.

No refund for any course with withdrawal after 60% of the course has been completed.

Laboratory and special course fees are 100% refundable if course is dropped before the end of the drop/add period. After the drop/add period, laboratory and special course fees are nonrefundable.

Refunds due students who have credit balances in their tuition account will automatically be issued within 14 days, unless funds are held due to administrative review regarding fraud or eligibility. Appeals regarding refunds shall be submitted **in writing** to the Business Office, MC 2097, Saint Leo University, P.O. Box 6665, Saint Leo, FL 33574-6665.

# Refunds of Tuition and Course Fees (Wisconsin)

*Refund policy for students enrolled in courses at Saint Leo University Center for Online Learning in Wisconsin.*

A student who withdraws or is dismissed after attending at least one class, but before completing 60% of the instruction in the current enrollment period, is entitled to a pro rata refund as follows:

**Tuition:**

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

90% tuition refund if course withdrawal occurs after add/drop and before 10% of the course is completed.

80% tuition refund if course withdrawal occurs after 10% of the course is completed but before 20% of the course has been completed.

70% tuition refund if course withdrawal occurs after 20% of the course is completed but before 30% of the course has been completed.

60% tuition refund if course withdrawal occurs after 30% of the course is completed but before 40% of the course has been completed.

50% tuition refund if course withdrawal occurs after 40% of the course is completed but before 50% of the course has been completed.

40% tuition refund if course withdrawal occurs after 50% of the course is completed but before 60% of the course has been completed.

No refund for any course with withdrawal after 60% of the course has been completed.

As part of this policy, the school may retain a one-time application fee of no more than $100. The school will make every effort to refund prepaid amounts for books, supplies, and other charges. A student will receive the refund within 40 days of termination date. If a student withdraws after completing 60% of the instruction, and withdrawal is due to mitigating circumstances beyond the student's control, the school may refund a pro rata amount.

A written notice of withdrawal is not required.

# Add/Drop/Withdrawal

Registered students may add courses until the first day of classes. To receive a full refund, courses should be dropped before the end of the first week of classes. Registered students are automatically "dropped" from classes if not logged in during the first week of classes.

The University reserves the right to cancel a course for which there are insufficient enrollments. Students will be notified via e-mail or telephone, and any tuition and fees paid for a course that has been canceled will be refunded if the student does not register in a replacement course.

**Withdrawal with an Excuse**

If a student is active-duty military and receives unexpected TDY orders during the semester, an excused withdrawal is available without financial penalty by providing orders of the duty to the Saint Leo University Online Learning Center. Students may re-enroll for the same class at a later date without penalty. During this time, the Online Learning Center will hold the tuition. These circumstances must be reported to the issuing Tuition Assistance office in order to avoid repayment of the Tuition Assistance portion of the bill.

# Military Refunds of Online Tuition and Course Fees (Iowa)

Refund policy for military Iowa students enrolled in online courses at Saint Leo University. It is the responsibility of the student to contact your enrollment counselor/advisor, provide proper documentation and follow the appropriate procedure.

Saint Leo University will offer the following options to a student who is a member, or the spouse of a member if the member has a dependent child, of the Iowa National Guard or reserve forces of the United States and who is ordered to state military service or federal service or duty:

- Withdraw the student's entire registration and issue a full refund of tuition and mandatory fees.
- Make arrangements with the student's instructors for course grades, or for incompletes that shall be completed by the student at a later date. If such arrangements are made, the student's registration shall remain intact and tuition and mandatory fees shall be assessed for the courses in full.
- Make arrangements with only some of the student's instructors for grades, or for incompletes that shall be completed by the student at a later date. If such arrangements are made, the registration for those courses shall remain intact and tuition and mandatory fees shall be assessed for those courses. Any course for which

163

arrangements cannot be made for grades or incompletes shall be considered dropped and the tuition and mandatory fees for the course refunded.

# Financial Aid Office

The Financial Aid Office administers federal, state, private and university financial assistance programs, including student employment.

It is the purpose of the Financial Aid Office to provide needy and/or academically qualified students with financial aid in the form of scholarships, grants, loans and work programs to the extent that resources are available. In order to make the best use of limited funds, awards often consist of a combination of resources. Professional staff members are ready to help all students plan for the most efficient use of their financial resources for education.

The Financial Aid Office's primary means of communication to students is through email. It is the student's responsibility to frequently check their Saint Leo University email for important messages from the Financial Aid Office.

It should be noted that the information in the catalog is not all inclusive. It is the student's responsibility to review all of the relevant information. Please visit the Financial Aid web section at www.saintleo.edu/finaid for detailed information about the following:

- Tuition and costs
- Tuition refunds and returns of Title IV funds
- Refund disbursements
- Financial aid process
- Financial aid eligibility requirements
- Determining financial need
- Accepting awards
- Verification process
- Satisfactory academic progress (SAP)
- Financial aid appeal process
- Types of financial aid
- Student employment
- Book vouchers
- Consumer information

**Contacting the Financial Aid Office**

Students with questions are encouraged to contact the Financial Aid Office. Financial Aid Support is available to take calls Monday thru Friday, 8:30 am - 5:30 pm eastern standard time.

Financial Aid Support
(800) 240-7658
finaid@saintleo.edu
www.saintleo.edu/finaid

**Textbooks and Course Materials Fees**

Saint Leo uses Follett as its book vendor. Financial aid students are able to buy their books using their anticipated financial aid credit (if their financial aid award exceeds tuition charges for the term). Financial aid students who wish to buy their books using their financial aid credit must wait until after they receive their book vouchers to purchase their books. Financial aid students will receive, via their Saint Leo email account, a notice that their financial aid

voucher is available for course materials and textbook purchases.  Students who are purchasing their books by credit card can do so when registration opens.  Students can access the online bookstore ordering site at www.saintleoshop.com.

# Free Application for Federal Student Aid (FAFSA)

Students who require financial assistance in order to attend the university should apply for assistance each academic year. The U.S. Department of Education's Free Application for Federal Student Aid (FAFSA) on the web (www.fafsa.ed.gov) is used to determine eligibility for assistance based on need. The FAFSA must be completed for each academic year.

Students should submit their regular or renewal FAFSA so that it is received by the federal processor by the March 1 priority date.

Saint Leo University's federal school code is 001526. The FAFSA form will request this code so that your information can be sent to the university.

# Satisfactory Academic Progress (SAP)

All students receiving Federal Title IV financial aid, state aid or Saint Leo institutional aid must adhere to the university's published policy on satisfactory academic progress. The Higher Education Act as amended by Congress mandates that higher education institutions establish minimum standards of "satisfactory academic progress" for students receiving financial aid.

In order to maintain financial aid eligibility, recipients must meet all of the following SAP Policy requirements:

- Earn a minimum cumulative GPA (please see the policy for specifics)
- Successfully complete at least 67% of all attempted credit hours
- Complete program of study within the maximum timeframe of 150%

SAP is evaluated at the end of each academic semester or after each set of two 8-week linked terms when grades are posted. The evaluation normally occurs two weeks after the end of the semester/term.
For full details regarding Saint Leo University's SAP policy, details concerning the requirements listed above, and the complete appeal process, visit www.saintleo.edu/sap.

# Late Fees

Unpaid balances are subject to a late fee of 1% monthly (12% annually). Late fees accrue 60 days after term start.

# Past-Due Accounts

When a student leaves the University owing money, his or her receivable balance is placed in collection status. These accounts may be assigned to an external collection agency after 90 days past due. Students are responsible for all late fees, collection agency costs, and attorney's fees imposed on delinquent accounts. Transcripts and diplomas will not be released until the account balance is zero.

# Loan Deferment/Verification

Students must request loan deferment/enrollment verification forms from the institution requesting verification. Saint Leo University does not provide loan deferment or enrollment verification forms. All deferments must go to the Registrar's Office on the University Campus. No deferment or verification forms may be processed by the Center for Online Learning.

# Financial Responsibility

The University will not release transcripts, diplomas, certificates of attendance, or certain other official documents if a student has financial indebtedness. The balance on the student account must be zero for the student to be permitted the privilege of participating in Commencement and Baccalaureate exercises.

If a student leaves the University with an unpaid balance, the University will have no other choice but to hold the student responsible for any legal and/or collection fees incurred by the University in collecting the unpaid balance.

By enrolling in and attending University courses, students acknowledge and agree that they are responsible for all charges incurred as a result of their matriculation and enrollment in the University. This includes late charges, collection agency costs, and attorney's fees imposed on delinquent student accounts. In many instances, some of the charges may be settled by a student's sponsor, employer, or other interested party; however, the student is ultimately responsible for his or her account.

By enrolling in and attending University courses, students acknowledge and agree that they are responsible for all charges incurred as a result of their matriculation and enrollment in the University. This includes late charges, collection agency fees, and attorney's fees imposed on delinquent student accounts. In many instances, some of the charges may be settled by a student's sponsor, employer, or other interested party; however, the student is ultimately responsible for his or her account.

# Section 5:  Admission to Saint Leo University WorldWide Online Learning

Applicants with less than 12 credit hours of earned undergraduate postsecondary education who wish to qualify for admission as a fully matriculated, degree-seeking student at the Saint Leo University WorldWide Online Learning Center must submit an application package including a completed application form and one of the following:

**First Time in College (FTIC) must** submit one of the following by the application deadline:

- An official secondary school transcript
- An official GED score report

FTIC students who complete the application form but fail to submit all supporting documentation prior to the application deadline for a given term may be provisionally admitted for that semester. In order for the student to re-enroll for a subsequent term, all required documents must be received by the registration deadline for that term. Additionally, all applicants must submit unofficial transcripts and government issued photo ID prior to initial course registration.

Students transferring to the Saint Leo University WorldWide Online Learning Center, who have at least 12 credit hours of earned undergraduate postsecondary education may also qualify for admission as a fully matriculated, degree-seeking student in the absence of any of the documents required above. Applicants must submit an application package including the following:

- A completed application form

166

- Official transcripts from all postsecondary education institutions attended showing at least 12 credit hours of postsecondary academic earned credit with a cumulative grade point average (GPA) of 2.0 or above from regionally accredited two- or four-year postsecondary institutions.

Coursework qualifying as academic credit must be courses normally acceptable for admission as a matriculated transfer student and may not be vocational or remedial in nature. No experiential learning, including time-in-grade, time-in-service credit, or other certificate or training programs, will meet the standard of qualification for admission, high school or GED requirements, or for transfer credit unless such work is recognized in the American Council of Education (ACE) Guidebook.

Transfer students must submit Official Transcript Release Authorization form(s) in order to be provisionally admitted for two consecutive terms. Transfer students also must submit unofficial transcripts prior to initial course registration. In order to re-enroll for a subsequent term, all official transcripts must be received by the registration deadline for that term.

Students who do not meet the 2.0 GPA requirement may still be considered for provisional admission into Saint Leo University, however in order to maintain their status they must meet the below criteria::

- Attain a 2.0 GPA with no grades lower than a "D"
- May only withdraw from one class during this enrollment period
- Must contact your Student Advisor to enroll each term

If applicants meet none of the criteria for admission, they may enroll in courses as non-degree-seeking students. Upon completion of 18 credit hours of non-remedial coursework with Saint Leo University, the applicant may reapply for admission to the University.

# Non-Degree Seeking

The Online Learning Center enrolls a limited number of students who wish to take selected courses for credit but who do not want to study for a degree. These students must complete an application and indicate that they are not degree seeking. Non-degree-seeking students are limited to 18 credit hours with Saint Leo University.

Veterans eligible for Veterans Administration (VA) educational training benefits must be in a degree-seeking status in order to qualify for VA benefits. Admission requirements may also be imposed by providers of financial aid or military tuition assistance.

If it has been more than five years since your last registration at Saint Leo University, you must be readmitted. You will NOT be required to pay an application fee. For further information on the Department of Education's policy on re-admission for service members, please see www2.ed.gov/policy/highered/guid/readmission.html.

# Admission Procedure

Individuals interested in applying for degree-seeking status with the Saint Leo University WorldWide Online Learning Center should apply online at https://saintleouniversity.force.com/onlineapp. A qualified applicant will be considered to be matriculated (classified as degree seeking) when the following materials are submitted or received and approved by the Associate Vice President of Enrollment or designee:

1. Completed application form;
2. Application fee (nonrefundable);
3. Documentation of high school or GED completion. For transfer students, this may be documented by the transcript of the previously attended university;
4. Official transcripts from all previously attended colleges/universities (the Center for Online Learning will obtain official transcripts from U.S. colleges and universities on the student's behalf); and
5. Other transfer credits can be granted with the receipt of all appropriate documents, including:

Documentation to support the granting of University credit from such sources as:

- CLEP, DANTES, GED college-level examinations, USAFI examinations, Regents Standardized Examinations, or advanced placement (AP) examinations.
- Documentation for evaluation of nontraditional transfer credit (including military training on a Joint Services Transcript, a validated DD Form 295, or Community College of the Air Force CCAF Transcript).
- Other relevant documentation as needed (veterans/retirees should include a DD Form 214).
- Licensure documentation to support the granting of University credit for some occupational courses. University credit is available to members of the military services upon presentation of proof of completion of service-related courses and/or training schools and to law enforcement officers who have completed coursework in the FBI National Academy, local law enforcement academies or other training, police institute, and certified polygraph schools. Verification of coursework is obligatory in order to obtain credit. Nontraditional sources of credit have specific limits (see Transfer Credits ).

Once all of a student's documents are received at the Online Learning Center, the Admissions Committee will review the student's application and the student will be notified of the admission decision. Upon completion of the Registrar's evaluation, students will have access to their program evaluations online via the Saint Leo Portal and eLion. This evaluation will include courses for which transfer credit has been granted and courses left for degree completion.

In order to file for veterans' benefits or to be eligible for most other types of financial aid, a student must first be admitted to Saint Leo University. Service members using tuition assistance have a reimbursement limit of 15 semester hours, unless they become degree seeking and obtain a Servicemembers Opportunity Colleges Agreement.

As with Saint Leo University's other programs, there is a minimum **residency** requirement of 30 semester credit hours. The residency requirement means that students must earn 30 credit hours at Saint Leo University. All credit may be earned online.

# International Students Admission Policies

International students are required to have all documents and credentials submitted to their respective Education Center or the Online Learning Center, and then the Registrar determines admissibility. Please check with respective Education Center to determine if international students can enroll.  Saint Leo University recognizes all international diplomas and credits taken at accredited secondary and postsecondary institutions once all appropriate official documentation and credentials are received and translated (where necessary). Credit is granted in accordance with the National Association of Foreign Student Advisors (NAFSA) and the American Association of Collegiate Registrars and Admissions Officers (AACRAO). Students presenting diplomas indicating academic work beyond the high school level will have academic work evaluated by the Registrar. The Registrar will determine the exact number and nature of courses granted once the international evaluation is received. Please see the application packet for a complete list of approved international evaluation agencies.

## English Language Proficiency

All international candidates for admission must prove English language proficiency in **at least one** of the following:

1. A minimum score of 550 (paper based) or 213 (Web based) on the Test of English as a Foreign Language (TOEFL).
2. A minimum of 6.0 on the International English Language Test System (IELTS).
3. A minimum of 450 on the verbal component of the SAT.
4. Grades of B or higher in English composition courses where English is the language of instruction.
5. For transfer students, two semesters with grades of B or higher in English composition courses at regionally accredited postsecondary institutions in the United States.
6. Successful completion of a NASFA-recognized ESL program.

## Application Procedure for International Students

International students are required to submit the following items to complete an application for admission:

1. **Completed application** with nonrefundable **application fee**. Funds must be drawn on U.S. banks and made payable in U.S. dollars.
2. **Original international evaluation** from an approved international evaluation agency (please see the application packet for list of approved evaluators).
3. **Proof of English language proficiency.** English proficiency may be demonstrated by submitting qualifying TOEFL scores or by meeting other approved criteria in lieu of the TOEFL as outlined above.

# Change of Residency

A student wishing to enroll in courses at another University Center or Campus must apply for a change of residency. To complete an application for a change of residency, please log into https://fs.saintleo.edu. Click on the "UTS Help Desk" link in the left-hand navigation bar. Follow the posted instructions to fill out the form. Please note that a change in residency may result in a change of tuition rates. Consequently, a student should not complete the application until his or her student account at the prior resident center or campus is settled. Saint Leo University reserves the right to deny a student's application for change of residency if the student violates any University policy or fails to stay current on his or her student account.

Changes of residency requests are not automatically granted and are made at the discretion of the Associate Vice President for Enrollment and Support Services, or designee.

# Enrollment and Registration

## Enrollment

New students seeking to enroll in Saint Leo University can contact a program representative at (888) 875-8265. For more information, go to the Online Learning Center website: www.saintleo.edu/WorldWide-admissions.

## Registration

Current students can re-enroll by using Saint Leo University's online registration system, eLion, at https://elion.saintleo.edu or contact Student advising at (877) 856-2144.

Before official registrations are completed, course selections are checked to make sure that the necessary prerequisites are met. Obtaining academic advisement and early registration is highly encouraged because many course selections close out early. COL students are not considered registered until they have paid for their courses (their share and documentation for any third-party payment of the remainder). Active-duty military tuition assistance requests normally take at least 24 hours to be processed and approved.

Students carrying a course load of two courses (six semester credit hours) are considered full time; those taking one course (three semester credit hours) are considered part time. A course load of three courses requires approval and a 3.0 GPA or higher. To take four courses, students must obtain permission from an Online Learning Center administrator. A four-course load is approved only under unusual circumstances.

# Financial Information

# 2019-2020 WorldWide Tuition and Fees

2019-2020 tuition and fees are effective as of June 24, 2019 - All tuition and fee rates are subject to change without notice.

| Direct Costs by Program | Tuition Per Credit Hour* |
|---|---|
| Associate & Bachelor Degrees | $370 |
| Certificate Programs | $250 |
| Active-Duty Military | $250 |
| Navy Pace | $200 |

* Tuition increases annually

| Indirect Costs* | |
|---|---|
| Books | $704 |
| Room & Board** | $10,738 |
| Personal | $1,810 |
| Travel | $1,062 |
| Total | $14,314 |

*The indirect costs listed here are estimates; actual costs will vary from student to student

**Estimated average of living expenses for housing and food

| Other Fees & Deposits | |
|---|---|
| Admission / Application Fee | $45 |
| International Application Fee | $45 |
| International Credential Evaluation Fee | $235 |
| Audit Fee (Visitors & Part-Time Students) | $235 |
| Graduation Fee (Civilian) | $125 |

| | |
|---|---|
| Graduation Fee (Military) | $125 |
| Certificate Fee | $65 |
| Replacement Diploma | $30 |
| ID or Food Card Replacement | $25 |
| Electronic Transcripts / Official Transcripts Fee | $10 - $15 |
| Rush / Overnight Delivery | $32 |
| Course Challenge Examination | $80 |
| Technology Fee (per online course) | $25 |
| Parking Decal (Resident Student) | $60 |
| Parking Decal (Non-Resident Student) | $30 |
| Dual enrollment per credit hour (for high school students) | $125 |

| Cost of Attendance* - Civilian | Semester | Year |
|---|---|---|
| Tuition | $4,440 | $8,880 |
| Books | $352 | $704 |
| Room & Board** | $5,369 | $10,738 |
| Personal | $905 | $1,810 |
| Travel | $531 | $1,062 |
| Total | $11,597 | $23,194 |

*The Cost of Attendance budget is based on federal guidelines and is used to determine financial aid eligibility; tuition costs may vary.
**Estimated average of living expenses for housing and food

| Cost of Attendance* - Military*** | Semester | Year |
|---|---|---|
| Tuition | $3,000 | $6,000 |
| Books | $352 | $704 |
| Room & Board** | $5,369 | $10,738 |
| Personal | $905 | $1,810 |

| | | |
|---|---|---|
| Travel | $531 | $1,062 |
| **Total** | **$10,157** | **$20,314** |

\*The Cost of Attendance budget is based on federal guidelines and is used to determine financial aid eligibility; tuition costs may vary.
\*\*Estimated average of living expenses for housing and food.
\*\*\*The Saint Leo military rate applies to eligible active duty, reserve, and guard service members enrolled in undergraduate programs. Spouses of active duty, reserve, and guard service members are also eligible for the military rate, when enrolled in graduate programs.

2019-2020 tuition and fees are effective as of June 24, 2019

# Textbooks and Materials Fees

Saint Leo uses eFollette.com as its book vendor. Financial aid students are able to buy their books using their anticipated financial aid credit (if their financial aid award exceeds tuition charges for the term). Financial aid students who wish to buy their books using their financial aid credit must wait until after they receive their book vouchers to purchase their books. Financial aid students will receive, via their Saint Leo e-mail account, a voucher number with the subject of the e-mail being "Use your STUDENT ALLOCATION to order your books online." Students who are purchasing their books by credit card can do so when registration opens. Online students can access the textbook website at https://www.bkstr.com/saintleoworldwidestore/shop/textbooks-and-course-materials.

# Withdrawal and Refund Policies

To withdraw from a class or classes, students must complete an **Official Course Withdrawal Form** online. Students have the prerogative of dropping a course until the end of the first week of classes without financial penalty or grade, and after that students will receive only a partial refund of tuition (see below), and a grade of W is assigned until the final published date for withdrawing (the last day of week 6). The grade will be reflected on the transcript, but not calculated into the grade point average. Failure to properly withdraw will result in a grade of FA (Failure due to Absences). Deadlines for withdrawal from courses are reflected on the published schedule below. Course withdrawal does not cancel any student indebtedness to the University. Saint Leo University reserves the right to cancel the registration of any student who fails to conform to the rules and regulations of the University.

Any student who stops attending any course for which he or she is registered without following the appropriate withdrawal procedures will be counted as an unofficial withdrawal. As a result of unofficially withdrawing, he or she will receive a grade of FA. The Financial Aid Office may reduce the student's aid eligibility and refund a portion of the student's financial aid to the original funding source. The midpoint of the enrollment period will be used for the purpose of calculating the return of Title IV funds. The student will be responsible for repayment of all outstanding loans and will be responsible for payment of the tuition and fees associated with the course. A student who earns an FA grade earns no credit, and the FA is counted in the same manner as an F grade on the student's grade report.

Saint Leo University does not recognize an unofficial withdrawal for purposes of determining an institutional refund or a change of grade to W—Withdrawn. If the review of the unofficial withdrawal determines that the student did not begin the withdrawal process or otherwise notify the school of the intent to withdraw due to illness, accident, deployment, or other circumstances beyond the student's control, the school will determine a withdrawal date from its consideration of the circumstances.

# Refunds of Tuition and Course Fees

Refunds for Saint Leo University students who withdraw before 25 percent of the term/semester has been completed shall be calculated as follows:

Refunds of tuition for withdrawal from courses are given according to the following schedule. *Note that if you are enrolled at Saint Leo University WorldWide Education Centers and/or Online Program in Georgia, Maryland, South Carolina, or Wisconsin, please proceed to the applicable schedule.*

## Tuition:

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

75% tuition refund if course withdrawal occurs after add/drop and before the end of week two.

No refund for any course with withdrawal after the end of week two.*

*\*Policy does not apply to students enrolled at Saint Leo University WorldWide Education Centers and/or Online Program in Georgia, Maryland, South Carolina, or Wisconsin*

Laboratory and special course fees are 100% refundable if course is dropped before the end of the drop/add period. After the drop/add period, laboratory and special course fees are nonrefundable.

Refunds due students who have credit balances in their tuition account will automatically be issued within 14 days, unless funds are held due to administrative review regarding fraud or eligibility. Appeals regarding refunds shall be submitted **in writing** to the Business Office, MC 2097, Saint Leo University, P.O. Box 6665, Saint Leo, FL 33574-6665.

## Refunds of Tuition and Course Fees (Georgia)

*Refund policy for students enrolled in courses at Saint Leo University WorldWide Education Centers and/or online programs in Georgia.*

Refunds of tuition for withdrawal from courses are given on the following schedule:

## Tuition:

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

75% tuition refund if course withdrawal occurs after add/drop and before less than 25% of the course term is completed.

50% tuition refund if course withdrawal occurs after more than 25% and less than 50% of the course term is completed.

No refund for any course with withdrawal after 50% of the term is completed.

Laboratory and special course fees are 100% refundable if course is dropped before the end of the drop/add period. After the drop/add period, laboratory and special course fees are nonrefundable.

Refunds due students who have credit balances in their tuition account will automatically be issued within 14 days, unless funds are held due to administrative review regarding fraud or eligibility. Appeals regarding refunds shall be submitted **in writing** to the Business Office, MC 2097, Saint Leo University, P.O. Box 6665, Saint Leo, FL 33574-6665.

# Refunds of Tuition and Course Fees (Maryland)

*Refund policy for students enrolled in courses at Saint Leo University WorldWide Education Centers and/or online programs in Maryland.*

Refunds of tuition for withdrawal from courses are given on the following schedule:

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

80% tuition refund if course withdrawal occurs after 10% of the course is completed but before 20% of the course has been completed.

60% tuition refund if course withdrawal occurs after 20% of the course has been completed but before 30% of the course has been completed.

40% tuition refund if course withdrawal occurs after 30% of the course has been completed but before 40% of the course has been completed.

20% tuition refund if course withdrawal occurs after 40% of the course has been completed but before 60% of the course has been completed.

No refund for any course with withdrawal after 60% of the course has been completed.

Refunds due students who have credit balances in their tuition account will automatically be issued within 14 days, unless funds are held due to administrative review regarding fraud or eligibility. Appeals regarding refunds shall be submitted in **writing** to the Business Office, MC 2097, Saint Leo University, P.O. Box 6665, Saint Leo, FL 33574-6665.

# Refunds of Tuition and Course Fees (South Carolina)

*Refund policy for students enrolled in courses at Saint Leo University WorldWide Education Centers and/or online programs in South Carolina.*

Refunds of tuition for withdrawal from courses are given on the following schedule:

## Tuition:

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

75% tuition refund if course withdrawal occurs after add/drop and before 25% of the course is completed.

60% tuition refund if course withdrawal occurs after 25% of the course is completed but before 38% of the course has been completed.

50% tuition refund if course withdrawal occurs after 38% of the course is completed but before 50% of the course has been completed.

30% tuition refund if course withdrawal occurs after 50% of the course is completed but before 60% of the course has been completed.

No refund for any course with withdrawal after 60% of the course has been completed.

Laboratory and special course fees are 100% refundable if course is dropped before the end of the drop/add period. After the drop/add period, laboratory and special course fees are nonrefundable.

Refunds due students who have credit balances in their tuition account will automatically be issued within 14 days, unless funds are held due to administrative review regarding fraud or eligibility. Appeals regarding refunds shall be submitted **in writing** to the Business Office, MC 2097, Saint Leo University, P.O. Box 6665, Saint Leo, FL 33574-6665.

# Refunds of Tuition and Course Fees (Wisconsin)

*Refund policy for students enrolled in courses at Saint Leo University WorldWide Education Centers and/or online programs in Wisconsin.*

Refunds of tuition for withdrawal from courses are given on the following schedule:

100% tuition refund if course withdrawal occurs by the end of the add/drop period.

90% tuition refund if course withdrawal occurs after add/drop and before 10% of the course is completed.

80% tuition refund if course withdrawal occurs after 10% of the course is completed but before 20% of the course has been completed.

70% tuition refund if course withdrawal occurs after 20% of the course is completed but before 30% of the course has been completed.

60% tuition refund if course withdrawal occurs after 30% of the course is completed but before 40% of the course has been completed.

50% tuition refund if course withdrawal occurs after 40% of the course is completed but before 50% of the course has been completed.

40% tuition refund if course withdrawal occurs after 50% of the course is completed but before 60% of the course has been completed.

No refund for any course with withdrawal after 60% of the course has been completed.

As part of this policy, the school may retain a one-time application fee of no more than $100. A student will receive the refund within 40 days of termination date.  If a student withdraws after completing 60% of the instruction, and withdrawal is due to mitigating circumstances beyond the student's control, the school may refund a pro rata amount.

A written notice of withdrawal is not required.

# Add/Drop/Withdrawal

Registered students may add courses until the first day of classes. To receive a full refund, courses should be dropped before the end of the first week of classes. Registered students are automatically "dropped" from classes if not logged in during the first week of classes.

The University reserves the right to cancel a course for which there are insufficient enrollments. Students will be notified via e-mail or telephone, and any tuition and fees paid for a course that has been canceled will be refunded if the student does not register in a replacement course.

# Withdrawal with an Excuse

If a student is active-duty military and receives unexpected TDY orders during the semester, an excused withdrawal is available without financial penalty by providing orders of the duty to the Saint Leo University Online Learning Center. Students may re-enroll for the same class at a later date without penalty. During this time, the Online Learning Center will hold the tuition. These circumstances must be reported to the issuing Tuition Assistance office in order to avoid repayment of the Tuition Assistance portion of the bill.

# Military Refunds of Online Tuition and Course Fees (Iowa)

*Refund policy for military Iowa students enrolled in online courses at Saint Leo University. It is the responsibility of the student to contact your enrollment counselor/advisor, provide proper documentation and follow the appropriate procedure.*

Saint Leo University will offer the following options to a student who is a member, or the spouse of a member if the member has a dependent child, of the Iowa National Guard or reserve forces of the United States and who is ordered to state military service or federal service or duty:

i.     Withdraw the student's entire registration and issue a full refund of tuition and mandatory fees.

ii.    Make arrangements with the student's instructors for course grades, or for incompletes that shall be completed by the student at a later date. If such arrangements are made, the student's registration shall remain intact and tuition and mandatory fees shall be assessed for the courses in full.

iii.   Make arrangements with only some of the student's instructors for grades, or for incompletes that shall be completed by the student at a later date. If such arrangements are made, the registration for those courses shall remain intact and tuition and mandatory fees shall be assessed for those courses. Any course for which arrangements cannot be made for grades or incompletes shall be considered dropped and the tuition and mandatory fees for the course refunded.

# Financial Aid Office

The Financial Aid Office administers federal, state, private and university financial assistance programs, including student employment.

It is the purpose of the Financial Aid Office to administer needy and/or academically qualified students with financial aid in the form of scholarships, grants, loans and work programs to the extent that resources are available. In order to make the best use of limited funds, awards often consist of a combination of resources. Professional staff are ready to help all students plan for the most efficient use of their financial resources for education.

The Financial Aid Office's primary means of communication to students is through email. It is the student's responsibility to frequently check their Saint Leo University email for important messages from the Financial Aid Office.

It should be noted that the information in the catalog is not all inclusive. It is the student's responsibility to review all of the relevant information. Please visit the Financial Aid web section at www.saintleo.edu/finaid for detailed information about the following:

- Tuition and costs
- Tuition refunds and returns of Title IV funds
- Refund disbursements
- Financial aid process
- Financial aid eligibility requirements
- Determining financial need
- Accepting awards
- Verification process
- Satisfactory academic progress (SAP)
- Financial aid appeal process
- Types of financial aid
- Student employment
- Book vouchers
- Student borrower resources
- Consumer information

**Contacting the Financial Aid Office**

Students with questions are encouraged to contact the Financial Aid Office. Financial Aid Support is available to take calls Monday thru Friday, 9:00 am - 5:00 pm eastern standard time.

**Financial Aid Support**
(800) 240-7658
finaid@saintleo.edu
www.saintleo.edu/finaid

# Free Application for Federal Student Aid (FAFSA)

Students who require financial assistance in order to attend the university should apply for assistance each academic year. The U.S. Department of Education's Free Application for Federal Student Aid (FAFSA) on the web (www.fafsa.ed.gov) is used to determine eligibility for assistance based on need.

The FAFSA must be completed for each academic year. Students should submit their regular or renewal FAFSA so that it is received by the federal processor by the January 1 priority date. The FAFSA is available annually by October 1. When completing the FAFSA, applicants must enter Saint Leo University's federal school code - 001526.

**Disbursement of Funds**

Financial aid begins to be disbursed assuming all requirements are met, within 10 days of the beginning of the term (8 week class) for term based students and 10 days of the beginning of the semester for semester based students. Requirements can include verification completion, enrollment and program specific requirements (example: half-time enrollment). A change in your status pertaining to any of these requirements can impact your eligibility for financial aid funds.

Financial aid is disbursed directly to a student's eLion account. The funds are used to pay tuition and required fees, along with room and board, if applicable. Refunds are issued within 14 days from the date a credit balance is created. Refunds are issued in one of three ways as selected by the student: bank ACH transfer, paper check, or BankMobile debit card.

This complete policy is located at www.saintleo.edu/finaid.

# Satisfactory Academic Progress (SAP)

All students receiving Federal Title IV financial aid, state aid or Saint Leo institutional aid must adhere to the university's published policy on satisfactory academic progress. The Higher Education Act as amended by Congress mandates that higher education institutions establish minimum standards of "satisfactory academic progress" for students receiving financial aid.

In order to maintain financial aid eligibility, recipients must meet all of the following SAP Policy requirements:

- Earn a minimum cumulative GPA (please see the policy for specifics)
- Successfully complete at least 67% of all attempted credit hours
- Complete program of study within the maximum timeframe of 150%

SAP is evaluated at the end of each academic semester or after each set of two 8-week linked terms when grades are posted. The evaluation normally occurs two weeks after the end of the semester/term.

For full details regarding Saint Leo University's SAP policy, details concerning the requirements listed above, and the complete appeal process, visit www.saintleo.edu/sap.

# Late Fees

Unpaid balances are subject to a late fee of 1% monthly (12% annually). Late fees accrue 60 days after term start.

# Past-Due Accounts

When a student leaves the University owing money, his or her receivable balance is placed in collection status. These accounts may be assigned to an external collection agency after 90 days past due. Students are responsible for all late fees, collection agency costs, and attorney's fees imposed on delinquent accounts. Transcripts and diplomas will not be released until the account balance is zero.

# Loan Deferment/Verification

Students must request loan deferment/enrollment verification forms from the institution requesting verification. Saint Leo University does not provide loan deferment or enrollment verification forms. All deferments must go to the Registrar's Office on the University Campus. No deferment or verification forms may be processed by the Online Learning Center.

# Chapter 7:  University Explorations

## University Explorations

University Explorations is the university's general education program. General education is a vital part of a student's course of study at Saint Leo University, as it informs, deepens, and extends learning beyond the major.

Through a topical focus, University Explorations courses demonstrate the relevance of the liberal arts and sciences to today's world, cultivating in students essential skills in critical thinking and decision making, effective communication, problem solving, analysis, and creativity.

The curriculum consists of 42 credit hours comprised of 12 credits of foundational learning in English composition, mathematics, and computer skills, and 30 credits hours spread over five learning clusters representing the liberal arts and sciences:

**The Human Adventure (6 credits)**
*Exploring our past, living in the present, and shaping our future*

**The Human Mosaic (3 credits)**
*Building our identify, expressing our diversity*

**Science in a Changing World (6 credits)**
*Discovering our place in the natural world*

**The Creative Life (6 credits)**
*Expressing our human experience through the arts*

**The Reflective and Spiritual Life (9 credits, 3 from philosophy)**
*Asking questions, finding our purpose*

**Goals and Objectives of University Explorations**

Here are the types of skills and knowledge that University Explorations seeks to develop in our students and that they should be able to understand and demonstrate upon their completion of the program:

1. Demonstrate critical thinking skills

2. Demonstrate quantitative skills

3. Understand how living things and physical systems operate and the relationships among them

4. Demonstrate knowledge of diverse populations and differing belief systems, values, and norms

5. Understand issues and events in terms of historical, political, and economic context

6. Demonstrate appreciation for various forms of creative human expression

7. Communicate clearly and effectively using multiple types of media: listen attentively/ speak articulately, read critically, and write clearly

8. Understand Catholic and Benedictine-inspired values and traditions

The University Explorations curriculum provides undergraduate students with an understanding of Saint Leo University's Benedictine-inspired values and Catholic traditions while focusing on the liberal arts and sciences and introducing undergraduate students to an understanding of the knowledge needed to succeed in college and in lifelong learning. Based on the educational experiences that students have while in the Program, Saint Leo University seeks to graduate students:

• Who exhibit skills in learning, writing, reading, critical thinking, information and technology literacy, and numerical applications

• Who exhibit skills in dealing with fundamental human questions regarding the nature of human reality and the ways in which human   beings come to know the world and issues of human morality

• Who have learned to love learning, who understand the importance of the liberal arts as a basis for all learning, who find the curriculum relevant, and who are prepared to become lifelong learners

## Foundation Courses

Foundation courses in writing, mathematics and computer science prepare students to deal effectively with the rest of their coursework at Saint Leo University. These essential courses lay the groundwork for undergraduate students to succeed by providing them with the basic skills and tools that are required in upper-level courses.

**Writing**

For most undergraduate students, college-level writing is a difficult skill to master and one that requires constant practice. Therefore, many University Explorations courses are writing intensive because the ability to write well is central to learning and effective communication. Our Foundation writing courses are designed to prepare undergraduate students to:

- Express themselves intelligently and clearly
- Synthesize and integrate information from various disciplines
- Write academic papers that are sound and compelling
- Write academic papers based on accepted standardized formats
- Create original material as well as properly use and cite source material from a wide variety of venues in academic papers

As an institution supporting Writing Across the Curriculum, we expect students both in the University Explorations Program and in the majors to produce academic writing at a level suitable for a variety of writing tasks from lab reports and case studies to literature reviews and research papers.  Therefore, it is imperative that all students take ENG-121 and ENG-122 in their first two to three terms/semesters in order to build the essential skills needed for future classes.

A minimum grade of C is needed to fulfill the degree requirement.

**Mathematics**

The ability to use quantitative reasoning is another educational skill that is essential to success in college and lifelong learning. The formulas and procedures learned in MAT-131 College Mathematics (Business Majors will take MAT-141 Finite Mathematics) enable students to advance to and succeed in higher-level mathematics and related courses that use mathematics, as well as to develop quantitative skills used in everyday life.

- Success in MAT-131 also helps undergraduate students to:
- Develop increased proficiency in logical progression
- Gain increased understanding of scientific structure and applications
- Increase their ability to deal effectively with mathematics-related formulas found in other disciplines
- A minimum grade of C is needed to fulfill the degree requirement

**Computer Science**

To succeed in college and beyond, students must be computer literate. "Computer literate" does not mean being able to access the Internet; instead, this term requires that the student be able to use modern programs designed for word processing, spreadsheets, presentation management, and databases.

Students will:

- Have a comprehensive ability to use modern, standard software programs
- Be prepared for the expectations of today's workplace
- Improve their understanding of the ethical issues caused by modern computer technology
- A minimum grade of C is needed to fulfill the degree requirement

- **ENG 121 - Academic Writing I 3 credits**
- **ENG 122 - Academic Writing II 3 credits**
- **MAT 131 - College Mathematics 3 credits**
  Complete MAT-131 or higher.  Business majors must complete MAT-141
- **COM 140 - Basic Computer Skills 3 credits**

## The Human Adventure

*Exploring the past, living in the present, and shaping the future.*

The Human Adventure captures the nature of the human experience from social, political, psychological, economic, and historical perspectives. These courses require students to examine their lives within the context of a broader society and explore the ways in which humans understand themselves and interact with one another across space and time. Integrating the Core Values of Respect, Community, and Responsible Stewardship, these courses will provide students with the tools necessary to understand the past, live in the present and affect the future.

Complete two courses from the following choices:

- **ECO 110HA - Economics for Life 3 credits**
- **HTY 110HA - Immigration: The Changing Face of America 3 credits**
- **POL 110HA - Revolution Now! Democracy in Troubled Times 3 credits**
- **PSY 110HA - Psychological Well Being: How to be Sane in an Insane World 3 credits**
- **SOC 110HA - The McDonaldization of Society 3 credits**

## The Human Mosaic

*Building our identify, expressing our diversity*

Focusing on the Core Values of Respect and Community, the courses within the Human Mosaic are designed to prepare students to live and work in our diverse and global society. While exploring issues related to race, ethnicity, culture, and gender, students will come to understand that they cannot understand the totality of the human experience

without taking into account its diversity. These courses will provide students with the tools of tolerance, respect, and cultural awareness that will be essential to their success as they encounter new ideas and interact with a wide array of people in their daily lives and in their careers.

Complete one course from the following choices:

- ART 110HM - Curves Ahead: Women Artists and the Female Form 3 credits
- HTY 110HM - Native American History & Life: More Than Tipis & Tomahawks 3 credits HTY-110HM also offered as SSC-110HM.
- GLO 210HM - Feeding the Planet: Challenges and Opportunities for the 21st Century 3 credits
- SOC 110HM - Building a Multiracial Society 3 credits
- IDS 210HM - Once Upon a Time: Readings in Folklore and Culture 3 credit

## Science in a Changing World

*Discovering our place in the natural world*

Progress in contemporary sciences continues to have a significant, ongoing impact on human life. Science in a Changing World examines the contemporary topics that impact the way humans live. Students will apply the fundamental principles of the natural world to provide possible solutions of today's real-world problems. As a result, Saint Leo students will be better prepared to be informed members of the 21st century global community.

Complete two courses from the following choices:

- SCI 110SC - Evaluating the Predictions of Global Warming 3 credits
- SCI 115SC - Is Evolution True? Your Inner Fish 3 credits
- SCI 120SC - Human Ecology 3 credits
- SCI 210SC - Energy and Its Impact on Global Society 3 credits
- SCI 215SC - Science in Science Fiction 3 credits

## The Creative Life

*Expressing our human experience through the arts*

The Creative Life not only introduces students to the producers, products and processes of imagination; it activates their own imaginations. Through these courses, students will investigate the spectrum of human creativity and artistic endeavor, as well as the world's outstanding artists, gaining an understanding of the contributions of the arts to the world. Just as important, they will be given the aesthetic tools to both appreciate the artists' work and art in general, and to live a creative life.

Complete two courses from the following choices:

- FAS 110CL - Living the Theatre: Dramatic Skills for all Disciplines 3 credits
- HUM 110CL - Giants of the Arts 3 credits
- MUS 110CL - Spirituals to Rock and Roll: The Story of How American Popular Music Conquered the World 3 credits
- ENG 210CL - Love and Desire in Literature 3 credits
- ENG 215CL - Monsters and the Monstrous in Literature 3 credits
- ENG 220CL - On the Proverbial Road: Journeys of Transformation in Narrative 3 credits
- ENG 225CL - Writing Wild: Exploring the Four Genres 3 credits

- MUS 210CL - Making Sense of the Sound: The Art of Listening Well to Great Music **3 credits**

## The Reflective and Spiritual Life

*Asking questions, finding our purpose*

Reflection and spirituality lie at the center of what it means to be human. The study of philosophy, theology, and religion at Saint Leo University is an integral part of who we are as a Catholic university.  The exploration courses in the reflective and spiritual life invite students to critically examine beliefs, understand a diversity of worldviews, and responsibly challenge the ideas and values that instruct our lives.

## Philosophy

Complete one course from the following choices:

- PHI 110RS - Encountering the Real: Faith and Philosophical Enquiry **3 credits**
- PHI 210RS - Thinking and Doing Ethics **3 credits**

## Religion

Complete two courses from the following choices:

- REL 110RS - The Emergence of Christianity: Examination of Foundational Christian Texts **3 credits**
- REL 123 - Christian Spiritual Vision **3 credits**
- REL 210RS - Many are Called, but Who is Chosen? Christian Understandings of Salvation **3 credits**
- REL 223 - World Religions: East and West **3 credits**

## Total Credit Hours - 42

# Chapter 8:  Colleges and their Degree Programs

# College of Arts and Sciences

# Dr. Heather Parker, Interim Dean

The College of Arts and Sciences plays a central role in the academic structure and philosophy of the University by offering to all students a broad education, one that lays a durable foundation for critical and independent thinking. The essential spirit of the liberal arts, namely, the liberation of the mind and the acquisition of those habits and values that lead one to truth, animates all curricula and programs in the College.

Through its many disciplines of the liberal arts and sciences, the College of Arts and Sciences provides coherence and unity to the entire University curriculum, ensures depth and diversity in its own areas of study, and supports the institution's Catholic Identity through The Center for Catholic Jewish Studies, described below.

Arts and Sciences' motto, "Transformative Learning, Transferable Skills," captures the school's commitment to providing learning that lasts for its graduates and the skills that will serve them well in their professional and personal lives.

### THE CENTER FOR CATHOLIC-JEWISH STUDIES

Founded in 1998 by Saint Leo University President Emeritus Arthur Kirk, and Senior Interreligious Advisor to the American Jewish Committee, Rabbi James Rudin, the Center for Catholic-Jewish Studies (CCJS) at Saint Leo University is the only academic center dedicated to the study of Catholic-Jewish relations in the Southeastern United States. The CCJS carries out the vision of the Second Vatican Council declaration, *Nostra Aetate*, by producing research in Catholic-Jewish relations, and providing opportunities for interfaith education and dialogue among Jews, Catholics, and all people of good will. Saint Leo students participate in the CCJS by attending numerous scholarly lectures each academic year, attending Scriptural Reasoning meetings in the CCJS, or by applying for several noncredit Undergraduate Research Fellowships. These fellowships expose undergraduate students to the study of interreligious dialogue, shaping the next generation of scholars of Catholic-Jewish relations.

For questions, see the director of the CCJS, and Assistant Professor of Theology, Dr. Matthew A. Tapie at Matthew.tapie@saintleo.edu or (352)-599-7298 or by visiting the CCJS website, http://www.saintleo.edu/academics/schools/school-of-arts-sciences/center-for-catholic-jewish-studies.aspx

For further information on The College of Arts and Sciences special academic programs, including The Honors Program and The Bridge Program for second language learners, please see the Academic Programs section of this catalog. For information on Arts and Sciences' Master of Arts programs, please see the Saint Leo University Graduate Catalog.

The School offers the following degree programs at the associate's, bachelor's, and master's level:

# Associate of Arts

# Liberal Arts, A.A.

The associate of arts degree is a broad, liberal-arts-based degree program that lays the foundation for critical and independent thinking, and for further study in a variety of disciplines.

## University Campus Requirements

- SLU 125 - Choosing Wellness 3 credits
  This course is required for University Campus students only.

## Foundation Courses

Complete all Foundation Courses with a grade of C or better.

- ENG 121 - Academic Writing I 3 credits
- ENG 122 - Academic Writing II 3 credits
- MAT 131 - College Mathematics 3 credits
- COM 140 - Basic Computer Skills 3 credits

  **The Human Adventure**
  Complete one course from the following choices:
- ECO 110HA - Economics for Life 3 credits
- HON 350 - The Human Condition Re-examined 3 credits
  (Honors Program ONLY)
- POL 110HA - Revolution Now! Democracy in Troubled Times 3 credits
- PSY 110HA - Psychological Well Being: How to be Sane in an Insane World 3 credits
- SOC 110HA - The McDonaldization of Society 3 credits

  **The Human Mosaic**
  Complete one course from the following choices:
- ART 110HM - Curves Ahead: Women Artists and the Female Form 3 credits
- HON 351 - The Contemporary World View 3 credits
  (Honors Program ONLY)
- HTY 110HM - Native American History & Life: More Than Tipis & Tomahawks 3 credits
- IDS 210HM - Once Upon a Time: Readings in Folklore and Culture 3 credit
- SOC 110HM - Building a Multiracial Society 3 credits

  **Science in a Changing World**
  Complete two courses from the following choices:
- HON 251 - Scientific Revolutions 3 credits
  (Honors Program ONLY)
- SCI 110SC - Evaluating the Predictions of Global Warming 3 credits
- SCI 115SC - Is Evolution True? Your Inner Fish 3 credits
- SCI 210SC - Energy and Its Impact on Global Society 3 credits
- SCI 215SC - Science in Science Fiction 3 credits

  **The Creative Life**
  Complete one course from the following choices:
- FAS 110CL - Living the Theatre: Dramatic Skills for all Disciplines 3 credits
- HON 250 - The Humanistic Tradition 3 credits
  (Honors Program ONLY)
- HUM 110CL - Giants of the Arts 3 credits
- MUS 110CL - Spirituals to Rock and Roll: The Story of How American Popular Music Conquered the World 3 credits

- ENG 210CL - Love and Desire in Literature 3 credits
- ENG 215CL - Monsters and the Monstrous in Literature 3 credits
- ENG 220CL - On the Proverbial Road: Journeys of Transformation in Narrative 3 credits
- ENG 225CL - Writing Wild: Exploring the Four Genres 3 credits

**The Reflective and Spiritual Life**
Complete one of the following Philosophy courses:
- PHI 110RS - Encountering the Real: Faith and Philosophical Enquiry 3 credits
- PHI 210RS - Thinking and Doing Ethics 3 credits
  Complete one Religion course from the following choices:
- HON 150 - The Classical World View 3 credits
  (Honors Program ONLY)
- HON 151 - The Christian Vision 3 credits
  (Honors Program ONLY)
- REL 110RS - The Emergence of Christianity: Examination of Foundational Christian Texts 3 credits
- REL 123 - Christian Spiritual Vision 3 credits
- REL 210RS - Many are Called, but Who is Chosen? Christian Understandings of Salvation 3 credits
- REL 223 - World Religions: East and West 3 credits

## General Electives 24 - 27 hours

## Total Credits - 60 hours

# Engineering

# Interdisciplinary Studies

## Bachelor of Arts

# Global Studies, B.A.

The Global Studies major is a profoundly interdisciplinary experience for students who aim to develop problem-solving and leadership skills for a global career. Students learn to think critically about the complex interactions among global social, political, economic, environmental, and ethical phenomena with applications to all regions of the world. The major favors the understanding of diverse cultures by requiring significant coursework in foreign languages and an internship. At its core, it trains students in systems thinking, a modern approach to complexity that focuses on understanding the relationships among elements of a problem or situation to build solutions.

The Global Studies major is a springboard for careers in public, private, and nongovernmental organizations with a global or international focus. Sometimes after completing a graduate program, Global Studies students may find employment with the foreign service, with multilateral agencies (the UN, the World Bank, etc.), as international missionaries, as foreign aid workers, with international law and law enforcement agencies, teaching English abroad, in the international hospitality sector, or in global business.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Global Studies Major Requirements (27 credit hours)

- SOC 201 - Globalization 3 credits
- ENV 330 - Environmental Studies: Creating Sustainable Societies 3 credits
- SSC 320 - Applied Social Research & Evaluation 3 credits
- PHI 345 - Social Ethics: From Personal Values to Global Citizenship 3 credits
- GLO 350 - Conflict Resolution 3 credits
- GLO 410 - Systems Thinking 3 credits
- GLO 425 - Internship in Global Studies 6 credits
  Internship requires a total of 6 credit hours (300 contact hours at the internship site). Students have the option of fulfilling the internship requirement of 6 credit hours in individual 3-credit hour increments or performing the 6 credits at one time.
  Students who have completed at least one year of full-time work experience in a foreign country (including military tours of duty), and have had sustained direct contact with local populations as part of their work, may be granted a waiver from the internship requirement, and replace it with 6 credits of additional upper-division (300/400) Global Studies electives.  Requests will be examined on a case-by-case basis with proper documentation of the work completed.
- GLO 499 - Senior Seminar in Global Studies 3 credits

## Global Studies Major Electives (12 credit hours)

Complete any four courses from the following choices:
3 additional credits of a foreign language.
- ANT 327 - Cultural Anthropology 3 credits
- BIO 350 - Global Climate Change 3 credits
- CRM 332 - Terrorism 3 credits
- CRM 367 - International Sex Trafficking of Women and Children 3 credits
- ECO 201 - Principles of Macroeconomics 3 credits
- ENG 410 - Reading the Planet: Comparative Global Literatures in Translation 3 credits
- GBA 440 - International Business 3 credits
- GLO 100 - 400 - Special Topics 1 - 3 credits
- HTY 233 - Modern Middle East 3 credits
- HTY 324 - Sub-Saharan Africa 3 credits
- HTY 428 - Far-East Since 1945 3 credits
- MGT 415 - Global Supply Chain Management 3 credits
- POL 295 - International Relations 3 credits
- POL 422 - Modern Europe 3 credits
- POL 428 - International Law and Organizations 3 credits
- SOC 331 - Global Social Change and Development 3 credits

187

## Foreign Language Requirement (9 credit hours)

Students are required to complete 9 credit hours of a Foreign Language.

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

# Liberal Studies, B.A.

The bachelor of arts in liberal studies provides a broad perspective on human behavior, ideas, and values through a multidisciplinary study of the social sciences and natural sciences, the humanities/fine arts, and business. This integrated approach allows students to make connections across fields of study, deepening their abilities for critical thinking, problem solving, and creativity while preparing them for effective participation in a global community. Students enrolled in the major will take a common core of courses in quantitative reasoning, literature, humanities/fine arts, social science, natural science, and business. This program is not offered at University College.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements (33-36 credit hours)

- ART 330 - Contemporary Humanities 3 credits
- ENG 311 - Survey of Major Writers of the 20th Century 3 credits
- ENV 330 - Environmental Studies: Creating Sustainable Societies 3 credits
- LBS 201 - Critical Thinking in the Liberal Studies 3 credits
- LBS 330 - Mathematical Inquiry 3 credits
- LBS 498 - Exploration in the Liberal Studies 3 credits
- MGT 430 - Business, Government, and Society 3 credits
- PHI 324 - Bio Ethics 3 credits
- PSY 339 - Social and Cultural Foundations of Behavior 3 credits
- REL 331 - Religion and Personal Experience 3 credits
- SSC 327 - Cultural Anthropology 3 credits
- SSC 350 - Foundations of Modern Social Sciences 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

# Medical Humanities, B.A.

The Medical Humanities major is designed to prepare students to succeed in diverse health-related fields and/or graduate study.  The interdisciplinary degree integrates the humanities with science-focused education, emphasizing disciplines such as philosophy, the arts, literature, history, and the social sciences for a more empathetic and holistic understanding of health and illness. The interdisciplinary nature of the degree allows students to create their own focus of study. In each path of study, students will analyze issues of health, wellness, and illness through an interdisciplinary lens and explore the historical, philosophical, artistic, and religious/spiritual backgrounds of the medical sciences. Additionally, students will synthesize the ethical and social features of health, illness, and medicine.

All students majoring in the Medical Humanities will take a 21-semester-hour core. Two curricular concentrations are available in the Medical Humanities: students can follow the Pre-Med curriculum (44-semester hour credits), which includes broad training in the sciences in addition to humanities coursework, or they can choose to focus their studies more deeply in the humanities with the Health Humanities track (18-semester hour credits). Both options provide flexibility to students to craft a curriculum that fits their interests while still providing essential instruction in the Medical Humanities.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Program Core Requirements

- MHU 201 - Foundations of Medical Humanities 3 credits
- PHI 324 - Bio Ethics 3 credits
- MHU 498 - Senior Seminar in Medical Humanities 3 credits

Take one class from each category below.  Pre-requisite courses will be taken when needed

## Social Category

- PSY 161 - Introduction to Psychology 3 credits
- PSY 328 - Social Psychology 3 credits
- PSY 332 - Psychology of Aging 3 credits
- PSY 337 - Human Sexuality 3 credits
- SOC 121 - Introduction to Sociology 3 credits
- SOC 348 - Medical Sociology 3 credits
- SOC 349 - Sociology of Aging
- SSC 328 - Drugs, Society, and Human Behavior 3 credits

189

- SWK 121 - Introduction to Social Work 3 credits
- MHU 339 - Selected Topics in Medical Humanities 3 credits

## Philosophical Category

- PHI 332 - Philosophy of Human Being 3 credits
- PHI 345 - Social Ethics: From Personal Values to Global Citizenship 3 credits
- REL 345 - Christian Social Justice: A Roman Catholic Perspective 3 credits
- REL 424 - Death and the Meaning of Life 3 credits
- MHU 339 - Selected Topics in Medical Humanities 3 credits

## Artistic Category

- ART 322 - History of Art I 3 credits
- ART 323 - History of Art II 3 credits
- ENG 340 - Topics in Selected Literary Studies 3 credits
- MHU 339 - Selected Topics in Medical Humanities 3 credits

## Historical Perspective Category

- ANT 121 - Introduction to Anthropology 3 credits
- ANT 327 - Cultural Anthropology 3 credits
- ANT 333 - The Family in Cross-Cultural Perspective 3 credits
- ANT 335 - Biological Anthropology 3 credits
- HTY 322 - Racial and Ethnic Groups in America 3 credits
- MHU 339 - Selected Topics in Medical Humanities 3 credits

**Choose either the Pre-Med or Health Humanities Specialization.**

## Pre-Med Specialization

Required courses for the Pre-Med Specialization

- BIO 125 - Biological Principles I 3 credit
- BIO 125L - Biological Principles I Lab 1 credit
- BIO 126 - Biological Principles II 3 credits
- BIO 126L - Biological Principles II Lab 1 credit
- BIO 324 - Biochemistry 3 credits
- BIO 324L - Biochemistry Laboratory 1 credit
- BIO 330 - Fundamentals of Genetics 3 credits
- BIO 330L - Fundamentals of Genetics Laboratory 1 credit
- CHE 123 - General Chemistry I 3 credits
- CHE 123L - General Chemistry I Laboratory 1 credit
- CHE 124 - General Chemistry II 3 credits
- CHE 124L - General Chemistry II Laboratory 1 credit
- CHE 311 - Organic Chemistry I 3 credits

- CHE 311L - Organic Chemistry I Laboratory 1 credit
- CHE 312 - Organic Chemistry II 3 credits
- CHE 312L - Organic Chemistry II Laboratory 1 credit
- MAT 231 - Calculus-with Analytic Geometry I 4 credits
- PHY 221 - General Physics I 3 credits
- PHY 221L - General Physics Laboratory 1 credit
- PHY 222 - General Physics II 3 credits
- PHY 222L - General Physics II Laboratory 1 credit

## Health Humanities Specialization

Choose 18 credits.

Students must take (1) 3 credit hour course at the 300-400 level from each category for a total of 12 credits.

6 credits must be taken from only one category.

A course used to fulfill a core requirement cannot be used again to fulfil a specialization requirement.

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Minor

# Environmental Studies Minor

At this point in human history, we are at a critical threshold, a tipping point, with respect to the human relationship to the ecosphere which is our planetary life support system. The climate is rapidly changing, the human population continues to grow exponentially, as many as half of all species are expected to go extinct by the end of the century.

Environmental Studies provides an interdisciplinary/multidisciplinary approach to problems and their solutions that focus on the interactions between the scientific, social, political, ethical, psychological, religious and economic causes of and solutions for our environmental problems.

## Environmental Studies

- ENV 330 - Environmental Studies: Creating Sustainable Societies 3 credits
- ENV 350 - Global Climate Change 3 credits
- ENV 403 - Seminar in Environmental Science 3 credits
- PHI 346 - Environmental Ethics 3 credits
- REL 488 - Eco Theology: Ethical Reflections on Environmental Stewardship 3 credits

- SOC 330 - Environmental Sociology 3 credits
- SOC 331 - Global Social Change and Development 3 credits

## Total Credit Hours: 21

# Global Studies Minor

A Global Studies minor enhances any major by providing students with an understanding of the dynamics of globalization and giving them tools to address global issues in whatever career they destine themselves for. The minor is particularly recommended for students majoring in any business discipline, in Political Science, or in Criminal Justice, and for any other student interested in pursuing a career abroad.

## Minor Requirements

- SOC 201 - Globalization 3 credits
- PHI 345 - Social Ethics: From Personal Values to Global Citizenship 3 credits
- GLO 350 - Conflict Resolution 3 credits
- GLO 410 - Systems Thinking 3 credits
  Take any two of the following courses:
- ANT 327 - Cultural Anthropology 3 credits
- BIO 350 - Global Climate Change 3 credits
- CRM 332 - Terrorism 3 credits
- CRM 367 - International Sex Trafficking of Women and Children 3 credits
- ECO 201 - Principles of Macroeconomics 3 credits
- ENG 410 - Reading the Planet: Comparative Global Literatures in Translation 3 credits
- ENV 330 - Environmental Studies: Creating Sustainable Societies 3 credits
- GBA 440 - International Business 3 credits
- GLO 100 - 400 - Special Topics 1 - 3 credits
- HTY 324 - Sub-Saharan Africa 3 credits
- HTY 428 - Far-East Since 1945 3 credits
- MGT 415 - Global Supply Chain Management 3 credits
- POL 295 - International Relations 3 credits
- POL 422 - Modern Europe 3 credits
- POL 428 - International Law and Organizations 3 credits
- SOC 331 - Global Social Change and Development 3 credits
- SSC 320 - Applied Social Research & Evaluation 3 credits
- SWK 355 - Global Issues in Social Work 3 credits

## Total Credits: 18

# Interdisciplinary Inquiry in the Arts Minor

The interdisciplinary inquiry in the arts minor encourages critical thinking across traditional disciplines by integrating topics in the arts with a secondary discipline. Students take three designated art courses and select a complementary focus in history, literature, philosophy, or religion to investigate how great art reflects and embodies historical periods

or events, written and oral culture, and philosophical or religious thought through time. Students will work closely with the advisor in the minor in the selection and coordination of courses. Open to all students.

## Required Courses

- IDS 201 - Introduction to Interdisciplinary Inquiry in the Arts 1 credit
- ART 322 - History of Art I 3 credits
- ART 323 - History of Art II 3 credits
- ART 100-400 - Special Topics 1-3 credits
- IDS 420 - Interdisciplinary Inquiry in the Arts Project 2 credits

## and select one area from the following:

### History (choose three courses) (9 credit hours)

- HTY 123 - Western Civilization to 1500 3 credits
- HTY 124 - Western Civilization Since 1500 3 credits
- HTY 227 - Latin America and the Caribbean 3 credits
- HTY 233 - Modern Middle East 3 credits
- HTY 335 - Women in American Society 3 credits

### Philosophy (choose three courses) (9 credit hours)

- PHI 224 - Ethics 3 credits
- PHI 345 - Social Ethics: From Personal Values to Global Citizenship 3 credits
- PHI 346 - Environmental Ethics 3 credits
- PHI 364 - Studies in Jewish Thought 3 credits
- PHI 366 - Asian Studies 3 credits

### Religion (choose three courses) (9 credit hours)

- REL 223 - World Religions: East and West 3 credits
- REL 336 - Historical Books 3 credits
- REL 337 - Prophetic Writings 3 credits
- REL 338 - Poetry and Wisdom Literature 3 credits
- REL 424 - Death and the Meaning of Life 3 credits

### Literature (choose three courses) (9 credit hours)

- ENG 225 - Survey of World Literature I 3 credits
- ENG 226 - Survey of World Literature II 3 credits
- ENG 311 - Survey of Major Writers of the 20th Century 3 credits
- ENG 340 - Topics in Selected Literary Studies 3 credits
  (may be taken twice with different content: African American Literature, Native American Literature, Women Writers, Asian American Literature, Latin American Literature)
- ENG 327 - Mythology 3 credits

Total Credits: 21

# Language Studies and the Arts

## Bachelor of Arts

## English with Education Minor, B.A.

### University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

### Program Components

### University Explorations (42 credit hours)

- Click here to view the University Explorations

### Education Minor (27-45 credit hours)

Saint Leo University offers a minor in education for students in other majors who may want to teach at the secondary level, but for whom teaching is not their first career choice. The minor is not recommended for students who plan to become certified teachers in K-12 classrooms, because it does not offer the same marketability or extensive professional preparation as the education major. Students wishing to major in English who plan to teach may consider pursuing a double major in English and Education or an Education major with a specialization in English

Students enrolled in the English education minor will take a 30 hour English core and 27-45 hours of education courses including the following:

- EDU 222 - Teaching Diverse Populations 3 credits or
- EDU 428 - Education Governance, History, and Philosophy 3 credits
- EDU 328 - The Adolescent Learner 3 credits
- EDU 436 - Teaching Writing Across the Curriculum 3 credits or
- EDU 333 - Adolescent Literacy 3 credits
- EDU 336 - Teaching Reading in the Secondary Content Areas 3 credits
- EDU 425 - Educational Management and Organization 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar 2 credits
- EDU 451 - English/Language Arts Methods in the Middle and Secondary School 3 credits

- Optional:  EDU 470/471 - Practicum III Middle/Secondary Schools Practicum and Seminar 3 credits
  Optional extra semester:

- EDU 480 - Internship 8 - 10
- EDU 481 - Seminar: Final Internship--Synthesis 2 credits

## English Core Curriculum (24 credit hours)

- ENG 220 - Introduction to Literary Study and Research 3 credits
- ENG 312 - Foundations of British Literature I 3 credits
- ENG 313 - Foundations of British Literature II 3 credits
- ENG 320 - Foundations of American Literature 3 credits
- ENG 330 - Foundations of American Literature II 3 credits
- ENG 399 - Junior Oral Examination 0 credits
- ENG 410 - Reading the Planet: Comparative Global Literatures in Translation 3 credits
- ENG 415 - Contemporary Literature's Winners, Losers and Also Rans 3 credits
- ENG 498 - Senior Seminar 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

# English, B.A.

The major in English is designed to develop in students an understanding of language and its uses; an effective, individual writing voice; a critical and aesthetic appreciation of literature; and an understanding of how literature illuminates the diversity of human experience. Because of its comprehensive nature and its focus on critical and analytical thinking and writing skills, the major prepares students for graduate study in English, library science, and law as well as career paths in which effective communication is central, such as teaching, publishing, advertising, public relations, and professional writing.

All students majoring in English take a 21-semester-hour core of courses and choose a complementary 18-semester-hour specialization in Literary and Cultural Studies, Professional Writing, or Creative Writing. Students considering teaching English at the secondary level may take the 23-41-hour education minor in place of one of the above areas of specialization. Additionally, all students in the English major are required to take 6-semester hours from a specialization other than their own. Courses that may be taken as an elective are designated with a * in the offerings below.

Note: Students who declared the English major prior to the 2012 catalog should consult their particular catalog and meet with their academic advisors to determine appropriate coursework.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## English Core Curriculum (21 credit hours)

- ENG 198 - Foundations of the English Major 3 credits
- ENG 199 - Introduction to the English Portfolio 1 credit
- ENG 340 - Topics in Selected Literary Studies 3 credits
- ENG 343 - Major Writer Seminar 3 credits
- ENG 346 - Literary Conflicts and Conversations 3 credits
- ENG 349 - History and Literary Movements in Literature 3 credits
- ENG 398 - English Portfolio Review 1 credit
- ENG 498 - Senior Seminar 3 credits
- ENG 499 - Senior English Portfolio Assessment 1 credit

## Literary and Cultural Studies Specialization

## Literary & Cultural Studies (18 credit hours)

- ENG 220 - Introduction to Literary Study and Research 3 credits

  Take one course from the following choices:
- ENG 312 - Foundations of British Literature I 3 credits
- ENG 313 - Foundations of British Literature II 3 credits
- ENG 413 - Studies in Early British Literature 3 credits

  Take one course from the following choices:
- ENG 320 - Foundations of American Literature 3 credits
- ENG 330 - Foundations of American Literature II 3 credits
- ENG 420 - Studies in American Literature 3 credits


- ENG 416 - Women and Literature 3 credits
- ENG 410 - Reading the Planet: Comparative Global Literatures in Translation 3 credits
- ENG 435 - Literary Criticism 3 credits

  Take 6 credit hours from either the Creative Writing Specialization or the Professional Writing Specialization.

## Professional Writing Specialization

## Professional Writing (18 credit hours)

Students pursuing a specialization in professional writing must take the following required courses in addition to the core curriculum:

- ENG 205 - Introduction to Professional Writing 3 credits
- ENG 227 - Basic Journalistic Writing 3 credits
- ENG 230 - Rhetoric in Writing 3 credits
- ENG 310 - Social Media Communications 3 credits
- ENG 421 - Professional Editing 3 credits
- ENG 450 - Desktop Publishing and Design 3 credits
  Take 6 credit hours from either Literary & Cultural Studies Specialization or the Creative Writing Specialization.

## Creative Writing Specialization

## Creative Writing (18 credit hours)

- ENG 202 - Creative Writing 3 credits
- ENG 315 - Studies in Narrative: Telling Tales in School 3 credits
- ENG 345 - Studies in Place: Are We There Yet? 3 credits
- ENG 355 - Studies in Voice: What Do You Have to Say? 3 credits
- ENG 462 - Seminar in Prose: Fiction/Nonfiction
- ENG 463 - Seminar in Poetry 3 credits
  Take 6 credit hours from either the Literary & Cultural Studies Specialization or the Professional Writing Specialization.

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Theatre, B.A.

The Bachelor of Arts in Theatre provides students with solid training in performance, technical theatre, and history, literature and creation. Alongside the artistic training, students also participate in outside projects that give them experience with the transferable skills of theatre, making them flexible and resilient in the job market. Students work in each semester of their time at Saint Leo on campus productions and events.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Program Requirements - 38 credit hours

Practical Skills in Theatre course is one of a series of courses that students will take during the four years at Saint Leo to build on and improve these transferable skills through a synthesis of theatre training and specific application of theatre skills to the workforce.

- FAS 101 - Practical Skills in Theatre 1 credit
- FAS 102 - Practical Skills in Theatre 1 credit
- FAS 201 - Practical Skills in Theatre 1 credit
- FAS 202 - Practical Skills in Theatre 1 credit
- FAS 301 - Practical Skills in Theatre 1 credit
- FAS 302 - Practical Skills in Theatre 1 credit
- FAS 401 - Practical Skills in Theatre 1 credit
- FAS 402 - Practical Skills in Theatre 1 credit

- FAS 127 - Acting 3 credits
- FAS 137 - Stagecraft 3 credits
- FAS 147 - Script Analysis 3 credits
- FAS 450 - Senior Seminar 3 credits

  Complete 18 credits from the following choices:
- FAS 227 - Acting II Scene Study 3 credits
- FAS 228 - Movement I 3 credits
- FAS 237 - Introduction to Scenography 3 credits
- FAS 247 - Theatre History I
- FAS 248 - Theatre History II 3 credits
- FAS 327 - Acting III Acting for Camera and Voice 3 credits
- FAS 328 - Movement II 3 credits
- FAS 337 - Advanced Direction 3 Credits
- FAS 338 - Stage Management 3 credits
- FAS 347 - From Page to Stage 3 credits
- FAS 348 - Devised Theatre 3 credits
- FAS 349 - Introduction to Dramatic Writing 3 credits
- FAS 427 - Selected Topics in Acting 3 credits
- FAS 430 - Digital Performance 3 credits
- FAS 436 - Theatre Practicum 1 credit
- FAS 437 - Selected Topics in Technical Theatre 1 credit

- FAS 447 - Selected Topics in History, Literature and Creation 1 credit

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Minor

## Art Minor

The minor in art is designed for rigorous intellectual development, personal enrichment, and employment in the creative arts.

## Required Courses

- ART 123 - Art Appreciation 3 credits
- IDS 310 - The Creative Process 3 credits
  Complete four (4) courses from the following choices:
- ART 221 - Drawing 3 credits
- ART 223 - Beginning Painting 3 credits
- ART 322 - History of Art I 3 credits
- ART 323 - History of Art II 3 credits
- ART 330 - Contemporary Humanities 3 credits
- ART 100-400 - Special Topics 1-3 credits
- ART 226 - Beginning Photography 3 credits
- IDS 340 - International Influences in Arts and Humanities in the Western World 3 credits

## Total Credits: 18

## Creative Writing Minor

The Creative Writing minor provides students from any major an opportunity to explore and master the art and craft of writing fiction, creative non-fiction, poetry and plays.

## Creative Writing Minor

- ENG 202 - Creative Writing 3 credits
- ENG 430 - The Independent Writer 3 credits
  Complete 12 credit hours from the following choices:
  Juniors or Seniors can substitute one of these credits with a publishing internship

- ENG 326 - Playwriting 3 credits
- ENG 332 - Creative Non-fiction 3 credits
- ENG 334 - Writing the Short Story 3 credits
- ENG 335 - Verse Writing 3 credits
- ENG 340 - Topics in Selected Literary Studies 3 credits

## Total Credits: 18

# English Minor

The English minor is designed to provide students with a diverse approach to the study of literature.

## Required Courses

- ENG 220 - Introduction to Literary Study and Research 3 credits
- ENG 312 - Foundations of British Literature I 3 credits
- ENG 313 - Foundations of British Literature II 3 credits
- ENG 320 - Foundations of American Literature 3 credits
- Plus three upper-level English courses 9 credits

## Total Credits: 21

# Journalism Minor

## Minor Requirements

- ENG 205 - Introduction to Professional Writing 3 credits
- ENG 227 - Basic Journalistic Writing 3 credits
- ENG 441 - Advanced Journalism 3 credits

- ENG 318 - English Pre-Internship 3 credits
  or
- ENG 428 - English Internship 3 credits

  Choose two of the following courses:
- ENG 332 - Creative Non-fiction 3 credits
- ENG 430 - The Independent Writer 3 credits
- ENG 450 - Desktop Publishing and Design 3 credits
- ART 226 - Beginning Photography 3 credits
- COM 333 - Web Design and Information Resources 3 credits

## Total Credits: 18

# Literature Minor

The Literature minor provides students from any major an opportunity to explore and is designed to offer students a diverse approach to the study of literature. This minor requires 18 credit hours.  English majors in the Literary Studies specialization may not take this minor.

## Literature

- ENG 220 - Introduction to Literary Study and Research 3 credits
  Complete any 5 of the following courses:
- ENG 311 - Survey of Major Writers of the 20th Century 3 credits
- ENG 312 - Foundations of British Literature I 3 credits
- ENG 313 - Foundations of British Literature II 3 credits
- ENG 316 - Southern Literature 3 credits
- ENG 320 - Foundations of American Literature 3 credits
- ENG 321 - The English Novel 3 credits
- ENG 323 - History and Structure of the English Language 3 credits
- ENG 326 - Playwriting 3 credits
- ENG 330 - Foundations of American Literature II 3 credits
- ENG 340 - Topics in Selected Literary Studies 3 credits
- ENG 413 - Studies in Early British Literature 3 credits
- ENG 420 - Studies in American Literature 3 credits
- ENG 422 - Shakespeare 3 credits
- ENG 433 - Studies in Modernism and Postmodernism 3 credits
- ENG 435 - Literary Criticism 3 credits

## Total Credits: 18

# Music Ministry Minor

The minor in music ministry prepares students to be choir members, choir directors, worship leaders, or ministers of music. Students will have training in developing music ministry programs suitable for church and schools, will develop their musical performance skills, and will develop an understanding of and familiarity with sacred music.

## Required Courses

- MUS 115 - Voices of Christ 1 credit
- MUS 121 - Music Theory I 3 credits
- MUS 131 - Sight Singing and Ear Training I 1 credit
- MUS 122 - Music Theory II 3 credits
- MUS 231 - Sight Singing and Ear Training II 1 credit
- MUS 332 - The Story of Western Christian Music 3 credits
- MUS 335 - Introduction to Choral Conducting 3 credits
- MUS 340 - Music Ministry Leadership 3 credits
- MUS 241 - Practicum in Music Ministry I 1 credit
- MUS 341 - Practicum in Music Ministry II 3 credits
- * MUS 120, 220, 320, 420 - Private Instruction 1 credit (in voice or instrument--taken a minimum of three times) or demonstrated proficiency

** Total Credits: 23

Note:

* MUS 120, 220, 320, 420 are one-credit courses. Students should take these classes, which can be repeated, until the three-hour requirement has been met. Students can then choose to continue taking these classes for further skills improvement.

** Students who take and pass the exemption exams for MUS 131 - Sight Singing and Ear Training I and MUS 231 - Sight Singing and Ear Training II are exempt from those two classes, reducing the minor to 21 credits.

## Music Minor

The minor in music is offered for personal enrichment.

## Required Courses

- MUS 106 - Saint Leo Singers 1 credit * and/or
- MUS 130 - Instrumental Ensemble 1 credit *

- MUS 120, 220, 320, 420 - Private Instruction 1 credit (taken a minimum of three times)
- MUS 121 - Music Theory I 3 credits
- MUS 122 - Music Theory II 3 credits
- MUS 131 - Sight Singing and Ear Training I 1 credit
- MUS 231 - Sight Singing and Ear Training II 1 credit
  Complete two (2) from the following choices:
- MUS 301 - Introduction to Music Technology 3 credits
- MUS 311 - History of American Music 3 credits
- MUS 331 - Music in World Cultures 3 credits
- MUS 332 - The Story of Western Christian Music 3 credits
- MUS 335 - Introduction to Choral Conducting 3 credits

## Total Credits 21

Note:

* MUS 106 and MUS 130 are one-credit courses. Students should take either or both classes, which can be repeated, until the three-hour requirement has been met. Students can then choose to continue taking these classes for further skills improvement.

MUS-123 is a prerequisite for MUS 311 and MUS 331. All music minors should choose this class to fulfill the second tier LINK course.

## Spanish Minor

Students must complete 30 hours of community service (volunteering) with Spanish-speaking populations. The sites, type of volunteering work, and hours must be pre-approved by Spanish faculty advisor. These hours must be completed before students enroll in the last course to complete their minor.

Spanish-native speakers must first consult with Spanish faculty advisor for appropriate courses.

Incoming freshman and all students who wish to minor in Spanish need to set up an appointment with Spanish faculty advisor to conduct a diagnostic test, ideally before their sophomore year.

Study Abroad: It is recommended that students participate in study abroad experiences in a Spanish-speaking country. However, this is not a requirement for graduation. Students who wish to study abroad for the summer may do so in an academic program approved by department and Spanish faculty advisor. Depending on the length and contents covered in the program, credit hours may count toward minor.

## Spanish Minor Courses

- SPA 311 - Advanced Spanish I (Spanish Level III-A) 3 credits
- SPA 312 - Advanced Spanish II (Spanish Level III-B) 3 credits
- SPA 320 - Introduction to Spanish-Speaking Cultures 3 credits
- SPA 420 - Advanced Spanish Through Literature and Film 3 credits
  Complete one of the following courses:
- SPA 325 - Peoples of Latin America: Cultural Perspectives 3 credits
- SPA 326 - Peoples of Spain: Cultural Perspectives 3 credits

## Total Credits: 15

# Theatre Minor

The theatre minor provides students from any major a structured opportunity to explore the rich cultural dimensions provided by active engagement in the performing arts.

## Required Courses

- FAS 137 - Stagecraft 3 credits
- FAS 127 - Acting 3 credits
- FAS 147 - Script Analysis 3 credits
  Complete 9 credit hours from the following choices:
- FAS 227 - Acting II Scene Study 3 credits
- FAS 228 - Movement I 3 credits
- FAS 237 - Introduction to Scenography 3 credits
- FAS 238 - Directing 3 credits
- FAS 247 - Theatre History I
- FAS 248 - Theatre History II 3 credits
- FAS 327 - Acting III Acting for Camera and Voice 3 credits
- FAS 328 - Movement II 3 credits

- FAS 337 - Advanced Direction 3 Credits
- FAS 338 - Stage Management 3 credits
- FAS 347 - From Page to Stage 3 credits
- FAS 348 - Devised Theatre 3 credits
- FAS 349 - Introduction to Dramatic Writing 3 credits
- FAS 427 - Selected Topics in Acting 3 credits
- FAS 430 - Digital Performance 3 credits
- FAS 436 - Theatre Practicum 1 credit
- FAS 437 - Selected Topics in Technical Theatre 1 credit
- FAS 447 - Selected Topics in History, Literature and Creation 1 credit

## Total Credits: 18

# Mathematics and Sciences

## Bachelor of Arts

# Mathematics with Data Science Specialization, B.A.

In the twenty-first century, data has increasingly become a driving force behind business and life decisions. The B.A. in Mathematics with Data Science degree prepares students for future careers in both Mathematics and Data Science fields. By combining a traditional mathematics degree with additional courses focusing on data science topics, students gain skills that will enable them to work with big data and enter into data science or data analyst roles. The major also aims to prepare students for graduate work in Mathematics, Statistics or fields that may relate to Data Science.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements

- COM 207 - Programming in C/C++ 3 credits
  or
- COM 209 - Programming in Java 3 credits

- MAT 201 - Introduction to Statistics 3 credits
- MAT 231 - Calculus-with Analytic Geometry I 4 credits
- MAT 232 - Calculus II 4 credits
- MAT 251 - Introduction to Discrete Mathematics 3 credits
- MAT 323 - Calculus III 4 credits

204

- MAT 361 - Linear Algebra 3 credits
- MAT 411 - Differential Equations 3 credits
- MAT 497 - Preliminary Research Seminar 1 credit
- MAT 425 - Mathematics Internship 3 - 12 credits
  or
- MAT 499 - Senior Project in Mathematics 3 credits

## Data Science Core Requirements

- MAT 350 - Big Data: Be Data Smart with R 3 credits

  Complete two of the following choices:
- MAT 326 - Introduction to Graph Theory 3 credits
- MAT 331 - Probability and Statistics 3 credits
- MAT 335 - Introduction to Numerical Analysis 3 credits

## Data Science Electives

  Complete two of the following choices:
- COM 301 - Algorithms and Data Structures 3 credits
- COM 305 - Business Spreadsheet Applications 3 credits
- COM 315 - Decision Support Systems 3 credits
- COM 330 - Database Concepts and Programming 3 credits
- COM 335 - Applied Data Mining 3 credits
- COM 465 - Artificial Intelligence 3 credits

# Mathematics with Education Minor, B.A.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements (31 credit hours)

- COM 207 - Programming in C/C++ 3 credits
- MAT 201 - Introduction to Statistics 3 credits
- MAT 231 - Calculus-with Analytic Geometry I 4 credits
- MAT 232 - Calculus II 4 credits
- MAT 251 - Introduction to Discrete Mathematics 3 credits
- MAT 323 - Calculus III 4 credits
- MAT 361 - Linear Algebra 3 credits
- MAT 411 - Differential Equations 3 credits
- MAT 497 - Preliminary Research Seminar 1 credit
- MAT 499 - Senior Project in Mathematics 3 credits

## Major Electives (15 credit hours)

Students must select at least 9 credits from 300- or 400-level mathematics courses to fulfill their major electives and up to 6 credits of Engineering or Computer Programing courses from the following choices:

EGN 320 - Circuit Theory and Analysis

EGN 330 - Mechanics of Materials

EGN 350 - Engineering Mechanics

COM 301 - Algorithms and Data Structures

COM 315 - Decision Support Systems

COM 465 - Artificial Intelligence

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Minor Requirements (20-35 credit hours)

Saint Leo University offers a minor in education for students in other majors who may want to teach at the secondary level, but for whom teaching is not their first career choice. The minor is not recommended for students who plan to become certified teachers in K-12 classrooms, because it does not offer the same marketability or extensive professional preparation as the education major. Students wishing to major in math who plan to teach may consider pursuing a double major in Math and Education or an Education major with a specialization in math.

Students enrolled in the education minor will take a 35 hour math core and 20-35 hours of education courses including the following:

- EDU 222 - Teaching Diverse Populations 3 credits or
- EDU 428 - Education Governance, History, and Philosophy 3 credits (preferred)

- EDU 336 - Teaching Reading in the Secondary Content Areas 3 credits
- EDU 328 - The Adolescent Learner 3 credits
- EDU 425 - Educational Management and Organization 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar 2 credits
- EDU 452 - Mathematics Methods in the Middle and Secondary School 3 credits

- Optional:  EDU 470/471 - Practicum III Middle/Secondary Schools Practicum and Seminar **3 credits**
  Optional extra semester:
- EDU 480 - Internship **8 - 10**
- EDU 481 - Seminar: Final Internship--Synthesis **2 credits**

## Total Credits: 120

# Mathematics, B.A.

The purpose of the mathematics major is to offer courses that provide students with a strong foundation in modern mathematics. A major in mathematics is designed to prepare the student for a wide variety of career options, including graduate study in pure and applied mathematics, statistics, economics, middle and secondary education in mathematics, actuarial science, government, and industry. The program is structured according to the traditional liberal arts approach to college education.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience **1 credit**
- SLU 125 - Choosing Wellness **3 credits**

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements (31 credit hours)

- COM 207 - Programming in C/C++ **3 credits**
- MAT 201 - Introduction to Statistics **3 credits**
- MAT 231 - Calculus-with Analytic Geometry I **4 credits**
- MAT 232 - Calculus II **4 credits**
- MAT 251 - Introduction to Discrete Mathematics **3 credits**
- MAT 323 - Calculus III **4 credits**
- MAT 361 - Linear Algebra **3 credits**
- MAT 411 - Differential Equations **3 credits**
- MAT 497 - Preliminary Research Seminar **1 credit**
- MAT 499 - Senior Project in Mathematics **3 credits**

## Major Electives (15 credit hours)

Students must select at least 9 credits from 300- or 400-level mathematics courses to fulfill their major electives not including MAT-425 Mathematics Internship and up to 6 credits to be selected from the following:

MAT 425 - Mathematics Internship

EGN 320 - Circuit Theory and Analysis

EGN 330 - Mechanics of Materials

EGN 350 - Engineering Mechanics

COM 301 - Algorithms and Data Structures

COM 315 - Decision Support Systems

COM 465 - Artificial Intelligence

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Bachelor of Science

## Biology with Minor in Education, B.S.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Foundation Courses (23-24 credit hours)

- CHE 123 - General Chemistry I 3 credits
- CHE 123L - General Chemistry I Laboratory 1 credit
- CHE 124 - General Chemistry II 3 credits
- CHE 124L - General Chemistry II Laboratory 1 credit
- CHE 311 - Organic Chemistry I 3 credits
- CHE 311L - Organic Chemistry I Laboratory 1 credit
- CHE 312 - Organic Chemistry II 3 credits
- CHE 312L - Organic Chemistry II Laboratory 1 credit

- MAT 231 - Calculus-with Analytic Geometry I 4 credits or
- MAT 201 - Introduction to Statistics 3 credits

- PHY 222 - General Physics II 3 credits
- PHY 222L - General Physics II Laboratory 1 credit

## Major Requirements (38 credit hours)

- BIO 125 - Biological Principles I 3 credit
- BIO 125L - Biological Principles I Lab 1 credit
- BIO 126 - Biological Principles II 3 credits
- BIO 126L - Biological Principles II Lab 1 credit
- BIO 223 - Botany 3 credits
- BIO 223L - Botany Laboratory 1 credit
- BIO 311 - Invertebrate Zoology 3 credits
- BIO 311L - Invertebrate Zoology Lab 1 credit
- BIO 312 - Vertebrate Zoology 3 credits
- BIO 312L - Vertebrate Zoology Lab 1 credit
- BIO 324 - Biochemistry 3 credits
- BIO 324L - Biochemistry Laboratory 1 credit
- BIO 325 - Ecology 3 credits
- BIO 325L - Ecology Laboratory 1 credit
- BIO 330 - Fundamentals of Genetics 3 credits
- BIO 330L - Fundamentals of Genetics Laboratory 1 credit
- BIO 333 - Experimental Design 3 credits
- BIO 498 - Senior Seminar in Biology: Conducting Research 3 credits

## Education Minor

Saint Leo University offers a minor in education for students in other majors who may want to teach at the secondary level, but for whom teaching is not their first career choice. The minor is not recommended for students who plan to become certified teachers in K-12 classrooms, because it does not offer the same marketability or extensive professional preparation as the education major. Students wishing to major in biology who plan to teach may consider pursuing a double major in Biology and Education or an Education major with a specialization in Biology.

Students enrolled in the education minor will take a 30 hour Biology core and 20-33 hours of education courses including the following:

## Required Courses

Students desiring to teach biology at the secondary level should enroll in the biology program and take the 20-35-hour education minor comprising the following courses:

- EDU 222 - Teaching Diverse Populations 3 credits or
- EDU 428 - Education Governance, History, and Philosophy 3 credits (preferred)

- EDU 328 - The Adolescent Learner 3 credits
- EDU 336 - Teaching Reading in the Secondary Content Areas 3 credits
- EDU 425 - Educational Management and Organization 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar 2 credits
- EDU 453 - Science Methods in the Middle and Secondary School 3 credits
- Optional:  EDU 470/471 - Practicum III Middle/Secondary Schools Practicum and Seminar 3 credits

  Optional extra semester 10-12 credits

- EDU 480 - Internship 8 - 10
- EDU 481 - Seminar: Final Internship--Synthesis 2 credits

## Total Credits: 129-146

# Biology, B.S.

Biology is a diverse discipline, encompassing the health sciences (medicine, dentistry, and veterinary science), biomedical research, agriculture, ecology, teaching, and more. A major in biology from Saint Leo University is designed as preparation for a career in the exciting and rapidly changing field of the life sciences, whatever the sub discipline. In the laboratory, classroom, and field, biology majors will build a firm foundation in life and physical sciences by exploring the facts, theory, and methodologies employed by scientists today.

Three curricular concentrations are available: students can follow the general curriculum (General Biology) and become broadly trained, or they can choose to focus their studies and select either the Biomedical Sciences and Health Professions concentration or the Ecology concentration. All three options provide flexibility to students to craft a curriculum that fits their interests while still providing essential instruction in the life sciences, physical sciences, and mathematics necessary for success as a Biologist.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Foundation Courses (26 credit hours)

  BIO 125/L and PHY 221/L will replace the (2) Science requirements in University Explorations.
- BIO 125 - Biological Principles I 3 credit
- BIO 125L - Biological Principles I Lab 1 credit
- BIO 126 - Biological Principles II 3 credits
- BIO 126L - Biological Principles II Lab 1 credit
- BIO 330 - Fundamentals of Genetics 3 credits
- BIO 330L - Fundamentals of Genetics Laboratory 1 credit
- BIO 333 - Experimental Design 3 credits
- BIO 498 - Senior Seminar in Biology: Conducting Research 3 credits
- CHE 123 - General Chemistry I 3 credits
- CHE 123L - General Chemistry I Laboratory 1 credit
- CHE 124 - General Chemistry II 3 credits
- CHE 124L - General Chemistry II Laboratory 1 credit
- CHE 311 - Organic Chemistry I 3 credits
- CHE 311L - Organic Chemistry I Laboratory 1 credit
- PHY 221 - General Physics I 3 credits
- PHY 221L - General Physics Laboratory 1 credit

Students will choose the General Biology Concentration, the Biomedical and Health Sciences Concentration, or the Ecology Concentration. These concentrations have distinct course requirements as follows:

## General Biology Specialization

The General Biology Concentration is designed to provide students with a well-rounded understanding of Biology. Students are required to complete 38-39 concentration credit hours.

- MAT 201 - Introduction to Statistics 3 credits or
- MAT 231 - Calculus-with Analytic Geometry I 4 credits

- BIO 223 - Botany 3 credits
- BIO 223L - Botany Laboratory 1 credit

- BIO 311 - Invertebrate Zoology 3 credits
- BIO 311L - Invertebrate Zoology Lab 1 credit or
- BIO 312 - Vertebrate Zoology 3 credits
- BIO 312L - Vertebrate Zoology Lab 1 credit

- BIO 324 - Biochemistry 3 credits
- BIO 324L - Biochemistry Laboratory 1 credit
- BIO 325 - Ecology 3 credits
- BIO 325L - Ecology Laboratory 1 credit
- CHE 312 - Organic Chemistry II 3 credits
- CHE 312L - Organic Chemistry II Laboratory 1 credit
- PHY 222 - General Physics II 3 credits
- PHY 222L - General Physics II Laboratory 1 credit
  General Biology Electives - Complete a minimum of 11 hours of BIO courses (6 hours must be at the 300/400 level).
  Completion of either CHE-321 and CHE-321L or CHE-330 and CHE-330L will add a Chemistry Minor to the degree program.

## Biomedical and Health Sciences

The Biomedical and Health Sciences Concentration will prepare students for graduate and professional school in the biomedical and health sciences. Students are required to complete 35 concentration credit hours.

- BIO 324 - Biochemistry 3 credits
- BIO 324L - Biochemistry Laboratory 1 credit
- BIO 425 - Microbiology 3 credits
- BIO 425L - Microbiology Laboratory 1 credit
- CHE 312 - Organic Chemistry II 3 credits
- CHE 312L - Organic Chemistry II Laboratory 1 credit
- MAT 201 - Introduction to Statistics 3 credits
- MAT 231 - Calculus-with Analytic Geometry I 4 credits
- PHY 222 - General Physics II 3 credits
- PHY 222L - General Physics II Laboratory 1 credit
  Complete 12 credits from the following choices:
- BIO 311 - Invertebrate Zoology 3 credits

- BIO 311L - Invertebrate Zoology Lab 1 credit
- BIO 312 - Vertebrate Zoology 3 credits
- BIO 312L - Vertebrate Zoology Lab 1 credit
- BIO 321 - Developmental Biology 3 credits
- BIO 321L - Developmental Biology Laboratory 1 credit
- BIO 326 - Animal Physiology 3 credits
- BIO 327 - Human Anatomy & Physiology I 3 credits
- BIO 327L - Human Anatomy & Physiology I Lab 1 credit
- BIO 328 - Human Anatomy & Physiology II 3 credits
- BIO 328L - Human Anatomy & Physiology II Lab 1 credit
- BIO 340 - Mycology 3 credits
- BIO 340L - Mycology Laboratory 1 credit
- BIO 341 - Virology 3 credits
- BIO 341L - Virology Laboratory 1 credit
- BIO 422 - Immunology 3 credits
- BIO 430 - Biotechnology 3 credits
- BIO 430L - Biotechnology Laboratory 1 credit
- BIO 440 - Cancer Biology 3 credits
- BIO 445 - Evolution 3 credits
  Completion of either CHE-321 and CHE-321L or CHE-330 and CHE-330L will add a Chemistry Minor to the degree program.

## Ecology

The Ecology Concentration is intended to provide students with the opportunity to focus their studies on hands-on understanding the function of biological systems beyond the scale of single organisms.  Students are required to complete 38 concentration credit hours.

Core courses:
- BIO 223 - Botany 3 credits
- BIO 223L - Botany Laboratory 1 credit
- BIO 325 - Ecology 3 credits
- BIO 325L - Ecology Laboratory 1 credit
- BIO 445 - Evolution 3 credits

- BIO 311 - Invertebrate Zoology 3 credits
- BIO 311L - Invertebrate Zoology Lab 1 credit or
- BIO 312 - Vertebrate Zoology 3 credits
- BIO 312L - Vertebrate Zoology Lab 1 credit

- CHE 330 - Environmental Chemistry 3 credits
- CHE 330L - Environmental Chemistry Lab 1 credit
- MAT 201 - Introduction to Statistics 3 credits
  Principles Electives: Complete one of the following courses:
- BIO 335 - Population Ecology 3 credits
- BIO 435 - Community Ecology 3 credits
  Organismal Electives: Complete 4 credits (also BIO 311/L and 312/L if not previously used.  Cannot include selections used in Core.)
- BIO 315 - Ichthyology 3 credits

212

- BIO 315L - Ichthyology Lab 1 credit
- BIO 326 - Animal Physiology 3 credits
- BIO 340 - Mycology 3 credits
  Completion of either CHE-321 and CHE-321L or CHE-312 and CHE-312L will add a Chemistry Minor to the degree program.
- BIO 340L - Mycology Laboratory 1 credit
- BIO 425 - Microbiology 3 credits
- BIO 425L - Microbiology Laboratory 1 credit
  Habitat Electives: Complete 3 credits from the following choices:
- BIO 336 - Wetlands Ecology 3 credits
- BIO 336L - Wetlands Ecology Lab 1 credit
- BIO 342 - Estuarine Ecology 3 credits
- BIO 345 - Field Problems in Marine Biology 4 credits
- BIO 345L - Field Problems in Marine Biology Laboratory 2 credits
  Applied Ecology Electives. Complete 3 hours from the following:
- BIO 231 - Animal Behavior 3 credits
- BIO 332 - Conservation Biology 3 credits
- BIO 334 - Medicinal Botany 3 credits
- BIO 343 - Restoration Ecology 3 credits
- BIO 343L - Restoration Ecology Lab 1 credit
- ENV 330 - Environmental Studies: Creating Sustainable Societies 3 credits
- ENV 402 - Environmental Regulations 2 credits
  Physical/Abiotic/Quantitative Electives. Complete 3 credits from the following choices:
- BIO 324 - Biochemistry 3 credits
- BIO 324L - Biochemistry Laboratory 1 credit
- CHE 312 - Organic Chemistry II 3 credits
- CHE 312L - Organic Chemistry II Laboratory 1 credit
- CHE 321 - Quantitative Chemical Analysis 2 credits
- CHE 321L - Quantitative Chemical Analysis Laboratory 2 credits
- ENV 201 - Geoscience 3 credits
- ENV 201L - Geoscience Laboratory 1 credit
- ENV 205 - Oceanography 3 credits
- ENV 350 - Global Climate Change 3 credits
- MAT 231 - Calculus-with Analytic Geometry I 4 credits
- PHY 222 - General Physics II 3 credits
- PHY 222L - General Physics II Laboratory 1 credit

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

# Data Science, B.S.

The data in our world is currently estimated to be doubling at a rate of every two years. This means that in the next two years alone, the amount of data generated will be equivalent to all of the data that currently exists. Data Science is a degree program that prepares students for our new and increasingly data-driven world. This preparation includes an appropriate background in mathematics, computer science and statistics along with subject matter from an appropriate cognate area such as psychology. Successful students will learn programming in current data science languages such as Python and R as well as being introduced to topics such Big Data, Data Visualization, Regression Analysis and other topics in Applied Statistics.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Math and Programming Core - 25 credit hours

Choose COM-207 or COM-209:
- COM 207 - Programming in C/C++ 3 credits
- COM 209 - Programming in Java 3 credits

- MAT 231 - Calculus-with Analytic Geometry I 4 credits
- MAT 232 - Calculus II 4 credits
- MAT 251 - Introduction to Discrete Mathematics 3 credits
- MAT 323 - Calculus III 4 credits
- MAT 361 - Linear Algebra 3 credits
- MAT 497 - Preliminary Research Seminar 1 credit

Choose MAT-425 or MAT-497:
- MAT 425 - Mathematics Internship 3 - 12 credits
- MAT 499 - Senior Project in Mathematics 3 credits

## Data Science Core - 9 credits

- MAT 201 - Introduction to Statistics 3 credits
- MAT 331 - Probability and Statistics 3 credits
- MAT 350 - Big Data: Be Data Smart with R 3 credits

## Data Science Elective - 9 credits

- MAT 301 - Applied Statistics 3 credits
- MAT 330 - Data Visualization 3 credits
- MAT 340 - Regression Analysis 3 credits

## Major Electives - 9 credit hours

Complete 9 credits from MAT courses not already taken at 300 level or above or from the following choices:
- COM 301 - Algorithms and Data Structures 3 credits
- COM 305 - Business Spreadsheet Applications 3 credits
- COM 315 - Decision Support Systems 3 credits
- COM 330 - Database Concepts and Programming 3 credits
- COM 335 - Applied Data Mining 3 credits
- COM 465 - Artificial Intelligence 3 credits

## Cognate Area - 9 credit hours

- PSY 161 - Introduction to Psychology 3 credits

Take 6 credits from the following choices:
- PSY 321 - Psychological Tests and Measurements 3 credits
- PSY 322 - Physiological Psychology 3 credits
- PSY 328 - Social Psychology 3 credits
- PSY 412 - Cognitive Psychology 3 credits
- PSY 422 - Psychology of Learning 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Minor

## Biology Minor

The biology minor is designed as a rigorous intellectual program of study for students with a deep interest in the science of biology.

## Required Courses

- BIO 125 - Biological Principles I 3 credit
- BIO 126 - Biological Principles II 3 credits
- BIO 126L - Biological Principles II Lab 1 credit
- BIO 125L - Biological Principles I Lab 1 credit
- BIO 223 - Botany 3 credits
- BIO 223L - Botany Laboratory 1 credit

215

- Two 300-400-level biology courses **8 credits**

## Total Credits: 20

# Chemistry Minor

Requirements for a minor in chemistry consist of 20 credit hours.  To complete the minor, students must complete the required foundational courses and two of the three listed Upper Division Elective courses.  One Upper Division Elective course is considered to be the lecture and its associated laboratory.  Students applying to health professional schools are required to complete organic chemistry II with lab (CHE 312 & CHE 312 L) to meet admissions requirements. Biology majors are strongly encouraged to take Quantitative Chemical Analysis (CHE 321 & CHE 321 L) in the junior year to prepare for the senior capstone research experience.

## Required Courses

- CHE 123 - General Chemistry I **3 credits**
- CHE 123L - General Chemistry I Laboratory **1 credit**
- CHE 124 - General Chemistry II **3 credits**
- CHE 124L - General Chemistry II Laboratory **1 credit**
- CHE 311 - Organic Chemistry I **3 credits**
- CHE 311L - Organic Chemistry I Laboratory **1 credit**

Complete two of the three listed Upper Division Elective courses.  One Upper Division Elective course is considered to be the lecture and its associated laboratory.  Students applying to health professional schools are required to complete organic chemistry II with lab (CHE 312 & CHE 312 L) to meet admissions requirements. Biology majors are strongly encouraged to take Quantitative Chemical Analysis (CHE 321 & CHE 321 L) in the junior year to prepare for the senior capstone research experience.

Upper Division Electives
- CHE 312 - Organic Chemistry II **3 credits**
- CHE 312L - Organic Chemistry II Laboratory **1 credit**
- CHE 321 - Quantitative Chemical Analysis **2 credits**
- CHE 321L - Quantitative Chemical Analysis Laboratory **2 credits**
- CHE 330 - Environmental Chemistry **3 credits**
- CHE 330L - Environmental Chemistry Lab **1 credit**

## Total Credits: 20

# Mathematics Minor

Requirements for a minor in mathematics consist of 19 semester hours of credit in mathematic courses numbered 201 or higher.

# Philosophy and Religion

**Bachelor of Arts**

# Religion, B.A.

Broadly, the major in religion prepares the student for a wide range of careers and jobs, while providing the opportunity for personal and intellectual growth, as well as the development of practical skills. Specifically, it can help prepare the student for parish ministry or for graduate school in theology or religion.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements (36-39 credit hours)

- REL 123 - Christian Spiritual Vision 3 credits
- REL 124 - Introduction to the Old Testament 3 credits
- REL 223 - World Religions: East and West 3 credits
- REL 427 - Ecclesiology 3 credits
- REL 450 - History of Christianity 3 credits

- REL 330 - Christian Morality 3 credits
  or
- REL 345 - Christian Social Justice: A Roman Catholic Perspective 3 credits

- REL 470 - Christology 3 credits
- REL 425 - Internships in Religion 3 credits
  (REL 425 is not required for WorldWide Education Center students.)
- REL 498 - Senior Seminar 3 credits
- PHI 309 - History of Philosophy I: Ancient to Medieval 3 credits
- PHI 310 - History of Philosophy II: The Modern World 3 credits

## Electives in Religion (3 credit hours)

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

**Minor**

# Ethics and Social Responsibility Minor

The ethics and social responsibility minor is designed to give students an opportunity to further their interests in ethics and social responsibility. It is open to students in all majors.

The minor consists of two foundational courses, one course from applied and professional ethics, and two integrative courses organized in the following sequence:

## Required Courses

- PHI 224 - Ethics 3 credits
- REL 330 - Christian Morality 3 credits
- PHI 345 - Social Ethics: From Personal Values to Global Citizenship 3 credits
- REL 345 - Christian Social Justice: A Roman Catholic Perspective 3 credits

- PHI 324 - Bio Ethics 3 credits or
- PHI 328 - Business Ethics 3 credits or
- PHI 346 - Environmental Ethics 3 credits or
- PHI 311 - Political Philosophy I 3 credits or
- PHI 312 - Political Philosophy II 3 credits

## Total Credits: 15

# Philosophy Minor

The minor in philosophy requires 15 hours in philosophy courses. The minor provides personal enrichment and is especially useful for students considering graduate studies in religion and ministry. The minor is also relevant for students majoring in political science and/or interested in pre-law.

# Religion Minor

The minor in religion requires 18 hours in religion, 9 of which must be in upper-division (300–400-level) courses. The minor is useful for students with a religious interest who plan to teach at the secondary level in either public or private schools.

In addition to the major and minor in religion, the University works collaboratively with diocesan offices throughout Florida in support of the continuing education needs of clergy, religious, and laity. Credit and non-credit programs are available in support of permanent diaconate formation, youth ministry, and lay leadership.

# Social Sciences

## Bachelor of Arts

# History with Education Minor, B.A.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Education Minor (20-35 credit hours)

Saint Leo University offers a minor in education for students in other majors who may want to teach at the secondary level, but for whom teaching is not their first career choice. The minor is not recommended for students who plan to become certified teachers in K-12 classrooms, because it does not offer the same marketability or extensive professional preparation as the education major. Students wishing to major in history who plan to teach may consider pursuing a double major in History and Education or an Education major with a specialization in Social Studies.

Students enrolled in the education minor will take a 37 hour history core and 20-35 hours of education courses including the following:

- EDU 222 - Teaching Diverse Populations 3 credits
- EDU 328 - The Adolescent Learner 3 credits
- EDU 336 - Teaching Reading in the Secondary Content Areas 3 credits
- EDU 425 - Educational Management and Organization 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 428 - Education Governance, History, and Philosophy 3 credits
- EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar 2 credits
- EDU 454 - Social Studies Methods in the Middle and Secondary School 3 credits

- Optional:   EDU 470/471 - Practicum III Middle/Secondary Schools Practicum and Seminar 3 credits
  Optional extra semester:
- EDU 480 - Internship 8 - 10
- EDU 481 - Seminar: Final Internship--Synthesis 2 credits

## History Major Requirements (37 credit hours)

- HTY 121 - United States History to 1865 3 credits
- HTY 122 - United States History Since 1865 3 credits
- HTY 123 - Western Civilization to 1500 3 credits
- HTY 124 - Western Civilization Since 1500 3 credits
- HTY 301 - Career Development Seminar 3 credits
- HTY 339 - Readings in History 3 credits
- HTY 427 - History of Ideas 3 credits
- HTY 499 - Senior Seminar in History 3 credits
- Five other courses in history: three of which must be upper division (300-400 level) and two of which must be in non-Western history 15 credits

## Electives (must be POL and ECO courses) (0-12 credit hours)

219

Total Credits: 120

## History, B.A.

A 36-hour major in history is designed as preparation for graduate study in history, as part of a pre-law program, as preparation for careers in business and public affairs, as preparation for library or museum careers, or as part of a general liberal arts education.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements (39 credit hours)

- HTY 121 - United States History to 1865 3 credits
- HTY 122 - United States History Since 1865 3 credits
- HTY 123 - Western Civilization to 1500 3 credits
- HTY 124 - Western Civilization Since 1500 3 credits
- HTY 301 - Career Development Seminar 3 credits
- HTY 339 - Readings in History 3 credits
- HTY 427 - History of Ideas 3 credits
- HTY 499 - Senior Seminar in History 3 credits
- Five other courses in history: three of which must be upper division (300-400 level) and two of which must be in non-Western history 15 credits

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

## Political Science, B.A.

The major in political science is designed as preparation for graduate or legal study, for a career in politics or public service, or as part of a general liberal arts education.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements (34 credit hours)

- POL 121 - Introduction to Politics 3 credits
- POL 223 - American Federal Government 3 credits
- POL 231 - Political Inquiry 3 credits
- POL 295 - International Relations 3 credits
- POL 339 - Readings in Political Science 3 credits

- HTY 301 - Career Development Seminar 3 credits or
- POL 301 - College Preparation 1 credit

- POL 311 - Political Philosophy I 3 credits or
- POL 312 - Political Philosophy II 3 credits

- POL 323 - Comparative Politics 3 credits or
- POL 324 - Politics of Developing Nations 3 credits

- POL 326 - United States Constitutional Law I 3 credits or
- POL 327 - United States Constitutional Law II 3 credits or
- POL 428 - International Law and Organizations 3 credits

- POL 499 - Senior Seminar in Political Science 3 credits
- Two other upper-division (300-400 level) courses in political science 6 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Note:

Majors are strongly encouraged to take language courses, participate in internships, and study abroad.

## Total Credits: 120

# Psychology, B.A

Required courses for the 39- hour Bachelor of Arts psychology major are designed to provide students with a well-rounded education in the discipline while affording students the ability to tailor their education to meet individual needs. Majors at all locations and delivery systems will be able to select either the General or Clinical/Counseling tracks. Psychology majors at University Campus may choose from two additional tracks or specializations: Developmental, or  Experimental. Graduates of the Psychology program are prepared for advanced study in psychology and related disciplines as well as employment in professional entry-level positions in human service settings and mental health facilities. A psychology major is also an excellent way for students to prepare for careers in law, business, human resources management, advertising, and sales. Psychology majors are encouraged to become involved in research

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements (39 credit hours)

### Psychology Core

- PSY 161 - Introduction to Psychology 3 credits
- PSY 205 - Research Methods I 3 credits
- PSY 202 - Foundations of Psychology Seminar 3 credits
- PSY 305 - Research Methods II 3 credits
- PSY 499 - Senior Seminar: Current Issues in Psychology 3 credits

### General Specialization

- PSY 322 - Physiological Psychology 3 credits
- PSY 325 - Developmental Psychology 3 credits
- PSY 327 - Abnormal Psychology 3 credits
- PSY 328 - Social Psychology 3 credits
  Select one of the following:
- PSY 412 - Cognitive Psychology 3 credits
- PSY 422 - Psychology of Learning 3 credits
  Complete 9 credits of any 300/400 level Psychology course not already taken.

### Clinical/Counseling Specialization

- PSY 327 - Abnormal Psychology 3 credits
- PSY 331 - Interviewing and Counseling Skills 3 credits
- PSY 427 - Personality Theory 3 credits

  Select two courses from the following:
- PSY 321 - Psychological Tests and Measurements 3 credits
- PSY 330 - Forensic Psychology 3 credits
- PSY 337 - Human Sexuality 3 credits

- PSY 339 - Social and Cultural Foundations of Behavior 3 credits
- PSY 343 - Close Relationships 3 credits
- PSY 347 - Human Behavior in Crisis 3 credits
- PSY 401 - Introduction to Community Counseling and Mental Health 3 credits
- PSY 426 - Internship Seminar 3 credits
- PSY 435 - Practicum in Psychology 3 credits
- PSY 428 - Counseling Principles and Practices 3 credits
- PSY 431 - Childhood Disorders 3 credits
  Complete 9 hours of any 300/400 level Psychology courses not already taken.

## Developmental Specialization

- PSY 325 - Developmental Psychology 3 credits
- PSY 332 - Psychology of Aging 3 credits
- PSY 334 - Child and Adolescent Development 3 credits
  Select two courses from the following:
- PSY 337 - Human Sexuality 3 credits
- PSY 341 - Psychology of Parenting 3 credits
- PSY 412 - Cognitive Psychology 3 credits
- PSY 423 - Educational Psychology 3 credits
- PSY 431 - Childhood Disorders 3 credits
- PSY 432 - Psychology of Motivation and Emotion 3 credits
  Complete 9 hours of any 300/400 Psychology courses not already taken.

## Experimental Specialization

- PSY 321 - Psychological Tests and Measurements 3 credits
- PSY 344 - Psychology Origins: History and Systems 3 credits
- PSY 405 - Research Methods III 3 credits
- PSY 437 - Research Practicum 1 credit
  Students must take PSY-437 (1 credit) twice
  Select two courses from the following:
- PSY 322 - Physiological Psychology 3 credits
- PSY 328 - Social Psychology 3 credits
- PSY 338 - Industrial and Organizational Psychology 3 credits
- PSY 412 - Cognitive Psychology 3 credits
- PSY 422 - Psychology of Learning 3 credits
- PSY 432 - Psychology of Motivation and Emotion 3 credits
- PSY 433 - Sensation and Perception 3 credits
- PSY 441 - Evolutionary Psychology 3 credits
  Complete 6 credits of any 300/400 Psychology courses not already taken.

# General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

# Sociology, B.A.

The 36-hour major in sociology is designed for students to explore the breadth of the discipline and gain a foundation in the theories and methods of the sociologist. It requires proficient writing and analytical skills, and fosters critical thinking. The Bachelor of Arts in sociology prepares students for careers in business, government, or the nonprofit sector, and for a variety of graduate programs, as well as being part of a liberal arts education. A major in sociology is particularly suited to careers in human or public services, social research, the law, education, or religion. Sociology majors at all locations and delivery systems can select the General track. Sociology majors at University Campus and some other locations may choose from two additional specializations: 1) Applied & Clinical or 2) Diversity & Inequality.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Core Requirements

- SOC 121 - Introduction to Sociology **3 credits**
- SOC 321 - Methods of Social Research I: Quantitative Methods **3 credits**
- SOC 322 - Methods of Social Research II: Qualitative Methods **3 credits**
- SOC 323 - Sociological Theory **3 credits**
- SOC 496 - Comprehensive Sociology Examination **0 credits**
- SOC 499 - Senior Seminar in Sociology **3 credits**

For the general major in Sociology take 21 hours of electives in Sociology (SOC), at least five of which must be at the 300-400 level

## Note:

Majors are strongly encouraged to take Spanish language courses.

## Applied & Clinical Specialization

A specialization in clinical/applied sociology prepares students for a wide variety of client-based sociological positions, including support group facilitator, mitigation expert/mediator, organizational consultant, program evaluator, or community group advocate. Clinical/applied sociological training can often include an internship for hands-on career preparation, helping people and organizations by applying one's sociological imagination.

In addition to the core requirements for the Sociology major, students with a specialization in Applied & Clinical sociology are required to take the following:

- SOC 427 - Practicing Sociology **3 credits**
  Take three of the following choices:

224

- SOC 333 - The Family in Cross-Cultural Perspective 3 credits
- SOC 348 - Medical Sociology 3 credits
- SOC 349 - Sociology of Aging
- SOC 425 - Internship in Sociology 3 - 6 credits

    Complete 9 credits hours of SOC courses, at least one must be 300/400 level.

## Diversity & Inequality Specialization

A specialization in diversity/inequality equips students with a heightened understanding of the causes and consequences of social inequalities, and with the high-demand ability to work with diverse populations. A diversity/inequality training in sociology prepares students for entering positions such as public relations specialist, human resources manager, case manager, program analyst, marketing/big data analyst, school counselor, military support specialist, or diversity trainer.

In addition to the core requirements for the Sociology major, students with a specialization in Diversity & Inequality are required to take the following courses:

- SOC 331 - Global Social Change and Development 3 credits
- SOC 334 - Sex and Gender 3 credits
- SOC 343 - The Social Ladder: Diversity and Inequality in America 3 credits
- SOC 350 - Race and Ethnic Relations 3 credits
    Complete 9 credit hours of SOC courses, at least one must be 300/400 level.

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Minor

## American Politics Minor

The American Politics minor allows students to explore the American political system through an examination of American political history and the American political system.

## Minor Requirements

- POL 121 - Introduction to Politics 3 credits
- POL 223 - American Federal Government 3 credits
    One of the following:
- POL 426 - American Foreign Policy 3 credits
- HTY 423 - The United States in the Twentieth Century 3 credits

One of the following:
- POL 326 - United States Constitutional Law I 3 credits
- POL 327 - United States Constitutional Law II 3 credits
  One of the following:
- POL 304 - Campaigns and Elections 3 credits
- POL 306 - Congress - American Legislative Process 3 credits
  One additional 300/400 Political Science course

## Total Credits: 18

# Anthropology Minor

The anthropology minor is designed to provide students with an understanding and appreciation of the diversity of human behavior and the impact of global changes on humans.

## Required Courses

- ANT 121 - Introduction to Anthropology 3 credits

- ANT 327 - Cultural Anthropology 3 credits
  (or)
- SSC 327 - Cultural Anthropology 3 credits

- ANT 335 - Biological Anthropology 3 credits
- ANT 337 - Introduction to Archaeology 3 credits
- ANT 343 - Anthropological Linguistics 3 credits

## Electives (two courses from the following)

- HTY 227 - Latin America and the Caribbean 3 credits or
- POL 227 - Latin America and the Caribbean 3 credits

- HTY 233 - Modern Middle East 3 credits or
- POL 233 - Modern Middle-East 3 credits

- HTY 322 - Racial and Ethnic Groups in America 3 credits

- HTY 335 - Women in American Society 3 credits or
- SSC 335 - Women in American Society 3 credits

- REL 424 - Death and the Meaning of Life 3 credits

- ANT 333 - The Family in Cross-Cultural Perspective 3 credits or
- SOC 333 - The Family in Cross-Cultural Perspective 3 credits

Total Credits: 21

## History Minor

The history minor is designed to allow a student with the love of the past to explore that intellectual passion in a structured way.

### Required Courses

- HTY 121 - United States History to 1865 **3 credits or**
- HTY 122 - United States History Since 1865 **3 credits**

- HTY 123 - Western Civilization to 1500 **3 credits or**
- HTY 124 - Western Civilization Since 1500 **3 credits**

- Four other electives in history, at least two of which must be upper level (300-400 level) **12 credits**

### Total Credits: 18

## International Studies Minor

A 6-course/18-credit hour minor offering a general overview of world politics.

### Required Courses

- POL 295 - International Relations **3 credits**
  **or**
- HTY 330 - Military Strategy: Antiquity to NATO **3 credits or**
- POL 330 - Military Strategy: Antiquity to NATO **3 credits**

- POL 323 - Comparative Politics **3 credits or**
- POL 324 - Politics of Developing Nations **3 credits**

- HTY 426 - American Foreign Policy **3 credits or**
- POL 426 - American Foreign Policy **3 credits**
  **or**
- POL 428 - International Law and Organizations **3 credits**

### Electives (9 credit hours)

Three courses in politics or history related to international studies

### Total Credits: 18

# Legal Studies Minor

The Legal Studies minor strengthens the academic preparedness of those seeking a career in law.

## Legal Studies

- POL 326 - United States Constitutional Law I **3 credits**
- POL 327 - United States Constitutional Law II **3 credits**
  Complete 3 courses from the following choices:
- CRM 321 - Substantive Criminal Law **3 credits**
- CRM 322 - Law of Criminal Procedure **3 credits**
- GBA 231 - Business Law I **3 credits**
- GBA 332 - Business Law II **3 credits**

## Total Credits: 18

# Psychology Minor

The psychology minor is useful for students interested in the scientific study of human behavior. A psychology minor may be helpful to students planning careers in business, medicine, and law.

## Required Courses

- PSY 161 - Introduction to Psychology **3 credits**

- Five additional electives in psychology, at least three of which must be upper-division (300-400-level) courses **15 credits**

## Total Credits: 18

# Sociology Minor

A sociology minor gives students an opportunity to explore social systems and social relations, and prepares them to face a rapidly changing world. It complements a major in any social science discipline (psychology, political science, history, or international studies) and is also useful for students in business (particularly management, marketing, or human resources), law enforcement, social work, education, philosophy, or theology.

## Required Courses

- SOC 121 - Introduction to Sociology **3 credits**
- Five electives in sociology (SOC), at least three of which must be at the 300-400 level. **15 credits**

## Total Credits: 18

# World Politics Minor

The minor in World Politics offers students a foundation for graduate studies related to world affairs and careers in diplomacy, military, government, international business and journalism.

## World Politics Minor

- POL 295 - International Relations 3 credits
- POL 323 - Comparative Politics 3 credits

- POL 395 - Genocide, War-Crimes and Laws of War 3 credits or
- POL 428 - International Law and Organizations 3 credits

    Complete one Western World Elective course from the following choices:
- POL 330 - Military Strategy: Antiquity to NATO 3 credits
- POL 422 - Modern Europe 3 credits
- POL 426 - American Foreign Policy 3 credits
    Any POL, CRM, or HTY Special Topics course with a Western or Security focus.

    Complete two Non-Western World Courses from the following choices:
- POL 227 - Latin America and the Caribbean 3 credits
- POL 233 - Modern Middle-East 3 credits
- POL 333 - Palestine and Israel 3 credits
- POL 430 - Role of the Military in the Modern World 3 credits
- HTY 245 - Vietnam War 3 credits
- HTY 324 - Sub-Saharan Africa 3 credits
- HTY 325 - Modern Russia 3 credits
- HTY 428 - Far-East Since 1945 3 credits
    Any POL, or HTY Special Topics course with a Non-Western Focus.

Total Credits: 18

# Tapia College of Business

# Dr. Robyn Parker, Dean

The mission of the Saint Leo University Tapia College of Business is to provide a values-centered education that develops tomorrow's business leaders with exceptional skills, including critical thinking and the ability to make ethical decisions and take effective action. The College supports the mission of the University through a broad liberal arts education and specialized business courses. To ensure a complete education, every business program is structured from a broad liberal arts education to career-specific business courses. Thus, the Saint Leo business graduate is prepared by focusing on critical thinking, on creative problem solving, and on improved interpersonal communication skills. The College accomplishes its mission by supporting

- excellence in teaching by a dedicated faculty
- scholarly faculty activity

- service involvement of students and faculty in the business and University communities

Specific mission objectives include providing students with

- the skills to manage effectively in a changing global environment
- an integrative perspective of organizational operations
- an awareness of their contribution to improving society

The College has the following degree programs accredited by the International Assembly for Collegiate Business Education (IACBE), Commission on Sport Management Accreditation (COSMA) and Accreditation Council for Business Schools and Programs (ACBSP):

**Bachelor of Arts in Accounting.** This program prepares the graduate for an entry-level accounting position in profit, not-for-profit, and governmental organizations.

**Bachelor of Arts in Business Administration.** This program, offered only through WorldWide, is designed for students entering the business world in almost any type of organization. The student selects a specialization from among the following: accounting, logistics, management, marketing, project management, or technology management.

**Bachelor of Arts in Communication Management.** This program, offered only at University Campus, is designed for students interested in communication processes in organizations including public relations, crisis communication, media management, community liaison, social media, advertising, and mass communication generalist's positions.

**Bachelor of Arts in Economics.** This program, offered only at the University Campus, is designed for students interested in developing critical thinking skills while acquiring the knowledge of economic theories and practices that are applicable to real world situations.

**Bachelor of Arts in Human Resource Management.** This program, offered only through WorldWide, is designed for the student who wishes to pursue a career in personnel management or human services.

**Bachelor of Arts in International Hospitality, Events and Hotel Management.** This is a professional program, offered only University Campus, which examines the concepts and principles of the hospitality industries from an international perspective. It prepares students for management positions within the various hospitality sectors, specializing in Event Management and Hotel Resort Management.

**Bachelor of Arts in Management.** This major is offered only at the University Campus. This program is designed for students who desire to own or manage any size organization, public or private, profit or nonprofit.

**Bachelor of Arts in Marketing.** This program, offered only at University Campus,  is designed for students planning a career in sales, social media, advertising, consumer relations, marketing management, retailing services, small business operations, or international business.

**Bachelor of Arts in Multimedia Management.** This program, offered only at University Campus is designed for students planning a career in the multimedia industry included, but not limited to audio and video production, media management, writing for media, social media, or graphic design.

**Bachelor of Arts in Sport Business.** This major is offered only at the University Campus and Tallahassee Education Center. This program provides a foundation of study in business applied to the sport industry, its products, and its services.

**Bachelor of Science in Computer Information Systems.** This program offers the student the technical knowledge and skills needed to succeed in the field of computer applications in the business world.

**Bachelor of Science in Computer Science.**  This highly technical program emphasizes providing a solid foundation in the discipline of Computer Science, which students can apply either in the Information Technology workforce sector or use as a basis for graduate study.

**Bachelor of Science in Cybersecurity.** This program provides a solid foundation in the discipline of Cybersecurity, which is needed to protect data in the 21st Century.

**Bachelor of Science in Health Care Administration.** This major is designed for students who plan administrative careers in health services organizations.

**Bachelor of Science in Software Engineering.** This program provides a disciplined, systematic approach to the field of modern software engineering so students can implement and manage the development, maintenance and evolution of software products.

# Common Body of Knowledge

The Common Body of Knowledge (CBK) for all Tapia College of Business majors provides the academic background to understand the economic structure of our global society. Those who enter the competitive market for scarce resources must be prepared to support public and private segments of our society. The College has developed an academic program in conjunction with the liberal arts that develops the whole person capable of creative critical thinking and problem solving. Courses taken by all majors within the College include the following:

**Components**

- ACC 201 - Principles of Financial Accounting **3 credits**
- ACC 202 - Principles of Managerial Accounting **3 credits**
- ECO 201 - Principles of Macroeconomics **3 credits**
- ECO 202 - Principles of Microeconomics **3 credits**
- GBA 231 - Business Law I **3 credits**
- GBA 334 - Applied Decision Methods for Business **3 credits**
- COM 327 - Business Information Systems **3 credits**
- GBA 398 - Integrated Perspectives on Business **3 credits**
- MAT 201 - Introduction to Statistics (support class) **3 credits**
- MGT 301 - Principles of Management **3 credits**
- MGT 325 - Finance for Managers **3 credits**
- MKT 301 - Principles of Marketing **3 credits**

**Total Credits: 36**

# Accounting, Economics and Finance

## Bachelor of Arts

## Accounting, B.A.

The major in accounting is designed to prepare a university graduate for entry-level accounting positions in profit, not-for-profit, and governmental environments. The program establishes a foundation for students who wish to continue their education to become a certified public accountant (CPA) or certified management accountant (CMA). A CPA holds a state license to practice public accounting in a particular state. State licensing requirements differ as to education, residency, and experience requirements. Some states have adopted the 120-hour rule for the number of

academic credits required to sit for the CPA exam, while others require 150 hours. Students planning on taking the CPA examination should contact the state board of accountancy in the state where they plan to take the certification examination for eligibility requirements.

The educational requirements for taking the Uniform Certified Public Accountant examination in the state of Florida include the following. Applicants sitting for the exam must have completed 120 semester hours or 160 quarter hours from an accredited college or university. The education program must include:

- 24 semester or 36 quarter hours of upper-division accounting, to include coverage of taxation, auditing, cost-managerial, financial, and accounting information systems;
- 24 semester hours of upper-division general business courses, with some exceptions. One microeconomics, one macroeconomics, one statistics, one business law, and one introduction to computers course may be lower division;
- As part of the general business hours, applicants are required to have a total of 6 semester hours or 8 quarter hours of business law courses, which must cover contracts, torts, and the Uniform Commercial Code;
- Excess upper-division accounting courses may be used to meet the general business requirement. However, elementary accounting classes are never acceptable for credit. Neither are courses for non-accounting majors and any graduate courses that are equivalent to elementary accounting.

Students planning on taking the CPA examination should contact the state board of accountancy in the state where they plan to take the certification examination for eligibility requirements.

Note: Students majoring in accounting cannot double major in the business administration: accounting specialization. Beginning with the 2012 catalog, students admitted into the accounting major, specialization, or minor must achieve a grade of C or higher in all major accounting courses to fulfill degree requirements. This applies to transfer courses as well.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

## Major Requirements (27 credit hours)

- ACC 301 - Intermediate Accounting I 3 credits
- ACC 302 - Intermediate Accounting II 3 credits
- ACC 303 - Accounting Information Systems 3 credits
- ACC 331 - Cost Accounting 3 credits
- ACC 401 - Advanced Accounting 3 credits
- ACC 411 - Auditing 3 credits
- ACC 421 - Individual Federal Income Taxes 3 credits
- ACC 430 - International Accounting 3 credits

232

- ACC 498 - Financial Statement Analysis 3 credits

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Recommended electives include the following:

- ACC 425 - Accounting Internship 3-12 credits
- GBA 332 - Business Law II 3 credits

Total Credits: 120

# Economics, B.A. (Offered only at University Campus)

The Bachelor of Arts degree in economics offered only at University Campus is designed for students interested in developing critical thinking skills while acquiring the knowledge of economic theories and practices that are applicable to real-world situations. The business core courses provide students in the B.A. program with a modern integrated business curriculum that includes broad exposure to each of the functional areas of business (accounting, finance, information technology, management and marketing) to accompany their solid foundation in economics. Graduates with a degree in economics have the opportunity for careers such as financial analysts, purchasing managers, insurance underwriters, bank managers, and operations/data analysts.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

## Major Requirements (21 credit hours)

- ECO 302 - Intermediate Price Theory 3 credits
- ECO 333 - International Economics 3 credits

233

- ECO 366 - Money and Banking **3 credits**
- ECO 411 - Game Theory **3 credits**
  Or
- ECO 412 - Behavioral Economics **3 credits**
- ECO 498 - Senior Seminar in Economics **3 credits**
  Two upper level (300 or 400) Economics electives

## Recommended Economics Electives

ECO 322 - Health Economics, ECO 355 - Economics in Sport, ECO 422 - Econometrics and ECO 425 - Economics Internship.

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Minor

## Accounting Minor

Students with majors other than business administration may also minor in accounting. Business administration majors may also minor in an area that is not their specialization.

## Required Courses

- ACC 201 - Principles of Financial Accounting **3 credits**
- ACC 202 - Principles of Managerial Accounting **3 credits**
- ACC 301 - Intermediate Accounting I **3 credits**
- ACC 302 - Intermediate Accounting II **3 credits**
- Other upper-level (300- or 400-level) accounting course **3 credits**

## Total Credits: 15

## Economics Minor (Offered only at University Campus)

The economics minor is designed for students interested in pursuing the study of economics as a social science.

## Required Courses

- ECO 201 - Principles of Macroeconomics **3 credits**
- ECO 202 - Principles of Microeconomics **3 credits**
- Plus three upper-division economics courses selected by the student in consultation with Economics Department faculty. **9 credits**

## Total Credits: 15

# International Financial Studies Minor (Offered only at University Campus)

The International Financial Studies Minor is designed for students seeking to gain a competitive advantage by exposing themselves to a module of student in the quantitative areas of international business practices. Offered on University Campus only.

## Required Courses

- ACC 430 - International Accounting **3 credits**
- ECO 333 - International Economics **3 credits**
- ECO 366 - Money and Banking **3 credits**
- FIN 420 - International Finance **3 credits**
- GBA 440 - International Business **3 credits**

# Communication and Marketing

## Bachelor of Arts

# Communication Management, B.A. (Offered only at University Campus)

The communication management major examines communication from a business, physiological, sociological, psychological, anthropological, historical, and political perspective. It is interdisciplinary in keeping with Saint Leo University's ongoing interest in providing students with a rich mix of liberal arts and sciences experiences. Graduating majors are equipped for careers in job streams such as advertising, media management, public relations, or mass communication generalist positions (e.g., public information officer, broadcast manager, advertising manager, newsletter editor, and media production manager).

## University Campus Only Course Requirements

- SLU 101 - First Year Experience **1 credit**
- SLU 125 - Choosing Wellness **3 credits**

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

## Major Requirements (33 - 42 credit hours)

- CMM 101 - Introduction to Communication 3 credits
- CMM 205 - Professionally Speaking 3 credits
- CMM 221 - Communication Pre-Internship 3 credits
- CMM 301 - Applied Communication Theory 3 credits
- CMM 302 - Intercultural Communication 3 credits
- CMM 324 - Public Relations 3 credits
- CMM 325 - Organizational Communication 3 credits
- CMM 410 - Digital Literacy 3 credits
- CMM 425 - Communication Internship 3-12 credits *
- CMM 498 - Teamwork in Organizations 3 credits

## Note:

* The internship may be 3 to 12 credits, depending on the student's and employer's needs.

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

# Marketing, B.A. (Offered only at University Campus)

The marketing major is designed for the student planning a career in sales, advertising, consumer relations, marketing management, retailing services, small business operations, or international business. Students develop a breadth of knowledge about the dynamic consumer orientation process by which people and organizations strive to anticipate and satisfy customers' product needs and wants. The student develops an understanding of marketing concepts and functions.

This major is offered only at University College. The major in business administration with a marketing specialization is no longer offered at University College. Students who are awarded the B.A. in marketing may not earn the B.A. in business administration with a specialization in marketing or vice versa.

## University Campus Only Course Requirements

236

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

## Major Requirements

- MKT 105 - Practical Marketing for Fun and Profit
- MKT 425 - Marketing Internship 3-12 credits *
- MKT 497 - Data Driven Strategic Marketing 3 credits

## Note:

\* The internship may be three to 12 credits, depending on the student's and employer's needs, although only three credits are required. In order to apply, the student must have a minimum of a 2.5 GPA. If a student does not qualify for the internship by holding the minimum 2.5 GPA, two options are available:

*Option 1: The student may retake courses or take other elective courses to reach the 2.5 requirement, and then apply to intern;*

*Option 2: Student must complete a three-credit 300-400-level business class under the rubric of ACC, IHT, COM, CMM, MGT, MKT, SPB, or POL 325 - Public Administration or Calculus (MAT 231), which is required by many graduate programs.*

## Major Electives

Choose 6 courses from the following:

- MKT 308 - Personal Selling 3 credits
- MKT 310 - Integrated Marketing Communication 3 credits
- MKT 327 - Data and Web Analytics 3 credits
- MKT 332 - Non-Profit and Social Marketing 3 credits
- MKT 336 - Retailing 3 credits
- MKT 345 - Social Media Marketing 3 credits
- MKT 383 - Consumer Behavior 3 credits
- MKT 429 - Advanced Directed Study and Research 1-3 credits
- MGT 320 - Entrepreneurship 1 3 credits
- ECO 412 - Behavioral Economics 3 credits
- MMM 355 - Writing for Interactive Media 3 credits
- MMM 420 - Graphic Design 3 credits
- CMM 324 - Public Relations 3 credits

- COM 333 - Web Design and Information Resources 3 credits
  MKT-300-400 Special Topics course when offered.

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

# Multimedia Management, B.A. (Offered only at University Campus)

Multimedia management combines design and technical skills with communication fundamentals, providing students the ability to create products that entertain, educate, or inform the user. Students learn multimedia standards, business fundamentals, and emerging media technologies. Classes focus on the creative aspects of multimedia design, production, and project management. Graduates may be employed by diverse organizations not only to create products but also to develop media plans. They assist companies manage multimedia projects of varying complexities.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

## Multimedia Management Major Requirements (30 credit hours)

- CMM 101 - Introduction to Communication 3 credits
- COM 333 - Web Design and Information Resources 3 credits
- MKT 345 - Social Media Marketing 3 credits
- MMM 210 - Audio and Video Production 3 credits
- MMM 350 - Technology and Innovation 3 credits
- MMM 355 - Writing for Interactive Media 3 credits
- MMM 413 - Mass Media: Working in a Media Driven World 3 credits
- MMM 420 - Graphic Design 3 credits
- MMM 425 - Internship in Multimedia Management 3 credits

238

- MMM 498 - Corporate Video Production 3 credits

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

**Minor**

## Communication Management Minor (Offered only at University Campus)

Students with majors other than communication management may minor in communication management.

## Communication Minor Requirements

- CMM 101 - Introduction to Communication 3 credits
- CMM 205 - Professionally Speaking 3 credits
- CMM 301 - Applied Communication Theory 3 credits
  Complete any two of the following choices:
- CMM 324 - Public Relations 3 credits
- CMM 325 - Organizational Communication 3 credits
- CMM 410 - Digital Literacy 3 credits

Total credit hours: 15

## Marketing Minor

Students with majors other than business administration may minor in marketing. Business administration majors may also minor in an area that is not their specialization.

## Required Courses

- MKT 301 - Principles of Marketing 3 credits
- Plus four other upper-level marketing courses 12 credits
  (which may include GBA 440)

Total Credits: 15

## Multimedia Management Minor (Offered only at University Campus)

### Multimedia Minor Requirements

**Required Courses**

- CMM 101 - Introduction to Communication 3 credits
- COM 333 - Web Design and Information Resources 3 credits
- MMM 210 - Audio and Video Production 3 credits
- MMM 355 - Writing for Interactive Media 3 credits
- MMM 413 - Mass Media: Working in a Media Driven World 3 credits

### Total credit hours 15

# Computer Science and Information Systems

## Associate of Arts

## Cybersecurity, A.A.

The Associate of Arts in Cybersecurity degree provides students with the skill set needed to be thought leaders in the field of Cybersecurity.

### University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

### AA

- ENG 121 - Academic Writing I 3 credits
- ENG 122 - Academic Writing II 3 credits
- MAT 131 - College Mathematics 3 credits
  MAT 141 - Finite Mathematics required for AA.BA, AA.CYBS and AA.IT.
- COM 140 - Basic Computer Skills 3 credits
  Complete one course from the following choices:
- ECO 110HA - Economics for Life 3 credits
- HTY 110HA - Immigration: The Changing Face of America 3 credits
- POL 110HA - Revolution Now! Democracy in Troubled Times 3 credits
- PSY 110HA - Psychological Well Being: How to be Sane in an Insane World 3 credits

- SOC 110HA - The McDonaldization of Society 3 credits
  Complete one course from the following choices:
- ART 110HM - Curves Ahead: Women Artists and the Female Form 3 credits
- HTY 110HM - Native American History & Life: More Than Tipis & Tomahawks 3 credits
- IDS 210HM - Once Upon a Time: Readings in Folklore and Culture 3 credit
- SOC 110HM - Building a Multiracial Society 3 credits
  Choose two courses from the following choices:
- SCI 110SC - Evaluating the Predictions of Global Warming 3 credits
- SCI 115SC - Is Evolution True? Your Inner Fish 3 credits
- SCI 120SC - Human Ecology 3 credits
- SCI 210SC - Energy and Its Impact on Global Society 3 credits
- SCI 215SC - Science in Science Fiction 3 credits
  Complete one course from the following choices:
- FAS 110CL - Living the Theatre: Dramatic Skills for all Disciplines 3 credits
- HUM 110CL - Giants of the Arts 3 credits
- MUS 110CL - Spirituals to Rock and Roll: The Story of How American Popular Music Conquered the World 3 credits
- ENG 210CL - Love and Desire in Literature 3 credits
- ENG 215CL - Monsters and the Monstrous in Literature 3 credits
- ENG 220CL - On the Proverbial Road: Journeys of Transformation in Narrative 3 credits
- ENG 225CL - Writing Wild: Exploring the Four Genres 3 credits
  Complete one of the following Philosophy courses:
- PHI 110RS - Encountering the Real: Faith and Philosophical Enquiry 3 credits
- PHI 210RS - Thinking and Doing Ethics 3 credits
  Complete one Religion course from the following choices:
- REL 110RS - The Emergence of Christianity: Examination of Foundational Christian Texts 3 credits
- REL 123 - Christian Spiritual Vision 3 credits
- REL 210RS - Many are Called, but Who is Chosen? Christian Understandings of Salvation 3 credits
- REL 223 - World Religions: East and West 3 credits

## Program Requirements

- COM 203 - Computer Systems 3 credits
- COM 204 - Programming Logic and Design 3 credits
- COM 207 - Programming in C/C++ 3 credits
- COM 212 - System Administration 3 credits
- COM 215 - Principles of Networking 3 credits
- COM 221 - Fundamentals of Cybersecurity 3 credits
- COM 225 - Penetration Testing and Counter Measures 3 credits
- GBA 231 - Business Law I 3 credits
- MAT 201 - Introduction to Statistics 3 credits

## Total Credits: 60

# Information Technology, A.A.

The Associate of Arts Degree in Information Technology provides the foundation for a career or future study in the field of Computer Information Systems.

## University Campus Requirement

This requirement is for University Campus students only.

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## AA

- ENG 121 - Academic Writing I 3 credits
- ENG 122 - Academic Writing II 3 credits
- MAT 131 - College Mathematics 3 credits
  MAT 141 - Finite Mathematics required for AA.BA, AA.CYBS and AA.IT.
- COM 140 - Basic Computer Skills 3 credits
  Complete one course from the following choices:
- ECO 110HA - Economics for Life 3 credits
- HTY 110HA - Immigration: The Changing Face of America 3 credits
- POL 110HA - Revolution Now! Democracy in Troubled Times 3 credits
- PSY 110HA - Psychological Well Being: How to be Sane in an Insane World 3 credits
- SOC 110HA - The McDonaldization of Society 3 credits
  Complete one course from the following choices:
- ART 110HM - Curves Ahead: Women Artists and the Female Form 3 credits
- HTY 110HM - Native American History & Life: More Than Tipis & Tomahawks 3 credits
- IDS 210HM - Once Upon a Time: Readings in Folklore and Culture 3 credit
- SOC 110HM - Building a Multiracial Society 3 credits
  Choose two courses from the following choices:
- SCI 110SC - Evaluating the Predictions of Global Warming 3 credits
- SCI 115SC - Is Evolution True? Your Inner Fish 3 credits
- SCI 120SC - Human Ecology 3 credits
- SCI 210SC - Energy and Its Impact on Global Society 3 credits
- SCI 215SC - Science in Science Fiction 3 credits
  Complete one course from the following choices:
- FAS 110CL - Living the Theatre: Dramatic Skills for all Disciplines 3 credits
- HUM 110CL - Giants of the Arts 3 credits
- MUS 110CL - Spirituals to Rock and Roll: The Story of How American Popular Music Conquered the World 3 credits
- ENG 210CL - Love and Desire in Literature 3 credits
- ENG 215CL - Monsters and the Monstrous in Literature 3 credits
- ENG 220CL - On the Proverbial Road: Journeys of Transformation in Narrative 3 credits
- ENG 225CL - Writing Wild: Exploring the Four Genres 3 credits
  Complete one of the following Philosophy courses:
- PHI 110RS - Encountering the Real: Faith and Philosophical Enquiry 3 credits
- PHI 210RS - Thinking and Doing Ethics 3 credits
  Complete one Religion course from the following choices:
- REL 110RS - The Emergence of Christianity: Examination of Foundational Christian Texts 3 credits

242

- REL 123 - Christian Spiritual Vision 3 credits
- REL 210RS - Many are Called, but Who is Chosen? Christian Understandings of Salvation 3 credits
- REL 223 - World Religions: East and West 3 credits

## Program Requirements

- COM 203 - Computer Systems 3 credits
- COM 207 - Programming in C/C++ 3 credits
- COM 209 - Programming in Java 3 credits
- COM 309 - Network Theory and Design 3 credits
- COM 320 - Systems Analysis and Design 3 credits
  Complete any 4 courses from the following choices:
- ACC 201 - Principles of Financial Accounting 3 credits
- ACC 202 - Principles of Managerial Accounting 3 credits
- COM 301 - Algorithms and Data Structures 3 credits
- COM 312 - Computer Architecture 3 credits
- ECO 201 - Principles of Macroeconomics 3 credits
- ECO 202 - Principles of Microeconomics 3 credits
- GBA 231 - Business Law I 3 credits
- MAT 151 - College Algebra 3 credits
- MAT 152 - Trigonometry 3 credits
- MAT 231 - Calculus-with Analytic Geometry I 4 credits
- MAT 251 - Introduction to Discrete Mathematics 3 credits

## Total Credits 60 - 63 hours

## Bachelor of Science

## Computer Information Systems, B.S.

The Bachelor of Science degree in computer information systems (CIS) is designed for students interested in a successful career in the computer field. The courses focus on computer applications in business organizations.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (33 credit hours)

- Click here to view the Common Body of Knowledge

*Note: CIS majors substitute COM 315 (which appears in the Major course listing) for GBA 334 in the Common Body of Knowledge.*

## Major Requirements

## All of the following courses: (30 credit hours)

- COM 203 - Computer Systems 3 credits
- COM 207 - Programming in C/C++ 3 credits
- COM 209 - Programming in Java 3 credits
- COM 309 - Network Theory and Design 3 credits
- COM 315 - Decision Support Systems 3 credits *
  * *Substitute for GBA 334 in the CBK.*
- COM 320 - Systems Analysis and Design 3 credits
- COM 330 - Database Concepts and Programming 3 credits
- COM 333 - Web Design and Information Resources 3 credits
- COM 340 - Introduction to Internet Applications 3 credits
- COM 416 - Introduction to Information Security 3 credits
- COM 498 - Advanced Computer Skills 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

# Computer Science, B.S.

The Bachelor of Science degree in computer science (CS), offered only at University College, is designed for students interested in working in the computer technology industry, developing commercial and industrial applications or computer models used in scientific or engineering research. Typical career paths for graduates include application software developer/software engineer, computer scientist/computer researcher, embedded systems developer, support programmer for scientific/engineering research departments, and system software developer.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements

- COM 203 - Computer Systems 3 credits
- COM 207 - Programming in C/C++ 3 credits
- COM 209 - Programming in Java 3 credits
- COM 212 - System Administration 3 credits
- COM 217 - Theoretical Foundations of Computer Science 3 credits
- COM 301 - Algorithms and Data Structures 3 credits
- COM 309 - Network Theory and Design 3 credits
- COM 312 - Computer Architecture 3 credits
- COM 330 - Database Concepts and Programming 3 credits
- COM 340 - Introduction to Internet Applications 3 credits
- COM 405 - Operating Systems 3 credits
- COM 416 - Introduction to Information Security 3 credits
- COM 430 - Software Engineering 3 credits
- COM 465 - Artificial Intelligence 3 credits
- COM 497 - Computer Science Capstone 3 credits
- MAT 151 - College Algebra 3 credits *
- MAT 152 - Trigonometry 3 credits
- MAT 201 - Introduction to Statistics 3 credits
- MAT 231 - Calculus-with Analytic Geometry I 4 credits

## Note:

* Should be taken as the University Explorations math course.

## Information Assurance Specialization

- COM 302 - Python Programming 3 credits
- COM 450 - Network Defense and Security 3 credits
- COM 452 - Computer Forensics 3 credits
- COM 460 - Internet/Intranet Security 3 credits
- COM 470 - Management of Information Security 3 credits
- COM 475 - Penetration Testing 3 credits

## Additional Electives

Recommended electives include the following:

- COM 335 - Applied Data Mining 3 credits
- COM 425 - Computer Information Systems Internship 3 credits
- MAT 361 - Linear Algebra 3 credits

## Total Credits: 120

# Cybersecurity, B.S.

The field of Cybersecurity is concerned with protecting computers, networks, programs, data or personal information from unauthorized access, theft, or destruction. Professional careers in cybersecurity are evolving rapidly as new risks and threats to information and information networks emerge. The demand for skilled cybersecurity professionals is high, and is projected to continue growing as more companies and industries work to safeguard their information assets and computer networks.

The Bachelor of Science in Cybersecurity will prepare the next generation of cybersecurity professionals to protect critical information and cyber assets through cyber prevention, detection, recovery methods, and forensics techniques. The major's holistic approach combines fundamental skills in computer science with cybersecurity skills such as network defense, systems security, digital forensics, and penetration testing, with analytical thinking. This degree prepares its graduates for jobs in information and network security in all types of industries. Upon completion, graduates of our BS in Cybersecurity will be able to evaluate computer networks and information security needs of an organization, assess cybersecurity risk, develop management policies, measure the performance of security systems, and maintain an enterprise-level information security system. This degree program will equip our graduates with the latest skills and techniques needed to provide businesses with real-time security solutions, and develop organizational cybersecurity strategies and policies.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements

- COM 203 - Computer Systems 3 credits
- COM 207 - Programming in C/C++ 3 credits
- COM 209 - Programming in Java 3 credits
- COM 212 - System Administration 3 credits
- COM 215 - Principles of Networking 3 credits
- COM 221 - Fundamentals of Cybersecurity 3 credits
- COM 225 - Penetration Testing and Counter Measures 3 credits
- COM 302 - Python Programming 3 credits
- COM 309 - Network Theory and Design 3 credits
- COM 312 - Computer Architecture 3 credits
- COM 315 - Decision Support Systems 3 credits
- COM 320 - Systems Analysis and Design 3 credits
- COM 330 - Database Concepts and Programming 3 credits
- COM 340 - Introduction to Internet Applications 3 credits
- COM 355 - Systems Security 3 credits
- COM 405 - Operating Systems 3 credits

246

- COM 416 - Introduction to Information Security 3 credits
- COM 430 - Software Engineering 3 credits
- COM 450 - Network Defense and Security 3 credits
- COM 452 - Computer Forensics 3 credits
- COM 460 - Internet/Intranet Security 3 credits
- COM 470 - Management of Information Security 3 credits
- COM 475 - Penetration Testing 3 credits
- MAT 201 - Introduction to Statistics 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

# Software Engineering, B.S.

The Bachelor of Science in Software Engineering is designed to prepare graduates for careers in the information technology domains that involve development of complex software products.  The degree will prepare graduates for career-track jobs in areas of software architecture, design, development, and testing fields. Graduates will be educated in the technical aspects of software engineering, as well as the business impact of potential solutions to software engineering problems.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements

- COM 203 - Computer Systems 3 credits
- COM 207 - Programming in C/C++ 3 credits
- COM 209 - Programming in Java 3 credits
- COM 212 - System Administration 3 credits
- COM 217 - Theoretical Foundations of Computer Science 3 credits
- COM 301 - Algorithms and Data Structures 3 credits
- COM 302 - Python Programming 3 credits
- COM 303 - Human Computer Interaction 3 credits
- COM 309 - Network Theory and Design 3 credits
- COM 312 - Computer Architecture 3 credits
- COM 320 - Systems Analysis and Design 3 credits

247

- COM 330 - Database Concepts and Programming 3 credits
- COM 340 - Introduction to Internet Applications 3 credits
- COM 405 - Operating Systems 3 credits
- COM 416 - Introduction to Information Security 3 credits
- COM 424 - Information Technology and Project Management 3 credits
- COM 430 - Software Engineering 3 credits
- COM 435 - Software Requirements Engineering 3 credits
- COM 437 - Mobile Application Development 3 credits
- COM 440 - Software Architecture 3 credits
- COM 445 - Software Quality Assurance 3 credits
- COM 496 - Software Engineering Capstone 3 credits
- MAT 151 - College Algebra 3 credits
  * MAT-151 is counted towards University Explorations.
- MAT 152 - Trigonometry 3 credits
- MAT 231 - Calculus-with Analytic Geometry I 4 credits

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

## Minor

## Computer Programming Minor

The computer programming minor allows non-CIS student majors to develop computer programming skills as a documented minor. The minor can be combined with a number of majors to enhance students' IT skills.

## Requirements

- COM 203 - Computer Systems 3 credits
- COM 207 - Programming in C/C++ 3 credits
- COM 209 - Programming in Java 3 credits
- COM 333 - Web Design and Information Resources 3 credits
- COM 340 - Introduction to Internet Applications 3 credits

Total Credits: 15

## Information Security Minor

## Required Courses

- COM 203 - Computer Systems 3 credits
- COM 309 - Network Theory and Design 3 credits
- COM 416 - Introduction to Information Security 3 credits
- COM 420 - Disaster Recovery 3 credits
- COM 470 - Management of Information Security 3 credits

## Plus one of the following courses:

- COM 425 - Computer Information Systems Internship 3 credits or
- COM 450 - Network Defense and Security 3 credits or
- COM 452 - Computer Forensics 3 credits or
- COM 460 - Internet/Intranet Security 3 credits

## Total Credits: 18

# Information Systems Minor

## Required Courses

- COM 203 - Computer Systems 3 credits
- COM 207 - Programming in C/C++ 3 credits
- COM 315 - Decision Support Systems 3 credits
- COM 320 - Systems Analysis and Design 3 credits
- COM 330 - Database Concepts and Programming 3 credits

## Total Credits: 15

# Health Care Management

## Bachelor of Science

# Health Care Administration, B.S.

The Bachelor of Science (B.S.) degree in health care administration offers courses in the strategic management of health care systems, health care financial management, health care policy analysis, and legal and ethical challenges facing the industry. It is designed for students interested in management careers with hospitals; federal, state, and county health programs; pharmaceutical companies; medical laboratories; nursing facilities; surgical facilities; imaging technology facilities; and health education and training companies. Health care management majors who are not employed in the industry are required to take HCA 425 - Health Care Internship in their senior year. Students spend the entire semester at an internship site and may earn 3-12 credit hours for the experience, depending on their work schedule.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 Credit Hours)

- Click here to view the Common Body of Knowledge

## Major Requirements (21-30 credit hours)

- HCA 302 - Health Care Organization 3 credits
- HCA 303 - Health Care Management 3 credits
- HCA 402 - Community Health Evaluation 3 credits
- HCA 410 - Quality Improvement Methods in Health Care 3 credits
- HCA 425 - Health Care Internship 3 - 12 credits
  (Substitution of the internship with equivalent course(s) and/or credit(s) will only be considered under certain circumstances and may only be granted by the Department Chair.)
- HCA 430 - Contemporary and Critical Issues in Health Care 3 credits
- HCA 498 - Health Planning and Policy Management 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Recommended Electives

HCA 333  , HCA 450 - Health Information Technology Management, POL 325 - Public Administration, and REL 424 - Death and the Meaning of Life.

## Total Credits: 120

## Minor

## Health Care Minor

## Minor Requirements 15 credit hours

- HCA 302 - Health Care Organization 3 credits
- HCA 303 - Health Care Management 3 credits
- HCA 402 - Community Health Evaluation 3 credits
- HCA 450 - Health Information Technology Management 3 credits
  Choose one of the following:
- HCA 410 - Quality Improvement Methods in Health Care 3 credits
- HCA 430 - Contemporary and Critical Issues in Health Care 3 credits

# Management and Business Administration

## Associate of Arts

## Business Administration, A.A.

The associate of arts in business administration provides a foundation for a business career or for further study in the business field.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## AA

- ENG 121 - Academic Writing I 3 credits
- ENG 122 - Academic Writing II 3 credits
- MAT 131 - College Mathematics 3 credits
  MAT 141 - Finite Mathematics required for AA.BA, AA.CYBS and AA.IT.
- COM 140 - Basic Computer Skills 3 credits
  Complete one course from the following choices:
- ECO 110HA - Economics for Life 3 credits
- HTY 110HA - Immigration: The Changing Face of America 3 credits
- POL 110HA - Revolution Now! Democracy in Troubled Times 3 credits
- PSY 110HA - Psychological Well Being: How to be Sane in an Insane World 3 credits
- SOC 110HA - The McDonaldization of Society 3 credits
  Complete one course from the following choices:
- ART 110HM - Curves Ahead: Women Artists and the Female Form 3 credits
- HTY 110HM - Native American History & Life: More Than Tipis & Tomahawks 3 credits
- IDS 210HM - Once Upon a Time: Readings in Folklore and Culture 3 credit
- SOC 110HM - Building a Multiracial Society 3 credits
  Choose two courses from the following choices:
- SCI 110SC - Evaluating the Predictions of Global Warming 3 credits
- SCI 115SC - Is Evolution True? Your Inner Fish 3 credits
- SCI 120SC - Human Ecology 3 credits
- SCI 210SC - Energy and Its Impact on Global Society 3 credits
- SCI 215SC - Science in Science Fiction 3 credits

251

Complete one course from the following choices:
- FAS 110CL - Living the Theatre: Dramatic Skills for all Disciplines 3 credits
- HUM 110CL - Giants of the Arts 3 credits
- MUS 110CL - Spirituals to Rock and Roll: The Story of How American Popular Music Conquered the World 3 credits
- ENG 210CL - Love and Desire in Literature 3 credits
- ENG 215CL - Monsters and the Monstrous in Literature 3 credits
- ENG 220CL - On the Proverbial Road: Journeys of Transformation in Narrative 3 credits
- ENG 225CL - Writing Wild: Exploring the Four Genres 3 credits
  Complete one of the following Philosophy courses:
- PHI 110RS - Encountering the Real: Faith and Philosophical Enquiry 3 credits
- PHI 210RS - Thinking and Doing Ethics 3 credits
  Complete one Religion course from the following choices:
- REL 110RS - The Emergence of Christianity: Examination of Foundational Christian Texts 3 credits
- REL 123 - Christian Spiritual Vision 3 credits
- REL 210RS - Many are Called, but Who is Chosen? Christian Understandings of Salvation 3 credits
- REL 223 - World Religions: East and West 3 credits

## Program Components

- ACC 201 - Principles of Financial Accounting 3 credits
- ACC 202 - Principles of Managerial Accounting 3 credits
- ECO 201 - Principles of Macroeconomics 3 credits
- ECO 202 - Principles of Microeconomics 3 credits
- GBA 231 - Business Law I 3 credits
- MGT 301 - Principles of Management 3 credits
- MKT 301 - Principles of Marketing 3 credits
- GBA 298 - Professional Development Seminar 3 credits

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 61

## Bachelor of Arts

## Business Administration, B.A. (Offered only through WorldWide)

The business administration major is designed for students who want to enter any type of WorldWide organization. Students must select one specialization and may select two. Specialization combinations may not include management and technology management.

The business administration major is offered only at Saint Leo's WorldWide Education Centers. The management major is the alternative major offered at University College. Students who are awarded the B.A. in management may not earn the B.A. in business administration with a specialization in management or vice versa.

Those who enter the business world must be prepared to support all other segments of business as well as segments of our society. The business program prepares a well-rounded person capable of creative analytical thought and communication. The specializations are:

- Logistics
- Management
- Marketing
- Project Management
- Technology Management

Internships are encouraged for all qualified students.

# Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

# University Explorations (42 credit hours)

- Click here to view the University Explorations

# Specialization courses (24-36 credit hours)

## Logistics Specialization

The field of logistics manages how materials and finished goods are delivered to where they are needed in a timely and cost-efficient manner. Logistics is a vital component that contributes to the success of managers in both civilian and military sectors. This program is a response to the specific needs and desires of students throughout our system, military and otherwise, consistent with our Benedictine-inspired values of excellence and personal development, helping students become well-prepared professionals in their chosen careers.

The program consists of the study of logistics processes in civilian and military organizations, covering both products and services. This study shall include, but not be limited to, cargo transportation in all modes, electronic order processing, distribution, purchasing, warehousing, quality management and improvement, and the estimation of production and ordering quantities.

Required courses in addition to the Common Body of Knowledge and support courses are as follows:

## Specialization Courses (24 credit hours)

- COM 203 - Computer Systems **3 credits**
- MGT 309 - Introduction to Logistics Management **3 credits**
- MGT 312 - Introduction to Project Management **3 credits**
- MGT 342 - Transportation and Distribution Management **3 credits**
- MGT 377 - Procurement, Purchasing and Vendor Management **3 credits**
- MGT 410 - Quality Improvement and Management **3 credits**
- MGT 417 - Logistical Inventory Control and Materials Management **3 credits**

- MGT 492 - Logistics Specialization Portfolio 3 credits

## Management Specialization

The management specialization is relevant to students of any discipline who plan to own or manage any size organization, large or small, public or private, profit or nonprofit. Courses stress the importance of managing in a global environment and understanding the ethical implications of managerial decisions.

The Bachelor of Arts in business administration with a management specialization is offered or awarded to students at Saint Leo University Centers other than University Campus. Students may not receive a Bachelor of Arts in management and a Bachelor of Arts in business administration with a management specialization.

Required courses in addition to the Common Body of Knowledge and support courses are as follows:

## Specialization Courses (24 credit hours)

- GBA 321 - Essential Business Skills 3 credits
- GBA 440 - International Business 3 credits
- GBA 498 - Strategic Management 3 credits
- MGT 320 - Entrepreneurship I 3 credits
- MGT 331 - Management of Human Resources 3 credits
- MGT 412 - Organizational Behavior and Development 3 credits
- MGT 430 - Business, Government, and Society 3 credits
- MGT 441 - Labor Relations 3 credits

## Marketing Specialization

The marketing specialization is designed for the student planning a career in sales, advertising, consumer relations, marketing management, retailing services, small business operations, or international business. Students develop a breadth of knowledge about the dynamic consumer orientation process by which persons and organizations strive to anticipate and satisfy customers' product needs and wants. The student develops an understanding of marketing concepts and functions.

The Bachelor of Arts in business administration with a marketing specialization is offered or awarded to students at Saint Leo University Centers other than University Campus. Students may not receive a Bachelors of Arts in marketing and a Bachelor of Arts in business administration with a marketing specialization.

Required courses in addition to the Common Body of Knowledge and support courses are as follows:

## Specialization Courses (24 credit hours)

- MKT 308 - Personal Selling 3 credits
- MKT 310 - Integrated Marketing Communication 3 credits
- MKT 327 - Data and Web Analytics 3 credits
- MKT 345 - Social Media Marketing 3 credits
- MKT 497 - Data Driven Strategic Marketing 3 credits
  Choose three additional MKT 300/400 courses.

## Project Management Specialization

Project management is the planning, organizing, and managing of resources to complete a temporary project with a specific starting and ending date. Graduates may be employed in diverse industries such as construction, hospitality, and new product development. They assist the civilian and military sectors to improve internal operations and capitalize on external opportunities.

Required courses in addition to the Common Body of Knowledge and support courses are as follows:

## Specialization Courses (24 credit hours)

- MGT 309 - Introduction to Logistics Management 3 credits
- MGT 312 - Introduction to Project Management 3 credits
- MGT 315 - Project Risk Management, Cost Analysis, and Decision Making 3 credits
- MGT 322 - Project Teamwork and Leadership 3 credits
- MGT 377 - Procurement, Purchasing and Vendor Management 3 credits
- MGT 410 - Quality Improvement and Management 3 credits
- MGT 422 - Project Management Implementation 3 credits
- MGT 495 - Project Management Applications 3 credits

## Technology Management Specialization

The technology management program is designed for students who plan careers in the technological fields. A prerequisite for admission is a 21-credit-hour block of related technical credit.

Required courses in addition to the Common Body of Knowledge and support courses are as follows:

## Specialization Courses (36 credit hours)

- Transfer credits 21 credits
- GBA 321 - Essential Business Skills 3 credits
- GBA 498 - Strategic Management 3 credits
- MGT 320 - Entrepreneurship I 3 credits
- MGT 331 - Management of Human Resources 3 credits
- MGT 412 - Organizational Behavior and Development 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

# Human Resource Management, B.A. (Offered only through WorldWide)

The human resource management degree program is designed to provide the academic foundation required by professional human resource practitioners and researchers. In addition to those courses required for all undergraduate students in the University and the courses in the Common Body of Knowledge, specialized courses in human resource management provide the individual with the foundation for a professional leadership career in the human resource area as well as for further work in graduate education. An important component of the curriculum is to prepare graduates academically if they choose to sit for a professional human resource assessment or certification such as the SHRM Assurance of Learning Assessment or the Professional in Human Resource (PHR) certification, administered by the Human Resource Certification Institute.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience **1 credit**
- SLU 125 - Choosing Wellness **3 credits**

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

## Major Requirements (27-36 credit hours)

- GBA 335 - Administrative and Personnel Law **3 credits**
- HRA 330 - Occupational Safety, Health and Security **3 credits**
- HRA 335 - Recruitment, Selection and Placement **3 credits**
- HRA 340 - Organizational Training & Development **3 credits**
- HRA 360 - Total Compensation **3 credits**
- HRA 425 - Human Resource Internship **3-12 credits**
  (Substitution of the internship with equivalent course(s) and/or credit(s) will only be considered under certain circumstances and may only be granted by the Department Chair.)
- HRA 498 - Human Resources Strategic Planning **3 credits**
- MGT 331 - Management of Human Resources **3 credits**
- PSY 338 - Industrial and Organizational Psychology **3 credits**

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

256

# Management, B.A. (Offered only at University Campus)

The management major is designed for those students who desire to own or manage any size organization, whether public or private, profit or nonprofit. Courses stress the influence of the global environment on decision making and the importance of considering ethical issues from different cultures in making management decisions.

The management major is offered only at University College. The business administration major is the alternative major that is offered at Saint Leo's Centers. Students who are awarded the B.A. in management may not earn the B.A. in business administration with a specialization in management or vice versa.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

## Major Requirements (27 credit hours)

- GBA 321 - Essential Business Skills 3 credits
- GBA 440 - International Business 3 credits
- GBA 498 - Strategic Management 3 credits
- MGT 320 - Entrepreneurship I 3 credits
- MGT 331 - Management of Human Resources 3 credits
- MGT 412 - Organizational Behavior and Development 3 credits
- MGT 425 - Management Internship 3-12 credits *
- MGT 430 - Business, Government, and Society 3 credits
- MGT 441 - Labor Relations 3 credits

## Note:

* The internship may be three to 12 credits, depending on the student's and employer's needs, although only three credits are required. In order to apply, the student must have a minimum of a 2.5 GPA. If a student does not qualify for the internship by holding the minimum 2.5 GPA, two options are available:

*Option 1: The student may retake courses or take other elective courses to reach the 2.5 requirement, and then apply to intern;*

*Option 2: Student must complete a three-credit 300-400-level business class under the rubric of ACC, IHT, COM, CMM, MGT, MKT, SPB, or POL 325 - Public Administration or Calculus (MAT 231), which is required by many graduate programs.*

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

## Minor

# Human Resource Management Minor (Offered only through WorldWide)

Students may minor in human resource management with any University major.

## Required Courses

- GBA 335 - Administrative and Personnel Law 3 credits
- HRA 335 - Recruitment, Selection and Placement 3 credits
- HRA 340 - Organizational Training & Development 3 credits
- HRA 360 - Total Compensation 3 credits
- MGT 331 - Management of Human Resources 3 credits

Total Credits: 15

# International Business Minor

This minor focuses on exposing students to the global economy and the way that global trade and the operations of the global financial markets affect all economic and business decisions. Students will be able to integrate decisions regarding management, marketing, logistics, finance, and human resources into comprehensive strategies for multinational corporations.

## International Business Minor Requirements

### Required Courses

- GBA 440 - International Business 3 credits
- MGT 415 - Global Supply Chain Management 3 credits
- MGT 444 - Global Financial Management 3 credits
- HRA 422 - Global Human Resource Management 3 credits

Total hours required - 12

## Management Minor

Students with majors other than business administration may minor in management. Business administration majors may also minor in an area that is not their specialization.

## Required Courses

- MGT 301 - Principles of Management **3 credits**
- Plus four other upper-level management courses **12 credits**
  (which may include GBA 440)

## Total Credits: 15

# Sport Business, International Hospitality Management

## Bachelor of Arts

# International Hospitality, Events, and Hotel Management, B.A.

The Bachelor of International Hospitality, Events, and Hotel Management degree program is designed to prepare graduates for careers in the ever-growing and evolving hospitality industry. This will allow students to be prepared to pursue employment in the hospitality industry while also being uniquely qualified to purse positions in the lodging and events areas. The degree will uniquely qualify students in the Event Management Specialization to use Project Management tools to initiate, plan, execute, monitor, and close projects. The curriculum has been modeled after the Event Management Body of Knowledge (EMBOK) which sets standards for the industry. Students choosing the lodging management specialization will receive an integrated management approach to managing in the lodging industry. Students in both specializations will be introduced to the hospitality industry, customer engagement, food and beverage management, experiential learning, human resources management, professional development.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience **1 credit**
- SLU 125 - Choosing Wellness **3 credits**

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

Major Requirements (36 credit hours)

Major Courses: (24 credit hours)

- IHT 120 - Introduction to Hospitality Management 3 credits
- IHT 210 - Guest Service Management 3 credits
- IHT 225 - Hospitality Pre-Internship
- IHT 341 - Food and Beverage Operations 3 credits
- MGT 331 - Management of Human Resources 3 credits
- IHT 425 - Internship in International Tourism and Hospitality Management 3-12 credits (6 credit hours required)
- IHT 498 - Senior Seminar in International Tourism and Hospitality Management 3 credits

Hotel and Resort Management Specialization (12 credit hours)

- IHT 310 - Lodging Management 3 credits
- IHT 345 - Hotel and Resort Operations 3 credits
- IHT 440 - Advanced Lodging Management 3 credits
- IHT 352 - Hospitality Revenue Management 3 credits

Event Management Specialization (12 credit hours)

- IHT 330 - Meetings and Event Management 3 credits
- IHT 355 - Event Project Management 3 credits
- IHT 438 - Event Production Design 3 credits
- IHT 450 - Sustainability and Risk in Events 3 credits

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

# Sport Business, B.A.

The sport industry is recognized as one of the fastest growing areas in our country's economy. According to Plunkett Research Limited, a leading provider of industry sector analysis and research, industry trends and industry statistics, "the estimated value of the entire sport industry in the United States in 2014 was $435 billion", and according to Sport Business Journal "that figure is twice the size of the United States auto industry and seven times the size of the movie industry." In addition, at a recent global business of sports summit at Georgetown University, it was stated that "the sports industry, valued at over $1 trillion worldwide, is central in global brand-building and economic expansion strategies for emerging growth companies in apparel, mobile technology, sporting venues and more."

Saint Leo is the first undergraduate program housed in a school of business in the nation to be accredited by the Commission on Sport Management Accreditation (COSMA). This new accreditation was first available in 2010. The program is one of only two programs in the nation to earn accreditation in the first year available, and is one of the few housed in a school of business

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Common Body of Knowledge (36 credit hours)

- Click here to view the Common Body of Knowledge

SPB majors substitute SPB 430 (which appears in the Major Requirements course listing) for GBA 231 in the Common Body of Knowledge.

## Major Requirements (37 credit hours)

- SPB 101 - Introduction to Sport Business 3 credits
  A minimum grade of C is needed to fulfill the degree requirement.

- SPB 230 - Sport Facility and Event Management 3 credits or
- SPB 240 - Media Relations in Sport Business 3 credits

- SPB 295 - Sport Business Apprenticeship 1 credit
- SPB 330 - Social & Ethical Issues in Sport 3 credits
- SPB 350 - Risk Management in Sport 3 credits
- SPB 360 - Sport Marketing and Promotion 3 credits
- SPB 410 - Sport Governance 3 credits
- SPB 420 - Sport Finance 3 credits
- SPB 430 - Legal Issues in Sport 3 credits *
  * Substitute for GBA 231 in the CBK.
- SPB 449 - Professional Development Seminar 3 credits
- SPB 495 - Internship Performance 6 credits
- SPB 496 - Internship Assignments and Colloquium 6 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

## Application to Intern

Prior to their last semester of coursework, all sport business majors should contact their advisor to discuss their progress towards eligibility to intern. The internship is considered the key to gaining full employment in the sport business industry, although there are no guarantees this will happen. In order to apply, the student must have a minimum of a 2.5 GPA. It is not the responsibility of Saint Leo University, the academic advisor, the Department of Sport Business, or the Donald R. Tapia School of Business to find an internship placement for the student. However, if the student has been actively involved throughout his or her academic career, every effort will be made to assist the student in finding the best internship available that fits his or her career goals. It is recommended that interns seek out a paid internship as **all internships are 40 hours per week.** However, the decision to accept a paying or non-paying internship is solely between the site supervisor and student intern. A full-time position in sport can be used as a full-time internship, provided the employer approves. All internships must meet final approval of the advisor/ Sport Business Department Chair. The internship is scheduled during the student's last semester prior to graduation after all required coursework is completed.

If a student does not qualify for the internship by holding the minimum 2.5 GPA, two options are available:

- **Option 1:** The student may retake courses or take other elective courses to reach the 2.5 requirement and then apply to intern.
- **Option 2:** In place of the internship, the student can take an established set of sport business or other designated courses equaling twelve credit hours during the last semester prior to graduation. The student will still graduate with a degree in sport business but will not be allowed to enroll in the internship. (Note: Student may not opt for four courses in place of the internship requirements.)

## Minor

# Hospitality Management Minor (Offered only at University Campus)

A minor in Hospitality Management provides students with an opportunity to complement their major in any discipline with essential courses preparing the student to be a manager in various segments within the hospitality industry. This minor also provides students with professional opportunities in a diverse and exciting career field that often utilizes the knowledge and expertise gained within their major.

## Hospitality Management Minor

- IHT 120 - Introduction to Hospitality Management 3 credits
- IHT 210 - Guest Service Management 3 credits
- MGT 331 - Management of Human Resources 3 credits
  Complete two courses (6 credit hours) from the following choices. IHT-425 can be taken for 6 credit hours.
- IHT 305 - Restaurant Management 3 credits
- IHT 310 - Lodging Management 3 credits
- IHT 330 - Meetings and Event Management 3 credits
- IHT 410 - Resort and Private Club Management 3 credits
- IHT 425 - Internship in International Tourism and Hospitality Management 3-12 credits

Total Credits 15

# Marketing and Sales in Sport Minor (offered only at University Campus)

This minor focuses on immersing the student in the sales, marketing, and financial aspects of the sport industry. Most entry-level positions in the professional sport industry require sales skills. Hands-on experience in selling, ticketing software, and the preparation of sponsorship proposals will prepare the student for many positions within the sport industry.

## Required Courses

- MKT 324 - Marketing Research 3 credits
- MKT 345 - Social Media Marketing 3 credits
- MKT 383 - Consumer Behavior 3 credits
- SPB 360 - Sport Marketing and Promotion 3 credits
- SPB 380 - Sales in Sport 3 credits

Total Credits: 15

# Risk Management in Sport Minor (Offered only at University Campus)

The minor in risk management in sport is useful for students entering any aspect of sport business, but is especially helpful for those entering facility or event management. It involves an in-depth look at comprehensive planning for safety of venues and events for individuals, sport organizations, and law enforcement agencies.

## Required Courses

- CMM 406 - Crisis Communication 3 credits
- CRM 222 - Introduction to Homeland Defense 3 credits
- CRM 365 - Local Response to Terrorism 3 credits
- SPB 230 - Sport Facility and Event Management 3 credits
- SPB 240 - Media Relations in Sport Business 3 credits
- SPB 350 - Risk Management in Sport 3 credits

Total Credits: 18

# Sport Hospitality Minor (Offered only at University Campus)

This minor bridges the venues that host sport and other entertainment offerings with the corporate hospitality that takes place to ensure sponsorship activation, exclusive client and stakeholder relationship building, and developing networks for future business. This minor combines the foundations of sport business, facility and event management, and

economics with the specialized areas of hospitality including guest services management, meeting and event planning, and event tourism.

## Sport Hospitality

- IHT 120 - Introduction to Hospitality Management 3 credits
- SPB 101 - Introduction to Sport Business 3 credits
- IHT 210 - Guest Service Management 3 credits
- SPB 230 - Sport Facility and Event Management 3 credits
- IHT 330 - Meetings and Event Management 3 credits
  Complete any 3 credit 300/400 level International Hospitality Management or Sport Business class.

## Total Credits: 18

# College of Education and Social Services

# College of Education and Social Services

**Dr. Susan Kinsella, Dean**

The mission of the Saint Leo University College of Education and Social Services is to provide quality academic and applied experiences to students in education and the social services. The College supports the mission of the University with a broad foundation of a liberal arts-based education coupled with the knowledge, values, and skills of the education and social services professions. The College's initiatives are dedicated to graduating effective professionals committed to building strong, responsive, and caring communities. To accomplish this mission, the objectives of the College's faculty are

- to embrace and commit to the ideals of excellence in teaching and quality community service
- to remain active in their respective fields as researchers and practitioners
- to teach students to develop an appreciation of the complexity and diversity in society and be concerned about human dignity
- to assist students in understanding social and individual problems and develop a determination to help resolve those problems
- to prepare students for careers of service

The College offers the following programs at the associate's, bachelor's, and master's level.

# Criminal Justice

## Associate of Arts

# Criminal Justice, A.A.

The associate of arts in criminal justice provides a foundation for a career or for future study in the field of criminal justice.

264

# University Campus Requirement

Required for University Campus Students only

- SLU 125 - Choosing Wellness 3 credits

# AA

- ENG 121 - Academic Writing I 3 credits
- ENG 122 - Academic Writing II 3 credits
- MAT 131 - College Mathematics 3 credits
  MAT 141 - Finite Mathematics required for AA.BA, AA.CYBS and AA.IT.
- COM 140 - Basic Computer Skills 3 credits
  Complete one course from the following choices:
- ECO 110HA - Economics for Life 3 credits
- HTY 110HA - Immigration: The Changing Face of America 3 credits
- POL 110HA - Revolution Now! Democracy in Troubled Times 3 credits
- PSY 110HA - Psychological Well Being: How to be Sane in an Insane World 3 credits
- SOC 110HA - The McDonaldization of Society 3 credits
  Complete one course from the following choices:
- ART 110HM - Curves Ahead: Women Artists and the Female Form 3 credits
- HTY 110HM - Native American History & Life: More Than Tipis & Tomahawks 3 credits
- IDS 210HM - Once Upon a Time: Readings in Folklore and Culture 3 credit
- SOC 110HM - Building a Multiracial Society 3 credits
  Choose two courses from the following choices:
- SCI 110SC - Evaluating the Predictions of Global Warming 3 credits
- SCI 115SC - Is Evolution True? Your Inner Fish 3 credits
- SCI 120SC - Human Ecology 3 credits
- SCI 210SC - Energy and Its Impact on Global Society 3 credits
- SCI 215SC - Science in Science Fiction 3 credits
  Complete one course from the following choices:
- FAS 110CL - Living the Theatre: Dramatic Skills for all Disciplines 3 credits
- HUM 110CL - Giants of the Arts 3 credits
- MUS 110CL - Spirituals to Rock and Roll: The Story of How American Popular Music Conquered the World 3 credits
- ENG 210CL - Love and Desire in Literature 3 credits
- ENG 215CL - Monsters and the Monstrous in Literature 3 credits
- ENG 220CL - On the Proverbial Road: Journeys of Transformation in Narrative 3 credits
- ENG 225CL - Writing Wild: Exploring the Four Genres 3 credits
  Complete one of the following Philosophy courses:
- PHI 110RS - Encountering the Real: Faith and Philosophical Enquiry 3 credits
- PHI 210RS - Thinking and Doing Ethics 3 credits
  Complete one Religion course from the following choices:
- REL 110RS - The Emergence of Christianity: Examination of Foundational Christian Texts 3 credits
- REL 123 - Christian Spiritual Vision 3 credits
- REL 210RS - Many are Called, but Who is Chosen? Christian Understandings of Salvation 3 credits
- REL 223 - World Religions: East and West 3 credits

## Program Components

- CRM 220 - Survey of the Criminal Justice System 3 credits
- CRM 222 - Introduction to Homeland Defense 3 credits
- CRM 230 - Introduction to Crime Scene Investigation 3 credits
- CRM 321 - Substantive Criminal Law 3 credits
- CRM 322 - Law of Criminal Procedure 3 credits
- CRM 323 - Criminal Investigation 3 credits
- CRM 350 - Criminal Justice Ethics 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 60

## Bachelor of Arts

## Criminal Justice, B.A.

This program is a 39-hour major based on the input of a diverse criminal justice advisory board that is designed to prepare students for careers and rapid advancement in the criminal justice system and related fields. This program of study will enhance the effectiveness of working professionals, provide a foundation for advancement to administrative levels, and prepare students for graduate study in criminal justice administration and related fields. Field placements are available to all students who do not have prior criminal-justice-related professional experience. Placements and possible future employment opportunities with agencies such as the Alcohol Tobacco and Firearms, U.S. Capital Police, U.S. Border Patrol, U.S. Secret Service, U.S. Immigration and Customs Enforcement, Drug Enforcement Administration, U.S. Marshals Service, Naval Criminal Investigative Service, Federal Bureau of Investigation, U.S. District Court, Florida Department of Law Enforcement, and a variety of local law enforcement agencies and private security firms may be able to provide practical experience for those who are not yet working professionals.

## University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Required Courses (24 credit hours)

- CRM 123 - Introduction to Law and the Legal System **3 credits**
- CRM 220 - Survey of the Criminal Justice System **3 credits**
- CRM 321 - Substantive Criminal Law **3 credits**
- CRM 322 - Law of Criminal Procedure **3 credits**
- CRM 350 - Criminal Justice Ethics **3 credits**
- CRM 419 - Police Organization and Administration **3 credits**
- CRM 426 - Theories of Criminal Behavior **3 credits**
- CRM 499 - Senior Seminar in Criminal Justice **3 credits**

## Concentration Courses (15 credit hours)

Complete five courses from the following: any 300- or 400-level CRM courses.

Note that PSY 330 - Forensic Psychology and SSC 328 - Drugs, Society, and Human Behavior are also eligible.

**Electives**

(Related electives are POL 428 - International Law and Organizations and POL 395 - Genocide, War-Crimes and Laws of War.)

## Specializations/Certificate

Students pursuing either the Criminalistics Specialization or Homeland Security Specialization should take the required courses below in place of or along with the concentration courses and electives listed above. Note that the Homeland Security Specialization can also be pursued as a certificate program.

## Criminalistics Specialization (18 credit hours)

(All six courses must be completed.)

- CRM 230 - Introduction to Crime Scene Investigation **3 credits**
- CRM 231 - Forensic Science and Criminal Justice **3 credits**
- CRM 341 - History and Science of Criminal Identification **3 credits**
- CRM 342 - Evidence Collection and Preservation **3 credits**
- CRM 343 - Bodily Fluids as Evidence **3 credits**
- CRM 344 - Scientific Writing and Courtroom Testimony **3 credits**

## Homeland Security Specialization/Certificate (18 credit hours)

(All six courses must be completed; for double majors, this also counts as an international studies minor or as a specialization in an international studies major.)

- CRM 222 - Introduction to Homeland Defense **3 credits or**
- POL 222 - Introduction to Homeland Defense **3 credits**

- HTY 233 - Modern Middle East **3 credits or**
- POL 233 - Modern Middle-East **3 credits**

- CRM 332 - Terrorism **3 credits or**

267

- POL 332 - Terrorism **3 credits**

- CRM 361 - Legal Issues in Counter-Terrorism **3 credits or**
- POL 361 - Legal Issues in Counter-Terrorism **3 credits**

- CRM 363 - Exploitable Weaknesses in Terrorist Organizations **3 credits or**
- POL 363 - Exploitable Weaknesses in Terrorist Organizations **3 credits**

- CRM 365 - Local Response to Terrorism **3 credits or**
- POL 365 - Local Response to Terrorism **3 credits**

## Field Placement

Seniors without prior experience are urged to pursue an intensive professional 6 to 15 credit hours of field placement in criminal justice. The field placement course, CRM 425, serves as an elective course. Student attending the University Campus as majors may elect to attend the Pasco-Hernando Police Academy as their field placement for up to 15 semester hours of credit.

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Criminal Justice Minor

## Required Courses

- CRM 220 - Survey of the Criminal Justice System **3 credits**
- Any other five required or concentration courses listed above. **15 credits**

## Total Credits: 21

# Emergency Management & Planning Preparedness, B.A.

The B.A. in Emergency Management provides students with the opportunity to acquire knowledge and skills in an increasingly important and dynamic discipline. The program is designed to prepare individuals from the public and private sectors, non-governmental organizations, as well as the military, to manage the diverse challenges facing our nation as a result of recent disaster events and complex global threats. Students are exposed to the theoretical knowledge and practical skills that are necessary for effectively managing a wide-range of critical incidents. Throughout the program, students will examine various challenges, as well as current trends, impacting the field of emergency management. In addition, students will identify best practices for effectively leading organizations in times of crisis.

By most accounts, emergencies and disasters are increasing in both number and level of severity in the United States and around the globe. More than ever, organizations and communities must have knowledgeable and well-trained professionals capable of dealing with a myriad of threats and corresponding risks. Those organizations and communities that are proactive in this important arena will undoubtedly be in a much better position to have the leadership and resources in place to manage complex critical incidents.

The Bachelor of Arts in Emergency Management will consist of 9 Core courses (27 credits) that will provide a foundation to the field. In addition, students will need to complete an additional 4 elective courses (12 credits) from among a list of 8 courses. Presently, a Concentration in Fire Science is available with the following 4 courses: Principles of Fire and Emergency Services; Fire Prevention Organization and Management; Community Risk Reduction for the Fire and Emergency Services, and; Fire and Emergency Services Administration.

Our convenient online delivery format is ideal for public safety professional s or others seeking a regionally accredited education that fits their personal schedules.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Major Requirements

- EME 210 - Emergency Management Planning **3 credits**
- EME 215 - Hazard Identification, Vulnerability Analysis and Mitigation **3 credits**
- EME 220 - Community Risk Reduction for Fire and Emergency Services **3 credits**
- EME 310 - Disaster Response and Recovery **3 credits**
- EME 315 - Interagency Disaster Management **3 credits**
- EME 325 - Social Impact of Disasters **3 credits**
- EME 330 - Terrorism and Emergency Management **3 credits**
- EME 410 - Leadership and Ethics in Emergency Services **3 credits**

## Fire Services Specialization

- EME 225 - Principles of Fire and Emergency Services **3 credits**
- EME 320 - Fire Prevention Organization and Management **3 credits**
- EME 420 - Fire and Emergency Services Administration **3 credits**
- EME 430 - Management and Operations **3 credits**

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Minor

## Criminal Justice Minor

### Required Courses

- CRM 220 - Survey of the Criminal Justice System 3 credits
  Any other five (5) required or concentration courses

## Command Office Management School

## Command Office Management School (COMS)

This program is limited to active-duty full-time supervisors and command staff currently employed with a criminal justice agency. Students must be selected and sponsored by their respective agencies to attend. The COMS is offered only during the academic year and is scheduled one year in advance of a new academic year.

This program covers many vital topical areas of criminal justice administration, management, leadership, and legal concepts.

The faculty teaching in this program are recognized experts in their respective fields and provide course instruction in a series of applied and theoretical active learning pedagogies.

Students are required to attend six week-long courses over a period of two semesters. Undergraduate students who successfully complete this program earn 18 undergraduate credit hours. The courses offered in the Command Officer Management School are as follows:

### Required Courses

- CRM 301 - Leadership and Management in Criminal Justice 3 credits
- CRM 302 - Critical Incidents in Policing 3 credits
- CRM 303 - Legal Issues in Criminal Justice Administration 3 credits
- CRM 350 - Criminal Justice Ethics 3 credits
- CRM 419 - Police Organization and Administration 3 credits
- CRM 489 - Organizational Design and Function 3 credits

### Total Credits: 18

# Education

## Bachelor of Arts

## Educational Studies, B.A.

The B.A. in educational studies major offers three specializations: (1) Education and Children, (2) Education and Adolescents, and (3) Education and Early Childhood Development. Students who graduate with this major are not immediately eligible for certification with the Florida Department of Education. The educational studies major

prepares students for employment with agencies and educational institutions that do not require graduation from an initial certification program as a term of employment.

The educational studies major provides opportunities for students to explore the ways in which young people construct knowledge within both informal and formal settings. Specializations are available for students with interest in the education of children (K-6), adolescents (grades 5-9), or young children (Birth - 5 years). In each specialization, students will explore the social, cognitive, psychological, and physiological domains related to building conceptual understanding. The education studies major combines courses from the College of Arts and Sciences and the College of Education and Social Services. Students choosing the specialization related to children (grades K-6), or adolescents (grades 5-9), or young children (Birth - 5 years), will enroll in a variety of methods courses pertaining to the content disciplines that are present in current educational systems. Students electing the specialization related to adolescents will be required to choose a concentration of courses in one of the following disciplines: English or Social Science.

Entrance into the program requires students to

1. meet the University Explorations (General Education) requirements or transfer in with an Associate of Arts degree from another accredited institution
2. enter with and maintain a GPA of 2.5 throughout the program;

To graduate with a degree in educational studies, students must

1. maintain a 2.5 GPA;

2. satisfactorily complete all requirements for the educational studies major;

3. satisfactorily complete all requirements for a bachelor's degree as set forth elsewhere in the catalog.

# University Campus Only Course Requirements

- SLU 101 - First Year Experience 1 credit
- SLU 125 - Choosing Wellness 3 credits

# University Explorations (42 credit hours)

- Click here to view the University Explorations

# Specialization: Education and Children (60 credit hours)

- EDU 226 - Human Growth and Development 3 credits
  Or
- EDU 328 - The Adolescent Learner 3 credits
- EDU 222 - Teaching Diverse Populations 3 credits
- EDU 304 - Human Exceptionalities in the Classroom 3 credits
- EDU 320/321 - Practicum I and Seminar: Reflection 3 credits
- EDU 330 - Mathematics in the Elementary Classroom 3 credits
- EDU 332 - Language Arts in the Elementary Classroom 3 credits
- EDU 334 - Reading Foundations in the Elementary Classroom 3 credits
- EDU 335 - Reading Diagnosis and Remediation in the Elementary Classroom 3 credits

- EDU 338 - Science in the Elementary Classroom 3 credits
- EDU 339 - Social Studies in the Elementary Classroom 3 credits
- EDU 341 - ESOL Foundations Cross-Cultural Communication & Applied Linguistics 3 credits
- EDU 342 - ESOL Applications 3 credits
- EDU 343 - Reading Across the Curriculum 3 credits
- EDU 360/361 - Practicum II and Seminar: Planning 3 credits
- EDU 460/461 - Practicum III and Seminar: Integration 3 credits
- EDU 425 - Educational Management and Organization 3 credits
- EDU 427 - Educational Assessment 3 credits
  Students are to select 12 hours from any 300/400 level course in Education, Psychology, Sociology, or Anthropology. Courses for the final semester will be selected with the direction and approval of the advisor.

## Specialization: Education and Adolescents (44 - 49 credit hours)

  Prerequisite courses:
- EDU 228 - Educational Technology 3 credits
  *EDU-228 taken in lieu of COM-140*
- EDU 328 - The Adolescent Learner 3 credits
  Or
- EDU 226 - Human Growth and Development 3 credits
  Core courses:
- EDU 333 - Adolescent Literacy 3 credits
- EDU 336 - Teaching Reading in the Secondary Content Areas 3 credits
- EDU 344 - Practicum I in Middle/Secondary Schools 1 credit
- EDU 345 - Seminar: Becoming a Professional 1 credit
- EDU 350 - Middle and Secondary School Curriculum and Philosophy 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 436 - Teaching Writing Across the Curriculum 3 credits
- EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar 2 credits
- EDU 470/471 - Practicum III Middle/Secondary Schools Practicum and Seminar 3 credits
- EDU 304 - Human Exceptionalities in the Classroom 3 credits
- EDU 425 - Educational Management and Organization 3 credits
  Content Course Selection:
  Please choose one from the following: 15 hours of ENGLISH courses at the 200 - 400 level; 15 hours of Mathematics courses at the 100 - 400 level; 15 hours of Science (BIO, CHE, etc.) courses at the 100 - 400 level; or 15 hours of History/Economics courses at the 100 - 400 level. Students must also take one of the following: EDU 451, 452, 453, or 454 for program completion. Courses for the content area will be selected with the direction and approval of the advisor.

  Students are to select 12 hours from any 300/400 Education, Psychology, Sociology or Anthropology course. Courses for the final semester will be selected with the direction and approval of the advisor.

## Specialization: Early Childhood Development (60 credit hours)

- EDU 324 - Child Guidance & Classroom Management for Young Children 3 credits
- EDU 341 - ESOL Foundations Cross-Cultural Communication & Applied Linguistics 3 credits
- EDU 346 - Literacy Foundations for Young Children 3 credits
- EDU 348 - Emergent Literacy for Young Children 3 credits

- EDU 353 - Early Childhood Growth & Development 3 credits
- EDU 355 - Integrated Math and Science in Early Childhood Education 3 credits
- EDU 362 - Foundations of Curriculum and Instruction 3 credits
- EDU 364 - Early Childhood Health and Wellness 3 credits
- EDU 304 - Human Exceptionalities in the Classroom 3 credits
- EDU 366 - Play as Pedagogy 3 credits
- EDU 369 - Creative Arts for Young Children 3 credits
- EDU 407 - Observing, Assessing, & Instructional Planning for Young Children 3 credits
- EDU 370 - Brain Based Learning in the Digital Age 3 credits
- EDU 409 - Str2eam in Early Childhood 3 credits
- EDU 411 - Social Justice, Faith and Values, Early Learning 3 credits
- EDU 337 - Children's Literature 3 credits
- EDU 413 - Home & Community Relations 3 credits
- EDU 428 - Education Governance, History, and Philosophy 3 credits
- EDU 498 - Final Internship & Seminar: Service 3 credits
- IDSE 405 - Interdisciplinary Creative Photovoice 3 credits

**General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.**

**Total Credits: 120**

# Elementary Education, B.A.

The Department of Education embraces the Saint Leo University core values of excellence, community, respect, personal development, responsible stewardship, and integrity. Each education course incorporates one or more of these values into its curriculum.

Students in the Department of Education are expected to demonstrate dependability, good character, and acceptable academic standing. Students are therefore evaluated on their academic, professional, and ethical performance in their coursework, as well as in their field experiences. If a student demonstrates inadequate performance in any of these areas, the Professional Standards Committee may be called upon to address the issue(s). Issues regarding academic dishonesty are addressed by the Saint Leo University Academic Standards Committee.

The major in elementary education is designed for students who plan to teach in elementary school (kindergarten through sixth grade) and to qualify for Florida teacher certification. Because this is a state-approved Teacher Education Program, Saint Leo graduates are assured Florida certification for grades K-6, including ESOL and Reading Endorsements. In addition, Saint Leo graduates benefit from interstate agreements that the Florida Department of Education negotiates with many other states to make certification easily available. Students can check the Florida DOE web page for details (fldoe.org).

The elementary education major is carefully designed to meet state requirements for general education, for admission to the program, for the curriculum components in the major, and for graduation requirements. Students formally apply to the Education Department as beginning juniors.

Entrance into the program requires students to:

1. meet the University Explorations (general education) requirements or transfer in with an associate of arts degree from a regionally-accredited institution
2. pass the General Knowledge (GK) portion of the Florida Teacher Certification Exam prior to or during the first semester in the junior year;
3. enter with and maintain a GPA of 2.5 through the program;
4. Earn a grade of no less than 2.0 in every education course. A grade of C- or lower is unacceptable in an education course and would necessitate the retaking of the course.

The education coursework is planned to ensure coherence and breadth of knowledge and experience. Students should take prerequisite courses EDU 222, EDU 226, and EDU 228, or the equivalents, as sophomores. In subsequent semesters, most education courses are blocked with a minimum of 12 credits that must be taken concurrently. Each of the first three semesters includes a practicum field experience of one full day or two half days per week in an elementary classroom (a background check and fingerprinting will be required). These placements provide opportunities for the teacher candidates to apply what they are studying to real-life classroom situations. Paraprofessional programs are also available. Summer options, as well as some online courses, are available to meet individual schedules and needs. Students will confer with an academic advisor each semester to keep on track while also allowing flexibility as needed.

During the semester prior to final internship, students must complete a formal application to intern. Final Internship is a full-time, semester-long, student-teaching experience in an elementary classroom. To qualify for final internship, students must:

1. take all portions of the Florida Teacher Certification Exam
2. have completed all EDU courses; however, EDU 428 may be completed concurrently with final internship;
3. have a 2.5 overall GPA and a minimum of 2.0 in all education courses;
4. complete a background check prior to placement;
5. complete a formal application for internship by February 15 or October 15 prior to the internship semester.

To graduate with a degree in elementary education, students must

1. satisfy all requirements listed above for internship;
2. pass all required of the Florida Teacher Certificate Exam;
3. receive a passing grade for EDU 480 - Internship and EDU 481 - Seminar: Final Internship--Synthesis;
4. successfully demonstrate **all** of the Florida Educator Accomplished Practices in the final internship and in required education courses as documented in the Saint Leo electronic assessment system;
5. satisfactorily complete all requirements for a bachelor's degree as set forth elsewhere in the catalog; and
6. pass all required portions of the Florida Teacher Certification Exam.

Notation of completion of a state-approved program in elementary education K-6 with ESOL and Reading Endorsements will appear on a student's transcript when all requirements are met.

The Elementary Education Program follows the rules and regulations mandated by the state of Florida; consequently, program requirements may change as state requirements change.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Computer Applications

- EDU 228 - Educational Technology 3 credits *
  * *EDU 228 is taken in lieu of COM 140.*

## Education Prerequisites

- EDU 222 - Teaching Diverse Populations 3 credits
- EDU 226 - Human Growth and Development 3 credits

## Required courses:

- EDU 320/321 - Practicum I and Seminar: Reflection 3 credits
- EDU 330 - Mathematics in the Elementary Classroom 3 credits
- EDU 332 - Language Arts in the Elementary Classroom 3 credits
- EDU 334 - Reading Foundations in the Elementary Classroom 3 credits
- EDU 341 - ESOL Foundations Cross-Cultural Communication & Applied Linguistics 3 credits
- EDU 360/361 - Practicum II and Seminar: Planning 3 credits
- EDU 338 - Science in the Elementary Classroom 3 credits
- EDU 343 - Reading Across the Curriculum 3 credits
- EDU 304 - Human Exceptionalities in the Classroom 3 credits
- EDU 342 - ESOL Applications 3 credits
- EDU 425 - Educational Management and Organization 3 credits
- EDU 460/461 - Practicum III and Seminar: Integration 3 credits
- EDU 339 - Social Studies in the Elementary Classroom 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 428 - Education Governance, History, and Philosophy 3 credits
- EDU 480 - Internship 8 - 10
- EDU 481 - Seminar: Final Internship--Synthesis 2 credits

General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

Note:

Courses marked with † indicate blocked courses that must be taken together

# Middle Grades Education, B.A.

The middle grades education major engages students in a combination of courses in the Arts and Sciences and in the Education Department. Students choose one area of specialization from the following content areas: English or Social Science.

The Middle Grades Education Program is a state-approved teacher education program and therefore meets the Florida State standards and coursework requirements for graduates to obtain teaching certification.   English specialization

majors will receive the ESOL and Reading Endorsement. Middle grades majors are required to take the Subject Area Exam for grades 5-9 of the Florida Teacher Certificate Exam. All graduates are also eligible to receive teaching certification in the secondary grades after passing the additional Subject Area Exam for grades 6-12 of the Florida Teacher Certification Exam.

The Saint Leo Middle Grades Education Program has been designed with the National Middle School Association's strong recommendation that "teachers in the middle grades should be specifically prepared to teach young adolescents and be recognized distinctively for this accomplishment" (Turning Points 2000, p. x).

Students in the Department of Education are expected to demonstrate dependability, good character, and acceptable academic standing. Students are therefore evaluated on their academic, professional, and ethical performance in their coursework, as well as in their field experiences. If a student demonstrates inadequate performance in any of these areas, the Professional Standards Committee may be called upon to address the issue(s). Issues regarding academic dishonesty are handled by the Saint Leo University Academic Standards Committee.

Entrance into the program requires students to

1. meet the University Explorations (general education) requirements or transfer in with an Associate of Arts degree from another accredited institution;
2. pass the General Knowledge (GK) portion of the Florida Teacher Certification Exam prior to or during the first semester in the junior year;
3. enter with and maintain a GPA of 2.5 throughout the program.

During the semester prior to final internship, students must complete a formal application to intern. Final Internship is a full-time, semester-long, student-teaching experience in a middle grades classroom. To qualify for final internship, students must

1. have completed all specialization courses and all EDU courses; however, EDU 428 may be completed concurrently with final internship;
2. have a 2.5 overall GPA and a minimum of 2.0 in all education courses; a grade of C- or lower in any education course is unacceptable and would necessitate the retaking of the course.
3. complete a background check prior to placement;
4. complete a formal application by February 15 or October 15 prior to the internship semester; and
5. take all portions of the Florida Teacher Certification Exam, including the Subject Area Exam for grades 5 - 9 of the Florida Teacher Certificate Exam.

To graduate with a degree in middle grades education, students must

1. satisfy all requirements listed above for internship;
2. receive a passing grade for EDU 480 - Internship and EDU 481 - Seminar: Final Internship--Synthesis ;
3. successfully demonstrate all of the Florida Educator Accomplished Practices in the final internship and in required education courses as documented in the Saint Leo electronic assessment system;
4. satisfactorily complete all requirements for a bachelor's degree as set forth elsewhere in the catalog; and
5. pass all required portions of the Florida Teacher Certification Exam.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Education Prerequisites (6 credit hours)

- **EDU 228 - Educational Technology 3 credits \***
  *\* EDU 228 is taken in lieu of COM 140.*
- **EDU 328 - The Adolescent Learner 3 credits**

## Core Courses (44-47 credit hours)

All prerequisites must be met prior to enrolling in listed courses. (i.e. MAT-152)

- EDU 304 - Human Exceptionalities in the Classroom 3 credits
- EDU 333 - Adolescent Literacy 3 credits
- EDU 336 - Teaching Reading in the Secondary Content Areas 3 credits
- EDU 340 - Comprehensive ESOL Strategies 3 credits
  Taken only by education majors with specializations in math, science or social science
- EDU 344 - Practicum I in Middle/Secondary Schools 1 credit
- EDU 345 - Seminar: Becoming a Professional 1 credit
- EDU 350 - Middle and Secondary School Curriculum and Philosophy 3 credits
- EDU 425 - Educational Management and Organization 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 428 - Education Governance, History, and Philosophy 3 credits
- EDU 436 - Teaching Writing Across the Curriculum 3 credits
- EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar 2 credits
- EDU 470/471 - Practicum III Middle/Secondary Schools Practicum and Seminar 3 credits
- EDU 480 - Internship 8 - 10
- EDU 481 - Seminar: Final Internship--Synthesis 2 credits

## English Specialization Courses

Take one of the following:
- ENG 210CL - Love and Desire in Literature 3 credits
- ENG 215CL - Monsters and the Monstrous in Literature 3 credits
  Should be used to fulfill UE requirement.

- ENG 220 - Introduction to Literary Study and Research 3 credits

- ENG 225CL - Writing Wild: Exploring the Four Genres 3 credits
  Should be used to fulfill UE requirement

- ENG 312 - Foundations of British Literature I 3 credits
- ENG 320 - Foundations of American Literature 3 credits
- ENG 340 - Topics in Selected Literary Studies 3 credits
- EDU 341 - ESOL Foundations Cross-Cultural Communication & Applied Linguistics 3 credits
- EDU 342 - ESOL Applications 3 credits
- EDU 451 - English/Language Arts Methods in the Middle and Secondary School 3 credits
- EDU 458 - Assessing and Differentiating Reading Instruction 3 Credits

## Social Science Specialization Courses

- ECO 110HA - Economics for Life 3 credits
- EDU 454 - Social Studies Methods in the Middle and Secondary School 3 credits
- GEO 221 - Introduction to Physical and Cultural Geography 3 credits
- HTY 121 - United States History to 1865 3 credits *
- HTY 122 - United States History Since 1865 3 credits *

- HTY 123 - Western Civilization to 1500 3 credits or
- HTY 124 - Western Civilization Since 1500 3 credits

- POL 110HA - Revolution Now! Democracy in Troubled Times 3 credits or
- POL 223 - American Federal Government 3 credits
  *ECO-110HA and POL-110HA will fulfill UE requirements.*

## Plus one of the following:

- HTY 227 - Latin America and the Caribbean 3 credits
- HTY 233 - Modern Middle East 3 credits
- HTY 328 - China, Japan and Korea 1420 - 1945 3 credits
- HTY 428 - Far-East Since 1945 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 122-126

Course requirements may change as dictated by the Florida Department of Education and Florida State legislative mandates.

# Secondary Education, B.A.

The secondary education major engages students in a combination of courses in the Arts and Sciences and in the Education Department. Students choose one area of specialization from the following content areas: English or Social Science. The Secondary Education Program meets the Florida State standards and coursework requirements for graduates to obtain teaching certification. Secondary education majors are required to take the Subject Area Exam for grades 6-12 of the Florida Teacher Certificate Exam.

The Saint Leo Secondary Education Program has been designed to align with the Florida Department of Education competencies and skills for teacher education preparation programs.

Students in the Department of Education are expected to demonstrate dependability, good character, and acceptable academic standing. Students are therefore evaluated on their academic, professional, and ethical performance in their coursework, as well as in their field experiences. If a student demonstrates inadequate performance in any of these areas, the Professional Standards Committee may be called upon to address the issue(s). Issues regarding academic dishonesty are handled by the Saint Leo University Academic Standards Committee.

Entrance into the program requires students to:
1. meet Saint Leo University Explorations (General Education) requirements or transfer in with an Associate of Arts degree from another accredited institution;
2. pass the General Knowledge (GK) portion of the Florida Teacher Certification Exam prior to or during the first semester in the junior year;

278

3. enter with and maintain a GPA of 2.5 throughout the program.

During the semester prior to the final internship, students must complete a formal application to intern. Final Internship is a full-time, semester-long, student-teaching experience in a middle grades classroom. To qualify for final internships
1. have completed all specialization courses and all EDU courses; however, EDU 428 may be completed concurrently with final internship;
2. have a 2.5 overall GPA and a minimum of a grade of C in all education courses;
3. complete a background check prior to field placement;
4. complete a formal application by February 15 or October 15 prior to the internship semester; and
5. pass all required portions of the Florida Teacher Certification Exam.

To graduate with a degree in secondary education, students must:
1. satisfy all requirements listed above for internship;
2. receive a passing grade for EDU 480: Internship and EDU 481: Internship Seminar; and
3. satisfactorily complete all requirements for a bachelor's degree as set forth elsewhere in the catalog.

# University Explorations (42 credit hours)

- Click here to view the University Explorations

## Education Prerequisites (6 credit hours)

- EDU 228 - Educational Technology 3 credits *
  *taken in lieu of COM-140*
- EDU 328 - The Adolescent Learner 3 credits

## Core Courses (56-58 credit hours)

- EDU 304 - Human Exceptionalities in the Classroom 3 credits
- EDU 333 - Adolescent Literacy 3 credits English Majors only
- EDU 336 - Teaching Reading in the Secondary Content Areas 3 credits
- EDU 340 - Comprehensive ESOL Strategies 3 credits Excluding English majors
- EDU 341 - ESOL Foundations Cross-Cultural Communication & Applied Linguistics 3 credits English Majors only
- EDU 342 - ESOL Applications 3 credits English Majors only
- EDU 344 - Practicum I in Middle/Secondary Schools 1 credit
- EDU 345 - Seminar: Becoming a Professional 1 credit
- EDU 350 - Middle and Secondary School Curriculum and Philosophy 3 credits
- EDU 425 - Educational Management and Organization 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 428 - Education Governance, History, and Philosophy 3 credits
- EDU 436 - Teaching Writing Across the Curriculum 3 credits
- EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar 2 credits
- EDU 451 - English/Language Arts Methods in the Middle and Secondary School 3 credits
- EDU 452 - Mathematics Methods in the Middle and Secondary School 3 credits
- EDU 454 - Social Studies Methods in the Middle and Secondary School 3 credits

279

- EDU 470/471 - Practicum III Middle/Secondary Schools Practicum and Seminar 3 credits
- EDU 480 - Internship 8 - 10
- EDU 481 - Seminar: Final Internship--Synthesis 2 credits

## English Specialization (24-30 credit hours)

- ENG 202 - Creative Writing 3 credits or
- ENG 205 - Introduction to Professional Writing 3 credits
- ENG 220 - Introduction to Literary Study and Research 3 credits
- ENG 225 - Survey of World Literature I 3 credits
- ENG 226 - Survey of World Literature II 3 credits or
- ENG 311 - Survey of Major Writers of the 20th Century 3 credits
- ENG 312 - Foundations of British Literature I 3 credits
- ENG 320 - Foundations of American Literature 3 credits
- ENG 340 - Topics in Selected Literary Studies 3 credits

  Complete 9 credit hours of 300/400 English electives

## Social Science Specialization (24-30 credit hours)

- ECO 202 - Principles of Microeconomics 3 credits
- GEO 221 - Introduction to Physical and Cultural Geography 3 credits
- HTY 121 - United States History to 1865 3 credits *
- HTY 122 - United States History Since 1865 3 credits *
- HTY 124 - Western Civilization Since 1500 3 credits

- HTY 328 - China, Japan and Korea 1420 - 1945 3 credits or
- HTY 428 - Far-East Since 1945 3 credits

- POL 223 - American Federal Government 3 credits *

- REL 223 - World Religions: East and West 3 credits or *
- HTY 123 - Western Civilization to 1500 3 credits or *
- ECO 201 - Principles of Macroeconomics 3 credits *
  Complete one of the following courses:
- HTY 227 - Latin America and the Caribbean 3 credits
- HTY 233 - Modern Middle East 3 credits
- HTY 324 - Sub-Saharan Africa 3 credits
  * (These courses may fulfill LINK requirements).

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

Total Credits: 120

## Endorsement

# Florida Coaching Endorsement

Saint Leo University offers coursework leading to State of Florida Department of Education endorsement in athletic coaching. The courses are available for all students. However, they may be of special interest to all majors seeking teaching certification. Students may increase their marketability by adding this endorsement to their teaching certificate. The following courses are needed to satisfy Florida Department of Education requirements for an endorsement in coaching:

## Required Courses

- PED 320 - Theory and Practice of Coaching 3 credits
- PED 340 - Prevention and Treatment of Athletic Injuries 3 credits

## One of the following courses:

- PED 322 - Coaching Football 3 credits
- PED 323 - Coaching Golf and Tennis 3 credits
- PED 324 - Coaching Basketball 3 credits
- PED 325 - Coaching Baseball 3 credits

## Total Credits: 9

In addition to the above, PED 230 - Community Health Education and First Aid/CPR/AED is strongly recommended for those students interested in pursuing coaching careers.

## Minor

# Education Minor

Saint Leo University offers a minor in education for students in other majors who are considering teaching at the secondary level, but for whom teaching is not their first career choice. The minor is not recommended for students who plan to become certified teachers in K-12 classrooms, because it does not offer the same marketability or extensive preparation as the major. . It is a 20–23-hour* minor with an optional second practicum and an optional extra semester for a full-time internship teaching experience.

## Required Courses

- EDU 328 - The Adolescent Learner 3 credits
- EDU 336 - Teaching Reading in the Secondary Content Areas 3 credits

- EDU 340 - Comprehensive ESOL Strategies 3 credits or

- EDU 342 - ESOL Applications 3 credits

- EDU 425 - Educational Management and Organization 3 credits
- EDU 427 - Educational Assessment 3 credits
- EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar 2 credits
  Optional Practicum and/or Internship
- EDU 428 - Education Governance, History, and Philosophy 3 credits
- EDU 470/471 - Practicum III Middle/Secondary Schools Practicum and Seminar 3 credits
- EDU 480 - Internship 8 - 10
- EDU 481 - Seminar: Final Internship--Synthesis 2 credits

## Choose one of the following:

- EDU 451 - English/Language Arts Methods in the Middle and Secondary School 3 credits
- EDU 452 - Mathematics Methods in the Middle and Secondary School 3 credits
- EDU 453 - Science Methods in the Middle and Secondary School 3 credits
- EDU 454 - Social Studies Methods in the Middle and Secondary School 3 credits

## Note:

*English majors also need EDU 333 - Adolescent Literacy, and EDU 436 - Teaching Writing Across the Curriculum is highly recommended.*

## Other Degrees

## Education - Bachelor's to Master's Five Year

The Bachelor's to Master's Five Year program offers a seamless transition from undergraduate study to graduate education. It also is an opportunity for students to continue full time study. Students completing an undergraduate degree in elementary education, middle grades education, and secondary education minors will be able to conditionally enter the Master of Education degree with the concentration in Exceptional Student Education. The program prepares professionals for certification in one of the following: elementary education or middle grades content area plus certification in Exceptional Student Education. Please see the Graduate Education catalog for details.

# Human Services

## Bachelor of Arts

## Human Services, B.A.

(Offered only at WorldWide Education Centers and Online)

This major is an interdisciplinary applied program that promotes service to others. It fosters an understanding of the causes and consequences of individual and social problems and prepares students for careers in the helping professions. The theoretical foundation, or knowledge base, is systems theory, which provides a framework for understanding behavior and social service delivery systems. The human services major emphasizes the development of problem-solving skills, critical-thinking skills, and an understanding of the principles of interpersonal behavior in the social environment, including the impact of cultural diversity. Additionally, the major includes an advanced field placement and an examination of research methodologies to measure the success of the application of skills and knowledge learned.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Foundation Courses (48 credit hours)

- HUS 121 - Introduction to Human Services 3 credits
- HUS 311 - Methods of Social Research: Quantitative 3 credits
- HUS 312 - Methods of Social Research: Qualitative 3 credits
- HUS 335 - Interpersonal Helping Skills 3 credits
- HUS 340 - Group Skills for the Human Services 3 credits
- HUS 345 - Social Policy for the Human Services 3 credits
- HUS 410 - Human Services Administration 3 credits
- HUS 423 - Field Placement I, Module 1 6 credits and
- HUS 424 - Field Placement I Module 2 3 credits or
- HUS 425 - Field Placement III 9 credits
- HUS 498 - Senior Seminar 3 credits
- PSY 161 - Introduction to Psychology 3 credits
- PSY 325 - Developmental Psychology 3 credits
- PSY 327 - Abnormal Psychology 3 credits
- SOC 121 - Introduction to Sociology 3 credits
- SSC 328 - Drugs, Society, and Human Behavior 3 credits or
- CRM 328 - Drugs, Society, and Human Behavior 3 credits or
- SSC 337 - Diversity Issues in Social Work Practice 3 credits or
- SWK 337 - Diversity Issues in Social Work Practice 3 credits

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

# Social Work

## Bachelor of Social Work

# Social Work, B.S.W.

This major is designed to prepare students for entry-level, generalist social work practice as well as for graduate study in social work or related areas. The program is accredited by the Commission on Accreditation of the Council on Social Work Education. Graduates receive the B.S.W. degree. The curriculum emphasizes content in each of five areas: social welfare policy, human behavior in the social environment, research, practice methods, and field instruction. Even though students may declare the social work major and begin coursework at Saint Leo University, formal admission to the Social Work Program is by special application (see "Requirements for Admission to the Social Work Program").

For admission into the final field placement, SWK 425 - Field Placement in Social Work, students must meet the specific program requirements (see Requirements for Admission to SWK 425 - Field Placement in Social Work"). To successfully complete the Social Work Program, it is expected that students maintain a minimum cumulative grade point average of 2.5, maintain a 2.5 in the social work major and pass all social work courses with a grade of 'C+' or better prior to entering the senior field placement, and earn a minimum grade of C+ in SWK 426, the senior seminar, taken concurrently with the field placement, which students must pass with a grade of P.

The Social Work Program is available to students enrolled through the University Campus, the Adult Education Center at University Campus (Weekend Program), New Port Richey PHSC Education Office, Spring Hill PHSC Education Office, Gainesville Education Center Magnolia Parke Office, and the Tampa Education Center.

Religion is a minor highly compatible with a social work major, as are minors in management, computer information systems, sociology, and psychology.

## University Explorations (42 credit hours)

- Click here to view the University Explorations

## Required Courses

- PSY 161 - Introduction to Psychology 3 credits
- SCI 115SC - Is Evolution True? Your Inner Fish 3 credits
- POL 223 - American Federal Government 3 credits *

- SOC 121 - Introduction to Sociology 3 credits *
- or
- SOC 222 - Social Problems 3 credits * or
- SSC 222 - Social Problems 3 credits *

- SWK 121 - Introduction to Social Work 3 credits
- SWK 314 - Human Behavior in the Social Environment: Person, Environment, and the Life 3 credits
- SWK 327 - Research Methods for Social Work Practice 3 credits
- SWK 328 - Social Welfare Policy 3 credits
- SWK 331 - Methods of Social Work Practice I 3 credits
- SWK 333 - Methods of Social Work Practice II 3 credits
- SWK 336 - Gerontology 3 credits
- SWK 337 - Diversity Issues in Social Work Practice 3 credits
- SWK 344 - Social Work Documentation and Technology 3 credits

284

- SWK 421 - Methods of Social Work Practice III **3 credits**
- SWK 425 - Field Placement in Social Work **4-12 credits** (12 credit hours required)
- SWK 426 - Senior Seminar in Social Work **1-3 credits**

## General Elective Credits: Complete enough general elective credit hours to fulfill total hours required for degree completion.

## Total Credits: 120

## Note:

Majors are strongly encouraged to take Spanish language courses because bilingual skills enhance employment opportunities in the social work field.

## Requirements for Admission to the Social Work Program

Students are responsible for contacting a member of the Social Work faculty regarding admission to the Social Work Program. Requirements for admission include:

- successful completion of 45 credit hours, including 12 hours that must have been earned at Saint Leo University;
- successful completion of SWK 121 - Introduction to Social Work;
- successful completion of SWK 328 - Social Welfare Policy;
- successful completion of SWK 331 - Methods of Social Work Practice I;
- successful completion of SWK 344 - Social Work Documentation and Technology
- completion of the application form for admission to the social work major
- successful completion of interview with social work faculty first semester as a junior and in the major

Students are responsible for their own transportation to their field placements.

## Requirements for Admission to SWK 425: Field Placement in Social Work

To be eligible for SWK 425, a student must maintain a minimum 2.5 GPA in the major, 2.5 cumulative GPA, and pass all social work courses with a grade of 'C+' or better.

A student must demonstrate dependability, good character, acceptable standards of professional conduct, effective integration of practice skills necessary for professional social work practice, and satisfactory academic standing.

Students who are denied admission to field placement must select another major.

# Chapter 9:  Courses of Instruction

In the following section, courses offered by the various academic departments of the University are listed alphabetically by subject. Immediately following each course title is the number of credits granted for successful completion of the course. Courses listed represent the normal offerings. Unless otherwise noted, the schedule of courses in this catalog refers to the course offerings at University College. Departments are also authorized to offer special courses on an ad hoc basis. These are given in a "Special Topics" designation in the course listings. Not all courses are offered every semester and at all locations.

# Undergraduate Course Levels

100–199: Introductory courses or course sequences often without prerequisites.
200–299: Introductory courses or course sequences with or without prerequisites, ordinarily taken by students with 21 or more completed hours.
300–399: Intermediate courses or course sequences with specified prerequisites. Prerequisites include but are not limited to:

1.  Successful completion of a minimum of 45 college credits.
2.  Specific relevant courses enumerated in the catalog.
3.  Or specific written permission from the appropriate academic advisor/or academic Dean.

400–499: Advanced courses or course sequences with specified prerequisites ordinarily taken by students during their final year. Courses may include independent work, directed projects, internships, senior seminar or capstone course, and honors projects. Prerequisites include but are not limited to:

1.  Successful completion of a minimum of 75 college credits.
2.  Specific relevant courses enumerated in the catalog.
3.  Or specific written permission from the appropriate academic advisor and/or academic Dean.

# Accounting

### ACC 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
A variable-content accounting course designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

### ACC 201 - Principles of Financial Accounting
**3 credits** *Prerequisite(s): COM 140 and MAT 141*
An introduction to the preparation and use of accounting information found in financial statements. Topics include the analysis of transactions and accounting for assets, liabilities, revenues, and expenses. This course takes a user perspective in which interpretations of financial statements for measuring performance and making business decisions are emphasized.

### ACC 202 - Principles of Managerial Accounting
**3 credits** *Prerequisite(s): ACC 201*
This course is a continuation of ACC-201 and introduces cost accounting concepts, budgeting, cost-volume-profit analysis and managerial decision-making.

### ACC 301 - Intermediate Accounting I
**3 credits** *Prerequisite(s): A grade of C or better in ACC 202*
A study of the development of generally accepted accounting principles and valuation models in their application to financial statement presentations.

### ACC 302 - Intermediate Accounting II
**3 credits** *Prerequisite(s): A grade of C or better in ACC 301*
A continuation of generally accepted accounting principles development. The course covers valuation of liabilities and equity, revenue realization, accounting changes, income taxes, leases, and financial statement disclosures.

### ACC 303 - Accounting Information Systems

**3 credits** *Prerequisite(s): A grade of C or better in ACC 202*
Principles involved in establishing an accounting information system. Included are source documents, internal controls, and the interfaces needed for managerial control of the business. The integration of managerial accounting information needs with the design and implementation of systems is studied.

### ACC 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of department chair and Dean and junior standing*
Designed for small groups of students to study a particular aspect of accounting in more depth than offered in regular course offerings. This is a seminar course that meets for 36 contact hours. Offered as needed.

### ACC 331 - Cost Accounting
**3 credits** *Prerequisite(s): A grade of C or better in ACC 202*
A study of relevant costs for managerial decision making. Includes cost accounting fundamentals used in managerial control functions.

### ACC 401 - Advanced Accounting
**3 credits** *Prerequisite(s): A grade of C or better in ACC 302*
Accounting principles for partnership, mergers, acquisitions, and consolidations including the worksheet analysis of consolidation principles.

### ACC 411 - Auditing
**3 credits** *Prerequisite(s): MAT 201 and a grade of C or better in ACC 302*
Principles and procedures of internal and public auditing. Includes the ethics, responsibilities, standards, and reports of auditors.

### ACC 421 - Individual Federal Income Taxes
**3 credits** *Prerequisite(s): COM 140, a grade of C or better in ACC 202, and a Junior Standing required.*
An introduction to federal taxes with the emphasis on individual taxation. The concepts of business income in various forms of business are also introduced. It involves the practical application of the tax laws and concepts including tax return preparation and simple tax research. It also introduces the student to the multiple types of taxes beyond federal taxes.

### ACC 425 - Accounting Internship
**3-12 credits** *Prerequisite(s): Permission of department chair and Dean and senior standing*
Students use classroom skills to design, implement, or improve accounting information within small businesses, larger corporations, governmental agencies, and CPA firms. This is a pass/fail course. May be repeated for credit.

### ACC 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean and senior standing*
Intensive individual study in a particular aspect of accounting that is not covered in regular course offerings. This option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond regular courses. A written request for enrollment must be made prior to registration. May be repeated for credit. Weekly meetings with faculty member required. Offered as needed.

### ACC 430 - International Accounting
**3 credits** *Prerequisite(s): A grade of C or better in ACC 202*
This course provides students a working knowledge of International Financial Reporting Standards (IFRS). Through a comparison to US GAAP, students will learn the specific differences between the two standards, why there are differences, and how the standards were developed. In addition to international financial standards, other topics will be addressed including global auditing standards, international taxation, and corporate social responsibility reporting standards.

### ACC 498 - Financial Statement Analysis
**3 credits** *Prerequisite(s): MGT 325 and a grade of C or better in ACC 303, ACC 331, ACC 401, ACC 411, ACC 421*
A capstone course designed to integrate all previous courses in accounting by focusing on cash analysis, return on invested capital, asset utilization, operating performance, profitability, forecasting, liquidity, capital structure, and solvency.

# Anthropology
### ANT 121 - Introduction to Anthropology
**3 credits** An examination of human, physical, and cultural development using evidence from archaeology, paleontology, genetics, ecology, cultural anthropology, and linguistics with emphasis on the historical, structural, and symbolic aspects of human culture.

### ANT 327 - Cultural Anthropology
**3 credits** *Crosslisted: SSC 327*
An introduction to cultural anthropology and an application of anthropological principles, data, and concepts, combined with the cross-cultural perspective, to a disciplined examination of other cultures and U.S. culture and its social

problems. The course emphasizes that knowledge gained from an understanding of other cultures can contribute to the solution of those societal problems. Also, emphasis is placed on learning to appreciate cultural diversity.

## ANT 333 - The Family in Cross-Cultural Perspective
**3 credits** *Crosslisted: SOC 333*
The course provides an overview of the nature of intimate relationships and family life, comparing various cultural groups within the United States and around the world. It examines issues related to the selection of romantic partners, marriage rituals, non-traditional living arrangements, the raising of children, the rules for separation, and other social issues that families face.

## ANT 335 - Biological Anthropology
**3 credits** *Prerequisite(s): ANT 121*
An examination of human evolution and human origins with an emphasis on the principles of evolution, as well as a study of living primates to assist in interpreting evidence of the evolution of humankind. This course is designed to provide students with an understanding and appreciation of the relevance of knowledge of the origins of the biosocial practices that are considered "human" to their own lives.

## ANT 337 - Introduction to Archaeology
**3 credits** This course is an introduction to the theory and methods of archaeology. This class includes an examination of the historical development of the discipline; dating techniques and methods of survey, excavation, and analysis; contemporary issues; and archaeology's contribution to the knowledge and understanding of the human past.

## ANT 343 - Anthropological Linguistics
**3 credits** A cross-cultural examination of language and the study of meaning. Special emphasis is placed on understanding the role of language in interpreting reality.

# Art/Art History

## ART 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
A variable-content course in art that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Studio fees apply

## ART 110HM - Curves Ahead: Women Artists and the Female Form
**3 credits** Through a women's studies lens, we will examine women as patrons, critics, and viewers of art. Visual language and art terminology will be used to examine a variety of artworks made by women from an assortment of historic, social, political, and personal contexts. The course will examine how images of women by women have functioned in the ongoing construction of identity. This course seeks to illuminate women's contributions to the visual cultures of their societies and to recognize the relevance of these contributions to today's global community.

## ART 121 - Visual Fundamentals I
**3 credits** Introduction to the principles of art through individual creative development, with emphasis on two-dimensional design concepts. Six hours of studio per week. Studio fees apply

## ART 122 - Visual Fundamentals II
**3 credits** A continuation of ART 121, with emphasis on three-dimensional design. Six hours of studio per week. Studio fees apply

## ART 123 - Art Appreciation
**3 credits** *Prerequisite(s): FAS 101*
Basic terms, theories, and techniques of the artist; major art movements; media in the visual arts.

## ART 221 - Drawing
**3 credits** Freehand drawing from landscape, live models, and objects, with emphasis on training students to see, to understand, and to report through drawing. Six hours of studio per week. Studio fees apply

## ART 223 - Beginning Painting
**3 credits** Introduction to studio painting. Investigation and experimentation with mixed and intense colors, large and small compositions. Color-value compositions with a variety of color media accepted for individual exploration. Six hours of studio per week. Studio fees apply

## ART 226 - Beginning Photography
**3 credits** The art and techniques of black-and-white photography. Studio fees apply

## ART 227 - Ceramics I
**3 credits** An introductory course designed to expose students to the fundamental construction methods and processes of working with clay. In addition, this course is designed to introduce students to ceramic vocabulary as well as glazing and firing techniques. A student material fee will be charged to each student's account. Course materials fee will be applied.

## ART 321 - Studio I

**2-6 credits** *Prerequisite(s): Appropriate 200-level course or permission of instructor*
Individual development according to talent in painting or drawing. May be repeated for credit. Two hours of studio per week for each hour of credit. Studio fees apply

### ART 322 - History of Art I
**3 credits** General survey of the cultural development of mankind from earliest times through the French Revolution as reflected in painting, architecture, and sculpture.

### ART 323 - History of Art II
**3 credits** Studies in modern art as related to cultural development, beginning with the 19th century and continuing through the present, with an emphasis on the contemporary scene.

### ART 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of art that is not covered or is treated less rigorously in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours.

### ART 330 - Contemporary Humanities
**3 credits** This course offers an introduction to the thought, values, and arts of Western culture through an exploration of the fine and performing arts in the twentieth century.


# Biology
### BIO 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member*
These courses are variable-content courses that are offered at particular levels for particular classes (freshman through senior). The course topic is announced prior to registration. These courses are offered as needed. A course fee may apply.

### BIO 125 - Biological Principles I
**3 credit** *Prerequisite(s): MAT 003, placement, or permission of instructor.*
*Corequisite(s):* BIO-125L
This course is designed to familiarize students with cell chemistry, cell structure, cell functions, cell-to-cell communication, cell signaling, cell reproduction, and inheritance. All students registered for this course must also be registered for BIO 125L. It is strongly recommended that students have one year of high school Biology and Chemistry prior to taking this course. There are three hours of lectures per week. This course is offered in fall and spring semesters.

### BIO 125L - Biological Principles I Lab
**1 credit**
*Prerequisite(s): MAT 003 placement, or permission of instructor.*
*Corequisite(s):* BIO 125
This is a laboratory course that will provide students with extensive hands-on experience in microscopy and in laboratory technologies that may include staining, measuring of enzyme activities, spectrophotometry, electrophoresis, cell fractionation, chromatography, and measuring metabolic activity. All students registered for this course must also be registered for BIO 125. There is one three-hour laboratory period scheduled each week. This course is offered in fall and spring semesters. A course fee may apply.

### BIO 126 - Biological Principles II
**3 credits** *Prerequisite(s): BIO 125 and BIO 125L*
*Corequisite(s):* BIO 126L
In this course, students will study evolution, the origin of and diversity of life, and ecology.

### BIO 126L - Biological Principles II Lab
**1 credit** *Prerequisite(s): BIO 125 and BIO 125L*
*Corequisite(s):* BIO 126
In this course, students will study evolution, the origin of and diversity of life, and ecology.
A course fee may apply.

### BIO 223 - Botany
**3 credits** *Corequisite(s):* BIO-223L
This is a survey course that covers the entire plant kingdom. It is designed to emphasize the structure, life processes, and evolutionary relationships of the major groups of plants. It is strongly recommended that students should take Cell Biology prior to taking this course. There are three lectures per week. This course is offered in the spring semester.

### BIO 223L - Botany Laboratory
**1 credit** *Corequisite(s):* BIO-223
This laboratory course accompanies BIO 223. It is designed to provide students with hands-on experience in taxonomic studies using the local flora. Students can expect to have both indoor and outdoor laboratory experiences. There is one

three-hour laboratory period scheduled each week. This course is offered in the spring semester. A course fee may apply.

## BIO 231 - Animal Behavior

**3 credits** *Prerequisite/Corequisite:* BIO 125  and BIO 126

The evolution of the brain, a structure that allowed animals to cohesively respond to stimuli and store information for future use, and accompanying sensory structures has given many groups of animals the capacity to engage in complex responses and species interactions which we collectively refer to as behavior.  In this course we will explore the physiological (proximate) and evolutionary (ultimate) underpinnings of animal behavior.  We will accomplish this goal by surveying the diversity of behaviors in animals, and considering key behavioral theories in an effort to understand and predict behaviors associated with common activities such as foraging, mating, habitat selection, cooperation, aggression, learning, and play.

## BIO 311 - Invertebrate Zoology

**3 credits** *Prerequisite(s): BIO 126 and BIO 126L*
*Corequisite(s): BIO 311L*

In this course, students will study aspects of the morphology, physiology, and anatomy of major invertebrate taxa. Emphasis will be placed on evolutionary relationships and methods of modern classification of this diverse groups of animals.

## BIO 311L - Invertebrate Zoology Lab

1 credit
*Prerequisite(s): BIO 125, BIO 125L, BIO 126 and BIO 126L*
*Corequisite(s): BIO 311*

In this course, students will study aspects of the anatomy of major invertebrate taxa.  Emphasis will be placed on the study of structure and function of this diverse group of animals.
A course fee may apply.

## BIO 312 - Vertebrate Zoology

**3 credits** *Prerequisite(s): BIO 126 and BIO 126L*
*Corequisite(s): BIO 312L*

In this course, students will study aspects of the morphology, physiology, and anatomy of major vertebrate taxa. Emphasis will be placed on evolutionary relationships and methods of modern classification of this diverse group of animals.

## BIO 312L - Vertebrate Zoology Lab

1 credit *Prerequisite(s): BIO 126 and BIO 126L*
*Corequisite(s): BIO 312*

In this course, students will study aspects of the anatomy of major vertebrate taxa.  Students will learn to identify defining features of vertebrate taxa.  Emphasis will be placed on the study of structure and function of this diverse group of animals.  A course fee may apply.

## BIO 315 - Ichthyology

**3 credits** *Prerequisite(s): BIO 126*
*Corequisite(s): BIO 315L*

In this course, students will study the diversity of fish form. Special emphasis will be place on recognizing the relationship between fish anatomy and physiology and the habitat in which fishes live.

## BIO 315L - Ichthyology Lab

1 credit *Prerequisite(s): BIO 126*
*Corequisite(s): BIO 315*

In this course, students will study the diversity of fish form. Special emphasis will be place on recognizing the relationship between fish anatomy and physiology and the habitat in which fishes live. A course fee may apply.

## BIO 321 - Developmental Biology

**3 credits** *Prerequisite(s): BIO 125 and BIO 125L*

This course is a study of development combining the traditionally solid morphological approach with the modern experimental and conceptual approach. All students registered for this course must also be registered for BIO 321L. There are three hours of lectures per week. This course is offered on demand.

## BIO 321L - Developmental Biology Laboratory

1 credit *Prerequisite(s): BIO 125 and BIO 125L*

This is a laboratory course that provides students with hands-on experience at observing and manipulating the development of various species. All students registered for this course must also be registered for BIO 321. There is one three-hour laboratory period scheduled each week. A course fee may apply.

## BIO 324 - Biochemistry

**3 credits** *Prerequisite(s): Grade of C- or better in BIO 125, BIO 125L, CHE 311, and CHE 311L, or permission of instructor. CHE 312 and CHE 312L are strongly recommended.*
*Corequisite(s): BIO-324L*

This course is an in-depth study of the metabolic pathways found in both eukaryotic and prokaryotic cells. There is particular emphasis on those pathways that involve carbohydrate, lipid, and protein metabolism, although nucleic acid metabolism is addressed. There are three hours of lectures per week. This course is offered in spring semesters.

## BIO 324L - Biochemistry Laboratory
**1 credit** *Prerequisite(s): Grade of C- or better in BIO 125, BIO 125L, CHE 311, and CHE 311L, or permission of instructor. CHE 312 and CHE 312L are strongly recommended.*
*Corequisite(s):* BIO 324

This is a laboratory course that will provide students with experience in techniques such as chromatography, cell fractionation, electrophoresis, protein purification, spectrophotometry, and Western blot analysis. One three-hour laboratory period is scheduled each week. This course is offered in spring semesters. A course fee may apply.

## BIO 325 - Ecology
**3 credits** *Prerequisite(s): BIO 126 , BIO 126L , BIO 223, and BIO 223L*
*Corequisite(s):* BIO 325L

This course discusses the principles of ecology and heavily emphasizes community relationships. The major portion of the course will cover the interactions of plants within communities, the interactions of animals within communities, and the interactions of plants and animals within communities. There are three hours of lectures per week. This course is offered in fall semesters.

## BIO 325L - Ecology Laboratory
**1 credit** *Prerequisite(s): BIO 126, BIO 126L, BIO 223, and BIO 223L*
*Corequisite(s):* BIO 325

A laboratory course that is based on field and laboratory studies of local plant and animal communities. One three-hour laboratory period is scheduled each week. Offered in fall semesters. Course fee may apply.

## BIO 326 - Animal Physiology
**3 credits** *Prerequisite(s): BIO 125 and BIO 125L*

This course is a study of physiology from the systems-level perspective. The functions of cells and tissues within particular organs and organ systems are also addressed in this course. Emphasis is placed on common mechanisms such as pressure-volume relationships, laws of mass action, thermodynamics, and homeostasis. Discussions of integration and communication between systems are also important in this course. Specific systems studied include the endocrine system, nervous system, skeletal muscle, cardiovascular system, respiratory system, renal system, gastrointestinal system, immune system, and reproductive system. There are three hours of lectures per week. This course is offered on demand.

## BIO 327 - Human Anatomy & Physiology I
**3 credits** *Prerequisite(s): BIO 126 and BIO 126L*
*Corequisite(s):* BIO 327L

This course provides a comprehensive and detailed study of the structure and function of organs and organ systems of the human body. This course is specifically designed to provide a strong foundation of knowledge for students planning a career in the health sciences. Topics presented include an introduction to histology, the skin and its derivatives, the skeleton, muscles, and the nervous and sensory systems. Although this course is taught with an organ system emphasis, mechanisms on the cellular and molecular level are also covered. There are three hours of lectures with three hours of laboratory study per week. This course is usually offered in fall semesters.

## BIO 327L - Human Anatomy & Physiology I Lab
**1 credit** *Prerequisite(s): BIO 126 and BIO 126L*
*Corequisite(s):* BIO 327

This is a laboratory course where the principles of human anatomy and physiology will be presented using anatomical models, drawings, dissections, and histology as well as interactive noninvasive assessment of physiological functions and review of clinical case studies. Organs of the integumentary, skeletal, muscular and nervous systems will be highlighted. There is one three-hour laboratory period scheduled each week. This course is usually offered in fall semesters.
A course fee may apply.

## BIO 328 - Human Anatomy & Physiology II
**3 credits** *Prerequisite(s): BIO 327 and BIO 327L*
*Corequisite(s):* BIO 328L

This course is the second of a two course sequence and is a continuation BIO 327 Human Anatomy and Physiology-I. This course is specifically designed to provide a strong foundation of knowledge for students planning a career in the health sciences. Topics presented include study of the endocrine, cardiovascular, lymphatic, respiratory, digestive, urinary, and reproductive systems. Also considered are inheritance and human development, nutrition and metabolism. There are three hours of lectures and three hours of laboratory study per week. This course is usually offered in spring semesters.

## BIO 328L - Human Anatomy & Physiology II Lab

**1 credit** *Prerequisite(s): BIO 327 and BIO 327L*
*Corequisite(s): BIO 328*
This is a laboratory course where the principles of human anatomy and physiology will be presented using anatomical models, drawings, dissections, and histology as well as interactive noninvasive assessment of physiological functions and review of clinical case studies. Organs of the endocrine, cardiovascular, lymphatic, respiratory, digestive, urinary, and reproductive systems will be highlighted. Vertebrate organisms will be used as a hands-on model of these systems. A course fee may apply.

## BIO 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
This is designed for small groups of students to pursue an in-depth study of a particular aspect of biology that is not covered to a great extent in other course offerings. This is a seminar course that meets for a total of 36 hours during the semester. This course is offered as needed. A course fee may apply.

## BIO 330 - Fundamentals of Genetics
**3 credits** *Prerequisite(s): CHE 124 and CHE 124L, and grade of C- or better in BIO 125 and BIO 125L.*
*Corequisite(s):* BIO 330L
Principles of genetics dealing with the molecular nature of heredity determinants of both prokaryotes and eukaryotes. This course will provide an in-depth, background of classical and Mendelian genetics. Upon completion of this course students should be familiar with all of those areas of genetics and have sufficient basic knowledge to successfully master advanced topics in genetics. This course is offered in fall semesters.

## BIO 330L - Fundamentals of Genetics Laboratory
**1 credit** *Prerequisite(s): CHE 124 and CHE 124L, and grade of C or better in BIO 125 and BIO 125L*
*Corequisite(s):* BIO 330
This laboratory portion of the genetics courses will provide students with hands-on experience with techniques used to explore the molecular nature of heredity. There is one three-hour lab scheduled per week. This course is offered in fall semesters. A course fee may apply.

## BIO 332 - Conservation Biology
**3 credits** *Prerequisite(s): BIO 325 and BIO 325L*
This course discusses the principles of conservation biology at different scales, from the genetic to the biosphere level. The class examines the importance and value of biodiversity, threats to this diversity, and how science can help provide information to conserve organisms. Finally, the course considers the impact policy, economics, and other social factors have on the conservation of biodiversity.

## BIO 333 - Experimental Design
**3 credits** *Prerequisite(s): MAT 151 and junior class standing, or permission of instructor*
In this course students will learn the factors that must be considered to plan a research project in the life sciences. Students will pose a research question, formulate a scientific hypothesis, employ the scientific method to test that hypothesis, and introduce the statistical methods employed to analyze the resulting data to reach a valid scientific conclusion. This project will then be performed in senior seminar (BIO 498) in the student's senior year. Students will demonstrate critical thinking skills, and an understanding of how research is conducted. Social and environmental justice themes are woven throughout the course.

## BIO 334 - Medicinal Botany
**3 credits** *Prerequisite(s): BIO 125 BIO 125L BIO 126 BIO 126L BIO 223 BIO 223L*
In this course, students will study how plants affect the health of humans and  how plants have been used medicinally  over the centuries by different cultures.  Effects of various botanicals, pharmaceuticals on the various body systems will be discussed, as will the harmful, helpful, and psychoactive properties of many plants, microorganisms, and fungi.

## BIO 335 - Population Ecology
**3 credits**
*Prerequisite(s):  BIO 325 BIO 325L*
An examination of the ecology of organisms when studies at the population level of organization, starting with single-species population growth models and addressing interactions including competition, predator-prey, plant-herbivore, parasite-host, and mutualisms. An emphasis on an applied approach and modeling will be used as a means of giving students a deeper understanding of the material.

## BIO 336 - Wetlands Ecology
**3 credits** *Prerequisite(s): BIO 325 and BIO 325L*
*Corequisite(s):* BIO 336L
In this course, students will study the ecology of systems that lie at the convergence of aquatic and terrestrial habitats. Topics of discussion will include the physical forces which act to create wetlands, the plants and animals typical of wetlands, and the conservation and restoration of wetlands.

## BIO 336L - Wetlands Ecology Lab

**1 credit** *Prerequisite(s): BIO 325 and BIO 325L*
*Corequisite(s): BIO 336*
In this course, students will study the ecology of systems that lie at the convergence of aquatic and terrestrial habitats. Topics of discussion will include the physical forces which act to create wetlands, the plants and animals typical of wetlands, and the conservation and restoration of wetlands. A course fee may apply.

### BIO 340 - Mycology
**3 credits** *Prerequisite(s): BIO 125, BIO 125L, BIO 223, and BIO 223L or by permission*
*Corequisite(s): BIO 340L*
This course is an in-depth study of the organisms found in the kingdom of fungi. Emphasis is placed on taxonomy, morphology, physiology, pathogenesis, and treatment of fungal diseases. There are three hours of lecture. This course is offered in fall semesters.

### BIO 340L - Mycology Laboratory
**1 credit** *Prerequisite(s): BIO 125, BIO 125L, BIO 223, and BIO 223L or by permission*
*Corequisite(s): BIO 340*
This laboratory section of the mycology course will provide students with hands-on experience. Students will do field work, laboratory identifications, and long-term fungal studies. There is one three-hour laboratory scheduled per week. A course fee may apply.

### BIO 341 - Virology
**3 credits** *Prerequisite(s): BIO 126 , BIO 126L, BIO 125, BIO 125L*
This course will try to define viruses, the differences between viral species, and their modes of replication, expression, and pathogenesis. We will also examine methods used in viral diagnosis and detection, the manipulation of viruses in gene therapy and research, and combating viruses by the use of vaccines. We will also study viruses and cancer and other diseases, the role of the immune system, persistent infections, and emerging viruses. All students registered for this course must also be registered for BIO 341L. There are three hours of lecture. This course is offered in rotation with other electives.

### BIO 341L - Virology Laboratory
**1 credit** *Prerequisite(s): BIO 125, BIO 125L, BIO 126 , BIO 126L*
*Corequisite(s): BIO 341*
The lab and the lecture are complementary. The lab is composed of practical, hands-on activities and investigations, allowing the student to increase his or her knowledge base in virology. On a weekly basis, students will complete lab exercises. A course fee may apply.

### BIO 342 - Estuarine Ecology
**3 credits** *Corequisite(s): BIO 125 BIO 126 and BIO 325*
In this course students will study the abiotic and biotic elements of estuarine systems. Topics will include biogeochemical cycling, tidal forces, productivity, biotic interactions, and threats to estuaries.

### BIO 343 - Restoration Ecology
**3 credits** *Prerequisite(s): BIO 325 and BIO 325L*
*Corequisite(s): BIO 343L*
This course examines ecosystem degradation due to various anthropogenic factors, and how humans can restore the structure and function of these systems, including the loss and restoration of ecosystem services. Basic ecological concepts such as succession, community assembly rules and their role in diversity, and landscape ecology will be studied in depth. Applied questions such as the role of invasive species, and the role of site-specific factors such as hydrology, topography, fire and soil are emphasized in the lecture and the field (lab). The influence of factors affecting marine systems will be examined as well.

### BIO 343L – Restoration Ecology Lab
**1 credit** *Prerequisite(s): BIO 325 and BIO 325L*
*Corequisite(s): BIO 343*
This laboratory uses field exercises to demonstrate concepts covered in BIO 343, Restoration Ecology. Laboratory exercises on succession, community and landscape ecology, and the role of fire, hydrology, and other major environmental factors influence community diversity and other biotic elements. Final restoration project involving extensive field work is a part of this course. A course fee may apply.

### BIO 345 - Field Problems in Marine Biology
**4 credits** *Prerequisite(s): BIO 125, BIO 126, BIO 223*
*Corequisite(s): BIO 345L*
Through a combination of lecture and field exercises, this course will provide students with an introduction to the ecology of marine systems. Particular emphasis will be placed on the study of organismal adaptations. This course is offered in summer semesters only.

### BIO 345L - Field Problems in Marine Biology Laboratory
**2 credits** *Prerequisite(s): BIO 125, BIO 126,  BIO 223*
*Corequisite(s): BIO 345*

This course will provide hands-on experience designing and executing marine biological research. In addition, students will learn to identify plants and animals common in marine systems of the southeastern United States. This course is offered in summer semesters only.

## BIO 350 - Global Climate Change

**3 credits** *Crosslisted: ENV 350*
*Prerequisite(s): SCI 101 and SCI 102*
This course examines the cause and consequences of global climate change and what individuals and society can do to mitigate the effects of climate change. The emphasis of this course is on the planet as a whole system. A basic overview of physical systems, including the carbon cycle, the role of oceans and ice caps, and how these systems are modeled is stressed. The consequences of climate change, both cultural and biological, and the policy, adaptation and change people can make are also examined in detail.

## BIO 422 - Immunology

**3 credits** *Prerequisite(s): Junior Standing.  Grade of C- or better in BIO 125 , BIO 125L , CHE 124 , CHE 124L or permission of instructor.  CHE 312 and CHE 312L are strongly recommended.*
This course is an in-depth study of the human immune system. Emphasis is placed on antigenicity, antibody structure, and the molecular basis for immunity.

## BIO 425 - Microbiology

**3 credits** *Prerequisite(s): CHE 124, and CHE 124L, and grade of C- or better in BIO 125 and BIO 125L Corequisite(s): BIO 425L.*
This course is an in-depth study of viruses, bacteria, and fungi. In particular, their morphology, physiology, and pathogenesis are emphasized. There are three hours of lectures per week. This course is offered in spring semesters.

## BIO 425L - Microbiology Laboratory

**1 credit** *Prerequisite(s): BIO 125, BIO 125L, CHE 124, and CHE 124L. BIO 324 and BIO 324L are strongly recommended.*
In this laboratory course, students will be provided with hands-on experience with the morphology and physiology of various viral, bacterial, and fungal organisms. One three-hour laboratory period is scheduled each week. This course is offered in spring semesters. A course fee may apply.

## BIO 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
This is an intensive study course that is focused on a particular aspect of biology that is not covered in other offerings. This is an enrichment option for students who have demonstrated the potential and desire to pursue independent scholarly activity beyond that which is expected in other courses. Requests for enrollment must be made prior to registration in the form of a written proposal. This course may be repeated for credit. Weekly meetings with a faculty mentor are required. A course fee may apply.

## BIO 430 - Biotechnology

**3 credits** *Prerequisite(s): CHE 124  CHE 124L and grade of C- or better in BIO 125 and BIO 125L Corequisite(s): BIO 430L*
The purpose of this course is to provide a foundation in the principles and techniques of the many areas that utilize molecular, which include, biotechnology, recombinant DNA technology, RNA-based technologies, genomics, proteomics, transgenics, gene therapy, stem cell therapy, molecular biology of cancer, forensic molecular biology, bioethics and epigenetics. There are three hours of lecture. This course is offered in spring semesters.

## BIO 430L - Biotechnology Laboratory

**1 credit** *Prerequisite(s): CHE 124 , CHE 124L and grade of C- or better in BIO 125 and BIO 125L*
This laboratory course covers basic techniques in biotechnology such as isolation and manipulation of nucleic acids, transformation and transfection of cells and gene expression. This course will also introduce techniques and technologies used in molecular biology, forensic biology and bioinformatics, such as DNA sequencing and RT PCR. There is one three-hour lab scheduled per week. This course is offered in spring semesters. A course fee may apply.

## BIO 435 - Community Ecology

**3 credits** *Prerequisite(s): BIO 125, BIO 126, and BIO 325.*
In this course, students will study ecology from the perspective of interacting populations. Topics will include competition, predation, succession, island biogeography, niches, food web theory, and diversity.

## BIO 440 - Cancer Biology

**3 credits** *Prerequisite(s): BIO 330 and BIO 330L with a minimum grade of C-.*
This course is an in-depth study of the biology of cancer with particular emphasis on the signaling pathways involved in driving tumorigenesis, angiogenesis and invasion/metastasis.  Discussions on novel treatments and therapies will also be included.

## BIO 445 - Evolution

**3 credits** *Prerequisite(s): BIO 125, BIO 126*
This course will explore the origins of biological diversity. Major topics covered will include the molecular mechanisms of evolutionary change, developmental biology, natural selection, the consequences of sexual

reproduction, evidence for evolution, and phylogenetics. Particular emphasis will be placed on discussion of current research in evolutionary biology. This course is offered every other year in spring semesters.

### BIO 498 - Senior Seminar in Biology: Conducting Research

**3 credits** *Prerequisite(s):* Prerequisites: BIO 333 - Experimental Design and permission of instructor.

This course is designed for senior biology majors to conduct research. Students will carry out a research project of their own design. Specifically, students will conduct experiments, write up the results of those experiments, write up the conclusions based on those results, and present the results and conclusions of the project in both written and oral formats. Students will work under the supervision of a department scientist who will act as a mentor and a guide. This is the capstone course in biology. This course is offered in fall and spring semesters. A course fee may apply.

## Chemistry

### CHE 100-400 - Special Topics

**1-3 credits** *Prerequisite(s): Permission of faculty member*

A variable-content course in chemistry that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

### CHE 123 - General Chemistry I

**3 credits** *Prerequisite(s): MAT 128 or higher, or permission of instructor*
*Corequisite(s): CHE 123L*

This course is required for students majoring in the sciences. It is the first half of a two-part fundamentals course that emphasizes atomic and molecular structure, the periodic law, gas laws, mass and energy relationships, and chemical bonding. Three hours of lecture are scheduled each week. This course is offered in fall semesters.

### CHE 123L - General Chemistry I Laboratory

**1 credit** *Prerequisite(s): MAT 128 or higher, or permission of instructor*
*Corequisite(s): CHE 123*

This is a laboratory course designed to provide students with hands-on experience in the application of the fundamentals covered in lecture. There is one three-hour laboratory scheduled each week. This course is offered in fall semesters. A course fee may apply.

### CHE 124 - General Chemistry II

**3 credits** *Prerequisite(s): CHE 123 and CHE 123L*
*Corequisite(s): CHE 124L*

The second part of a two-semester fundamentals sequence, CHE 124 is required for students majoring in the sciences Coverage includes phases of matter, properties of solutions, reaction kinetics, chemical equilibrium, acids and bases, reaction thermodynamics, electrochemistry, and nuclear chemistry. Three hours of lecture are scheduled each week. This course is offered in spring semesters.

### CHE 124L - General Chemistry II Laboratory

**1 credit** *Prerequisite(s): CHE 123 and CHE 123L*
*Corequisite(s): CHE 124*

This laboratory course introduces students to fundamental chemical, separation, and spectroscopic techniques. An introduction to qualitative analysis provides students with additional opportunities to work with unknown substances and determine their composition. There is one three-hour laboratory scheduled each week. This course is offered in spring semesters. A course fee may apply.

### CHE 311 - Organic Chemistry I

**3 credits** *Prerequisite(s): CHE 124 and CHE 124L*
*Corequisite(s): CHE 311L*

This course is required for students majoring in the sciences. It is the first part of a two-semester sequence that explores the fundamentals of organic chemistry. Coverage topics include evaluation of structure, properties, reactions, and synthesis of saturated and unsaturated hydrocarbons, an introduction to stereochemistry and spectroscopy. Three lectures are scheduled each week. This course is offered in fall semesters.

### CHE 311L - Organic Chemistry I Laboratory

**1 credit** *Prerequisite(s): CHE 124 and CHE 124L*
*Corequisite(s): CHE 311*

Students are introduced to fundamental techniques used in the synthesis and characterization of organic compounds. Students gain hands-on experience in the application of processes/reactions discussed in lecture. One three-hour laboratory period is scheduled each week. This course is offered in fall semesters. A course fee may apply.

### CHE 312 - Organic Chemistry II

**3 credits** *Prerequisite(s): CHE 311 and CHE 311L*
*Corequisite(s): CHE 312L*

A continuation of CHE 311, the course is required for students majoring in the sciences. Coverage includes investigating the structure, properties, reactions, synthesis, and spectroscopy of aromatic hydrocarbons, and the

functional groups found in organic chemistry. There are three lectures scheduled each week. This course is offered in spring semesters.

## CHE 312L - Organic Chemistry II Laboratory
**1 credit** *Prerequisite(s): CHE 311 and CHE 311L*
*Corequisite(s): CHE 312*
Laboratory course further investigates the properties and reactions discussed in lecture. Spectroscopic methods commonly used in organic chemistry are used for characterizing and identifying reaction products. Students are also introduced to an overview of functional group identification using organic qualitative analysis. One three-hour laboratory is scheduled each week. This course is offered in spring semesters. A course fee may apply.

## CHE 321 - Quantitative Chemical Analysis
**2 credits** *Prerequisite(s): CHE 124, CHE 124L, and MAT 152*
*Corequisite(s): CHE 321L*
This course is the lecture portion of a laboratory-based course that is required of medical technology majors. A survey of the field of analytical chemistry and a detailed investigation of the standard methods of quantitative determinations are presented in this course. Coverage areas include statistical treatment of data, titrimetry, gravimetric, electrochemical, spectrochemical, and chromatographic methods. Two lectures are scheduled each week. This course is offered every other year as needed.

## CHE 321L - Quantitative Chemical Analysis Laboratory
**2 credits** *Prerequisite(s): CHE 124, CHE 124L, and MAT 152*
*Corequisite(s): CHE 321*
Laboratory course investigates application of quantitative analytical techniques. Experiments incorporate methods commonly used in industrial chemical, biological, or environmental laboratory settings. Students are expected to be able to determine the quality of their own work as well as the work of their peers. Techniques emphasized include chemical, separation, and spectroscopic methods. Two three-hour laboratory periods are scheduled each week. This course is offered every other year as needed. A course fee may apply.

## CHE 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of chemistry that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed. A course fee may apply.

## CHE 330 - Environmental Chemistry
**3 credits** *Prerequisite(s): CHE 311 and CHE 311L*
*Corequisite(s): CHE 330L*
It is a one-semester course that explores the fundamentals of environmental chemistry. Topics covered include: the ozone layer, photochemical smog, acid rain, radon, the greenhouse effect, climate change, energy sources, pesticides, the chemistry of natural water systems, types of water contamination and remediation, bioaccumulation, heavy metals, and waste disposal. Three hours of lecture are scheduled each week.

## CHE 330L - Environmental Chemistry Lab
**1 credit** *Prerequisite(s): CHE 311 and CHE 311L*
*Corequisite(s): CHE 330*
Students are introduced to fundamental techniques used in sample collection, storage, and analysis. Students gain hands-on experience in how the analyses discussed in lecture can be conducted. One three hour laboratory period is scheduled each week. This course is offered once yearly. A course fee may apply.

## CHE 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of chemistry that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed. A course fee may apply.

# Communication Management

## CMM 101 - Introduction to Communication
**3 credits** Introduces majors and non-majors to the communication discipline in both theory and practice. Emphasis is placed on how communication works in the professions. Offered both fall and spring semesters

## CMM 201 - Mass Communication
**3 credits** *Prerequisite(s): CMM 101*
This survey course is an introduction to contemporary issues in mass communication and provides an overview of mass communication processes, practices, and methods. It helps prepare students for the modern information age by

examining the structure, role, content, and impact of print, electronic, audio, and video mass communication from a historical and theoretical perspective. Offered fall semester.

## CMM 205 - Professionally Speaking

**3 credits** This course teaches students how to give effective professional oral presentations. Students will examine the relevant theory and best practices to give public speeches, interviews, video and small group presentations. Offered fall semester.

## CMM 221 - Communication Pre-Internship

**3 credits** *Prerequisite(s): CMM 101 and approval of the department chair*

Students are offered an opportunity to work with mass communication professionals in the areas of mass media management. The faculty-supervised, pre-internship experience may take place in a wide variety of professional settings. Students are engaged in coursework for the first half of the semester to prepare them for the internship experience and are involved in mass communication management related activity in an approved outside organization the second half of the semester. This may be a paid pre-internship. Offered fall semester.

## CMM 301 - Applied Communication Theory

**3 credits** *Prerequisite(s): CMM 101*

This course examines communication theory through the lens of practical application. Many theories are examined in this course as a way of viewing human communication. As part of the course, students create a project as part of a curriculum wide portfolio. Offered fall semester.

## CMM 302 - Intercultural Communication

**3 credits** *Prerequisite(s): CMM 101*

This course examines cultural communication patterns and its impact on perception, beliefs and behavior. Students will examine both cultural theory and best practices as they communicate within and across cultures. Offered spring semester.

## CMM 324 - Public Relations

**3 credits** *Prerequisite(s): CMM 101*

This course gives students an overview of public relations theory and best practices. Students will learn how to write for the profession and develop a cohesive and effective public relations campaign. Heavy emphasis is placed on writing. Offered spring semester.

## CMM 325 - Organizational Communication

**3 credits** *Prerequisite(s): CMM 101*

This course provides students with an in-depth investigation of organizational communication processes, practices, and methods. It helps prepare students for the modern information age by examining the structure, role, content, and impact of organizational communication in contemporary business. It examines organizational communication from a strategic perspective and helps develop essential and critical skills necessary and expected of today's managers and executives. Students also have an opportunity to investigate information and messages in the context of modern organizations and examine major organizational communication issues. Offered spring semester

## CMM 405 - Communication Management in an E-Environment

**3 credits** *Prerequisite(s): CMM 101 and CMM 301*

This course provides an opportunity to investigate the impact of the Internet on business and the management challenges it presents. More specifically, students explore the role of e-communication in the economy, the workplace, and social institutions and how it is managed. Students examine how the e-environment has affected interpersonal relations and group, organizational, and public communication.

## CMM 406 - Crisis Communication

**3 credits** *Prerequisite(s): CMM 101 and CMM 201 or CMM 324*

This course provides students with a clear and comprehensive picture of crisis communication in a wide variety of corporate settings. It examines how organizations have successfully or unsuccessfully dealt with crises through mass media and what does and does not work.

## CMM 410 - Digital Literacy

**3 credits** This course examines the pervasive influence and use of computer-mediated communication in every facet of our lives. The course covers computer-mediated communication theory as well as best practices for consciously using the power of online resources. As part of the course, students create an online branding website/social media presence as part of a curriculum wide portfolio. Offered in the spring

## CMM 425 - Communication Internship

**3-12 credits** *Prerequisite(s): CMM 221, senior status, and approval of the department chair*

The faculty-supervised internship experience may take place in a wide variety of settings. The onsite internship is thirteen weeks in length, with the first and last week of the semester devoted to classroom meetings. Students learn to address and overcome the many macro and micro obstacles that are a natural and integral part of the internship experience such as developing effective relationships and putting classroom theory into practice. May be repeated for credit up to a 12-credit maximum. Offered fall and spring semesters. Offered in the summer with faculty permission.

## CMM 498 - Teamwork in Organizations

**3 credits** *Prerequisite(s): CMM 101, CMM 303, CMM 324 or CMM 326, and senior status*
This course is a capstone for the communication management major. Students will learn about team theory as well as best practices within organizations. Students will likewise prepare a professional portfolio consisting of materials developed in other courses throughout the major. Offered spring semester.

# Computer Science & Information Systems
## COM 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
A variable-content course in computer studies designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.
## COM 140 - Basic Computer Skills
**3 credits** An introduction to computer applications including basic computer concepts and terminology. Students gain hands-on experience in using the operating system and word processing, spreadsheet, presentation management, and database management software. All students are required to take this course if they cannot demonstrate proficiency by passing the Computer Skills Exam or by having taken a suitable substitute at another regionally accredited higher education institution. Course fee may apply.
## COM 203 - Computer Systems
**3 credits** *Prerequisite/Corequisite: COM 140*
A technical introduction to computer hardware, software, and networking. Hardware includes processor technology, data representation, storage, and I/O devices. Software includes both application and systems software.
## COM 204 - Programming Logic and Design
**3 credits** *Prerequisite(s): COM 140*
This course introduces students to programming concepts, and to the foundations of program logic used in structured, object-oriented, and event-driven programming. The main goal of this course is to introduce universal programming concepts applied to problem-solving in information processing. Students use algorithms and computer logic to translate data into information through structured design, coding, testing, and program debugging. Course fee may apply.
## COM 207 - Programming in C/C++
**3 credits** *Prerequisite/Corequisite: COM 203*
The use of C/C++ programming language for information processing and problem solving. Students use algorithms and computer logic to translate data into information through structured design, coding, testing, and program debugging. Course fee may apply.
## COM 209 - Programming in Java
**3 credits** *Prerequisite(s): COM 204 or COM 207*
Java is a modern object-oriented programming language widely used to develop Web-based applications. This course will introduce the student to object-oriented programming using Java, and the development of interactive applications and applets. Course fee may apply.
## COM 212 - System Administration
**3 credits** *Prerequisite(s): COM 140*
This course provides a broad and detailed coverage of system administration from the basics of installing and configuring operating systems to managing and maintaining them by applying best practices in security. Many of the security aspects of successful system administration are covered including developing security policies, adopting access controls, managing user accounts, configuring password policies, using authentication methods, performing periodic updates, installing patches, securing file systems, following backup strategies, setting up secure network configuration, and maintaining security components such as IDPS and Firewalls.
## COM 215 - Principles of Networking
**3 credits** *Prerequisite(s): COM 203*
This course will introduce the fundamental computer networking concepts. Students will gain knowledge in the following areas: network media, the Open System Interconnection (OSI) model, the TCP/IP protocol stack, the configurations of switches and routers, and networking protocols.
## COM 217 - Theoretical Foundations of Computer Science
**3 credits** *Prerequisite(s):* MAT 231 - Calculus-with Analytic Geometry I and COM 207 - Programming in C/C++
This course presents the fundamental underpinnings of computer science, including data representation and manipulation, the theory of formal languages and machine models of languages, how various types of models are created, and the time complexity and computability of algorithms. Topics may also include regular, context-free and context-sensitive languages, finite state automata, and Turing machines.
## COM 221 - Fundamentals of Cybersecurity
**3 credits** *Prerequisite(s):* COM 215
The advent of global networks has provided communication capabilities for businesses and individuals unparalleled in

the history of the world. This course provides an introduction to the field of information security that provides the necessary foundation in cybersecurity.

## COM 225 - Penetration Testing and Counter Measures
**3 credits** *Prerequisite(s): COM 221*
This course is designed for those studying to become security officers, auditors, security professionals, site administrators, and anyone who is concerned about or responsible for the integrity of the network infrastructure. By gaining a thorough understanding of how hackers operate, students will be able to set up strong countermeasures and defensive systems to protect their organization's critical infrastructure and information.

## COM 301 - Algorithms and Data Structures
**3 credits** *Prerequisite(s): COM 204 or COM 207 and MAT 231*
Analysis and development of techniques for representing and processing information within a computer system, focusing on efficient use of storage space and processor time. Course fee may apply.

## COM 302 - Python Programming
**3 credits**
*Prerequisite(s): COM 209*
This course will introduce students to Python, a high level imperative and object-oriented language. Python offers a shorter and cleaner coding integration process while providing better programmer's productivity. Students learn Python's basic and advanced programming concepts

## COM 303 - Human Computer Interaction
**3 credits**
*Prerequisite(s): COM 209 or an equivalent course on object-oriented programming language.*
A comprehensive study of techniques in design and implementation of user interfaces engineering. Topics include the foundation of human-computer interaction and interface related to software lifecycle, building a graphic user interface engineering, interaction devices and technologies, human-computer dialogue, cognitive models, usability, the design and development process, user interface management systems (UIMS), interface style and techniques, user learning, and diversity in interaction styles.

## COM 305 - Business Spreadsheet Applications
**3 credits** *Prerequisite(s): COM 140*
An advanced course in the design and construction of spreadsheet applications. Templates, spreadsheet combinations, the design and use of macros, financial and statistical functions, graphs, and data manipulation will be studied. Course fee may apply.

## COM 309 - Network Theory and Design
**3 credits** *Prerequisite(s): COM 203*
An introduction to the theory, design, and application of networks, the course will include the creation or simulation of a computer network. Course fee may apply.

## COM 312 - Computer Architecture
**3 credits** *Prerequisite(s): COM 203*
Knowledge of the fundamental operations of computers is essential in a program in computer science. This course is designed to provide the student with an understanding of the structure and operations of the digital computer including: its history; how their systems are organized; the logic used in the computer; the use of micro-technology in computers; a foundation in the functioning of the computer at various levels, including the instruction set level, the operating machine level, and assembly language programming; and parallel computing concepts.

## COM 315 - Decision Support Systems
**3 credits** *Prerequisite(s): COM 140*
With better computer data analysis and the application of statistical concepts, decision making can be enhanced. This course provides the knowledge and skills to create these applications. Course fee may apply.

## COM 318 - Electronic Commerce
**3 credits** *Prerequisite(s): COM 203 and MKT 301*
The increased commercial use of the Internet makes it essential for students to understand the essentials of electronic commerce. Included are the role of the Internet and the World Wide Web in electronic commerce. Web server hardware and software tools will be examined. Electronic payment, security, the regulatory environment, and Web-based marketing will be addressed.

## COM 320 - Systems Analysis and Design
**3 credits** *Prerequisite(s): COM 203*
Students will be provided with actual systems to design, implement, and document the system development cycle. The cycle includes an analysis of current systems, logical and physical systems design, program development, testing, implementation, maintenance, and documentation. Course fee may apply.

## COM 327 - Business Information Systems
**3 credits** *Prerequisite(s): COM 140, MAT 201 and MGT 301*
This course in an introduction to management information systems, the five components of Business Information

Systems, and their strategic role in supporting and transforming modern organizations and management activities. Topics include role of information systems in business, fundamentals of information technology - hardware, software, communications and computer networks, databases and enterprise systems; ethical issues in the information age, as well as issues of globalization, social impact, privacy and security. The course also covers fundamentals of business intelligence tools and techniques used to analyze data as part of driving informed business decisions.

## COM 329 - Directed Study or Research
**3 credits** *Prerequisite(s): Permission of department chair and Dean and junior standing*
Designed for small student groups to study an aspect of computer studies not covered in a regular course offering. Taught in seminar fashion and meets for 36 contact hours. Offered as needed.

## COM 330 - Database Concepts and Programming
**3 credits** *Prerequisite(s): COM 204 or COM 207*
This course introduces the student to the use of a database management system to provide the software and database necessary to upgrade a DBMS system. Database structures, applications, network, relational and hierarchical data models, application program development, query systems, file security, and the role of the database administrator will be studied. Course fee may apply.

## COM 333 - Web Design and Information Resources
**3 credits** *Prerequisite(s): COM 140 or EDU 228, or equivalent.*
An introduction to the World Wide Web and the creation of online content, including the creation of web pages using HTML, XHTML, and CSS; the creation, selection, and use of digital media; and the use of third-party web sites for finding information and collaboration.

## COM 335 - Applied Data Mining
**3 credits** *Prerequisite(s): COM 140*
The application of data mining techniques and tools to facilitate many different areas of business marketing, sales, and customer relationships by providing a comprehensive overview of: data mining methodology and measurements; types of data analysis and reasoning; cluster detection; link analysis; artificial neural networks; decision trees; genetic algorithms; data warehouse; and OLAP.

## COM 340 - Introduction to Internet Applications
**3 credits** *Prerequisite(s): COM 203 and a programming language course*
An introduction to Internet applications theory, the tools used to develop Internet applications, and the development of Web design, electronic commerce, and server administration.

## COM 355 - Systems Security
**3 credits** *Prerequisite/Corequisite: COM 309 and COM 416*
Securing the systems that run our computers is the key to ensuring that our essential information remains safe and available. This course provides the essentials to understanding the threats to systems security, the methods to counter those threats, and some practical work in systems security. A computer system with appropriate software will be required.

## COM 405 - Operating Systems
**3 credits** *Prerequisite(s): COM 204 or COM 207*
The use of operating systems to facilitate reliable and safe execution of software: process execution and scheduling; process synchronization and deadlock avoidance/resolution; memory management; file systems; I/O systems and device management; protection and security.

## COM 416 - Introduction to Information Security
**3 credits** *Prerequisite(s): COM 309*
The advent of global networks has provided communication capabilities for businesses and individuals unparalleled in the history of the world. Attacks on the system that deny service, destroy systems, and purloin information through the use of worms, viruses, and other criminal attacks make it imperative that information security be a significant part of any business plan and that individuals working in that or allied fields become knowledgeable in the principles of information security. This course provides an introduction to the field of information security that lays a necessary foundation for later courses.

## COM 420 - Disaster Recovery
**3 credits** *Prerequisite(s): COM 309 and COM 416*
The threats to information security are manifold, and even the best of security systems can be penetrated in one manner or another. In addition, physical security is another aspect that needs to be considered to secure the systems necessary for business operations to continue. Natural disasters, terrorist activities, and internal subversion can all cause destruction or denial of service. This course provides a framework to understand the threats and counter them.

## COM 424 - Information Technology and Project Management
**3 credits** *Prerequisite(s): COM 203 or MGT 301*
The rapidly changing field of information technology requires a solid knowledge foundation. This course reviews contemporary information technology management and the relevant issues of effective management of the information service activities.

## COM 425 - Computer Information Systems Internship
*3 credits Prerequisite(s): Whichever courses are appropriate for the internship goals and senior standing*
This course is designed to provide the student the opportunity to integrate all previously learned knowledge and skills. The specific area of study for the internship and the practicum is mutually agreed upon by the student, the faculty supervisor, and the internship mentor/preceptor. This is a pass/fail course. May be repeated for credit up to a 12-credit maximum.

## COM 429 - Advanced Directed Study and Research
*1-3 credits Prerequisite(s): Permission of department chair and Dean*
Intensive individual study in a computer area not covered in regular course offerings. This course is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond a regular course. A written request for enrollment must be made prior to registration. May be repeated for credit. Weekly meetings are required with a faculty member. Offered as needed.

## COM 430 - Software Engineering
**3 credits**
*Prerequisite(s): COM 209 or an equivalent programming language course*
This course presents a variety of different view of the software development process, considering all important process models as well as system analysis and design methods with an emphasis on object-oriented techniques. Concepts, procedures, techniques and methods that enable a software team to assess software quality and manage and control a software development project are also discussed.

## COM 435 - Software Requirements Engineering
*3 credits Prerequisite(s): COM 430*
This course focuses on the theoretical and practical aspects of the requirements engineering process. The course introduces concepts and tools required to completely specify the requirements and needs of a software system under development and the expectations of the potential user. This includes understanding various requirements types, risks and impact in the requirements process, how requirements evolve, and techniques for eliciting, analyzing, evaluating, managing, and writing requirements.

## COM 437 - Mobile Application Development
**3 credits**
*Prerequisite(s): COM 209*
This course provides the basics necessary to understand, design and develop Android mobile applications with real world examples. Students will learn structure, services, and activities of Android applications by using with the Android Software Development Kit (SDK), the Java programming language and the Android Studio Integrated Development Environment (IDE) on a Windows or Mac computer. Course fees may apply.

## COM 440 - Software Architecture
*3 credits Prerequisite(s): COM 430*
This course expands the concepts and theoretical principles learned in COM-430 to incorporate the real-world problems. It includes system's quality attributes, managing change, design decisions, constraints, organizational structure, prototyping, incorporation of independently developed components, performance, security, testability, and usability.

## COM 445 - Software Quality Assurance
**3 credits**
*Prerequisite(s): COM 209*
This course will introduce students to the fundamental concepts of testing software effectively for quality assurance. Students will learn practical ways to design high quality tests during all phases of software development. Students will learn the theory behind criteria-based test design and to apply that theory in practice. Topics include test design, test automation, test coverage criteria, and how to test software in cutting-edge software development environments.

## COM 450 - Network Defense and Security
*3 credits Prerequisite(s): COM 309 and COM 416*
Global and local networks provide capabilities for businesses and individuals that have become essential in the success of the world economy. Defending these systems against attacks through the use of worms, viruses, and other criminal acts is imperative. This course provides a solid foundation in the fundamentals of network security and some hands-on experience in the installation and use of firewalls and intrusion detection systems.

## COM 452 - Computer Forensics
*3 credits Prerequisite(s): COM 309 and COM 416*
One of the tasks of computer professionals in the area of information security is to investigate to determine the manner and extent of damage or penetration of unauthorized persons into IT systems and to determine what data may have been compromised as well as authorized penetration of IT resources for legal purposes. This course provides an introduction to the methodology of computer forensics.

## COM 460 - Internet/Intranet Security

**3 credits** *Prerequisite(s): COM 309 and COM 416*
Access to the Internet for multiple purposes is one of the major components of most business operations. Many businesses also have intranets, which provide internal communications. Security of these assets is imperative for a successful business. This course provides an introduction to the concepts and procedures of assessing and providing security for intranet/intranets.

## COM 465 - Artificial Intelligence
**3 credits** *Prerequisite(s): COM 204 or COM 207 , COM 301, and MAT 251 or COM 217*
This is an introductory course in artificial intelligence (AI) concepts and techniques. The course is designed to introduce the students to the major topics in AI which include: history of AI; intelligent agents; problem solving; search strategies, including games, knowledge, reasoning, and planning; robotics; ethical issues; and future trends in AI.

## COM 470 - Management of Information Security
**3 credits** *Prerequisite(s): COM 309 and COM 416*
It is imperative that information security be a significant part of any business plan and that managers working in that or allied fields are aware of the principles and methodology of managing information security. This course provides an in-depth view of the management of information security for government, corporations, and other institutions.

## COM 475 - Penetration Testing
**3 credits** *Prerequisite(s): COM 330, COM 340, COM 405, and COM 450*
An introduction to simulating real world attacks to expose the vulnerabilities of an organization without damaging the available services or assets. This course covers computer security techniques required to prevent or mitigate attacks.

## COM 496 - Software Engineering Capstone
**3 credits**
*Prerequisite(s):*
COM 430 , COM 435 , COM 437 , COM 440 , COM 445 , and senior standing.
This is a senior project course integrating software engineering knowledge and skills acquired in previous courses. This course provides a capstone design experience for students interested in software engineering.  While previous courses in the curriculum provide students with the knowledge and skills necessary to begin a career as a software engineer, the end-to-end design and implementation experience offered in this course comes much closer to the experience that software engineering professionals encounter in the work place. The emphasis on documentation and presentation of designs and results is also valuable career preparation and forces students to take ownership of their designs and systems as they present them to others.

## COM 497 - Computer Science Capstone
**3 credits** *Prerequisite(s): COM 330, COM 340, COM 405, COM 416, COM 430, COM 465, and senior standing*
This capstone course provides the student with an opportunity to demonstrate knowledge covered in the computer science field by researching, developing, designing and/or implementing a computing solution that uses knowledge from broad areas in computer science, including systems architecture; programming, databases; computer networks; algorithm analysis; and artificial intelligence. Course fee will apply. Course fee will apply.

## COM 498 - Advanced Computer Skills
**3 credits** *Prerequisite(s): COM 309, COM 315, COM 330, MGT 301, MKT 301, and senior standing*
A capstone course emphasizing the integration of information and environmental systems to support broad strategic planning decisions.

# Criminal Justice
## CRM 123 - Introduction to Law and the Legal System
**3 credits** *Crosslisted:*
This course is an introductory survey of the history, structures, and processes of the U.S. legal system. It is designed to be taken as a first University-level course in law and should precede more specialized courses such as criminal, business, or constitutional law. Covered are basic legal concepts such as due process, the structure of the U.S. court system, and the major subdivisions of law such as civil procedure, criminal procedure, and the law of torts. The role of law in society, the analysis of judicial reasoning, and the application of legal concepts to factual situations are stressed. Offered annually.

## CRM 220 - Survey of the Criminal Justice System
**3 credits** An introductory overview of the U.S. criminal justice system examines crime and victimization trends, crime prevention programs, law enforcement, prosecution, defense, adjudication, sentencing, corrections, and criminal justice policy making.

## CRM 222 - Introduction to Homeland Defense
**3 credits** *Crosslisted: POL 222*
This class is designed to help students understand the Department of Homeland Security (DHS). It provides a comprehensive overview of the department's history, mission, organization, and programs designed to reduce America's vulnerability to attack and to quickly recover from disaster.

## CRM 230 - Introduction to Crime Scene Investigation

**3 credits** This course covers the various methods associated with investigating a crime scene. Special emphasis is placed on sequential processing of the crime scene to avoid the loss and/or the contamination of evidence. Students successfully completing this course will be aware of the critical concerns of crime scene processing and the methods that are employed to eliminate those concerns, proper crime scene search patterns, and the appropriate methods to plot the location of evidence when it is discovered.

## CRM 231 - Forensic Science and Criminal Justice

**3 credits** *Prerequisite(s): CRM 230*
This course is a comprehensive overview of those areas of practice that are useful for determining the evidential value of a crime scene and other crime-related circumstances. The major contributions to the development of the use of the forensic sciences in criminal prosecution will be presented. The student who successfully completes this course will have obtained a working knowledge in this field and will understand the principles and techniques needed to identify or compare physical evidence in a criminal investigation.

## CRM 300 - Special Topics

**1-3 credits** *Prerequisite(s): Permission of faculty member*
A variable-content course that is designed to offer a specialized topic, such as capital punishment, parole and probation, RICO, or organized crime.

## CRM 301 - Leadership and Management in Criminal Justice

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course will explore the nature and extent of true leadership skills necessary to become effective, ethical, productive, and fiscally responsible leaders in the constantly changing diverse global environment. Students will develop skills needed to apply leadership skills to real-world situations, including recognizing concepts of leadership, management and administrative abilities, and decision-making processes.

## CRM 302 - Critical Incidents in Policing

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course will examine the critical incidents and crucial issues that impact the institution of law enforcement and social justice in America. Our society is ever-dynamic and changing, sometimes at odds with authority, defining and redefining the role that law enforcement must adapt to. Systems at the federal, state, and local levels work independently and yet cooperatively to meet the need for order maintenance, public safety, and public sector services. The learner will examine the dynamics of police operations and issues involving critical incidents to include deadly force, high-speed pursuits, civil unrest, homeland security, domestic terrorism, anti-government movement, national/natural emergencies, violence, and the use of force.

## CRM 303 - Legal Issues in Criminal Justice Administration

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course is an overview of the legal issues commonly facing managers in criminal justice agencies. Particular emphasis is placed on public employment law, including the hiring, promoting, disciplining, and discharging of employees; fair employment practices; and agency and administrator civil liability. Both state and federal statutory and case law will be examined.

## CRM 321 - Substantive Criminal Law

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course covers the creation and application of substantive criminal law. Topics covered include the nature and origins of criminal law, substantive due process, elements of criminal liability, the doctrine of complicity, uncompleted crimes, defenses to criminal liability, and the elements of crimes against persons, habitation, property, the public order, and morals.

## CRM 322 - Law of Criminal Procedure

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course concerns the laws governing procedural due process for criminal defendants. Case analyses and the interpretation of appellate court opinions are used to learn the fundamental relationships among the U.S. Constitution, courts, and criminal procedure. Topics covered include remedies for state law-breaking, initial police-citizen contacts, seizures of persons, search and seizure of property, interrogations and confessions, identification procedures, decisions to charge and the first appearance, pretrial proceedings, conviction by trial and by guilty plea, and post-sentencing considerations.

## CRM 323 - Criminal Investigation

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course covers the fundamental components of investigating criminal offenses for the purpose of apprehending suspects and preparing cases for adjudication. Special attention is paid to the scientific aspects of gathering and analyzing evidence, and the overall management of major cases is stressed. The course objective will be to provide the student with an in-depth examination of the science and art of criminal investigations. Class presentations and crime scene simulations will focus on the use of physical evidence, investigative techniques, due process considerations, and the role of the physical, biological, and social sciences in case development.

### CRM 328 - Drugs, Society, and Human Behavior

**3 credits** *Crosslisted: SSC 328*

*Prerequisite(s): CRM 123 and CRM 220*

An interdisciplinary examination of the nature of commonly used psychoactive substances with the human nervous system. Included are the history and patterns of their use, as well as the medical, legal, psychological, and sociological consequences of their abuse. Current practices and strategies for drug education and treatment are covered. Offered spring semester.

### CRM 329 - Directed Study: Readings or Research

**1-3 credits** *Prerequisite(s): CRM 123 and CRM 220*

A variable-content course in criminal justice that is designed for individuals or small groups of students to pursue in-depth a particular aspect of crime, law, or the criminal justice system that is not covered or is treated lightly in regular course offerings.

### CRM 330 - Organized Crime

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*

This course presents a comprehensive overview of the history and current activities of organized crime groups in the United States. An international perspective is taken, and there is strong emphasis on law enforcement, prosecution, and public policy considerations.

### CRM 331 - White-Collar Crime

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*

This course is designed to be a comprehensive overview of the white-collar crime phenomenon, including its history, components, causes, and domestic and international reach. The course also addresses white-collar law enforcement systems and white-collar high-tech crimes, and contrasts and compares white-collar crime with organized crime.

### CRM 332 - Terrorism

**3 credits** *Crosslisted: POL 332*

*Prerequisite(s): CRM 123, and CRM 220*

This course provides a comprehensive overview of international and domestic terrorism, arising from either religious or secular roots. It will examine the historical and philosophical underpinnings of terrorism in general and identified terrorist organizations in particular. A special emphasis will be on the impact of weapons of mass destruction—e.g., nuclear/radiological, biological, and chemical means—on the changing face of terrorism throughout the world.

### CRM 333 - Violent Crime

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*

This course is a comprehensive overview of the problems and types of violent crime occurring in the United States. Course analysis includes youth gang violence, serial homicide, mass murder, domestic violence, and sexual battery in contemporary society. The nature and extent of these deviant acts along with official reports and surveys that provide measurement techniques of violent crime will be detailed. Included will be coverage of law enforcement, prosecution, and correctional efforts aimed at curtailing violent crime.

### CRM 341 - History and Science of Criminal Identification

**3 credits** *Prerequisite(s): CRM 123, CRM 220, and CRM 230*

The focus of this course is the science and history of fingerprint analysis to aid in the detection and prosecution of criminal offenders. Upon successful completion of this course, the student will understand the biology of human epidermal and dermal skin layers to include the formation of pores and the organic and inorganic materials that are commonly found in fingerprint residues; the proper recording and comparison of prints; the many basic and advanced scientific methods currently being employed to develop fingerprints; the development of the print through chemical reaction, chemical absorption, luminescence, or physical attraction; the physics of light energy and its use as a print development method; and the many chemical reactions that produce the developed print.

### CRM 342 - Evidence Collection and Preservation

**3 credits** *Prerequisite(s): CRM 123, CRM 220, and CRM 230*

This course covers the methods associated with evidence collection and preservation of evidence. Upon successful completion, the student will be competent in the recording of the crime scene through photography and videotaping as one of the many methods of preserving evidence; the use of the many evidence development and recovery kits; the use of light energy to locate invisible trace materials; crime scene safety; the presentation of scientifically sound information in the courtroom; and the correct methods to collect questioned, known, and control samples related to hair standards, DNA, soil, fire debris, accelerants, and biological fluids.

### CRM 343 - Bodily Fluids as Evidence

**3 credits** *Prerequisite(s): CRM 123, CRM 220, and CRM 230*

This course covers the value of body fluids found at the crime scene, the interpretation of their patterns, and methods used to locate them. The successful student will understand the science of blood stain interpretation; presumptive testing of seminal fluid and blood; the various flight characteristics of blood and the use of trigonometry to determine angles of impact and the origin of stain patterns; the chemicals associated with the location of visible and invisible stain patterns produced from body fluids; the chemical reactions associated with these and other chemicals used in

connection with body fluid processing; the scientific limitations relevant to courtroom testimony on such topics as blood stain interpretation, antigen-antibody reactions, and presumptive blood and presumptive seminal fluid testing; and the history of DNA analysis and its modern-day evidentiary value.

## CRM 344 - Scientific Writing and Courtroom Testimony
**3 credits** *Prerequisite(s): CRM 123, CRM 220, and CRM 230*
This course is designed to teach the effective writing and courtroom presentation of scientific reports related to the investigation of crime scenes. Successful completion of this course will result in competently writing crime scene investigation reports and the ability to effectively present and defend investigative findings in the course setting. Further, the student will be aware of and understand the fundamental court opinions that influence the presentation of crime scene investigation findings. Part of the course experience will involve practicing professional and effective court presentations.

## CRM 350 - Criminal Justice Ethics
**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course is designed to be a comprehensive overview of ethics in the field of criminal justice. This course will address ethical issues that may arise in the criminal justice profession. Through lecture, class discussion, and exercises, the student will develop a better understanding of the moral and ethical dilemmas confronting criminal justice practitioners and how these dilemmas may be successfully resolved.

## CRM 355 - Stress Management in Law Enforcement
**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course will examine all aspects of police stress and be of considerable value to three different groups; first, police administrators who must deal with the negative effects of stress on their officers; second, police officers who work on the streets and are regularly exposed to violence, cruelty and aggression; third students who are considering careers in law enforcement. The specific recommendations will be set forth on how to identify the early signs of stress and what police departments can do to effectively intervene and treat officers who experience high levels of stress, especially post-traumatic stress disorder.

## CRM 361 - Legal Issues in Counter-Terrorism
**3 credits** *Crosslisted: POL 361*
*Prerequisite(s): CRM 123 and CRM 220*
This course provides a comprehensive overview of legal issues attendant to international terrorism. In particular, students will examine the "War on Terror" and the tension between approaches based on criminal law enforcement versus a military or warrior basis. A special emphasis will be placed on the interrelationship between United States law and international law and agreements. The course will address current efforts in counter-terrorism, with special emphasis on recent federal prosecutions for terrorist acts or aiding terrorist organizations. As a criminal justice course, this study will include historical and political information and current, relevant information on counter-terrorism objectives and methods.

## CRM 363 - Exploitable Weaknesses in Terrorist Organizations
**3 credits** *Crosslisted: POL 363*
*Prerequisite(s): CRM 123 and CRM 220*
This course provides a comprehensive overview of international and domestic terrorism, arising from either religious or secular roots. It will examine the historical and philosophical underpinnings of terrorism in general, and identified terrorist organizations in particular. The course will examine exploitable weaknesses of terrorists; terrorist typology; human factors as applied to terrorists; modus vivendi of terrorists; conspiratorial association theorems; weaknesses of terrorist groups; and proactive measures in support of terrorist investigations. The course will address current efforts in counter-terrorism, with special emphasis on the federal and state responses. As a criminal justice course, this study will consist of a hybrid of historical and political information and current, relevant information on counter-terrorism objectives and methods.

## CRM 365 - Local Response to Terrorism
**3 credits** *Crosslisted: POL 365*
*Prerequisite(s): CRM 123, and CRM 220*
This course provides a comprehensive overview of the need to plan for the possibility of a terrorist event on the local level. A terrorist event could take place that restricts or retards the state and federal government's response to a local community. The course will give the student the tools needed to prepare a local agency for immediate response to an event in his or her community. The course will give an introduction to the National Incident Management System and will provide the student with the information necessary to ensure local government compliance with federal law.

## CRM 367 - International Sex Trafficking of Women and Children
**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course will examine the existing scholarly research available on the international sex trafficking of women and children. It will also review what is presently being done by law enforcement agencies around the world to cope with the problem. It will consider the psychological and physical impact these crimes have upon the victims, as well as the efforts by mental health workers to assist them. Finally, it will examine the efforts of both governmental and non-governmental agencies throughout the world to address the problem of sex trafficking of women and children.

## CRM 370 - Juvenile Justice
**3 credits** *Prerequisite(s): CRM 123, and CRM 220*
This course addresses the problem of juvenile crime and justice in the United States. Topics covered include the nature and extent of the delinquency problem; the measurement of official delinquency; unofficial accounts of delinquency; the role of the family, schools, and peers; an overview of the juvenile justice process including law enforcement, courts, and corrections; and efforts towards delinquency prevention and prediction.

## CRM 372 - Introduction to Community Policing
**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
The focus of this course will examine the concepts of Community Policing and Problem Solving for students interested in criminal justice. Included will be a comprehensive introduction to the process of policing, police behavior, organization, operations, and historical perspectives. An emphasis will be placed on analyzing the relationship between police and the public, and how this relationship has changed through the years. This class is intended to integrate the most important theoretical foundations, research findings, and contemporary practices facing police today. In-depth discussions of critical police issues, evidence based strategies to prevent crime, evolving crime trends, policing in a changing American society, policing in an era of declining budgets, immigration, terrorism/homeland security, and growing concerns about surveillance and privacy will provide students insights into contemporary police practices and problems in a through-provoking format.

## CRM 375 - Supreme Court: Myth or Reality
**3 credits** *Prerequisite(s): CRM 123 and CRM 220*
This course is an in-depth, interactive, participatory exploration into the opinions and the rationale of the Justices who are and have been responsible for the evolution of the cultural, political and criminal justice systems of our society. The course includes a survey and case analysis of the United States Supreme Court's role in the shaping of our criminal justice system focusing on the 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendments to the Constitution.  The course will examine whether the majority opinions of the precedent-setting cases remain relevant today or whether, as a result of the evolution of American society, they have become irrelevant.

## CRM 405 - Behavioral Issues in Criminal Justice
**3 credits**
This course will provide the law enforcement officer with insight and exposure to individual responses and behaviors while performing their official duties. Students will explore personality factors, cultural manifestations and behavioral dynamics that occur in the work environment and through other social interactions. They will also examine other psychological dynamics observed within their community, supervisors, activist groups, and individuals with mental health challenges.
Students will identify and assess personality disorders behaviorally observed while applying reliable theories that support policies and administrative protocol for their departments. Students will recognize psychological concepts, relevant theoretical dynamics and cultural influences for dealing with dysfunctional behaviors in fellow employees and their service population.
Methods for identifying and assessing human behaviors that are valid and reliable will be presented. Topics and areas of focus will include biological and psychological behaviors, emotional intelligence, psychopathology, and the utilization of personality inventories for completing employment screening and promotional assessments.

## CRM 409 - Leadership and Ethics in Criminal Justice
**3 credits**
This course examines the ethical issues relevant to the administration of criminal justice. The origins of ethical standards, the effect of these standards on the administration of justice, and issues of ethical leadership will be addressed. Emphasis will be placed on the integration of ethics into criminal justice policy making and the establishment of defined values as a means of agency direction and activity.

## CRM 413 - Planning & Financial Management for Criminal Justice
**3 credits**
This course is an examination of the interactive process of strategic planning and financial management within an agency. An emphasis will be placed upon this process as a system of organizational development, with Program Budgeting as the visible product. Topics will include: identifying, developing, and securing fiscal resources; comparisons of levels of planning; distinguishing between operational and managerial plans; the political context of criminal justice planning/ budgeting as it relates to the preparation, presentation, executive and legislative approval, execution, and audit; and enhancements and alternatives to an agency's routine funding base.

## CRM 415 - Personnel Management for Law Enforcement Professionals
**3 credits**
The Personnel Management for Law Enforcement Professionals class will emphasize applying the theoretical and practice-based knowledge gained in class to "real world" situations and events important to effective law enforcement personnel management. The course shall address personnel administration by exploring the skills and tools needed for decision-makers to make informed personnel management decisions.

### CRM 417 - Law Enforcement Organization and Administration

**3 credits**

This course is designed to be a comprehensive overview of police organization and administration in the United States. The history of police administration and the evolution of policing as a profession will be thoroughly explored. Current and future trends in law enforcement will be discussed in detail. Emphasis will be placed on police personnel issues and the leadership skills required to manage a professional police organization. The student will be exposed to the past, the present and the future of police administration in this country.

### CRM 418 - Law Enforcement Organization Theory and Design

**3 credits** This course is designed to synthesize the concepts of Policing and Law Enforcement Organizations. This course will introduce the student to the concepts of teamwork and compromise in a proposed setting that will help prepare students for real experiences in the field of Law Enforcement organization and function. The course incorporates current issues involved in policing that are the subject of police community relations, including the role/effect of the media, perception of the public, and potential solutions to resolve problems in the field.

### CRM 419 - Police Organization and Administration

**3 credits** *Prerequisite(s): CRM 123, and CRM 220*

This course is designed to be a comprehensive overview of police organization and administration in the United States. The history of police administration and the evolution of policing as a profession will be thoroughly explored. Current and future trends in law enforcement will be discussed in detail. Emphasis will be placed on police personnel issues and the leadership skills required to manage a professional police organization. The student will be exposed to the past, the present, and the future of police administration in this country.

### CRM 421 - Managing Projects for Law Enforcement Personnel

**3 credits**

This course defines a project and assists project managers in accomplishing goals efficiently and effectively by applying knowledge, skills, tools, and techniques. Quantitative and qualitative skills are developed. Human behavior, organizational knowledge, and negotiation are qualitative skills, and Program Evaluation and Review Techniques (PERT), Critical Path Method (CPM), risk analysis; budgeting and cost estimation, event sequencing, and auditing are quantitative skills. Students are taught how to manage inputs and product outputs while gaining buy-in from stakeholders before commencement.

### CRM 422 - Law Enforcement Systems

**3 credits** *Prerequisite(s): CRM 123, and CRM 220*

This course provides a comprehensive examination of U.S. law enforcement systems at the federal, state, and local levels. The student should gain an understanding of patrol strategies, field training, detective operations, case screening, crime laboratory, police corruption, use of force, due process issues, community relations, law enforcement information systems, professionalism, job stress, and innovations in policing.

### CRM 423 - Planning & Strategic Management for Law Enforcement

**3 credits** This course builds on a foundation of planning within law enforcement organizations. The topics provide students with an understanding of the external factors and strategic approaches a manager would need to take in order to properly lead and govern a criminal justice organization in today's complex environment.

### CRM 424 - Academy Field Placement

**6 - 12 credits**

*Prerequisite(s): Senior standing, 2.5 GPA or higher and permission of the Department Chair.*

The Academy Field Placement is designed to give criminal justice majors the opportunity to attend an Academy to receive job-related training at the entry level for criminal justice positions. The curriculum is prescribed by the Police Officer/Detention Officer Standards and Training Council (POST) that certifies an individual to meet the minimum state requirements for Certification within a state Law Enforcement/Corrections Academy.

### CRM 425 - Field Placement in Criminal Justice

**6-12 credits** *Prerequisite(s): Senior standing and permission of the departmental chair; CRM 123, and CRM 220*

This field placement is designed to give criminal justice majors without professional experience in the criminal justice system some direct exposure to the daily workings of a criminal justice agency. Students must coordinate their field placement choice and the number of hours credited with their academic advisor. This is a pass/fail course.

### CRM 426 - Theories of Criminal Behavior

**3 credits** *Prerequisite(s): CRM 123 and* CRM 220

This course is an interdisciplinary examination of the causes of criminal behavior. Case studies are used to illustrate the biological, psychological, social, and economic correlates of crime. The focus is on understanding the major theories and applying these theoretical models to improve our understanding of criminal motivations.

### CRM 430 - Correctional Systems

**3 credits** *Prerequisite(s): CRM 123 and* CRM 220

This course is designed to be a comprehensive overview of our government's response to convicted criminal offenders. The origins, evolution, processes, and current problems of correctional systems will be the topics of study. More

specifically, the course will cover the history of corrections in the United States, short-term detention, state and federal prisons, inmate topologies, capital punishment, correctional law, probation/parole, and community corrections.

## CRM 489 - Organizational Design and Function

**3 credits** *Prerequisite(s): CRM 123 and CRM 220*

This course is designed to synthesize the information and insights from other courses in the criminal justice curriculum. The concept of teamwork and compromise in a hypothetical setting will prepare the students for future experiences in the field of law enforcement organization and functions. Included in the course is a major research project that evaluates criminal justice policy-making, budgeting processes, recruiting, hiring, training, and advancement in the field. The completed project will be presented to a mock City Commission for review and evaluation.

## CRM 490 - Cold Case - Homicide Investigation

**3 credits** *Prerequisite(s): CRM 323 - Criminal Investigation*

This course provides the very unique opportunity for students to study and critically evaluate an actual cold homicide. A homicide is deemed cold when it has been unresolved for over one year. Actual case files are provided to the students who evaluate victimology, crime scene, evidence collection, interviews, scientific laboratory reports, leads, and suspects. Students also view crime scene photos and physically examine evidence. This course synthesizes all of the concepts, skills, knowledge and abilities the students have been exposed to throughout their criminal justice studies. The final project involves a comprehensive analysis of the investigation along with solid recommendations for police follow-up based upon the application of current and modern science along with enlightened investigative processes.

## CRM 499 - Senior Seminar in Criminal Justice

**3 credits** *Prerequisite(s): Senior standing in criminal justice*

This capstone course is designed to synthesize the information and insights from the other courses in the criminology curriculum. It includes computer-based research in crime trends and causes, a research project that evaluates criminal justice policy-making, an assessment of each senior Criminal Justice major's knowledge level through the administration of a nationally based criminology achievement examination, and exposure to components of the criminal justice system through volunteer experience at local agencies.

# Economics

## ECO 100-400 - Special Topics

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*

A variable-content course in economics that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance or at registration.

## ECO 110HA - Economics for Life

**3 credits** *Prerequisite(s): Prerequisite: Second semester freshman standing.*

With a focus on the fundamental economic problem of scarcity, this course will prepare students to be effective decision makers. The course focuses on the economic way of thinking that enables individuals to decide how to best allocate their time, to decide whether to spend their money or save it, and to understand the primary statistics used to measure the well-being of an economy. As a result of this course, students will acquire the critical thinking skills that are not only essential to making everyday choices but are also essential in making major life decisions such as choosing a career or choosing a life partner.

## ECO 201 - Principles of Macroeconomics

**3 credits** An introduction to the study of the determination of income, output, employment, and prices in the U.S. economy. Emphasis on fundamental economic concepts, gross domestic product and its components, monetary and fiscal policy, and contemporary macroeconomic issues. Additional examination fees may apply for this course.

## ECO 202 - Principles of Microeconomics

**3 credits** An introduction to the economic analysis of the market mechanism. Emphasis on supply and demand, elasticity, cost analysis, market structures, externalities, and contemporary microeconomic issues.

## ECO 302 - Intermediate Price Theory

**3 credits** *Prerequisite(s): A grade of C or better in ECO 202*

An in-depth study of microeconomic theory and its applications, with emphasis on problem solving and application of quantitative methods.

## ECO 322 - Health Economics

**3 credits** *Prerequisite(s): A grade of C or better in ECO 202*

This course applies microeconomic theory and principles to health topics such as the demand for medical care, public and private health insurance, physician and hospital behavior, and government regulation of health care markets. The key concepts that health economists use to analyze health care markets will be discussed and students will apply these concepts to selected current issues in health policy.

## ECO 329 - Directed Study: Readings or Research

**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of economics that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion.

## ECO 333 - International Economics
**3 credits** *Prerequisite(s): Grade of C or better in ECO 201 and ECO 202*
This course covers the topics of comparative advantage, foreign policy, international trade, balance of payments, and exchange rates in assessing the significance of living and working in a global economy.

## ECO 355 - Economics in Sport
**3 credits** *Prerequisite(s): ECO 202*
An application of the basic tools of economic analysis to the sport industry. Emphasis on product markets, labor markets, profitability, competitive balance, role of the media, and current issues.

## ECO 366 - Money and Banking
**3 credits** *Prerequisite(s): A grade of C or better in ECO 201*
The study of money and its effects on prices, output, and employment. Emphasis on the Federal Reserve System, monetary theory and policy, and contemporary issues.

## ECO 411 - Game Theory
**3 credits** *Prerequisite(s): A grade of C or better in ECO 302*
This course is an introduction to strategic decision making, otherwise known as game theory.  Game theory provides us with a formal set of tools used to analyze decision making in strategic environments.  The course will begin with a development of the core techniques necessary to solve and analyze a game.  In the latter part of the course, game theoretic analysis will be applied to a variety of topics, including principal-agent problems, auctions, and voting.

## ECO 412 - Behavioral Economics
**3 credits** *Prerequisite(s): A grade of C or better in ECO 302*
This course challenges the mainstream assumption of rationality in the human decision making process. It examines the various ways in which real-world decision makers depart from rational decision making, investigates the underlying causes of irrational decision making, identifies the implications of irrationality, and suggests strategies for improved decision making.

## ECO 422 - Econometrics
**3 credits** *Prerequisite(s): A grade of C or better in GBA 334*
This course applies statistical methods for estimating economic relationships, testing economic theories, and the evaluation and implementation of policy.  Econometrics is primarily concerned with evaluating observational, rather than experimental data.  Econometric methods are used to evaluate causal relationships such as the effect of technology on classroom performance and the effects of incarceration rates on crime.

## ECO 424 - International Political Economy
**3 credits** *Crosslisted: POL 424*
*Prerequisite(s): SSC 102  and junior standing or permission of faculty member*
An exploration of the linkage between politics and economics in international affairs. Emphasis on developments since 1945 and such topics as political risk analysis in international business, interdependence, and U.S. economic foreign policy.

## ECO 425 - Economics Internship
**3 credits** *Prerequisite(s): Permission of Department Chair and Dean and senior standing*
The faculty-supervised internship provides students with the opportunity to apply economic theory and analysis within small businesses, larger corporations, and governmental agencies. This is a pass/fail course. May be repeated for credit up to 12-credit maximum.

## ECO 427 - Economic History of the United States
**3 credits** *Prerequisite(s): ECO 201 and ECO 202 or junior standing and permission of faculty member*
Analysis of topics in U.S. economic history including resource allocation, working conditions, industrialization, urbanization, labor, economic expansion and contraction, and changing public policy. Emphasis on the nature and role of capitalism in shaping the economic transformation of the U.S. economy.

## ECO 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of economics that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member.

## ECO 498 - Senior Seminar in Economics
**3 credits** *Prerequisite(s): A grade of C or better in GBA 334, ECO 302, ECO 333, ECO 366, and ECO 411 or ECO 412*
This course is designed to integrate previous coursework and focuses on the student's ability to apply economic concepts, methods, and analytical tools in real world scenarios.

# Education

EDU 222 - Teaching Diverse Populations
**3 credits** *Prerequisite(s): EDU 226 or concurrently*
This course provides a foundation for analyzing cultural differences in a multicultural society. The emphasis will be on dimensions of diversity such as culture, ethnicity, race, language, social class, exceptionality, gender, age, and religion. Implications of these elements will be discussed as they relate to adapting to differing needs and the diversity of all students.

## EDU 226 - Human Growth and Development
**3 credits** This survey course emphasizes (1) the interdisciplinary contributions to the study of development from psychology, sociology, education, and other fields; (2) the multi-dimensional nature of development: physical, cognitive, emotional, and social; (3) multiple interacting influences on development: biological, psychological, social, community, societal, and cultural. Special emphasis is placed on infancy through adolescence, particularly as applicable to the helping professions.

## EDU 228 - Educational Technology
**3 credits** *Prerequisite(s): Sophomore standing required*
This three-credit course introduces the student to the effective integration of various technologies to engage and support meaningful learning within the educational setting.  Reflecting the principles of the TPACK Model (Technological, Pedagogical, and Content Knowledge), the course reflects a constructivist view of teaching and learning.  The uses of technology tools are explored through themes including inquiring, experimenting, writing, modeling, visualizing, and assessing.  Specific topics pertinent to K-12 teachers are also addressed such as digital citizenship, Internet safety, copyright/fair use, and the use of assistive technologies to support learning.

## EDU 300-400 - Special Topics
**3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in education. Topic is announced in advance of registration.

## EDU 304 - Human Exceptionalities in the Classroom
**3 credits** *Prerequisite(s): EDU 328 or concurrently, junior standing*
This course offers secondary education students a multidisciplinary view of student exceptionalities and the benefits of inclusion for ALL students.  This course provides a basic understanding of the foundations of special education, including the historical education and legal reforms that have impacted the field of special education. The learning/social characteristics and strategies for accommodations/modifications for students with exceptionalities are highlighted using recently professionally published articles and case studies.  Secondary education students are exposed to the three tiers of RtI used for learning acquisition and behavior management.  Topics elaborately discussed in this course include Response to Intervention, IEP, student accommodations and modification, learning and social characteristics of students with exceptionalities and diversity.

## EDU 320/321 - Practicum I and Seminar: Reflection
**3 credits** *Prerequisite(s): EDU 222, EDU 226, and EDU 228*
*Corequisite(s): EDU 330, EDU 334 and EDU 341*
This course introduces students to the teaching profession. Students engage in seminar discussions based on their observations and experiences in their practicum, and participate in the reflective action process as a basis for professional growth and development. Students will be introduced to state standards, the lesson planning process, direct instruction lesson delivery, basic classroom organization and management techniques, current topics in education, and the topic of teaching students from poverty. The Code of Ethics and Principles of Professional Conduct for the Education Profession in Florida will be integrated. The two-credit seminar (EDU 321) will focus on synthesizing the knowledge gained during coursework with the experiences of the one-credit practicum (EDU 320). EDU 320 is a pass/fail field experience.

## EDU 324 - Child Guidance & Classroom Management for Young Children
**3 credits** Focuses on developmental appropriate, evidence -based approaches and positive guidance strategies for child guidance and classroom management for young children. Emphasis on guidance strategies for supporting positive interactions and developmentally appropriate environments. Practical application through field experience with children.

## EDU 328 - The Adolescent Learner
**3 credits** Emphasis is placed on adolescent development and learning theories, linking to practices in the classroom. Special attention will be given to the diverse secondary education population (ESOL, special education, multicultural, at-risk, etc.) in preparation for planning responsive standards-based instruction.

## EDU 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of education that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours.

### EDU 330 - Mathematics in the Elementary Classroom
**3 credits**
*Prerequisite(s): EDU 226*
*Corequisite(s): EDU 320/321  EDU 332 EDU 334*
This course explores methods and problems in the teaching of mathematics in elementary school. Topics include the development of number concepts, problem solving, the use of manipulatives in the development of concepts, algorithms, whole numbers, integers, rational numbers as applied to the real number system, measurement, geometry, data analysis, and algebraic thinking. Accommodations and applications for teaching math content to English language learners are also included. Field experience is required.

### EDU 332 - Language Arts in the Elementary Classroom
**3 credits**
*Prerequisite(s): EDU 320/321 , EDU 330 , EDU 334 , AND EDU 341*
*Corequisite(s): EDU 360/361 ,EDU 339 , AND EDU 342*
Students examine the processes of language arts development and apply this knowledge to create, practice, and evaluate K-6 classroom strategies for teaching the six language arts: listening, talking, reading, writing, viewing, and visually representing. Students will also explore the world of children's literature and how to use it in rich and meaningful ways that increase reading levels and enjoyment. Students select and evaluate culturally diverse folklore, fantasy, contemporary and historical fiction, science fiction, biography, poetry, and books of information and fact. In addition, students will learn how to develop strategies for native English speakers and for English language learners. Field experience is required.

### EDU 333 - Adolescent Literacy
**3 credits** *Prerequisite(s): ENG 122, EDU 228, and EDU 328 or EDU 226*
*Corequisite(s): EDU 450/455 or EDU 470/471*
This course explores the skills and behaviors required for adolescents to engage in literacy activities, including a focus on the necessary reading components of word recognition, comprehension, fluency, and vocabulary instruction. Students will study instructional strategies to address the needs of struggling readers and ELLs, and they will explore various texts and genres in young adult literature that meet curriculum needs as well as the real-world interests of adolescent students.

### EDU 334 - Reading Foundations in the Elementary Classroom
**3 credits** *Prerequisite(s): EDU 226*
*Corequisite(s): EDU 320/321, EDU 330, EDU 341*
Investigation of basic theories underlying traditional and recent approaches to the teaching of reading. Includes the study and evolution of the five essential components of the reading process: phonemic awareness, phonics, fluency, vocabulary development, and comprehension. ESOL strategies are integrated into all methods. Field experience is required.

### EDU 335 - Reading Diagnosis and Remediation in the Elementary Classroom
**3 credits** *Prerequisite(s): EDU 360/361, EDU 338, EDU 341, and EDU 343*
*Corequisite(s): EDU 460/461, EDU 339*
This course provides the elementary education major the opportunity to administer and interpret informal reading inventories, criterion tests, and other diagnostic measures used for assessing the major elements of reading growth: phonemic awareness, phonics, fluency, vocabulary, and reading comprehension. Special strategies and use of resources for English language learners are infused throughout. Field experience is required.

### EDU 336 - Teaching Reading in the Secondary Content Areas
**3 credits** *Prerequisite(s): EDU 226 or EDU 328 (or concurrently)*
*Corequisite(s): EDU 344, EDU 345, and EDU 350*
Students will examine current research and instructional approaches that focus on improving adolescent literacy skills. The course is designed to address literacy issues in content area classrooms at the secondary school level. Students will learn about the reading process, identify reading demands in content areas, develop instructional activities to improve reading, and use reading/writing/thinking activities in daily instruction. Field experience is required.

### EDU 337 - Children's Literature
**3 credits** This course explores the world of children's literature and emphasizes how to use it in rich and meaningful ways to increase reading levels and enjoyment. Students select and evaluate culturally diverse folklore, fantasy, contemporary and historical fiction, biography, and books of information and fact.

### EDU 338 - Science in the Elementary Classroom
**3 credits**
*Prerequisite(s): EDU 360/361, EDU 332, EDU 339, and EDU 342*
*Corequisite(s): EDU 460/461, EDU 343, and EDU 465*
In this course, elementary education majors will expand their knowledge base of the fundamental concepts of earth, space, life, health, and physical science specifically targeted by the Florida State Standards for grades K-6. The course

will focus on planning for effective investigations in a stimulus-rich, safe environment that meets the needs of all students, with special considerations for meeting the needs of English language learners. Field experience is required.

## EDU 339 - Social Studies in the Elementary Classroom

**3 credits**
*Prerequisite(s): EDU 320/321, EDU 330, EDU 334, and EDU 341*
*Corequisite(s): EDU 360/361, EDU 332, and EDU 342*

This course focuses on the knowledge defined by the Florida State Standards in history, geography, government, and economics, and pro-social and multicultural education. Students also apply knowledge of ESOL Standards and Accomplished Practices as they write and teach lessons and create a multicultural/social studies integrated unit. Field experience is required.

## EDU 340 - Comprehensive ESOL Strategies

**3 credits** *Prerequisite(s): EDU 226 or EDU 328, EDU 228*

This course provides an overview of the five areas pertinent to teaching English language learners (ELLs) in order to (a) promote an understanding of first and second language acquisition processes, (b) facilitate the development of culturally and linguistically appropriate instructional and assessment skills, and (c) present effective means for modifying curricula. The five areas are (1) Applied Linguistics and Second Language Acquisition, (2) Cross-Cultural Communication and Understanding, (3) Methods in Teaching English to Speakers of Other Languages (ESOL), (4) Curriculum and Materials Development, and (5) Testing and Evaluation of ESOL. This course meets the 60-hour ESOL education requirement for social studies, math, and science teachers (Category II teachers) as determined by the Florida Department of Education. Field experience is required.

## EDU 341 - ESOL Foundations Cross-Cultural Communication & Applied Linguistics

**3 credits** *Prerequisite(s): For elementary majors: EDU 222 EDU 226 EDU 228*
*Corequisite(s): For elementary education majors: EDU 320/321*

This course covers Domain 1 and 2 of the ESOL Teacher Standards 2010. The focus of this course is on two major topics: culture and applied linguistics. The course will provide pre-service teachers with a knowledge base that focuses on developing cross-cultural understanding and knowledge of applied linguistics to promote instructional practices that are grounded in current research based practices for English Language Learners (ELLs). Additionally the course will address the legal mandate of the Consent Decree, theoretical constructs in the field of second language acquisition, as well as research-based practical applications in the domains of cross-cultural communication and applied linguistics to help pre-service teachers understand, apply and integrate them into meeting the academic and communication needs of ELLs. Field experience is required.

## EDU 342 - ESOL Applications

**3 credits** *Prerequisite(s): For elementary education majors:  EDU 341*
*Corequisite(s): For elementary education majors: EDU 360/361*

This course covers Domains 2, 3, 4, and 5 of the Florida ESOL Teacher Standards (2010).  Thus, primary focus will be directed to First and Second Language Acquisition (Domain 2, Standard 2), ESOL Methods (Domain 3), ESOL Curriculum and Materials (Domain 4), and ESOL Assessment (Domain 5).  Materials and activities selected for the course will familiarize students with the process of first and second language acquisition; research-based and standards-based best practices for ESOL; available resources and technologies to enhance second language learning; lesson planning, instructional modifications, and assessment practices and tools for ELLs at varying English proficiency levels and from diverse backgrounds.  ESOL field experience is required.

## EDU 343 - Reading Across the Curriculum

**3 credits**
*Prerequisite(s):  EDU 360/361, EDU 332, EDU 342, and EDU 339*
*Corequisite(s): EDU 460/461, EDU 339, and EDU 465*

This course introduces elementary education majors to the theoretical and practical issues involved in teaching the reading skills necessary for success in various content areas, such as science, social studies, and mathematics. Topics will include literacy in the elementary classroom, assessment, technology and literacy, strategies for vocabulary and meaning instruction, study skills, and writing in the content areas.

## EDU 344 - Practicum I in Middle/Secondary Schools

**1 credit**
*Prerequisite(s): EDU 328*
*Corequisite(s): EDU 336 and EDU 350*

This course introduces students to the world of teaching. Students engage in the seminar discussions based on their observations and experiences in the assigned practicum as well as in the reflective-action process as a basis for professional growth and development. Students will be introduced to the lesson planning process, basic classroom management techniques, professional communication and ethics, and becoming a reflective practitioner. This one-credit seminar will focus on synthesizing the knowledge base gained during coursework with the experiences of student in the assigned placement. The one-credit practicum provides an opportunity for the students to begin teaching lessons in a real-world setting. Practicum is Pass/Fail.

### EDU 345 - Seminar: Becoming a Professional

**1 credit** *Prerequisite(s): EDU 228*
*Corequisite(s): EDU 326  EDU 350*
This course introduces students to the world of teaching. Students engage in seminar discussions based on their observations and experiences in the assigned practicum as well as in the reflective-action process as a basis for professional growth and development. Students will be introduced to the lesson planning process, basic classroom management techniques, professional communication and ethics, and becoming a reflective practitioner. This one-credit seminar will focus on synthesizing the knowledge base gained during coursework with the experiences of student in the assignment placement. 30 hours of field experience are required in the assigned practicum.

### EDU 346 - Literacy Foundations for Young Children

**3 credits**
This course examines literacy foundation skills in the areas of speaking, listening, reading, and writing for young children. Literacy research, best practices, and instructional materials will be presented to enhance student's understanding of emergent literacy skills. Exploration of principles and strategies through play-based methods will provide students with developmentally appropriate ways to teach literacy to young learners.

### EDU 348 - Emergent Literacy for Young Children

**3 credits** This course investigates the traditional and recent pedagogical approaches for teaching emergent literacy instruction with young children. Instructional content will focus on the essential components of literacy instruction (phonemic awareness, phonics, vocabulary, and comprehension) using play-based instructional methods.

### EDU 350 - Middle and Secondary School Curriculum and Philosophy

**3 credits** *Prerequisite(s): EDU 226 or EDU 328*
This course introduces the middle grades and/or secondary education major to the world of education. Students will apply theories of adolescent development to 5th-12th grade students who would attend middle or secondary school and connect appropriate classroom and school-based strategies. They will learn the expectations for professional teachers, with special emphasis on State of Florida standards. Students will learn about the nature of the U.S. schools' structures, policies, and curriculum through research, readings, and discussions with a focus on the development of the middle and secondary school setting.

### EDU 352 - ESE Foundations

**3 credits**
*Prerequisite(s): EDU 226*
This course offers elementary education students a multidisciplinary view of exceptionalities in the general education classroom and the benefits of inclusion for ALL students. This course provides a basic understanding of the foundations of special education, including the historical education and legal reforms that have impacted the field of special education. The learning/social characteristics and research based instructional strategies for students with exceptionalities are highlighted.

### EDU 353 - Early Childhood Growth & Development

**3 credits**
This survey course emphasizes (1) the interdisciplinary contributions to the study of development from psychology, sociology, education and other fields; (2) the multi-dimensional nature of development: physical, cognitive, emotional and social; (3) multiple interacting influences on development: biological, psychological, social, community, societal and cultural. This course focuses on the study of child growth and development from conception to age five and on identifying typical and atypical development within the physical, intellectual, and social-emotional development of young children from infancy, toddler, and preschool settings, with an emphasis on pedagogical methods and best practices to address the needs of early learners.

### EDU 355 - Integrated Math and Science in Early Childhood Education

**3 credits** This course explores methods and problems in teaching mathematics and science in the early childhood classroom. It focuses on promoting children's cognitive development through hands on exploration of science and math concepts. Topics include the understanding of math and science through problem solving, games, the use of manipulatives and technologies that are developmentally appropriate for young children.

### EDU 360/361 - Practicum II and Seminar: Planning

**3 credits** *Prerequisite(s): EDU 320/321, EDU 330, EDU 341 and EDU 334; passing all sections of the FTCE General Knowledge exam.*
*Corequisite(s): EDU 339, EDU 332, and EDU 342*
This course focuses on planning lessons effectively, using Florida's Curriculum Framework and Bloom's Taxonomy, with emphasis on guided discovery and direct instruction. Extensive professor feedback characterizes this course. The one-credit seminar (EDU 361) connects the knowledge base gained during coursework with the experiences of the one-credit practicum (EDU 360). EDU 360 is a pass/fail course.

### EDU 362 - Foundations of Curriculum and Instruction

**3 credits** This course will explore various curriculum foundation models and underlying theories utilized in designing early childhood curriculum. Additionally, participants will examine factors that have influenced curriculum development in Early Childhood Education. Moreover, participants will determine how certain factors have influenced the development of a variety of program models that have shaped present curriculum in early childhood education.

## EDU 364 - Early Childhood Health and Wellness

**3 credits**

This course is the study of child growth and development from conception to age five. The focus is enhancing health, safety, and nutrition based upon the cognitive, social, physical, and emotional development of the young child. Course content will include observation, assessment, and support of children's health, safety, and nutrition and the role of adults in children's development.

## EDU 366 - Play as Pedagogy

**3 credits** Developmentally appropriate early childhood programs center on play-based experiences for young children to learn through hands-on activities. This course will focus on ways to promote and develop children's play experiences to foster child-centered learning. Students will design developmentally appropriate play experiences to address the five developmental domains of Florida's Early Learning and Developmental Standards. Students will develop formative and summative assessments to evaluate children's learning through play-based experiences in developmentally appropriate methods.

## EDU 369 - Creative Arts for Young Children

**3 credits** Creative arts will be explored through a comprehensive look into how music, movement, visual arts, and dramatic play supports and enhances young children's learning experiences. An exploration of principles, methods, and materials will be introduced. The course will focus on developing an integrated approach to arts-based instruction through authentic art experiences that are developmentally appropriate for young learners.

## EDU 370 - Brain Based Learning in the Digital Age

**3 credits** This course examines the principles of brain-based learning and ways that technology can engage the brain and enhance learning experiences. Integrating cognitive science with instructional technology offers the potential to empower teachers to make decisions that reach more learners in more ways, thereby increasing student achievement.

## EDU 407 - Observing, Assessing, & Instructional Planning for Young Children

**3 credits** *Prerequisite(s):* Complete all the 300 level course requirements.

This course analyzes the role of observation, standards, and assessment in early childhood learning, and how the data can be used to compare typical and atypical development. Topics include basic concepts in data analysis for teachers, standardized measures and instructional/assessment design, performance assessment tasks, and rubrics. Students will use and evaluate various assessments to analyze early learning development.

## EDU 409 - Str2eam in Early Childhood

**3 credits**

This course examines developmentally appropriate methods for early childhood teachers to integrate STR²EAM concepts with young children. Science, technology, reading, religion, engineering, art, and math are concepts that may be combined to enhance children's content understanding. Real-world application through inquiry and exploration will provide students authentic ways to present inter-disciplinary concepts for young learners.

## EDU 411 - Social Justice, Faith and Values, Early Learning

**3 credits**

*Prerequisite(s):* Complete all 300 level course requirements

This course covers methods of qualitative participatory action research using photovoice techniques as they relate to interdisciplinary social justice practice with an emphasis on critical thinking, evidence-based practice and empirical evidence. For this course, community social justice issues will serve as a running theme and focus throughout. Readings, presentations, and between-session assignments support person-centered learning and provide hands-on experience working with photos and text. By the end of this training, participants will have a solid understanding of a popular approach to participatory action research methodology, social justice, community assessment and engagement, its ethical considerations, approaches to interpreting photos and text, and strategies for problem-solving with strengths building outreach. Participants will leave this course with hands-on experience and insights on adapting Photovoice It's unclear whether "photovoice" should or shouldn't be capitalized methodology to interdisciplinary practices, community organization, and research implementation intended to engage and benefit students, faculty, administrators, and communities with social issues of importance.

## EDU 413 - Home & Community Relations

**3 credits** *Prerequisite(s):* All 300 level course requirements

This course focuses on the development of the characteristic, barriers, and benefits in traditional and non-traditional families. It explores methods for developing and enhancing family, teacher, and community relationships to help all children reach their full potential. Students will construct resources to help strengthen family-school relationships.

## EDU 425 - Educational Management and Organization

**3 credits**

*Prerequisite(s):* EDU 320/321 or EDU 344

This course offers a broad and critical analysis of classroom management issues, including the major theories regarding understanding and managing student behavior, discussion of effective classroom rules and procedures, school safety, parental involvement, legal issues related to the rights and responsibilities of teachers, and the strategies for creating a positive, safe environment to meet the needs of all students, including English language learners.

### EDU 427 - Educational Assessment

**3 credits** *Prerequisite(s): EDU 360/361 or EDU 450/455 (or concurrently); senior standing or permission of department chair*

This course builds on assessment introduced in earlier methods courses and practica. Topics include basic concepts in data analysis for teachers, standardized measures and instructional/assessment design, performance assessment tasks and rubrics, reliability, validity, bias, and statistical measures in testing. Reflective assessment, data evaluation and decision making, and strategies for English language learners are infused in course topics and assignments.

### EDU 428 - Education Governance, History, and Philosophy

**3 credits** The course provides the student with the knowledge of the organization of the education system and its impact on curriculum, its historical antecedents and influence on democratic values, and the major philosophies and their impact on educational decisions. Finance issues, current issues/trends in structures and policies, and legal rights and responsibilities of students and teachers, including ethical responsibilities, are also included.

### EDU 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*

Intensive individual study in a particular aspect of education that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Requests for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member.

### EDU 436 - Teaching Writing Across the Curriculum

**3 credits** *Prerequisite(s): EDU 350*

*Corequisite(s): EDU 470/471*

This course explores writing across the curriculum as a tool for learning for students in grades 5-12. Topics include writing as a process; writing in content areas; types of writing; writing workshops; assessing student writing; rubrics; and using peer feedback. It is a required course for all Middle Grades and Secondary Education majors, all content specializations.

### EDU 450/455 - Practicum II Middle/Secondary School Practicum and Seminar

**2 credits** *Prerequisite(s): EDU 226 or EDU 328, EDU 228, and EDU 350*

*Corequisite(s): EDU 333 for all middle grades and secondary English Majors and EDU 451, EDU 452, EDU 453, or EDU 454*

This one-credit practicum and one-credit seminar accompany the methods for teaching in the discipline methods courses, EDU 451, EDU 452, EDU 453, and EDU 454. Students are required to spend one full day or two half days per week in a middle or secondary school classroom of their discipline under the guidance of a clinically trained mentor-teacher and supervised by a University supervisor. They are expected to help with all aspects of a typical classroom and teach lessons as appropriate to their readiness and course requirements. Placement and supervision will be arranged through the field placement officer at University Campus or the Center. EDU 450 is a pass/fail course.

### EDU 451 - English/Language Arts Methods in the Middle and Secondary School

**3 credits** *Prerequisite(s): EDU 226 or EDU 328, EDU 228, EDU 336 - Teaching Reading in the Secondary Content Areas and EDU 350*

*Corequisite(s): EDU 333, EDU 341, and EDU 450/455*

This course explores the methods and challenges of teaching the English language arts in grades 5-12. Topics include lesson planning, the Florida Curriculum Framework, Next Generation Sunshine State Standards, student-centered classrooms, fostering positive classroom communities, strategies for developing lifelong readers, facilitating class discussions, questioning strategies, authentic assessment, technological resources for middle school/secondary teachers, and reflective practice. Students will implement the lessons created in class while in the practicum (EDU 450/455).

### EDU 452 - Mathematics Methods in the Middle and Secondary School

**3 credits** *Prerequisite(s): EDU 226 or EDU 328, EDU 228, EDU 336, and EDU 350*

*Corequisite(s): EDU 333, EDU 340, and EDU 450/455*

This course explores the methods and problems in the teaching of mathematics in grades 5-12. Students will learn innovative ways of instruction for teaching middle/secondary school students. They will learn the standards of curriculum as listed in the Principals and Standards for School Mathematics as well as the requirements listed in the Florida State Standards for Florida. Students will learn how to plan and implement lessons for a diverse classroom with a focus on using manipulatives. Accommodations and applications for teaching math content to English language learners are also included. The student will implement the lessons created in class while in the practicum (EDU 450/455).

### EDU 453 - Science Methods in the Middle and Secondary School

**3 credits** *Prerequisite(s): EDU 226 or EDU 328, EDU 228, EDU 336, and EDU 350*
*Corequisite(s): EDU 333, EDU 340, and EDU 450/455*
This course explores the methods and problems in the Florida State Standards for Florida grades 5-12 students. Students will learn how to plan and implement lessons for a diverse classroom with a focus on using inquiry-based learning. Students will implement the lessons created in class while in the practicum (EDU 450/455).

## EDU 454 – Social Studies Methods in the Middle and Secondary School
**3 credits** *Prerequisite(s): EDU 226 or EDU 328, EDU 228, EDU 336, and EDU 350*
*Corequisite(s): EDU 333, EDU 340, and EDU 450/455*
This course focuses on the knowledge, skills, and instructional methods needed to teach Social Studies in the secondary schools. Students will review the Florida State Standards in history, geography, civics, and economics as well as pro-social and multicultural education for grades 5-12. Students will also apply knowledge of ESOL Standards and the Accomplished Practices as they plan and teach lessons, and design a multicultural/social studies thematic unit. Students will implement the lessons created while in the practicum (EDU 450/455). EDU 450/455

## EDU 458 – Assessing and Differentiating Reading Instruction
**3 Credits** *Prerequisite(s): EDU 344, EDU 345, EDU 450/455, EDU 451, or EDU 452 or EDU 453 or EDU 454*
*Corequisite(s): EDU 470/471, EDU 425, EDU 436, or instructor's permission*
This course provides the Middle Grades major the opportunity to administer and interpret data to differentiate instruction based on assessments of student learning needs. The pre-service teacher will use a variety of assessment tools to monitor student progress and use data-informed analysis to design lessons to enhance 5-9 students' reading ability. They will identify characteristics of struggling and successful readers, as well as students who are English Language Learners. Pre-service teachers will incorporate the use of various strategies in the design of lessons. Special strategies and use of resources for English language learners are infused throughout. Field experiences required.

## EDU 460/461 – Practicum III and Seminar: Integration
**3 credits**
*Prerequisite(s): EDU 360/361*
*Corequisite(s): EDU 338 EDU 343 EDU 465*
Elementary education majors enroll in EDU 460/461 as part of their third block of study. This course integrates best practices related to creating welcoming classroom environments to optimize learning. Students will explore aspects of culturally responsive teaching as it relates to pedagogy, technology, resources and classroom management. Students will deepen their knowledge of the various diversities within classroom settings (ethnic, socioeconomic, linguistic, religious, gender, physical and academic) while developing dispositions that embrace diversity and model openness to all students and their unique experiences. Emphasis will be on cooperative learning and inclusive thematic planning. Extensive professor feedback characterizes this course. One credit of this experience is applied to the fieldwork component (EDU 460) and two credits are applied to the seminar (EDU 461). EDU 460 is a pass/fail course.

## EDU 465 – Methods of Teaching Exceptional Learners
*Prerequisite(s): EDU 352*
This course presents the practical application of K-12 instructional strategies for working with students identified as exceptional learners. Students will learn to apply accommodations as identified in K-12 student IEPs, differentiate instruction for K-12 students with specific learning disorders / disorder and monitor student progress during interventions. Furthermore, students will retrieve RtI data and use it to develop interventions for student success.

## EDU 470/471 – Practicum III Middle/Secondary Schools Practicum and Seminar
**3 credits**
*Prerequisite(s): EDU 226 or EDU 328, EDU 228, EDU 344, EDU 350, and EDU 450/455*
This two-credit seminar and one-credit practicum provide students with opportunities to further explore teaching strategies and methods as well as to gain more experience in real-world classrooms. Students engage in seminar discussions based on their observations and experiences in their practicum placement. Students engage in the reflective-action process as a basis for professional growth and development. Emphasis will be placed on planning effective lessons and meeting the needs of diverse learners. English specialization middle and secondary grades majors will be assigned to a field placement where they work with ESOL students and are under the supervision of an ESOL-endorsed teacher. In this culminating practicum, students will fulfill the requirements of Competency 5 of the Florida Department of Education's Reading Endorsement and demonstrate knowledge of the components of reading, as well as assessments and data analysis, to implement a comprehensive research-based reading plan of instruction. The practicum, EDU 470, is a pass/fail course.

## EDU 480 – Internship
**8 - 10** *Prerequisite(s): Completion of all education requirements except EDU 428, which may be taken concurrently with EDU 480/EDU 481; a cumulative 2.50 grade point average; a 2.0 or better in all education courses; and passing all parts of the Florida Teacher Certification Exam.*
*Corequisite(s): EDU 481*
This is a full-time practice teaching experience in the classroom taken in the senior year under the supervision of a qualified teacher and a University supervisor. Students apply the knowledge and skills acquired in their professional preparation. Requires time block coinciding with daily schedules of teachers, usually from 8 a.m. to 3:30 p.m. Open

only to students who have applied and been approved for student teaching through the Department of Education. This is a pass/fail course.

## EDU 481 - Seminar: Final Internship--Synthesis
**2 credits**
*Prerequisite(s): All EDU coursework except EDU 428, which may be taken concurrently with EDU 480/481.*
Senior standing; 2.5 minimum GPA; Must have attempted all portions of the Florida Teacher Certification Exam prior to application for final internship.
*Corequisite(s): EDU 480.*
The two-credit hour senior seminar (EDU 481) focuses on synthesizing the knowledge base gained during course work with the experiences of final internship. Students will collaboratively problem-solve concerns arising from the field experience, and participate in activities designed to prepare them for employment as a professional educator. Students will demonstrate knowledge of assessments and data analysis in the implementation of a research-based plan of instruction for their K-12 students. Elementary Education and Middle Grades English majors will demonstrate knowledge of the competencies of reading as set forth by the Florida Department of Education. Students enrolled in EDU 481 will participate in Professional Learning Communities (PLCs) within the seminar course.

## EDU 498 - Final Internship & Seminar: Service
**3 credits**
*Prerequisite(s): All 300 level course requirements*
This is the culminating, full-time, classroom teaching experience, under the supervision of a qualified mentor teacher and a university supervisor. Final interns will apply the knowledge and skills acquired in their course work and previous practicum experiences in preparation for a career as a professional educator. The final internship requires a time block coinciding with the daily schedule of the mentor teacher, approximately 20 hours for the duration of the university semester. The internship is open only to seniors who have applied and been approved for student teaching through the Education Department. This is a pass/fail course.
The two-credit hour senior seminar focuses on synthesizing the knowledge base gained during course work with the experiences of final internship. Students will collaboratively problem-solve concerns arising from the field experience, and participate in activities designed to prepare them for employment as a professional educator. Students will demonstrate knowledge of assessments and data analysis in the implementation of a research-based plan of instruction for the early childhood classroom. Students will demonstrate knowledge of the **Florida Teacher Standards Birth-4**. Students enrolled in EDU 481 will participate in Professional Learning Communities (PLCs) within the seminar course.


# Emergency Management
## EME 210 - Emergency Management Planning
**3 credits** This course will explore various aspects of emergency planning, and how the discipline fits in within the field of emergency management. Students will examine the components of a comprehensive emergency plan, principles and practices that guide the planning process, applicable governmental mandates, and resources that can be used in developing the plan. The course will emphasize the importance of fostering a successful emergency planning environment, analyzing and selecting protective actions, identifying structures and systems for managing emergencies, implementing effective strategies for communicating the plan, as well as considering emergency plans as living documents that must be reviewed and revised on a regular basis.

## EME 215 - Hazard Identification, Vulnerability Analysis and Mitigation
**3 credits** This course explores various natural and human-made hazards, how hazards differ from disasters, and the types of costs associated with disasters. Students will identify the role of federal, State, and local government in mitigating hazards, and how the private sector can contribute to building community resilience. Students will examine the process of identifying hazards and assessing vulnerability, explain various mitigation tools and techniques, and assess strategies for reducing vulnerability. Students will also understand the importance of building a "Whole Community" coalition for building a culture of disaster resilience.

## EME 220 - Community Risk Reduction for Fire and Emergency Services
**3 credits** This course provides a theoretical framework for the understanding of the ethical, sociological, organizational, political, and legal components of community risk reduction. Students will identify and develop community risk reduction intervention strategies, and examine various methods for the development of a comprehensive community risk reduction plan.

## EME 225 - Principles of Fire and Emergency Services
**3 credits** This course provides an overview of fire protection and emergency services. Students will examine career opportunities in fire protection and related fields; fire loss analysis, the culture and history of emergency services; the organization and function of public and private fire protection services; fire departments as part of local government; laws and regulations affecting the fire service; fire service nomenclature; specific fire protection functions; basic fire chemistry and physics; introduction to fire protection systems; introduction to fire strategy and tactics, and; life safety initiatives.

317

## EME 310 - Disaster Response and Recovery

**3 credits** This course will explore various principles and practices related to disaster response and recovery operations. Students will examine the nature, prevalence, and consequences of disasters, as well as hazards types and their interaction with each other. The course will also explore the role and responsibilities of local, State, and federal government agencies, NGO's, and citizen volunteers, and why coordination and collaboration is essential for achieving success. Various approaches to response and recovery operations will be examined, to include strategies and programs for facilitating mitigation.

## EME 315 - Interagency Disaster Management

**3 credits** This course will examine various disaster events to illustrate the high levels of communication, coordination, and collaboration that are necessary among responding agencies when disaster strikes. The course will explore the guiding principles, strategies, operating structures, and technologies in place for effective disaster management, as well as the roles and responsibilities of disaster participants. Through the use of case studies and in-class exercises, students will examine the National Incident Management System, the National Response Framework, the Incident Command System, and other guidance and policy documents. Students will also assess potential issues with interagency disaster response, and identify applicable leadership and management interventions to solve problems.

## EME 320 - Fire Prevention Organization and Management

**3 credits** This course will introduce students to various concepts, principles, and methods for the effective leadership of comprehensive fire-prevention and risk-reduction programs. Students will examine policies, procedures, and outcomes of successful fire-prevention efforts, and explore historical events and their influence on fire prevention. The course will also provide an overview of applicable local, State, and federal resources.

## EME 325 - Social Impact of Disasters

**3 credits** This course explores the social impact that disasters have on individuals, families, organizations, and communities. Disaster case studies will be used to identify various aspects of social vulnerability, to include the social, political, and economic impact that this has had on communities over the years. Students will examine various topics such as socially vulnerable groups, how these groups have been impacted by disaster, community responses to disaster, the role of NGO's in times of crisis, as well as societal expectations of government. The course will help students to understand the importance of building capacity and community resilience.

## EME 330 - Terrorism and Emergency Management

**3 credits** This course provides an overview of domestic and international terrorism, and how associated threats and risks impact both homeland security and emergency management. The course will examine topics such as terrorist groups and their methods, counter-terrorism measures, critical infrastructure protection, border security issues, as well as legal and political responses to the terrorist threat. Case studies will be used to illustrate the challenges facing all levels of government and the private sector in responding to various terrorist threats, and to identify best practices in the field. The course will emphasize the importance of applying a comprehensive emergency management framework to terrorism.

## EME 410 - Leadership and Ethics in Emergency Services

**3 credits** This course provides an overview of essential traits and skills that contribute to effective leadership and ethical behavior within the context of emergency management. The course will introduce students to fundamental theories, concepts, and principles of leadership, and how these can be applied to the practice of emergency management. Students will identify leadership strategies that promote a positive work environment, encourages ethical conduct, and builds trust among stakeholders. Students will assess various problem-solving and decision-making models, and examine the impact of effective leadership and influence in emergency management.

## EME 415 - Technology in Emergency Management

**3 credits** An examination of the nature and scope of current and emerging technologies in emergency management, and the impact that these technologies are having on the field. The course will explore various technology applications, to include their role in emergency planning, response, recovery, and mitigation efforts. Students will assess the impact that technology has on decision making, and how effective use of technology can help to achieve greater interconnectedness among the emergency management community. The course will also examine challenges and issues with technology applications, and explore strategies for resolving problems.

## EME 420 - Fire and Emergency Services Administration

**3 credits** This course is a progressive primer for students interested in fire and emergency services administration. The course focuses on various skills necessary for managing and leading a fire and emergency services department in the 21st Century. These include persuasion and influence, accountable budgeting, anticipation of challenges and the need for change, and using specific management tools for analyzing and solving problems. An important component of the course is how the leadership of a fire and emergency services department develops internal and external cooperation to create a coordinated approach for achieving the department's mission.

## EME 425 - Internship in Emergency Management

**3 credits**

This course is designed to provide students pursuing a degree in emergency management with professional experience in the field. Students will have the opportunity to obtain direct exposure to the daily operations of an emergency management related agency. This is a pass/fail course.

## EME 430 - Management and Operations
**3 credits** This course will explore the role of Emergency Operations Centers (EOC's), and the coordinating function that they serve for managing complex emergencies and disasters. The course will examine how the EOC mobilizes people and resources to manage critical incidents that typically are beyond the capabilities of a single agency. The organizational structure, essential functions, and types of EOC's will be covered at length. The course will also Identify various characteristics of the Incident Command System (ICS), the various emergency support functions (ESF's), Unified Command (UC), and Joint Information Centers (JIC's). Students will be expected to explain the importance of effective leadership, coordination, and interagency cooperation during EOC activation.

# Engineering
## EGN 220 - Computer Aided Design and Graphics
**3 credits** *Prerequisite(s): COM 140*
A course in the theory and technique of technical graphics as related to the design process. Emphasis is placed on engineering drawings, measurements and tolerances, three-dimensional computer modeling, graphs, charts, diagrams, and flow charts, and use of spreadsheets for data analysis and graphing.

## EGN 320 - Circuit Theory and Analysis
**3 credits** *Prerequisite(s): MAT 152 or higher, PHY 222 recommended*
A course in the underlying science and conventional practices of electrical circuits and basic electronics. Emphasis is placed on circuit analysis, evaluation, and the use of electrical components in engineering designs.

## EGN 323 - Thermodynamics
**3 credits** *Prerequisite(s): PHY 221 or consent of the instructor*
In this course, students will learn classical engineering thermodynamics and how it applies to both inanimate and animate systems. Topics covered will include energy, entropy, exergy, and enthalpy. The relationship of energy to The First Law of Thermodynamics, and entropy to the Second Laws will be investigated. Matter will be described in terms of equations of state, ideal gas law, and psychrometry. Power systems will be introduced, and students will learn to perform control volume analysis and exergy analysis.

## EGN 325 - Instrumentation
**3 credits** *Prerequisite(s): EGN 320 or PHY 222*
An introduction to theory, methods, and equipment used to measure quantities in the engineering fields. The student will analyze the theory and techniques of voltage, current, and power measurements using analog and digital equipment, time-dependent measurements using oscilloscopes, and frequency measurements using spectrum analyzers. Computer control of measurement systems using LabVIEW will be introduced, as will basic hand gauges for measuring physical properties of materials and objects..

## EGN 330 - Mechanics of Materials
**3 credits** *Prerequisite(s): MAT 152 or higher and PHY 221*
This course conveys the theory of material behavior under design loads and the implementation of materials to meet engineering design requirements. Emphasis is placed on stress, strain, torsion, shear, bending, combined loads, and a material's response to these loads. In addition, a primer of material science will introduce the student to design and analysis of material requirements.

## EGN 340 - New Product Development
**3 credits** *Prerequisite(s): MAT 201 recommended*
This course will introduce students to reliability analysis as applied to the assessment, development, and management of product and process design functions. This course offers an opportunity to observe the difference between the theoretical and experimental concepts, methodologies, and techniques of reliability and maintainability, as well as the ancillary aspects of quality control, safety engineering, and operational analysis.

## EGN 350 - Engineering Mechanics
**3 credits** *Prerequisite(s): MAT 152 or higher (MAT 231 recommended) and PHY 221*
This class describes the foundations of engineering mechanics, including force systems, resultants, equilibrium of particles and rigid bodies, centroids and center of mass, area and mass moments of inertia, friction, internal forces of structures, kinematics and kinetics of particles, kinematics and kinetics of rigid bodies, energy and momentum principles.

# English
## ENG 002 - Basic Composition Skills
**3 semester hours**

Basic Composition Skills is designed to help students develop the writing skills they need to succeed in future college-level courses with heavy writing components, including ENG-121. It builds upon the foundation of writing instruction provided in high-school classes and adds a specific focus on college-level writing and Saint Leo University's expectations for student writing skills.

This course does not satisfy a General Education requirement in English or elective credit for the associate's or bachelor's degree.

## ENG 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in English that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered annually.

## ENG 112 - Academic Learning Lab II
**3 credits** This project-based course is designed to support the academic development of international students enrolled in the second-semester of the Bridge Program course sequence. While working on a group writing project, the students will have the opportunities for (1) the active use of Saint Leo Campus, library, and online resources for academic purposes; (2) the further development of academic writing skills; (3) the effective presentation of the results of academic research in writing; (4) and a guided reflection on their language acquisition process and academic skills development.

## ENG 114 - Composition and Grammar for Speakers of Other Languages
**3 credits** This course is designed to provide intermediate-level non-native speakers of English with the opportunity to review advanced English grammar features and actively engage in academic writing practice.

## ENG 115 - College Reading I
**3 credits**
This course is designed to improve the academic reading and writing skills of non-native speakers of English. Emphasis is on connecting critical thinking and language skills.

## ENG 117 - College Reading II
**3 credits**
*Prerequisite(s):* ENG 115 or enrollment in the fast track Bridge Program.
This course aims to support the development of key reading skills and the application of effective reading strategies of the international students enrolled in the second-semester of Bridge Program course sequence. During the course, students will involve in active reading of college-level texts, examination of text organization patterns, identification of main and supporting ideas, and analysis of the connections of ideas presented in the texts. The texts included in the course focus on topics of high-interest for international students such as multiculturalism, language acquisition, health, and global environment.

## ENG 118 - Composition for Speakers of Other Languages
**3 credits** A course designed to help non-native speakers improve their reasoning and writing skills, especially for academic purposes. Increased emphasis is on English idiomatic usage.

## ENG 119 - Composition for Advanced Speakers of Other Languages
**3 credits** *Prerequisite(s):* Passing grade in ENG 118 - Composition for Speakers of Other Languages but unsatisfactory English Placement test
This course is designed to help advanced proficiency non-native speakers of English develop the writing skills they need to succeed in future college-level courses with heavy writing components, including ENG 121. The course aims to remedy the special problems these learners have through systematic introduction and practice of grammar and rhetorical devices of the academic English language in the context of the writing process.

## ENG 120 - Listening, Lecture Note-Taking and Speaking
**3 credits** This course is designed to improve the academic listening and speaking skills of non-native speakers of English. Emphasis is on note-taking and presentation skills.

## ENG 121 - Academic Writing I
**3 credits** *Prerequisite(s): Passing grade in ENG 002 or ENG 118 or ENG 119 or satisfactory score on the English Placement Test*
The techniques of effective writing, logical thinking, and intelligent reading, with special emphasis on expository writing. To ensure competence in oral communications, a speech component is included. Offered every semester.

## ENG 122 - Academic Writing II
**3 credits** *Prerequisite(s): ENG 121*
A continuation of ENG 121. Expository writing based on analytical study of literary genres and an introduction to the research process. To ensure competence in oral communications, a speech component is included. Offered every semester.

## ENG 198 - Foundations of the English Major
**3 credits** This course introduces students to the foundations of the English major and offers in-depth study and application of research techniques, introduction to scholarly research in the field, library resources, and methods of critical evaluation. This course introduces students to methods of literary research, scholarship, and a critical

vocabulary necessary for the writing of sophisticated papers. In addition, this course will address central questions in the English major and within the specializations such as the following: What are the goals of reading literature? What are the goals of writing for the professions? How do you write creatively? By looking at the three specializations, students will understand the similarities and differences inherent in each specialization and will examine different ways of thinking about meaning, language, reading, and writing.

## ENG 199 - Introduction to the English Portfolio
1 credit *Prerequisite(s):* ENG 121
In this course, students from each of the English specializations will be introduced to the general concept of the English Portfolio, and learn how the portfolio functions professionally in their chosen specialization beyond the bachelor's degree. They will learn key functions of the portfolio platform that they will maintain throughout their program. Cohorts will increase critical and creative thinking skills through course discussion of the English Portfolio.

## ENG 202 - Creative Writing
3 credits *Prerequisite(s):* ENG 122 and FAS 101
Introduction to the creative process, analyzing creative writing in various genres, and the study of master writers. Offered annually.

## ENG 205 - Introduction to Professional Writing
3 credits
*Prerequisite(s):* ENG 122
Intro to Professional Writing is a skills-based course introducing students to the principles and practices they will need as professional writers. Writing as a professional entails learning the forms of writing that professionals in their field commonly utilize. In this course, students will be introduced to types of and techniques for producing professional writing, including business correspondence, proposals, reports, presentations, and other texts often found in business and professional communities. Being a professional also means being able to read and write effectively in any professional situation. For that reason, this class will focus on the practice of reading and writing rhetorically.
Good writers and editors can put their skills to use in a myriad of professional careers, including public relations, book and magazine publishing, corporate communication, web content development, education and training, marketing and advertising, technical writing, and many others. Each discipline assumes its practitioners have mastered certain basic skills critical to success in the profession. Therefore, this course examines the writing, editing, and information design skills that form the basis of a professional writing career. This course also examines the appropriate and effective use of media, such as graphs and photos, as well as communication channels, especially those that employ technology.

## ENG 210CL - Love and Desire in Literature
3 credits *Prerequisite(s):* ENG 122
A study of representations of love and desire in literature and their various manifestations in different time periods and cultures. Students will learn and apply basic tools of literary analysis while considering larger questions about the nature of love and desire.

## ENG 215CL - Monsters and the Monstrous in Literature
3 credits *Prerequisite(s):* ENG 122
Through reading about the monster and/or the monstrous in literature, students will question what it means to be human and understand how cultures create fictional monsters as ways to define what it means to be civilized.

## ENG 220 - Introduction to Literary Study and Research
3 credits *Prerequisite(s):* ENG 122
In-depth study and application of research techniques. Introduction to scholarly journals in the field, library resources, and methods of critical evaluation. Offered annually.

## ENG 220CL - On the Proverbial Road: Journeys of Transformation in Narrative
3 credits *Prerequisite(s):* ENG 122
Trailblazers, pathfinders, adventurers, and even reluctant anti-heroes: When questers of any sort—whether willingly or unwillingly—take the road less traveled, why are we compulsively drawn to their tales? In this course, prepare to voyage alongside the brainchildren of global storytellers from diverse eras on literal, metaphorical, and psychological journeys. By engaging narratives in differing genres, including some in translation, and using a variety of learning strategies, such as close reading, students will both explore and consider the ubiquitous themes of overcoming adversity and transformation in characters who undertake roundtrip journeys from their familiar, ordinary worlds to unfamiliar, extraordinary destinations.

## ENG 225 - Survey of World Literature I
3 credits *Prerequisite(s):* ENG 122 and ART 123, ENG 202, FAS 123, FAS 125, or MUS 123
Designed to introduce non-English majors to world literature in translation, from ancient civilizations through the 17th century. Continued emphasis on literary devices writers use and on expository writing based on analytical study of the literature of the course. Offered annually.

## ENG 225CL - Writing Wild: Exploring the Four Genres
3 credits *Prerequisite(s):* ENG 122
Students in this course will explore the four main genres of creative writing—poetry, fiction, creative nonfiction, and

drama. Using their senses and memories as the primary media, students will learn first to discover and then to map their own creative aesthetics from the wild landscapes of their subconscious and conscious, using imagistic writing.

## ENG 226 - Survey of World Literature II
3 credits *Prerequisite(s): ENG 122 and ART 123, ENG 202, FAS 123, FAS 125, or MUS 123*
Designed to introduce non-English majors to world literature in translation, from the 18th century through the 20th century. Continued emphasis on literary devices writers use and on expository writing based on analytical study of the literature of the course. Offered annually.

## ENG 227 - Basic Journalistic Writing
3 credits *Prerequisite(s): ENG 122*
Basic theories and procedures in collecting and writing news. Offered as needed.

## ENG 230 - Rhetoric in Writing
3 credits
*Prerequisite(s):* ENG 122
By combining lecture and applied skills-development activities, this course:
1.   introduces students to rhetoric as a functional tool that can help navigate the media that surrounds us every day;
2.   models public uses of rhetoric as a source of inspiration and supplemental instruction, as well as an object for critique; and
3.   asks students to practice what they've learned from the instruction and models.
This examination and emulation of texts and speakers from the past and present allows students to find their own voice, add to their rhetorical toolbox, and strengthen their creative, critical-thinking, and writing skills in the future. By looking closely at the strategies used by content creators, this class equips students to see through the texts around them and peer into the minds behind the texts. This course is offered once per year.

## ENG 310 - Social Media Communications
3 credits
*Prerequisite(s):* ENG 122
This course exposes students to social media platforms and their application in the digital world. Students gain practical experience while developing insights into social media that can be taken into their professional careers. Through case studies, out-of-class exercises, and discussions, students develop skills to connect company needs and objectives to social media strategy, platforms, and tactics. Topics include appropriate platforms, creating effective and engaging social media content, content management, social listening, policy, and ethics. Students are provided first-hand experience in creating content on real-world social media platforms.

## ENG 311 - Survey of Major Writers of the 20th Century
3 credits *Prerequisite(s): ENG 122 and ART 123, ENG 202, FAS 123, FAS 125, or MUS 123*
A study for non-English majors of the most significant and influential movements of the 20th century as those movements have shaped the course of human experience. Provides an opportunity for students to discuss and analyze a broad range of writers from several countries, drawing on cultural and ethnic issues particularly relevant to those writers. Not available for upper-division elective credit in the English major. Offered annually.

## ENG 312 - Foundations of British Literature I
3 credits *Prerequisite(s): ENG 220*
A survey of British literature and literary history from its beginnings to 1800, excluding the novel. The course continues to emphasize different critical approaches to texts and to hone research skills learned in ENG 122 and ENG 220.

## ENG 313 - Foundations of British Literature II
3 credits *Prerequisite(s): ENG 220*
A survey of British literature and literary history of the 19th and 20th centuries, excluding the novel. The course continues to emphasize different critical approaches to texts and to hone research skills learned in ENG 122 and ENG 220.

## ENG 315 - Studies in Narrative: Telling Tales in School
3 credits *Prerequisite(s):* ENG 122
An intensive writing course that will explore the finer techniques of reading, crafting, and revising narratives. Using seminal works from a variety of genres as a guide, students will write exercises and workshop and revise new creative work with an emphasis on story-telling and narrative form.

## ENG 316 - Southern Literature
3 credits *Prerequisite(s): ENG 122*
A study of Southern literature emphasizing the period known as the Southern Renascence (1920-1950) and including Faulkner, McCullers, Welty, and Styron. Offered in alternate years.

## ENG 318 - English Pre-Internship
3 credits *Prerequisite(s): ENG 122, acceptance to the internship by the area coordinator of English, and approval by the Dean*
Provides students an opportunity to use their writing skills in an arena where they will work with professional writers,

editors, and producers. The internship takes place in a newspaper, magazine, public affairs office, or radio or television station. May be taken twice for credit. Offered annually.

## ENG 319 - Studies in Speculative Fiction
**3 credits**
*Prerequisite(s): ENG 220 or Junior standing or permission of instructor*
Utilizing an eclectic representation of speculative fiction narratives and approaches, as designated by the instructor, this in-depth survey of varying, influential, and imaginative works from the science fiction, fantasy, and horror subgenres fortifies students' abilities to identify topoi; form intertextual connections; and, using the core values, read, think, and write critically by exploring ways this dynamic, global category both influences and is influenced by the decisions of popular culture, historical/contemporary social concerns, and/or dominant ideology structures. Satisfies the requirement for Group II of the Literary Studies specialization.

## ENG 320 - Foundations of American Literature
**3 credits** *Prerequisite(s): ENG 122*
Focuses on American literary history up to the Modern period. Emphasis on the relationship between literature and culture during certain historical periods. Sample study areas include the Puritan Tradition, American Romanticism, and Realism and Naturalism.

## ENG 321 - The English Novel
**3 credits** *Prerequisite(s): ENG 220*
The historical development of the English novel primarily of the eighteenth and nineteenth centuries. Investigation and analysis of secondary materials and in-depth expository discussions of assigned novels. Offered in alternate years.

## ENG 323 - History and Structure of the English Language
**3 credits** *Prerequisite(s): ENG 122*
An eclectic approach to the history of the English language through discussion of phonology, morphology, syntax, and vocabulary. Offered annually.

## ENG 324 - Writing About Audiovisual Media
**3 credits** *Prerequisite(s): ENG 122 and ENG 205*
A course on analyzing and writing about films, plays, and television productions. Students will also read and respond to professional and academic reviews and analysis. Offered in alternate years.

## ENG 326 - Playwriting
**3 credits** *Prerequisite(s): ENG 202*
Fundamentals of writing for the stage. Students have the option of writing scripts designed for television or motion pictures. Emphasis on plot, theme, dialogue, and characterization. Offered in alternate years.

## ENG 327 - Mythology
**3 credits** *Prerequisite(s): ENG 122*
An in-depth study of representative myths and the recurring figures, themes, and motifs found in these myths (such as creation myths, flood myths, visions of the underworld, and the figure of the hero). Emphasis on classical myths found in our Western tradition. Offered in alternate years.

## ENG 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of English that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

## ENG 330 - Foundations of American Literature II
**3 credits** *Prerequisite(s): ENG 122 and ENG 220*
This course is the second in a sequence of courses in American literature for the English major. The course will focus on American literary history from 1865 to the present. Emphasis is on the relationship between literature and culture during certain historical periods from the post-Civil War period through the present and includes an introduction to realism, naturalism, modernism, and postmodernism in American literature. The course continues to emphasize different critical approaches to texts and to hone research skills learned in ENG-122 and ENG-220.

## ENG 332 - Creative Non-fiction
**3 credits** *Prerequisite(s): ENG 202*
Furthers development of student skills in non-fiction prose, with special emphasis on practicing the array of creative devices currently in use. Workshop format. Offered in alternate years.

## ENG 334 - Writing the Short Story
**3 credits** *Prerequisite(s): ENG 202*
Emphasizes practicing traditional techniques in writing short fiction: plot, characterization, point of view, setting, voice, and style. Workshop format. Offered in alternate years.

## ENG 335 - Verse Writing

**3 credits** *Prerequisite(s): ENG 202*
Students practice techniques in writing poetry: theme, imagery, musical devices, and metrics. Offered in alternate years.

## ENG 336 - Modern Drama
**3 credits** *Prerequisite(s): ENG 122, ENG 220*
A study of modern drama from its origins in the late 19th century to the present. Styles investigated include modern realism, tragedy, expressionism, the theatre of the absurd, and contemporary performance. Representative playwrights include Ibsen, Chekhov, Shaw, O'Neill, Williams, Miller, Beckett, and Shepard. Offered in alternate years.

## ENG 340 - Topics in Selected Literary Studies
**3 credits** *Prerequisite(s): ENG 122*
Revolving course offerings focusing on literary communities and texts of diverse cultures such as African American literature, Native American literature, and Latin American literature.

## ENG 343 - Major Writer Seminar
**3 credits** *Prerequisite(s):* ENG 220 or Junior standing, or permission of instructor.
This discussion-centric course is dedicated to the intensive study of a singular, notable writer, which can vary by offering and instructor. Informed with multi-disciplinary approaches, students will give special attention to selected primary works by the same author, and relevant secondary materials, such as biography, essays by the author, and/or scholarly writings about the texts. Upon completion, students should be able to demonstrate the critical thinking skills of diligent analysis, evaluation, and interpretation regarding the works examined in the form of research, reports, and/or writing assignments. Satisfies the requirement for Group IV of the Literary Studies specialization.

## ENG 345 - Studies in Place: Are We There Yet?
**3 credits** *Prerequisite(s):* ENG 122
Students will read poetry, fiction and nonfiction that explore the essential element of place in this reading and writing intensive creative writing course. Using seminal works from diverse authors as models, students will apply creative writing techniques to craft believable places in their own writing.

## ENG 346 - Literary Conflicts and Conversations
**3 credits** *Prerequisite(s):* ENG 198
This course examines the important conflicts that writers have grappled with from literature's early development through our contemporary time period. As humans have questioned their relationships to self, God, nature, and other humans, literature has explored and answered these debates. Students will engage in these conversations by exploring diverse literature while developing their skills as readers and writers.

## ENG 349 - History and Literary Movements in Literature
**3 credits**
*Prerequisite(s):* ENG 198
A study of Western canonical literature published before the twentieth century that concentrates on a recognized historical age (such as the Renaissance or Victorian era) or literary movement (such as the Romantics or slave narratives).

## ENG 355 - Studies in Voice: What Do You Have to Say?
**3 credits**
*Prerequisite(s):* ENG 122
What makes you sound like you and no one else? This course aims to help students discover what they want to say and how to say it. Students will read seminal and diverse texts as they develop a better understanding of the major elements of three genres, the workshop environment, and most importantly, their own individual writing voice.

## ENG 398 - English Portfolio Review
**1 credit** In this course, students from each of the English specializations will carefully assess their progress towards completion of their digital English portfolio. All major contributions will be identified, compiled within the chosen platform, and revised accordingly. Students will make brief presentation of their work in progress, and will hone peer review skills by critically reading one another's portfolios in progress.

## ENG 399 - Junior Oral Examination
**0 credits** *Prerequisite(s): Junior standing*
Oral examination covering course material from three of the four English Foundations Courses: ENG 312, ENG 313, ENG 320, and ENG 330; the student chooses which three courses for the exam's content.  Students must receive a passing score on the exam in order to enroll in ENG 498: Senior Seminar. Given every spring.

## ENG 410 - Reading the Planet: Comparative Global Literatures in Translation
**3 credits** *Prerequisite(s):* ENG 122 and ENG 220
This course - as designated by instructor - is intentionally focused on select comparative, non-Anglophonic figures and cultural texts in translation from diverse geopolitical regions, genres, styles, movements, and epochs. It provides English majors an opportunity to explore both canonical and non-canonical writers and works of significance normally excluded from the British and American foundation courses, encourages an array of eclectic critical approaches, and continues to refine research tools acquired in both ENG-122 and ENG-220. Seminar format. Offered in alternate years.

## ENG 413 - Studies in Early British Literature

3 credits *Prerequisite(s): ENG 220 and ENG 312 or ENG 313*

An in-depth focus, as designated by instructor, on select writers (excluding Shakespeare), movements, genres (excluding the novel), or literary periods in British literature from its beginnings to the 20th century. The course continues to emphasize different critical approaches to texts and to hone research skills learned in ENG 122 and ENG 220, while offering a more sophisticated look at some of the works studied in the foundations of British literature courses and an opportunity to study authors potentially excluded from the foundations courses. Offered in alternate years.

## ENG 415 - Contemporary Literature's Winners, Losers and Also Rans

3 credits *Prerequisite(s): ENG 220*

An intensive study of prose (fiction and nonfiction) and poetry written by award-winning, nominated, and un-nominated but deserving writers. All texts in the class must have been written originally in English and created during the past twenty-five years.

## ENG 416 - Women and Literature

3 credits *Prerequisite(s): ENG 220 - Introduction to Literary Study and Research*

A study of works written by and about women within the British and American literary traditions. This course will familiarize students with the contributions of women writers and issues of feminist theory and gender within these traditions.

## ENG 420 - Studies in American Literature

3 credits *Prerequisite(s): ENG 220 and ENG 320*

In-depth focus, as designated by instructor, on select writers, movements, genres, or literary periods in the study of American literature. The course continues to emphasize different critical approaches to texts and to hone research skills learned in ENG 122 and ENG 220, while offering a more sophisticated look at some of the works studied in the foundations of American literature course and an opportunity to study authors potentially excluded from the foundations course. Offered in alternate years.

## ENG 421 - Professional Editing

3 credits *Prerequisite(s): ENG 205 and ENG 230*

This is not a lecture-based course. This is a skills-based course, and students are expected to do the real work of editors, which includes research, creative and technical writing, and collaborative work with teams and clients. Professional Editing introduces students to the practice of editing in a business, government, or non-profit environment. Editors play a crucial part in the communication of information in these contexts, and this course will offer students the opportunity to assume the role of editor for various projects. Through hands-on experience with real-world clients, students will learn how to develop objectives for different levels of editing, work with and substantially improve print and visual texts in both print and digital contexts, and effectively establish and maintain relationships with authors and others involved in the production of texts.

## ENG 422 - Shakespeare

3 credits *Prerequisite(s): ENG 220 and ENG 312*

Selected sonnets, comedies, histories, and tragedies, with consideration of Shakespeare's dramaturgical development. Offered in alternate years.

## ENG 428 - English Internship

3 credits *Prerequisite(s): ENG 318, acceptance to the internship by the chair of the department, and approval by the Dean*

Provides students an opportunity to use their skills in a professional setting by allowing them to work with professional writers, editors, and producers. The internship takes place in a newspaper, magazine, public affairs office, or radio or television station. May be taken twice for credit. Offered annually.

## ENG 429 - Advanced Directed Study and Research

1-3 credits *Prerequisite(s): Permission of faculty member and Dean*

Intensive individual study in a particular aspect of English that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Students must submit a written request for enrollment prior to registration. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

## ENG 430 - The Independent Writer

3 credits

*Prerequisite(s): ENG 326, ENG 332, ENG 334 OR ENG 335*

Advanced study in writing longer works, such as full-length plays and novels. May be taken twice for credit.

## ENG 433 - Studies in Modernism and Postmodernism

3 credits *Prerequisite(s): ENG 220, ENG 313, and ENG 320*

Intensive study of significant figures, movements, and works of 20th-century writers representing modern and postmodern literary periods.

## ENG 435 - Literary Criticism

**3 credits** *Prerequisite(s): ENG 220*
Principles and methods of literary criticism and theory, with application of critical methods to works by representative writers in the Western canon. Offered in alternate years.

## ENG 440 - Selected Topics in Professional Writing
**3 credits** *Prerequisite(s): ENG 205*
A rotating topics course that focuses on particular topics in professional writing, including advanced journalism, professional editing, advanced playwriting, advanced verse writing, and advanced fiction writing. Offered in alternate years.

## ENG 441 - Advanced Journalism
**3 credits**
This course is designed to expand on the knowledge of the basic journalism class. The focus of the course is to not only on improve writing skills in different areas of journalism, such as feature or editorial writing, but also to strengthen interviewing, presentation, and layout skills. It will also delve into the digital when dealing with how to create online, multimedia articles. The class will also learn to work as a team to create and complete various projects both in and out of class.

## ENG 450 - Desktop Publishing and Design
**3 credits** *Prerequisite(s): ENG 122*
This course will expose students to the essentials of desktop publishing through practical experience. This goal will be accomplished through reading, in-class and out-of-class assignments, quizzes, and tests. Students will learn to create a variety of publications ranging from typography to newsletters to brochures. Particular emphasis is placed on the elements of layout and design. Offered every fall.

## ENG 462 - Seminar in Prose: Fiction/Nonfiction
This course is designed to provide the foundations for fiction and creative nonfiction writers to continue studying and honing their craft in a workshop environment. Students will not only learn the discipline of writing creative prose but also to begin the development of a personal aesthetic.

## ENG 463 - Seminar in Poetry
**3 credits** Students will read and analyze the techniques of traditional and free verse form poetry by diverse authors. Using seminal works as models, students will apply poetic techniques to craft their own form and free verse poems.

## ENG 498 - Senior Seminar
**3 credits** *Prerequisite(s): Senior standing and passing score on ENG 399: Junior Oral Examination*
An in-depth exploration of one or more literary topics, with sessions on graduate schools, career planning, and résumé writing. Required during the fall semester of the senior year for English majors.

## ENG 499 - Senior English Portfolio Assessment
**1 credit** In this course, students from each of the English specializations will finalize selection of portfolio pieces, conduct final revision, peer review one another's portfolios, draft, revise, and finalize their portfolio reflection essay, and submit the complete portfolio for assessment by three faculty members.

# Environmental Science

## ENV 200-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
This course is designed to enhance the academic experience by offering courses in specialized technical areas outside of the course requirements. Offered as needed. A course fee may apply.

## ENV 201 - Geoscience
**3 credits** *Prerequisite(s): Sophomore standing*
*Corequisite(s): ENV 201L*
This course will familiarize the student with the basic principles of hydrogeology, soils, topography, physiography, mapping, climate, and weather. The course also will investigate the nature of the physical environment from the standpoint of resource use. There is one three-hour lecture period scheduled each week. This course is offered on demand.

## ENV 201L - Geoscience Laboratory
**1 credit** *Prerequisite(s): Sophomore standing*
*Corequisite(s): ENV 201*
This laboratory course will provide students with hands-on experience in the application of concepts and issues related to hydrogeology, soils, physiography, mapping, climate, and weather. One three-hour laboratory period is scheduled each week. This course is offered on demand. A course fee may apply.

## ENV 205 - Oceanography
**3 credits** This course will provide an introduction to the study of physical oceanography. Topic to be investigated will include ocean currents, waves, tides, bathymetry, biogeochemical cycles, and the physical and chemical properties of seawater. This course is offered every other year in fall semesters.

### ENV 330 - Environmental Studies: Creating Sustainable Societies

**3 credits** *Prerequisite(s): SCI 101  and SCI 102*

This course is designed to help the student consider how human societies must change in order to create a long-term sustainable interdependent relationship between humans and the rest of the ecosphere. Current rates of human population growth, habitat destruction, energy use, greenhouse gas emissions and climate change, soil erosion and desertification, extinction of species, air and water pollution, living and mineral resource depletion, and waste production point towards an unsustainable future without significant changes. The scientific, social, economic, ethical, political, religious, social justice, and technological aspects of the problems and their solutions will be considered. Students will be challenged to participate in the creation of an ecologically sustainable future. This is a required course for the B.A. in liberal studies.

### ENV 350 - Global Climate Change

**3 credits** *Crosslisted:* BIO 350

*Prerequisite(s):* SCI 101  and SCI 102

This course examines the cause and consequences of global climate change and what individuals and society can do to mitigate the effects of climate change.  The emphasis of this course is on the planet as a whole system.  A basic overview of physical systems, including the carbon cycle, the role of oceans and ice caps, and how these systems are modeled is stressed.  The consequences of climate change, both cultural and biological, and the policy, adaptation and change people can make are examined in detail, as well.

### ENV 401 - Advanced Environmental Science

**3 credits** *Prerequisite(s): BIO 325, BIO 325L, CHE 312, and CHE 312L*

*Corequisite(s): ENV 401L*

This course is designed to provide students with a simulation of the work environment of a professional environmental scientist. This will include detailed information pertaining to many different situations that may potentially be encountered in the work environment. In addition, students may begin work on a field research project. Three hours of lecture are scheduled each week. This course is offered on demand, traditionally in the fall semester.

### ENV 401L - Advanced Environmental Science Laboratory

**1 credit** *Prerequisite(s): BIO 325, BIO 325L, CHE 312, and CHE 312L*

*Corequisite(s): ENV 401*

This laboratory course will provide students with hands-on experience with carrying out procedures applicable to real environmental science work environments. One three-hour laboratory period is scheduled each week. This course is offered on demand, traditionally in the fall semester. A course fee may apply.

### ENV 402 - Environmental Regulations

**2 credits** *Prerequisite(s): BIO 325*

This course will provide the student with a working knowledge of the major federal legislation that governs the use of environmental resources in the United States. In addition, information on the regulatory framework in the U.S. and in Florida will be presented. Legislation will be discussed from the viewpoint of the professional environmental scientist. Offered spring semesters in alternate years.

### ENV 403 - Seminar in Environmental Science

**3 credits** *Prerequisite(s): BIO 325*

Students are required to read and discuss current and historical literature and film to give them a broader understanding of environmental issues and ethics. The course will give students exposure to scientific readings documenting environmental transformation, as well as literature that examines how humans value nature and the ethical challenges that environmental change presents. This course is offered on demand, traditionally in the spring semester. A course fee may apply.

## Finance

### FIN 420 - International Finance

**3 credits** *Prerequisite(s):* ECO 201 and MGT 325

This course introduces students to the major issues of the international financial system and the challenges of managing financial operations in the global markets. Students learn how to deal with foreign exchange exposure, how to assess and hedge against political and economic risks, how to manage multinational capital budgeting, how to deal with multinational tax requirements, and how to practice good corporate governance and responsible stewardship in a global environment.

## Fine Arts

### FAS 100-400 - Special Topics

327

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in fine arts that is designed for a specific class level: freshman (100) through senior (400).
Topic is announced in advance of registration.

## FAS 101 - Practical Skills in Theatre
**1 credit**
Course designed to provide the student with a transferable skill valuable in a variety of careers.

## FAS 102 - Practical Skills in Theatre
**1 credit**
Course designed to provide the student with a transferable skill valuable in a variety of careers.

## FAS 110CL - Living the Theatre: Dramatic Skills for all Disciplines
**3 credits** If "all the world is a stage," then everyone can benefit from the skills learned in the theatre. Theatre is a collaborative art form that calls on people with a wide range of skills and abilities to work together to create something special. Through active participation, students will learn the basic principles of performance, design, and operations alongside readings from selected works of noted playwrights and theatre practitioners. By working and studying in such an environment, students learn the applicability of theatre practitioners' skills to life in the theatre and beyond.

## FAS 123 - Introduction to Film
**3 credits** *Prerequisite(s): FAS 101*
A survey course treating film as a modern art form. Includes thematic content and aesthetic problems that face film theoreticians.

## FAS 125 - Introduction to Theatre
**3 credits** *Prerequisite(s): FAS 101*
Investigates the imaginative processes involved in creating theatre. Emphasizes the dramatic event, dramatic literature in performance. Examines the roles of audience, actor, playwright, director, and others who collaborate to create the theater experience.

## FAS 127 - Acting
**3 credits** Basic principles of acting open to all majors, including students with no theatre experience. There will be a study and practice of the stylized tradition and the method tradition.

## FAS 137 - Stagecraft
**3 credits**
Execution of the technical elements of theatrical production, including lighting, scenery, audio, costumes, and makeup.

## FAS 147 - Script Analysis
**3 credits** This course covers analysis of the dramatic text. Study will focus on the forms, styles, and structures of various dramatic pieces and genres.

## FAS 201 - Practical Skills in Theatre
**1 credit**
Course designed to provide the student with a transferable skill valuable in a variety of careers.

## FAS 202 - Practical Skills in Theatre
**1 credit**
Course designed to provide the student with a transferable skill valuable in a variety of careers.

## FAS 220 - Theatre Playhouse 90
**1 credit** *Prerequisite(s): Permission of Instructor*
Theatre performance open to all majors, including students with no theatre experience. Acting, directing, playwriting, and stagecraft will be studied and practiced. May be repeated for credit.

## FAS 227 - Acting II Scene Study
**3 credits**
*Prerequisite(s): FAS 127*
This course utilizes objective-driven acting technique to scene work to improve each actor's ability to work with scene partners to bring about realistic, emotional scenes. This course proposes practical solutions to balancing preproduction script analysis and spontaneous, moment-to-moment discoveries in performance using the actor's mind, intuition, and physicality. Course concepts are applied to an intensive scene study, primarily in contemporary theatrical literature.

## FAS 228 - Movement I
**3 credits**
*Prerequisite(s): FAS 127*
Theory and practice in movement for the actor to facilitate efficiency of movement patterns and development of characterization skills. Focus is on Laban and Viewpoints training.

## FAS 230 - Theatre Practicum I
**1 credit** *Prerequisite(s): Permission of the Director of Theatre*
Provides students an opportunity to contribute to the technical aspects of a mainstage production of a full-length play. May be repeated for credit.

### FAS 237 - Introduction to Scenography
**3 credits**
*Prerequisite(s):* FAS 137
Introduction to the art, theory, and practice of scenic design. Topics include color theory, visual imagery, scenographic imagination, and the practical communication of ideas through renderings, drawings, and models.

### FAS 238 - Directing
**3 credits**
*Prerequisite(s):* FAS 147
Basic principles of directing open to all majors. Emphasizes the director's artistic and collaborative responsibility for script analysis, blocking, intuitive movement, set design, and lighting design.

### FAS 240 - Theatre Practicum II
**1 credit** *Prerequisite(s): Permission of the Director of Theatre*
Provides students an opportunity to perform a significant role in a mainstage production of a full-length play and to examine issues related to acting and interpreting dramatic literature. May be repeated for credit.

### FAS 247 - Theatre History I
*Prerequisite(s):* FAS 147
This course emphasizing the ways in which theatre functions as a social, political, and economic institution in a variety of representative settings. The course covers the physical spaces of performance, methods of scenic design, lighting, costuming, staging, acting, and the organization of theater as a social event from the origin of theatre until the end of the 18th century. In other words, we will try to reconstruct what the theater event was like in other times and places.

### FAS 248 - Theatre History II
**3 credits**
*Prerequisite(s):* FAS 147
The course traces the evolution in the nineteenth century of theatrical and dramatic conventions that affect how we perform theatre in contemporary times, including melodrama, the "well-made play," and scenic realism. We will then investigate the development of, and the interaction between, four approaches to theater that dominated most of the twentieth century: popular theatre, psychological realism, subjective theater (culminating in the Theater of Cruelty), and political (epic) theater. We will conclude by examining the way that postmodernism and post-colonialism have challenged underlying assumptions of European modernism.

### FAS 301 - Practical Skills in Theatre
**1 credit**
Course designed to provide the student with a transferable skill valuable in a variety of careers.

### FAS 302 - Practical Skills in Theatre
**1 credit**
Course designed to provide the student with a transferable skill valuable in a variety of careers.

### FAS 327 - Acting III Acting for Camera and Voice
**3 credits**
*Prerequisite(s):* FAS 127
This course teaches students not only to work in front of the camera and a microphone but includes the professionalization skills needed to market that work.

### FAS 328 - Movement II
**3 credits**
*Prerequisite(s):* FAS 127
Theory and practice in movement for the actor to facilitate efficiency of movement patterns and development of characterization skills. Focus is on historical movement, Feldenkrais, and Suzuki methods.

### FAS 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of fine arts that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion.

### FAS 330 - Theatre History and Theory
**3 credits** *Prerequisite(s): ENG 122 and FAS 125*
The study of the development of theatre as an art form from antiquity to the present. Topics include theatre architecture, genre, and theoretical examinations of the means and goals of theatre. Offered as needed.

### FAS 337 - Advanced Direction
**3 Credits**
This course builds on the first directing class by helping the student solve stage problems, experiment with different directing techniques, and find confidence in discovering each student's directorial voice.

### FAS 338 - Stage Management
**3 credits**

*Prerequisite(s):* FAS 137

Students will be introduced to the fundamentals of organization, production, and stage management for theatre and live performance.

## FAS 340 - Dramaturgy I

**3 credits** *Prerequisite(s): FAS 125*

This course covers analysis of the dramatic text. Study will focus on the forms, styles, and structures of various dramatic pieces and genres. Offered in spring semester.

## FAS 347 - From Page to Stage

**3 credits**

*Prerequisite(s):* FAS 137

Every theatre artist must learn to read plays and decide for themselves what is a good fit for them and for their theatres. This class will expose students to a wide variety of genres and historical eras of plays to help guide each student's understanding of what makes a good show. The emphasis in the class is on discovery of texts.

## FAS 348 - Devised Theatre

**3 credits** *Prerequisite(s):* FAS 137 and FAS 147

This course uses improvisation and physical theatre exercises to create a work of theatre for a specific audience. The finished work may be part of the mainstage season or a touring show for a center or a local community. Students will gain knowledge of both the writing process as well as the work of Boal and Theatre of the Oppressed.

## FAS 349 - Introduction to Dramatic Writing

**3 credits**

*Prerequisite(s):* FAS 147

Introduction to Dramatic Writing will inspire the students to write creatively and dramatically by opening up their imaginative and inventive resources. It will focus on factors essential to drama, including an overview of the language used by actors and improvisers, to enable the students to write their first plays. Upon completion of this course, each student will have submitted two short dramatic works: a one-act play (for the stage) AND a screen adaptation of that selfsame play (approx. 20-25 pages each), a graphic novel of the story (8-10 pages), or a design narrative for a video game (3-4 pages with additional graphs and models). These pieces will demonstrate creative control of characterization, dramatic action, tension, and conflict, dialogue, structure, and medium, as well as a knowledge of the professionally accepted formats of playwriting and/or screenwriting. The student will also gain experience in hearing their own work "read," hearing the work of other students, and giving and receiving critical response to those works.

## FAS 401 - Practical Skills in Theatre

**1 credit**

Course designed to provide the student with a transferable skill valuable in a variety of careers.

## FAS 402 - Practical Skills in Theatre

**1 credit**

Course designed to provide the student with a transferable skill valuable in a variety of careers.

## FAS 426 - Full-Length Playwriting

**3 credits** *Prerequisite(s): ENG 326*

Students in this course will build upon the short-form skills mastered in ENG 326 and modify them to create the long-form dramatic piece. By the end of each term, every student will have completed at least two full-length plays.

## FAS 427 - Selected Topics in Acting

**3 credits**

*Prerequisite(s):* FAS 127

This course covers areas of acting with a highly specialized focus. Topics could include specialized acting training (Vakhtangov, Chekhov, Grotowski, etc.), styles (Theatre of the Absurd, Theatre of the Oppressed), or topics (Theatre for Social Justice, Theatre for Community Engagement.

## FAS 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*

Intensive individual study in a particular aspect of fine arts that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member.

## FAS 430 - Digital Performance

**3 credits**

*Prerequisite(s):* FAS 127, FAS 137 and FAS 147

Digital technologies have created new ways for theatre artists to perform and tell stories. This course melds theory with practice to investigate new art forms that combine theatre, music, video, installation, computers, sensors, and digital technology. Students will learn to manipulate sound, light, and projections and to use sensors that respond to touch, light, sound, and movement.

### FAS 436 - Theatre Practicum
1 credit
*Prerequisite(s):* FAS 147
Provides students an opportunity to master technical aspects of set, costumes, lights, media, sound, and/or make-up.
May be repeated two times for credit.

### FAS 437 - Selected Topics in Technical Theatre
1 credit
*Prerequisite(s):* FAS 137
Offered irregularly, this course offers specialized instruction focused on a particular area of technical theatre with the intention of creating a professional resume line for the student. Topics could include advanced stage direction or management, pattern making, furniture construction, prop making, or advanced design.

### FAS 440 - Dramaturgy II
3 credits *Prerequisite(s): FAS 340*
This course covers analysis of the dramatic text within the developmental process. Study will focus on the issues facing dramaturges collaborating with playwrights and directors during the writing and productions process.

### FAS 447 - Selected Topics in History, Literature and Creation
1 credit
*Prerequisite(s):* FAS 147
Offered irregularly, this course offers specialized instruction focused on a particular area of technical theatre with the intention of creating a professional resume line for the student. Topics could include advanced stage direction or management, pattern making, furniture construction, prop making, or advanced design.

### FAS 450 - Senior Seminar
3 credits
*Prerequisite(s):* FAS 127 , FAS 137  , and FAS 147
Culmination of the study of theatre with a comprehensive reflection of skills learned through production and classes.


## French

### FRE 111 - Beginning French I (French Level I-A)
3 credits An introduction to the fundamentals of pronunciation, conversation, grammar, and written communication through the acquisition of basic French vocabulary with an introduction to the culture of the francophone world. Open only to students with little or no background in French.

### FRE 112 - Beginning French II (French Level I-B)
3 credits *Prerequisite(s): FRE 111 or equivalent of one year high school French*
Continuation of FRE 111.

### FRE 211 - Intermediate French I (French Level II-A)
3 credits *Prerequisite(s): FRE 112 or permission of instructor*
A continuation of the study of the French language and its culture. Emphasis on the acquisition of intermediate-level grammar and enhancement of skills in oral communication, listening, reading comprehension, and writing.

### FRE 212 - Intermediate French II (French Level II-B)
3 credits *Prerequisite(s): FRE 211 or permission of instructor*
Continuation of FRE 211.


## General Business Administration

### GBA 100-400 - Special Topics
1-3 credits *Prerequisite(s): Permission of the department chair and Dean*
A variable-content course in general business administration that is designed for a particular class level: freshman (100) through senior (400). The topic is announced in advance of registration. Offered as needed.

### GBA 105 - Introduction to Business
3 credits An introductory course in business administration. This course examines business as an active partner in our total economic system. It will generate an awareness of the social responsiveness of business as well as a knowledge of its relationships with government, labor, and the public.

### GBA 231 - Business Law I
3 credits *Prerequisite(s): ENG 122*
The U.S. legal system (constitutional framework), the judicial system, the administrative agency system, the legal theory of the organization (agency law, forms of organization), an organization's legal obligations (torts, contracts, common law, and the Uniform Commercial Code), and public law (employment, securities, antitrust, consumer and environmental protection) are reviewed.

### GBA 298 - Professional Development Seminar
*3 credits Prerequisite(s): Sophomore Standing required*
This capstone course will focus on the practical application of knowledge attained in all functional business areas studied throughout the course. Course contents include such topics as decision-making methods, active listening, interpersonal communications, written communications, intercultural awareness and sensitivity, presentation skills, assertiveness, coaching, barriers to effective management, office politics, PowerPoint applications, non-verbal communication, business etiquette, impromptu speaking, career planning, job-seeking activities, creation of typical business documents, working in a team/group environment, business etiquette, coaching/mentoring, conducting meetings, and self-assessment. The student is required to use his or her skills attained in the program to create a comprehensive, innovative, and realistic professional development plan that illustrates how they plan to succeed in their chosen career path. In addition, the student must demonstrate his or her written, oral, and creative skills through the presentation of their Professional Development Plan to the class.  Additional examination fees may apply for this course.

### GBA 321 - Essential Business Skills
*3 credits Prerequisite(s): ENG 122 and junior standing*
This course will focus on the practical application of business skills needed by the emerging college graduate. Course contents include such topics as active listening, interpersonal communications, interviewing, intercultural awareness and sensitivity, presentation skills, assertiveness, coaching, written communications, barriers to effective management, office politics, PowerPoint applications, nonverbal communication, business etiquette, impromptu speaking, decision making, career planning, job-seeking activities, creation of typical business documents, working in a team/group environment, coaching/mentoring, conducting meetings, and self-assessment.

### GBA 332 - Business Law II
*3 credits Prerequisite(s): GBA 231*
An advanced course in the legal aspects of the banking system, an in-depth analysis of the Uniform Commercial Code, financial instruments, bankruptcy, creditor-debtor relationships, and securities regulation. Offered as needed.

### GBA 334 - Applied Decision Methods for Business
*3 credits Prerequisite(s): MAT 201*
This course explores the use of applied quantitative techniques to aid in business-oriented decision making. Emphasis is on problem identification and formulation with application of appropriate solution techniques and the interpretation of results. Included are probability theory; decision making under certainty, risk, and uncertainty; utility theory; forecasting; inventory control; PERT/CPM; queuing theory; and linear programming.

### GBA 335 - Administrative and Personnel Law
*3 credits* The effects of administrative and personnel laws on the decision-making responsibilities of practitioners. Explores the impact on personnel policies and practices of organizations. Addresses the development, intent, and implications of protective labor legislation from the federal to the local level. Offered as needed.

### GBA 398 - Integrated Perspectives on Business
*3 credits Prerequisite(s):* ACC 201, ACC 202, ECO 201, ECO 202, GBA 231, GBA 334, COM 327, MAT 201, MGT 301, MGT 325, and MKT 301
This course is designed to integrate the common body of knowledge program components in the Donald R Tapia School of Business and focus its students on applying critical thinking techniques to solve real-world problems and issues.  In addition, this class will serve as a review mechanism to prepare the student to take the Peregrine Test exam in Business. Additional examination fees may apply for this course.

### GBA 429 - Advanced Directed Study and Research
*1-3 credits Prerequisite(s): Permission of department chair and Dean*
Intensive individual study in a particular aspect of general business that is not covered in regular course offerings. Limited to students who have demonstrated the potential to pursue independent scholarly activity beyond regular course offerings. Written request must be made prior to registration. May be repeated for credit. Weekly meetings with a faculty member. Offered as needed.

### GBA 440 - International Business
*3 credits Prerequisite(s): MKT 301 and MGT 301*
A global perspective that educates students and professionals on the key issues facing international business managers as well as the strategies to operate and manage successfully multinational companies. It provides the tools and knowledge on how to use marketing, finance, operations, human resources, accounting, and logistics to create a sustainable competitive advantage. Basic theoretical principles are combined with real applications to demonstrate how they should be applied in the global business arena.

### GBA 498 - Strategic Management
*3 credits Prerequisite(s): ACC 202, MGT 325, MKT 301, GBA 334, and senior standing*
Formulation and implementation of strategies for top-level managers. An integrating course that applies all functional business areas in dealing with organizational challenges. Decision-making crucial to strategy formulation and implementation is applied in a global setting.

# Geography

## GEO 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
A variable-content course in geography that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration.

## GEO 221 - Introduction to Physical and Cultural Geography
**3 credits** *Prerequisite(s): Sophomore standing*
Topics in this course include maps and map reading, the history of geography, earth forms, weather, climate, soils, water, plants, minerals, conservation, and natural resources, along with political, economic, and cultural developments, population, settlement, and urbanization. The teaching of geography at the elementary level and secondary levels is also emphasized.

# German

## GER 111 - Beginning German I (German Level I-A)
**3 credits** An introduction to pronunciation, conversation, grammar, and written communication through the acquisition of basic German vocabulary with an introduction to the culture of German-speaking countries. Open only to students with little or no background in German.

## GER 112 - Beginning German II (German Level I-B)
**3 credits** *Prerequisite(s): GER 111 or equivalent of one year high school German*
Continuation of GER 111.

## GER 211 - Intermediate German I (German Level II-A)
**3 credits** *Prerequisite(s): GER 112 or permission of instructor*
A continuation of the study of the German language and its culture. Emphasis on the acquisition of intermediate-level grammar and enhancement of skills in oral communication, listening, reading comprehension, and writing.

## GER 212 - Intermediate German II (German Level II-B)
**3 credits** *Prerequisite(s): GER 211 or permission of instructor*
Continuation of GER 211.

# Global Studies

## GLO 100 - 400 - Special Topics
**1 - 3 credits** *Prerequisite(s):* Permission of faculty member and Dean/Center Director
A variable-content course in social science that is designed for a specific class level: freshman (100) through senior (400). Topic to be covered is announced in advance of registration. Offered as needed.

## GLO 210HM - Feeding the Planet: Challenges and Opportunities for the 21st Century
**3 credits** *Prerequisite(s):* ENG 122
How can there be starvation in a world of plenty? Is our Western diet socially, economically, and environmentally sustainable? Is there a place for traditional food systems in a globalized world? To answer these questions (and more), this course examines the cultural, social, economic, and political aspects of food production, distribution, and consumption. Topics covered include local/indigenous food cultures and agricultural systems; globalized industrial agriculture; agricultural pollution; the disappearance of traditional varieties and knowledge; unequal access to food; health issues linked to industrial agriculture; and ways to redesign our food systems, such as small-scale agriculture, organic farming, eating local products, or the slow food movement.

## GLO 350 - Conflict Resolution
**3 credits** *Prerequisite(s):* SOC 201
This course introduces students to theories and causes of global or international conflict and violence, and explores approaches to varied peace processes designed to resolve, manage, and control both non-violent and violent conflict. It takes an interdisciplinary approach towards these issues by considering the social, political, psychological, and economic dimensions of global/international conflict and resolution. Students will learn how to critically assess historic and contemporary sources of global conflict, develop the ability to objectively evaluate events, and contemplate intervention strategies to address various types of conflict, including political conflict, environmental conflict, ethnic conflict, and religious conflict.

## GLO 410 - Systems Thinking
**3 credits** *Prerequisite(s):* SOC 201 and MAT 131 or higher.
This course is designed to introduce students to the systems perspective and its application to global issues. It will present the main theoretical foundations of the approach and examine how large-scale and small-scale environmental,

political, social, and economic processes can be analyzed as complex systems. Students will learn to comprehensively assess, discuss and evaluate global issues and how systems theory influences and guides humankind.

## GLO 425 - Internship in Global Studies

**6 credits** Internships are an experiential component of the Global Studies major. They enable students to build on classroom theory by gaining experience under the guidance of a mentor at a host agency, which may be a local, national, or international organization, in the US or abroad. The internships may occur concurrently with GLO 499. Their purpose is to provide students with significant exposure to organizations that face issues related to globalization, conflict, sustainability, and ethically responsible citizenship. Students have the option of fulfilling the internship requirement of 6 credit hours in individual 3-credit hour increments or performing the 6 credits at one time. In both cases, the 6 credits must take place with the same organization.  This is a pass/fail course. Offered Fall, Spring, and Summer semesters

## GLO 499 - Senior Seminar in Global Studies

**3 credits** *Prerequisite(s):* GLO 410
*Corequisite(s):* GLO 425
Offered in conjunction with GLO 425: Internship in Global Studies. The Senior Seminar provides students in the major with the opportunity to reflect on their internship experience and the knowledge and skills they have gained in the major by exploring connections among issues in socio-economic and political development, the environment, and global justice. Students complete an original applied research project related to their internship, under the guidance of a faculty mentor.

# Health Care Management

## HCA 100-400 - Special Topics

**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
A variable-content course in health care management that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration.

## HCA 302 - Health Care Organization

**3 credits** A descriptive study of the U.S. health care system, including its structure, finance, governance, personnel, and cultural values. Emphasis is placed on the influences exerted by economic, political, and social forces within the larger society and the health care system's response to these influences.

## HCA 303 - Health Care Management

**3 credits** *Prerequisite(s):* HCA 302
This is a survey course that examines health care administration from an operational perspective. It serves as a foundation for higher-level health care courses and includes, among other things, quality improvement, risk management, strategic planning, financial planning and control, medical terminology, and medical ethics.

## HCA 329 - Directed Study: Readings or Research

**3 credits** *Prerequisite(s): Permission of department chair and Dean*
Designed for small groups of students who pursue a particular in-depth aspect of health care management that is not covered in regular courses. Written request for enrollment must be made prior to registration. May be repeated for credit. Weekly meetings with a faculty member.

## HCA 333 - Health Law

**3 credits** A basic study of the U.S. legal system and the issues involving the management and delivery of health care services. Emphasis is placed on law as it pertains to negligence, contracts, informed consent, confidentiality, labor relations, patient care, and reimbursement issues. Current medical and ethical questions are examined.

## HCA 402 - Community Health Evaluation

**3 credits** *Prerequisite(s):* HCA 302
A study of descriptive epidemiology and its application to the analysis of community health status. Emphasis is placed on the computation and interpretation of basic health status indicators as well as the application of health promotion and disease prevention strategies. The U.S. public health system and practice are studied.

## HCA 410 - Quality Improvement Methods in Health Care

**3 credits** *Prerequisite(s):* HCA 302
An in-depth study of quality improvement philosophy, methodologies, tools, and issues. Emphasis on quality standard setting, system design, reporting mechanisms, and effectiveness assessment. The relationship among quality improvement programs, risk management, and utilization review is closely examined.

## HCA 425 - Health Care Internship

**3 - 12 credits** *Prerequisite(s): GBA 231, HCA 302, MGT 301, and taken during the last 15 hours of residency*
Designed to provide the student the opportunity to integrate all previously learned health care management knowledge and skills. The management area of study and the practicum are mutually agreed upon by the student, the faculty member, and the health facility preceptor. This is a pass/fail course. Waivers may be granted for HCA 425 with the approval of the department chair. The student requesting the waiver must have significant health care management or

administrative experience. In addition, students who can demonstrate that completion of the internship would create a hardship may also request a waiver. An approved upper level business class must be substituted when internship is waived. Such requests will be considered determined on a case-by-case basis.

### HCA 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
An intensive individual study in a particular aspect of health care management that is not covered in regular course offerings. This is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond what is expected in regular courses. Written request for enrollment must be made prior to registration. May be repeated for credit. Weekly meetings with faculty member.

### HCA 430 - Contemporary and Critical Issues in Health Care
**3 credits** This course is an in-depth examination of contemporary and critical issues that are significantly impacting health care organizations, providers, and patients. Students examine legal, cultural, and ethical health care issues as they relate to organizational stability, quality of care, patient and community quality of life, and moral and ethical health care delivery values.

### HCA 450 - Health Information Technology Management
**3 credits** *Prerequisite(s): HCA 302 and junior standing*
This course provides an introduction to health information technology. It covers planning, selecting, implementing, using, and managing health information technology applications. Students will become familiar with needs assessment, system selection, security and confidentiality issues, and contract negotiations. This course examines the role of the health-care manager in the health information technology process. Students will develop problem-solving skills when completing case study assignments and discussion questions regarding health information technology topics.

### HCA 498 - Health Planning and Policy Management
**3 credits** *Prerequisite(s): MGT 301, HCA 402, and taken during the last 15 hours of residency*
A capstone course that integrates health services planning, organization, management, and evaluation. Policy formulation and management are studied.

# History

### HTY 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member*
A variable-content course in history that is designed for a specific class level: freshman (100) through senior (400). A study of such topics as the nature of history or such specific issues as the Watergate affair, Palestine/Israel, or other special topics. Topic to be covered is announced in advance of registration. Offered as needed.

### HTY 110HA - Immigration: The Changing Face of America
**3 credits** An exploration of immigration to the United States centered on the nineteenth and twentieth centuries with reference to current issues related to immigration. This course also examines the countries from which immigrants have come to the United States and the social, political and economic factors that have contributed to immigrants' decisions to leave these countries.

### HTY 110HM - Native American History & Life: More Than Tipis & Tomahawks
**3 credits** *Crosslisted: SSC 110HM*
What do you know about Native Americans? When you think of Native Americans, do you visualize lightly clad warriors with bows and arrows or women sitting by tipis wearing feathers and beads? Do all Native Americans live on reservations? Do all reservations have casinos? Focusing on the lives of Native peoples prior to European contact, their interactions with Europeans and Africans, their removal to reservations, and their contemporary experiences, this course addresses the many myths and misconceptions associated with Native American history and culture within the United States.

### HTY 121 - United States History to 1865
**3 credits** A survey of the principal movements, events, ideas, and personalities in U.S. history from colonial times to the Civil War. Offered annually.

### HTY 122 - United States History Since 1865
**3 credits** A survey of the principal movements, events, ideas, and personalities in U.S. history from the Civil War to the present. Offered annually.

### HTY 123 - Western Civilization to 1500
**3 credits** A survey of main movements, events, ideas and personalities in the Western World from Ancient Times to 1500 (Sumerians, Egyptians, Assyrians, Persians, Jews, Greeks, Romans, Germanic Barbarians, Judaism, Christianity, Islam, Middle-Ages, European societies and Renaissance). Offered annually.

### HTY 124 - Western Civilization Since 1500
**3 credits** A survey of the principal movements, events, ideas, and personalities in the Western world from 1500 to the present. Offered annually.

### HTY 227 - Latin America and the Caribbean
**3 credits** *Crosslisted: POL 227*
A survey of the principal movements, events, ideas, and personalities in Latin America and the West Indies from the pre-Columbian societies to the present, with emphasis on 20th-century developments. Offered annually.

### HTY 233 - Modern Middle East
**3 credits** *Crosslisted: POL 233*
A survey of the Middle East's historical, political, religious, ethnic and economic forces, from its Islamization to the World Wars, Arab-Israeli conflicts, geo-economic regional oil resources, post-Cold War conflicts, Arab Spring instabilities and Islamist terrorism (Al Qaeda to ISIL). Offered annually.

### HTY 245 - Vietnam War
**3 credits** *Crosslisted: POL 245*
*Prerequisite(s): Sophomore standing*
A study of America's political, economic, and military role in Vietnam from 1950 to 1975.

### HTY 301 - Career Development Seminar
**3 credits** Career Development Seminar aims to introduce the wide variety of career paths available to history students. Students will spend significant amounts of time investigating the types of jobs that their major has prepared them for and for which they feel especially well-suited. This is designed to be a hands-on course, meaning that students will not only learn about the many career paths they have as history majors but will experiment in the kinds of specific skills these many different types of employment require. At the end of the semester, students will not only have a much better understanding of how their degrees will serve them in the job market; they will also have a professional résumé and curriculum vitae, perform a mock interview, develop a management strategy, and put together a career portfolio that they can use as evidence of their professional readiness when they begin to seek employment.

### HTY 315 - The American West
**3 credits** This course will introduce students to the history of the "Wild West" from the mid-nineteenth to the early twentieth centuries. In addition to the more traditional voices of cowboys, miners, pioneers, outlaws and lawmen, this course will include the perspectives of diverse populations and people that are often relegated to the margins of history books such as Native Americans, Mexican Americans, African Americans, Chinese immigrants, and women. Including the experiences of these often-ignored historical figures provides a more balanced and accurate view of the American West during this period.

### HTY 320 - History of Florida
**3 credits** This course will explore the history of Florida from its first settlements to its modern development as the "Sunshine State." It will cover the different groups of people who have shaped the history of Florida—Native Americans, Europeans, and African Americans—and how their interactions have contributed to Florida's culture as well as place Florida's past into its larger regional and national context. The course will use historians' essays, explorers' accounts, fiction, autobiographies, public history sites, song lyrics, and the natural landscape to learn about Florida history.

### HTY 322 - Racial and Ethnic Groups in America
**3 credits** *Crosslisted: SSC 322*
An analysis of the historical development of the principal racial and ethnic groups in American society, with emphasis on minorities, such as African Americans, Mexican Americans, Puerto Ricans, Asian Americans, and Native Americans.

### HTY 324 - Sub-Saharan Africa
**3 credits** *Prerequisite(s): Junior standing or permission of the instructor*
A survey of the major events, ideas, and problems of Sub-Sahara Africa, with emphasis on the European colonization period after 1880 and the post-World War Two independence movements.

### HTY 325 - Modern Russia
**3 credits** *Prerequisite(s): Sophomore standing*
An intensive study of the history and development of Russia since 1900. Offered in alternate years.

### HTY 328 - China, Japan and Korea 1420 - 1945
**3 credits** This course is a study of the historical development of the civilizations of China, Japan and Korea with emphasis on their classical traditions, the impact of Western Imperialism in the 19th Century and the rise of militarism, nationalism, and communism in the 20th century prior to World War II.

### HTY 329 - Directed Study or Research
**3 credits** *Prerequisite(s): Permission of faculty member*
Designed for small groups of students to pursue a particular aspect of history that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

### HTY 330 - Military Strategy: Antiquity to NATO
**3 credits** *Crosslisted: POL 330*
*Prerequisite(s): Sophomore standing*

A survey of military strategy, warfare and command leadership from antiquity and U.S. military history to NATO and today's conflicts, including Ancient Greece, Ancient Rome, Middle-Ages, balance of power wars, Napoleonic Wars, U.S. Civil War, World War I, World War II, Cold War, World War III plans, Korean War, Viet-Nam Wars, NATO, arms control, Yugoslav Civil Wars, Gulf Wars, and Afghan Wars and the War on Terrorism. Offered in alternate years.

## HTY 331 - The American Civil War
**3 credits** *Prerequisite(s): Junior standing or permission of instructor*
This course covers the period from the election of Abraham Lincoln in 1860 to the end of the American Civil War in 1865. In addition to covering important political and military personalities, as well as key battles and campaigns, the social and economic aspects of the Civil War are also discussed.

## HTY 333 - Palestine and Israel
**3 credits** *Crosslisted: POL 333*
*Prerequisite(s): Sophomore standing*
A detailed examination of the 20th-century conflict between Jews and Arabs over the land of Israel/Palestine, considered in both its historical and contemporary aspects. Offered in alternate years.

## HTY 335 - Women in American Society
**3 credits** *Crosslisted: SSC 335*
A comprehensive examination of the socio-historical position of women and of the changing roles of men and women in American society. Major emphasis is placed on socialization of women; cross-cultural comparison of women; women in United States socio-history; women in contemporary United States; women of color; women and economy; family life and motherhood; women and law.

## HTY 337 - Legacies of the British Empire
**3 credits** *Crosslisted: POL 337*
*Prerequisite(s): Sophomore standing*
A study of British imperial policy and its effects on the historical origins of the racial/ethnic conflicts in Northern Ireland, Canada, Israel, South Africa, and India/Pakistan. Offered in alternate years.

## HTY 339 - Readings in History
**3 credits** *Prerequisite(s): Junior standing or permission of instructor*
Students will read intensively about some major themes and events of American history and politics. The course is arranged chronologically, divided equally between the 18th and 19th centuries and the 20th century. In addition to discussing the events and ideas of the past, the course focuses on how historians actually do their research and convey their findings to the public. Students will analyze evidence and sources, historical debates, historical interpretation and arguments, and documentation of evidence. This course serves as a preparation for the Senior Seminar, and students are strongly encouraged to take it first.

## HTY 340 - British History
**3 credits** *Crosslisted: POL 340*
A survey of the principal movements, events, ideas and personalities in British history from Roman times to the present.

## HTY 341 - The American Revolution
**3 credits** *Prerequisite(s): HTY 121*
An analysis of the military strategies and operations of each side in the American War of Independence, along with diplomatic and political aspects.

## HTY 351 - African American History: From Slavery to Freedom
**3 credits** This course explores the history of Africans in the Americas including North American and the Caribbean Islands. Topics covered include the African origins of Africans in the Americas, their capture and enslavement, the institution of slavery in the Americas, the slave family and community, resistance and rebellion, free African Americans, the Abolition Movement, the coming of freedom, and the life after slavery.

## HTY 395 - Genocide, War-Crimes and Laws of War
**3 credits** *Crosslisted: POL 395*
*Prerequisite(s): Sophomore standing*
This course is the second legal-international course and follows up POL 428: International Law and Organizations, but can also be taken independently. It analyzes the global and historic-legal impact of war-crimes, crimes against humanity, and genocide, which violate laws of war and international law, but politico-legal limits weaken prosecuting such crimes by national or international tribunals. Case studies and film clips range from the U.S. Civil War to today, with a brief survey of human rights in the United Nations and the European Union.

## HTY 422 - Modern Europe
**3 credits** *Crosslisted: POL 422*
*Prerequisite(s): Sophomore standing*
A study of the major currents, events, wars, and ideas in European history from the 1870s to the present, focusing on the main European powers of the time. Offered as needed.

## HTY 423 - The United States in the Twentieth Century

3 credits *Prerequisite(s): HTY 121 or HTY 122*
A study of the major currents, events, and ideas in United States history from the rise of big business and progressivism to the present. Offered as needed.

## HTY 424 - American Popular Culture
3 credits *Crosslisted: SOC 424*
*Prerequisite(s): HTY 121 or SOC 121*
This course focuses on the rise of American popular culture beginning shortly after the end of World War II and continuing to the present. The course makes use of multiple access points from music and film to TV to poetry and social networking to examine the ways that popular culture in U.S. society changed and, by extension, how American pop culture has transformed the world.

## HTY 425 - Internship
1-6 credits *Prerequisite(s): Sophomore standing and ENG 122*
The internship is intended to provide professional historical work experience for history students. It is a 75-300-hour unpaid, supervised internship that may be taken only at specific, pre-approved provider sites and only upon approval of the host agent or agency and with the approval of the Department of Social Sciences. Interns may work for international organizations, museums, historical societies and associations, and any site related to the study and practice of history. This is a pass/fail course. Offered annually.

## HTY 426 - American Foreign Policy
3 credits *Crosslisted: POL 426*
*Prerequisite(s): Sophomore standing*
An analysis of the nature of diplomacy, the principal schools of thought or interpretations of American foreign policy, and the chief themes in U.S. diplomatic history, with emphasis on the 20th century. Offered in alternate years.

## HTY 427 - History of Ideas
3 credits *Crosslisted: POL 427*
*Prerequisite(s): Junior standing or permission of instructor*
A study of the major intellectual currents that have dominated historical thought in the Western world since the Renaissance. Offered annually.

## HTY 428 - Far-East Since 1945
3 credits *Prerequisite(s): Sophomore standing*
A survey of the internal development and international relations of the Far-Eastern nations since the end of World War II.

## HTY 429 - Advanced Directed Study and Research
1-3 credits *Prerequisite(s): Permission of faculty member*
Intensive individual study in a particular aspect of history that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

## HTY 430 - Role of the Military in the Modern World
3 credits *Crosslisted: POL 430*
*Prerequisite(s): Sophomore standing*
An examination of the relationships among the soldier, the civilian, defense establishments, and society within the United States and throughout the world.

## HTY 499 - Senior Seminar in History
3 credits *Prerequisite(s): Senior standing in history*
Directed research and the development and presentation of a senior thesis on a significant historical issue. Offered annually.

# Honors
## HON 100-400 - Special Topics
1 - 3 credits *Prerequisite(s): Admission to the Honors area of study and permission of faculty member and Dean*
A variable-content honors course that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Satisfies one of the Honors Program course requirements, excluding HON 498 and HON 499. Offered as needed.

## HON 101 - Honors Freshman Apprenticeship
1 credit *Prerequisite(s): Freshman standing and admission to the Honors Program*
A contract course whereby freshmen honor students may contract with individual faculty to assist in research, preparation for teaching, or the advancement of projects intended to enhance the intellectual or artistic environment of the campus. The availability of the course is dependent upon faculty requests. In general, students compete for assignments listed by faculty at the beginning of each academic term. Work requirements, duties and responsibilities,

and grading policy are spelled out in a contract developed by the instructor and signed by the student before enrollment is completed.  Repeatable for credit.

## HON 150 - The Classical World View

**3 credits** *Prerequisite(s): Admission to the Honors area of study or permission of faculty member*
Students read and discuss faithful translations of Greek and Roman authors whose works exemplify the breadth and depth of classical learning. Epic poetry, drama, and philosophical writings that embrace questions relating to ethics, politics, physics, and theology are covered. Of central concern is an inquiry into the purpose and content of a liberal education as first conceived by the classical philosophers. Offered annually.

## HON 151 - The Christian Vision

**3 credits** *Prerequisite(s): Admission to the Honors area of study or permission of faculty member*
Students read and discuss original documents in the Judeo-Christian tradition, including Hebrew, Roman Catholic, and Protestant authors. They learn to identify the literary, philosophical, and theological traditions from which these authors drew, as well as to reflect on the contemporary influence of their thought and its relevance for modern life. Offered annually.

## HON 250 - The Humanistic Tradition

**3 credits** *Prerequisite(s): Admission to the Honors area of study or sophomore standing and permission of faculty member*
Students read and discuss important works by diverse authors spanning the broad period from Renaissance through Enlightenment. Essays, poetry, drama, novels, and philosophical writings are explored for their contribution to the revival of the arts and letters and as evidence of a renewed interest in humankind as the center of creation. Offered annually.

## HON 251 - Scientific Revolutions

**3 credits** *Prerequisite(s): Admission to the Honors area of study or sophomore standing and permission of faculty member*
Students read and discuss important works that have altered the course of scientific thinking. Books, essays, journals, and reports by scientific pathfinders serve as the primary course material, although some laboratory work may be required. Contemporary writings and classic works from the history of science are examined. Of central concern is an investigation of the purposes, procedures, and accomplishments of the scientific enterprise. Offered annually.

## HON 329 - Directed Study: Readings or Research

**3 credits** *Prerequisite(s): Admission to the Honors area of study and permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of an honors topic that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion. Offered as needed.

## HON 350 - The Human Condition Re-examined

**3 credits** *Prerequisite(s): Admission to the Honors area of study or junior standing and permission of faculty member*
A collectively led seminar on 19th and early 20th century post-Enlightenment developments across the broad spectrum of the social sciences, encompassing history, politics, economics, sociology, psychology, anthropology, and technology. Supervised by the faculty member, each student will research and report on a major contributor to the intellectual ferment of ideas that helped to reshape the Western world's concept of human nature. Offered annually.

## HON 351 - The Contemporary World View

**3 credits** *Prerequisite(s): HON 150, HON 151, HON 250, HON 251 AND HON 350*
A seminar on late 20th and early 21st century thought, culture, and religion. Students read and discuss contemporary best-selling works of fiction and non-fiction. Through these works a variety of disciplinary perspectives are brought to bear on significant issues of social justice, multiculturalism, and globalization. Students are required to select for themselves, critically review, and present to the class the insights of a thematically associated scholarly text in order to demonstrate that they are prepared for lifelong learning. Offered annually.

## HON 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Admission to the Honors area of study and permission of faculty member and Dean*
Intensive individual study in a particular aspect of an Honors topic that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

## HON 498 - Honors Research Methods

**1 credit** *Prerequisite(s): Admission to the Honors area of study and junior standing*
Planning for the senior Honors project and developing a project proposal under the guidance of a mentor. Researching the available bibliographical and material resources. Honors Oral Exit Exam. Pass/Fail Offered annually.

## HON 499 - Senior Honors Project

**3 credits** *Prerequisite(s): Senior standing and HON 498*
The completion of an original research project under the guidance of a mentor. May satisfy an upper-division major requirement with the consent of the Dean. See the Honors Area of Study guidebook for further details. Offered annually.

# Human Resources Management

### HRA 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
A variable-content course in human resources administration that is designed for a special class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

### HRA 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of department chair and Dean, and junior standing*
Designed for small student groups to pursue in-depth a particular aspect of human resources administration that is not covered in regular courses. The course is taught in seminar fashion and requires 36 contact hours. Offered as needed.

### HRA 330 - Occupational Safety, Health and Security
**3 credits** *Prerequisite(s):* MGT 331
The course is designed to identify key occupational health, safety, and workplace security theory and concepts. Legal and regulatory issues affecting health-related programs and policies and employers' liabilities. Current practices are reviewed.

### HRA 335 - Recruitment, Selection and Placement
**3 credits** *Prerequisite(s): MGT 331*
Focuses on people as strategic resources whose availability and capabilities influence organizational effectiveness. Strategies for attracting, assessing, acquiring, and withdrawing personnel are studied. Implications of planning and implementing staffing policies are discussed. Offered as needed.

### HRA 340 - Organizational Training & Development
**3 credits** *Prerequisite(s): MGT 331*
Theory and technology of organizational training and development are studied. Learning theory and its applications to training, methodology for training evaluation, and forces shaping future training and development needs are included.

### HRA 360 - Total Compensation
**3 credits** *Prerequisite(s): MGT 331*
An examination of financial reward systems in organizations and the study of relevant theoretical and legal perspectives. Topics include job evaluation, wage surveys, incentives, pay equity, benefits, and compensation strategy.

### HRA 422 - Global Human Resource Management
**3 credits** *Prerequisite(s):* MGT 331 and GBA 440
This course emphasizes a practical approach to the diverse issues encountered in the field of Human Resources internationally. Students will learn about international HR best practices including understanding cultural differences and norms in the workplace, cross-cultural communication, international employment regulations issues, the role of labor organizations abroad, the role of HR and labor in developing nations, and multicultural and international labor relations.

### HRA 425 - Human Resource Internship
**3-12 credits** Provides students with an opportunity to work with professionals in the areas of human resource management. The faculty-supervised internship experience may take place in a wide variety of human resource settings where students will learn to address and overcome the many macro and micro obstacles that are a natural and integral part of the internship experience such as developing effective relationships and putting classroom theory into practice. Waivers may be granted for HRA 425 with the approval of the department chair. The student requesting the waiver must have significant human resource management or administrative experience. In addition, students who can demonstrate that completion of the internship would create a hardship may also request a waiver. An approved upper level business class must be substituted when internship is waived. Such requests will be considered determined on a case-by-case basis.

### HRA 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
Intensive individual study in a particular aspect of human resources administration that is not covered in regular course offerings. Limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Written request must be made prior to registration. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

### HRA 498 - Human Resources Strategic Planning
**3 credits** *Prerequisite(s): HRA 335, HRA 340, HRA 360, and senior standing*
A capstone course designed to integrate previous core courses through a review of the HR body of knowledge. Course content analyzes the basic understanding and practical tools that HR administrators commonly use to meet an organization's employees' challenges. In addition, this course prepares graduating seniors to sit for the Professional Human Resources (PHR) certification examination.

# Human Services

## HUS 100-400 - Special Topics

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in human services that is designed for a specific class level: freshman (100) through senior (400). A study and discussion of a specific topic, such as family violence of populations at risk, or a broad study, such as human services policy issues. Topics to be covered are announced in advance of registration. Offered as needed.

## HUS 101 - Service Learning

**1-3 credits** This course is designed for students who are interested in learning more about different aspects of community service. One major focus of the course is to examine how community empowerment brings about organizational changes. Students will learn about the resources available to people for revitalizing their communities. Special emphasis will be given to understanding and applying the Saint Leo University values of excellence, community, respect, personal development, responsible stewardship, and integrity as well as the values pertinent to their particular field of study. Finally, students will have the opportunity to develop basic knowledge and skills in community service strategies, tactics, and techniques, including the art of volunteerism. May be repeated for credit.

## HUS 121 - Introduction to Human Services

**3 credits** This course explores the field of human services, its history, concepts, delivery strategies, and values. The course also examines the various roles of human services workers in contemporary society. Offered as needed.

## HUS 311 - Methods of Social Research: Quantitative

**3 credits** The first of two courses in the Human Services research methods sequence. This course covers basic elements of the use of the scientific method in social science research. Topics covered include techniques and methods of quantitative social research as they relate to hypothesis testing, research design, measurement, quantitative data collection methods (surveys, experiments, and single subject design), and statistical data analysis. The ethics, politics, and uses of social research in the Human Services, including how to develop and submit a research proposal to an agency review board, are included. Fundamentals of descriptive and inferential statistics used in social science research will be presented. Students will learn to assess the validity of existing research and to interpret it to guide decision-making as Human Services professionals.

## HUS 312 - Methods of Social Research: Qualitative

**3 credits** The second of two courses in the Human Services research methods sequence. This course covers techniques and methods of qualitative social science research as it relates to Human Services practice. Topics covered include the necessity of field research in our work with clients and agencies, in-depth interviewing, observation, focus groups, unobtrusive research methods, and case studies. Focus will be on a review of social science literature, conceptualization, sampling, ethical issues in qualitative research, how quantitative and qualitative research differ, statistics to use in qualitative studies, analysis of data, reporting of research findings, program evaluation, and writing for research in grant proposals and report writing. Students will learn how to read and design qualitative research proposals for use in Human Services.

## HUS 335 - Interpersonal Helping Skills

**3 credits** *Prerequisite(s): Junior standing in Human Services*
This is a skills-based course which introduces the student to generalist practice in a variety of human services settings emphasizing micro, macro, and mezzo approaches. Students will become familiar with the Council of Standards for Human Services Education (CSHSE), including understanding human systems, professional identity, assessment, treatment planning, evaluating, use of theoretical interventions, self-assessment, and awareness of ethical issues. The professional Code of Ethics for Human Services will be used to study values and their implications in practice. This course is designed as a lab where students can begin to practice, give, and receive feedback on their skills from the instructor and their classmates. Students will learn how to use assessment tools like eco-maps and genograms, develop case assessments and treatment plans, role play client/worker situations, review videotapes of role plays, and learn to give and receive feedback during class discussions. This course will present practice cases on people of various ethnic backgrounds, women, children, the aged, and the disabled. It will emphasize the impact of discrimination, economic deprivation, and oppression of various groups. Students will work in dyads to develop interviewing skills, will work in small class groups to develop teamwork skills, and will use the Internet in skill activities.

## HUS 337 - Intellectual & Developmental Disabilities

**3 credits**
*Prerequisite(s): HUS 121*
The general elective course is designed to prepare students for work with those with intellectual and developmental disabilities. It will introduce students to the etiology and conditions of disabilities, trends, and issues in working with disabilities, supports and interventions available, as well as the role of advocacy. Current legislation will be explored in its relationship to services provided for those with disabilities and their families such as educational programs, mental health counseling, speech and physical therapies, and residential care.

## HUS 340 - Group Skills for the Human Services

**3 credits** *Prerequisite(s): Junior standing in Human Services and HUS 335.*
Group Skills for the Human Services explores the different stages of groups, group structures, organization, and functions. Students will learn about the different types of groups, their purpose, and ethical and multicultural issues

found in all types of groups. Additionally, students will learn how to use specific skills in the various stages of group work. In this course, there is a heavy emphasis on experiential learning processes where students learn about group processes via group exercises in class.

## HUS 342 - Issues and Practice in Child Welfare

**3 credits** *Prerequisite(s):* HUS 121

This is an elective course which is designed to prepare students for work with children and families. It will introduce students to current issues effecting children and families today such as poverty, lack of health care, child abuse and neglect, juvenile delinquency, substance abuse, bullying, homelessness, and teen pregnancy. Current legislation will be explored in its relationship to services provided for children and families such as educational programs, mental health counseling, foster care and adoption, day care programs and residential. Practice issues as they relate to working with children and the families will be explored with an emphasis on skill development in group work, case management, resource and referral, case assessment and treatment planning. Best practices for program development with children and families will also be discussed.

## HUS 345 - Social Policy for the Human Services

**3 credits** *Prerequisite(s): Junior standing in Human Services*

This course attends to the major aspects of social welfare in the United States. The course will focus on the policy-making process, the government and social welfare, and understanding and preventing poverty. Current social welfare programs will be examined in order to ascertain patterns of service provision, and evaluating programs to determine effectiveness in meeting human need. The role of social policy in American society and implications for the human services professional are examined. Students will be taught the process of policy formulation and the frameworks for analyzing current social policies utilizing the principles of social and economic justice.

## HUS 347 - Theories and Practice in Aging

**3 credits**

*Prerequisite(s):* HUS 121

This course is designed to prepare students for work with aging adults. It will introduce students to current issues affecting seniors today such as health care, finances and economics, retirement and work, victimization by fraud, family life, housing and transportation, death and dying, and personal health/mental health concerns. Current legislation will be explored in its relationship to services provided for aging adults such as Medicare, social security, senior centers, mental health counseling, nursing home care, adult day care programs, and other community programs. Practice skills will be taught regarding case management, assessment, treatment planning, group work, and resource and referral with this population.

## HUS 410 - Human Services Administration

**3 credits** *Prerequisite(s): Senior standing in Human Services and HUS 121, HUS 335, HUS 340, and HUS 345.*

This course provides students with an understanding of the components of human services administration and management. It focuses on both indirect and direct service utilization, attention to organizational theory relevant to the human services, and skills necessary for the effective management and administration of human services organizations.

## HUS 423 - Field Placement I, Module 1

**6 credits**

*Prerequisite(s): Taken in second to last term of residency after completion of all other major coursework. Specific prerequisites are HUS 121, HUS 311 HUS 312*

*HUS 335, HUS 340, HUS 345, HUS 410, PSY 325, PSY 327, SOC 121, SSC 328 or SSC 337.*

This may be taken instead of HUS 425 and must be completed before enrolling in HUS 424. It is the first module of the final supervised field placement in a human service organization for a minimum of 175 hours during the term and is intended to provide students with the opportunity to learn the roles, skills, and methods of human services professionals. Students should become familiar with the administrative processes of the organization. This is a pass/fail course. Offered as needed. Course fee may apply.

## HUS 424 - Field Placement I Module 2

**3 credits** *Prerequisite(s): Taken in last term of residency after completion of all other major coursework, including HUS 423. Specific prerequisites are HUS 121, HUS 311, HUS 312, HUS 335, HUS 340, HUS 345, HUS 410, PSY 325, PSY 327, SOC 121, SSC 328 or SSC 337.*

*Corequisite(s): HUS 498.*

This may be taken instead of HUS 425 and must be taken after completing HUS 423. It is the second module of the final supervised field placement in a human service organization for a minimum of 175 hours during the term and is intended to provide students with the opportunity to learn the roles, skills, and methods of human services professionals. Students should become familiar with the administrative processes of the organization. This is a pass/fail course. Offered as needed. Course fee may apply.

## HUS 425 - Field Placement III

**9 credits**

*Prerequisite(s): Taken in place of HUS 423 and HUS 424.*

*Taken in last semester of residency after completion of all other major coursework. Specific prerequisites are HUS 121, HUS 335, HUS 340, HUS 345, HUS 410, PSY 325, PSY 327, SOC 121, SWK 321 , SOC 322, SSC 328/CRM*

*328 or SSC 337.*
*Corequisite(s): HUS 498.*
This is a supervised field placement in a human services organization for a minimum of 350 hours during the term and is intended to provide students with the opportunity to learn the roles, skills, and methods of human services professionals. Students should also become familiar with the administrative processes of the organization. This is a pass/fail course. Offered as needed. Course fee may apply.

### HUS 429 - Advanced Directed Study and Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of human services that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

### HUS 498 - Senior Seminar
**3 credits** *Prerequisite(s): Generally taken in last term of residency after completion of all other major coursework. Specific prerequisites are HUS 121, HUS 311, HUS 312 HUS 335, HUS 340, HUS 345, HUS 410, HUS 423, PSY 161, PSY 325, PSY 327, SOC 121, SSC 328/CRM 328.*
*Corequisite(s): HUS 424*
A capstone course designed to integrate previous coursework in human services. Through readings, written assignments, and oral presentations, students demonstrate their ability to integrate theory with human services practice and administration. Offered as needed.

## Humanities

### HUM 110CL - Giants of the Arts
**3 credits** Giants of the Arts will define those artists who, through the test of time, have been recognized as true masters; whose works advanced their art form(s), who become a significant influence within their field(s), and who continue to influence contemporary artists today. Students will examine how these artists used the components of their art form(s), why these artists are considered great, what their greatest contributions are to our society, and how these artists affect our artists today. Students will also consider the qualities of masterful creative endeavors and contemplate how the artists' gifts to our world improve and deepen our lives.

### HUM 215HM - Breaking the Code: Language, Culture, and Communication
**3 credits** *Prerequisite(s):* ENG 121
Human language shapes all human experiences; it is central to our understanding of the world and one another. The course will introduce students to the phenomenon of human language in the context of personal development and social interaction. The discussed topics will include the nature of human language, language structure, language acquisition, biological and social dimensions of language, and linguistic variations in diverse cultural and social contexts. The course presentations and discussions will address the influence of language and its use in the way people construct worldviews, cultural values, and social relationships.

## Interdisciplinary Studies

### IDS 115HM - The Imagined West: Myth of the American West in Art, Literature and Philosophy
**3 credits** The romance of the frontier and the lure of the American West has long captured the imagination of writers, artists, and philosophers, and contributed significantly to our understanding of America today. This course introduces students to the myth of the American West and its philosophical and practical implications through artistic and literary representations. Using a variety of written and visual texts, students will investigate the importance of bioregional and cultural boundaries; additional topics include the elusive location of the frontier, the impact of colonizing forces, and questions of public land usage and ownership.

### IDS 201 - Introduction to Interdisciplinary Inquiry in the Arts
**1 credit** *Prerequisite(s): FAS 101 and ENG 121*
An introduction to the integrated pursuit of knowledge, exploring connections between art and other disciplines. Development of critical thinking skills to converse across disciplines. A library component is included.

### IDS 210HM - Once Upon a Time: Readings in Folklore and Culture
**3 credit** *Prerequisite(s):* ENG 121
This course enables students to explore cultures around the world through the lens of folklore. These stories have helped shape their originating cultures by preserving political ideologies, standards, ethics and belief systems. Students will read a variety of folklore (folktales, fairy tales, legends, myths, etc.) as a means to analyze the cultures from which they originated.

### IDS 310 - The Creative Process

3 credits *Prerequisite(s):* ENG 122

The Creative Process is an interdisciplinary course that will explore creativity both through theory and practice. We will study what historical and contemporary theorists, philosophers, and researchers have said about creativity and we will study what creative people in the arts, sciences, and business report about their own creative process. To strengthen our understanding of the various theories of creativity and to enhance our own creativity, we will become scholar-practitioners who actively explore and test these theories in our own work. This course is writing intensive and reflects the University's core values of integrity, community, responsible stewardship and, most especially, personal development.

## IDS 340 - International Influences in Arts and Humanities in the Western World

3 credits *Prerequisite(s):* ENG 122

A variable-content course focusing on the artistic reciprocity between British and American cultures and significant Western cultures, emphasizing the dynamic relationship between art and literature, and including the tensions and trends which influence this relationship. Sample versions of this course have included "The Influence of Art and Literature of United Kingdom and Ireland," "The Influence of Art and Literature of France," and "The Influence of Art and Literature of Italy." Students complete this course with a required week abroad. This course is writing intensive and reflects the University's Benedictine-inspired value of community. This course may fulfill one upper-division English elective requirement in the English major.

## IDS 420 - Interdisciplinary Inquiry in the Arts Project

2 credits *Prerequisite(s): IDS 201 and junior standing*

Taken as the final course in the interdisciplinary inquiry in the arts minor. The student works with two faculty members, one from the arts focus and the other from the second discipline, in the development of a final project.

## IDSE 405 - Interdisciplinary Creative Photovoice

3 credits This course covers methods of qualitative participatory action research using photovoice techniques as they relate to interdisciplinary social justice practice with an emphasis on critical thinking, evidence-based practice and empirical evidence. For this course, community social justice issues will serve as a running theme and focus throughout. Readings, presentations, and between-session assignments support person-centered learning and provide hands-on experience working with photos and text. By the end of this training, participants will have a solid understanding of a popular approach to participatory action research methodology, social justice, community assessment and engagement, its ethical considerations, approaches to interpreting photos and text, and strategies for problem-solving with strengths building outreach. Participants will leave this course with hands-on experience and insights on adapting Photovoice methodology to interdisciplinary practices, community organization, and research implementation intended to engage and benefit students, faculty, administrators, and communities with social issues of importance.

# International Tourism and Hospitality Management

## IHT 100–400 - Special Topics

1-3 credits *Prerequisite(s): Permission of department chair and Dean*

This is a variable-content course in hospitality and tourism that is designed for a specific class level: freshman (100) through senior (400). Topic is selected by the instructor prior to registration. Offered as needed.

## IHT 120 - Introduction to Hospitality Management

3 credits

One of the world's fastest growing industries, the hospitality industry provides service to people traveling away from home. This course will open student's eyes to an exciting and ever-changing industry as a viable career choice. Heavily reliant on guest service, hospitality requires many line workers/staff and the managers to direct them properly. Introduction to Hospitality Management will examine various segments of the industry and the range of jobs that are available. Segments such as hotels, food and beverage, cruise ships, and gaming will be explored.

## IHT 130 - Introduction to International Tourism

3 credits This course will provide students with an overview of how tourism's many components function as a system to create the world's largest industry. It will examine tourism's four main operational sectors that serve both business and pleasure travelers, its three main impacts, its primary business functions, and its many fascinating career opportunities on a worldwide basis.

## IHT 205 - Traveling the World for Fun & Profit

3 credits

International tourism will play an integral role in the personal and professional lives of college graduates in the 21st century. This course is designed to encourage students to develop a personal philosophy for experiencing travel in a meaningful and responsible manner. Its goal is to prepare them to receive the most benefits from their travels and to leave the most positive impacts on the people and places they visit. Tourism's multi-disciplinary character will also be discussed to highlight its potential relevance and application to a wide variety of majors and career interests, as well as to the many employment and business opportunities that are available within the tourism industry on an international

basis.

### IHT 210 - Guest Service Management
3 credits *Prerequisite(s):* IHT 120

As hospitality managers it is important to understand that the goal of hospitality is to create experiences for our guests. Guest service is an essential component of the guest experience. This course will examine the principles of service excellence as well as the skills required to create a service culture of excellence in any hospitality organization.

### IHT 225 - Hospitality Pre-Internship
*Prerequisite(s):* IHT 120 and IHT 210

In this pre-internship course, students are provided the opportunity to explore hospitality career opportunities. The class also avails the student a clear sense as to what skills they still need to learn in preparation for their end of program internship. Students will be engaged in course work for the first half of the semester to prepare them for the internship experience. Students will be involved in hospitality-related activity in an approved outside organization the second half of the semester. The instructor will assist the students in finding internships. The student may or may not be paid by the internship sponsor organization.

### IHT 305 - Restaurant Management
3 credits *Prerequisite(s):* IHT 120

Operational management of a successful food service facility is studied. Restaurant characteristics, menu planning, service techniques, kitchen design, sanitation and safety, and food handling from ordering to preparation are featured.

### IHT 310 - Lodging Management
3 credits *Prerequisite(s):* IHT 120 and IHT 130

This course examines the organizational structure and staffing of various lodging facilities such as hotels, vacation ownership resorts and bed and breakfast inns. This includes the activities, duties, functions, and systems required to manage and operate them profitably. This course also emphasizes the interdependent relationship between departments which is crucial for the success of a lodging facility.

### IHT 315 - Tourism Management
3 credits

*Prerequisite(s):* IHT 130

This course examines the various fundamental elements of destination management that are used to create a sustainable and competitive tourism industry. Topics include international tourism organizations and tourism policy, planning, development, and regulation. Tourist behavior is also studied, including purpose of travel, the destination selection and buying process, and characteristics of travel flows.

### IHT 329 - Directed Study: Readings or Research
3 credits *Prerequisite(s):* IHT 120, *IHT 130 and permission of department chair and Dean*

This course is intended for individuals or small groups interested in studying a specific hospitality and tourism topic that is not covered in a regular course. It can also be used as an independent study for students who are traveling internationally or studying abroad. Offered as needed.

### IHT 330 - Meetings and Event Management
3 credits This course examines the lucrative MICE industry (meetings, incentives, conventions, and expositions). It will explore the major sectors of the industry (i.e. venues, sponsorship, exhibitions destination management companies (DMV's), convention and visitors bureaus (CVB's), as well as industry terms and vocabulary.

### IHT 340 - Ecotourism
3 credits *Prerequisite(s):* IHT 130

This course examines the principles and practices of ecotourism, a form of sustainable tourism that is utilized worldwide to protect nature, preserve culture, support conservation, enhance local economies, and educate tourists. Discussions will focus on ecotourism issues and examples throughout the world.

### IHT 341 - Food and Beverage Operations
3 credits *Prerequisite(s):* IHT 120 and IHT 210

Food and beverage operations has had an increasingly positive impact on the bottom line of hospitality outlets. This course looks at planning and operating food and beverage service operations in different venues both on-site and off premise. This course includes menu planning for catering on multiple levels at meetings events, parks, arenas, and suites.

### IHT 345 - Hotel and Resort Operations
3 credits

*Prerequisite(s):* IHT 120 and IHT 310

Hotel and resort operations have many unique aspects. From the characteristic of perishability to the heavy dependency on labor, these aspects much be managed appropriately for success. This course focuses on these aspects and many more that present challenges and opportunities for managers of these types of facilities. Some of these challenges and opportunities include the move to 'asset light', the supply of accommodation, the challenges presented

by social media and the collaborative economy to the hotel market, and the spas and other resort amenities. International case studies illustrating examples of practice in the industry are examined as well.

## IHT 350 - Heritage Tourism
**3 credits** *Prerequisite(s):* IHT 130
This course examines the principles and practices of heritage tourism and its role in the attractions mix. Topics include preservation and presentation, themes and settings, tangible and intangible resources, legal and financial issues, planning and marketing of heritage tourism products, and the importance of UNESCO World Heritage Sites.

## IHT 352 - Hospitality Revenue Management
**3 credits** *Prerequisite(s):* IHT 120, IHT 310, MAT 141, and ECO 202
Revenue management strategies, first utilized by the airline industry, is a systematic process designed to increase revenue by analyzing demand, reservation scheduling and variable pricing (selling the right room to the right person at the right time for the right price). In addition to evaluating different pricing models, this class analyzes different distribution channels in order to maximize revenue potential. An emphasis on revenue management theories and practical skills in addition to the use of forecasting, managing inventories and pricing are taught.

## IHT 355 - Event Project Management
**3 credits** *Prerequisite(s):* IHT 120 and IHT 330
The student will be able to identify the objectives, purpose and feasibility of an event. Developing a budget, realizing the impact of laws and regulations, and identifying risk associated with events will be included. The student will be able to work with designated dates of events, selective times and places, and themes to meet the customers' needs. Students will use Microsoft Project to plan events given a defined scope.

## IHT 410 - Resort and Private Club Management
**3 credits** *Prerequisite(s):* IHT 120 and IHT 310
Tourists have visited seaside and mountainside resorts for centuries. With the advent of the jet age, the resort industry has expanded to provide a variety of resorts based on specific recreational activities, climates, and natural resources. This course studies how these all-inclusive mini-destinations are promoted, and managed. In addition, the course will study the history, development, operation and management of various private clubs including yacht, country and city clubs.

## IHT 416 - World Destinations I: Americas, Caribbean, and Europe
**3 credits** *Prerequisite(s):* IHT 130
Destinations in the Americas, Caribbean, and Europe are among the most advanced in the world and are leaders in inbound, outbound, and domestic tourism. This course examines the tourism industries in this part of the world by region and by country to discover their individual tourism resources, organizations, operational capacities, levels of development, linkages, and tourism flows.

## IHT 417 - World Destinations II: Asia, Pacific, Australia, Africa and Middle East
**3 credits** *Prerequisite(s):* IHT 130
Many of the destinations within Asia, the Pacific, Australia, Africa, and the Middle East are well-developed, while others have vast potential that will be utilized when political and economic conditions permit. This course examines this part of the world by region and by country to discover their individual tourism resources, organizations, operational capacities, levels of development, linkages, and tourism flows on an inbound, outbound, and domestic basis.

## IHT 425 - Internship in International Tourism and Hospitality Management
**3-12 credits** *Prerequisite(s): Permission of IHT Academic Advisor*
Internships are the experiential component of the IHT major. They are privileged positions that enable students to build on classroom theory by gaining professional experience under the guidance of an accomplished mentor at a host agency that furthers their career aspirations. Students have the option of fulfilling the internship requirement of 6-12 credit hours in individual 3-credit hour increments or performing them at one time. Internships can also be performed internationally. Offered fall, spring, and summer semesters.

## IHT 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
This course is an intensive study for individual students interested in a specific hospitality and tourism topic that is not covered in a regular course. It can also be used as an independent study for students who are traveling internationally or studying abroad. Offered as needed.

## IHT 438 - Event Production Design
**3 credits**
*Prerequisite(s):* IHT 120, IHT 330, IHT 341, and IHT 355
This course will help students develop event producing skills; assist in developing sales and design abilities; and provide knowledge required to produce events that leave clients and guests stunned. Students will use project management software to create a Work Breakdown Structure and event schedule that enhances communication as students execute an event. This software will help students to keep events on time, within scope, and under budget. Other project documents will also be used in executing this event.

### IHT 440 - Advanced Lodging Management
**3 credits**
*Prerequisite(s):* IHT 120, IHT 210, and IHT 310
This case study based course designed to provide students with a managerial examination of a full service-lodging firm including each major operating and support departments. Students will be exposed to the unique characteristics of managing a service-based lodging product that is delivered by a diverse employee profile and received by an equally diverse consumer profile.

### IHT 450 - Sustainability and Risk in Events
**3 credits**
*Prerequisite(s):* IHT 120, IHT 330, and GBA 231
This course examines procedures to manage operational sustainability and risks specific to events. Risk management and sustainability concepts for events focus on green meetings initiatives, compliance, emergency management, insurance, as well as health, safety and security issues.

### IHT 498 - Senior Seminar in International Tourism and Hospitality Management
**3 credits**
*Prerequisite(s): Senior standing and completion of all other IHT requirements (except IHT 425)*
This is a research-driven capstone course that requires students to prepare and present a term paper that focuses on the specific career path they intend to take within the one of the four main sectors of the tourism industry.  It will include the steps they must take to reach their career goals and the issues and challenges they expect to encounter.  Group discussions and progress reports will be guided and supplemented by input from the instructor and guest speakers.

## Liberal Studies
### LBS 120HM - Stories of Resistance: Power and Identity in the U.S
**3 credits** Stories of resistance are at the core of our collective and individual cultural identities.  This course will introduce students to cultural studies through analyzing a variety of experiences of individuals, communities, and movements that challenge various institutions of power and assert an independent identity. Modules will focus on written and visual representations of four themes: gender and sexuality, race and ethnicity, place and the environment, and military conflicts.

### LBS 201 - Critical Thinking in the Liberal Studies
**3 credits** *Prerequisite(s): ENG 122*
This is an online course that develops critical and analytical skills necessary to engage in courses in the liberal studies major. Through readings reflecting representative disciplines included in the major, students will begin to improve their ability to think effectively and express themselves through clear, cogent writing.

### LBS 330 - Mathematical Inquiry
**3 credits** *Prerequisite(s): MAT 131*
Topics include rigorous thought, number contemplation, geometry and contortions, meaning from data, and uncertainty.

### LBS 498 - Exploration in the Liberal Studies
**3 credits** *Prerequisite(s): Senior standing and completion of 24 hours in the major*
Explorations in the Liberal Studies is the capstone course for the Liberal Studies major. This course will provide an in-depth study of a single text and its connections to the disciplines studied in the major. Students will base a senior research project on a theme or issue related to the text, taking a particular perspective from the social sciences, the natural sciences, the humanities/fine arts, or business, allowing students to apply and integrate their earlier learning in the liberal studies courses.

## Management
### MGT 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
A variable-content course in management designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

### MGT 301 - Principles of Management
**3 credits** *Prerequisite(s): ENG 122 and second-semester sophomore standing*
An introductory course in management as a discipline and a process. Major topics include the evolution and scope of management, decision making, planning and strategy, organizing and staffing, leading, and control and change. The importance of management in the global environment and ethical considerations of management decisions are also included.

### MGT 309 - Introduction to Logistics Management

**3 credits** *Prerequisite(s): MGT 301*
An introduction to the field of logistics management, the management of products and services within the firm. Included will be a review of the entire field and its application in the business world. Included are purchasing, logistics throughput, manufacturing and quality management and improvement, demand management, packaging and materials handling, cargo transportation, distribution, warehousing and inventory management, logistics analysis, and international logistics within the global firm.

## MGT 312 - Introduction to Project Management
**3 credits** *Prerequisite(s): GBA 334, MAT 201, and MGT 301*
This course defines a project and assists project managers in accomplishing goals efficiently and effectively by applying knowledge, skills, tools, and techniques. Quantitative and qualitative skills are developed. Human behavior, organizational knowledge, and negotiation are qualitative skills, and Program Evaluation and Review Techniques (PERT), Critical Path Method (CPM), risk analysis, budgeting and cost estimation, event sequencing, and auditing are quantitative skills. Students are taught how to manage inputs and product outputs while gaining buy-in from stakeholders before commencement.

## MGT 315 - Project Risk Management, Cost Analysis, and Decision Making
**3 credits** *Prerequisite(s): MGT 312*
This course is an in-depth analysis of the steps involved in identifying, analyzing, evaluating, and controlling project costs and risks, and making decisions to effect project completion. State-of-the-art tools and techniques for identifying, measuring, and monitoring costs and risks in the project management environment are examined. Cost estimating, cost budgeting, activity-based costing, and cost control techniques are emphasized. Decision analysis and decision tree techniques are studied to include expected value, minimax, and maximum criteria. Also covered will be areas of flawed decision-making, including such topics as groupthink, the domain of losses, the domain of gains, the Abilene paradox, the Milgram experiments, and the Asch effect. The course covers how a comprehensive risk management approach can enable a project team to make the correct decisions to manage issues proactively and costs that could adversely impact the success control and completion of a project.

## MGT 320 - Entrepreneurship I
**3 credits** *Prerequisite(s): ACC 201, ACC 202, and MGT 301*
This course introduces the student to the process used in the creation of an effective business plan. The economic, social, and cultural impact of entrepreneurship in the United States will be investigated. The analytical tools necessary to evaluate business strategies and creating a market-based competitive advantage will be stressed. Topics such as forms of ownership, franchising, and the analysis of purchasing an existing business will be covered. The student will be taught the basis of developing a financial plan, managing cash flow, and integrating the marketing plan with the financial and legal analysis to produce a business plan.

## MGT 322 - Project Teamwork and Leadership
**3 credits** *Prerequisite(s): MGT 312*
Project Teamwork and Leadership examines the human factors in project management. The primary goal of this course is to understand, predict, and manage human performance in a team environment. This course evaluates management styles, leadership skills, and conflict resolution, emphasizing the critical importance of positive, mutually beneficial interactions among the team and critical partners as they pursue a common goal. Topics include exerting influence beyond team boundaries, motivating a diverse workforce, facilitating team decisions, resolving interpersonal conflicts, managing difficult people, strengthening team accountability, and communications.

## MGT 325 - Finance for Managers
**3 credits** *Prerequisite(s): ACC 202*
An introduction to the principles of corporate financial management. The principles apply also to other forms of business, governments, and nonprofit organizations. The time value of money is emphasized in investments of real or financial assets. Planning for current assets and liabilities and long-range capital is covered. Risk and expected values (statistics) are used in the planning and assessment of investments. Also, the knowledge of different kinds of markets is described along with some financial theories.,

## MGT 327 - Management Information Systems
**3 credits** *Prerequisite(s): MGT 301 and COM 140*
A study of important uses of information technology in organizations. Issues studied include information requirements and flow, system design and analysis methodologies, the generation and accumulation of data for decision making, and the implementation and control of information systems.

## MGT 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): MGT 301 and permission of department chair and Dean*
Designed for small student groups to pursue in-depth a particular aspect of management that is not covered or is treated lightly in regular courses. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

## MGT 331 - Management of Human Resources
**3 credits** *Prerequisite(s): ENG 122*
This course is designed to identify and explore the various human resource functions that create a cohesive framework

leading to the achievement of organizational effectiveness through enlightened human resource systems management. This is a basic course for operating managers as well as human resource managers.

## MGT 342 - Transportation and Distribution Management

**3 credits** *Prerequisite(s): MGT 309 and GBA 334*

An introduction to the field of transportation and distribution management, including logistics interfaces with transportation and distribution, distribution systems and cost and service optimization, packaging and materials handling, and the special characteristics, advantages, and limitations of the different modes of transportation.

## MGT 350 - Entrepreneurship II

**3 credits** *Prerequisite(s): MGT 320*

This course builds on the material learned in MGT 320 and focuses on the actual management of an ongoing new business. Detailed materials are presented in marketing, finance, location and layout, purchasing, quality management, vendor analysis, inventory control, human resources, management succession, and risk management.

## MGT 377 - Procurement, Purchasing and Vendor Management

**3 credits** *Prerequisite(s): MGT 309*

This course is an introduction to the field of procurement, purchasing, and vendor management, including an overview of inbound logistics and its relationship to purchasing processes and strategies, including cost and price considerations, vendor assessment, legal aspects of a purchasing contract, inbound quality issues, and materials management.

## MGT 410 - Quality Improvement and Management

**3 credits** *Prerequisite(s): MGT 309 and GBA 334*

This course is an extensive coverage of quality management, to include an understanding of quality principles; the integration of quality management, logistics management, and project management; knowledge of the effect of variation in manufacturing and service industries; quality assurance and acceptance management; the understanding and proficiency in the mechanics of statistical process control; and the follow-on statistical experimentation and testing to improve manufacturing and service processes.

## MGT 412 - Organizational Behavior and Development

**3 credits** *Prerequisite(s): MGT 301*

Organizational behavior is simply the study of human behavior in organizations. The overriding goal of this course is to understand, predict, and control human behavior. Therefore, it is necessary to study both individual and group behavior from a theoretical standpoint. Topics to be addressed include leadership, motivation, communication, decision making, and organizational culture.

## MGT 415 - Global Supply Chain Management

**3 credits** *Prerequisite(s): MGT 301 and MKT 301*

Business logistics and supply chain managers face a growing demand to produce higher quality products at a lower price worldwide. This course covers the key techniques and methods on how to manage a company's logistics and supply chain management operations in the global economy. Logistics involves the complex coordination of people, products, supplies, equipment, facilities, and transportation. It follows the flow of goods from raw materials to the delivery of finished products and services. Logistics is a key driver of globalization and facilitator of international trade and development. This course reflects these characteristics by adopting a truly global perspective. Special emphasis is given to the link between global logistics, company profitability, risks to the supply chain, and the design of sustainable logistics and supply chain systems. These complex systems serve as proprietary assets for companies as they are not easily duplicated and provide a notable advantage over competitors lacking similar systems.

## MGT 417 - Logistical Inventory Control and Materials Management

**3 credits** *Prerequisite(s): MGT 309 and GBA 334*

This course focuses on the role of materials management in modern organizations, the methods of forecasting demand, the assessment of economic lot sizes, and the procedures for optimizing ordering systems and inventory levels.

## MGT 422 - Project Management Implementation

**3 credits** *Prerequisite(s): MGT 312*

This course will cover specific activities that integrate project management principles with project event management, taking project events from pre-award to closure. Students will investigate and evaluate different methods for measuring project performance, including Program Evaluation and Review Techniques (PERT) to ascertain probabilistic project completion times and Critical Path Method (CPM) approaches that investigate cost management and project acceleration techniques. The course will also cover team member selection and evaluation, project reporting processes, project event conflict and risk management, and coordinating project events across the enterprise and along the supply chain. This course exposes students to approaches, methods, and systems to ensure management success under demanding cost, schedule, and performance requirements.

## MGT 425 - Management Internship

**3-12 credits**

*Prerequisite(s): Junior standing and permission of faculty advisor, faculty internship coordinator, and department chair*

Placement is in a small business or major corporation. The intern applies various analytic techniques to the operation of

a business. Business supervision provides a variety of assignments for a thorough acquaintance with organizational functions. This is a pass/fail course. May be repeated for credit up to a 12-credit maximum.

The internship may be 3 to 12 credits, depending on the student's and employer's needs, although only three credits are required. In order to apply, the student must have a minimum of 2.5 GPA. If a student does not qualify for the internship by holding the minimum 2.5 GPA, two options are available:

Option 1: The student may retake the courses or take other elective courses to reach the 2.5 requirement, and then apply to intern;

Option 2: Student must complete a three-credit 300-400 level business class under the rubric of ACC, IHT, COM, CMM, MGT, MKT, SPB, or POL 325: Public Administration or Calculus (MAT 231), which is required by many graduate programs. Offered as needed.

## MGT 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): MGT 301 and permission of department chair and Dean*
Intensive individual study in a particular aspect of management that is not covered in regular courses. Limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that expected in regular courses. Written request for enrollment must be made prior to registration. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

## MGT 430 - Business, Government, and Society
**3 credits** *Prerequisite(s): MGT 301*
This course is a study of interrelationships among business, government, and society. The complex, continuously evolving and closely linked business-government-society system will be studied. Academic theory and actual management concerns at the strategic, global, national, regional, and local levels are covered in the course.

## MGT 441 - Labor Relations
**3 credits** *Prerequisite(s): MGT 331*
This course is a study of conflict resolution in public and private institutions. Procedures, agencies, legal framework, and major economic issues involved in labor management relations are also examined. Emphasis is placed on problems of negotiating and implementing a collective bargaining agreement.

## MGT 444 - Global Financial Management
**3 credits** *Prerequisite(s): ECO 201 and MGT 325*
This course introduces students to the major issues of the global financial system and the challenges of managing financial operations in the global markets. Students learn how to deal with foreign exchange exposure, how to assess and hedge against political and economic risks, how to manage multinational capital budgeting, how to deal with multinational tax requirements, and how to handle global portfolio and investments.

## MGT 492 - Logistics Specialization Portfolio
**3 credits** *Prerequisite(s): MGT 312, MGT 342, MGT 377, MGT 410, and MGT 417*
This course uses the case-study method to integrate the various subcomponents of effective logistics management: transportation, distribution, inventory management, warehouse management, quality management, project management, procurement, export/import documentation, export/import finance. The course culminates in a formal report and executive presentation. This course, as the logistics specialization capstone course, has also been tasked to participate in the Common Body of Knowledge (CBK) review materials process that will culminate in taking the National Education Testing Service (ETS) Test for Business.

## MGT 495 - Project Management Applications
**3 credits** *Prerequisite(s): MGT 309, MGT 312, MGT 315, MGT 318 , MGT 322, MGT 410, and MGT 422*
This course builds upon prior project management classes with an emphasis on practical application. Students must demonstrate the ability to apply successfully the project management process in two ways: first, with real data in case analysis representing a range of industries and a continuum of successful and poor implementation, and subsequently, with a specific project under the guidance of a faculty member.


# Marketing
## MKT 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
A variable-content course in marketing that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

## MKT 105 - Practical Marketing for Fun and Profit
Want to know how marketing really works? Want to get your hands dirty? This is the marketing course for you. This introductory course to real marketing covers the most common hands-on activities that make marketing departments work in both profit and non-profit organizations. Using practical, real world examples and activities students will learn the fundamental job-ready skills you need to understand what the Marketing Director really needs you to know — and we'll have a little fun in the process.

## MKT 301 - Principles of Marketing

*3 credits Prerequisite(s): ENG 122 and second-semester sophomore standing*
A basic course in the marketing of goods, services, and ideas including planning, pricing, promotion, and distribution. Attention is directed to international marketing, marketing ethics, and managing the marketing function. Offered every semester.

## MKT 308 - Personal Selling
*3 credits Prerequisite(s): MKT 301*
This course provides the foundation for successful selling concerning legal issues, preparation, prospecting, approach, presenting, closing, and follow-up. Consumers' purchase decisions, interpretation of body language, and overcoming objections are studied. Students will make their presentation to a buyer from another country. Offered fall semester.

## MKT 310 - Integrated Marketing Communication
*3 credits Prerequisite(s): MKT 301*
This course provides an introductory understanding of integrated marketing communication and promotion, including strategic planning and tactical execution of a communication plan. Emphasis is on developing and launching an integrated communications, branding and advertising plan targeting multiple segments and employing both traditional and new media. Offered spring semester.

## MKT 324 - Marketing Research
*3 credits Prerequisite(s): MKT 301, MAT 201*
From problem formulation and objective setting, this course details how to undertake primary and secondary research—that is, exploratory, descriptive, and causal research. It details focus groups, questionnaire design, measurement scales, sampling procedures, sampling and non-sampling error, data collection, editing, analysis, and synthesizing data into a cogent, succinct report. Offered spring semester.

## MKT 327 - Data and Web Analytics
*3 credits Prerequisite(s): MKT 301*
The course explains what web analytics is and provides key instructions on how to design a comprehensive web analytics strategy. It focuses on how to apply analytical techniques correctly, how to assess the effectiveness of social media and multichannel campaigns, how to optimize success by leveraging experimentation, and how to employ the proper tools and tactics for listening to your customers.

## MKT 332 - Non-Profit and Social Marketing
*3 credits Prerequisite(s): MKT 301*
This course provides the students with an initial opportunity to explore the growing experience of non-profit marketing.  The course related project and on-site activities will provide students with first hand experiences of developing marketing materials and plans for a non-profit organization.  These will be faculty supervised projects since many non-profits have limited marketing resources and capabilities.  The experience will be with local non-profit organizations in the Saint Leo Stakeholder Community.

## MKT 336 - Retailing
*3 credits Prerequisite(s): MKT 301*
Presents retail in its multi-facets as a part of the total interactive marketing channel.  Consequently, this course is designed to introduce students to the world of retailing from a managerial/operational viewpoint.  This incorporates the study of the key components of retailing, including but not limited to, retail mix, retail marketing strategies, store layout and design, changing technologies and impact on design, merchandising and related topics.  An emphasis will be placed on the e-tail and other evolving trends within the retail environment.

## MKT 345 - Social Media Marketing
*3 credits Prerequisite(s): MKT 301 and COM 140*
This course covers the key techniques and methods on how to manage marketing operations online. It focuses on presenting cutting-edge business strategies that generate value by applying and adjusting marketing techniques in the online environment and utilizing social media. The purpose of the course is to prepare the students to expand a company's marketing activities online and to coordinate both traditional social media marketing strategies in a way that maximizes a company's long-term competitive advantage. Offered spring semester.

## MKT 383 - Consumer Behavior
*3 credits Prerequisite(s): MKT 301*
This course studies consumers' purchase and consumption patterns and their implications on marketing decisions. The consumers' decision process is detailed, including need recognition, search, pre-purchase evaluation, consumption, and satisfaction, with an emphasis on individual consumer differences, the psychological process, and environmental influences. Offered fall semester.

## MKT 425 - Marketing Internship
**3-12 credits**
*Prerequisite(s): Junior standing and permission of faculty advisor, faculty internship coordinator, and department chair*
Opportunities are available for students to learn marketing techniques of large and small businesses. Activities range

from analyzing business conditions in key markets around the world to actual experience in product development, promotion, and/or distribution. This is a pass/fail course. May be repeated for credit up to a 12-credit maximum. The internship may be 3 to 12 credits, depending on the student's and employer's needs, although only three credits are required. In order to apply, the student must have a minimum of a 2.5 GPA. If as student does not qualify for the internship by holding the minimum 2.5 GPA, two options are available:
Option 1:  The student may retake courses or take other elective courses to reach the 2.5 requirement, and then apply to intern;
Option 2:  Student must complete a three credit 300-400 level business class under the rubric of ACC, IHT, COM, CMM, MGT, MKT, SPB, or POL 325:  Public Administration or Calculus (MAT-231), which is required by many graduate programs.
  Offered as needed.

## MKT 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
Intensive individual study in a particular aspect of marketing not covered in regular course offerings. Limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Written request for enrollment must be made prior to registration. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

## MKT 497 - Data Driven Strategic Marketing
**3 credits** *Prerequisite(s): MKT 301*
The course integrates all key marketing principles and concepts within a framework that provides the metrics and tools to assess their effectiveness.  A comprehensive set of metrics to assess product decisions, pricing, promotion, distribution, and online marketing is covered in a hands-on fashion that trains students to both design and evaluate marketing strategies based on data, and relevant criteria. It is an applied, quantitative, data driven approach to marketing strategies that reflects the cutting edge practices in the field.

## MKT 498 - Marketing Policies and Strategies
**3 credits** *Prerequisite(s): MKT 301 and nine additional marketing credits*
The managerial approach using case studies to develop policies and strategies for marketing as a total system. Analysis of underlying forces influencing marketing decisions. Offered spring semester.

# Mathematics

## MAT 002 - Fundamentals of Math
**3 semester hours** A minimum grade of C or higher is required in MAT 002 to take MAT 003, Basic Algebra. This course does not satisfy a LINK (general education) requirement in mathematics or elective credit for the associate's or bachelor's degree. This course is designed to help students improve basic mathematical skills and to build a foundation for algebra. Topics include integers, rational, proportion, percentages, and elementary equations.

## MAT 003 - Basic Algebra
**3 semester hours** *Prerequisite(s): MAT 002 with a grade of C or higher, or mathematics placement*
This course does not satisfy any degree requirements in mathematics or elective credit for an associate's or a bachelor's degree. This course is designed to help students build a foundation for algebra. Topics include basic operations and order of operations with integers, fractions, decimals, percentages, and all real numbers; algebraic expressions including polynomials, solving and graphing linear equations and functions, linear inequalities, basic exponents, and systems of equations. This is a pass/fail course.

## MAT 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in mathematics that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

## MAT 128 - Intermediate Algebra
**3 credits** *Prerequisite(s): MAT 003 with a grade of C or higher or mathematics placement.*
This course does not satisfy a LINK (general education) requirement in mathematics. This course is designed to provide intermediate algebra skills as well as a beginning background on functions that will enable the student to advance and succeed in College Algebra and beyond. Topics include algebraic concepts with emphasis on factoring polynomial expressions and solving polynomial equations, solving linear inequalities, understanding set notation including interval notation, manipulating rational expressions and solving rational equations, definition of functions and graphs of basic functions, manipulating rational exponents, and radicals and solving radical equations. Offered every semester.

## MAT 131 - College Mathematics
**3 credits** Topics include critical thinking, number theory, measurement, percentages, geometry, counting methods, probability, and statistics. Offered every semester.

## MAT 141 - Finite Mathematics

**3 credits** *Prerequisite(s): MAT 003 or mathematics placement*
Topics in mathematics that are especially applicable to business such as linear models, linear programming, mathematics of finance, and probability.

## MAT 151 - College Algebra
**3 credits** *Prerequisite(s): MAT 128 with grade of C- or higher or mathematics placement*
Topics include solving higher order polynomial and rational equations and inequalities, logarithmic as well as exponential equations. Graphs and zeros of functions, operations on functions, graph transformations, graphing and understanding the properties of polynomial, rational, inverse, logarithmic and exponential functions. Offered every semester.

## MAT 152 - Trigonometry
**3 credits** *Prerequisite(s): C- or better in MAT 151 or mathematics placement*
Topics include trigonometric functions, trigonometric identities and equations, the laws of sines and cosines, complex numbers, polar coordinate system, and DeMoivre's Theorem. Intended as a preparation for the first course in calculus, MAT 231. Offered every semester.

## MAT 201 - Introduction to Statistics
**3 credits** *Prerequisite(s): C- or better in MAT 141 or MAT 151 or higher, or mathematics placement*
Development of the fundamental statistical methods, including graphs, measures of central tendency and variation. Inferential statistics includes a basic review of the concepts of probability, binomial probability, normal distribution, CLT, confidence intervals, hypothesis testing, regression analysis, and correlation. Use of statistical software packages. Applications to business, social science, education, and environmental science.

## MAT 231 - Calculus-with Analytic Geometry I
**4 credits** *Prerequisite(s): C- or better in MAT 152 or mathematics placement*
Topics include limits, derivatives, continuity, applications of derivatives, indeterminate forms, introduction to integrals, and the fundamental theorem of calculus. Offered every semester.

## MAT 232 - Calculus II
**4 credits** *Prerequisite(s): MAT 231*
Techniques and applications of integration, improper integrals, sequences, and series. Offered as needed.

## MAT 251 - Introduction to Discrete Mathematics
**3 credits** *Prerequisite(s): MAT 231*
This is a course to introduce students to sound mathematical reasoning. Topics include but are not limited to logic, algorithms, counting techniques, mathematical reasoning, relations and functions, graphs, and trees. Offered as needed.

## MAT 301 - Applied Statistics
**3 credits** *Prerequisite(s): MAT 201*
This course covers a variety of statistics problems involving applications to real world problems within the framework of the programming language R. Data will be analyzed using R to determine if it is normal and investigated using contingency tables. In addition to learning more about datasets and how they can be handled in R, this course gives a more in depth coverage of confidence intervals for a variety of situations, hypothesis tests of various types, ANOVA and related conclusions, and some basic regression techniques and related hypothesis tests about the coefficients of the models.

## MAT 320 - History of Mathematics
**3 credits** *Prerequisite(s): ENG 122 and MAT 231*
This is a course to introduce students to the history of mathematics. Topics covered include early Western mathematics, other mathematical traditions, and modern mathematics through the development of calculus.

## MAT 323 - Calculus III
**4 credits** *Prerequisite(s): MAT 232*
Analytic geometry, vector analysis, partial derivatives, space curves, spherical and cylindrical coordinates, line integrals, and multiple integration. Offered as needed.

## MAT 326 - Introduction to Graph Theory
**3 credits**
*Prerequisite(s):* MAT 251

This course is an introduction to graph theory where students will investigate the fundamental concepts of graphs, digraphs, trees, circuits, paths, cycles, connectivity, Eulerian and Hamiltonian graphs. Students will use tools of graph theory to solve problems ranging from optimization, networks, tournaments, map coloring to match making problems.

## MAT 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of mathematics that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

### MAT 330 - Data Visualization
**3 credits** *Prerequisite(s):* MAT 201
This course provides an introduction to the concept of big data within the context of programming with the statistical language of R and through the use of spreadsheets. Topics covered in the class will include big data and what it is and how it is used, cluster analysis and network graphs, naïve Bayesian analysis, introduction to artificial intelligence and regression analysis, supporting topics from spreadsheets, and the R programming language.

### MAT 331 - Probability and Statistics
**3 credits** *Prerequisite(s): MAT 232*
Basic probability theory in discrete and continuous sample spaces, random variables and distribution functions, combinatorial analysis, expectations and moment generating functions, binomial, Poisson and related distributions, law of large numbers, and central limit theorem. Offered as needed.

### MAT 335 - Introduction to Numerical Analysis
**3 credits** *Prerequisite(s):* MAT 231
This course explores the numerical techniques used in many areas of mathematics and related programming algorithms. Topics covered include error bounds of numerical methods, solving nonlinear equations, approximation using polynomials, solving linear systems numerically using both direct and indirect methods, techniques for both numerical integration and numerical differentiation.

### MAT 340 - Regression Analysis
**3 credits**
*Prerequisite(s):* MAT 201
This course will explore a variety of regression techniques from linear to nonlinear methods that can be used to model and classify data. Topics include preprocessing of data in the R programming language, overfitting and tuning of models, linear and nonlinear regression, regression trees and linear and nonlinear classification methods such as logistic regression, neural networks, and support vector machines.

### MAT 341 - College Geometry
**3 credits** *Prerequisite(s): MAT 231*
An examination of the foundations of geometry, modern modifications of Euclidean geometry, projective geometry, and transformation theory. Offered as needed.

### MAT 350 - Big Data: Be Data Smart with R
**3 credits** *Prerequisite(s):* MAT 201, MAT 231, and MAT 251
This course provides an introduction to the concept of Big Data within the context of programming with the statistical language of R and through the use of spreadsheets. Topics covered in the class will include big data and what it is and how it is used, cluster analysis and network graphs, naïve Bayesian analysis, introduction to artificial intelligence and regression analysis and supporting topics from spreadsheets and R.

### MAT 351 - Number Theory
**3 credits** *Prerequisite(s): MAT 251 - Introduction to Discrete Mathematics*
Elementary properties of integers, the congruence relation, quadratic residues, certain quadratic forms, classical Diophantine equations, and fields of algebraic numbers. Offered as needed.

### MAT 361 - Linear Algebra
**3 credits** *Prerequisite(s): MAT 231*
Algebraic theory of vector spaces, matrices, determinants, systems of linear equations, linear transformations, characteristic vectors and eigenvalues, and Euclidean n-space. Offered as needed.

### MAT 362 - Modern Abstract Algebra
**3 credits** *Prerequisite(s): MAT 251 - Introduction to Discrete Mathematics*
The study of algebraic structures and their applications. Topics include groups and symmetry, modulo arithmetic, isomorphisms, and homomorphisms. Offered as needed.

### MAT 411 - Differential Equations
**3 credits** *Prerequisite(s): MAT 231*
Linear equations of first order and higher, simple non-linear equations, Laplace Transform, and systems of linear equations. Offered as needed.

### MAT 421 - Differential Equations II
**3 credits**
*Prerequisite(s):* MAT 411 with a minimum grade of C-
In this course students explore advanced topics about ordinary differential equations: numerical methods including Euler's and Runge-Kutta, application of second order differential equations, series solutions, phase plane stability analysis of 2D systems, and Sturm-Liouville boundary value problems.

### MAT 423 - Advanced Calculus
**3 credits** *Prerequisite(s): MAT 323*
This course provides students with deeper understanding of formal proofs and theorems, as well as finding

counterexamples for relevant questions. Topics include but are not limited to the study of the structure of real numbers and Euclidean space, the topology of Euclidean space, limits of sequences, continuous mappings, and derivatives. Offered as needed.

## MAT 425 - Mathematics Internship
**3 - 12 credits** *Prerequisite(s): Permission of Dean and Department Chair*
Students will have the opportunity to gain insight into the areas of business or government where their mathematical skills are going to be utilized. Students will be able to apply their problem solving, computing, analyzing, organizing and communication skills. Offered as needed. This is a pass/fail course. May be repeated for credit up to 12 credit hours limit. Up to 6 credits maybe applied toward the Major Electives.

## MAT 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of mathematics that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

## MAT 497 - Preliminary Research Seminar
**1 credit** *Prerequisite(s): At least junior standing as a mathematics major*
*Prerequisite/Corequisite: MAT 499*
This course is designed for junior or senior mathematics majors to have the opportunity to prepare for their senior research project as well as to begin the process of entering the job market or apply for graduate school. This course will require students to 1) consider pursuing graduate degrees by researching different programs, understanding the application process and the demands of passing the GRE and the GRE subject test, 2) prepare for the process of attaining a job post-graduation, by creating a resume and cover letter, participate in a mock interview, and 3) conduct literature review and identify the senior research project. The students will be enhancing their written and verbal communications skills by preparing and giving power point presentations both individually as well as in teams. This serves as the prerequisite for MAT 499 - Senior Research Project, the capstone course in mathematics. In MAT 497, a proposal for a mathematics research paper will be written and submitted to the faculty mentor. This research will continue on in MAT 499 .

## MAT 499 - Senior Project in Mathematics
**3 credits** *Prerequisite(s): Senior standing as a mathematics major*
This is the mathematics capstone course, which is designed to have students experiment with research ideas. In this course, students are expected to come up with a research project in any interested area of mathematics with the guidance and supervision of a full-time faculty member in the Mathematics Department. Offered as needed.

# Medical Humanities

## MHU 201 - Foundations of Medical Humanities
**3 credits**
This course introduces students to the foundations of the medical humanities.  Using the humanities to investigate the human experiences of illness, health, disability and death, students will examine these ideas through the lenses of literature and the arts, history and culture, spirituality and religion, and philosophy and ethics. The limitations and boundaries of medicine are introduced, allowing for more nuanced and meaningful understanding of the cultural, historical, and social contexts that shape our contemporary approaches to medicine, health, and illness.

## MHU 339 - Selected Topics in Medical Humanities
**3 credits**
*Prerequisite(s): MHU 201*
This class offers an in-depth examination of one of the major areas within the medical humanities field. Topics will vary and reflect the changes and advances of the field. Using the humanities to investigate the human experiences of illness, health, disability, and death, students will examine these ideas in further depth with a focus on literature and the arts, history and culture, spirituality and religion or philosophy and ethics. This further examination allows students to achieve a nuanced and meaningful understanding of the larger contexts that have shaped our approaches to medicine, health, and illness.

## MHU 498 - Senior Seminar in Medical Humanities
**3 credits** *Prerequisite(s): Junior standing*
This capstone course has been designed for the Medical Humanities majors to develop a project proposal and carry out a capstone project under the guidance of the instructor. Thus, it entails researching the available bibliographical and material resources necessary to achieve the proposed project. Additionally, the course includes sessions on graduate

schools, career planning, and resume writing. Required during the fall semester of the senior year for Medical Humanities majors.

## Military Science
### MSE-AFR 1101 - Foundations of the United States Air Force Part 1 (1) US AFR
**1 credit** *Corequisite(s): MSE-AFR 2000, MSE-AFR 2001*
Introduction to the Air Force through a study of its mission, heritage, customs, benefits, and officer career opportunities. MSE-AFR 2001: Leadership Laboratory augments the course, providing followership and leadership experiences. Laboratory augments the course, providing followership and leadership experiences.
### MSE-AFR 1120 - Foundations of the United States Air Force Part 2 (1) US AFR
**1 credit**
*Corequisite(s): MSE-AFR 2000, MSE-AFR 2001*
A study of the foundations Air Force officership. Topics include Air Force leadership, team building, interpersonal communication, Air Force Core Values, diversity, and the Oath of Office.
### MSE-AFR 2000 - Enhanced Physical Fitness Training
**0 credits** Required of all students in the Air Force program. It meets twice per week for .8 hours. Concentrates on motivational physical fitness, healthy lifestyle, and cadet esprit. A minimum of 80 percent attendance in physical fitness training events is required for a passing grade.
### MSE-AFR 2001 - Leadership Laboratory
**0 credits** Leadership laboratory is required for each of the Aerospace Studies courses. It meets 1.8 hours per week. Instruction is conducted within the framework of an organized cadet corps with a progression of experiences designed to develop each student's leadership potential. Leadership laboratory involves a study of Air Force customs and courtesies; drill and ceremonies; career opportunities in the Air Force; and the life and work of an Air Force junior officer. Students develop their leadership potential in a practical laboratory, which typically includes field trips to Air Force installations.
### MSE-AFR 2130 - The Evolution of USAF Aerospace Power I
**1 credit**
*Corequisite(s): MSE-AFR 2000, MSE-AFR 2001*
A study of air power from balloons and dirigibles through the jet age. Emphasis is on the employment of air power in World War I and World War II and how it affected the evolution of air power concepts and doctrine.
### MSE-AFR 2140 - The Evolution of USAF Aerospace Power II
**1 credit** *Corequisite(s): MSE-AFR 2000, MSE-AFR 2001*
A historical review of air power employment in military and non-military operations in support of national objectives. Emphasis is on the period from post-World War II to present. This course is for professional officers only.
### MSE-AFR 3220 - Air Force Leadership and Management I
**3 credits** *Corequisite(s): MSE-AFR 2000 and MSE-AFR 2001*
An integrated management course emphasizing the individual as a manager in an Air Force milieu. The individual motivational and behavioral processes, leadership, communication, and group dynamics are covered to provide a foundation for the development of the junior officers' professional skills as an Air Force officer (officership). The basic managerial processes involving decision making, utilization of analytic aids in planning, organizing, and controlling in a changing environment are emphasized as necessary professional concepts.
### MSE-AFR 3231 - Air Force Leadership and Management II
**3 credits** *Corequisite(s): MSE-AFR 2000 and MSE-AFR 2001*
A continuation of Air Force advancement and leadership. Concentration is on organizational and personal values, management of forces in change, organizational power, politics, and managerial strategy and tactics discussed within the context of the military organization. Actual Air Force cases are used to enhance the learning and communication processes.
### MSE-AFR 4201 - National Security Affairs & Preparation for Active Duty I
**3 credits**
*Corequisite(s): MSE-AFR 2000, MSE-AFR 2001*
A study of the Armed Forces as an integrated element of society, with an emphasis on American civil-military relations and context in which U.S. defense policy is formulated and implemented. Special themes include: social attitudes towards the military and the role of the professional military leader-manager in a democratic society.
### MSE-AFR 4211 - National Security Affairs & Preparation for Active Duty II
**3 credits** *Corequisite(s): MSE-AFR 2000, MSE-AFR 2001*
A continuation of the study of the Armed Forces in contemporary American society. Concentration is the requisites for maintaining adequate National Security forces; political, economic, and social restraints on the national defense structure; the impact of technological and international developments on strategic preparedness; the variables involved

in the formulation and implementation of national security policy; and military justice and its relationship to civilian law.

# Army ROTC

## MSL 1001 - Introduction to the Army

**2 credits**

MSL 1001 introduces Cadets to the personal challenges and competencies that are critical for effective leadership and communication. Cadets will learn how the personal development of life skills such as cultural understanding, goal setting, time management, stress management, and comprehensive fitness relate to Leadership, officership and the Army profession. As Cadets become further acquainted with MSL 1001, they will learn the structure of the ROTC Basic Course program consisting of MSL 1001, 1002, 2101, 2102, fall and spring Leadership Labs, and Basic Camp. The focus is on developing basic knowledge and comprehension of Army leadership dimensions, attributes and core leader competencies while gaining an understanding of the ROTC program, its purpose in the Army, and its advantages for the student.

## MSL 1002 - Foundations of Agile and Adaptive Leadership

**2 credits**

MSL 1002 introduces Cadets to the personal challenges and competencies that are critical for effective leadership and communication. Cadets will learn how the personal development of life skills such as cultural understanding, goal setting, time management, stress management, and comprehensive fitness relate to Leadership, Officership, and the Army profession. As Cadets become further acquainted with MSL 1002, they will learn the structure of the ROTC Basic Course program consisting of MSL 1001, 1002, 2101, 2102, Fall and Spring Leadership Labs, and Basic Camp. The focus is on developing basic knowledge and comprehension of Army leadership dimensions, attributes and core leader competencies while gaining an understanding of the ROTC program, its purpose in the Army, and its advantages for the student

## MSL 2101 - Leadership and Decision Making

**2 credits**

This is an academically challenging course where Cadets will study, practice, and apply the fundamentals of Army Leadership, Officership, Army Values and Ethics, Personal Development, and small unit tactics at the platoon level. Cadets will be required to demonstrate writing skills and present information briefings; all necessary to become a successful future officer. This course includes reading assignments, homework assignments, small group assignments, briefings, case studies, practical exercises, a mid-term exam, and a final exam.

Cadets will receive systematic and specific feedback on their leader attributes, values, and core leader competencies from their instructor, other ROTC Cadre, and MSL IV (Senior) Cadets who will evaluate them using the Cadet Officer Evaluation Report (COER). MSL2101 primarily is drawn from the Adaptability Army Learning Areas (ALA). The outcomes are demonstrated through Critical and Creative Thinking and the ability to apply Troop Leading Procedures (TLPs). Comprehension of the officer's role in Leading Change by applying Innovative Solutions to Problems in concert with the Principles of Mission Command. The Army Profession is also stressed through leadership forum and a leadership self-assessment.

## MSL 2102 - Army Doctrine and Team Development

**2 credits**

Primarily drawn from the Army Profession and Team Work ALA's. This is an academically challenging course where Cadets will study, practice, and apply the fundamentals of the Leadership, Officer Skills, Army Values and Ethics, Personal Development, and Tactics at the small unit level.

Cadets will be required to demonstrate writing skills and present information briefings; all necessary to become a successful future officer. This course includes reading assignments, homework assignments, small group assignments, briefings, case studies, practical exercises, a mid-term exam, and final exam.

Cadets will receive systematic and specific feedback on their leader attributes, values, and core leader competencies from their instructor, other ROTC cadre, and MSL IV (Senior) Cadets who will evaluate them using DA Form 4856 Developmental Counseling Form

## MSL 2900 - Army Physical Readiness

**1 credit** Emphasis will be on the fitness components, weight control, diet and nutrition, stress management, as well as avoidance of hypertension, substance abuse, and tobacco use. Physical Training (PT) will be conducted three mornings per week (M-W-F) from 6:30 AM to 7:30 AM at the Army ROTC department.

## MSL 3201 - Training Management and the Warfighting Functions

**3 credits** This is an academically challenging course were Cadets will study, practice, and apply the fundamentals of Army Leadership, Officership, Army Values and Ethics, Personal Development, and small unit tactics at the platoon level. At the conclusion of this course, Cadets will be capable of planning, coordinating, navigating, motivating and leading a squad and platoon in the execution of a mission during a classroom PE, a Leadership Lab, or during a Field Training Exercise (FTX). Cadets will be required to write peer evaluations and receive feedback on their abilities as a leader and how to improve those leader skills that can further develop them in to a successful officer. This course

357

includes reading assignments, homework assignments, small group assignments, briefings, case studies, practical exercises, a mid-term exam, and a final exam. Cadets will receive systematic and specific feedback on their leader attributes, values, and core leader competencies from their instructor, other ROTC Cadre, and MSL IV (Senior) Cadets who will evaluate them using the Cadet Officer Evaluation Report (COER). Successful completion of this course will help prepare Cadets for the CST - Advance Camp, which they will attend in the summer at Fort Knox, KY.

## MSL 3202 - Applied Leadership in Small Unit Operations
**3 credits**
This is an academically challenging course were Cadets will study, practice, and apply the fundamentals of Army Leadership, Officership, Army Values and Ethics, Personal Development, and small unit tactics at the platoon level. At the conclusion of this course, Cadets will be capable of planning, coordinating, navigating, motivating and leading a squad and platoon in the execution of a mission during a classroom PE, a Leadership Lab, or during a Field Training Exercise (FTX). Cadets will be required to write peer evaluations and receive feedback on their abilities as a leader and how to improve those leader skills that can further develop them in to a successful officer. This course includes reading assignments, homework assignments, small group assignments, briefings, case studies, and practical exercises, a mid-term exam, and a final exam. Cadets will receive systematic and specific feedback on their leader attributes, values, and core leader competencies from their instructor, other ROTC Cadre, and MSL IV (Senior) Cadets who will evaluate them using the Cadet Officer Evaluation Report (COER). Successful completion of this course will help prepare Cadets for the CST - Advance Camp, which they will attend in the summer at Fort Knox, KY.

## MSL 4301 - The Army Officer
**3 credits** This is an academically challenging course were Cadets will study, practice, develop, and apply critical thinking skills pertaining to Army leadership, officer skills, Army Values and ethics, personal development, and small unit tactics at platoon level. This course includes reading assignments, homework assignments, small group assignments, briefings, case studies, practical exercises, a mid-term exam, and final exam. Cadets will be assessed on the execution of missions during a classroom PE, Leadership Lab, or during a Field Training Exercise (FTX). Cadets will receive systematic and specific feedback on their leader attributes, values, and core leader competencies from their Cadre, PMS and other MSL IV (Senior) Cadets who will evaluate them using the Cadet Officer Evaluation Report (COER). Cadets will be required to write peer evaluations and receive feedback on their abilities as a leader and how to improve those leader skills. At the conclusion of this course, Cadets will be able to plan, coordinate, navigate, motivate and lead a platoon in future operational environment. Successful completion of this course will assist in preparing Cadets for their Basic Officer Leadership Course (BOLC) and is a mandatory requirement for commissioning.

## MSL 4302 - Company Grade Leadership
**3 credits**
This is an academically challenging course were Cadets will study, practice, develop, and apply critical thinking skills pertaining to Army leadership, officer skills, Army Values and ethics, personal development, and small unit tactics at platoon level. This course includes reading assignments, homework assignments, small group assignments, briefings, case studies, practical exercises, mid-term exam, and a Capstone Exercise in place of the final exam. For the Capstone Exercise, Cadets will be required to complete an Oral Practicum, where they are evaluated on their knowledge of the 20 Army Warfighting Challenges (AWFC) covered throughout the MSL4301 and 4302 coursework. In addition, Cadets could be assessed on leadership abilities during classroom PE, Leadership Labs, or Field Training Exercises (FTX). Cadets will receive systematic and specific feedback on their leader attributes, values, and core leader competencies from their Cadre, PMS and other MSL IV (Senior) Cadets who will evaluate them using the Cadet Officer Evaluation Report (COER). Cadets will be required to write peer evaluations and receive feedback on their abilities as a leader and how to improve those leader skills. At the conclusion of this course, Cadets will be able to plan, coordinate, navigate, motivate and lead a platoon in future operational environment. Successful completion of this course will assist in preparing Cadets for their BOLC B course and is a mandatory requirement for commissioning

# Multimedia Management
## MMM 210 - Audio and Video Production
**3 credits** Part of Saint Leo University's mission and core values is the thought that students should form moral and responsible judgments and attitudes about the multimedia communication process and the methods of conveying thoughts and opinions in a modern society. To that end, this course is designed to introduce students to the theory and practice of audio and video production. This course offers students a complete picture of audio and video techniques including the latest developments in digital production. Students will be actively engaged in the recording and video studios, and will be involved in post-production and field production.

## MMM 350 - Technology and Innovation
**3 credits** *Prerequisite(s): CMM 101*
Technologies have become a core of innovation in an organization, as we have depended on technologies for our business and personal needs. Innovations have changed the way we operate our business at all levels, from marketing to

human resources management to supply chain. Thus, it is vital for us to design and implement proper strategies for technology innovation in organizations. The purpose of this course is to provide students with the understanding of technology and innovation in organizations as well as the skills to develop strategies to assist organizations.

### MMM 355 - Writing for Interactive Media
**3 credits** *Prerequisite(s):* CMM 101
It is essential to Saint Leo University's mission and core values that students form moral and responsible judgments and attitudes about the multimedia communication process and the methods of conveying thoughts and opinions in a modern society. To that end, this course is designed to introduce Multimedia majors and non-majors to the theory and practice of writing for various interactive media including the internet, CD-ROMs, simulations, social networks, and other electronic media. It provides students with the essential skills needed to synthesize, present, and evaluate information in and for various media for a wide variety of purposes.

### MMM 413 - Mass Media: Working in a Media Driven World
**3 credits** *Crosslisted:* MMM-210
*Prerequisite(s): MMM 210 - Audio and Video Production*
This course combines mass communication theory and practical application. It provides an introduction to the different industries and contemporary issues in mass media. It helps prepare students for the modern information age by examining the history, structure, and trends in different media industries. Students will also have an opportunity to investigate mass media professions, the regulation of mass media by governments, and influence of special interest groups.

### MMM 420 - Graphic Design
**3 credits** *Prerequisite(s):* CMM 101 and Junior Standing or chair's permission
Part of Saint Leo University's mission and core values is the thought that students should form moral and responsible judgments and attitudes about the multimedia communication process and the methods of conveying thoughts and opinions in a modern society. To that end, this course is designed to introduce students to the theories, principles, and practices of graphic design. Students will learn about the five design elements including balance, hierarchy, contrast, repetition, and alignment and the role they play in defining graphic messages. Students will also be introduced to the process of creating computer-based graphics for use in telling stories, illustrating ideas, and entertaining viewers. Finally, students will create multi-layered productions using the latest software technology.

### MMM 425 - Internship in Multimedia Management
**3 credits** The faculty-supervised multimedia internship experience may take place in a wide variety of settings. The onsite internship is thirteen weeks in length, with the first and last week of the semester devoted to classroom meetings. Students learn to address and overcome the many macro and micro obstacles that are a natural and integral part of the internship experience such as developing effective relationships and putting classroom theory into practice. May be repeated for credit up to a 12-credit maximum.

### MMM 498 - Corporate Video Production
**3 credits** *Prerequisite(s):* MMM 355 and MMM 420
Corporate Video Production is an advanced study of the planning, organization, and execution of video field-production techniques as used in corporate video and documentary program production: single-camera, film-style video techniques and postproduction. The purpose of this course is to explore the production of video for use in the corporate (and non-profit) organizational environment. Through a combination of lecture, lab activities and service-learning assignments you will gain experience in planning and creating corporate media.

## Music
### MUS 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in music that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration.

### MUS 104 - A Capella Ensemble
**1 credit**
*Prerequisite(s):* Sophomore level or higher and audition.
This course will develop musicianship through group instruction of a capella ensemble skills. Sound has a look. Technique, tonal placement, diction, expressiveness, proper alignment, artistry, word memorization, dramatic engagement and free vocal production will all be addressed and assessed.

### MUS 106 - Saint Leo Singers
**1 credit** Performance of wide variety of choral music, including jazz, contemporary pop, classical, multicultural, and folk music. Open to all students. May be repeated for credit.

### MUS 110CL. - Spirituals to Rock and Roll: The Story of How American Popular Music Conquered the World

**3 credits** In this course students will explore the development of American popular music beginning with its roots in African American slave music, continuing through minstrelsy, vaudeville, Tin Pan Alley, American Musical Theatre, Blues, Jazz, Rock and Roll, Alternative, and Hip Hop.  Students will practice critical listening skills as they are exposed to many genres of popular music, and will explore the social, economic, and philosophical paradigms that gave rise to each genre in the American experience of music.

## MUS 115 - Voices of Christ
**1 credit** Voices of Christ is the music ministry for Saint Leo University Ministry. The musical choir and band are designed to foster passionate involvement in music ministry through scripture reflection, prayer, and regular weekly practice. The students will learn many liturgical musical styles as well as proper ministerial practices during liturgical services. Students will learn the purpose of music in ministry and how vital their role is as music ministers. May be repeated for credit.

## MUS 120, 220, 320, 420 - Private Instruction
**1 credit** Students may request private instruction in keyboard, voice, brass, percussion, strings, woodwinds, and guitar. Ten 30-minute lessons per semester. Open to all students. May be repeated for credit. Semester fee. No refund after second lesson.

## MUS 121 - Music Theory I
**3 credits** Study of the individual elements of music including pitch, rhythm, terms & symbols, and harmony.

## MUS 122 - Music Theory II
**3 credits** *Prerequisite(s): MUS 121*
Study of composition and music analysis, developing skills in analyzing existing musical scores and creating original music in 2-parts, 3-parts, and contemporary song forms.

## MUS 123 - Introduction to Music
**3 credits** *Prerequisite(s): FAS 101*
Develops an understanding of, and appreciation for, the most important composers and styles from music history and develops critical and intelligent listening skills.

## MUS 130 - Instrumental Ensemble
**1 credit** This course is designed to develop individual and group performance skills within an instrumental ensemble. Instrumental ensembles will be organized based on student interest and the availability of sufficient participants for proper ensemble balance. Possible ensembles include jazz, strings, percussion, guitar, and mixed instrument. May be repeated for credit.

## MUS 131 - Sight Singing and Ear Training I
**1 credit** *Corequisite(s): MUS 121*
MUS 131 is designed to begin training in aural recognition and vocal realization of materials used in music composition.

## MUS 210CL - Making Sense of the Sound: The Art of Listening Well to Great Music
**3 credits** In this course students will develop critical listening skills through increasing their understanding of musical structure and cultural context and making connections between musical masterpieces of the past and the music enjoyed in the present. The focus of the course is European and North American music.

## MUS 231 - Sight Singing and Ear Training II
**1 credit** *Corequisite(s): MUS 122*
MUS 231 is a continuation of the training begun in MUS 131, expanding the harmonic, interval, and rhythmic vocabulary in correlation with the materials used in music composition.

## MUS 241 - Practicum in Music Ministry I
**1 credit** *Corequisite(s): MUS 340*
Designed to foster passionate involvement in ministry and gain practical working knowledge of the duties of a music minister. The student will learn the practices of directing a music ministry and apply the concepts learned in Music Ministry Leadership for four hours per week. Offered every spring.

## MUS 301 - Introduction to Music Technology
**3 credits** This course is an introduction to the world of computer based music composing, arranging, and printing using Ableton Live music production software and Sibelius music notation software. MUS 121 - Music Theory I and MUS 122 - Music Theory II are highly recommended, but not required prerequisites

## MUS 311 - History of American Music
**3 credits** *Prerequisite(s): MUS 123*
The study of America's music briefly touching on Native American music, the first three centuries of American history, nineteenth century music, and predominantly, twentieth century popular, jazz, rock, country, and musical theatre.

## MUS 321 - Music History I
**3 credits** *Prerequisite(s): MUS 123*
The study of the Medieval, Renaissance, and Baroque periods of music, focusing on forms, styles, and composers from each period.

## MUS 322 - Music History II
**3 credits** *Prerequisite(s): MUS 123*
The study of the Classical, Romantic, Impressionistic, and Modern periods of music, focusing on forms, styles, and composers from each period.

## MUS 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of music that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours.

## MUS 331 - Music in World Cultures
**3 credits** *Prerequisite(s): MUS 123*
This course provides an introductory survey of traditions and transformations of music in global perspective. The course examines music that is representative of a variety of world cultures. Within this framework, we will explore everything from folk and classical genres to contemporary styles of world beat, jazz, popular, and experimental music.

## MUS 332 - The Story of Western Christian Music
**3 credits** The relationships between musical art and the Christian faith is shown in the music of the church, past and present. Christian folk music of the twentieth century is in relation to the Christian musical tradition and to biblical expressions of faith. Previous study of music is not required.

## MUS 335 - Introduction to Choral Conducting
**3 credits** *Prerequisite(s): MUS 122, MUS 231, and basic piano skills*
Designed to introduce the fundamentals of choral conducting for professional and amateur groups. It will cover basic choral conducting techniques, vocal warm-ups, and rehearsal techniques.

## MUS 340 - Music Ministry Leadership
**3 credits** *Corequisite(s): MUS 241*
Designed to teach the basic skills necessary to be a leader of Catholic Liturgical Musical Ministry, this course will highlight major liturgical celebrations and the music minister's role in coordinating worship. It will also emphasize the importance and purpose of music in liturgy as a means of celebrating and worshiping as a faith community. Offered in alternate years.

## MUS 341 - Practicum in Music Ministry II
**3 credits** *Prerequisite(s): MUS 241*
Designed for further practical working experience of the duties of a music minister through placement in a local church or school. Placement will vary depending upon the student's strengths and career path. The student will learn the practices of directing a music ministry and continue to apply the concepts learned in Music Ministry Leadership for four hours per week.

## MUS 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of music that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member.

# Philosophy
## PHI 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in philosophy that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration.

## PHI 110RS - Encountering the Real: Faith and Philosophical Enquiry
**3 credits** This course examines definitions, assumptions, and arguments central to religious existence via the lens of several key classical and contemporary philosophers. Students will develop and refine their ability to think impartially and objectively about personal religious commitments, understand alternative religious points of view, and formulate and defend informed arguments and objections with respect to the subject matter. Topics include faith and reason, arguments for the existence of God, the problem of evil, and responses to religious diversity.

## PHI 210RS - Thinking and Doing Ethics
**3 credits**
The purpose of this course is to draw on a rich set of proposals concerning right action and good character that have been developed over two millennia and across various cultures in order to stimulate deliberation and mindful action. The course will emphasize comprehension of the right and the good through active deliberation about cases. It will also provide participants with the option to reflect on the right and the good in their personal experience with past or concurrent service or service learning activities.

## PHI 223 - Logic

**3 credits** An introduction to different methods of formal and informal analysis of the logical structure of propositions and arguments. Possible topics include syllogistic logic, propositional logic, predicate logic, inductive inferences, and informal fallacies.

## PHI 224 - Ethics

**3 credits** Concerns the human quest for happiness and the attainment of ultimate ends. Explores a range of value systems from that of Aristotelian-Thomism to existentialism and phenomenology.

## PHI 309 - History of Philosophy I: Ancient to Medieval

**3 credits** A survey of the Western philosophical tradition from its beginnings in Greek thought to the Middle Ages; it includes the reading and analysis of fundamental texts by main figures of the period such as Plato, Aristotle, Augustine, Anselm, and Aquinas.

## PHI 310 - History of Philosophy II: The Modern World

**3 credits** A survey of Western philosophical thought from the sixteenth to the nineteenth centuries; it includes the reading and analysis of fundamental texts by significant figures of the period such as Descartes, Hobbes, Locke, Hume, Kant, Hegel, Kierkegaard, and Nietzsche.

## PHI 311 - Political Philosophy I

**3 credits** *Crosslisted: POL 311*

A detailed treatment of selected works of classical political philosophy, including such important authors as Plato, Aristotle, Cicero, St. Augustine, and St. Thomas, with a special emphasis on topics pertaining to justice and natural law. Selections may vary. Offered in alternate years.

## PHI 312 - Political Philosophy II

**3 credits** *Crosslisted: POL 312*

A detailed treatment of selected works of modern political philosophy, including such important authors as Hobbes, Locke, Rousseau, Kant, Marx and Nietzsche. Works by contemporary authors on the philosophy of law will be compared and contrasted. Authors and themes may vary. Offered in alternate years.

## PHI 324 - Bio Ethics

**3 credits** Examines moral problems that arise in the practice of medicine. Various theories about what is good and what is right are considered and related to bio-ethical and socio-ethical issues.

## PHI 328 - Business Ethics

**3 credits** *Prerequisite(s): ENG 122 and junior standing*

A study of general moral principles and their application to ethical issues and problems pertaining to business activities and the nature of the corporation in contemporary society.

## PHI 329 - Directed Study: Readings or Research

**3 credits** *Prerequisite(s): Permission of faculty member and Dean*

Designed for small groups of students to pursue in-depth a particular aspect of philosophy that is not covered or is treated less rigorously in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours.

## PHI 332 - Philosophy of Human Being

**3 credits** A study of what it means to be human, with particular emphasis on concepts of the self and the questions of freedom and responsibility.

## PHI 335 - Philosophy of Love

**3 credits** Examines philosophical commentaries on the traditional forms of love and their practical implications for the nature of human relationships.

## PHI 345 - Social Ethics: From Personal Values to Global Citizenship

**3 credits**

*Prerequisite(s): Junior Standing required*

The focus of this course is to engage course participants in moral deliberation about contemporary domestic and global issues that are pertinent to human development and well-being. Contemporary issues will be discussed in terms of ethical considerations including utility, duties, rights, virtues, justice as fairness, and care. Notions such as environmental integrity will also be important. This course will encourage students to develop positions they, as concerned citizens, ought to articulate on current important issues that cross disciplinary and geographical boundaries, and that require a knowledge of and sensitivity to cultural differences.

## PHI 346 - Environmental Ethics

**3 credits** A study of the philosophical aspects of ethical issues involved in the relation of human beings to the environment, including religious perspectives.

## PHI 364 - Studies in Jewish Thought

**3 credits** *Crosslisted: REL 364*

Selected topics in Jewish thought, with emphasis on problems, thinkers, and movements.

## PHI 366 - Asian Studies

**3 credits** *Crosslisted: REL 366*
Selected topics in Asian thought, with emphasis on problems, thinkers, and movements.

### PHI 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of philosophy that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member.

# Physical Education

### PED 100-400 - Special Topics

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
A variable-content course in physical education that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration.

### PED 162 - Beginning Golf

**1 credit** This course is designed to give the beginning player the fundamentals to play the game of golf properly. The course involves classroom instruction in rule interpretation, course management, equipment selection, common beginner mistakes, and golf etiquette. The practical part of the course will involve skill attainment in all the fundamentals of the golf swing.

### PED 172 - Beginning Racquetball

**1 credit** This course is designed for the pupil to develop skills in racquetball, as well as insight into how it can be of value to the student in the future. The course will involve physical skills in racquetball as well as rules, regulations, team and individual competitions, and written tests covering all of these components.

### PED 176 - Beginning Tennis

**1 credit** This course is designed to acquaint the student with some of the educationally sound contributions that participation in tennis can give the individual. As an academic course, emphasis is placed on knowledge of the origin and evolution of tennis and the rules of the game, as well as the development of specific tennis skills.

### PED 201 - Beginning Swimming

**1 credit** This course is designed to follow the American Red Cross Learn to Swim Program and the Basic Water Rescue course. In the Learn to Swim Program, students will learn aquatic and safety skills in a logical progression. The Basic Water Rescue course will provide students with information and skills to prevent, recognize, and respond to aquatic emergencies using non-swimming rescues. This is a pass/fail course.

### PED 220 - Motor Skill Development and Analysis

**3 credits** *Prerequisite(s): BIO 225*
A study of the growth and maturational processes that affect motor skill acquisition and performance throughout the life span. Theories are examined regarding learned motor behavior and the control of movement, focusing on the role of perceptual, memory, and motor functions in the acquisition and retention of skilled movement. Students attain the knowledge necessary to undertake a systematic approach to the analysis of human motion. Offered fall semester.

### PED 230 - Community Health Education and First Aid/CPR/AED

**3 credits** This course approaches community health education from both life-enhancing and life-saving perspectives. Multiple types of health resources, research, and strategies are introduced. Emphasis is placed on reviewing and interpreting emerging research and services relevant to contemporary health issues and concerns. Subsequently using this knowledge in ways to educate and encourage healthy practices, students will design and convey health-promoting messages enhanced by technology tools. Additionally, American Red Cross First Aid/CPR/AED certification may be earned through this course, further developing capacities and skills needed to build a healthier campus community.  Course fee may apply.

### PED 306 - Instructional Design and Content of Racquet Sports/ Track and Field

**3 credits** *Prerequisite(s): Sophomore standing*
This course is designed to prepare the pre-professional secondary physical educator to teach racquet sports and activities. Emphasis is placed upon the development of competencies needed to develop a racquet sports curriculum, design and implement effective lessons, and create an appropriate learning environment. Field work required. Offered spring semester of even years.

### PED 307 - Instructional Design and Content of Swimming and Golf

**3 credits** *Prerequisite(s): Sophomore standing*
This course is designed to prepare the pre-professional secondary physical educator to teach swimming and golf. Emphasis is placed upon the development of competencies needed to develop a lifetime sports curriculum, design and implement effective lessons, and create an appropriate learning environment.

### PED 308 - Instructional Design and Content of Personal Fitness/ Weight Training

**3 credits** *Prerequisite(s): Sophomore standing*
This course is designed to prepare pre-professional physical educators to implement the Personal Fitness course that is Florida's physical education graduation requirement. The emphasis is on developing understanding of the content of the Personal Fitness course and competencies to assess fitness levels and design fitness programs for individuals. Field work required. Offered fall semester of odd years.

## PED 309 - Instructional Design and Content of Team Sports and Activities
**3 credits** *Prerequisite(s): Sophomore standing*
This course is designed to prepare the pre-professional secondary physical educator to teach team sports and activities. Emphasis is placed upon the development of competencies needed to develop a team sports curriculum, design and implement effective lessons, and create an appropriate learning environment. Field work required. Offered spring semester of odd years.

## PED 311 - Lifeguard Training
**3 credits** This course is designed to teach prospective lifeguards the skills and knowledge needed to prevent and respond to aquatic emergencies. Upon successful completion of this course, candidates will be awarded the American Red Cross Lifeguard Training certification.

## PED 313 - Water Safety Instruction
**3 credits** This course is designed to train instructor candidates to teach American Red Cross Swimming and Water Safety courses. Practice teaching is an integral part of the course. Upon successful completion of this course, candidates will be awarded the American Red Cross W.S.I. certification. Lab fee may apply.

## PED 315 - Health Education: Weight Training for Personal Fitness
**3 credits** This course introduces students to concepts and skills necessary for beginning an effective weight training routine. Students will explore basic principles underlying weight training, including: muscle structure, body mechanics, body adaptations to exercise, weight training principles, and nutrition supporting physical activity. Students will also learn and practice techniques for performing weight training exercises in a safe and efficient manner, and will design a personalized training program to incorporate into an active and healthy lifestyle.

## PED 320 - Theory and Practice of Coaching
**3 credits** *Prerequisite(s): Sophomore standing*
The study of the principles associated with coaching that enable students to scientifically design practice and game regimens and strategy. The disciplines of kinesiology, exercise physiology, motor development, anatomy, physiology, sociology, and psychology serve as the research base. Offered spring semester of even years.

## PED 322 - Coaching Football
**3 credits** *Prerequisite(s): Sophomore standing*
The principles and practices of coaching football, emphasizing the development of a philosophy of coaching and the general mental and physical training of an athlete. Field work required. Offered fall semester of even years.

## PED 323 - Coaching Golf and Tennis
**3 credits** *Prerequisite(s): Sophomore standing*
The principles and techniques applicable to the teaching and coaching of golf and tennis at various competitive and recreational levels. Field work required. Offered fall semester of odd years.

## PED 324 - Coaching Basketball
**3 credits** *Prerequisite(s): Sophomore standing*
The principles and practices of coaching basketball, emphasizing the development of a philosophy of coaching and the general mental and physical training of an athlete. Field work required. Offered spring semester of even years.

## PED 325 - Coaching Baseball
**3 credits** *Prerequisite(s): Sophomore standing*
The principles and practices of coaching baseball, emphasizing the development of a philosophy of coaching and the general mental and physical training of an athlete. Field work required. Offered spring semester of odd years.

## PED 329 - Directed Study or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue a particular aspect of physical education that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours.

## PED 340 - Prevention and Treatment of Athletic Injuries
**3 credits** *Prerequisite(s): Sophomore standing*
The primary purpose of this course is to provide prospective teachers, coaches, and recreational leaders with an in-depth study of practices and techniques applicable to the prevention and treatment of athletic injuries and conditions that might occur in activities that they may have under their supervision. Offered fall semester of odd years. Course fee may apply.

## PED 341 - Advanced Care and Treatment of Athletic Injuries
**3 credits** *Prerequisite(s): PED 340*
The primary purpose of this course is for the students to have an advanced understanding of the care and treatment of

athletic injuries. This is to include but is not limited to advanced anatomy, specialized taping and wrapping techniques, thorough evaluation and rehabilitation of injuries, communicating with physicians, observation and assistance to the athletic trainers on staff, use of modalities, and description of over-the-counter medications.

### PED 347 - First Aid and CPR Instructor
*3 credits Prerequisite(s): PED 230 with current Red Cross certification*
Designed to prepare the participants to teach and certify students for teaching the ARC "Standard First Aid and Personal Safety" and cardiopulmonary resuscitation courses. First aid knowledge and skills will be reviewed as well as appropriate methods and techniques of instruction. ARC certification available. Course fee may apply.

### PED 350 - Adaptive Physical Education and Recreation
*3 credits Prerequisite(s): Junior standing*
A study of the principles and methods of adaptive physical education and recreation for persons with disabilities. Content of the course includes a diversified program of developmental activities, games, and sports suited to the interest, capacities, and limitations of students with disabilities who may not safely or successfully engage in unrestricted participation in vigorous activities and sports both in school and in out-of-school community programs. Offered fall semester.

### PED 429 - Advanced Directed Study or Research
*1-3 credits Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of physical education that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member.

### PED 443 - Organization and Administration of Physical Education
*3 credits Prerequisite(s): EDU 380 and junior standing*
Designed to cover the organization and administrative policies, standards, and procedures involved in the physical education teaching profession and related fields. Emphasis on the education perspective and various administrative problems. Offered fall semester of odd years.


## Physics
### PHY 100-400 - Special Topics
*1-3 credits Prerequisite(s): Permission of faculty member*
A variable-content course in physics that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed. A course fee may apply.

### PHY 221 - General Physics I
*3 credits Prerequisite(s): MAT 152 or corequisite with approval of instructor*
*Corequisite(s): All students registered for this course must also be registered for PHY 221L.*
This is a course that covers the fundamental concepts and laws of physics. Topics considered include mechanics, heat, and wave motion. Three hours of lecture are scheduled each week.

### PHY 221L - General Physics Laboratory
*1 credit Prerequisite(s): MAT 152 or corequisite with approval of instructor*
*Corequisite(s): All students registered for this course must also be registered for PHY 221.*
The laboratory course provides students with experience in the application of the fundamental concepts and laws of mechanics, heat, and wave motion. One three-hour laboratory period is scheduled each week. A course fee may apply.

### PHY 222 - General Physics II
*3 credits Prerequisite(s): PHY 221 and PHY 221L*
*Corequisite(s): All students registered for this course must also be registered for PHY 222L.*
This is a continuation of PHY 221. This portion of the course covers the fundamental concepts and laws of electricity, magnetism, optics, and modern physics. Three hours of lecture are scheduled each week.

### PHY 222L - General Physics II Laboratory
*1 credit Prerequisite(s): PHY 221 and PHY 221L*
*Corequisite(s): All students registered for this course must also be registered for PHY 222.*
This laboratory course provides students with experience in the application of the fundamental concepts and laws of electricity, magnetism, optics, and modern physics. One three-hour laboratory period is scheduled each week. A course fee may apply.

### PHY 329 - Directed Study: Readings or Research
*3 credits Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue in-depth a particular aspect of physics that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed. A course fee may apply.

### PHY 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of physics that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed. A course fee may apply.

## Political Science

### POL 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member*
A variable-content course in political science that is designed for a specific class level: freshman (100) through senior (400). A study of such topics as the presidency, the judicial process, or other special topics. The topic to be covered is announced in advance of registration. Offered as needed.

### POL 110HA - Revolution Now! Democracy in Troubled Times
**3 credits**
This course investigates the rise and spread of democracy. Democracy as a form of government and social movement will be traced from its ancient origins in Greece and Rome to the American and French Revolutions of the 18th Century, through its evolution and diffusion during the 19th and 20th Centuries to its position of global dominance at the beginning of the 21st Century. Democratic values, norms and behaviors will be examined through the use of historic video footage and core texts. Attention will be paid to governmental systems in the U.S., Western Europe, the BRIC countries, and our neighbors Canada and Mexico, and to the emerging democracies in the Middle East and Asia. Acquiring basic academic skills will be emphasized, as students are awakened to the significance of world historical events and the excitement of following current affairs.

### POL 121 - Introduction to Politics
**3 credits** An introduction to politics by an examination of the perennial questions of politics, contemporary political events, issues, and different political orders.

### POL 222 - Introduction to Homeland Defense
**3 credits** *Crosslisted: CRM 222*
This class is designed to help students understand the Department of Homeland Security (DHS). It provides a comprehensive overview of the department's history, mission, organization, and programs designed to reduce America's vulnerability to attack and quickly recover from disaster.

### POL 223 - American Federal Government
**3 credits** An introduction to the basic principles and processes of American national government, including federalism, representation, separation of powers, checks and balances, the committee system, the electoral college, political parties, and judicial review. Emphasis is placed on understanding the Constitution and the intention of the framers, although modern developments and contemporary policy issues are not neglected. Offered annually.

### POL 224 - American State and Local Government
**3 credits** An inquiry into the theory and practice of federalism and a survey of the various political subcultures and institutions of state government are followed by a philosophic treatment of the major political issues facing local government today. Offered annually.

### POL 225 - Far-Eastern Civilization
**3 credits** *Crosslisted: HTY 225*
A study of the historical development of the civilizations of China and Japan with emphasis on their classical traditions, the impact of Western issues, and practices and developments in the post-World War II era.

### POL 227 - Latin America and the Caribbean
**3 credits** *Crosslisted: HTY 227*
A survey of the principal movements, events, ideas, and personalities in Latin America and the West Indies from the pre-Columbian societies to the present, with emphasis on 20th-century developments. Offered annually.

### POL 231 - Political Inquiry
**3 credits** *Prerequisite(s): POL 223*
This course provides the student with an introduction to how political science research is done. Students will learn about the intersection of political phenomena and the scientific method. Measurement, research design, sampling, and empirical methodology will be emphasized. Students will not only be introduced to exemplary political research written by experts in the field, but they will also be tasked with exploring and analyzing questions on their own.

### POL 233 - Modern Middle-East
**3 credits** *Crosslisted: HTY 233*
A survey of the Middle East's historical, political, religious, ethnic and economic forces, from its Islamization to the World Wars, Arab-Israeli conflicts, geo-economic regional oil resources, post-Cold War conflicts, "Arab Spring" instabilities and Islamist terrorism (Al Qaeda to ISIL). Offered annually.

## POL 295 - International Relations

**3 credits** An analysis of the relations among subnational, national, and supranational factors and foreign policy formation. Problems and developments of international politics and organizations. Offered in alternate years.

## POL 301 - College Preparation

**1 credit** *Crosslisted: HTY 301*
This course helps the student to navigate the transition from undergraduate life to graduate school, professional school, or full-time employment.

## POL 303 - Media Politics

**3 credits** This course is designed to introduce students to the place where the world of media and politics intersect. Special attention will be placed on the transitioning role of media, from the professionalized sources of the 20th century towards the citizen run blogging and microblogging of the 21st. We will examine questions of perspective, bias, polarization, engagement, and messaging in order to gain a stronger grasp on the question of politics and the media.

## POL 304 - Campaigns and Elections

**3 credits**
*Prerequisite(s): POL 223*
The success of representative Democracy relies on the input of informed citizens. This class will take a contemporary approach to the study of campaigns and elections. Modern campaign strategies will be studied in detail, from microtargeting to mass advertising techniques. Students will also be exposed to campaign law, from voter ID requirements to campaign finance. Finally, students will be asked to assess the normative implications of the electoral process in America and prospects for reform. Coursework will include exams, papers, participation, and reading will be essential.

## POL 306 - Congress - American Legislative Process

**3 credits**
*Prerequisite(s): POL 223*
Congress is the chief lawmaking body of our federal government. The purpose of this course is to give students an in depth understanding of Congressional behavior. Topics covered include the electoral connection between Congress and constituents, the committee-based organizational structure of the House and Senate, and the role that parties play in shaping outcomes. Finally, students will be able to use what they have learned to carry out a Congressional simulation and discuss the prospects for reforming our nation's legislature. Grades will be based on participation, exams, and a research paper.

## POL 311 - Political Philosophy I

**3 credits** *Crosslisted: PHI 311*
A detailed treatment of selected works of classical political philosophy, including such important authors as Plato, Aristotle, Cicero, St. Augustine, and St. Thomas, with a special emphasis on topics pertaining to justice and natural law. Selections may vary. Offered in alternate years.

## POL 312 - Political Philosophy II

**3 credits** *Crosslisted: PHI 312*
A detailed treatment of selected works of modern political philosophy, including such important authors as Hobbes, Locke, Rousseau, Kant, Marx, and Nietzsche. Works by contemporary authors on the philosophy of law will be compared and contrasted. Authors and themes may vary. Offered in alternate years.

## POL 323 - Comparative Politics

**3 credits** A study of various political systems, parties, electoral laws, and national politics, with particular emphasis on the Soviet Union/Russia, United Kingdom, France, Germany, Italy, selected European states, China, Japan, Israel, and regional countries from the Middle East, Africa, Asia, and Latin America, all through a comparative analysis with the United States. Offered in alternate years.

## POL 324 - Politics of Developing Nations

**3 credits** An analysis of the relations between the United States and developing nations of the Third World, including their national politics and economic development since World War I. Offered in alternate years.

## POL 325 - Public Administration

**3 credits** *Prerequisite(s): Sophomore standing*
An analysis of the nature of public administration, its structures and limitations; staff organization and chain of command; unemployment policies and personnel training and management; employees, organizations, and public relations. Offered annually.

## POL 326 - United States Constitutional Law I

**3 credits** *Prerequisite(s): POL 223*
A study of the historical development and expansion of judicial power, with emphasis on leading cases relative to judicial review, congressional and legislative powers, federalism, commerce, taxation, and economic due process. Offered in alternate years.

## POL 327 - United States Constitutional Law II
**3 credits** *Prerequisite(s): POL 223*
A survey of constitutional rights and liberties, with emphasis on current problems and cases in the areas of equal protection, criminal procedure, freedom of press and speech, and freedom of religion. Offered in alternate years.

## POL 329 - Directed Study or Research
**3 credits** *Prerequisite(s): Permission of faculty member*
Designed for small groups of students to pursue a particular aspect of political science that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

## POL 330 - Military Strategy: Antiquity to NATO
**3 credits** *Crosslisted: HTY 330*
*Prerequisite(s): Sophomore standing*
A survey of military strategy, warfare and command leadership from antiquity and U.S. military history to NATO and today's conflicts, including Ancient Greece, Ancient Rome, Middle-Ages, balance of power wars, Napoleonic Wars, U.S. Civil War, World War I, World War II, Cold War, World War III plans, Korean War, Viet-Nam Wars, NATO, arms control, Yugoslav Civil Wars, Gulf Wars, and Afghan Wars and the War on Terrorism. Offered in alternate years.

## POL 332 - Terrorism
**3 credits** *Crosslisted: CRM 332*
This course provides a comprehensive overview of international and domestic terrorism, arising from either religious or secular roots. It will examine the historical and philosophical underpinnings of terrorism in general and identified terrorist organizations in particular. A special emphasis will be on the impact of weapons of mass destruction—e.g., nuclear/radiological, biological, and chemical means—on the changing face of terrorism throughout the world.

## POL 333 - Palestine and Israel
**3 credits** *Crosslisted: HTY 333*
*Prerequisite(s): Sophomore standing*
A detailed examination of the 20th-century conflict between Jews and Arabs over the land of Israel/ Palestine, considered in both its historical and contemporary aspects. Offered in alternate years.

## POL 334 - International Political Economy
**3 credits** *Crosslisted: ECO 334*
*Prerequisite(s): Sophomore standing*
An exploration of the linkages between politics and economics in international affairs. Emphasis is on developments since 1945 and such topics as political risk analysis in international business, interdependence, and U.S. economic foreign policy. Offered as needed.

## POL 337 - Legacies of the British Empire
**3 credits** *Crosslisted: HTY 337*
*Prerequisite(s): Sophomore standing*
A study of British imperial policy and its effects on the historical origins of the racial/ethnic conflicts in Northern Ireland, Canada, Israel, South Africa, and India/Pakistan. Offered in alternate years.

## POL 339 - Readings in Political Science
**3 credits** *Prerequisite(s): Junior standing or permission of instructor*
Students will read the most recent literature being produced in the discipline of political science, immersing themselves in the political landscape of the 21st century. This is a seminar style course, where students are expected to practice deep reading skills, compose reflective papers, and collegially criticize one another's work. This course serves as a preparation for Senior Seminar, and students are strongly encouraged to take it during their junior or senior year, prior to enrolling in Senior Seminar in Political Science.

## POL 340 - British History
**3 credits** *Crosslisted: HTY 340 - British History*
A survey of the principal movements, events, ideas and personalities in British history from Roman times to the present.

## POL 361 - Legal Issues in Counter-Terrorism
**3 credits** *Crosslisted: CRM 361*
This course provides a comprehensive overview of legal issues attendant to international terrorism. In particular, students will examine the "War on Terror" and the tension between approaches based on criminal law enforcement versus a military or warrior basis. A special emphasis will be placed on the interrelationship between United States law and international law and agreements. The course will address current efforts in counter-terrorism, with special emphasis on recent federal prosecutions for terrorist acts or aiding terrorist organizations.

## POL 363 - Exploitable Weaknesses in Terrorist Organizations
**3 credits** *Crosslisted: CRM 363*
This course provides a comprehensive overview of international and domestic terrorism, arising from either religious or secular roots. It will examine the historical and philosophical underpinnings of terrorism in general, and identified

terrorist organizations in particular. The course will examine exploitable weaknesses of terrorists; terrorist typology; human factors as applied to terrorists; modus vivendi of terrorists; conspiratorial association theorems; weaknesses of terrorist groups; and proactive measures in support of terrorist investigations. The course will address current efforts in counter- terrorism, with special emphasis on the federal and state responses.

## POL 365 - Local Response to Terrorism

**3 credits** *Crosslisted: CRM 365*

This course provides a comprehensive overview of the need to plan for the possibility of a terrorist event on the local level. A terrorist event could take place that restricts or retards the state and federal governments' response to a local community. The course will give the student the tools needed to prepare a local agency for immediate response to an event in his or her community. The course will give an introduction to the National Incident Management System and will provide the student with the information necessary to ensure local government compliance with federal law.

## POL 395 - Genocide, War-Crimes and Laws of War

**3 credits** *Crosslisted: HTY 395*
*Prerequisite(s): Sophomore standing*

This course is the second legal-international course and follows up POL 428: International Law and Organizations, but can also be taken independently. It analyzes the global and historic-legal impact of war-crimes, crimes against humanity, and genocide, which violate laws of war and international law, but politico-legal limits weaken prosecuting such crimes by national or international tribunals. Case studies and film clips range from the U.S. Civil War to today, with a brief survey of human rights in the United Nations and the European Union.

## POL 422 - Modern Europe

**3 credits** *Crosslisted: HTY 422*
*Prerequisite(s): Sophomore standing*

A study of the major currents, events, wars, and ideas in European history and politics from the 1870s to the present, focusing on the main European powers of the time. Offered as needed.

## POL 424 - International Political Economy

**3 credits** *Crosslisted: ECO 424*
*Prerequisite(s): Junior standing or permission of faculty member*

An exploration of the linkage between politics and economics in international affairs. Emphasis on developments since 1945 and such topics as political risk analysis in international business, interdependence, and U.S. economic foreign policy.

## POL 425 - Internship

**3-6 credits** *Crosslisted: HTY 425*
*Prerequisite(s): Junior or senior standing*

The internship is intended to be offered to students who have no previous professional political or historical work experience. It is a 150-300-hour unpaid, supervised internship that may be taken only at specific, pre-approved provider sites and only upon approval of the host agent or agency. Interns may work for campaign organizations; at the local offices of state or national elected officials; with municipal, county, or state agencies; public interest organizations (NGOs); international organizations; museums; and historical societies and associations. This is a pass/fail course. Offered annually.

## POL 426 - American Foreign Policy

**3 credits** *Crosslisted: HTY 426*
*Prerequisite(s): Sophomore standing*

An analysis of the nature of diplomacy, the principal schools of thought or interpretations of American foreign policy, and the chief themes in U.S. diplomatic history, with emphasis on the 20th century. Offered in alternate years.

## POL 427 - History of Ideas

**3 credits** *Crosslisted: HTY 427*
*Prerequisite(s): Junior standing or permission of instructor*

A study of the major intellectual currents that have dominated historical thought in the Western world since the Renaissance. Offered annually.

## POL 428 - International Law and Organizations

**3 credits** *Prerequisite(s): Sophomore standing*

A detailed survey with case studies of international law's role in world politics and legal controversies, statehood, diplomacy, treaties, sovereignty, sanctions, territorial changes, Law of the Seas, refugees, nationalizations, international organizations (United Nations, NATO, European Community), wars, and space law. Offered in alternate years.

## POL 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*

Intensive individual study in a particular aspect of political science that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

### POL 430 - Role of the Military in the Modern World
**3 credits** *Crosslisted: HTY 430*
*Prerequisite(s): Sophomore standing*
An examination of the relationships among the soldier, the civilian, defense establishments, and society within the United States and throughout the world.

### POL 499 - Senior Seminar in Political Science
**3 credits** *Prerequisite(s): Senior standing in political science*
Directed research and the development and presentation of a senior thesis on a significant issue in political science or detailed readings on a significant single theme. Offered annually.

## Portuguese
### POR 111 - Beginning Portuguese I
*Prerequisite(s):*
This course is open to students with no background in Portuguese. Native speakers or students with some working knowledge of Portuguese need to have instructor's approval.
An introduction to the fundamentals of pronunciation, conversation, grammar, and written communication through the acquisition of basic Portuguese vocabulary. It also provides plenty of opportunities for students to begin getting acquainted with the diverse cultures of the Lusophone world focusing on Brazil. This is a highly interactive course framed within the communicative approach and guided by the American Council on the Teaching Foreign Languages Standards, "The 5Cs" (Communication, Culture, Connections, Comparisons, Communities).

### POR 112 - Beginning Portuguese II
**3 credits**
*Prerequisite(s): POR 111*
POR 112 builds upon the topics covered in POR 111. It continues addressing the fundamentals of pronunciation, conversation, grammar, and written communication through the acquisition of basic Portuguese vocabulary. POR 112 adds to the cultural knowledge gained in POR 111 and offers numerous opportunities to students to learn about the diverse cultures of the Lusophone world focusing on Brazil. POR 112 is a highly interactive course framed within the communicative approach and guided by the American Council on the Teaching Foreign Languages Standards, "The 5Cs" (Communication, Culture, Connections, Comparisons, Communities). POR 112 is most appropriate for students who have had one or two semesters of Portuguese in their high school. Native or more advanced speakers should seek Portuguese faculty advice to find the best option for their proficiency level.

### SPA 320 - Introduction to Spanish-Speaking Cultures
**3 credits** *Prerequisite(s): SPA 311 and SPA 312 or instructor's permission.*
This course introduces students to the Spanish-speaking world and its cultures. This course is aimed to help students gain a better understanding of the interactions, common past, and current events between Spain and Latin America. It also provides the socio-historical, linguistic, and literary context to better understand the contents studied in SPA 325: Peoples of Latin America and SPA 326: Peoples of Spain. This course may offer abroad field experiences opportunities. This is a highly interactive course framed within the communicative approach and guided by the American Council on the Teaching Foreign Languages Standards, "The 5Cs" (Communication, Culture, Connections, Comparisons, Communities).

## Prior Learning Assessment Portfolio Course Description
### PLA 100 - Prior Learning Assessment Portfolio Course
**3 Credits** Prior learning assessment (PLA) is the process of earning college credit for learning that was acquired from non-classroom experiences like work, professional training, military careers, volunteering, and personal life. PLA 100 will help students identify areas of learning they may want to have evaluated for college-level equivalency. The course will also guide students through the preparation and compilation of all components required for the evaluation of a portfolio or prior learning through LearningCounts.org. Students will learn critical reflection skills to rethink the value of their learning and its implications for future learning. Adult learning theory, models, and concepts will be discussed and applied to case studies. PLA 100 is facilitated by an instructor who provides guidance for the student in preparing his or her portfolio-based request for credit. Successful completion of PLA 100 will result in three lower-level elective credits.

## Psychology
### PSY 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in psychology that is designed for a specific class level: freshman (100) through senior (400).

This course may explore such topics as specific counseling theories, the aging process, or other special topics. The topic to be covered is announced in advance of registration. Offered as needed.

## PSY 110HA - Psychological Well Being: How to be Sane in an Insane World

3 credits This course uses psychological approaches to physical, cognitive, and emotional well-being. The scientific method will be used as a lens to view adjustment issues. Topics include personality and self-development, positive psychology, sex and gender, and relationships. Emphasis is on application via personal assessment and stress management techniques.

## PSY 161 - Introduction to Psychology

3 credits This introductory course in psychology is designed for students who are majoring in psychology and represents a survey of the core areas in psychology including the physiological bases of behavior, cognition and learning, motivation and emotion, personality and social influences, and mental disorders and their treatment among other major areas of the field. Students are exposed to the broad spectrum of theories used in understanding human behavior and mental processes and learn foundational knowledge necessary for students to excel in the psychology major.

## PSY 201 - The Psychology Major: Academic and Professional Issues

3 credits Prerequisite(s): PSY 121 or PSY 161; taken concurrently with PSY 205 or before student can complete fourth psychology course

This course is a required three-credit course that was designed to be completed during the freshman or sophomore year. The course addresses the practical skills and knowledge needed by majors to successfully complete their psychology degree. Course content includes such topics as the scientific inquiry process in psychology, introduction to Internet and literature searches, American Psychological Association writing format, introduction to software used by psychologists, preparing the resume, and conducting a successful job search or application process to graduate school. Offered annually.

## PSY 202 - Foundations of Psychology Seminar

3 credits Prerequisite(s): PSY 161 - Introduction to Psychology
Corequisite(s): PSY 205 - Research Methods I

This course is a required three-credit course designed to be completed during the freshman or sophomore year. The course addresses the practical skills and knowledge needed by majors to successfully complete their psychology degree. Course content includes such topics as the scientific inquiry process in psychology, introduction to Internet and literature searches, American Psychological Association writing format, introduction to software used by psychologists, preparing the resume, and conducting a successful job search or application process to graduate school. Offered annually

## PSY 205 - Research Methods I

3 credits Prerequisite(s): PSY 121 or PSY 161; MAT 131 completed or taken concurrently

The first of two courses in understanding research methods in psychology and the statistical techniques that are used to analyze psychological data. The course will focus on ethical research practice, reviewing the psychological literature, basic non-experimental research designs (observation, relational research), and descriptive and correlational statistical analyses. Students will gain experience in reading, researching, proposing, conducting, analyzing, interpreting, and reporting scientific research.

## PSY 305 - Research Methods II

3 credits Prerequisite(s): PSY 205

A continued examination of research methods in psychology, with emphasis on experimental design and inferential statistical analysis. Students will enhance their experience in researching, reading, proposing, conducting, analyzing, interpreting, and reporting scientific research.

## PSY 315 - Psychology of Criminal Behavior

3 credits Prerequisite(s): PSY 121 or PSY 161

This course will provide an introduction to personality theories and learning styles in the context of psychological theories of criminal and aggressive behavior. Historical and contemporary theoretical conceptualizations of criminal behavior are explored, including behavioral, social learning, cognitive, psychoanalytic, psychodynamic, developmental, biological, and socio-cultural perspectives. Selected topics may be considered including alcohol and crime, sex crimes, juvenile delinquency, and women and crime.

## PSY 321 - Psychological Tests and Measurements

3 credits Prerequisite(s): PSY 121 or PSY 161 and PSY 205

A study of basic principles underlying test construction as well as a review of the most common psychological tests used to assess ability, personality, and occupational preference.

## PSY 322 - Physiological Psychology

3 credits Prerequisite(s): PSY 121 or PSY 161

The structure and function of the central nervous system as related to emotion, motivation, learning, and theory of brain functions.

## PSY 325 - Developmental Psychology

**3 credits** *Prerequisite(s): PSY 121  or PSY 161*
A survey of the major areas in human development with an equal emphasis placed on child, adolescent, and adult development. Examines developmental changes over the course of development and the processes underlying these changes. All major areas are reviewed, including biological, cognitive, language, personality, emotional, moral, social, and career development.

## PSY 327 - Abnormal Psychology
**3 credits** *Prerequisite(s): PSY 121  or PSY 161*
This course offers a review of the historical and current scientific approaches to the study of abnormal behavior, emphasizing theories of causation, symptomatology, and treatment. Emphasis is on the DSM classification.

## PSY 328 - Social Psychology
**3 credits** *Prerequisite(s): PSY 121  or PSY 161 and PSY 205*
A study of the perceptions, attitudes, personality, motivations, relationships, and behavior of the individual as a function of social situations. The course emphasizes theory, research, and application. It is a course that is highly desirable for students in social work, education, pre-law, pre-med, pre-nursing, public administration, marketing, and management.

## PSY 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Designed for small groups of students to pursue a particular aspect of psychology that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

## PSY 330 - Forensic Psychology
**3 credits** *Prerequisite(s): PSY 121  or PSY 161*
Forensic psychology is the application of the science and profession of psychology to questions and issues relating to law and the legal system. This course will introduce students to the specialty area of forensic psychology. Particular emphasis will be on the applied aspects of the field.

## PSY 331 - Interviewing and Counseling Skills
**3 credits** *Prerequisite(s): PSY 121  or PSY 161 and sophomore standing*
This course provides students with a basic framework of skills in the area of interpersonal communication for use in clinical settings and in a wide spectrum of human service settings.

## PSY 332 - Psychology of Aging
**3 credits** *Prerequisite(s): PSY 121  or PSY 161*
The purpose of this course is to provide an orientation to aging processes in adulthood and later life. Students will be introduced to basic theoretical models, research methods, and current information on the psychology of adulthood and aging and shown how these concepts can be applied to understanding and helping older adults. An emphasis is placed on strategies for successful aging.

## PSY 334 - Child and Adolescent Development
**3 credits** *Prerequisite(s): PSY 121  or PSY 161*
A survey of the major areas in human development with an emphasis placed on child and adolescent development. The course examines developmental changes from conception to adolescence and the processes underlying these changes. All major areas are reviewed, including biological, cognitive, language, personality, emotional, moral, and social development.

## PSY 335 - Psychology of Gender
**3 credits** *Prerequisite(s): PSY 121  or PSY 161*
A seminar discussing psychological and other literature that attempts to explain the personality and behavior of both women and men from the perspective of gender. Equal attention is given to men's and women's issues. Topics covered include the social constructivism of gender, equity in the workplace, victimization, biological factors and gender differences in personality and development, interpersonal relationships, cultural influences on gendered behavior, and child-rearing practices.

## PSY 336 - Military Psychology
**3 credits** *Prerequisite(s): PSY 121  or PSY 161*
This course provides a survey of the major areas in military psychology. Principal topics covered are leadership training, persuasion and propaganda, human factors engineering, selection, classification and assignment, optimizing human performance under adverse conditions, ethnic diversity and gender issues, clinical and consulting activities, and careers in military psychology. The course introduces the student to the application of psychological principles, theories, and methods to the military environment.

## PSY 337 - Human Sexuality
**3 credits** *Prerequisite(s): PSY 121  or PSY 161*
This course provides a survey of the major areas of human sexuality. Principal topics covered are sexual and reproductive anatomy, the sexual response, sexually transmitted diseases, pregnancy, birth control and childbirth,

gender identity and gender roles, sexual development, sexual behaviors and attitudes, love and relationships, sexual dysfunctions, sexual disorders and sex therapy, sexual values, religion and sex, and communicating about sex.

## PSY 338 - Industrial and Organizational Psychology

**3 credits** *Prerequisite(s): PSY 121 or PSY 161*
This course examines both sides of industrial and organizational psychology to include an overview of legal issues in employee selection, job analysis, research design, selection tools, performance evaluation, designing and evaluating training, employee motivation and satisfaction, as well as leadership and other organizational development issues. Because of the nature of the topic, this class will be more methodological than the average psychology class. Group discussion and activities focusing upon application of social psychology, personality psychology, psychological assessment, and experimental methods are critical to success in the course.

## PSY 339 - Social and Cultural Foundations of Behavior

**3 credits** *Prerequisite(s): PSY 121 or PSY 161*
This course explores social and cultural issues in psychology as they relate to the application of psychological theories and principles to diverse groups. Special attention is given to racial/ethnic minority issues and cultural diversity, a key component of which is developing an understanding of personal cultural development and how this pattern of development influences perceptions of interactions with others and general human behavior.

## PSY 341 - Psychology of Parenting

**3 credits** *Prerequisite(s): PSY 121 or PSY 161*
A comprehensive introduction to parenting with emphasis on the developmental process of children's and parents' growth and their changing relationships over time. Covers theories and research with a focus on application to practical parenting issues.

## PSY 343 - Close Relationships

**3 credits** *Prerequisite(s): PSY 121 or PSY 161*
This course provides an introduction to the exciting area of close relationships. Parent-child relationships, friendships, and romantic relationships will be examined from social psychological and interdisciplinary perspectives. The course will include discussion of theories as well as empirical research. In addition, students will have the opportunity to share their relationship experiences in the form of a relationship journal. Students are encouraged to share through course discussions which will operate in a confidential manner. Topics covered include but are not limited to relationship conflict, breakups, sexuality, attraction, communication, and love. The goals of this course are to increase students' multicultural awareness, and to help students develop an awareness of how psychological concepts and research can be applied in personal relationships.

## PSY 344 - Psychology Origins: History and Systems

**3 credits** *Prerequisite(s): PSY 161 - Introduction to Psychology*
This course is a review of the evolution of the history and major systems of psychology including behaviorism, physiological psychology, psychoanalysis and the humanistic and cognitive movements. Particular attention will be given to the philosophical origins of the discipline. The course develops in students not only an understanding of how psychology emerged as an independent discipline, but also how other scientific and cultural events helped shaped what psychology is today. This will allow the students to better understand the diverse people, ideas, and schools of thought that have shaped psychology through the ages and how psychology applies to the world in which we live.

## PSY 345 - Human Memory: An Integrated Exploration

**3 credits** *Prerequisite(s): PSY 305 completed or taken concurrently*
The purpose of this course is to provide a multifaceted and integrated approach to the psychological study of human memory. This course will explore the recent, converging evidence from cognitive psychology, neuroscience, developmental psychology, and applied memory research. It will also introduce principal issues in memory research and describe important research paradigms. Topics include the history of human memory research, memory and the brain, memory for facts and skills, working memory, forgetting, memory models, developmental changes in memory, emotional memories, memory disorders, issues in memory research, and ways to improve your memory.

## PSY 347 - Human Behavior in Crisis

**3 credits** *Prerequisite(s): PSY 121 or PSY 161*
A survey of crisis theory and intervention strategies for major situational and developmental life crises. The course provides a model for single-session intervention and ongoing crisis counseling for individual responses to crisis events such as sexual assault, domestic violence, substance abuse, disaster trauma, and death. This course is an upper-level elective course and is recommended for students in psychology, criminal justice, human services counseling, sociology, social work, and nursing.

## PSY 401 - Introduction to Community Counseling and Mental Health

**3 credits** *Prerequisite(s): PSY 121 or PSY 161*
Issues unique to community counseling are explored, including the role of community counselors, diverse client populations, theory and techniques of community needs assessment, principles of community intervention, and settings in which community counselors function.

## PSY 405 - Research Methods III

**3 credits** *Prerequisite(s): PSY 305*

This course is designed as the methodological capstone course in psychology. Students will pursue, in-depth, a specific topic or problem relevant to a particular area of interest in psychology. Each student will present his or her project both orally and in written format, and will participate in discussion and analysis of other student papers as well. Because this is the methodological capstone course, students must be able to demonstrate their ability to write the major paper on a topic in psychology, present this paper orally, and complete a norm-referenced and competency-based assessment of their mastery of psychological principles and concepts.

## PSY 412 - Cognitive Psychology
**3 credits** *Prerequisite(s): PSY 305 completed or taken concurrently*

An examination of higher-level thought processes including such topics as attention and perception, memory, language, reasoning, concept formation, and problem solving. Theories of cognitive functions are examined with an emphasis on research findings and methodologies.

## PSY 422 - Psychology of Learning
**3 credits** *Prerequisite(s): PSY 305 completed or taken concurrently*

A study of the significant concepts and experimental methods of learning. Topics include past and current research and theory on classical and instrumental conditioning, extinction processes, schedules of reinforcement, generalization and discrimination, verbal learning, and memory.

## PSY 423 - Educational Psychology
**3 credits** *Prerequisite(s): PSY 121 or PSY 161*

Understanding the applications of psychological principles to the educational process. Offered as needed.

## PSY 425 - Internship in Psychology
**6-12 credits** *Prerequisite(s): Senior standing in psychology; a minimum GPA in the major of 2.5; PSY 331, PSY 327, PSY 427; approval of the Psychology Internship Committee; and APA student affiliate membership. Corequisite(s): PSY 426*

Supervised internship placement giving students the opportunity to work in local agencies with individuals and groups for 16 hours (6 credits) to 32 hours (12 credits) per week for 12 weeks. Placements are available in mental health facilities, schools, rehabilitation centers, hospitals, and other human service agencies. Grading is pass/fail. Offered in spring semester. Students must apply for the internship one year before they plan to participate.

## PSY 426 - Internship Seminar
**3 credits** *Corequisite(s): PSY 425*

Assists students in integrating and strengthening their various field experiences. Examines the application of psychological ideas and concepts to clinical practice through discussion, written assignments, readings, and case presentations. Assists students in identifying, clarifying, and developing specific professional goals. Offered in spring semester.

## PSY 427 - Personality Theory
**3 credits** *Prerequisite(s): PSY 121 or PSY 161 and junior standing*

This course offers a survey of the major thoughts and thinkers in the area of personality. Students will receive an overview of the development and current status of major personality theories of the past and present. The textbook readings will be supplemented with primary readings.

## PSY 428 - Counseling Principles and Practices
**3 credits** *Prerequisite(s): PSY 327 and PSY 331*

A study of counseling psychology from a theoretical and applied perspective. Topics include individual versus group counseling, counseling special populations, and counseling in various settings. Topics will be presented in both a didactic and experiential format. In addition, legal and ethical issues will also be addressed. Offered in alternate years.

## PSY 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*

Intensive individual study in a particular aspect of psychology that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member.

## PSY 431 - Childhood Disorders
**3 credits** *Prerequisite(s): PSY 327*

The study of the causes, symptoms, and treatment of abnormal behaviors in childhood and adolescence. Emphasis on understanding disorders within a developmental framework.

## PSY 432 - Psychology of Motivation and Emotion
**3 credits** *Prerequisite(s): PSY 205*

The purpose of this course is to familiarize the student of psychology with the major physiological, cognitive, behavioral, environmental, and humanistic factors which motivate behavior. Major emphasis will be placed on how humans differ in motive characteristics, the effects of environmental demands and stimulation, and the motivational processes underlying complex behavior.

### PSY 433 - Sensation and Perception

**3 credits** *Prerequisite(s): PSY 121  or PSY 161*

A study of sensory and perceptual phenomena, including all basic sensory systems and such topics as pain perceptions, illusions and hallucinations, sensory deprivation, color vision and color blindness, deafness, sensory-motor development, and altered states of consciousness.

### PSY 435 - Practicum in Psychology

**3 credits** *Prerequisite(s): PSY 331, PSY 327, PSY 427; senior standing; minimum GPA in the major of 2.5; APA student affiliate membership; and approval of the Psychology Internship/Practicum Committee*

This course is designed to give students the opportunity to gain practicum experience in psychology. The course combines seminar experience and is less intensive than PSY 426: Internship Seminar.

### PSY 437 - Research Practicum

**1 credit**

*Prerequisite(s): PSY 205 - Research Methods I*

This course provides hands-on learning opportunities in psychological research gained by assisting a professor and/or other student team-members in that professor's research laboratory. Students will work independently or in groups on aspects of a professor's research project and will complete measureable outcomes of success in the class, determined by the instructor. Students must meet minimum GPA requirement of a 2.50, junior standing and gain the instructor's approval to take the course. GPA or classification requirements may be waived if a writing sample and interview with the instructor determine that the student is qualified to take the course. Request for enrollment must be made to faculty member teaching the course. May be repeated for credit. Enrollment is limited. Weekly meetings with faculty member.

### PSY 441 - Evolutionary Psychology

**3 credits** *Prerequisite(s): PSY 121  or PSY 161*

This course presents an overview of the growing field of evolutionary psychology. Students will be exposed to empirical research findings, theoretical bases, and methodological issues related to sociobiology, behavioral genetics, and the evolution of species. Students will become familiar with concepts of natural and sexual selection, inclusive fitness, competition, evolved psychological mechanisms, and environmental influences on species. Students will gain a deeper understanding of human nature through exposure to the history of the human species as a changing social animal in dynamic relationship with his or her environment, strongly influenced by the past in his or her efforts to strive for a better future. Lectures and discussions will be supplemented by both cutting-edge and seminal primary readings.

### PSY 443 - Political Psychology

**3 credits** *Prerequisite(s): PSY 161*

This course offers a survey of the emerging field of political psychology.  This course will explore this interdisciplinary subject that seeks to explain the psychological underpinnings of political behavior.  Many subject areas in psychology, such as personality, social, and cognitive psychology, will be applied to help explain political behavior.  Subjects explored will include the psychology of voting, race, genocide, nationalism, terrorism, and international security.

### PSY 445 - Experimental Design, Analysis and Program Evaluation

**3 credits** *Prerequisite(s): PSY 305*

Expands upon the research topics addressed in the PSY 205 and PSY 305 research methods classes by examining more complex research and analytic issues, experimental designs (including higher order factorial designs), data analysis, data interpretation, and output dissemination. This course is particularly important for students who plan to pursue graduate study or a career with an applied research or critical thinking emphasis.

### PSY 499 - Senior Seminar: Current Issues in Psychology

**3 credits** *Prerequisite(s): Senior standing in psychology with a minimum of six psychology courses including PSY 305.*

This capstone course serves to synthesize a variety of peer reviewed research that is currently relevant in the field of Psychology within contemporary society.  Students will utilize the knowledge obtained during their college experience to critically examine current perspectives and research in psychology.  This seminar experience will cover four major areas in the field of psychology; Applied, Social/Personality, Biological and Cognitive Psychology.  Students are introduced to current contemporary thought in each of the four areas through the critical examination of recent peer-reviewed articles. Through introduction to historical developments, students will understand how the field's history has shaped current perspectives. Combining up-to-date research with critical analysis, this course provides a platform for building the critical thinking skills necessary not only for graduate research, but also for the emerging global job market.

# Religion

### REL 010 - Christian Spiritual Vision

**0 credits** This course involves an introduction to the field of theology as an academic discipline with a body of writing, methods, and interpretations. It is concerned with how to successfully study theology, including basic library research

methodology and critical thinking. Students will build a basic understanding of the whole of theology through an introduction of its parts: Old Testament and New Testament literature, Who is Jesus?, What is the Church?, Grace and the Sacraments, Christian Morality, Social Justice, Judaism and the Church, the Islamic religion and the Church, and Catholic theology in a global context. *(Course offered for the Prison Ministry Programs)*

## REL 011 - Catechesis and Religious Education

**0 credits**

This course explores theory and practice of catechesis, including such topics as theological foundations of catechesis and evangelization, learning theory and catechesis, the catechetical process and methods, adult faith formation, media and technology in catechesis, cultural contexts, and means of communication. Students will also explore how Christian evangelization is influenced by different cultural contexts. *(Offered for the Prison Ministry Programs)*.

## REL 012 - Credible and Responsible Ministry in the Prison and Detention Setting

**0 credits** This course explores the Catholic social teaching, social justice issues and pastoral issues that set the framework for participation in the Church's mission of evangelization through ministry in jails and prisons. *(Offered for the Prison Ministry Programs)*

## REL 013 - Social Skills in the Prison Setting

**0 credits** This course provides the essential beginning knowledge, values, and skills about the interpersonal communication expertise necessary for lay volunteers and deacons to serve in a prison ministry. It includes components of Catholic Social Teaching, the values, ethics and practice principles of the helping professions, and opportunities for self-reflection and growth in the use of self in service to others. *(Offered for the Prison Ministry Programs)*

## REL 100-400 - Special Topics

**1-3 credits** *Prerequisite(s): REL 123, REL 124, REL 201 , or REL 223; permission of faculty member and Dean/Center Director*

A variable-content course in religion that is designed for a special class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 110RS - The Emergence of Christianity: Examination of Foundational Christian Texts

**3 credits** The New Testament record of the development of Christianity from a sect within Judaism to becoming a world religion. This course will examine the foundational texts of Christian Scripture with attention to historical context, the intentions of the authors and the way the texts were edited.

## REL 123 - Christian Spiritual Vision

**3 credits** *Prerequisite(s):*

This course involves an introduction to the field of theology as an academic discipline with a body of writing, methods, and interpretations. It is concerned with how to successfully study theology, including basic library research methodology and critical thinking. Students will build a basic understanding of the whole of theology through an introduction of its parts: Old Testament and New Testament literature, Who is Jesus?, What is the Church?, Grace and the Sacraments, Christian Morality, Social Justice, Judaism and the Church, the Islamic religion and the Church, and Catholic theology in a global context.

*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 124 - Introduction to the Old Testament

**3 credits** A basic introduction to the literature and theology of the Jewish Scriptures. Offered annually.

*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 210RS - Many are Called, but Who is Chosen? Christian Understandings of Salvation

**3 credits** Where do people go when they die? Who goes where? Must Christians believe in Hell? This course will enable students to evaluate the Judeo-Christian tradition concerning the question of salvation from the Old Testament to contemporary theologians. Readings will focus on Scripture and select Christian theologians.

## REL 223 - World Religions: East and West

**3 credits**

Roman Catholicism's Second Vatican Council (1962-1965) affirmed the innate dignity of all persons, espoused global solidarity, and recognized God's presence and universal saving designs (a religious sense, truth, holiness and ethical conduct) in other religions and, thus, emphasized discussion and collaboration with members of other religions. Through such an ecumenical lens, this course offers a study of Hinduism, Buddhism, Confucianism, Taoism, Judaism, Christianity and Islam, and provides an introduction to Jainism, Shinto, Sikhism and Bahai.

The course will not only introduce students to the world's major religions via consideration of their respective founders, seminal figures, sacred texts, central teachings, core beliefs, ethic and values system and history but, also, by examining how each of the religions, respectively, view the human condition; human inclination towards transcendence; and ethical responsibilities and tasks. Offered annually.

## REL 230 - Islam: The Straight Path

**3 credits** An investigation of Islam, including its beliefs and practices, its social dimensions, the Islamic resurgence, and contemporary issues of particular relevance to the United States.

## REL 301 - Management of Human Resources for Ministry
**3 credits** This hands-on course in parish management includes the study of solid business and management principles integrated into a Catholic atmosphere of respect and dignity for each person on staff.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 325 - The Gospels of Matthew, Mark, and Luke
**3 credits** A study of the three "synoptic" gospels: how the gospels were developed, how they relate to the historical Jesus, and their theological significance.

## REL 327 - The Life and Writings of Paul
**3 credits** The life of Paul and a study of his writings. Problems of law and freedom, faith and works, the idea of the church, and early Christian worship. Offered in alternate years.

## REL 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): REL 123, or REL 110RS or REL 223*
Designed for small groups of students to pursue in-depth a particular aspect of theology that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

## REL 330 - Christian Morality
**3 credits** *Prerequisite(s): REL 123, REL 110RS or REL 210RS*
Christian morality is concerned with the ethical principles grounding Catholic morality and charged with envisioning an "ethics of being" in the Christian context. The course examines the theoretical foundations of morality (ethics), the practical level of human conduct, rule-keeping, virtues, and attitudes. Offered every semester.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 331 - Religion and Personal Experience
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS, or REL 223*
A study of the place of personal experience in the discovery of religious meaning. May use autobiographical accounts and investigate methods of enhancing consciousness and nurturing spiritual growth. Offered annually.

## REL 333 - Survey of Christian Theology I
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS, or REL 223*
Christian theology from the time of Jesus to the Reformation. Offered in alternate years.

## REL 334 - Survey of Christian Theology II
**3 credits** *Prerequisite(s): REL 123, REL 210RS, REL 210RS or REL 223*
Christian theology from the Reformation to the present. Offered in alternate years.

## REL 335 - The Torah
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
Source, form, and redaction criticism of the first five books of the Jewish Scriptures and an investigation of the place of the Torah in Israel's life.

## REL 336 - Historical Books
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS, or REL 223*
A study of Joshua, Judges, Ruth, I and II Samuel, I and II Kings, I and II Chronicles, and Ezra (Tobit and Judith optional). The Jewish view of history and how the Jews remembered the past for what it had to say to their present lives.

## REL 337 - Prophetic Writings
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
A study of Isaiah, Jeremiah, Lamentations, Ezekiel, Daniel, and the "Twelve" (Baruch I and II, Maccabees optional), and an investigation of the phenomenon of prophecy and its historical setting in Israel.

## REL 338 - Poetry and Wisdom Literature
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
Job, Psalms, Proverbs, Ecclesiastes, and the Song of Solomon (Wisdom of Solomon and Wisdom of Ben Sirach optional). A study of the literary qualities, individual experiences, and institutional settings that created these writings.

## REL 341 - Theological Responses to the Shoah
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
How does one respond to the Shoah, i.e., the catastrophic systematic extermination of millions of Jews by the Nazi regime? The inhumanity with which the Jews were massacred is beyond the capacity of words to convey. The magnitude of this genocide raises complex questions, as well as moral and religious reflection. The fact that the Shoah took place in Europe, that is, in countries of longstanding Christian civilization, also raises questions about the relation between Nazi persecution and the attitudes down the centuries of Christians toward the Jews.

## REL 345 - Christian Social Justice: A Roman Catholic Perspective

**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
An examination of Christian social teachings, particularly as they relate to institutionalized injustice and the concepts of liberty, peace, and justice.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 351 - Theological, Moral, and Spiritual Aspects of Marriage and Sexuality
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
A study of the biblical and theological foundations of the Christian view of marriage and sexuality and a consideration of contemporary issues in the light of Christian values.

## REL 357 - Women in the Church
**3 credits** *Prerequisite(s): REL 123, REL 110RS,* REL 210RS *or REL 223*
A study of the contributions of women to Christian life from the time of Christian origins to the present and an analysis of the current situation and problems of women in the Church. Offered as needed.

## REL 364 - Studies in Jewish Thought
**3 credits** *Crosslisted: PHI 364*
*Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
Selected topics in Jewish thought, with emphasis on problems, thinkers, and movements.

## REL 366 - Asian Studies
**3 credits** *Crosslisted: PHI 366*
Selected topics in Asian thought, with emphasis on problems thinkers and movements.

## REL 401 - The Catholic Tradition
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
An investigation of the Catholic tradition in critical dialogue with contemporary culture with a view to understanding how a Catholic modernity can be an authentic and inspiring alternative to secularism, materialism, and the technological world view. Offered annually.

## REL 410 - Theological Foundations I
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This is an inquiry into theological method, theological anthropology, sin, grace, faith, revelation, God, Christ, and Trinity. Note: Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 411 - Theological Foundations II
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This course continues the exploration of Christian ecclesial and self-understanding: Christ, Trinity, Church, sin, and grace. The course cites important movements in the history of Christian thought with attention to how language, culture, and history have affected our interpretation of God's saving acts.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 423 - Christian Ethics III: Medical-Moral Issues
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This course studies the ethical principles related to medical-moral concerns, such as abortion, stem cell research, issues around sexual reproduction, and end of life issues.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 424 - Death and the Meaning of Life
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This covers people's awareness of their mortality and how it affects their life and culture. Sources of courage in the face of death are considered. Offered annually.

## REL 425 - Internships in Religion
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This course is designed to offer the student opportunities beyond the classroom (a hands-on experience) in the areas of community service, religious education, youth ministry, bereavement ministry, and chaplaincy while making a difference.

## REL 426 - The Gospel of John and Related Writings
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
John's gospel and epistles studied in detail, with particular emphasis on the theological content.

## REL 427 - Ecclesiology
**3 credits** *Crosslisted: THY 527*
*Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
Within the framework of systematic theology, ecclesiology examines the nature of the church and its emerging challenges. This course considers both classic insights and new directions in ecclesiology, including reflections on the nature and exercise of ministry in the Church. Central to the course is a critical examination of two documents of the Second Vatican Council: The Dogmatic Constitution on the Church (Lumen gentium) and The Pastoral Constitution on the Church in the Modern World (Gaudium et spes). In many respects, the entire course is an extended dialogue with

these two foundational documents.

*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 428 - Gospel of Luke

**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

This intermediate-level course will explore the origins of Christianity through the lens of the two biblical works attributed to the Evangelist Luke. We will primarily be engaged in reading Luke and Acts closely and carefully, using the exegetical methods of source and redaction criticism. In the process, we will also address various issues of history, theology, and spirituality, in the contexts of the Judeo-Christian culture of the first century and our own diverse cultures of the early twenty-first century.

## REL 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223; permission of faculty member and Dean*

Intensive individual study in a particular aspect of theology that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

## REL 431 - Liturgy

**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

A study of Christian worship and sacramental theology. Offered as needed.

*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 432 - Christian Spirituality

**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

Christian perspectives on spirituality and its place in contemporary life. May include an emphasis on particular traditions (such as the Benedictine) and practical instruction. Offered as needed.

*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 441 - Abraham's Tent: Christian and Jews in Dialogue

**3 credits** *Crosslisted: THY 551*

*Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

This course is designed as a study of what Christians and Jews share, where they differ, and how they might work together for a more peaceful world.

## REL 442 - The Second Vatican Council & Beyond

**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

A study of the documents of the Second Vatican Council and more recent developments in the life of the Catholic Church.

## REL 450 - History of Christianity

**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

This is an inquiry into theological, spiritual, and institutional history of Christianity from the time of Jesus until the present.

*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 455 - American Catholicism: Theology, Spirituality, Culture, and History

**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

This course will be a more in-depth look at the life and history of the Catholic Church in America, including its particular contributions to theology, spirituality, and liturgy. This course will also examine the cultural challenges to and misunderstandings of faith in the American Catholic context.

## REL 460 - Cyberculture: New Challenges for Pastoral Ministry

**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

This course explores major themes of communication theology in today's cyberculture. This exploration includes an overview of different ways that church ministers are using communication technologies from an international level down to a local one. This overview includes a critical evaluation/ discernment of how Internet culture reflects positively or negatively on the world of faith and religion. Pastoral ministers will explore how to integrate their ministry into the emerging digital culture as an active content producer. Students will acquire skills necessary to be effective Gospel proclaimers in cyberculture.

## REL 467 - Introduction to Hebrew

**3 credits** *Crosslisted: THY 567*

*Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*

This course is a general introduction to the modern Hebrew language. Designed as part of a broader theological context, however, it is presumed that most students will participate in this course out of a desire to enhance their ability to study Hebrew scripture more intently through familiarity with the Hebrew language. Therefore, students will also examine selected texts of biblical Hebrew as well. Students taking this course for graduate credit will be required to complete a module on biblical Hebrew; undergraduates may do so at their discretion for extra credit. The course will

consist of language drills in class, readings on the Hebrew language and Hebrew culture, and other activities. The use of Hebrew in both Hebrew and Christian scripture study and worship will be examined.

## REL 468 - Catechesis (Religious Education): Theory and Practice
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This course explores the theory and practice of catechesis, including such topics as theological foundations of catechesis and evangelization, learning theory and catechesis, the catechetical process and methods, adult faith formation, media and technology in catechesis, cultural contexts, and means of communication. Students will also explore how Christian evangelization is influenced by different cultural contexts.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 470 - Christology
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This course will take students on a systematic investigation of the life, person, and work of Jesus of Nazareth. Participants will survey and analyze the revelation of Jesus in scripture, historical perspectives in Christology (including controversies, councils, and significant individuals), and contemporary perspectives.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 480 - Theology and Spirituality of Ministry
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This course examines the biblical and historical understandings of the theology and spirituality of ministry. It then looks at contemporary challenges and issues in ministry. The final outcome looks to articulate an apostolic as well as personal theology and spirituality of the minister. This course will include reflection on the student's ministry experience.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 482 - Finding God in All Things: The Apostolic and World-Embracing Spirituality of Ignatius Loyola
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This course will study the life and history of Ignatius of Loyola and will explore the Spiritual Exercises as a developmental approach to his apostolically based spirituality.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 487 - Spiritual Direction
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
This course will explore the role of the spiritual director or guide in helping directees follow the lead/direction of the Holy Spirit in their life. Besides exploring the art and principles of spiritual direction, the students will explore important themes that recur in spiritual direction—e.g., healthy and unhealthy images of God and of oneself, "spiritual darkness," crisis and tragedy in the context of the pastoral mystery. Contributions coming from humanistic psychology will be integrated into the presentations to help understand the mystery of the human person coming for spiritual direction.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.

## REL 488 - Eco Theology: Ethical Reflections on Environmental Stewardship
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS or REL 223*
The foundational moral experience is reverence for the human person, and her/his environment. For centuries, Christian moralists have focused almost exclusively on the first part of this statement—"the person." The current environmental crisis extending from the later 20th century to the present raises numerous challenges to that focus and other traditional approaches to Christian ethics.

## REL 498 - Senior Seminar
**3 credits** *Prerequisite(s): REL 123, REL 110RS, REL 210RS , REL 330 , REL 345, or REL 470*
Each year the seminar will be developed around specific 400-level subject matter or topics, but designed to model research at greater depth and committed to writing across the curriculum due to the research focus. A course will be offered from one of the five fields of theology on a five-year cycle annually. This seminar will involve an extensive research paper and may culminate with an oral presentation on Academic Excellence Day.

## REL 499 - Youth Ministry
**3 credits** *Prerequisite(s): REL 123, REL 124, REL 201 , or REL 223*
This course examines key socio-cultural and faith-development characteristics of adolescent life today and the broad foundations for doing youth ministry with and for young people. Participants will be encouraged to reflect upon and articulate their own vision of and hopes for youth ministry in their local contexts.
*Note:* Designated courses for the Undergraduate Certificate in Pastoral Studies.


# Russian
## RUS 111 - Beginning Russian I

**3 credits** Beginning Russian I is an introductory course. The students will master the Russian version of the Cyrillic alphabet and will acquire the basic grammatical features of the Russian language in a communicative context. They will be engaged in active language practice and exploration of the Russian language in communicative and culturally oriented learning environment.

## RUS 112 - Beginning Russian II
**3 credits**
*Prerequisite(s): RUS 111*
Beginner Russian II is the second of the two introductory Russian courses. The students will master basic grammatical features of the Russian language and expand their vocabulary in a communicative context. They will be engaged in active language practice and exploration of the Russian language in communicative and culturally oriented learning environment.

## RUS 211 - Intermediate Russian III
**3 credits** *Prerequisite(s):* RUS 112
Russian III is a low-intermediate course. The students will practice key grammatical features of the Russian language and use them in communicative contexts. The goal of this course is to expand further students' knowledge of Russian vocabulary and grammar and improve their listening, speaking, and reading skills. The students will be engaged in active language practice and exploration of the Russian language in communicative and culturally oriented learning contexts. .

## RUS 212 - Intermediate Russian IV
**3 credits** *Prerequisite(s):* RUS 211
Intermediate Russian IV is the second intermediate course in the Russian as a foreign language course series. During the course, students will practice advanced grammatical features and vocabulary of the Russian language and engage in communicative activities. Students will explore, write, talk in Russian about a variety of topics addressing everyday life and culture.


# Science
## SCI 110SC - Evaluating the Predictions of Global Warming
**3 credits** *Prerequisite(s):* MAT-003 or placement in MAT-128 or higher
This course presents the science behind the mechanisms that effect global climate change to enable critical analysis of the potential severity of rapid climate change on the atmosphere, the oceans and the biosphere. It includes an overview of chemistry, physics, ecology, the carbon cycle, solar system science, and how these tools will allow critical analysis of climate model forecasts and the effects of greenhouse gasses.

## SCI 115SC - Is Evolution True? Your Inner Fish
**3 credits** Are we humans just "souped-up" fish?! How did the human animal come to be what it is? What evidence of our evolution lies within our own bodies? How are we like fish? Worms? Even bacteria? Through paleontology (fossils), genetics, molecular biology, comparative embryology and comparative anatomy - we will reconstruct the history and examine the evidence for the building of human bodies through evolutionary adaptations. Is evolution true? We will explore the evidence ranging from biogeography to geology, from molecular biology to physiology, so you can decide.

## SCI 120SC - Human Ecology
**3 credits**
We individual humans, as well as all of human civilization, are totally interdependent with the global ecological system - dependent upon clean air, pure water, a stable climate, healthy forests, healthy grasslands, healthy ocean ecosystems, and fertile soil with its teeming microscopic life. Individual humans and human civilizations are subject to the laws of physics, the rules of chemistry and ecological principles - there are no exceptions! In what ways do we humans depend upon the ecosystems of Earth? In what ways does human society affect the ecosystems of Earth? What can we learn from nature's laws about how to live on Earth sustainably? What is a healthy human ecology? What is the future of human civilization and its relationship to the ecosphere?

## SCI 125SC - Science of Cooking
**3 credits** This course aims to introduce students to topics in biology and chemistry through an examination of the many facets of the science of cooking. Students will learn and use methods of scientific discovery / inquiry, as well as disciplinary methods of chemistry, biology, and physics, to better understand the molecular basis of and importance of science in food, nutrition and cooking.

## SCI 210SC - Energy and Its Impact on Global Society
**3 credits** *Prerequisite(s):* Grade of C- or better in MAT-131 or placement in MAT-128, MAT-141 or higher.
As an introduction to the physical principles behind energy use and its effects on our environment, this course examines different energy resources worldwide, explores the scientific principles of energy generation, and investigates the environmental and economic consequences of its use.

### SCI 215SC - Science in Science Fiction
**3 credits** *Prerequisite(s):* MAT 003  or placement in MAT 128 or higher and ENG 121
This course investigates the science behind popular science fiction literature and film. Students will sharpen their critical thinking skills to investigate science fiction plot devices to determine if they are compatible with fundamental principles in physics, chemistry, and biology. Is it possible to travel faster-than-light? Will suspended animation prolong our time in this universe? Science topics discussed include: motion, acceleration, time dilation, energy, characteristics of living things, cloning, evolution, Earth's cycles, and climate. Students will also discuss the ethics of these new technologies in consideration of the university's guiding core values.

# Social Science
### SSC 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in social science that is designed for a specific class level: freshman (100) through senior (400). Topic to be covered is announced in advance of registration. Offered as needed.

### SSC 110HM - Native American History and Life: More Than Tipis and Tomahawks
**3 credits** *Crosslisted:* HTY 110HM
What do you know about Native Americans? When you think of Native Americans, do you visualize lightly clad warriors with bows and arrows or women sitting by tipis wearing feathers and beads? Do all Native Americans live on reservations? Do all reservations have casinos? Focusing on the lives of Native peoples prior to European contact, their interactions with Europeans and Africans, their removal to reservations, and their contemporary experiences, this course addresses the many myths and misconceptions associated with Native American history and culture within the United States.

### SSC 222 - Social Problems
**3 credits** *Crosslisted:* SOC 222
An introduction to such contemporary social problems as poverty, unemployment, energy, pollution, sexual deviance, delinquency, drugs, and alcohol. Emphasis will be placed on underlying causes and on pointing the way to solutions. Offered spring semester.

### SSC 223 - Statistics for the Social Sciences
**3 credits** *Crosslisted:* SOC 223
*Prerequisite(s): One course in mathematics (MAT 128 or above)*
Descriptive and inferential methods of statistical analysis emphasizing measures of central tendency, measures of variability, frequency distributions, correlation, and parametric and nonparametric tests of statistical significance. Inferential techniques include z and t-tests for single samples, t-tests for independent and correlated samples, confidence intervals, ANOVA, Pearson r, Spearman r, and Chi Square.

### SSC 320 - Applied Social Research & Evaluation
**3 credits** *Prerequisite(s):* SOC 201 and MAT 131
This course shows students how to use social research to inform decision-making. It covers the basic methods of social research, the design and purposes of applied research, and the uses of evaluation. Students will learn to assess the validity of existing research and to interpret it to guide decision-making as professionals.

### SSC 322 - Racial and Ethnic Groups in America
**3 credits** *Crosslisted:* HTY 322
*Prerequisite(s): SSC 101  or HON 150 and junior standing or instructor permission*
An analysis of the historical development of the principal racial and ethnic groups in American society, with emphasis on minorities, such as African Americans, Mexican Americans, Puerto Ricans, Asian Americans, and Native Americans. Offered fall semester.

### SSC 327 - Cultural Anthropology
**3 credits** *Crosslisted:* ANT 327
An introduction to cultural anthropology and an application of anthropological principles, data, and concepts, combined with the cross-cultural perspective, to a disciplined examination of other cultures and U.S. culture and its social problems. The course emphasizes that knowledge gained from an understanding of other cultures can contribute to the solution of those societal problems. Also, emphasis is placed on learning to appreciate cultural diversity. Offered spring semester in odd years.

### SSC 328 - Drugs, Society, and Human Behavior
**3 credits** *Crosslisted:* CRM 328
An interdisciplinary examination of the nature of commonly used psychoactive substances with the human nervous system. Included are the history and patterns of their use, as well as the medical, legal, psychological, and sociological

consequences of their abuse. Current practices and strategies for drug education and treatment are covered. Offered spring semester.

### SSC 335 - Women in American Society
**3 credits** *Crosslisted: HTY 335*
A comprehensive examination of the socio-historical position of women and of the changing roles of men and women in American society. Major emphasis is placed on socialization of women; cross cultural comparison of women; women in United States socio-history; women in contemporary United States; women of color; women and the economy; family life and motherhood; and women and the law. Offered spring semester in even years.

### SSC 337 - Diversity Issues in Social Work Practice
**3 credits** *Crosslisted: SWK 337*
*Prerequisite(s): Senior standing in social work or by permission of instructor*
This course is designed to provide knowledge and skills for working with diverse populations, focusing on economically disadvantaged and oppressed people, including ethnic minorities of color, women, people with disabilities, gay and lesbian people, and poor people. Students participate in community service for 20 hours to better understand the nature of diversity in society and learn the importance of providing service to the community. Offered annually.

### SSC 350 - Foundations of Modern Social Sciences
**3 credits** This course is a study of the development of Western social science thought from the end of the 18th century to the beginning of the 20th century. In this course, we will explore the development of Western thinking and ways of knowing from the perspectives of the social sciences, including anthropology, economics, history, political science, psychology, and sociology. The course allows students to examine the major contributions to the intellectual ferment of ideas that helped reshape the Western world's concepts of human nature.

# Social Work
### SWK 100-400 - Special Topics
**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
A variable-content course in social work that is designed for a specific class level: freshman (100) through senior (400). A study and discussion of the characteristics and problems of a specific group, such as the aged, the addicted, the mentally retarded, or the handicapped; school-related problems; or the broad study of human services in mental health. Topic to be covered is announced in advance of registration. Offered as needed.

### SWK 121 - Introduction to Social Work
**3 credits** An introductory study of major areas of practice to provide understanding and appreciation of social work. The course includes a brief history and philosophy of social welfare and social institutions. The student is introduced to career opportunities within the field of social welfare. Offered annually.

### SWK 230 - Veterinary Social Work Practice
**3 credits** This course reviews research, practice settings, and policy needs in the four areas of veterinary social work: the link between human and animal violence, animal assisted interventions, grief and bereavement, and compassion fatigue. Students will be expected to become knowledgeable about research findings and apply them to social work practice skills and policy advocacy. Students will engage in service learning, reflective critical thinking about course content, and teaching through class presentations.

### SWK 314 - Human Behavior in the Social Environment: Person, Environment, and the Life
**3 credits** *Prerequisite(s):* Junior Standing in Social Work
This course provides a framework for understanding human behavior in the social environment in social work practice as a multidimensional, multi-theoretical and multifaceted approach. It attends to the theoretical underpinnings that inform social work as well as an examination of the multiple dimensions of the person and environment: the biological person; the psychological person; and the spiritual person. An understanding of the impact of culture, the physical environment, social structure, formal organizations, small groups, and the family on human behavior is also emphasized. The importance of the changing life course as seen through the person-in-environment perspective looks at human behavior and development from conception through late adulthood. In addition, this course provides knowledge about the range of social systems in which individuals live; how human behavior affects and is affected by these systems; how these systems promote or deter human development, health and well-being; and it introduces students to critical thinking relevant to human behavior in the social environment with opportunities to apply its principles

### SWK 327 - Research Methods for Social Work Practice
**3 credits** *Prerequisite(s): Junior standing in social work*
This course covers techniques and methods of quantitative and qualitative social work research as they relate to social work practice with an emphasis on critical thinking, evidence-based and empirical evidence. This course will explore the following: measurement and conceptualization; sampling; reliability and validity; single-subject design; survey

methods; measures of central tendency; quantitative and qualitative data analysis; coding; types of qualitative research; mixed methods; and ethics.

## SWK 328 - Social Welfare Policy

**3 credits** *Prerequisite(s): Junior standing in social work or by permission of the instructor*
A description of the major components of the social welfare system in the United States. This course includes the historical development and philosophy behind our present social welfare system and uses current social welfare programs as examples. Offered fall semester or fall term.

## SWK 329 - Directed Study: Readings or Research

**3 credits** *Prerequisite(s): Permission of faculty member and Dean.*
Designed for small groups of students to pursue in-depth a particular aspect of social work that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

## SWK 331 - Methods of Social Work Practice I

**3 credits** *Prerequisite(s): Junior standing in social work*
The course orients the student to the profession and introduces the student to generalist social work practice. Emphasis is placed on basic communication skills, the problem-solving method, and practice with individuals. Ethical decision making and issues of diversity in social work practice are included. Offered fall semester

## SWK 333 - Methods of Social Work Practice II

**3 credits** *Prerequisite(s): SWK 331 and junior standing in social work*
This course builds on SWK 331: Methods of Social Work Practice I and emphasizes the problem-solving method of practice with small groups and families. It includes the relationship between micro and mezzo skills and continues an emphasis on ethical decision making and issues of diversity in social work practice. Offered spring semester

## SWK 336 - Gerontology

**3 credits** *Prerequisite(s): SWK 121 and Senior standing in social work*
This course is designed to introduce students to the field of social gerontology. This class will provide an overview on a variety of topics such as the demography of aging and the physical, emotional, cognitive, and psychosocial-spiritual aspects of aging. Students will increase their awareness of society's and their own stereotypes, prejudice, and/or discrimination of the elderly and learn how to promote dignity, self-determination, and social and economic justice for older persons. Health care and social policies, knowledge of the system(s) of aging services, and the role of both informal and formal support networks will be stressed as students learn to comprehensively assess older clients and develop intervention and evaluation plans. Offered fall semester

## SWK 337 - Diversity Issues in Social Work Practice

**3 credits** *Crosslisted: SSC 337*
*Prerequisite(s): Senior standing in social work or by permission of instructor*
This course is designed to provide knowledge and skills for working with diverse populations, focusing on economically disadvantaged and oppressed people, including ethnic minorities of color, women, people with disabilities, gay and lesbian people, and poor people. Students participate in community service for 20 hours to better understand the nature of diversity in society and learn the importance of providing service to the community. Offered fall semester

## SWK 342 - Social Justice and Social Entrepreneurship

**3 credits** *Prerequisite(s): Junior Standing in Social Work or by permission of the instructor*
An examination of the concepts of the Social Justice Model and Social Entrepreneurship for social work practice in the United States and world today are the focus of this course. Included will be an examination of alternative conceptions of and motivations for becoming committed to social justice and an analysis of its meaning and value. There will be critical consideration and assessment of factors which contribute to social justice challenges which threaten individuals, families, and communities. Solutions will be generated through applied social entrepreneurship innovation to meet those challenges. Meanings assigned to community and service will be discussed, in large part because they are concepts that embody values, beliefs, attitudes, and ideas that are central to definitions of democracy, social justice, civic resiliency and public life.

## SWK 344 - Social Work Documentation and Technology

**3 credits** *Prerequisite(s): Junior Standing in Social Work or by permission of the instructor*
Students will learn about scholarly writing through modeling the writing of published authors. This course will introduce students to the process and protocols regarding why professional social work practice requires them to write using the American Psychological Association (APA) style. The ethics of writing, including the acceptable forms and practices of recognizing the ideas and intellectual properties of others, will be explored in this course. The course will explore the concept of plagiarism. The course contains general conventions, such as how to refer to the work of others in the body of a paper and tips for avoiding oppressive, racist, sexist, and/or homophobic language. The course will provide students with the opportunity to learn key methods regarding ways of avoiding grammatical and punctuation errors commonly found in social work papers. The course will provide students the opportunity to participate in proofreading exercises that will direct them to their personal computers to detect areas of potential problems. In

addition this course explores the influence of technology in social work practice and society. Students will learn about appropriate community or direct interventions using these new technologies. Also, the course will provide an introduction to effective communication and issues related to some new computerized technologies. This course will also provide students with real-world options for communicating scholarly thinking and findings.

### SWK 350 - Loss and Bereavement

**3 credits** This elective course is designed for social work students who wish to increase their knowledge, skills, and understanding of issues surrounding loss, bereavement, dying, and death, and how to live to the fullest while addressing these challenges both personally and professionally with clients The course will utilize an interdisciplinary perspective and will look at the ethical, psychological, social, cultural, political, medical, legal, policy, and spiritual issues surrounding grief, dying, and death. We will address ways to develop an appreciation for the traditions, rituals, beliefs, terminology, and language used surrounding what is frequently considered a difficult topic. One of the primary goals of the course will be for social work students to become familiar with and gain confidence in skills to help clients who have suffered significant losses in their lives.

### SWK 355 - Global Issues in Social Work

**3 credits** This elective course is designed to introduce students to the theoretical foundations, global issues, and practice implication that are pertinent to the social work profession. This course also addresses topics in multiculturalism, global mental health, healthcare, human trafficking, poverty, homelessness, and crisis intervention with communities who have experienced disasters, terrorism, and other catastrophes. The role of both informal and formal support networks will be delineated as students learn to comprehensively assess, discuss and evaluate global issues in the social work profession.

### SWK 421 - Methods of Social Work Practice III

**3 credits** *Prerequisite(s): SWK 333 and senior standing in social work*
This course builds on SWK 331 and SWK 333 (Methods of Social Work Practice I and II) and emphasizes social work practice with communities and organizations. It includes the relationship among micro, mezzo, and macro skills and continues the emphasis on ethical decision-making and issues of diversity in social work practice. Offered fall semester or fall term.

### SWK 425 - Field Placement in Social Work

**4-12 credits** *Prerequisite(s): Senior standing in social work, completion of all social work courses*
*Corequisite(s): SWK 426*
Supervised field placement giving students an opportunity to apply theory to practice by working with individuals, families, groups, and communities for a minimum of 400 hours. Placements are available in such settings as hospitals, mental health clinics, schools, nursing homes, and social welfare and juvenile facilities. May be repeated for credit up to a total of 12 credits. This is a pass/fail course. Offered spring semester Course fee may apply

### SWK 426 - Senior Seminar in Social Work

**1-3 credits** *Prerequisite(s): Senior standing in social work, completion of all social work courses*
*Corequisite(s): SWK 425*
This capstone course meets once a week for three hours. Through integrative assignments and seminar presentations, the student demonstrates ability to integrate theory with social work practice. Offered spring semester

### SWK 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of social work that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

# Sociology

### SOC 100-400 - Special Topics

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean/Center Director*
A variable-content course in sociology that is designed for a specific class level: freshman (100) through senior (400). A study of such topics as the Native American or other special topics. Topic to be covered is announced in advance of registration. Offered as needed.

### SOC 110HA - The McDonaldization of Society

**3 credits** What can a fast-food chain teach us about society? Following George Ritzer's theory of McDonaldization, this course examines the pros and cons of living in a rationalized world where standardization, predictability, and control prevail. As students learn the sociological concepts of bureaucracy, consumer society, social structures, social change, and social interaction, they will develop their sociological imagination to reclaim a place for creativity, meaning, individuality, and free will in the late modern world.

### SOC 110HM - Building a Multiracial Society

**3 credits** Are multiracial societies necessarily colorblind, and should they be? This course explores how colorblindness in multiracial societies can be analyzed through sociological theories and research methods. Students will read multiracial perspectives; analyze race and colorblindness in their everyday lives; and prepare themselves for entering a multiracial/global world, using their critical thinking skills to separate myth/ideal from data/evidence.

## SOC 121 - Introduction to Sociology

**3 credits** A survey of the major issues and ideas in sociology, including basic concepts and theories, as well as an examination of major social institutions, the dynamics and processes of social interaction, and the structure and organization of social groups.

## SOC 201 - Globalization

**3 credits**

*Prerequisite(s):* ENG 122

This course provides an overview of the new questions raised by the process of globalization in our social, economic, political, and cultural life. It places an emphasis on the search for social justice and encourages students to think critically about the causes and consequences of globalization as they prepare to become leaders of the 21st century.

## SOC 222 - Social Problems

**3 credits** *Prerequisite(s): ENG 122*

An introduction to such contemporary social problems as poverty, unemployment, energy, pollution, sexual deviance, delinquency, drugs, and alcohol. Emphasis will be placed on underlying causes and on pointing the way to solutions.

## SOC 321 - Methods of Social Research I: Quantitative Methods

**3 credits** *Prerequisite(s): One course in mathematics (MAT 131 or above)*

The first of two courses in the research methods sequence. This course covers techniques and methods of quantitative social research as they relate to sociological theory construction: hypothesis testing, research design, measurement, quantitative data collection methods (surveys), and statistical data analysis. This course also covers descriptive and inferential methods of statistical analysis, emphasizing measures of central tendency and dispersion; construction of graphs and tables; and univariate, bivariate, and multivariate analysis, including tests of statistical significance. Students will use SPSS to apply statistical techniques.

## SOC 322 - Methods of Social Research II: Qualitative Methods

**3 credits**

*Prerequisite(s): Completion of SOC 321 and approval of the student's IRB proposal*

The second of two courses in the research methods sequence. This course covers techniques and methods of qualitative social research as they relate to sociological theory construction and sociological practice: in-depth interviewing, observation, focus groups, unobtrusive research methods, and case studies. Also covered are review of the social science literature, conceptualization, sampling, ethical issues in qualitative research, analysis of qualitative data, reporting of research findings and program evaluation. This course requires the proposal of a qualitative research project compliant with IRB requirements.

## SOC 323 - Sociological Theory

**3 credits**

*Prerequisite(s):* SOC 121

This course is designed to provide an analysis of the fundamental principles and concepts underlying social theory. Attention will be given to an evaluation of major sociological theories, both classical and contemporary. It is also designed to provide students an arena in which to learn and practice the skills of theoretical critique, construction, and how theory can be useful in application and intervention.

## SOC 329 - Directed Study: Readings or Research

**3 credits** *Prerequisite(s): Permission of faculty member and Dean*

Designed for small groups of students to pursue in-depth a particular aspect of sociology that is not covered or is treated lightly in regular course offerings. The course is taught in seminar fashion and meets for 36 contact hours. Offered as needed.

## SOC 330 - Environmental Sociology

**3 credits**

*Prerequisite(s):* ENG 122

Examines the causes and consequences of human disruptions of the environment, as well as how social groups respond to such consequences, including environmental and indigenous social movements and the debate over sustainability. A critical sociological perspective brings the dimension of power to the environmental debate by examining who benefits from environmental degradation or conservation and who is harmed; how environmental issues are socially constructed; how the discourse on the environment, science, and technology shapes our common understanding of environmental issues; and the role of the media, the state, and various interest groups in framing the environmental debate. It considers environmental issues at the local and global levels.

## SOC 331 - Global Social Change and Development

**3 credits** *Prerequisite(s): ENG 122*

Focusing on the dynamics of global development and globalization, this course examines the roots and nature of social

change in the contemporary world. It reviews various theories of social change, as well as the social, cultural, technological, political, and economic dimensions of global change. It also provides students with an opportunity to investigate how they may become agents of change themselves.

## SOC 332 - Social Interaction in Everyday Life
3 credits *Prerequisite(s):* ENG 122
An examination of how individuals interact in interpersonal, work, and family situations. Furthermore, an examination of the effects of culture and social structure upon the behavior, thoughts, and identities of individuals, including a consideration of how the individual exists in society and how society exists in the individual. Offered fall semester of odd years.

## SOC 333 - The Family in Cross-Cultural Perspective
3 credits *Prerequisite(s):* ENG 122
The course provides an overview of the nature of intimate relationships and family life, comparing various cultural groups within the United States and around the world. It examines issues related to the selection of romantic partners, marriage rituals, non-traditional living arrangements, the raising of children, the rules for separation, and other social issues that families face.

## SOC 334 - Sex and Gender
3 credits *Prerequisite(s):* ENG 122
This course analyzes the social construction of sex and gender from a sociological perspective. The course covers the development of sociological theories of gender and up to date research on sex and gender inequality in all major social institutions, including family, education, work, health and media. Cross-cultural comparisons with selected nations are also considered.

## SOC 337 - Exploring Sustainability
3 credits *Prerequisite(s):* ENG 122 or permission of instructor
This course explores the definition, dimensions, and importance of sustainability for our future. Students will explore issues related to sustainability in various areas of human activity, such as agriculture, energy, transportation, industry, or tourism. They will learn about the social, cultural, political, and economic obstacles or challenges to overcome to make human activities more sustainable. They will examine examples of sustainable actions. This course is offered in conjunction with a study trip in which students will discover sustainable strategies and practices in other areas of the globe. 3 credits

## SOC 343 - The Social Ladder: Diversity and Inequality in America
3 credits *Prerequisite(s):* ENG 122
This course examines how our social class, race, ethnicity, and gender all intersect to shape the challenges and opportunities we face. Students will learn to identify the types, causes, and consequences of social stratification and critically assess the role of inequality, especially privilege versus poverty and deprivation, in the United States and in their own lives.

## SOC 345 - Deviance and Social Control
3 credits *Prerequisite(s):* ENG 122
Providing an overview of the social aspects of deviance and deviant behavior, the course examines the definition of deviance and its social and cultural roots. It includes a review of the sociological theories that explain deviant behavior, the process of becoming deviant, the consequences of deviance; an analysis of various types of deviant behavior; and a critical assessment of the mechanisms that society uses to address deviance.

## SOC 348 - Medical Sociology
3 credits *Prerequisite(s):* ENG 122
A critical examination of health, illness, and healthcare from a sociological perspective, the course examines how health, disease, and treatment are socially defined; how social stratification of race, class, gender, and age affects health and illness; and how power influences the structure of healthcare and healthcare professions. In addition to physical illness, the course includes mental health and disability. Issues are considered from a US and global perspective.

## SOC 349 - Sociology of Aging
*Prerequisite(s):* ENG 122
A critical examination of aging and the course of life from a sociological perspective. The course examines how aging and the course of life are socially defined; how social stratification of age affects health, illness, caregiving, and choices/chances in life's course; how power influences aging; the social and economic outlooks of an aging society; and current issues of entitlement, retirement, end of life, and stratified life course experiences. Issues are considered from an American and global perspective.

## SOC 350 - Race and Ethnic Relations
3 credits *Prerequisite(s):* ENG 122
A critical examination of race, ethnicity, and their persistence in institutions from a sociological perspective, the course examines how race and ethnicity are socially and politically defined; how sociological theories have traditionally and contemporarily analyzed racial and ethnic inequalities; the most up-to-date research on the extent of racial/ethnic

inequalities across several key social institutions; and social justice/social change efforts to reduce racism, along with social and political barriers to such efforts.  Issues are considered from an American and global perspective.

## SOC 424 - American Popular Culture

**3 credits** *Crosslisted: HTY 424*
*Prerequisite(s): HTY 121 or SOC 121*
This course focuses on the rise of American popular culture beginning shortly after the end of WWII and continuing to the present. The course makes use of multiple access points from music to film to TV to poetry to social networking to examine the ways that popular culture in US society changed and by extension how American pop culture has transformed the world.

## SOC 425 - Internship in Sociology

**3 - 6 credits** *Prerequisite(s): Permission of instructor*
This course is designed to allow students supervised practical experience in a local government, nonprofit, or business organization. Students will discover how their training as sociologists transfers into a professional context. The internship may be taken for 3 to 6 credits, over one or two semesters, each credit hour requiring 50 hours of practical experience per semester. This is a pass/fail course.

## SOC 427 - Practicing Sociology

**3 credits** *Prerequisite(s): ENG 122 and Junior or Senior standing*
This course serves as an introduction to the practice of sociology in a variety of settings.  It is designed to expose students to the professional worlds of sociologists. Students will learn how sociological concepts, skills and tools may be used to analyze and change contemporary social behavior and issues. They will become familiar with the uses of the discipline through a review of sociology in practical affairs, simulations, case studies, and from professionals.  3 credits

## SOC 429 - Advanced Directed Study and Research

**1-3 credits** *Prerequisite(s): Permission of faculty member and Dean*
Intensive individual study in a particular aspect of sociology that is not covered in regular course offerings. This enrichment option is limited to students who have demonstrated the potential to pursue independent scholarly activity beyond that which is expected in regular courses. Request for enrollment must be made prior to registration in the form of a written proposal. May be repeated for credit. Weekly meetings with faculty member. Offered as needed.

## SOC 496 - Comprehensive Sociology Examination

**0 credits** *Corequisite(s): SOC 499*
Final comprehensive written examination for students majoring in sociology. Examination is administered in the SOC 499: Senior Seminar in Sociology course. Test fee.

## SOC 499 - Senior Seminar in Sociology

**3 credits** *Prerequisite(s): SOC 322, SOC 323, IRB approval of research project and senior standing.*
*Corequisite(s): SOC 496.*
The Senior Seminar in Sociology is designed as the capstone course in Sociology. As they approach graduation, students will review their knowledge in Sociology and conduct directed empirical research. They will carry out a research project to explore an area of sociology that they are interested in, and report the results in a senior thesis. They will be responsible for conducting one class presentation on one of the main areas of Sociology covered in the syllabus. As a co-requisite for the course, they will complete the Comprehensive Exam in Sociology. The course is designed to help students synthesize their knowledge in the major, reflect on how their sociological imagination has developed, and plan for their future as a sociologist. This course requires an approved IRB application.


# Spanish

SPA 111 - Beginning Spanish I (Spanish Level I-A)
**3 credits** An introduction to the fundamentals of pronunciation, conversation, grammar, and written communication through the acquisition of basic Spanish vocabulary. Open only to students with little or no background in Spanish.

## SPA 112 - Beginning Spanish II (Spanish Level I-B)

**3 credits** *Prerequisite(s): SPA 111 or the equivalent of one year of high school Spanish*
Continuation of SPA 111.

## SPA 211 - Intermediate Spanish I (Spanish Level II-A)

**3 credits** *Prerequisite(s): SPA 112 or permission of the instructor*
A continuation of the study of the Spanish language and its culture. Emphasis is on acquisition of intermediate-level grammar and enhancement of skills in oral communication, listening and reading comprehension, and writing.

## SPA 212 - Intermediate Spanish II (Spanish Level II-B)

**3 credits** *Prerequisite(s): SPA 211 or permission of the instructor*
A continuation of the study of the Spanish language and its culture. Emphasis is on acquisition of intermediate-level grammar and enhancement of skills in oral communication, listening and reading comprehension, and writing.

## SPA 215 - Business Spanish

**3 credits** *Prerequisite(s): SPA 211 or permission of the instructor*
Continuation of SPA 211 with a special emphasis on the needs of the business community.

### SPA 216 - Health and Medical Spanish
**3 credits** *Prerequisite(s): SPA 211 or permission of the instructor*
Continuation of SPA 211 with a special emphasis on the needs of the health and medical communities.

### SPA 217 - Law Enforcement Spanish
**3 credits** *Prerequisite(s): SPA 211 or permission of the instructor*
Continuation of SPA 211 with a special emphasis on the needs of the law enforcement community.

### SPA 311 - Advanced Spanish I (Spanish Level III-A)
**3 credits** *Prerequisite(s): SPA 212 or near-native fluency*
Composition and advanced conversation to increase fluency in reading, writing, and speaking Spanish. A non-technical course. Includes an introduction to works of literature in Spanish for reading comprehension and discussion.

### SPA 312 - Advanced Spanish II (Spanish Level III-B)
**3 credits** *Prerequisite(s): SPA 311 or near-native fluency*
Continuation of SPA 311 with an added emphasis on advanced Spanish literature and culture. Class exercises will include readings and discussions in Spanish of some of the outstanding works of prose and poetry in Spanish literature.

### SPA 325 - Peoples of Latin America: Cultural Perspectives
**3 credits** *Prerequisite(s):* SPA 311 SPA 312 SPA 320
This course focuses on Latin American peoples and their cultural diversity from their early history to present. Course readings zoom into the complexities and challenges faced by Latin American Spanish-speaking countries and the achievements in literature and arts. A wealth of cultural, political, linguistic, and artistic events serve as springboard to further students' language competence and critical thinking skills. This course may offer abroad field experiences opportunities. This is a highly interactive course framed within the communicative approach and guided by the American Council on the Teaching Foreign Languages Standards, "The 5Cs" (Communication, Culture, Connections, Comparisons, Communities).Prerequisites: Proficiency equivalent to 311-312 and SPA 320: Introduction to the Spanish-Speaking Cultures or instructor's permission.

### SPA 326 - Peoples of Spain: Cultural Perspectives
**3 credits** *Prerequisite(s):* SPA 311 SPA 312 SPA 320
This course focuses on Spain, its people, and their cultural diversity. Through a dynamic approach, this course introduces students to Spain's cultural history from early times to the present days with emphasis on the concept that language, culture, and civilization are ever-evolving. Topics range from the influence of the Roman Empire in Spain to the shaping of national identity, popular culture, and the European community. Students will expand their language competence as well as their cultural horizons. This course may offer abroad field experiences opportunities. This is a highly interactive course framed within the communicative approach and guided by the American Council on the Teaching Foreign Languages Standards, "The 5Cs" (Communication, Culture, Connections, Comparisons, Communities).Prerequisites: Proficiency equivalent to 311-312 and SPA 320: Introduction to the Spanish-Speaking Cultures or instructor's permission.

### SPA 329 - Directed Study: Readings or Research
**3 credits** *Prerequisite(s): SPA 312 or permission of the instructor*
Selected works in Spanish literature combining library and videocassette studies and additional readings in Spanish.

### SPA 411 - Advanced Spanish Grammar
**3 credits** *Prerequisite(s): SPA 312 or permission of the instructor*
A critical review of the latest grammar proposed by the Royal Spanish Academy.

### SPA 420 - Advanced Spanish Through Literature and Film
**3 credits** *Prerequisite(s):* SPA 312
This literature and film course showcases salient texts and films from Latin America and Spain. Readings include poetry, theater, novels, and short stories. The integration of film and literature promotes the examination, interpretation, and analysis of socio-cultural contexts and development of higher order critical thinking skills. In addition, this course promotes the development of advanced listening, speaking, reading, and writing skills. This course is conducted entirely in Spanish.

### SPA 429 - Advanced Directed Study and Research
**1-3 credits** *Prerequisite(s): SPA 312 or permission of the instructor*
Selected works from the Americas combining library and videocassette studies and additional readings in Spanish. May be repeated for credit.


# Speech

SPH 221 - Fundamentals of Speech
**3 credits** Study of the fundamental principles of public speaking, including practice in the preparation and delivery of extemporaneous speeches.

# Sport Business

**SPB 100-400 - Special Topics**
**1-3 credits** *Prerequisite(s): Permission of the department chair and Dean*
A variable-content course in sport business that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

## SPB 101 - Introduction to Sport Business
**3 credits** An overview of different career opportunities available in the sport business. Examines historical and current trends in the field and prepares the students for further professional study in facility and event management, sport marketing, sport communication, college athletic administration, international sport, sport tourism, professional sports, history of sport, national and international governing bodies, and campus recreation.  A minimum grade of C is needed to fulfill the degree requirement.

## SPB 230 - Sport Facility and Event Management
**3 credits** *Prerequisite(s): MAT 141, sophomore standing.*
This course is designed to promote an understanding of the management of sporting events and the venues in which they are housed. Topics include ownership and governance, scheduling, box office management, ancillary services and operations, facility contracts, budget development, television options and broadcasting issues, building sport facilities, tournament organization, and staffing. Field trips to facilities and actual event participation are planned as part of the course.

## SPB 240 - Media Relations in Sport Business
**3 credits** *Prerequisite(s): SPB 101 and sophomore standing, or permission of the department chair*
A review of current communication techniques used in sport business, including printed approaches, personal approaches, TV and radio approaches, and Internet techniques. The areas covered include youth, amateur, and professional sport organizations; recreational, collegiate, and university sports; sports commissions; national and state sport governing bodies; and sport-related goods and services.

## SPB 295 - Sport Business Apprenticeship
**1 credit** *Prerequisite(s): SPB 101 and sophomore standing, or permission of the department chair*
This course provides actual working experience in the area of sport business. The areas include youth, amateur, and professional sport organizations; recreational, collegiate, and university sports; sports commissions; national and state sport governing bodies; and sport-related goods and services. Students will have a chance to evaluate an area or field in sport business that interests them through work experience, observation, and discussions with the job site supervisor and other students. This course may be repeated up to three hours but may not be repeated at the same job site or area of interest.

## SPB 330 - Social & Ethical Issues in Sport
**3 credits** *Prerequisite(s):* SPB 101
An examination of issues in sport and sport-related behaviors as they occur in social, cultural, and ethical contexts.  Topics include right and wrong, societal values, social relations and conflict within the institution of sport, and sport as social phenomena.

## SPB 350 - Risk Management in Sport
**3 credits** *Prerequisite(s): Junior standing. Students in pre-law studies with junior standing may take with permission of the Sport Business department chair.*
Introduction to basic legal terminology and court procedures. This course is designed to help students develop "safety conscious" attitudes in the management of sport and recreation activities.

## SPB 360 - Sport Marketing and Promotion
**3 credits** *Prerequisite(s): MKT 301, junior standing.*
This class builds on the general principles of marketing by discussing the unique aspects of sport marketing and applying marketing concepts to sport as a product and the promotion of sports activities. Topics focus on the spectator as the product consumer and will include consumer analysis, market segmentation, product licensing and positioning, pricing, promotion, distribution, and sponsorship as they apply to sport.

## SPB 380 - Sales in Sport
**3 credits** *Prerequisite(s): SPB 360, junior standing, or permission of department chair; SPB 360 can be taken as a corequisite.*
This course will completely immerse the student into the sales and sport environment. This includes but is not limited to ticketing, groups, signage, retail, telemarketing, cold calling, and fundraising for sport foundations. Developing sales campaigns and maximizing the skills and efforts of the sales staff will be included.

## SPB 395 - Practicum in Sport Business
**3 credits** *Prerequisite(s): SPB 295 and junior standing, or permission of department chair. Other Donald R. Tapia School of Business majors may take with SPB 101 and senior standing.*
This course provides additional field experience in the area of sport business. The areas can include youth, amateur,

and professional sport organizations; recreational, collegiate, and university sports; sport-governing bodies; and sport-related goods and services. This course is an elective for students wishing to gain additional experience in the sport industry.

## SPB 410 - Sport Governance

**3 credits** *Prerequisite(s): Senior standing*
Focuses on governance issues involved in the management of amateur (interscholastic, intercollegiate, recreational, Olympic, and Paralympic) and professional sport. Regulatory powers, strategic management, policy development, organizational structure, and sanctioning within the varying national governing bodies will highlight the course.

## SPB 420 - Sport Finance

**3 credits** *Prerequisite(s): ACC 202, MAT 141, and MGT 325, senior standing. Other Donald R. Tapia School of Business majors may take with all of the stated prerequisites excluding admission to the major.*
This course focuses on the financial status of varying sport industry sectors and strategies that an organization might use in controlling organizational costs, including how to implement and handle salary caps in the varying leagues. Ticket, group, sponsorship, food service, and broadcast sales as well as fund development will be a major emphasis in this class.

## SPB 430 - Legal Issues in Sport

**3 credits** *Prerequisite(s): SPB 350 and senior standing or permission of department chair. Students in pre-law studies with senior standing may take with permission of the Sport Business department chair.*
An in-depth look at certain constitutional amendments and statutory and administrative laws that apply to the sport industry and impact the work setting. Class discussion surrounding current issues will constitute a major portion of this class. A legal research paper is expected.

## SPB 449 - Professional Development Seminar

**3 credits** *Prerequisite(s): Senior standing and current enrollment in the last semester of coursework.*
The main purpose of the course is complete immersion into the sport business industry to prepare the student for the internship and entry-level job placement. Analysis of management issues, concepts, and strategies as applied to sport organizations, internship selection, and a comprehensive section on current issues in sport business constitute the bulk of this course. A paper and presentation are required.

## SPB 495 - Internship Performance

**6 credits** *Prerequisite(s): All required courses for the sport business major, 2.5 GPA, and permission of department chair.*
*Corequisite(s): SPB 496.*
This course evaluates the student's on-site performance of their culminating field experience. The student is required to work full-time for a minimum of 12 weeks with an approved site supervisor in an approved sport business organization. The field experience is intended as a culminating experience of the sport business curriculum. It will expose students to organizational structure and function, help them gain additional work experience, enhance their employability skills, and expose them to other areas applicable to the specific area of sport business they have selected. This course is a graded experience. The duration of the internship is 12 weeks, 40 hours per week.

## SPB 496 - Internship Assignments and Colloquium

**6 credits** *Prerequisite(s): All required courses for the sport business major, 2.5 GPA, and permission of department chair.*
*Corequisite(s): SPB 495.*
This course is the corequisite for SPB 495 and is designed as the portion of the internship for which all paperwork including work logs, organizational analysis, internship portfolio, and the required colloquium presentation at the completion of the internship are graded. All assignments are discussed in the prerequisite course SPB 449. Special attention is paid toward the enforcement of professional writing, APA Style Manual application, and quality presentation skills.

# University Studies

## SLU 100-400 - Special Topics

**1-3 credits** *Prerequisite(s): Permission of department chair and Dean*
A variable-content course that is designed for a specific class level: freshman (100) through senior (400). Topic is announced in advance of registration. Offered as needed.

## SLU 101 - First Year Experience

**1 credit** This seminar course is designed to assist first year students with a positive transition to university life. It will introduce students to the history and culture of Saint Leo University, to the various departments, resources and services available, and it will foster the development of decision making using critical thinking skills and core values.

## SLU 105 - Introduction to American Culture and University Life

**3 credits** This course is intended for international students who are entering a U.S. college. It focuses on improving international students' cross-cultural competence and granting opportunities for analyzing complex social, moral, and

academic issues that students will have to face while in the United States. In addition, it provides tools and strategies for students to analyze their own culture and compare it with new ones. As students learn more about themselves and others, the risk of cultural conflict and culture shock is decreased. This course is open only to international students.

## SLU 110 - Academic Learning Lab I

**2 credits** This course is designed to support the academic development of Bridge students through providing opportunities for: (1) early and structured introduction to Saint Leo Campus and online resources; (2) developing effective oral presentation and communication for academic purposes skills; (3) guided reflection on their language acquisition process and academic skills development.

## SLU 112 - Academic Learning Lab II

**3 credits** *Prerequisite(s): SLU 110 or enrollment in the fast track program.*
This project-based course is designed to support the academic development of the international students enrolled in the second-semester of Bridge Program course sequence. While working on the course projects, the students will have the opportunities for: (1) active use of Saint Leo Campus, library, and online resources for academic purposes; (2) further development of academic writing skills; (3) effective presentation of the results of academic research in writing; (4) guided reflection on their language acquisition process and academic skills development.

## SLU 115 - Student Development Issues

**1 credit** *Prerequisite(s): Permission of instructor*
The purpose of this course is to help students develop skills that relate to their personal development, interaction with individuals and groups, community development, and leadership issues. This course is primarily designed for students interested in being, or currently employed as, a resident assistant. It will focus on the development of the interpersonal and helping skills useful to any student.

## SLU 120 - Pride Leadership

**3 credits** The Pride Leadership course enhances each student's personal development by fostering a higher level of integrity, excellence, and respect, as well as instilling students with a sense of community. Pride is the first course in the four-year PEAK leadership program, which integrates leadership development and institutional values. Upon the completion of the Pride Leadership course, students will have developed academic, personal, and life goals, and will have a heightened sense of responsibility, allowing these students to further develop their leadership skills.

## SLU 125 - Choosing Wellness

**3 credits** This course offers a contemporary and proactive perspective of personal health: Choosing Wellness. Students explore the dynamic, interrelated dimensions of wellness, including physical, emotional, intellectual, spiritual and interpersonal wellness. Learning to be thoughtful consumers of health information, students critically analyze problems, issues, and successful practices surrounding course topics. Guided by their research, the Saint Leo core values and critical thinking, students will learn to make productive decisions, set goals, and implement strategies for lifelong wellness.

## SLU 220 - Exemplary Leadership Program

**3 credits** The Exemplary Leadership Program is the second course in the leadership development minor. It is designed for students who have completed the Pride course and want to further build or enhance their leadership skills and get involved on campus. The course will help refine students' leadership skills, leadership theories, decision-making techniques, and advanced communication skills. Students will participate in various leadership experiences both inside and outside of the classroom. These experiences will allow participants to use their classroom learning and integrate it with practical experience.

## SLU 270 - Service Learning

**3 credits** The Service Learning course is the fourth course in the leadership development minor. This course will use what service learning theorists call the PARE Model: preparation, action, reflection, and evaluation. The goals for this class include these: Students will be able to articulate an understanding of community service and service learning, understand ethical implications of leadership, apply theories and models of service and leadership to an issue of their choosing, and be encouraged to be lifelong learners and advocates for social change.

## SLU 320 - Advanced Leadership

**3 credits** This course incorporates the core values of the institution, helping students to focus on their personal development and integrity as they examine various principles, values, and ethics of leadership. Upon completion of this course, students will have developed an understanding of leadership principles that will allow them to positively effect change in their community. This class will look into diversity issues, including sexism, heterosexism, racism, and ableism.

## SLU 425 - Internship

**3-12 credits** *Prerequisite(s): Junior-senior standing*
Internships represent a learning strategy that integrates practical work experience with a directed, reflective, academic component to help students develop personal, professional, and academic competencies. The student will be using the workplace as a starting point for study; however, the student will need to go beyond the common experiences of an employee. Study, reasoning, reflection, theoretical, and/or conceptual exploration supplement work experience to help students develop new skills and knowledge.

## SLU 498 - Knowledgeable Leadership

**3 credits** *Prerequisite(s): Junior-senior standing*

This course is the senior capstone class for those students seeking a minor in the area of leadership. This course builds upon all of the other leadership courses by continuing to incorporate the core values of the institution, as well as developing leadership skills. Upon completion of this course, students will have developed an understanding of how to effectively lead groups and organizations to accomplish established goals.

# Chapter 10:  Administration and Faculty

## Board of Trustees

### Officers

D. Dewey Mitchell, Chair

John E. View, '72, Vice Chair

Joseph P. Connellan, '85, Secretary

Marcia Malia, Assistant Secretary

John Nisbet, Treasurer

Jeffrey D. Senese, President

### Trustees

| | |
|---|---|
| Sr. Roberta Bailey O.S.B. '57 | Saint Leo, Florida |
| Peter J. Biscardi '70 | Bonita Springs, Florida |
| Robert Cabot '71, '06 | San Antonio, Florida |
| Abbot Isaac Camacho, O.S.B. '95 | Saint Leo, Florida |
| Joseph P. Connellan '85 | Sea Girt, New Jersey |
| Anthony Gerbino '74 | Houston, Texas |
| Richard Johnson '68 | Lakeland, Florida |
| Virginia M. Judge | University Park, Florida |
| Thamir A.R. Kaddouri, Jr. '94 | Tampa, Florida |
| Paul Lehner '74 | Spartanburg, South Carolina |
| Terrence Linnert | Charlotte, North Carolina |
| Allan Luihn '83 | Singer Island, Florida |
| Joseph A. McGee | Tampa, Florida |
| D. Dewey Mitchell | New Port Richey, Florida |
| Rev. Msgr. Robert F. Morris '79 | St. Petersburg, Florida |
| Edwin Narain '07, '09 | Tampa, Florida |

Laurie O'Donoghue            South Salem, New York

Mary O'Keefe '76             Yonkers, New York

John O'Leary '83             Key West, Florida

Robert L. Padala '73         New York, New York

Mary Palazzo '72             Monmouth Beach, New Jersey

Most Rev. Gregory L. Parkes  St. Petersburg, Florida

Thomas Peschio '59           Vero Beach, Florida

John Picciano '69            Windermere, Florida

Brian Quinn                  Palm Harbor, Florida

William Reagan '73           Naples, Florida

Jeffrey D. Senese            Dade City, Florida

Kathryn Simpson '06          Trilby, Florida

Pat Thompson '87             Webster, Florida

John E. View '72             Syracuse, New York

## Trustees Emeriti

Cynthia Brannen '92                    Inverness, Florida

Glen E. Greenfelder '61, '63, '09      Dade City, Florida

Hjalma Johnson '07                     Dade City, Florida

Bishop Emeritus Robert N. Lynch '97    St. Petersburg, Florida

Sheila McDevitt '60                    Hiawassee, Georgia

Marvin E. Mulligan '54                 Houston, Texas

Donald R. Tapia '05, '07, '14          Paradise Valley, Arizona

# Administration

## President's Office

President                    Jeffrey D. Senese

Executive Officer            Marcia Malia

395

Associate Vice President, & General CounselKelly Hill

Director of Internal Audit                    Monica Moyer

# Academic Affairs

Vice President of Academic Affairs                                              Mary T. Spoto

Executive Director of Academic Administration                                  Joseph M. Tadeo

**Accreditation Office**

Assistant Vice President of Accreditation and New Program Integration          Diane Ball

Director of Accreditation                                                       Christina Branas

Director of Regulatory Affairs                                                 Alba Romero

**Assessment and Institutional Research**

Chief Officer for Assessment and Institutional Research                        William Hamilton

Assistant Director of Institutional Research                                   Daniel Duerr

Director of Academic Assessment                                                Ellen Boylan

**College of Arts and Sciences**

Interim Dean, College of Arts and Sciences                                     Heather Parker

Director of Graduate Programs Creative Writing                                 Steven Kistulentz

Director of Graduate Studies in Psychology                                     Cathleen Dunn

Director, Graduate Theology; Department Chair, Theology, Religion & Philosophy  Randall Woodard

Director, Bridge Program                                                        Iona Sarieva

Department Chair of Language Studies and the Arts                              Elisabeth Aiken

Department Chair of Mathematics and Science                                    Siamack Bondari

**Donald R. Tapia College of Business**

Dean, Tapia College of Business                                                Robyn Parker

Department Chair of Accounting, Finance, & Economics; Director, MAcc Program    Barbara Caldwell

Director, Master of Business Administration (MBA) Program                       Pamela Lee

396

| | |
|---|---|
| Department Chair of Sport Business & International Hospitality Management | Judy Holcomb |
| Department Chair of Leadership & Management | Craig Cleveland |
| Department Chair of Operations Management | Craig Winstead |
| Department Chair of Computer Science and Computer Information Systems; Director, Cyber & Software Engineering Programs | Derek Mohammed |
| Department Chair of Communication Management, Marketing, & Multimedia Management | Diane Monahan |
| Department Chair of Health Care Administration | Rafael Rosado-Ortiz |
| Director, Doctorate of Business Administration (DBA) Program | Dale Mancini |

**College of Education and Social Services**

| | |
|---|---|
| Dean, College of Education and Social Services | Susan Kinsella |
| Associate Dean, College of Education and Social Services | Rhondda Waddell |
| Director, Graduate Studies in Education | Fern Aefsky |
| Director, Graduate Studies in Human Services Administration | Nancy Wood |
| Associate Director, Graduate Education | Jodi Lamb |
| Director, Graduate Studies in Social Work | Courtney Wiest |
| Associate Director, Graduate Studies in Social Work | Michael Campbell |
| Director, Graduate Studies in Public Safety Administration | Robert Diemer |
| Associate Director, Graduate Studies in Public Safety Administration | Ernest Vendrell |
| Director, Center for Alternative Pathway Programs | Cindy Lee |
| Department Chair of Human Services, Undergraduate | Amina Abdullah |
| Associate Department Chair of Human Services | Suzie Cashwell |
| Department Chair of Education | Holly Atkins |
| Associate Department Chair of Education | Alexandra Kanellis |
| Department Chair of Undergraduate Social Work | Ebony Perez |
| Associate Department Chair of Social Work | TBD |
| Department Chair of Criminal Justice | Phillip Neely |
| Associate Department Chair of Criminal Justice, Undergraduate | Moneque Walker-Pickett |
| CESS Special Projects Manager | Brenda (Nikki) Heister |

397

**Student Success**

| | |
|---|---|
| Dean of Student Success | Jody Conway |
| Executive Director of Student Learning and Advising | Erica Hicks |
| Associate Director of Student Learning | Demetrix Rostick-Owens |
| Assistant Director of Supplemental Instruction | Jo Hutterli |
| Director of Career Services | Susan Mickey |
| Student Success Coach | Nicole Baum |
| Student Success Coach | Tracy Boltin |
| Student Success Coach | Jannelle LeMuer |
| | Tyler Sanders |

**Center for Learning & Teaching Excellence**

| | |
|---|---|
| Director, Faculty Development & Enrichment | Candace Roberts |
| Assistant Director, Innovation & Implementation | Greg Kunzweiler |
| Teaching & Learning Faculty Development Specialist | Melissa Jones |
| Teaching & Learning Specialist | Karen Garcia |
| Simulation Specialist | Emily Kochanski |
| Senior Content Manager | Abbie Luoma |

**Learning Design**

| | |
|---|---|
| Assistant Vice President of Learning Design | Karen Hahn |
| Lead Learning Designer | Colleen McIlroy |
| Senior Course Analyst | Maridelys Detres |
| Lead User Experience Specialist | Christina Hewitt |
| Learning Systems Administrator | Karen Looney |
| Lead Learning Graphic Designer | Gina Volonino |

**Library Services**

398

Interim Director, Library Services

Doris Van Kampen-Breit

**Registrar**

Karen Hatfield

Associate Registrar

Elizabeth Vestal

Assistant Registrar, Evaluations

Pamela Frazer

Assistant Registrar, Operations

Angela Woodham

# Athletics

**Administration**

Faculty Athletic Representative

Barbara Caldwell

Vice President and Director of Intercollegiate Athletics

Francis Reidy

Associate Director of Athletics

Michael Madagan

Assistant Athletic Director - Sports Medicine/SWA

Barbara Wilson

Assistant Athletic Director for Business Operations

Dawn Boltin

Assistant Athletic Director for External Operations

Erin Bean

Athletic Coordinator

Kimberlee Bush

Director of Operations, Athletics, Recreation and Events

Carrie Fidurko

Assistant Director, Intramurals and Recreation

Connor Kilpatrick

Assistant Director, Athletics Facilities & Operations

Zachary Kunkel

**Communications**

Director of Athletics Communications

Bradley Bee

Manager of Athletic Multimedia

Timothy Simpson

Manager of Athletic Communications

Christine Lear

Manager of Athletic Communications

Sean Forrester

**Compliance**

Director of Compliance

Marcal Lazenby

Assistant Director of Compliance

Brent Graves

**Acrobatics & Tumbling**

Acrobatics & Tumbling, Head Coach        Allie Williams

**Baseball**

Baseball, Head Coach        Richard O'Dette

Baseball, Assistant Coach        Matt Kennedy

**Basketball**

Basketball, Head Coach (Men's)        Lance Randall

Basketball, Assistant Coach (Men's)        Michael Ryan Hamm

Basketball, Assistant Coach (Men's)        Jesse VerVelde

Basketball, Head Coach (Women)        Anthony Crocitto

Basketball, Assistant Coach (Women's)        Megan Dzkias

Basketball, Assistant Coach (Women's)        Latesha Johnson

**Cheerleading**

All-Girl Cheerleading Coach        Haylee Monk

Co-Ed Cheerleading Coach        Megan Kraus

**Cross Country**

Cross Country/Track Head Coach (Men and Women)        Kent Reiber

Cross Country, Assistant Coach        Rick Jones

Cross Country, Assistant Coach        Cierra White

**Golf**

Golf, Head Coach (Men's)        Chris Greenwood

Golf, Head Coach (Women's)        Lyndsey Bevill

**Lacrosse**

| | |
|---|---|
| Lacrosse, Head Coach (Men's) | Bradley Jorgensen |
| Lacrosse, Assistant Coach (Men's) | Kody Te Kanawa |
| Lacrosse, Assistant Coach (Men's) | Chad Hadlock |
| Lacrosse, Assistant Coach (Men's) | Samuel Scoba |
| Lacrosse, Head Coach (Women's) | Caitlin Hansen |
| Lacrosse, Assistant Coach (Women's) | Allie Modica |

**Soccer**

| | |
|---|---|
| Soccer, Head Coach (Men's) | Brett Parker |
| Soccer, Assistant Coach (Men's) | Jack Roberts |
| Soccer, Head Coach (Women's) | Peter McGahey |
| Soccer, Assistant Coach (Women's) | Sarah Leiby |

**Softball**

| | |
|---|---|
| Softball, Head Coach | Erin Kinberger |
| Softball, Assistant Coach | Pat Affrunti |
| Softball, Assistant Coach | Brittany Johnson |
| Softball, Assistant Coach | Francais Olexa |

**Sports Medicine**

| | |
|---|---|
| Director of Sports Medicine | Susan Cross |
| Athletic Trainer | Steven Jurnak |
| Athletic Trainer | Kayla Cross |

**Strength & Conditioning**

| | |
|---|---|
| Director of Strength & Conditioning | Joseph Nudo |
| Assistant Director of Strength & Conditioning | Dustin Dailey |

**Swimming**

| | |
|---|---|
| Aquatics Director & Head Swim Coach | Paul Mangen |
| Swimming, Assistant Coach (Men's) | Erik Ripley |
| Swimming, Assistant Coach (Women's) | Annagrazia Bonsanti Feniello |

**Tennis**

| | |
|---|---|
| Tennis, Head Coach (Men and Women) | Chad Berryhill |
| Tennis, Assistant Coach (Men's) | Nathaniel Huggett |
| Tennis, Assistant Coach (Women's) | Jelena Dzinic |

**Volleyball (Women's)**

| | |
|---|---|
| Volleyball, Head Coach | Jason Skoch |
| Volleyball, Assistant Coach | Abigail Moser |
| Volleyball & Beach Volleyball, Assistant Coach | Erik Peterson |
| Beach Volleyball, Assistant Coach | Michael Shearer |

**Admissions & Center for Global Engagement**
**Admissions**

| | |
|---|---|
| Vice President of University Campus Admissions & Center for Global Engagement | Senthil Kumar |
| Executive Director, University Campus Admissions | Nicholas Macchio |
| Senior Assistant Director, Admissions Operations | Kevin Kearns |
| Senior Assistant Director, Undergraduate Admissions | Hortencia Gomez |
| Senior Assistant Director, Graduate Admissions | Cameron Gilliam |
| Senior Assistant Director, Latin America & Caribbean Relations | Lucymar Carajal |
| Assistant Director, Southeast Asia Relations | Zeida Alvarez |
| Assistant Director, Undergraduate Admissions | Kristin Colby |
| Assistant Director, Undergraduate Admissions | Ingrid Medina Rivera |
| Assistant Director, Undergraduate Admissions | Christopher Ovalle |
| Assistant Director, Undergraduate Admissions | Joseph Licari |
| Assistant Director, Undergraduate Admissions | Connor Schaefer |

| | |
|---|---|
| Assistant Director, Undergraduate Admissions | Joseph Thompson III |
| Assistant Director, Undergraduate Admissions | Jennifer Jones |
| Assistant Director, Undergraduate Admissions | Brandon Rivera |
| Assistant Director, Undergraduate Admissions | Tiffany Vincent |
| Senior Admissions Advisor | Erin Zdrojewski |
| Admissions Advisor | Edward Raub |
| Admissions Advisor | John Lennon |
| Admissions Advisor | Rachel Andrews |
| Manager, Athletic Admissions | Matheus Costa de Assis |
| Campus Events Admissions Manager | Mia Senese |
| Campus Admissions Affairs Manager | Sandra Garcia |
| Application Coordinator | Aletha Harrelson |
| Application Coordinator | Nancy Campbell |
| Application Coordinator | Debra Whritenour |

**Center for Global Engagement**

| | |
|---|---|
| Executive Director & PDSO of Multicultural & International Student Office | Paige Ramsey-Hamacher |
| Executive Director | Maribeth Stevens |
| Associate Director & DSO, International Admissions | Sumira Anderson |
| Assistant Director & DSO, International Student Services | Carol Hope Grant |

# Business Affairs

| | |
|---|---|
| Vice President of Business Affairs and Chief Financial Officer | John Nisbet |
| Director, Business Affairs Communications | Molly-Dodd Adams |

**Accounting and Finance**

| | |
|---|---|
| Senior Associate Vice President of Finance | James DeTuccio |
| Assistant Controller | Jennifer Martell |
| Director of Accounts Payable & Sponsored Billing | Laura Solberg |

| Manager, Billing & Accounts Receivable | Melinda McKendree |
| Director of Budgets | Mark Williams |
| Manager of Payroll | Lindy-Ann Quintyne |

**Human Resources**

| Associate Vice President, Human Resources | David Tomanio |
| Acting Associate Vice President, Human Resources | Susan Martin |
| Learning and Development Manager | Shannon Moore |
| Executive Director Employee Relations & Compliance | Stephanie Wise |

**Student Financial Services**

| Associate Vice President of Student Financial Services | Melinda Clark |
| Associate Director of Veterans Financial Services | Kimberley Steele |

**Finance Aid**

| Director of Financial Aid Compliance | Brenda Clark |
| Associate Director of Financial Aid, Channelside | Lorna Salmon |
| Associate Director of Financial Aid, University Campus | Nicholle Thor |
| Assistant Director of Student Financial Support | Sheryl Luppens |
| Financial Aid Support Manager, Tampa | Jasmine Cox |
| Financial Aid Manager | Bonnie Douangtrixay |
| Financial Aid Manager | Deborah Gray |
| Financial Aid Manager | Kevin Young |

| Director of Student Financial Support | Elainne Feeney |
| Associate Director of Communication and Financial Literacy | Amanda Black |

| Student Financial Advisor | Jasmine Cox |
| Student Financial Advisor | Desiree Interiano |

404

| | |
|---|---|
| Student Financial Advisor | Tara Penix |
| Student Financial Advisor | Frances Ramos |
| Student Financial Advisor | Kevin Shopf |
| Student Financial Advisor | Rosa Yearwood |
| Student Financial Advisor, Tampa | Christopher Pepe |
| Student Financial Advisor, Tampa | Debra Samuel |
| Student Financial Advisor, Tampa | Nathaniel White |
| | |
| Assistant Director of Financial Aid Support | Eusebio Herrera-Montoya |
| Financial Support Manager | John Saviolis |
| Student Financial Advisor | Gina Curry |
| Student Financial Advisor | Leonardo Riverol |
| Student Financial Advisor | Sulcika Smith |
| Student Financial Advisor | Chris Williams |
| | |
| Assistant Director, Student Financial Support Center, University Campus | Keith Tamanini |
| Student Financial Advisor | Frank Jackson |
| Student Financial Advisor | Amber James |
| Student Financial Advisor | Istral Joseph |
| Student Financial Advisor | Jenifer McGrew |
| Student Financial Advisor | Tiffany Vincent |
| Student Financial Advisor | Elijah Wharton |
| Student Financial Advisor | Jackie Zolecki |

**Risk Management**

| | |
|---|---|
| Risk Manager | Martin Martinez |

# Center for Catholic/Jewish Studies

| | |
|---|---|
| Director | Matthew Tapie |

# Enrollment

| | |
|---|---|
| Vice President, Enrollment Management | Matthew Mills |

**Channelside**

| | |
|---|---|
| Assistant Vice President of Enrollment, Channelside | Mark Russum |
| Associate Director, Graduate Enrollment | Cindy Crist |
| Associate Director, Graduate Enrollment | Shakedra Hudson |
| Associate Director, Graduate Enrollment | Kristina Phipps |
| Associate Director, Graduate Enrollment | Erzulie Mendoza |
| Associate Director, Undergraduate Enrollment | Mollie Cripe |
| Associate Director, Undergraduate Enrollment | Gina Hannah |
| Associate Director, Undergraduate Enrollment | Jennifer Maiolo-Ferran |
| Associate Director, Undergraduate Enrollment | Brett Terzynski |
| Associate Director, Outreach & Enrollment | Traci Dougherty |
| Associate Director, Outreach & Enrollment | Yvonne Montell |

**Las Vegas**

| | |
|---|---|
| Senior Director of Enrollment, Las Vegas | Elihu O'Hara |
| Associate Director, Undergraduate Enrollment, Las Vegas | Jurea Williams |

# Marketing

| | |
|---|---|
| Assistant Vice President, Marketing & Enrollment Integration | Katherine Mrskos |
| Assistant Vice President, Digital Marketing | Scott Watkins |
| Senior Director of Enrollment & Support Services, Las Vegas | Elihu O'Hara |
| Associate Director, Lead Acquisition | Peter Gressick |
| Director, Admissions Operations & Decision Support, Channelside | Lisa Davidson |
| Director, Social Media | April Vanderlip |
| Enrollment Training Manager | Michael O'Brien |
| Enrollment Project Manager | Danielle Blasco |
| Marketing Manager, Brand Marketing | Jacoby Phillips |
| Marketing Automation Manager | Tiffany Dion |
| Marketing Manager | Christine John |

| | |
|---|---|
| Marketing Manager | Nirmal Makani |
| Marketing Data Analyst | Shawnda Newkirk |
| Art Director | Samuel Gonzalez |
| Media Content Manager | Gregory Lindberg |
| Digital Search Manager | Nathan Boorom |

# Saint Leo University WorldWide Operations

| | |
|---|---|
| Senior Vice President | Melanie Storms |
| Senior Associate Vice President, WorldWide Operations | Shadel Hamilton |
| Assistant Vice President Saint Leo WorldWide, Central Region | Candis Whitfield |
| Assistant Vice President Saint Leo WorldWide, Florida Region | Katie (Degner) Chamberlain |
| Assistant Vice President, Saint Leo WorldWide, Tampa Region & Special Programs | Tyler Upshaw |

**Facilities**

| | |
|---|---|
| Associate Vice President for Facilities Management | Jose Caban |

# Saint Leo University WorldWide Education Centers

## East Pasco Education Center

| | |
|---|---|
| Director | Derek Saunier |
| Assistant Director | Shana Founds |
| Assistant Director of Admissions | Teresa Brabham Morris |
| Student Advisor | Savannah Proctor |
| Student Advisor | Susan Splain |
| Instructor of Undergraduate Social Work | Christina Cazanave |
| Instructor and Chair of Undergraduate Social Work | Ebony Perez |

# Atlanta Education Centers, Georgia (includes the Atlanta and Gwinnett Education Centers)

| | |
|---|---|
| Regional Director | TBA |

**Atlanta**

| | |
|---|---|
| Associate Director | NaTanya Dowell |
| Assistant Director of Academic Advising | Portia Stallworth |
| Assistant Director of Admissions | Sharrod Kimble |
| Assistant Director of Admissions | Shawna Cohen |
| Assistant Professor of Management | Vasse Rose |
| Assistant Professor of Human Resource Management | LaQue Perkins |
| Assistant Professor of Religion | Francis Githieya |
| Assistant Professor of Sociology | Margaret C. Snead |
| Instructor of Criminal Justice | Michelle Allen |
| Assistant Professor of Human Resource Management | Nicole Hawkins |
| Assistant Professor of Accounting | Charlene Gayle |

**Gwinnett**

| | |
|---|---|
| Associate Director | Lan Pham |
| Assistant Director | Monique Wilson |
| Academic Advisor | Ann Dabrowski |
| Chair, Undergraduate Criminal Justice; Associate Professor of Public Safety Administration | Phillip Neely |
| Chair, Health Care Administration; Assistant Professor of Health Care Administration | Rafael Rosado-Ortiz |
| Associate Professor of Human Services | Felicia Wilson |

# Columbus Education Center, Mississippi

| | |
|---|---|
| Director | Amber Bradley |

# Corpus Christi Education Center, Texas

| | |
|---|---|
| Director | Sara Heydon |
| Academic Advisor/Recruiter | Grace Moreno |
| Academic Advisor/Test Administrator | Alma Martinez |

# Fort Lee Education Center, Virginia

| | |
|---|---|
| Director | Nancy Story |
| Student Advisor | Christian Beata |

| Associate Professor of Criminal Justice | Delmar P. Wright |
| Assistant Professor of Management | Kenneth Moss |

## Gainesville Education Center, Florida

| Director | Alena White |
| Associate Director | Jennifer Booker |
| Assistant Director of Admissions | Jasmine Jones |
| Associate Professor of Psychology | Lara Ault |
| Instructor of Undergraduate Social Work | Sha'leda Mirra |
| Assistant Professor of Business | Charles Oden |
| Associate Professor of Education | Joanne Roberts |

## Key West Education Center, Florida

| Director | Alaina Plowdrey |
| Academic Advisor | Susan Abercrombie |

## Lake City Education Center, Florida

| Director | Jessica Markham |
| Assistant Academic Advisor | Maelyn Babinec |
| Assistant Academic Advisor | Breanna Black |
| Instructor of Education | Elisabeth Ballew |

## Lakeland Education Center, Florida

| Director | TBA |
| Assistant Academic Advisor | Tiffany Anderson |

## Las Vegas Office, Nevada

| Academic Advisor | Laura Favela Sepulveda |
| Undergraduate Student Advisor | Adrianne Guy |
| Undergraduate Student Advisor | Derek Mazon |
| Undergraduate Student Advisor | Christopher Park |

## Madison Education Center, Florida

| Director | Jessica Markham |
| Student Advisor | Lisa Burnham |

| | |
|---|---|
| Instructor of Education | Elisabeth Ballew |

## North Charleston Education Center, South Carolina

| | |
|---|---|
| Director | Kai Campbell |
| Associate Professor of Theology | Daniel Lloyd |

## Northeast Florida Education Center, Florida  (includes Palatka, Orange Park, and Mayport Offices)

| | |
|---|---|
| Director | Jessica Starkey |
| Assistant Director - Mayport | James Barnette |
| Academic Advisor - Jacksonville | Julius Collins |
| Assistant Professor and Associate Chair of Education | Alexandra Kanellis |

## Ocala Education Center, Florida

| | |
|---|---|
| Director | Rena Thomas |
| Assistant Director of Admissions | Chad Humphrey |
| Academic Advisor/Recruiter | Francis Lai |
| Student Advisor | Amanda Harrison |
| Assistant Professor of Education | Tammy Quick |
| Director, Graduate Studies/Human Services; Associate Professor of Human Services | Nancy Wood |

## Online Learning Center

| | |
|---|---|
| Associate Vice President, Student Services | Shadel Hamilton |
| Executive Director, Student Success | Zaheda Herman |
| Associate Director of Graduate Student Advising | Erica Sachs |
| Associate Director of Undergraduate Student Advising | Emilio Favale |
| Associate Director of Undergraduate Student Advising | Robert Seidler |
| Advisor, Career Services | Laura Cheek |

## San Diego Center, California

| | |
|---|---|
| Director | Tamika Clark |
| Assistant Professor of Management | Mohammed Shaki |

## Savannah Education Center, Georgia

| | |
|---|---|
| Director | Stephanie Stinski |
| Assistant Director | Yalonka Mitchell |
| Assistant Director, Admissions | Brian Bailey |
| Academic Advisor | Khadijah March |
| Assistant Academic Advisor | Mitria Mobley |
| Assistant Professor of Psychology | Scot Hamilton |
| Assistant Professor of Healthcare Management | Tasia Hilton |
| Assistant Professor of Management | Leat Kodua |
| Associate Professor of Human Services | Katrina Maxwell |

## Shaw Education Center, South Carolina (includes Sumter Office)

| | |
|---|---|
| Director | Terrance Gilmore |
| Assistant Director | Tara Greene |
| Academic Advisor | Shontay Siders-Allen |
| Associate Chair of Human Services, Undergraduate; Associate Professor of Human Services | Susan Cashwell |

## South Hampton Roads Education Center, Virginia  (includes Chesapeake, NS Norfolk, & NAS Oceana Offices)

| | |
|---|---|
| Area Director | TBA |
| Associate Director | Nancy Rechkemer |
| Academic Advisor | Robert Colbert |
| Academic Advisor | Elliott Seagraves |
| Academic Advisor | Dennis Weber |
| Student Advisor | Michelle Ancheta |
| Assistant  Director of Admissions - South Hampton Roads | Linda Isaac |
| Assistant Professor of Computer Information System | Okey Igbonagwam |
| Assistant Professor of English | Karen Kwasny |
| Assistant Professor of Health Care Administration | Claudette Andrea |
| Associate Professor of Management | Hakan Kislal |

**Chesapeake Education Center**

| | |
|---|---|
| Associate Director | Charlene Cofield |
| Academic Advisor | Richard Crothers |
| Assistant Professor of Management/Director MBA Program | Pamela Lee |
| Assistant Professor of Theology | James Cross |
| Associate Professor of Sociology | Eileen O'Brien |
| Assistant Professor of Human Services | Michelle Boone-Thornton |

**NS Norfolk Office**

| | |
|---|---|
| Assistant Director | Connie Morgan |

**NAS Oceana Office**

| | |
|---|---|
| Assistant Director | James Jones |

# Special Programs

| | |
|---|---|
| Assistant Vice President, Saint Leo WorldWide, Tampa Region & Special Programs | Tyler Upshaw |
| Manager, Special Programs, VTT & ICC | Joseph Paquette |
| Manager, Online Consortium of Independent Colleges and Universities (OCICU) | Susan Boyd |
| Manager, Navy College Program Afloat College Education (NCPACE) | Randi Kinney |

# Tallahassee Education Center, Florida

| | |
|---|---|
| Director | Elizabeth Heron |
| Assistant Director of Admissions | Derilyn Sparrow |

# Tampa Education Center, Florida (includes MacDill Office)

| | |
|---|---|
| Director | Rod Kirkwood |
| Associate Director, WorldWide Student Life | Jessica Graves |
| Assistant Director | Courtney Wethington |
| Student Advisor | Angela Candela |
| Student Advisor | Sasha Bergstrasser |

| | |
|---|---|
| Student Advisor | Yoceline Rincon |
| Instructor of Social Work | Debra Thrower |
| Assistant Professor of Accounting | C'Lamt Ho |
| Associate Professor of Human Resources | Jonathan A. Shoemaker |
| Assistant Professor of Criminal Justice | Robert Sullivan |

**MacDill Office**

| | |
|---|---|
| Director | Rod Kirkwood |
| Associate Director | Louis Reyna |
| Student Advisor, Graduate | Manyel Richardson |

# Virginia Peninsula Education Centers (includes Fort Eustis, Langley, and Newport News Centers)

| | |
|---|---|
| Director Virginia Peninsula Area | Michael Godfrey |

**Langley Education Center**

| | |
|---|---|
| Associate Director | Mark Morgan |
| Student Advisor | Lisa Jackson |
| Assistant Academic Advisor | Robin Thompson |
| Assistant Professor of Human Resources | Sheri Bias |
| Assistant Professor of Psychology | Robert Faux |
| Associate Professor of Management; Regional Academic Director | Shannon Jackson |
| Chair, Operations Management; Associate Professor of Project Management | Craig Winstead |

**Fort Eustis Education Center**

| | |
|---|---|
| Associate Director | William "Frank " Staples |
| Senior Academic Advisor | Frances Volking |
| Assistant Academic Advisor | Doris McRae |
| Assistant Professor of Management | Sherrie Lewis |
| Assistant Professor of Management | Robert Pratt |

**Newport News Education Center**

| | |
|---|---|
| Associate Director | Jennifer Oliver |
| Assistant Director of Admission | Charlene Galvez |
| Assistant Director for Military Affairs and Services | Mark Westbrook |
| Academic Advisor | Lekesha Williams |
| Assistant Academic Advisor | Susan Koch |
| Chair of Undergraduate Human Services; Assistant Professor of Human Services | Amina Abdullah |
| Associate Professor of Criminal Justice | Cheryl Chambers |
| Assistant Professor of Computer Science | Kingsley Nwosu |
| Assistant Professor of Marketing | James Womick |

# Student Affairs

| | |
|---|---|
| Vice President of Student Affairs | Jennifer Shaw |

**Student Services**

| | |
|---|---|
| Associate Vice President for Student Affairs | Kenneth Posner |

**Accessibility Services**

| | |
|---|---|
| Director, Accessibility Services | Michael Bailey |

**Bookstore**

| | |
|---|---|
| Manager, Follett Book Store | Maureen Tarpey |

**Campus Life**

| | |
|---|---|
| Executive Director, Campus Life | Sean VanGuilder |
| Director, Residence Life & Leadership | Kimberly "KJ" McConnell |
| Assistant Director, Residence Life | Matthew Helf |
| Assistant Director, Residence Life | Kristen Nash |

**Campus Security and Safety**

Director, Campus Security and Safety      Vincent "Mike" D'Ambrosio

**Career Planning**

Executive Director      TBA

Assistant Director, Career Services      Amanda Koslow

Assistant Director, Career Planning      Meagan Jones

**Counseling Services**

Director, Counseling Services      Lawson Jolly

Assistant Director, Counseling Services      Krista Jones

Prevention Counselor      Tiffany Nelson

**Dining Services**

Director, Dining Services      TBA

Catering Manager, Dining Services      Donna Sturgis

Retail Manager, Dining Services      Stanley Kaszuba

Service Manager, Dining Services      Virginia Lavalle

**First Year Experience**

Director, Orientation and Parent/Family Programs      Dawn McElveen

**Office of Military Affairs & Services**

Director, Military Affairs and Services      Ernest McClees

**Residence Life**

Executive Director, Campus Life      Sean VanGuilder

Assistant Director, Residence Life      Kimesha Norris

Assistant Director, Residence Life & Student Conduct      Sean Ferguson

Assistant Director, of Student Conduct      Kristen Nash

**Student Activities**

| | |
|---|---|
| Director of Student Activities | Edson O'Neale |
| Assistant Director for Student Activities, University Campus | Sonja Massa |
| Assistant Director for Greek Life & Community Engagement | Krystal Sanchez |

# Technology Innovation Institute with Initiatives - TI³ (formerly UTS)

| | |
|---|---|
| Chief Information Officer | Thomas Hull |
| Deputy Chief Information Officer | Emmanuel (Manny) Rodriguez |
| Director,  Applications | Daron McNab |
| Director, Information Systems Security | Darius Lewis |
| Associate Director, Solutions Architecture | Matthew Redman |
| Director, Infrastructure | Darren Cooper |
| Director, User Services | Gideon Leo Schnog |
| Manager, Classroom Technology & Media Services | John Mouw |
| Endpoint Support Manager | Anthony Covington |
| IT Project Manager | Brian Jeffrey |
| IT Project Manager | Gertrude Pierre |

# University Advancement, Communications & Development

| | |
|---|---|
| Interim Vice President, University Advancement & Communications | Carla Willis |
| Director, Business Affairs Communications | Molly-Dodd Adams |
| Principle Gifts Officer | Dawn M. Parisi |

**Advancement Services & Planned Giving**

| | |
|---|---|
| Associate Vice President of University Advancement | Stephen Kubasek |
| Assistant Director of Advancement Services & Planned Giving | Mary Ann (Annie) Thornton |
| Development Coordinator | Amy Homa |
| Gift Stewardship Specialist | Donna Hoar |

| | |
|---|---|
| Gift Marketing Specialist | John Agnello |
| Researcher | Michelle Macchiavello |

**Alumni Engagement & Sustained Giving**

| | |
|---|---|
| Director of Alumni Engagement & Sustained Giving | Elizabeth Barr |
| Assistant Director of Alumni Engagement & Sustained Giving | Regina Belvin |
| Associate Director of Alumni Engagement & Sustained Giving | Amanda Laffin |
| Assistant Director of Board & Volunteer Relations | Sarah Olsen |
| Event Coordinator | Richard Chery |

**Communications**

| | |
|---|---|
| Director of University Communications | Marie Thornsberry |
| Academic Communications Manager | Jo-Ann Johnston |
| University Writer and Media Relations | Mary McCoy |
| Communications Specialist & Webmaster | Jason Longo |
| Senior Graphic Designer | Renee Gerstein |

# University Ministry

| | |
|---|---|
| Chaplain of University Ministries | Father Kyle Smith |
| Campus Minister | Tiffany Fettig |

# Faculty

## Professors Emeriti

**Leland Tyson Anderson**
B.A., University of Colorado; M.A., Catholic University of America; Ph.D., Temple University

**Frank Arnold**
B.S., University of Connecticut; M.P.A., Auburn University; D.P.A., Nova University

**Douglas M. Astolfi—Professor of History; Department Chair, Social Sciences**
B.A., Tufts University; M.A., University of Rochester; Ph.D., Northern Illinois University

**Ann H. Bagley**
B.A., M.A., Florida State University; Ed.D., University of Tennessee

417

**Richard G. Bryan**
B.A., Northwestern University; M.S., Ph.D., Rutgers University

**Richard R. Cabbage**
B.A., Lincoln Memorial University; M.Div., Emory University; Ph.D., University of Aberdeen

**Laurel G. Cobb**
B.A., University of Florida; C.P.A., M.Acc., Ph.D., University of South Florida

**Frederick W. Colby**
A.A., Pasco-Hernando Community College; B.A., Saint Leo College; M.P.A., University of South Florida

**Thomas "Tim" J. Crosby**
B.A., Saint Leo College; M.Ed., University of Southern Mississippi

**David G. Cuppett**
C.P.A., Assistant Professor of Business Administration (MacDill Office); B.S., West Virginia University; M.B.A., University of Utah

**George M. Dooris**
B.S., St. Peter's College; M.S., Seton Hall University; Ph.D., University of Georgia

**Maribeth Durst**
B.A., St. Mary's University; M.A., Syracuse University; M.S.W., University of South Florida; Ph.D., New School for Social Research

**Mark K. Edmonds**
B.A., University of Michigan-Flint; M.A., D.A., University of Michigan

**Charles "Chuck" L. Fisk**
B.A., University of Florida; M.A., Duke University

**William T. Foley**
B.A., University of West Florida; C.P.A., M.B.A., University of South Florida

**Lucille A. Fuchs**
B.S., University of Dayton; M.A., The Ohio State University; M.S., Florida State University; Ph.D., University of South Florida

**John E. Higgins**
B.A., M.A., Morehead State College

**Julius Hornstein**
B.A., Georgia Southern College; M.S.W., University of Georgia; Ph.D., Florida Institute of Technology

**Norman D. Kaye**
B.S., M.S., Northern Illinois University

**Arthur F. Kirk, Jr.**
B.A., Kean College of New Jersey; Ed.D., Rutgers University

**Anthony B. Kissel**
B.S., Saint Meinrad College; M.A., University of Innsbruck; Ph.D. (S.T.D.), Catholic University of Leuven, Belgium

**Edward F. Leddy**
B.S., Manhattan College; M.P.S., Long Island University; Ph.D., Fordham University

**Rachel O. Longstaff**
B.A., Northwestern University; M.S. (L.I.S.), Drexel University

**Marilyn M. Mallue**
B.A., University of Florida; B.A., University of Central Florida; M.S., Ph.D., Oklahoma State University

**Frances Martin**
A.B., Webster College; M.A., University of Notre Dame; M.A., New York University; M.S.S.W., University of Tennessee

**Mayes D. Mathews**
B.S., West Virginia University; M.B.A., Old Dominion University; Ph.D., Virginia Commonwealth University

**Mark G. Newton**
B.A., University of Florida; M.A., Ph.D., University of South Florida

**M. Dorothy Neuhofer, O.S.B.**
B.S., Barry College; M.A. in L.S., Rosary College; M.Ch.A., Catholic University of America; Ph.D., Florida State University

**Walter P. Poznar**
B.A., M.A., New York University; Ph.D., Indiana University

**Henry J. Purchase**
B.S., Cornell University; M.Ed., University of New Hampshire

**Thomas B. Rothrauff**
B.A., Saint Francis College; M.P.A., Golden Gate University; D.P.A., Nova Southeastern University

**Carolyn B. Schoultz**
B.A., University of California at Santa Cruz; M.A., University of Massachusetts at Amherst; Ph.D., University of South Florida

**John H. Swart**
B.S., M.S., Illinois State University

**Sara A. Thrash**
B.A., Carson Newman College; M.A., University of South Florida; Ed.S., University of Florida; Ph.D., Brunnel University, Oxford, England

**Marvin T. Travis**
B.A., Emory University; M.B.A., Arizona State University; D.P.A., Nova University

**Robin F. VanTine**
B.S., M.S., University of Florida; Ph.D., College of William and Mary

**Ernie M. Williams**
B.A., Auburn University; M.A., Ph.D., Florida State University

**James E. Woodard Jr.**
B.A., M.A., University of the Americas; Ph.D., University of New Mexico

**Jeanne Wright**
B.S., Fontbonne College; M.S., Ph.D., University of Notre Dame

**Peter R. Wubbenhorst**
B.A., Guilford College; J.D., Cumberland School of Law, Samford University

George P. Zagursky
B.S., Mississippi State University; M.B.A., University of Miami; D.B.A., Nova Southeastern University

# University Campus

## Full-Time Faculty

**Joshua D. Adams—Instructor of Computer Science and Information Systems**
B.A., B.A.S., University of South Florida; M.B.A., Saint Leo University

**Fern Aefsky—Associate Professor of Educational Leadership; Director of Graduate Education**
B.S. University of Maryland; M.Ed. Marymount College of Virginia, Ed.D. Nova Southeastern University

**Jacob B. Aguilar— Assistant Professor of Mathematics**
Ph.D., Louisiana State University

**Elisabeth C. Aiken—Assistant Professor of English; Chair, Department of Language Studies and the Arts**
B.A., James Madison University; M.A., Western Carolina University; Ph.D., Indiana University of Pennsylvania

**Galo E. Alava—Assistant Professor of Health Care Management**
M.B.A., University of Phoenix; M.D., Universidad Central del Ecuador

**Laura F. Altfeld—Associate Professor of Biology/Ecology**
B.S., Eckerd College; M.S., Ph.D., University of South Florida

**Victoria A. Anyikwa—Associate Professor of Social Work**
B.A., Queens College of the City University of New York; M.S.W., New York University; Ph.D., Barry University

**Holly Atkins—Associate Professor of Education; Chair, Department of Undergraduate Education**
B.A., M.A., Ph.D. University of South Florida

**Kelly L. Atkins—Instructor of Management**
B.A., M.B.A., Saint Leo University

**Stephen L. Baglione—Professor of Marketing**
B.A., Queens College; M.A., Ph.D., University of South Carolina

**Balbir S. Bal—Professor of Computer Science**
B.Sc., Punjab Agricultural University, Ludhiana, Punjab, India; Post Graduate Diploma, M.Sc., University of Wales, Swansea, U.K.; Ph.D., University of Aston, Birmingham, U.K.

**Mubarak Banisakher—Associate Professor of Computer Science**
B.S., Bethune-Cookman College; M.S., Nova Southeastern University; M.S., Ph.D., University of Central Florida

**Anne Barngrover—Assistant Professor of English/Creative Writing**
M.F.A., Florida State University; Ph.D., University of Missouri-Columbia

**Darin Bell—Assistant Professor of Chemistry**
B.A., Dartmouth College; Ph.D., Wake Forest University

**Cheryl L. Berry—Instructor of Biology and Life Sciences**
B.S., Saint Leo University; M.Ed., University of South Florida

420

**Siamack Bondari—Professor of Mathematics; Chair, Department of Mathematics and Sciences**
B.S., M.S., Ph.D., Iowa State University

**Sergiy Borysov—Assistant Professor of Biology**
B.S., M.S., Miev National Tara Shevchenko University; Ph.D., University of South Florida

**Charlotte F. Braziel—Instructor of Criminal Justice/Criminalistics**
B.A., Eastern Ct. State University; M.B.A., Sacred Heart University; M.S., Saint Leo University

**Jacalyn E. Bryan—Associate Professor of Librarian and Reference/Instructional Services Librarian**
B.A., Mary Washington College; M.A., Columbia University; M.A. (L.I.S.), University of South Florida

**Barbara J. Caldwell—Professor of Economics; Chair, Department of Accounting, Economics, and Finance**
B.S.I.E., Georgia Institute of Technology; M.A., M.B.A., University of South Florida; Ph.D., University of South Florida

**Brian D. Camp—Associate Professor of Mathematics**
B.S., M.S., Ph.D., Virginia Tech

**Michael S. Campbell—Associate Professor of Social Work; Associate Director of Graduate Social Work**
B.S.W., M.S.W., Florida State University; Ph.D., University of South Florida

**Patricia M. Campion—Associate Professor of Global Studies and Sociology; Global Studies & Instructional Review Board (IBR)**
M.E., Institut Polytechnique LaSalle-Beauvais; M.A., Ph.D., Louisiana State University

**Howard F. Carey—Associate Professor of Biology; Pre-Med Professional Advisor**
B.S., Spring Garden College; M.S., University of Bridgeport; D.C., Cleveland Chiropractic College

**Melinda B. Carver—Associate Professor of Education; Interim Director, CESS Program Approval**
B.A., Wheaton College; M.Ed., College of New Jersey; Ph.D., Walden University

**Joseph P. Cillo—Assistant Professor of Criminal Justice**
B.A., University of Miami; J.D., California School of Law

**Craig S. Cleveland—Associate Professor of Management; Chair, Department of Leadership & Management**
B.S., Armstrong State Atlantic University; M.B.A., Shorter College; D.B.A., Argosy University

**Michael Cooper—Assistant Professor of Religion**
A.B., Loyola University of Chicago; M.A., Fordham University; M.Div., Jesuit School of Theology of Chicago; S.T.D., Institut Catholique de Paris

**Alicia Corts—Assistant Professor of Theatre**
M.A., Bethel University; Ph.D., University of Georgia

**Patrick J. Crerand—Associate Professor of English; Undergraduate Academic Standards Committee**
B.A., Ohio State University; M.F.A., Bowling Green State University; Ph.D., University of Louisiana

**Christopher Cronin—Professor of Psychology**
B.S., University of Wisconsin; M.A., Ph.D., University of Delaware

**Joanne M. Crossman—Professor of Education**
B.A., M.Ed., Rhode Island College; Ed.D., University of Sarasota

**Passard C. Dean—Professor of Accounting and Finance**
B.A., Queens College; M.A., University of South Florida; D.B.A., Argosy University

**Pamela DeCius—Instructor of Humanities**
M.A., University of South Florida

**Robert J. Diemer— Professor of Criminal Justice/Critical Incident Management; Director, Graduate Studies in Public Safety Administration**
B.A., Saint Leo University; M.Ed., National Louis University; Ph.D., Union Institute

**Daniel M. Dubois—Assistant Professor of History**
B.A., Truman State University; Ph.D., University of Colorado Boulder

**Iain Duffy—Assistant Professor of Biology**
B.Sc., University College Cork; Ph.D., Queen's University of Belfast

**Kathryn L. Duncan—Professor of English**
B.A., University of Florida; Ph.D., Tulane University

**Cathleen B. Dunn—Assistant Professor; Director, Graduate Studies in Psychology**
M.A., Ph.D., University of South Florida

**William L. Ellis—Associate Professor of Biology**
B.S., University of Florida; M.S., University of South Carolina; Ph.D., University of South Florida

**Kenneth Embry—Associate Professor of Communications Management**
B.A., M.A., Western Kentucky University; Ph.D., University of Memphis

**Lucia D. Farriss—Instructor of Economics**
B.S., M.Econ., University of South Florida

**Susan B. Foster—Professor of Sport Business**
B.S., Florida State University; M.S., Eastern Illinois University; Ph.D., The Ohio State University

**Janet E. Franks—Associate Professor, Library; Reference/Instructional Services Librarian, Daniel A. Cannon Memorial Library**
B.A., University of New Mexico; M.A. (L.I.S.), University of South Florida

**Christopher R. Friend—Assistant Professor of English**
B.A., M.Ed., Ph.D., University of Central Florida

**Nataliya V. Glover—Instructor of English for Academic Purposes**
M.A., Saint Leo University; M.A., State Institute of Foreign Languages, Gorlovka Ukraine

**Andrew Gold—Associate Professor of Management**
B.A., Ohio State University; Ph.D., University of North Carolina

**Renee Gould—Assistant Professor, Library; Collection Development Librarian, Daniel A. Cannon Memorial Library**
B.A., Saint Francis University; M.A. (L.I.S.), Long Island University

**Karen Hahn—Professor of Education; Assistant Vice President, Learning Design**
B.A., M.S., College of New Rochelle; Ed.S., Ph.D., University of South Florida

**Charles D. Hale—Professor of Management**
B.S., University of Southern Mississippi; M.A., Ed.D., University of Florida

**June C. Hammond—Associate Professor of Mathematics and Music**
B.M., B.S., Furman University; M.M., M.A., University of Georgia; D.M., Florida State University

**Karen M. Hannel—Assistant Professor of Fine Arts and Humanities; Associate Chair, Department of Language Studies and the Arts**
B.A., University of West Florida; M.A., Indiana State University

**John David Harding—Assistant Professor of Writing & Research, Daniel A. Cannon Memorial Library**
B.A., Louisiana State University; M.F.A., Louisiana State University

**Amy Harris—Assistant Professor of Instruction & Assessment Librarian, Daniel A. Cannon Memorial Library**

B.A., Otterbein College; M.L.S., Indiana University

**Philip Hatlem—Instructor of Sport Business**
B.A., St. Olaf College; M.A., The Ohio State University

**Burgsbee L. Hobbs—Associate Professor of English; Council Chair, University Explorations Board**
B.A., University of South Alabama; M.L.A., Spring Hill College; Ph.D., Indiana University of Pennsylvania

**Judy L. Holcomb—Associate Professor of Hospitality Management; Chair, Department of Sport Business, International Hospitality Management**
B.S., M.S., Ph.D., University of Central Florida

**Sang Jin Hong—Assistant Professor of Information Security**
B.S., Chungbuk National University; M.S., University of Florida; Ph.D., University of Texas at Dallas

**Thomas Humphries—Associate Professor of Theology; Associate Program Director for the Honors Program**
B.A., University of the South; M.A., Catholic University of America; Ph.D., Emory University

**Robert Imperato—Professor of Religion**
B.S., New York University; M.A., Columbia University; M.A., Ph.D., Fordham University

**Angel L. Jimenez—Instructor of Writing and Research, Daniel A. Cannon Memorial Library**
B.A., M.A., University of South Florida

**Keith C. Jones—Associate Professor of Marketing**
B.S., M.B.A., Northeast Missouri State University; Ph.D., Memphis State University

**Michelle Joy—Assistant Professor, Library; Undergraduate Online Services Librarian**
B.A. University of South Florida; M.A. (L.I.S.), University of South Florida

**Timothy Jussaume—Assistant Professor of Philosophy**
B.A., College of the Holy Cross; M.A., Ph.D., Villanova University

**Valerie Kasper—Instructor of English**
B.S., University of Florida; M.A., University of South Florida

**Kevin M. Kieffer—Professor of Psychology**
B.S., Indiana University; M.S., University of Southern Mississippi; Ph.D., Texas A&M University

**Susan K. Kinsella—Professor of Human Services; Dean; College of Education and Social Services**
B.S.W., Pennsylvania State University; M.S.W., Marywood University; Ph.D., Fordham University

**Monika Kiss—Professor of Mathematics**
B.A., Kean University; M.A., Ph.D., University of Hawaii at Manoa

**Steven Kistulentz—Associate Professor of English; Director, Graduate Studies in Creative Writing**
M.A., Johns Hopkins University; M.A., University of Iowa; Ph.D., Florida State University

**Cheryl L. Kozina— Assistant Professor of Biology**
B.A., Illinois Wesleyan University; Ph.D., Emory University

**Vyas Krishnan—Associate Professor of Computer Science**
B.S., Mangalore University, India; M.S., Ph.D., University of South Florida

**Jodi Lamb—Associate Professor of Education; Associate Director of Graduate Education**
B.S., M.S., Ph.D., University of South Florida

**Antonio V. Laverghetta—Associate Professor of Psychology**
B.A., University of South Florida; M.A., Ph.D., University of Florida

**John R. Lax—Assistant Professor of Marketing**
B.A., M.B.A., M.S., University of South Florida; DBA, Nova Southeastern University

**Cindy Lee—Associate Professor of Social Work; Director, Center for Alternative Pathway Programs**
B.A., Trinity College; M.S.W., University of Wisconsin; Ph.D., Florida State University

**Agnieszka Leesch—Lecturer of English**
M.A., University of South Dakota

**Joseph A. Little, Jr.—Assistant Professor of Business Law**
B.A., University of South Florida; J.D., Thomas M. Cooley School of Law

**Khalilah P. Louis-Caines—Instructor of Social Work**
B.A., University of Colorado; M.S.W., Saint Leo University

**B. Tim Lowder—Associate Professor of Business Administration**
B.S., Pfeiffer University; M.B.A., Winthrop University; Ph.D., Capella University

**Robert Lucio—Associate Professor of Social Work; Masters of Social Work Data Manager**
B.A., University of Florida; M.S.W., Florida State University; Ph.D., University of South Florida

**Chantelle MacPhee—Associate Professor of English Literature; Chair, Department of Language Studies and the Arts**
B.A., University of PEI; M.A., University of Western Ontario; Ph.D., University of Glasgow

**Peter Marian—Instructor of Management**
B.S., Florida International University; M.B.A., Saint Leo University

**Allyson Marino—Assistant Professor of English / Fine Arts; Undergraduate Academic Standards Committee**
B.A., State University of New York College at Fredonia; M.A., State University of New York College at Buffalo; Ph.D., Indiana University of Pennsylvania

**Karin May—Assistant Professor of Criminal Justice, East Pasco Education Center**
B.A., M.S., Saint Leo University; DBA, Northcentral University

**Marguerite McInnis—Associate Professor of Undergraduate Social Work**
B.A., Thomas A. Edison State College; M.S.W., Ph.D., Florida State University

**Marissa L. McLargin—Instructor of English**
M.A., University of South Florida

**Carol McLeish—Assistant Professor of Education; Education Internship Administrator**
B.S., University of Cincinnati; M.A., University of South Florida; Ph.D., Nova Southeastern University

**John J. McTague Jr.—Professor of History**
B.A., Siena College; M.A., Fordham University; Ph.D., SUNY at Buffalo

**Christopher Miller—Professor of Biology and Environmental Science**
B.A., University of Texas-Austin; M.S., University of Florida; Ph.D., University of Georgia

**Debra A. Mims—Assistant Professor of Criminal Justice**
M.A., Saint Leo University, D.B.A., Northcentral University

**Derek Mohammed—Professor of Computer Information Systems; Chair, Department of Computer Science and Information Systems**
B.S., University of the West Indies; M.B.A., City University; Ph.D., Nova Southeastern University

**Leon Mohan—Associate Professor of Sport Business**
B.A., M.P.R.T.M., Ph.D., North Carolina State University

**Diane M. Monahan—Associate Professor of Communications Management; Chair, Department of Communication Marketing, and Multimedia Management**
B.S., Florida State University; M.A., University of Central Florida; Ph.D., Temple University

**Carol Ann Moon—Professor, Library; Reference/Instructional Outreach Librarian**
B.A., Bucknell University; M.A., University of Florida; M.A. (L.I.S.), University of South Florida

**Michael O. Moorman—Professor of Computer Science**
B.S., United States Military Academy; M.S., Arizona State University; M.B.A., University of Northern Colorado; Ph.D., East Texas State University

**Keya Mukherjee—Assistant Professor of Education**
B.A., M.A., Bethune College, Calcutta, India; M.A., Ph.D., University of South Florida

**Kevin Murphy—Assistant Professor of Mathematics**
B.A., Augustana College, Ph.D., University of Iowa

**Patrick R. Murphy—Associate Professor of Economics**
B.S., M.S., Ph.D., Florida State University

**Manh Van Nguyen—Assistant Professor of Computer Science**
B.Sc., Western Sydney University; M.S., McNeese State University; Ph.D., University of Louisiana

**Michael A. Novak—Assistant Professor of Theology**
B.A., Northern Illinois University; M.A., University of Notre Dame; Ph.D., Marquette University

**Stephen M. Okey—Assistant Professor of Theology/Divinity**
B.A., Georgetown University; M.A., University of Chicago Divinity School; Ph.D., Boston College

**Marwan Omar—Assistant Professor of Computer Science**
B.S., University of Mosul; M.S., University of Phoenix; DCS, Colorado Technical University

**Leo E. Ondrovic—Associate Professor of Physics; Pre-Med Professional Advisor**
B.S.E., M.S.E.S., Ph.D., University of South Florida

**Francis Orlando—Instructor of Political Sciences**
B.A., Michigan State University, M.A., Duke University

**Veronika Ospina-Kammerer—Professor of Undergraduate Social Work**
B.S., M.S.W., Ph.D., Florida State University

**John Pantzalis—Associate Professor of International Business and Marketing**
Diploma in Civil Engineering, Munich University of Technology; M.B.A., Ph.D., University of Arizona

**Heather R. Parker—Professor of History; Acting Dean, College of Arts and Sciences**
B.A., M.A., Ph.D., University of California, Los Angeles

**David Persky—Professor of Criminal Justice/Education**
B.A., Southern Methodist University; M.S., Miami University; Ph.D., Florida State University; J.D., Stetson University College of Law

**Brandy Pollicita - Instructor of Physical Education**
B.A., University of Nebraska-Lincoln; M.S., Arizona State University;

**Janis Prince—Associate Professor of Sociology; Chair, Department of Social Sciences**
B.A., Queens College; M.A., M.M.F.T., Ph.D., University of Southern California

**Lisa Rapp-McCall—Professor of Social Work**
B.A., LeMoyne College; M.S.W., State University of New York at Buffalo; Ph.D., State University of New York at Buffalo

**Bryan Reagan—Associate Professor of Computer Information Systems**
B.S., M.S., Ph.D., University of Illinois at Chicago

**Hudson Reynolds—Associate Professor of Political Science**
B.A., Claremont McKenna College; M.A., Ph.D., New School for Social Research

**Thomas Ricard—Assistant Professor of Engineering/Physical Science**
B.S., University of South Florida; M.S., Syracuse University; Ph.D., University of South Florida

**Marco Rimanelli—Professor of Political Science and International Studies**
Laurea/B.A., Universita' di Roma, Italy; M.A., Ph.D., Johns Hopkins University

**Georgina Rivera-Singletary—Associate Professor of Graduate Education**
B.A., M.Ed., Saint Leo University; Ph.D., University of South Florida

**Owen Roach—Assistant Professor of Supply Chain Management**
M.B.A., Nova Southeastern University; D.B.A., Capella University

**Jacqueline Robbins—Instructor of Chemistry and Physical Sciences**
B.S., George Mason University, M.S., University of South Florida

**Candace A. Roberts—Professor of Education; Director, Faculty Development & Enrichment**
B.A., Emory University; M.Ed., Ph.D., University of South Florida

**Elizabeth Ruegg—Instructor of Graduate Social Work**
M.S.W., Fordham University

**Gianna Russo—Assistant Professor of English**
B.A., M.A., University of South Florida

**Iona Sarieva—Associate Professor of English; Director, Bridge Program**
B.A., M.A., Saint Kilment Ohridski University; Ph.D., University of South Florida

**Diane Scotland-Coogan—Assistant Professor of Social Work**
B.S.W., Saint Leo University; M.S.W., University of South Florida; Ph.D., Capella University

426

**Ricky W. Scott—Associate Professor of Finance**
B.A., University of Georgia; M.S., Keller Graduate School; M.S., Georgia State University; Ph.D., University of South Florida

**Renee Sedlack—Assistant Professor of Educational Leadership**
B.A., M.S., Queens College; Ed.D., University of South Florida

**Cynthia S. Selph—Assistant Professor of Music**
B.A., Huntington College; M.M., University of South Florida

**Patricia A. Senger—Associate Professor of Social Work**
B.S., University of the State of New York; M.S.W., Yeshiva University; Ph.D., Capella University

**Christine Sereni-Massinger—Associate Professor of Criminal Justice**
B.A., Saint Joseph's University; J.D., Widener University School of Law

**Patrick Sheridan—Associate Professor of Chemistry**
Ph.D., Tulane University; B.S., Stockton College

**Audrey C. Shor—Associate Professor of Biology; Associate Chair, Mathematics and Science**
B.S., West Chester University; M.P.H., Ph.D., University of South Florida

**Zachary A. Smith—Assistant Professor of Economics and Finance**
B.S., Old Dominion University; MBA, Capella University; M.S., East Carolina University; Ph.D., Walden University

**Mary T. Spoto—Professor of English; Vice President of Academic Affairs**
B.A., M.A., Ph.D., University of South Florida

**Matthew Tapie—Assistant Professor of Theology; Director, Center for Catholic/Jewish Studies**
M.A., Baylor University; MDiv., Abilene Christian University; Ph.D., Catholic University of America

**Leonard Territo—Professor of Criminal Justice**
B.A., M.A., University of South Florida; Ed.D., Nova Southeastern University

**Lionel M. Thomas Jr.—Associate Professor of International Hospitality Management**
M.A., University of South Carolina; M.P.M., Devry University;  Ph.D., Purdue University;

**Michael J. Tkacik—Associate Professor of Philosophy, Theology, & Religion**
B.A., Auburn University; M.A., Providence College; Ph.D., Duquesne University

**Jennifer L. Toole—Associate Professor of Multimedia Management**
B.A., Fairleigh Dickinson University; Ph.D., Florida State University

**Daniel J. Tschopp—Professor of Accounting**
B.S., M.B.A., Ph.D., State University of New York at Buffalo

**Doris J. Van Kampen-Breit—Professor of Librarian; University Archivist, Faculty Development Librarian; Interim Director of Library Services, Daniel A. Cannon Memorial Library**
B.A., M.A. (L.I.S.), University of South Florida; Ed.D., University of Central Florida

**Marcela Van Olphen—Professor of Spanish and Portuguese**
B.A., Instituto Superior de Formacion Docente No10. Tandil, Buenos Aires, Argentina; Universidad Nacional del Centro de la Provincia de Buenos Aires. Tandil, Buenos Aires, Argentina; M.A., Ph.D., Purdue University

**Ernest G. Vendrell—Professor of Criminal Justice/Critical Incident Management; Associate Director, Graduate Studies in Public Safety Administration**
B.S., M.S., Florida International University; M.S.M, Saint Thomas University; Ph.D., Union Institute

**Astrid Vicas—Associate Professor of Philosophy**
B.A., M.B.A., University of Ottawa; M.A., Ph.D., McGill University

**Rhondda Waddell—Professor of Undergraduate Social Work; Associate Dean, College of Education and Social Services**
B.A., University of Florida; M.S.W., Ph.D., Florida State University

**Moneque Walker-Pickett—Professor of Criminal Justice; Associate Chair, Criminal Justice**
B.A., University of Miami; J.D., University of Florida; Ph.D., University of Miami

**Jacquelyn A. White—Professor of Mathematics; Program Director for the Honors Program**
B.A., Rollins College; M.A., University of California-Santa Barbara; Ed.D., University of Central Florida

**Courtney Wiest—Assistant Professor of Social Work; Director of Graduate Social Work**
B.S.W., Saint Leo University; M.S.W., University of Central Florida; Ed.D., Argosy University

**Jerome K. Williams—Associate Professor of Chemistry**
B.S., Ph.D., University of South Florida

**Dené J. Williamson—Associate Professor of Sport Business**
B.S., University of Central Missouri; M.S., Ed.D., St. Thomas University

**Thomas Lynn Wilson—Professor of Management**
B.B.A., M.B.A., Marshall University; D.I.B.A., Nova Southeastern University

**Timothy R. Wiseman—Associate Professor of Accounting**
B.A., Illinois College; J.D., University of Illinois College of Law; M.B.A., City University; D.B.A., Argosy University

**Kate Wittrock—Instructor of Education**
B.A., University of St. Thomas; M.A., Hamline University

**Christopher Wolfe—Assistant Professor of Psychology**
B.A., Hanover College; M.A., Georgia State University; Ph.D., Georgia State University

**Randall J. Woodard—Associate Professor of Philosophy, Theology, & Religion; Director, Graduate Studies in Theology; Chair, Department of Philosophy & Religion**
B.A., Franciscan University; M.A., Providence College; M.Ed., University of Manitoba; Ph.D., Duquesne University

**Valerie Wright—Professor of Education; Administrator, Elementary Education**
B.A., M.A., Ph.D., University of South Florida

**Raymond Yann—Instructor of Accounting**
B.S., University of Kentucky; M.B.A., University of Florida

**Tammy D. Zacchilli—Associate Professor of Psychology**
B.S., Kennesaw State University; M.S., Augusta State University; Ph.D., Texas Tech

# Education Center Faculty

## Full-Time Faculty

**Amina Abdullah—Assistant Professor of Human Services; Chair, Human Services, Undergraduate, Newport News Education Center**
B.S., M.M., University of Phoenix; Ph.D., Capella University

**Michelle Allen—Instructor of Criminal Justice, Atlanta Education Center**
B.A., M.S., Saint Leo University

**Claudette R. Andrea—Assistant Professor of Health Care Administration, South Hampton Roads Education Center**
M.B.A., American Intercontinental University; Ph.D., Walden University

**Lara K. Ault—Associate Professor of Psychology; Associate Chair, Department of Social Sciences, Gainesville Education Center**
B.A., University of Florida; M.A., Ph.D., University of Louisville

**Elisabeth Ballew—Instructor of Education, Lake City Education Center**
B.A., Saint Leo University; M.Ed., University of Texas at Arlington; Ed.S. University of West Florida

**Sheri K. Bias—Assistant Professor of Human Resources, Langley Office**
B.A., Saint Leo College; M.A., George Washington University; M.B.A., College of William and Mary; M.A., Ph.D., Fielding Graduate University

**Michelle T. Boone-Thornton—Assistant Professor of Human Services, Chesapeake Education Center**
B.A., Christopher Newport University; M.S., Norfolk State University; Ed.D., Regent University

**Keith Burton—Assistant Professor of Psychology, Online**
B.A., Northwestern University; M.A., Ph.D., University of Arizona

**Suzie T. Cashwell—Associate Professor of Human Services; Associate Chair of Undergraduate Human Services, Shaw Office**
M.S.W., Ph.D., Florida State University

**Christina Cazanave-McCarthy—Instructor of Undergraduate Social Work, Director of Field Education, East Pasco Education Center**
B.S.W, Saint Leo University; MSW, University of Central Florida

**Cheri Chambers—Associate Professor of Criminal Justice, Newport News Education Center**
B.A., Michigan State University; A.B.A., Roosevelt University; M.C.J., University of South Carolina; Ph.D., Carolina State University

**James T. Cross—Assistant Professor of Theology, Chesapeake Office**
B.A., M.A., Seton Hall University; Ph.D., Duquesne University

**Charlene Gayle—Assistant Professor of Accounting, Atlanta Education Center**
B.S., Hampton University; M.S., Babson College; D.B.A., Argosy University

**Francis Githieya—Assistant Professor of Religion, Atlanta Education Center**
B.Th., Christian International College; M.Div., Interdenominational Theological Center; M.T.S., Ph.D., Emory University

**Nicole Hawkins—Assistant Professor of Human Resource Management, Atlanta Education Center**
B.A., M.S., Ball State University; Ph.D., Regent University

**Tasia L. Hilton-Betton—Assistant Professor of Health Care Administration, Savannah Education Center**
B.S., University of South Carolina; B.S., Armstrong Atlantic State University; Ph.D., Walden University

**C'Lamt Ho—Assistant Professor of Accounting, Tampa Education Center**
B.A., Ohio State University; B.S., Franklin University; M.B.A., Franklin University; D.B.A., Argosy University

**Okey A. Igbonagwam—Assistant Professor of Computer Information Systems, South Hampton Roads Education Center**
B.S., M.S., National Louis University; Ph.D., Nova Southeastern University

**Shannon O. Jackson—Professor of Business Administration, Fort Eustis Education Center**
B.S., Arizona State; M.M.C., Arizona State; Ph.D., Old Dominion University

**Alexandra M. Kanellis—Assistant Professor of Education, Associate Chair of Undergraduate Education, Jacksonville Education Center**
B.S., Anatolia College of Thessaloniki, Greece; M.S., Ph.D., Indiana State University

**Hakan Kislal—Associate Professor of Management, South Hampton Roads Education Center**
B.A., Gazi University; M.S.M., State University of New York at Oswego; Ph.D., Keio University

**Leat A. Kodua—Assistant Professor of Management, Savannah Education Center**
M.B.A., City University of Seattle; D.B.A, Argosy University

**Karen Kwasny—Assistant Professor of English, South Hampton Roads Education Center**
B.A., Shippensburg University; M.A., East Carolina University; Ph.D., Temple University

**Pamela L. Lee—Associate Professor of Management; Director, Master of Business Administration (MBA) Program, Chesapeake Education Center**
B.S., Norfolk State University; M.A., Old Dominion University; Ph.D., Regent University

**Sherrie Lewis—Assistant Professor of Management, Fort Eustis Education Center**
B.A., M.B.A., Hampton University; D.B.A., Argosy University

**Daniel T. Lloyd—Associate Professor of Theology, North Charleston Education Center**
B.A., University of Scranton; M.T.S., Weston Jesuit School of Theology; Ph.D., Marquette University

**Helen MacLennan—Assistant Professor of Management, Tampa Education Center**
B.S., University of Phoenix; M.B.A., Maryhurst University; Ph.D., Sullivan University

**Angela M. Manos—Assistant Professor of Criminal Justice, WorldWide/Online**
B.S., Georgia State University; M.S., University of Central Texas; M.M.A.S., Command and General Staff College; M.S., Industrial College of the Armed Forces; Ph.D., University of Kansas

**Katrina Maxwell—Associate Professor of Human Services, Savannah Education Center**
M.S., Ph.D. Florida State University

**Sha'Leda A. Mirra—Instructor of Undergraduate Social Work, Gainesville Education Center**
B.A. M.A., M.S.W., Saint Leo University

**Kenneth M. Moss—Assistant Professor of Management, Fort Lee Education Center**
B.S., Columbus State College; M.S., Troy State University; Ph.D., Regent University

**Phillip R. Neely—Professor of Public Safety Administration; Chair, Undergraduate Criminal Justice; Gwinnett Education Center**
B.A., Saint Leo University; M.S., Central Michigan University; Ph.D., Walden University

**Kingsley C. Nwosu—Assistant Professor of Computer Science, Newport News Education Center**
B.S., University of Louisiana; M.S., University of Oklahoma; Ph.D., Syracuse University

**Eileen T. O'Brien—Professor of Sociology; Associate Chair, Department of Social Science, South Hampton Roads Education Center**
B.A., College of William and Mary; M.A., The Ohio State University; Ph.D., University of Florida

**Charles D. Oden**—Assistant Professor of Business, Gainesville Education Center
B.B.A., University of Mississippi; M.S., Troy State University; D.B.A., Nova Southeastern University

**Ebony N. Perez**—Instructor of Social Work, Chair of Undergraduate Social Work, East Pasco Education Center/Spring Hill
B.A., Cedar Crest College; M.S.W., University of Pittsburgh

**LaQue Perkins**—Assistant Professor of Project Management, Atlanta Education Center
B.A., Saint Leo University; M.S., Troy University; M.B.A., Colorado Technical University; D.B.A., Argosy University

**Christine Picot**—Assistant Professor of Education, Tampa Education Center
B.A., M.S., Ph.D., University of South Florida

**Robert D. Pratt**—Assistant Professor of Management, Fort Eustis Education Center
B.S., Regent University; M.S., M.B.A., D.M., University of Maryland

**Marc A. Pugliese**—Associate Professor of Theology, Richmond Virginia
B.A., University of Delaware; M.Div., Biblical Theological Seminary; M.Phil., Ph.D., Fordham University

**Tammy L. Quick**—Assistant Professor of Education, Ocala Education Center
B.S., M.Ed., Saint Leo University; Ed.S., Ph.D., Florida State University

**Joanne B Roberts**—Associate Professor of Education, Gainesville Education Center
B.A., M.Ed., Ed.D., University of Florida

**Rafael A. Rosado-Ortiz**—Assistant Professor of Health Care Administration; Chair, Health Care Administration, Gwinnett Education Center
B.S., Charter Oak State College; M.B.A., Saint Leo University; M.D., Universidad Centro de Investigacion Social Medical School (UCIFAS), Santo Domingo, Dominican Republic

**Vasse J. Rose**—Assistant Professor of Management, Gwinnett Education Center
B.S., M.S., National Louis University; Ph.D., Capella University

**Mohammed Shaki**—Assistant Professor of Management, San Diego Education Center
M.P.A, Oklahoma State University; Ph.D., Alliant International University

**Jonathan A. Shoemaker**—Associate Professor of Human Resource Management, Tampa Center
B.A., The College of William & Mary; M.S., Georgia College & State University; Ph.D., University of South Florida

**Margaret C. Snead**—Assistant Professor of Sociology, Atlanta Education Center
B.A., M.A., Ph.D., University of Alabama

**Viki Stoupenos**—Assistant Professor, Libraries; Academic Support/Reference Librarian - Central Region, Savannah Education Center
B.S.W., University of Georgia; M.L.S., Texas Woman's University

**Robert J. Sullivan**—Assistant Professor of Criminal Justice; MacDill Office/Tampa Education Center
B.A., M.S., Saint Leo University; D.H.L., Everest University

**Debra E. Thrower**—Instructor of Undergraduate Social Work, Tampa Education Center
M.S.W., University of South Florida

**Felicia L. Wilson**—Associate Professor of Human Services, Gwinnett Education Center
B.S.W., Alabama State University; M.S.W., Florida State University; Ph.D., Capella University

**Craig N. Winstead—Associate Professor of Project Management; Chair, Department of Operations Management, Langley Office**
B.A., Bowdoin College; M.S., Duquesne University; Ph.D., Capella University

**James M. Womick—Assistant Professor of Marketing, Newport News Education Center**
B.S., Virginia Commonwealth University; M.A., Antioch University; D.B.A., Argosy University

**Nancy E. Wood—Associate Professor of Human Services; Director, Graduate Studies in Human Services Administration, Ocala Center**
B.A., Indiana University; M.H.R.M., M.B.A., Keller Graduate School of Management; Ph.D., Capella University

**Delmar P. Wright—Associate Professor of Criminal Justice, Fort Lee Education Center**
B.S., M.S., Ph.D., Virginia Commonwealth University

# Administrators

**Sumira Anderson—Associate Director & DSO, International Admissions, Center for Global Engagement**
B.S., M.B.A. PM.HRM, Saint Leo University

**Molly-Dodd Adams—Director, Business Affairs Communications**
B.L.A., Johns Hopkins University; M.B.A., Saint Leo University

**Michelle Ancheta — Student Advisor, Chesapeake Office**
B.A., University of Santo Tomas; MBA., Saint Leo University

**Elizabeth Barr—Director, Alumni Engagement and Sustained Giving**
B.A., Elon University

**James Barnette—Assistant Director, Mayport - Jacksonville Education Center**
B.A., Southeastern Oklahoma State University; M.A., Webster University

**Nicole Baum—Student Success Coach, Academic Student Support Success**
B.A., M.B.A., Saint Leo University

**Christian Beata - Student Advisor, Fort Lee Education Center**
B.S., Strayer University; M.B.A., Saint Leo University

**Regina Belvin—Assistant Director, Alumni Engagement & Sustained Giving**
B.A., Saint Leo University

**Jennifer Booker—Assistant Director, Gainesville Education Center**
B.A., M.B.A., Saint Leo University

**Susan Boyd—Manager, Online Consortium of Independent Colleges and Universities**
B.S, Saint Leo University

**Christina Branas - Director of Accreditation**
BA, MBA, Saint Leo University

**Lisa Burnham—Student Advisor, Madison Education Center**
B.A., Saint Leo University

**Katie (Degner) Chamberlain—Assistant Vice President, Florida Region, WorldWide Operations**
B.S., Troy University; M.S., Keller Graduate School of Management

**Tamika Clark—Director, San Diego Education Center**
B.S., National University; M.P.A., National University

**Charlene Cofield—Associate Director, Chesapeake Education Center**
B.A., Averett University; M.P.A., Troy University

**Shawna Cohen—Assistant Director of Admissions, Atlanta Education Center**
B.A., George Washington University at Mount Vernon; M.B.A., University of Phoenix

**Robert Colbert—Academic Advisor, South Hampton Roads Education Center**
B.A., M.S., Saint Leo University

**Julius Collins—Academic Advisor, Jacksonville Education Center**
B.A., Florida State University; M.M., University of Miami

**Jody Conway—Dean of Student Success**
M.A., University of South Dakota; Ph.D., University of Nebraska-Lincoln

**Cindy Crist—Associate Director, Graduate Enrollment, Channelside**
B.A., William Jessup University

**Richard Crothers—Academic Advisor, Education Center**
B.A., Saint Leo University

**Vincent "Mike" D'Ambrosio—Director, Campus Security and Safety**
B.A., MDiv., Covington Theological Seminary Pineland

**Lisa Davidson—Director, Admissions Operations and Decision Support, Channelside**
B.S., University of South Florida; M.B.A. Keller Graduate School of Management

**James DeTuccio—Senior Associate Vice President of Finance**
B.S., Florida State University; M.B.A., Saint Leo University; Florida State CPA

**Tamara Disi—Administrator, Graduate Outreach Programs, College of Education and Social Services**
B.S., M.B.A., Saint Leo University

**Traci Dougherty—Associate Director, Outreach and Enrollment**
B.A., Princeton University

**Natanya Dowell—Associate Director, Atlanta Education Center**
B.A., Beulah Heights University; M.S., Southern New Hampshire University;  Ed.D., Candidate, Capella University

**Daniel Duerr—Assistant Director of Institutional Research, Assessment and Institutional Research**
B.A., University of Memphis; M.A., University of Arizona

**Pamela Frazer—Assistant Registrar, Evaluations**
B.A., State University of New York

**Michael Godfrey—Area Director, Virginia Peninsula, Newport News Education Office**
B.S., Bluefield College; M.A.T., Saint Leo University

**Hortencia Gomez—Senior Assistant Director, Undergraduate Admissions**
B.A., Saint Leo University

**Shadel Hamilton—Senior Associate Vice President, WorldWide Operations**
B.S., Johnson & Wales University; M.S., Kaplan University

**William Hamilton—Chief Assessment and Institutional Research Officer**
B.A., California State University; M.A., Georgia State University; M.A., University of Arizona

**Gina Hannah—Associate Director, Undergraduate Enrollment, Channelside**
B.S.; University of Phoenix; MBA, Saint Leo University

**Amanda Harrison—Assistant Director of Admissions, Ocala Education Center**
B.A., Keuka College

**Karen Hatfield—Registrar**
B.A., M.B.A., Saint Leo University

**Brenda (Nikki) Heister—Special Project Manager, College of Education and Social Services**
B.A., M.B.A., Saint Leo University

**Zaheda (Donna) Herman—Executive Director for Student Success WorldWide, Tampa**
B.A., Towson University; M.B.A., Florida Atlantic University; M.S., Purdue University Global

**Elizabeth Heron—Area Director, Tallahassee Community College Office**
B.A., Florida State University; M.B.A., Saint Leo University

**Sara Heydon—Director, NAS Corpus Christi Education Center**
B.A., Pacific Lutheran University; M.Ed., University of Texas at Austin

**Erica Hicks—Executive Director of Student Learning and Advising**
B.A., Virginia Tech; M.A., University of South Florida St. Petersburg

**Kelly Hill—General Counsel**
B.S., Idaho State University; J.D., University of Utah College of Law

**Carol P. Hope Grant—Assistant Director & DSO of International Student Services**
B.S., The City University of New York; M.B.A., Saint Leo University

**Shakedra Hudson—Associate Director, Graduate Enrollment**
B.A., M.S., Saint Leo University

**Thomas Hull—Chief Information Officer, Technology Innovation Institute Initiatives (TI³), University Campus**
B.A., State University of New York at Potsdam; M.S.E, Syracuse University

**Chad Humphrey—Assistant Director of Admissions, Ocala Education Center**
B.S., M.A., University of Central Florida

**Jo Hutterli—Assistant Director of Tutoring Services**
B.S., East Tennessee State University; M.S.I.D., Saint Leo University

**Linda Isaac—Assistant Director of Admissions, South Hampton Roads Education Center**
B.A., Saint Leo University; M.P.A., Strayer University

**Heather Johnson—Assistant Director of Program Approval, College of Education and Social Services**
B.A., M.B.A., Saint Leo University

**Jo-Ann Johnston—Academic Communications Manager**
B.A., Syracuse University; M.S., Bay Path College

**Lawson Jolly—Director, Counseling Services**
B.S., Palm Beach Atlantic University; M.A., University of South Florida

**James Jones—Assistant Director, South Hampton Roads Education Center/Oceana**
B.S., M.S., Saint Leo University; B.S., Embry-Riddle Aeronautical University

**Krista Jones—Assistant Director, Counseling Services**
B.A., Saint Leo University; M.S., Nova Southeastern University

**Stan Kaszuba—Retail Manager, Dining Services**
B.A., Saint Leo University; M.S., Nova Southeastern University

**Susan Koch—Assistant Academic Advisor, Newport News Education Office**
B.A., Saint Leo University

**Stephen Kubasek—Associate Vice President of University Advancement**
B.A., M.B.A.,D.B.A., Saint Leo University

**Amanda Laffin—Associate Director of Alumni Engagement & Sustained Giving**
B.A., Saint Leo University

**Francis Lai—Academic Advisor/Recruiter, Ocala Education Center**
B.A., University of California, Los Angeles; M.Ed., University of Southern California.

**Laura "Beth" Lastra—Director, East Pasco Education Center/PHSC Education Offices**
B.S., Chowan University; M.B.A., Saint Leo University

**Greg Lindberg—Media Content Manager**
B.A., M.A. University of South Florida, St. Petersburg

**Nicholas Macchio—Interim Executive Director, University Campus Admissions**
B.A., Saint Leo University

**Michael Madagan—Associate Director of Athletics**
B.S., Northern Illinois University; M.A., University of South Florida

**Jennifer Maiolo-Ferran—Associate Director, Undergraduate Enrollment, Channelside**
B.S., University of Tampa; M.B.A., Saint Leo University

**Dale J. Mancini—Director, Doctorate of Business Administration (DBA) Program**
B.A., Spring Arbor College; M.S., Central Michigan University; Ph.D., Andrews University

**Jessica Markham—Area Director, Florida Region, WorldWide Operations, Lake City Education Center**
B.A., M.B.A., Saint Leo University

**Alma Martinez—Academic Advisor, NAS Corpus Christi Education Center**
B.A., Texas A & I Kingsville; M.S., Corpus Christi State University

**Sonja Massa—Assistant Director of Student Activities, University Campus**
B.S., M.Ed., University of South Florida

**Mary McCoy—University Writer and Media Relations, University Communications**
B.S., Bowling Green State University

**Antron McCullough—Academic Advisor, Ocala Education Center**
B.S., Bowling Green State University

**Zulie Mendoza - Associate Director, Graduate Enrollment**
B.A., M.S., Saint Leo University

**Matthew Mills—Vice President, WorldWide Enrollment Management**
B.A., East Carolina University

**Yalonka Mitchell—Assistant Director, Savannah Education Center**
B.A., University of South Carolina; M.B.A., University of Phoenix

**Yvonne K. Montell—Associate Director, Outreach & Enrollment**
B.S., M.A., M.S., National-Louis University; M.B.A., Saint Leo University; Ed. D., Argosy University

**Grace Moreno—Academic Advisor, NAS Corpus Christi Education Center**
B.A., Texas A&M University-Corpus Christi; M.A., University of the Incarnate Word

**Connie Morgan—Assistant Director, South Hampton Roads Education Center**
B.A., Christopher Newport University; M.B.A., Saint Leo University;

**Mark Morgan—Associate Director, Langley Education Office**
B.A., Marshall University; M.S., Troy State University

**Teresa Morris—Assistant Director of Admissions, East Pasco Education Center/PHSC Education Offices**
B.A. Flagler College; M.B.A. Saint Leo University

**Monica Moyer—Director, Internal Auditor**
B.A., Wayne State University, B.S., Cleary University, M.B.A., Saint Leo University

**Kristen Nash—Student Success Coach, Student Support Services**
B.A., M.A., University of Central Florida

**Tiffany Nelson—Prevention Counselor, Counseling Services**
B.A., Notre Dame University; Ed.S.; M.S., Florida State University

**John Nisbet—Vice President of Business Affairs**
B.S., M.B.A., Ohio State University; M.S., University of Cincinnati School of Medicine

**Elihu O'Hara—Senior Director, Enrollment, Las Vegas Office**
B.A., University of Illinois-Urbana Champaign; M.B.A., Saint Leo University

**Sarah Olsen—Assistant Director Board & Volunteer Relations, Alumni Engagement**
B.S., Nazareth College of Rochester

**Edson O'Neale—Director, Student Activities**
B.A., Saint Leo University; M.S., Nova Southeastern University

**Joseph Paquette—Manager, Special Programs**
B.S., Saint Leo University; M.S. Nova Southeastern

**Dawn M. Parisi—Principal Gifts Officer, University Advancement**
B.A., Union College

**Robyn E. Parker—Dean, Tapia College of Business**
B.A., State University of New York at Oswego; Ed.M., Boston University; Ph.D., Wayne State University

**Lan Pham—Associate Director, Gwinnett Education Center**
B.A., South University; M.B.A., University of Phoenix

**Kristina Phipps—Associate Director, Graduate Enrollment**
B.S., University of South Florida

436

**Alaina Plowdrey—Director, Key West Education Center**
B.F.A., College for Creative Studies; M.F.A., New York Academy of Art

**Kenneth J. Posner—Associate Vice President of Student Affairs**
B.A., M.A., Michigan State University; Ph.D., University of South Florida

**William T. Poynor—Administrator, Graduate Studies in Theology, Instructor of Theology**
B.A., Belmont University; M.A., Franciscan University; M.DIV., Crammer Theological House

**Justin Prengaman—Assistant Director, Undergraduate Admissions**
B.A., Saint Leo University

**Paige Ramsey-Hamacher—Executive Director & PDSO of Multicultural & International Services**
B.A., Holy Names College; M.B.A., Saint Leo University

**Nancy Rechkemer—Associate Director, South Hampton Roads Education Center**
B.A., Saginaw Valley State University, M.S., Shippensburg University

**Francis (Fran) Reidy—Vice President and Athletic Director, Intercollegiate Athletics**
B.A., Fitchburg State College; M.B.A., Saint Leo University

**Candace A. Roberts—Director, Faculty Development & Enrichment; Professor of Education**
B.A., Emory University; M.Ed., Ph.D., University of South Florida

**Alba Romero - Director, Regulatory Affairs, Accreditation Office**
J.D., Universidad Santa Maria; LL.M., Hamline University School of Law; M.A., Hamline University School of Business; J.D., Hamline University School of Law

**Demetrix Rostick-Owens—Associate Director, Academic Student Support Services**
B.A., Georgia State University; M.S., Georgia State University; Ed.D., University of Georgia

**Julia Ruddock—Executive Director, Career Services**
B.S., United States Military Academy at West Point; M.A., Norwich University

**Mark Russum—Assistant Vice President of Enrollments, Channelside**
B.S., University of Southern Mississippi

**Erica Sachs—Associate Director of Graduate Student Advising**
B.A., University of South Florida

**Krystal Sanchez—Assistant Director, Student Activities**
B.A., Florida Gulf Coast University; M.Ed., University of South Florida

**Elliott Seagraves—Academic Advisor, South Hampton Roads Education Center**
B.S., Florida A&M University; M.Mus., Arizona State University

**Robert Seidler—Associate Director, Undergraduate Student Advising, Channelside**
B.A., State University of New York (Albany); M.S., Syracuse University

**Derilyn Sparrow - Assistant Director of Admissions, Tallahassee Community College Office**
B.S., M.S., Florida Agricultural and Mechanical University

**William "Frank" Staples—Associate Director, Fort Eustis Education Office**
B.A., Saint Leo University; MSM, Troy University

**Jessica Starkey—Director, Jacksonville Education Center**
B.A., Flagler College; M.S., SUNY Buffalo

437

**Maribeth Stevens—Executive Director, Center for Global Engagement**
B.A., M.P.A., Bowling Green State University

**Stephanie Stinski—Director, Savannah Education Center**
B.A., M.S., Saint Leo University

**Nancy Story—Director, Fort Lee Education Center**
B.A., M.B.A., Saint Leo University

**Joseph M. Tadeo—Executive Director, Academic Administration**
B.A., Saint Leo University

**Keith Tamanini—Assistant Director of Student Financial Support Center**
B.S., University of South Florida; M.B.A., Saint Leo University

**Brett Terzynski—Associate Director, Undergraduate Enrollment, Channelside**
B.A., University of South Florida

**Rena Thomas—Director, Ocala Education Center**
B.A., College of Saint Benedict; M.B.A., Lynn University

**Annie Thornton—Assistant Director, Advancement Services & Planned Giving**
A.A., Saint Leo University

**Tyler Upshaw—Assistant Vice President WorldWide Coastal Region/Special Programs**
B.A., San Diego State University; M.Ed., Ohio University

**Kathleen Van Eerden—Associate Dean of Health Professions**
M.S.N, University of Wisconsin-Milwaukee; Ph.D., Cardinal Stritch University

**Sean VanGuilder—Executive Director, Campus Life**
B.A., M.B.A., Saint Leo University

**Doris J. Van Kampen-Breit—Professor,  Libraries; University Archivist, Faculty Development Librarian; Interim Director of Library Services, Daniel A. Cannon Memorial Library**
B.A., M.A. (L.I.S.), University of South Florida; Ed.D., University of Central Florida

**Frances J. Volking—Senior Academic Advisor, Fort Eustis Education Office**
B.A., M.Ed., University of South Alabama

**Scott Watkin - Assistant Vice President, Digital Marketing**
B.S., University of South Florida

**Dennis Weber—Academic Advisor, South Hampton Roads Education Center**
B.S., Pennsylvania State University; M.B.A., M.P.A., Golden Gate University

**Mark A. Westbrook (COL Ret)—Associate Director for Military Affairs and Services, Newport News Education Center**
B.A., Lock Haven University; M.A., The Industrial College of the Armed Forces (ICAF)

**Alena White—Director, Gainesville Education Center**
B.S., Florida A&M University; M.B.A., University of Phoenix

**Candis Whitfield—Assistant Vice President - Central Region, WorldWide Operations, Savannah**
B.S., Florida State University; M.Ed., University of North Florida

**Carla Willis—Interim Vice President, University Advancement & Communications**
B.A., University of Toledo

**Lekesha Williams—Academic Advisor, Newport News Education Center**
B.A., M.B.A. Saint Leo University

**Barbara Wilson—Assistant Athletic Director for Sports Medicine, Senior Woman Administrator**
B.S., State University of New York College at Cortland

**Angela Woodham—Assistant Registrar**
B.A., M.B.A. Saint Leo University

**Erin Zdrojewski—Assistant Director, Undergraduate Admissions**
B.A., Saint Leo University

# Chapter 11:  Directory for Correspondence

University office hours are 8 a.m.-5 p.m., Monday through Friday, unless otherwise posted. Members of the University staff are available at other times by appointment.

# Saint Leo University (University Campus)

33701 State Road 52, P.O. Box 6665, Saint Leo, FL 33574-6665
Campus Switchboard: 352/588-8200. Campus Safety: 352/588-8432 or 8332.
www.saintleo.edu

**Academic Affairs, Vice President for Academic Affairs**
MC 2006, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Francis Hall. Telephone: 352/588-8244  Fax: 352/588-8207
Email: academic.affairs@saintleo.edu

**Academic Records, Transcripts, Registrar**
MC 2278, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Edward Hall. Telephone: 352/588-8233  Fax: 352/588-8390

**Accessibility Services**
MC 2010, P.O. Box 6665, Saint Leo, FL 33574-6665
Student Activities Building.  Telephone: 352/588-8464  FAX: 352-588-8605
Email: adaoffice@saintleo.edu

**Accounts Payable/Purchasing**
MC 2100, P.O. Box 6665, Saint Leo, FL 33574-6665
Benedictine Hall. Telephone: 352/588-8218  Fax: 352/588-8350

**Accounts Receivable**
MC 2100, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-6600

**Admission, Application, and General Information**
MC 2008, P.O. Box 6665, Saint Leo, FL 33574-6665
Office of Admissions. Telephone: 352/588-8283 or 800/334-5532. Fax: 352/588-8257.
Email: admissions@saintleo.edu

**Advancement Services & Planned Giving**
MC 2354, P.O. Box 6665, Saint Leo, FL 33574-6665
Benedictine Hall. Telephone: 352/588-8907
Email: stephen.kubasek@saintleo.edu

**Alumni Engagement & Sustained Giving**
MC 2354, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Francis Hall. Telephone: 352/588-8667
Email: engagement.giving@saintleo.edu

**Athletics**
MC 2038, P.O. Box 6665, Saint Leo, FL 33574-6665
Marion Bowman Activities Center
Telephone: 352/588-8221  Toll Free: 888/752-5860  Fax: 352/588-8290

**Business Affairs, Vice President for Business Affairs**
MC 2246, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Francis Hall. Telephone: 352/588-8215  Fax: 352/588-8511

**Campus Security and Safety**
MC 2388, P.O. Box 6665, Saint Leo, FL 33574-6665
Security Building. Telephone: 352/588-8432  Emergency: 352/588-8333  Fax: 352/588-8598
Email: vincent.dambrosio@saintleo.edu

**Career Planning**
MC 2212, P.O. Box 6665, Saint Leo, FL 33574-6665
Student Activity Building. Telephone: 352/588-8247  Fax: 352/588-8329
Email: careerplanning@saintleo.edu

**Academic Vision & Excellence**
MC 2010, P.O. Box 6665, Saint Leo, FL 33574-6665
Kirk Hall. Telephone: 352/588-8307  Fax: 352/588-8742

**Center for Catholic-Jewish Studies**
MC 2460, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8597  Fax:  352/588-8404
Email: catholic.jewish.center@saintleo.edu

**College of Arts and Sciences**
MC 2127, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Edward Hall. Telephone: 352/588-8294  Fax: 352/588-8300
Email: tania.frost@saintleo.edu

**Tapia College of Business**
MC 2011, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8599  Fax: 352/588-8912
Email: kim.bulmanski@saintleo.edu

**College of Education and Social Services**
MC 2067, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Edward Hall. Telephone: 352/588-8272  Fax: 352/588-8289
Email: toni.winn@saintleo.edu

**Counseling Services**
MC 2216, P.O. Box 6665, Saint Leo, FL 33574-6665
deChantal Hall. Telephone: 352/588-TALK (8255)
Email: lawson.jolly@saintleo.edu

**DBA Department**
MC 2011, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8526
Email: dbaslu@saintleo.edu

**Development**
MC 2222, P.O. Box 6665, Saint Leo, FL 33574-6665
Benedictine Hall. Telephone: 352/588-8483
Email: amy.homa@saintleo.edu

**Dining Services**
MC 2225, P.O. Box 6665, Saint Leo, FL 33574-6665

Student Community Center, Telephone: 352/588-8421  Fax:  352/588-8204
Email:

**Doctor of Criminal Justice**
MC 2067, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8974
Email: DCJ@saintleo.edu

**GL Accounting**
MC 2100, P.O. Box 6665, Saint Leo, FL 33574-6665
Benedictine Hall. Telephone: 352/588-8465  Fax: 352/588-8350

**Graduate Studies in Adult Enrollment**
MC 2248, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 800/707-8846
Email: grad.admissions@saintleo.edu

**MBA Department**
MC 2011, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-7390
Email: mbaslu@saintleo.edu

**Graduate Studies in Creative Writing**
MC 2127, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-7218
Email:  creativewriting@saintleo.edu

**Graduate Studies in Human Services Administration**
MC2067, P.O. Box 6665, Saint Leo, FL  33574-6665
Telephone:  352/588-8131
Email:  nancy.wood@saintleo.edu

**Graduate Studies in Public Safety Administration**
MC 2067, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8974
Email: graduatepublicsafety@saintleo.edu

**Graduate Studies in Education**
MC 2005, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8309  Fax: 352/588-8861
Email: fern.aefsky@saintleo.edu

**Graduate Studies in Social Work**
MC 2067, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8015 Fax: 352/588-8289
Email: courtney.wiest@saintleo.edu

**Graduate Studies in Theology**
MC 2127, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8264
Email: william.poynor@saintleo.edu

**Health and Wellness Center**
MC 2214, P.O. Box 6665, Saint Leo, FL 33574-6665
deChantal Hall. Telephone: 352/588-8347  Fax: 352/588-8305
Email: lisa.sutton@saintleo.edu

**Human Resources**
MC 2327, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Francis Hall. Telephone: 352/588-8023  Fax: 352/588-8249
Email: jobs@saintleo.edu

**Library Services**
MC 2128, P.O. Box 6665, Saint Leo, FL 33574-6665
Daniel A. Cannon Memorial Library. Telephone: 352/588-8258. Fax: 352/588-8484.
Email: reference.desk@saintleo.edu

**Military Affairs & Services**
MC 2156, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8234 Fax: 352/588-8509

**Military Science/Army ROTC**
MC 2067, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-7484

**Multicultural and International Services**
MC 2440, P.O. Box 6665, Saint Leo, FL 33574-6665
Student Activities Building. Telephone: 352/588-8471 or 352/588-8489 Fax: 352/588-8654
Email: miso@saintleo.edu

**Online Learning Center**
1120 E. Kennedy Blvd. Suite 214, Tampa, FL, 33602
Telephone: 877/856-2144 Fax: 813/315-7159.
Website: www.saintleo.edu

**President**
MC 2187, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Francis Hall. Telephone: 352/588-8242  Fax: 352/588-8654

**Recreation**
MC 2215, P.O. Box 6665, Saint Leo, FL 33574-6665
Bowman Center. Telephone: 352/588-8676  Fax: 352/588-8290
Email: conner.kilpatrick@saintleo.edu

**Registrar**
MC 2278, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8460  Fax: 352/588-8656
Email: karen.hatfield@saintleo.edu

**Residence Life/Housing**
MC 2068, P.O. Box 6665, Saint Leo, FL 33574-6665
Apartment 6. Telephone: 352/588-8268  Fax: 352/588-8901
Email: residencelife@saintleo.edu

**Student Activities**
MC 2323, P.O. Box 6665, Saint Leo, FL 33574-6665
Student Activities Building. Telephone: 352/588-8992 Fax: 352/588-8329
Email: edson.oneale@saintleo.edu

**Student Affairs, Associate Vice President for Student Affairs**
MC 2156, P.O. Box 6665, Saint Leo, FL 33574-6665
Student Activities Building. Telephone: 352/588-8992 Fax: 352/588-8329
Email: kenneth.posner@saintleo.edu

**Student Financial Services (Main Campus)**
MC 2097, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 800/240-7658
Email: sfs@saintleo.edu

**Student Financial Services**
1120 E. Kennedy Blvd. Suite 237, Tampa, FL, 33602
Telephone: 800/240-7658 Fax: 813/226-4894.
Email: sfs@saintleo.edu

**Student Financial Support Center**
1120 E. Kennedy Blvd., Suite 237, Tampa, FL 33602
Telephone: 800/240-7658  Fax: 866/708-7770

**Student Government Union**
MC 2336, P.O. Box 6665, Saint Leo, FL 33574-6665
Student Activities Building.  Telephone: 352/588-8375  Fax: 352/588-6530
Email: sgu@saintleo.edu

**Student Success**
MC 2012, P.O. Box 6665, Saint Leo, FL 33574-6665
Student Activities Building. Telephone: 352/588-8247 Fax: 352/588-8422
Email: student.success@saintleo.edu

**Sustained Giving**
MC 2222, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Francis Hall. Telephone: 352/588-8824
Email: elizabeth.barr@saintleo.edu

**Undergraduate Education Department**
MC 2016, P.O Box 6665, Saint Leo, FL 33574-6665
Telephone: 352-588-8386 Fax: 352/588-8289
Email: holly.atkins@saintleo.edu

**University Advancement**
MC 2227, P.O. Box 6665, Saint Leo, FL 33574-6665
Benedictine Hall. Telephone: 352/588-8250  Fax: 352/588-8669

**University Communications**
MC 2266, P.O. Box 6665, Saint Leo, FL 33574
Saint Francis Hall. Telephone: 352/588-8572  Fax: 352/588-8669
Email: news@saintleo.edu

**University Ministry**
MC 2186, P.O. Box 6665, Saint Leo, FL 33574-6665
deChantal Hall.  Telephone: 352/588-8331  Fax: 352/588-8885
Email: kevin.floyd@saintleo.edu

**Veterans Certifying Official (University Campus)**
MC 2278, P.O. Box 6665, Saint Leo, FL 33574-6665
Saint Edward Hall. Telephone: 352/588-8980

Veteran students at regional Education Centers should contact the VA Certifying Official at their appropriate center.

# Education Centers

# California

*San Diego Education Center, California*

Saint Leo University - Naval Base San Diego
Pacific Beacon
3705 Norman Scott Road, Axelson Building
San Diego, CA 92136
Telephone: 619/213-2847
Email: sandiego@saintleo.edu
(Classes are held at this location)

Saint Leo University - Naval Base San Diego
Navy College Office
3975 Norman Scott Road, Room B-103, TSC Building 3280
San Diego, CA 92136
Telephone: 619/450-4189 (x 3800) or (x3801)
Email: sandiego@saintleo.edu
(Classes are held at this location)

# Florida

*East Pasco Education Center*
Saint Leo University
MC 2249, P.O. Box 6665, Saint Leo, FL 33574-6665
Telephone: 352/588-8879 Fax: 352/588-8570
Email: AEC@saintleo.edu

*Brooksville - PHSC Education Office*
Saint Leo University
PHSC North Campus
11415 Ponce de Leon Blvd.
Brooksville, FL 34601
Telephone: 352/588-7312 or 352-588-7712  Fax: 352/588-8570
Email: PHSC@saintleo.edu

*Gainesville Education Center*
Saint Leo University
4650 NW 39th Place, Suite B
Gainesville, FL 32606
Telephone: 352/367-1192 (x3201 or 3206)  Fax: 352/367-4329
Email: gainesville@saintleo.edu

*Jacksonville Education Center*
Saint Leo University
9775 Crosshill Blvd. Suite 104
Jacksonville FL 32222
Telephone: 904/249-0911 (x3705)  Fax: 904/212-1601
Email: jacksonville@saintleo.edu

*Key West Education Center*
Saint Leo University
A-718 Essex Circle, P.O. Box 9033

NAS Key West, FL 33040
Telephone: 305/293-2847 (x3622) Fax: 305/296-6443
Email: keywest@saintleo.edu

*Lake City Education Center*
Saint Leo University
149 SE College Place
Lake City, FL 32025-8703
Telephone: 386/752-6866 (x3571) Fax: 386/752-6776
Email: lakecity@saintleo.edu

*Lakeland Education Center*
Saint Leo University
315 Granada Street
Lakeland, FL 33805
Telephone: 863/337-4900 (x3270)   Fax: 863/337-4912
Email: lakeland@saintleo.edu

*MacDill Education Office*
Saint Leo University
8102 Condor St., Room 116
MacDill AFB, FL 33621-5408
Telephone: 813/840-0259 (x3226)
Email: macdill@saintleo.edu

*Madison Education Center*
Saint Leo University
126 SW Sumatra Avenue, Suite A
Madison, FL 32340
Telephone: 850/973-3356 (x3602) Fax: 850/973-3473
Email: madison@saintleo.edu

*Mayport Education Office* - Naval Station Mayport
Saint Leo University
Bldg. 460, Box 280035
Mayport, FL 32228
Telephone: 904/249-0911 Fax: 904/249-0895
Email: mayport@saintleo.edu

*New Port Richey - PHSC Education Office*
Saint Leo University - PHSC West Campus
10230 Ridge Rd.
New Port Richey, FL 34654-5199
Telephone: 727/816-3117 Fax: 352/588-8570
Email: PHSC@saintleo.edu

*Ocala Education Center*
Saint Leo University
1930 SW 38th Avenue
Ocala, FL 34474
Telephone: 352/671-3391 (x3501) Fax: 352/291-2276
Email: ocala@saintleo.edu

*Spring Hill - PHSC Education Office*
Saint Leo University

446

PHSC Spring Hill Campus
450 Beverly Court
Spring Hill, FL 34606
Telephone: 352/340-4866 Fax: 352/588-8570
Email: PHSC@saintleo.edu

*Tallahassee Education Center*
Saint Leo University
444 Appleyard Drive
University Center Building, Suite 136
Tallahassee, FL 32304
Telephone: 850/201-8655  Fax: 850/201-8755
Email: tallahassee@saintleo.edu

*Tampa Education Center*
Saint Leo University
1120 East Kennedy Boulevard, Suite 238
Tampa, FL 33602
Telephone: 813/226-2778, 813/226-2775 or 352/588-6531 (x2773)
Email: tampa@saintleo.edu

# Georgia

*Atlanta Education Center*
Saint Leo University
2450 Piedmont Rd NE, Suite 200
Atlanta, GA 30324
Telephone: 770/960-5015  Fax: 770/960-5010

*Gwinnett Education Center*
Saint Leo University
3555 Koger Blvd., Suite 105
Duluth, GA 30096
Telephone: 678/380-4005 (x3041) Fax: 678/380-4010
Email: gwinnett@saintleo.edu

*Savannah Education Center*
Saint Leo University
325 W Montgomery Crossroads
Savannah, GA 31406
Telephone: 912/352-8331 (x3023) Fax: 912/354-2164
Email: savannah@saintleo.edu

# Mississippi

*Columbus Education Center*
Saint Leo University
14 FSS/FSDE
81 Fifth Street Suite 11
Columbus AFB, MS 39710-7401
Phone: 662/434-8844 Fax 662/434-8846
Email: columbus@saintleo.edu

447

## South Carolina

*Charleston Education Center*
Saint Leo University
201 Sigma Drive
Summerville, SC 29483
Phone: 843/554-2111 (x3151)  Fax: 843/554-2884
Email: northcharleston@saintleo.edu

*Shaw Education Center*
Saint Leo University
398 Shaw Drive
Building 501, Room 116
Shaw AFB, SC 29152
Phone: 803/666-3221 (x3103) Fax: 803/666-2446
Email: shaw@saintleo.edu

Sumter Education Office
Saint Leo University
2751 S. Wise Drive
Sumter, SC 29150
Telephone: 803/469-0028

## Texas

*NAS Corpus Christi Education Center*
Saint Leo University
Naval Air Station Corpus Christi
10461 D. Street, Building 1731, Room 206
Corpus Christi, TX 78419-5000
Telephone: 361/937-1452  Fax: 361/937-1440
Email: corpuschristi@saintleo.edu

## Virginia

*Chesapeake Education Center*
Saint Leo University
1434 Crossways Blvd, Suite 175
Chesapeake, VA 23320
Telephone: 757-227-4450  Fax 757/227-4505
Email: chesapeake@saintleo.edu

*Fort Eustis Education Office*
Saint Leo University
US Army Education Center
1500 Madison Ave., P.O. Box 4326
Fort Eustis, VA 23604
Telephone: 757/887-1166 (x3353)  Fax: 757/887-0562
Email: forteustis@saintleo.edu

*Fort Lee Education Center*
Saint Leo University

700 Quarters Road, Building 12400, P.O. Box 5220
Fort Lee, VA 23801
Telephone: 804/861-9634 (x3332) Fax: 804/861-1816
Email: fortlee@saintleo.edu

*Langley Education Center*
Saint Leo University
450 Weyland Rd., Bldg. 1027, P.O. Box 65519
Langley AFB, VA 23665
Telephone: 757/766-1812 (x3301) Fax: 757/766-3049
Email: langley@saintleo.edu

*JEB Little Creek-Fort Story Education Office*
(South Hampton Roads Center)
Saint Leo University
1481 D St., Bldg. 3016
JEB Little Creek-Fort Story
Virginia Beach, VA 23459
Telephone: 757/464-6449 (x3409)  Fax: 757/464-3472
Email: southhamptonroadscenter@saintleo.edu

*Newport News* Education Center
Saint Leo University
One BayPort Way, Suite 160
Newport News, VA  23606
Telephone: 757/249-0390 (x3383) Fax: 757/249-0393
Email: newportnews@saintleo.edu

*Naval Air Station Oceana Education Office*
Saint Leo University
902 E Ave., Bldg. 531, Rm. 105
Virginia Beach, VA 23460-5120
Telephone: 757/489-8395
Email: southhamptonroadscenter@saintleo.edu

*Naval Station Norfolk Education Office*
Saint Leo University
1680 Gilbert St., Bldg. IE, Suite 101
Norfolk, VA 23511-2321
Telephone: 757/489-0969 (x3442)
Email: southhamptonroadscenter@saintleo.edu

Classes are also scheduled at classroom locations near several of these Centers.

.



Saint Leo University   Undergraduate   2019-2020