# EXHIBIT B



New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 512021CA000635CAAXES [2021CA000635CAAXES] | 03/15/2021 | Circuit Civil 3-D | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 03/15/2021 | Other Civil | YES | NO | - |

| Party Name | | Party Type | Attorney | Bar ID |
|---|---|---|---|---|
| GROGER, GREGORY G. | | JUDGE | | |
| SAINT LEO UNIVERSITY INC | Search This Party | DEFENDANT | | |
| FRAZIER, ADRIENNE | Search This Party | PLAINTIFF | HEDIN, FRANK S. | 109698 |

### Dockets

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 6 | 05/11/2021 | Waiver of Service FILED BY DEF | 1 |
| | 5 | 03/17/2021 | File Verified To This Point CFG | |
| | 4 | 03/15/2021 | Attachment or Exhibit to Pleading | 465 |
| 📄 | 3 | 03/15/2021 | Complaint | 19 |
| 📄 | 2 | 03/15/2021 | Civil Cover Sheet | 3 |
| | 1 | 03/15/2021 | Case 512021CA000635CAAXES Filed with Clerk on 3/15/2021 | |

### Judge Assignment History

### Court Events

### Financial Summary

### Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.