# EXHIBIT D

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PASCO COUNTY, FLORIDA

CASE NO: 2021 CA 000635
JUDGE: GREGORY G. GROGER

## WAIVER OF SERVICE OF PROCESS

To: **ADRIENNE FRAZIER**

I acknowledge receipt of your request that I waive service of process in the lawsuit of ***Adrienne Frazier v. St. Leo University Inc.***, in the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida.

I have also received a copy of the complaint, two copies of this waiver and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of process and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Fla. R. Civ. P. 1.070.

If I am not the defendant to whom notice of lawsuit and waiver of service of process was sent, I declare that my relationship to the entity or person to whom the notice was sent, and my authority to accept service on behalf of such person or entity is as follows: **Attorney for Defendant**.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit, or to the jurisdiction or venue of the court, except for any objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if a written response is not served upon you within sixty days from the date I received the notice of lawsuit and request for waiver of service of process.

Respectfully submitted,

/s/B. Tyler White                                                                   Dated: 05/11/2021
_____
B. Tyler White (Fla. Bar No. 38213)
Jackson Lewis P.C.
501 Riverside Avenue
Suite 902
Jacksonville, FL 32302
WhiteT@jacksonlewis.com
(904) 638-2665

Attorney for Defendant